IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RUTH SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:05–0444 |
| | ) | Judge Aleta A. Trauger |
| PFIZER INC., et al, | ) | (Dist of MA No. 1:05-cv-11515 |
| | ) | PBS) |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Pursuant to the order of the Judicial Panel on Multidistrict Litigation, Docket No. 1629, filed June 27, 2005, effective July 13, 2005, and filed in the United States District Court for the District of Massachusetts on July 18, 2005, this case is hereby transferred to the United States District Court for the District of Massachusetts for coordinated or consolidated pretrial proceedings.

The Clerk of Court is directed to administratively close the case on the records of this Court and transmit the original record and a certified copy of the docket sheet to the United States District Court for the District of Massachusetts.

It is so **ORDERED.**

Enter this 25th day of July 2005.

_____
Aleta A. Trauger
United States District Judge