United States District Court
Middle District of Tennessee

**RECEIVED**

AUG 0 4 2005

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

Dalaina Thompson
  Deputy Clerk
www.tnmd.uscourt.gov

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee 37203

**FILED**
U.S. DISTRICT COURT
July 28, 2005 DISTRICT OF TENN

AUG 0 4 2005

BY_____
DEPUTY CLERK

**RECEIVED**
Clerk's Office
USDC, Mass.
Date 8/1/2005
By Matthew Paine
Deputy Clerk

Clerk of United States District Court
District of Massachusetts
1 Courthouse Way, Ste. 2300
Boston, MA 02210

In Re:  Ruth Smith V. Pfizer, Inc., et al.
        Case No. 3:05-0444   MDL Case No. 1629
        Judge Trauger/Magistrate Judge Griffin

Dear Clerk:

Enclosed is the certified copy of the docket sheet and complaint for the above-mentioned case pursuant to the MDL transfer order.

Please stamp the attached copy of this letter "Filed" and return it to our Court, thus verifying your receipt of this file.

Sincerely,

Keith Throckmorton, Clerk of Court

*Dalaina Thompson*
Dalaina Thompson, Deputy Clerk

enclosure