IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PFIZER INC., *et al*,<br><br>　　　　Defendants. | Civil No. 3:05–0444<br>Judge Aleta A. Trauger<br>(Dist of MA No. 1:05-cv-11515PBS) |

## O R D E R

Pursuant to the Remand Order (Docket No. 11), it is hereby **ORDERED** that the Clerk shall reopen this case. It is further **ORDERED** that this case is set for a status conference in Judge Trauger's chambers on Thursday, December 10, 2009, at 10:30 a.m.

It is so **ORDERED.**

Enter this 19th day of November 2009.

_____
ALETA A. TRAUGER
United States District Judge