UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:05-0444 |
| v. | ) ) | |
| Pfizer Inc, et al, | ) ) | Judge Aleta A. Trauger (Dist of MA No. 1:05-cv-11515PBS) |
| Defendant. | ) | |

## MOTION FOR ADMISSION OF MARK S. CHEFFO *PRO HAC VICE*

Defendant, through undersigned counsel, requests permission under Local Rule 83.01(d) for Mark S. Cheffo of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, New York 10036, to appear as counsel for Defendant. Mr. Cheffo is a member in good standing of the Bar of the United States District Court for the Southern District of New York. A Certificate of Good Standing for Mr. Cheffo is attached.

WHEREFORE, Mark S. Cheffo requests that he be admitted *pro hac vice* and that he be permitted to appear and participate as counsel for the Defendant in this case.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By:  /s/ Gerald D. Neenan
    Aubrey B. Harwell, Jr., No. 002559
    W. David Bridgers, No. 016603
    Gerald D. Neenan, No. 006710
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
(615) 244-1713
(615) 726-0573 (fax)
*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 4th day of December, 2009, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system.

/s/ Gerald D. Neenan