# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, __J. Michael McMahon__, Clerk of this Court, certify that

__MARK STEVEN CHEFFO__, Bar # __MC6335__

was duly admitted to practice in this Court on

__OCTOBER 29TH, 1991__, and is in good standing

as a member of the Bar of this Court.

Dated at __500 Pearl Street, New York, New York__ on __NOVEMBER 10TH, 2009__

__J. Michael McMahon__
Clerk

by _____
Deputy Clerk