IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next Kin of Richard Smith, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER, INC., *et al.*, <br><br> Defendants. | Civil No. 3:05-0444 <br> Judge Aleta A. Trauger <br> (Dist. Of MA No. <br> 1:05-cv-11515PBS) |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit 1 is a true and correct copy of excerpts from the September 2-3, 2008, deposition of Michael Trimble.

3. Attached as Exhibit 2 is a true and correct copy the non-Tennessee state court decision *Parker v. Bell Ford, Inc.*, 425 So.2d 1101 (Ala. 1983), cited in Defendants' accompanying memorandum of law.

4. Attached as Exhibit 3 is a true and correct copy the non-Tennessee state court decision *Zeigler v. Sony Corp. of America*, 849 A.2d 19 (Conn. Super. Ct. 2004), cited in Defendants' accompanying memorandum of law.

I declare the foregoing statements are true and correct under the penalties of perjury, this the 4th day of December, 2009.

                  s/ Mark S. Cheffo
                  Mark S. Cheffo

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 4[h] day of December, 2009, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system.

                                                        /s/ Gerald D. Neenan