IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

2009 DEC -7 AM 10: 14



-----------------------------------------------------------------X

RUTH SMITH, Individually and ad Widow for the
Use and Benefit of herself and the Next of Kin
of RICHARD SMITH, Deceased,

                          Plaintiff,                        No. 3:05-cv-00444

       vs.                                                    Judge Aleta A. Trauger

PFIZER INC., PARKE-DAVIS a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY LLC and
JOHN DOE(S) 1-10,

                          Defendants.
-----------------------------------------------------------------X

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANDREW G. FINKELSTEIN, ESQ.

Andrew G. Finkelstein, Esq. respectfully moves this Court for leave to be admitted *pro hac vice* in this case on behalf of Plaintiff Ruth Smith. In support of this motion, the applicant states as follows:

1.     I practice law at Finkelstein & Partners, LLP, 1279 Route 300, Newburgh, N.Y. 12251. I am a member of the New York Bar, and have been admitted to practice in the following courts: State courts of New York and New Jersey; the Superior Court of The District of Columbia; and the United States District Courts for Southern District of New York, the Eastern District of New York and the District of New Jersey. I have attached the enclosed Certificate of Good Standing from the Southern District Court of New York 3/23/92.

2. I have been associated by Charles F. Barrett, Barrett & Associates, P.A., 6518 Highway 100, Suite 210, Nashville, Tennessee 37205, who currently represents Plaintiff in this case and who currently resides in, and is admitted to practice, in the State of Tennessee.

3. I acknowledge that, in practicing before this Court, I will be subject to all disciplinary rules and procedures applicable to members of the Tennessee Bar. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, or have ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

4. I certify that I have read and am familiar with the Uniform Local Rules of the United States District Court for the Middle District of Tennessee.

WHEREFORE, I respectfully request that the Court grant this motion to participate as an attorney in this case *pro hac vice* for Plaintiff.

Dated: December 4, 2009.

Respectfully submitted,

Andrew Finkelstein (#AF1070)
Finkelstein & Partners, LLP
1279 Route 300
Newburgh, N.Y. 12251
Phone: (845) 562-0203
Fax: (845) 562-3492

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the forgoing was served via e-mail and by depositing same in a depository of the United States Postal Service via first class delivery on this ___ day of December, 2009 on the following:

**Prince C. Chambliss, Jr., Esq.**
Evans & Petree, PC
1000 Ridgeway Loop Road
Suite 200
Memphis, TN 38120
(901) 525-6781
pchambliss@evanspetree.com

*Attorneys for Defendants*

                                              Andrew Finkelstein