

RECEIVED

DEC 7 2009

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---------------------------------------------------------------------X

RUTH SMITH, Individually and ad Widow for the
Use and Benefit of herself and the Next of Kin
of RICHARD SMITH, Deceased,

                        Plaintiff,                    No. 3:05-cv-00444

vs.                                          Judge Aleta A. Trauger

PFIZER INC., PARKE-DAVIS a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY LLC and
JOHN DOE(S) 1-10,

                        Defendants.
---------------------------------------------------------------------X

## ORDER

The motion of plaintiff Ruth Smith, Individually and as Widow for the Use and benefit of herself and the Next of Kin of Richard Smith, Deceased, for admission pro hac vice of Andrew G. Finkelstein (Docket Entry No.____) is GRANTED.

The Clerk is directed to enter Andrew Finkelstein as counsel for plaintiff Ruth Smith, Individually and as Widow for the Use and Benefit of herself and the Next of Kin of Richard Smith, Deceased.

It is so ORDERED.

Dated this ____ day of December, 2009.

                                                                    JULIET GRIFFIN
                                                                    United States Magistrate Judge