AO 136 (Rev. 9/98) Certificate of Good Standing



# UNITED STATES DISTRICT COURT

__SOUTHERN__  DISTRICT OF  __NEW YORK__

**CERTIFICATE OF
GOOD STANDING**

I, __J. Michael McMahon__, *Clerk of this Court, certify that*

__Andrew Finkelstein__ , *Bar#* __AF1070__ ,

*was duly admitted to practice in this Court on*

__March 23, 1992__ , *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* __White Plains, New York__ *on* __11/25/2009__ .
LOCATION

*J. Michael McMahon*
CLERK OF COURT

*John Tychyn*
DEPUTY CLERK