```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675010116
Cashier ID: ehawkins
Transaction Date: 12/07/2009
Payer Name: FINKELSTEIN AND PARTNERS
----------------------------------
PRO HOC VICE
 For: ANDREW G. FINKELSTEIN
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:      $75.00
----------------------------------
CHECK
 Check/Money Order Num: 014301
 Amt Tendered:  $75.00
----------------------------------
Total Due:      $75.00
Total Tendered: $75.00
Change Amt:     $0.00

3:05-0444
```