IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**RECEIVED**
**DEC 7 2009**
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

------------------------------------------------------------X

RUTH SMITH, Individually and ad Widow for the
Use and Benefit of herself and the Next of Kin
of RICHARD SMITH, Deceased,

                                Plaintiff,

vs.

PFIZER INC., PARKE-DAVIS a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY LLC and
JOHN DOE(S) 1-10,

                                Defendants.

------------------------------------------------------------X

No. 3:05-cv-00444

Judge Aleta A. Trauger

## ORDER

The motion of plaintiff Ruth Smith, Individually and as Widow for the Use and Benefit of herself and the Next of Kin of Richard Smith, Deceased, for admission pro hac vice of Kenneth B. Fromson (Docket Entry No. ____) is GRANTED.

The Clerk is directed to enter Kenneth B. Fromson as counsel for plaintiff Ruth Smith, Individually and as Widow for the Use and Benefit of herself and the Next of Kin of Richard Smith, Deceased.

It is so ORDERED.

Dated this ____ day of December, 2009.

                                                                                                        JULIET GRIFFIN
                                                                                                        United States Magistrate Judge