AO 136 (Rev. 9/98) Certificate of Good Standing

# UNITED STATES DISTRICT COURT



SOUTHERN  DISTRICT OF  NEW YORK

## CERTIFICATE OF GOOD STANDING

I, J. Michael McMahon, *Clerk of this Court, certify that*

Kenneth B. Fromson, *Bar#* KF8086,

*was duly admitted to practice in this Court on*

APRIL 12th, 2004, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

Dated at White Plains, New York on 11/25/2009.
LOCATION

*J. Michael McMahon*
CLERK

J. Michael McMahon
CLERK OF COURT

John Tychyn
DEPUTY CLERK