```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675010115
Cashier ID: ehawkins
Transaction Date: 12/07/2009
Payer Name: FINKELSTEIN AND PARTNERS
----------------------------------------
PRO HOC VICE
For: KENNETH B FROMSON
Case/Party: D-TNM-3-07-AT-PROHAC-001
Amount:          $75.00
----------------------------------------
CHECK
Check/Money Order Num: 014300
Amt Tendered:    $75.00
----------------------------------------
Total Due:       $75.00
Total Tendered:  $75.00
Change Amt:      $0.00
```

3:05-0444