# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:05-0444 |
| v. | ) ) | |
| Pfizer Inc, et al, | ) ) | Judge Aleta A. Trauger (Dist of MA No. 1:05-cv-11515PBS) |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE OF DOCUMENTS FILED DECEMBER 4, 2009

I hereby certify that on the 4th day of December, 2009, I electronically filed the following documents with the Clerk of the Court, United States District Court for the Middle District of Tennessee, and that these documents were served upon all registered counsel through the Court's electronic filing system:

1. Notice of Appearance by Gerald D. Neenan (D.E.13);

2. Motion for attorney Mark S. Cheffo to Appear Pro Hac Vice (D.E. 14);

3. Certificate of Good Standing of attorney Mark S. Cheffo (D.E. 15);

4. Notice of Appearance by William David Bridgers (D.E. 16);

5. Motion for Summary Judgment (D.E. 17);

6. Memorandum in Support of Motion for Summary Judgment (D.E. 18); and

7. Declaration of Mark S. Cheffo (D.E. 19).

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ Gerald D. Neenan
    Aubrey B. Harwell, Jr., No. 002559
    W. David Bridgers, No. 016603
    Gerald D. Neenan, No. 006710

2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
(615) 244-1713
(615) 726-0573 (fax)
*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

**SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP**

Mark S. Cheffo
Four Times Square
New York, NY 10036
Tel: (212) 735-3000

*Of counsel*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of December, 2009, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

Andrew G. Finkelstein, Esq.  
Finkelstein & Partners, LLP  
436 Robinson Avenue  
Newburg, NY 12550  

Charles F. Barrett, Esq.  
Barrett & Associates, P.A.  
6718 Highway 100, Suite 210  
Nashville, TN 37205  

Joel T. Galanter, Esq.  
Adams and Reese LLP  
Third National Financial Center  
424 Church Stree, Suite 2800  
Nashville, TN 37219-0058  

Prince C. Chambliss, Jr., Esq.  
Evans & Petree, PC  
1000 Ridgeway Loop Road, Suite 200  
Memphis, TN 38120  

/s/ Gerald D. Neenan