```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675010149
Cashier ID: rdail
Transaction Date: 12/08/2009
Payer Name: NEAL HARWELL PLC
------------------------------
PRO HOC VICE
 For: MARK S CHEFFO
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
------------------------------
CHECK
 Check/Money Order Num: 105428
 Amt Tendered:  $75.00
------------------------------
Total Due:      $75.00
Total Tendered: $75.00
Change Amt:     $0.00

NEAL & HARWELL, PLC/PHV FEE FOR
MARK S. CHEFFO/3:05-CV-0444/CK#
105428
```