IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next Kin of Richard Smith, Deceased, </br></br>  Plaintiff, </br></br> v. </br></br> PFIZER, INC., *et al.*, | ) </br> ) </br> ) </br> ) </br> ) </br> ) Civil No. 3:05-0444 </br> ) Judge Aleta A. Trauger </br> ) </br> ) </br> ) |

## MOTION TO WITHDRAW

Counsel for Defendants, hereby moves the Court to be permitted to withdraw as co-counsel for the Defendants. In support of this motion, the undersigned counsel certifies that notice of intent to withdraw has been furnished to Defendants. Attached as **Exhibit A** is a copy of the email dated Tuesday November 24, 2009, advising of the intent to withdraw counsel due to the retention of other counsel to handle the defense of this matter.

For the foregoing reasons, the undersigned respectfully requests that Joel T. Galanter be allowed to withdraw from the representation of Defendants in this case.

Respectfully submitted,

/s/Joel T. Galanter
Joel T. Galanter
ADAMS AND REESE LLP
424 Church Street, Suite 2800
Nashville, Tennessee 37219-2386
(615) 259-1450

# CERTIFICATE OF SERVICE

I certify that a true and exact copy of the foregoing was filed electronically with the Court, and served via the Court's electronic filing program on the following:

Aubrey B. Harwell, Jr.
Neal & Harwell
150 Fourth Avenue, North
2000 First Union Tower
Nashville, TN 37219
aharwell@nealharwell.com

Charles F. Barrett
Barrett & Associates, P.A.
6518 Highway 100
Suite 210
Nashville, TN 37205
cb@barrettandassociates.net

Gerald David Neenan
Neal & Harwell
150 Fourth Avenue, North
2000 First Union Tower
Nashville, TN 37219
gneenan@nealharwell.com

Prince C. Chambliss, Jr.
Evans & Petree, PC
1000 Ridgeway Loop Rd.
Suite 200
Nashville, TN 38120
pchabliss@evanspetree.com

William David Bridgers
Neal & Harwell
150 Fourth Avenue, North
2000 First Union Tower
Nashville, TN 37219
dbridgers@nealharwell.com

I further certify that a copy of the foregoing was served on the following by U.S. Mail postage prepaid on December 8, 2009:

Andrew G. Finkelstein
Finkelstein & Partners, LLP
1279 Route 300
Newburgh, NY 12551

Kenneth B. Fromson
Finkelstein & Partners, LLP
1279 Route 300
Newburgh, NY 12551

Mark Cheffo
Four Times Square
New York, NY 10036

/s/Joel T. Galanter
Joel T. Galanter