# Exhibit A

# Brandy Krieg

**From:** Joel Galanter
**Sent:** Tuesday, November 24, 2009 5:05 PM
**To:** Prince Chambliss
**Cc:** Karen H. Cagle; Brandy Krieg
**Subject:** RE: Smith v. Pfizer 3:05-0444

Prince,

Thanks for the quick response. I am glad that you have this covered. Since I am not going to be actively involved, I will need to withdraw. Our local rules require that the client be advised of this in advance of the withdrawal. Will you please forward this along and confirm to me that this has been done and then I will submit the appropriate papers. Thanks again.

Best regards,

Joel T. Galanter
Adams and Reese LLP
424 Church Street, Suite 2800
Nashville, TN 37219
Main: (615) 259-1450
Fax: (615) 259-1470
Direct: (615) 259-1064
E-Fax: (615) 687-1510
Cell: (615) 481-1766
joel.galanter@arlaw.com
www.adamsandreese.com

---

**From:** Prince Chambliss [mailto:pchambliss@evanspetree.com]
**Sent:** Tuesday, November 24, 2009 4:58 PM
**To:** Joel Galanter
**Subject:** Smith v. Pfizer 3:05-0444

Joel,

Yes, I am in touch with the client and will be handling the matter. If and when any action is desired on your part, I will let you know.

All is very well in Memphis. I trust that the same is true in Nashville.

Prince

**Prince C. Chambliss, Jr.**
EVANS | PETREE PC
1000 Ridgeway Loop Road, Suite 200
Memphis, Tennessee 38120
Phone:  901.525.6781
Direct:  901.521.4590
Fax:  901.374.7486
pchambliss@evanspetree.com

www.evanspetree.com

**From:** Joel Galanter [mailto:Joel.Galanter@arlaw.com]
**Sent:** Tuesday, November 24, 2009 4:54 PM
**To:** Prince Chambliss
**Subject:** RE: Smith v. Pfizer 3:05-0444

Prince,

Hope all is well. Are you going to be handling this matter? I do not believe I was ever in direct contact with the client or their national counsel on this case and can withdraw if that is the course that needs to be taken. Let me know if you want to set a time to discuss.

Best regards,

Joel T. Galanter
Adams and Reese LLP
424 Church Street, Suite 2800
Nashville, TN 37219
Main: (615) 259-1450
Fax: (615) 259-1470
Direct: (615) 259-1064
E-Fax: (615) 687-1510
Cell: (615) 481-1766
joel.galanter@arlaw.com
www.adamsandreese.com


**From:** Betty_Briggs-Jones@tnmd.uscourts.gov [mailto:Betty_Briggs-Jones@tnmd.uscourts.gov]
**Sent:** Tuesday, November 24, 2009 4:19 PM
**To:** cb@barrettandassociates.net; Joel Galanter; pchambliss@evanspetree.com
**Subject:** Smith v. Pfizer 3:05-0444


In the order of remand from from MDL it states " IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), the parties shall furnish the Clerk for the District of Massachusetts with a stipulation or designation of the contents of the record to be remanded and all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand."

The original pleadings were sent to Massachusetts and you need to comply with this order so they can send them back to us. There is a status conference set 12/10/09. When are you designating the contents of the record?


Betty Briggs-Jones
Courtroom Deputy to
Judge Aleta Trauger
U.S. District Court
Nashville, TN 37203
(615) 736-7157
(615) 736-7156 (fax)


## ADAMS AND REESE LLP

**Baton Rouge | Birmingham | Houston | Jackson | Memphis | Mobile | Nashville | New Orleans | Washington, D.C.**
The contents of this e-mail and its attachments are intended solely for the addressee(s). In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys and their clients. If you are not the named addressee, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this transmission in error, please alert the sender by reply e-mail. Treasury Circular 230 requires that we inform you that any statements regarding tax matters made herein, including attachments, cannot be relied upon for the purpose of avoiding tax penalties, and such statements are not intended to be used or referred to in any marketing or promotional materials. Additionally, Adams and Reese LLP does not and will not impose any limitation on the disclosure of the tax treatment or tax structure of any transactions to which such statements relate.

NOTE: The information transmitted is intended only for the person or entity to which it is addressed and may contain CONFIDENTIAL and/or PRIVILEGED material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is strictly prohibited. If you received this in error, please contact the sender and promptly delete the material from your computer system. The attorney-client and work product privileges are not waived by the transmission of this message.
IRS Circular 230 requires that we inform you that the advice contained herein is not intended to be used, and it cannot be used, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service