UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:05-0444 |
| v. | ) ) | |
| Pfizer Inc, et al, | ) ) | Judge Aleta A. Trauger |
| Defendant. | ) ) | (Dist of MA No. 1:05-cv-11515PBS) |

## ORDER

Upon the Motion of Mark S. Cheffo to appear as counsel for Defendant in this matter, and the Certificate of Good Standing filed in support of such Motions, IT IS HEREBY ORDERED that Mark S. Cheffo is granted leave of Court to appear *pro hac vice* as counsel of record for Defendant in this matter.

Entered this __9th__ day of __December__, 2009.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

NEAL & HARWELL, PLC

By: /s/ Gerald D. Neenan
  Aubrey B. Harwell, Jr., No. 002559
  W. David Bridgers, No. 016603
  Gerald D. Neenan, No. 006710
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
(615) 244-1713
(615) 726-0573 (fax)
*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*