IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

----------------------------------------------------------------------X
RUTH SMITH, Individually and ad Widow for the
Use and Benefit of herself and the Next of Kin
of RICHARD SMITH, Deceased,

                              Plaintiff,                        No. 3:05-cv-00444

       vs.                                                   Judge Aleta A. Trauger

PFIZER INC., PARKE-DAVIS a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY LLC and
JOHN DOE(S) 1-10,
                            Defendants.
----------------------------------------------------------------------X

## ORDER

The motion of plaintiff's counsel Kenneth B. Fromson, Esq. of the law firm of Finkelstein & Partners, LLP, seeking permission to attend the December 10, 2009 conference via telephone (Docket Entry No.____) is GRANTED. **Chambers will place the call.**

It is so ORDERED.

Dated this 9th day of December, 2009.

_____
~~JULIET GRIFFIN~~
~~United States Magistrate Judge~~
ALETA A. TRAUGER
U.S. DISTRICT JUDGE