IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED

RUTH SMITH, Individually and as Widow for the )
Use and Benefit of Herself and the Next Kin of )
Richard Smith, Deceased, )
)
    Plaintiff, )
) Civil No. 3:05-0444
v. ) Judge Aleta A. Trauger
)
PFIZER, INC., *et al.,* )
)
)

## MOTION TO WITHDRAW

Counsel for Defendants, hereby moves the Court to be permitted to withdraw as co-counsel for the Defendants. In support of this motion, the undersigned counsel certifies that notice of intent to withdraw has been furnished to Defendants. Attached as **Exhibit A** is a copy of the email dated Tuesday November 24, 2009, advising of the intent to withdraw counsel due to the retention of other counsel to handle the defense of this matter.

For the foregoing reasons, the undersigned respectfully requests that Joel T. Galanter be allowed to withdraw from the representation of Defendants in this case.

        Respectfully submitted,

        /s/Joel T. Galanter
        Joel T. Galanter
        ADAMS AND REESE LLP
        424 Church Street, Suite 2800
        Nashville, Tennessee 37219-2386
        (615) 259-1450