# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **RUTH SMITH**, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased, | )<br>)<br>) |
| Plaintiff, | ) Case No. 3:05-0444 |
| v. | ) |
| **Pfizer Inc, et al,** | ) **Judge Aleta A. Trauger** |
| | ) (Dist of MA No. 1:05-cv-11515PBS) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Aubrey B. Harwell, Jr. hereby appears as counsel of record for Defendants, Pfizer Inc. and Warner-Lambert Company, in this matter.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ Aubrey B. Harwell, Jr.
Aubrey B. Harwell, Jr., No. 002559
W. David Bridgers, No. 016603
Gerald D. Neenan, No. 006710

2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
(615) 244-1713
(615) 726-0573 (fax)
*Attorneys for Defendants Pfizer Inc. and
Warner-Lambert Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 10th day of December, 2009, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system.

                                              /s/ Aubrey B. Harwell, Jr.