IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased, ) ) ) ) Plaintiff, ) ) v. ) PFIZER INC., *et al*, ) ) Defendants. ) | Civil No. 3:05–0444 Judge Aleta A. Trauger |

**O R D E R**

A status conference was held in this case on December 10, 2009. It is hereby

**ORDERED** that the plaintiff shall respond to the defendants' Motion For Summary Judgment (Docket No. 17) by December 23, 2009, and the defendants may file a reply by January 15, 2010.

It is so **ORDERED.**

Enter this 10th day of December 2009.

_____
ALETA A. TRAUGER
United States District Judge