# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

### Robert E. Leone

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of February, 1995.

I further certify that the records of this office show that, as of this date

### Robert E. Leone

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 30th day of November, 2009.
BLAKE HAWTHORNE, Clerk

by *Brad Sonego*

Brad Sonego, Deputy Clerk

No.  1130I

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.