IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
2009 DEC 17 DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

-----------------------------------------------------------------X

RUTH SMITH, Individually and ad Widow for the
Use and Benefit of herself and the Next of Kin
of RICHARD SMITH, Deceased,

                              Plaintiff,                        No. 3:05-cv-00444

               vs.                                           Judge Aleta A. Trauger

PFIZER INC., PARKE-DAVIS a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY LLC and
JOHN DOE(S) 1-10,

                              Defendants.

-----------------------------------------------------------------X

## MOTION FOR ADMISSION *PRO HAC VICE* OF DARA G. HEGAR, ESQ.

Dara G. Hegar, Esq. respectfully moves this Court for leave to be admitted *pro hac vice* in this case on behalf of Plaintiff Ruth Smith. In support of this motion, the applicant states as follows:

1. I practice law at the Lanier Law Firm, P.C., 6810 FM 1960 West, Houston, Texas 77069. I am a member of the Texas Bar, and have been admitted to practice in the following courts: United States District Court for the Eastern District of Texas and all Texas state courts. I have attached the enclosed a Certificate of Good Standing from the Texas Supreme Court dated 11/30/09.

2. I have been associated by Charles F. Barrett, Barrett & Associates, P.A., 6518 Highway 100, Suite 210, Nashville, Tennessee 37205, who currently represents

Plaintiff in this case and who currently resides in, and is admitted to practice, in the State of Tennessee.

3. I acknowledge that, in practicing before this Court, I will be subject to all disciplinary rules and procedures applicable to members of the Tennessee Bar. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

4. I certify that I have read and am familiar with the Uniform Local Rules of the United States District Court for the Middle District of Tennessee.

WHEREFORE, I respectfully request that the Court grant this motion to participate as an attorney in this case *pro hac vice* for Plaintiff.

Dated: December 17, 2009.

Respectfully submitted,

THE LANIER LAW FIRM, P.C.

*[signature]*

Ken S. Soh (TSB#00794670)
W. Mark Lanier (TSB#11934600)
Dara G. Hegar (TSB#24007280)
Robert E. Leone (TSB#00792241)
Maura Kolb (TSB#00794113)
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200
(713) 659-2204 (facsimile)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via the Court's ecf filing system on this 17 day of December, 2009 on the following:

**Prince C. Chambliss, Jr., Esq.**
Evans & Petree, PC
1000 Ridgeway Loop Road
Suite 200
Memphis, TN 38120
(901) 525-6781
pchambliss@evanspetree.com

**Joel T. Galanter, Esq.**
Adams and Reese LLP
Third National Financial Center
424 Church Street
Suite 2800
Nashville, TN 37219-0058
(615) 259-1450
joel.galanter@arlaw.com

*Attorneys for Defendants*

Dara G. Hegar