# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

FILED
2009 DEC 17 DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Maura Kolb**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 3rd day of November, 1995.

I further certify that the records of this office show that, as of this date

**Maura Kolb**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 30th day of November, 2009.
BLAKE HAWTHORNE, Clerk

by _Brad Sonego_
Brad Sonego, Deputy Clerk

No. 1130L

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

Case 3:05-cv-00444   Document 42-1   Filed 12/17/09   Page 1 of 1 PageID #: 137