**RECEIVED**

2009 OCT 1 7   **DB**

**U.S. DISTRICT COURT**
**MIDDLE DISTRICT OF TN.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

-------------------------------------------------------------------X

RUTH SMITH, Individually and ad Widow for the
Use and Benefit of herself and the Next of Kin
of RICHARD SMITH, Deceased,

                              Plaintiff,                    No. 3:05-cv-00444

          vs.                                              Judge Aleta A. Trauger

PFIZER INC., PARKE-DAVIS a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY LLC and
JOHN DOE(S) 1-10,
                              Defendants.
-------------------------------------------------------------------X

<u>ORDER</u>

The motion of plaintiff Ruth Smith, Individually and as Widow for the Use and

Benefit of herself and the Next of Kin of Richard Smith, Deceased, for admission pro hac

vice of Maura Kolb (Docket Entry No.____) is GRANTED.

The Clerk is directed to enter Maura Kolb as counsel for plaintiff Ruth Smith,

Individually and as Widow for the Use and Benefit of herself and the Next of Kin of

Richard Smith, Deceased.

It is so ORDERED.

Dated this ___ day of December, 2009.


                                        _____
                                        JULIET GRIFFIN
                                        United States Magistrate Judge