# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

FILED

2009 DEC 17

U.S. DISTRICT COURT
MIDDLE DISTRICT

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**William Mark Lanier**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 10th day of May, 1985.

I further certify that the records of this office show that, as of this date

**William Mark Lanier**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this, the 30th day of November, 2009.
BLAKE HAWTHORNE, Clerk

by _Brad Sonego_
Brad Sonego, Deputy Clerk

No. 1130Q

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.
Case 3:05-cv-00444   Document 43-1   Filed 12/17/09   Page 1 of 1 PageID #: 142