```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675010258
Cashier ID: ehawkins
Transaction Date: 12/18/2009
Payer Name: BARRETT AND ASSOCIATES
----------------------------------------
PRO HOC VICE
 For: ROBERT LEONE
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
PRO HOC VICE
 For: KEN S. SOH
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
PRO HOC VICE
 For: DARA G HEGAR
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
PRO HOC VICE
 For: MAURA KOLB
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
PRO HOC VICE
 For: MARK LANIER
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:         $75.00
----------------------------------------
CHECK
 Check/Money Order Num: 1526
 Amt Tendered: $375.00
----------------------------------------
Total Due:       $375.00
Total Tendered:  $375.00
Change Amt:      $0.00

3:05-0444
```