# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
SOUTHERN DISTRICT OF TEXAS §
 §

I, DAVID J. BRADLEY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Kenneth S. Soh**    Federal ID No. 19783, was duly admitted to practice in said Court on **September 20, 2001** and is in good standing as a member of the bar of said Court.

Dated  December 21, 2009  at Houston, Texas.

DAVID J. BRADLEY, Clerk

By: _____
T. Hanniable
Deputy Clerk