# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
SOUTHERN DISTRICT OF TEXAS §
§

I, DAVID J. BRADLEY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **W. Mark Lanier** Federal ID No. 8461, was duly admitted to practice in said Court on **November 20, 1987** and is in good standing as a member of the bar of said Court.

Dated December 21, 2009 at Houston, Texas.

DAVID J. BRADLEY, Clerk

By: _____
T. Hanniable
Deputy Clerk