RECEIVED
2009 OCT 17 DB
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---------------------------------------------------------------X
RUTH SMITH, Individually and ad Widow for the
Use and Benefit of herself and the Next of Kin
of RICHARD SMITH, Deceased,

       Plaintiff,     No. 3:05-cv-00444

vs.           Judge Aleta A. Trauger

PFIZER INC., PARKE-DAVIS a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY LLC and
JOHN DOE(S) 1-10,
       Defendants.
---------------------------------------------------------------X

## ORDER

The motion of plaintiff Ruth Smith, Individually and as Widow for the Use and Benefit of herself and the Next of Kin of Richard Smith, Deceased, for admission pro hac vice of Ken S. Soh (Docket Entry No.____) is GRANTED.

The Clerk is directed to enter Ken S. Soh as counsel for plaintiff Ruth Smith, Individually and as Widow for the Use and Benefit of herself and the Next of Kin of Richard Smith, Deceased.

It is so ORDERED.
Dated this 23rd day of December, 2009.

*[signature]*

~~United States Magistrate Judge~~
ALETA A. TRAUGER
U.S. DISTRICT JUDGE