IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RUTH SMITH, Individually and as Widow For the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:05-0444 Judge Aleta A. Trauger |
| v. | ) ) | D. Mass. No. 1:05-cv-11515-PBS |
| PFIZER INC., *et al.*, | ) ) | |
| Defendants. | ) | |

## FURTHER CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2009, true and correct copies of the Plaintiff's Memorandum of Law in Opposition to Defendants' Renewed Motion for Summary Judgment (Docket No. 51) were served by email on the following:

| | |
|---|---|
| mark.cheffo@skadden.com | kss@lanierlawfirm.com |
| Mark S. Cheffo, Esq. | Ken S. Soh, Esq. |
| Skadden, Arps, Slate, | W. Mark Lanier, Esq. |
|     Meagher & Flom LLP | Dara G. Hegar, Esq. |
| Four Times Square | Maura Kolb, Esq. |
| New York, NY 10036 | Robert Leone, Esq. |
| | Lanier Law Firm |
| | 6810 FM 1960 West |
| | Houston, TX 77069 |

Dated: December 28, 2009

    /s/ Kenneth B. Fromson
Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551
Tel.: 800-634-1212
Fax: 845-562-3492

*Attorneys for Plaintiff Ruth Smith*