

# UNITED STATES DISTRICT COURT
## Eastern District of Texas

## Certificate of Good Standing

I, David J. Maland, Clerk of this Court, certify that

**DARA GRISBEE HEGAR**

was duly admitted to practice in this Court on

June 18, 2001 , and is in good standing

as a member of the Bar of this Court.

Dated at Beaumont, Texas

*David Maland*

on December 30, 2009    by *Robin Lockhart*

Deputy Clerk