

# UNITED STATES DISTRICT COURT
## Eastern District of Texas

## *Certificate of Good Standing*

I, David J. Maland, Clerk of this Court, certify that

ROBERT E. LEONE

was duly admitted to practice in this Court on

January 7, 2010 , and is in good standing

as a member of the Bar of this Court.

Dated at Beaumont, Texas

*David Maland*
_____

on   January 21, 2010     by   *Robin Lockhart*
_____
Deputy Clerk