# EXHIBIT C

Case 3:05-cv-00444   Document 62-3   Filed 02/05/10   Page 1 of 13 PageID #: 273



Howard S. Finkelstein, P.C. (NY)
A′      )G. Finkelstein, P.C. (NY & NJ)
Ge.° _J M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY)
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY, NJ & PA)
Joel Bossom (NY)
Nancy Y. Morgan (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)
Steven P. Shultz (NY & MA)

Victoria Lieb Lightcap (NY & MA)
?. Johnson (NY & CT)
.nall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arieh Mezoff (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Marie M. DuSault (NY)
Glenn W. Kelleher (NY)
Melody A. Gregory (NY & CT)
Gail Schlanger (NY)

Elizabeth A. Wolff (NY & MA)

*Of Counsel*
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Futerfas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)
Gustavo W. Alzugaray (NY & NJ)

*Accredited CLE Provider*

A Limited Liability Partnership

(866) 909-8678
Fax: (845) 567-0794
www.lawampm.com

REFER TO OUR FILE #: 231407-06

May 21, 2007

VIA UPS OVERNIGHT DELIVERY

Shook, Hardy & Bacon
2555 Grand Blvd
Kansas City, MO  64108-2613

Attn:  Angela Seaton

Re:  Richard H. Smith, deceased
     Neurontin MDL 1629

Dear Ms. Seaton:

Please be advised that the Plaintiff wishes to supplement and amend the previously served Plaintiff's Supplemental 26(a)(1) Disclosures, Plaintiff's Response to Defendants' First Set of Interrogatories, and Plaintiff's Response to Defendants' First Request For Production of Documents And Things as with the following:

1. List of additional potential witnesses

2. Dvd of Plaintiff's 50th wedding anniversary movie

3. 7 dvds of family photos

Very Truly Yours,
FINKELSTEIN & PARTNERS

*Andrew Finkelstein/mht*

By:  ANDREW FINKELSTEIN, Esq.

AGF/mht
Enclosures

MAY 2 3 2007

Case 3:05-cv-00444   Document 62-3   Filed 02/05/10   Page 2 of 13 PageID #: 274

Richard H. Smith

| Last Name | First Name | Street Address | Apt.# | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Fuqua | Mildred | | | | | |
| Chester | Bryant & Laderne | Jackson Park | | | | |
| Yinger | Mike,Carol,Katie,Rachel | 6537 Cornwall Drive | | Nashville | TN | 37205 |
| Burris | Doug & Lucinda | 5325 Overton Road | | Nashville | TN | 37220 |
| Rice | Elaine | 750 Southmead | | Nashville | TN | 37204 |
| Gibson | Granville & Cliffordene | 112 Sheffield Ct. | | Goodlettsville | TN | 37202 |
| Burnett | Brady | 764 Cloud Drive | | Clarksville | TN | 37043 |
| Rocking | Jim & Patricia | 3322 New Chapel Road | | Springfield | TN | 37172 |
| Batson | Ron & Jerrie | | | Madison | TN | 37115 |
| Crowell | C.H. & Dilene | 428 Amquistwood Ct. | | Madison | TN | 37115 |
| Nay | Jeff & Debbie | 717 Robert Burns Drive | | Nashville | TN | 37217 |
| Newell | Keith | 2255 Bearwallow Road | | Ashland City | TN | 37015 |
| Mecke | Phil & Grace | 1017 Carriage Way Court | | Hermitage | TN | 51076 |
| Casteel | Bob & Sandra | 3351 Worsham Springs Road | | Greenbriar | TN | 37073 |
| Casteel | Catherine | 377 Willoughby Loop | | Savannah | TN | 38372 |
| Morse | Randy | | | Nashville | TN | 37216 |
| Morse | Ken | | | Nashville | TN | 37204 |
| Carter | Rayee Garrigos | 1927 Berkshire Lane | | Nashville | TN | 37211 |
| Braz | Jay & Carolyn | 1104 Glenwood Avenue | | Nashville | TN | |
| Morse | Robert & Alma | 695 Brewer Drive | | Nashville | TN | |
| Miller | Rebecca | 5001 Bodview | | Nashville | TN | |
| Barnes | Millie & Donna | 2255 Bearwallow Road | | | TN | |
| Bresler | Francis | 410 Ashlawn Ct. | | | TN | 37215 |
| Ward | David | 1602 N. Observatory Drive | | | TN | 37215 |
| Newell | Larry & Alana | 805 Aldwyck Circle | | | TN | 37069 |
| Henderson | Mike & Marjorie | 4614 Grinstead Pl | | | | |
| Marin | Helen | 901 McMahan Avenue | | | | |
| Martin | Wendell & Louise | 1034 Rural Hill Road | | Antioch | TN | 37011 |
| Hale | Chuck & Amy | 1140 Battery Lane | | Nashville | TN | 37220 |
| Hamar & Keegan | Ron & Jerrie | 10707 Central Pike | | Mt. Juliet | TN | 37122 |
| Bacon | Beth & Elizabeth | 220 Chatfield Way | | Franklin | TN | 37064 |
| Hartman | Dorris | 3 Portrush Ct | | Brentwood | TN | 37027 |
| Barnes | Steve | 3621 Apple Wood Lane | | Antioch | TN | 37013 |
| Lindsey | Jim | 604 Manorview Ct | | Brentwood | TN | 37024 |
| Campbell | Terry & Cathy | 205 Ellington Dr | | Brentwood | TN | 37064 |
| Honaker | Jim & Mary | 233 Blackman Rd | | Franklin | TN | 37211 |
| Mosley | Joe & Bobby | Jackson Park | | Nashville | TN | |
| Bryson | Ann & Mo | | | | | |
| Stevens | Turner | | | | | |
| Stevens | Alice | | | | | |
| Hastings | Sonya | Jackson Park | | | | |

Case 3:05-cv-00444   Document 62-3   Filed 02/05/10   Page 3 of 13 PageID #: 275

| Last Name | First Name | Street Address | Apt.# | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Smothers | Ida & F | | | | | |
| Woodruff | Carter, Marlene | 2633 Deerpath Drive | | Christiana | TN | 37037 |
| Woodruff | Marianna, Elizabeth | 2633 Deerpath Drive | | Christiana | TN | 37037 |
| Hoskins & Lowell | Bill & Nancy | 2514 Blair Blvd | | Nashville | TN | 37212 |
| Lusk | Jeff & Jenn | 334 Jackson Road | | Portland | TN | 37148 |
| Gibson | Barry | 2610 Tate Ct | | Nashville | TN | 37214 |
| Francis | Sandra | 1225 McChasney Ave | | Nashville | TN | 37216 |
| Merau | Judy & Julie | 1024 Stonewall Dr | | Nashville | TN | 37220 |
| Marty & Lola | Blanchet | 228 Fairway Dr | | | TN | 37214 |
| Scott | Trew | 506 Geneva Dr | | | TN | 37072 |
| Hood | Tom | 1201 Buchanan Pl | | | TN | 37075 |
| Hamelin | Grady & Dot | 304 Ed Harris Rd., Ashland Ct. | | | TN | 37015 |
| Gregory | Ellen | 1445 Janie Avenue | | | TN | 37216 |
| Patterson | Gina | 1448 Janie Avenue | | | TN | 37216 |
| McGee | Caroline | 1006 Woodside Drive | | Brentwood | TN | 37027 |
| Miller | Donald & Debra | 1437 Janie Avenue | | | TN | |
| Herod Carnahan | Lewis & Julia | 395 Herod Lane | | | TN | 37074 |
| Barclay | Tracey & Blair | 420 Maxwell Crossing | | | TN | 37027 |
| Forehand | Charles, Brenda | 7912 Stallion Drive | | | | |
| Forehand | Rachel and Rick | 7912 Stallion Drive | | | | |
| Burch | Jean & Terry | | | | | |
| Campbell | Carl | 3325 Hurst Drive | | Old Hickory | TN | 37138 |
| Schroeder | Jim | 212 Scenic Ridge Ct. | | Old Hickory | TN | 37138 |
| Temple (Mrs.) | | 6215 Burnt Leaf Ct. | | | TN | 37027 |
| Ward | Henry | 1205 Fort Morgan Pl | | Brentwood | TN | 37027 |
| Hood | Susan | 955 Battery Lane | | Brentwood | TN | 37220 |
| Peer | Joe & Martha | 1003 Oak Dale St | | Manchester | TN | 37355 |
| Axel | Bill & Mary Lou | 2407 Brittany Dr. | | Nashville | TN | 37206 |
| Green | Ethan | 306 Spence Lane | | Nashville | TN | 37210 |
| Clinton | | 141 Neese Drive | | | TN | 37211 |
| Conger | Alice | 5205 Trousdale Drive | | | TN | 37220 |
| Pardue | Terry | 5231 Trousdale Drive | | | TN | 37220 |
| Grimes | Rick & June | 4580 Xavier Drive | | Antioch | TN | 37013 |
| Rutts | Jeff | Jackson Park | | | TN | |
| Fought | Patty, Randy & Katie | 608 Gibson Drive | | Madison | TN | 37115 |
| Rudolph | Mary Sue | | | | | |
| O'Connor | George | | | | | |
| Pugh | Mark & Brenda | 2721 Windemere Drive | | Nashville | TN | |
| Brown | Thomas | 2929 Leatherwood Drive | | | TN | 37214 |
| Joni | Oline | Jackson Park | | | | |
| Arnold | James & Minerva | 207 Marrier | | Hendersonville | TN | 37075 |
| Strickler | George & Kathryn | 605 Broodmore Drive | | | TN | 37216 |

| Last Name | First Name | Street Address | Apt. # | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Wright | Wilton & Louise | 3520 Kennedy Avenue | | Dickson | TN | 37216 |
| Belitsky & Hooper | Joan & Amanda | 111 Shadybrook Circle | | | TN | 37055 |
| Fox | Ted & Franklin | 207 Woodlawn Drive | | Mt. Juliet | TN | 371122 |
| Baker | Johnny & Ann | 318 Matterhorn Drive | | Old Hickory | TN | 37138 |
| Morgan | Rebecca | 2411 Harter Road | | Nashville | TN | |
| Kincade | Wallace | Jackson Park | | | TN | |
| Brown | Helen | | | | | |
| Richardson | Ellie Mai | | | | | |
| Wilson | Kim & Anita | 2710 Happy Haclaus Road | | | TN | 37216 |
| Clark | Wayne & JoRene | 502 Nesbitt Lane | | Madison | TN | 37115 |
| Jackson | Helen | 740 Curry Road | | | TN | 37217 |
| Spraclin | Jack & Lovella | | | | | |
| Sanders | Mary Jo | 1614 S. Observatory Drive | | | TN | |
| Carbone | Glenda | 111 Broadley Court | | | TN | 370699 |
| Piper | Dennis,Betsy & Chelsey | 624 Whispering Hills | | | TN | 37211 |
| Nix | David & Judy | 803 Winthorne Court | | | TN | 37217 |
| Schowe | Marion | 2315 Sweetwood Road | | Nashville | TN | 372140 |
| Roehrig III | William Bryan | | | Nashville | TN | 37214 |
| Murphy | Kenny & Nancy Murphy | 904 Van Leer Drive | | Nashville | TN | 37220 |
| Cato | Clark | | | | TN | |
| Dilgard | Bob & Frieda | 1131 Brookemeade Drive | | | TN | 37204 |
| Kennedy | Don & Debbie | 607 German Lane | | | TN | 37067 |
| Herman | John & Billie | 4916 Millerwood Drive | | | | |
| Walker | Margie & Tim | 9223 Fox Run Drive | | Brentwood | TN | |
| Gray | John | 800 Stirrup Drive | | | TN | 372211 |
| Wright | C and Wanda | 2120 Lebanon Pike | Unit 121 | | TN | |
| H | Dorothy | | | Nashville | TN | |
| Faris | Fran | 5329 Quenton Road | | | TN | 37220 |
| Fulford | Tina & Stephanie | 5021 Fredericksburg Way E | | | TN | 37027 |
| Simmon | Tracie | 1044 George Boy Road | | Ashland City | TN | 37015 |
| Yinger | Lisa & Lilah | | | | TN | |
| Saunders | | 1306 Harding Place | | | TN | 37215 |
| Hodgson | Trish | 2004 Graybar Lane | | Nashville | TN | 372155 |
| Binkley | Peggy | 4009 Ivy Drive | | | TN | 37216 |
| Johnson | Lois | 1310 Careland Drive | Apt. 1103 | | TN | 37015 |
| Bumbalough | Mike & Debbie | 806 Evergreen Trail | | | TN | 371115 |
| Simmons | G.L. | George Boyd Road | | Ashland City | TN | 37015 |
| Hays | Sue | Gayle Lane | | Ashland City | TN | 370155 |
| Carroll | Patty, Randy & Katie | George Boyd Road | | Ashland City | TN | 37015 |
| Bumbalough | Matt & Gina | 202 Beachbrook Ct. | | White Horse | TN | 37188 |
| Walters | Paula | | | Lavergne | TN | 37086 |
| Jones | Erich & Jean | 2534 Edge-o-Lake Drive | | Nashville | TN | 37217 |

Richard H. Smith

| Last Name | First Name | Street Address | Apt.# | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Netherton | Kenneth & Edna | 978 Malquin Drive | | Nashville | TN | 37216 |
| Mayo | Danny & Linda | 1170 Norman Harris Road | | Ashland City | TN | 37015 |
| Bess | Todd & Kayla | 6589 Burkitt Road | | | TN | 37013 |
| Craighead | Herman & Ruth | 4900 Ruskin Avenue | | Nashville | TN | 37216 |
| Lundy | Debbie | 6009 Tattersall Court | | Brentwood | TN | 37027 |
| Pearson | Robbie | 1113 Saunders Avenue | | Madison | TN | 37115 |
| Cooper | Shirley | 100 Calvert Street | | Nashville | TN | 372162108 |
| Mayo-Jarrell | Margie | | | Nashville | TN | 37015 |
| Morris | Margaret | | | Ashland City | TN | 37015 |
| Rose | Helen | | | Ashland City | TN | 37015 |
| M | Joann | | | Ashland City | TN | 37015 |
| Ezell | Wanda | | | Franklin | TN | 37064 |
| Wilkinson | Nell | 4325 Lealand Lane | | | TN | 37204 |
| Hunt | Julie & Cameron | 106 Summit Ridge Court | | | TN | 37215 |
| Kolbe | John | 2552 Lakeland Drive | | | TN | 37214 |
| Parker | Bill & Alice | 431 Franklin Road | | | TN | 37069 |
| Hoskins | James & Minerva | 314 Cool Springs Boulevard | | | TN | 37064 |
| Putman | Buford & Peggy | 247 Connie Drive | | Hendersonville | TN | 37075 |
| Stanley | Lindon & Geraldine | 510 Bismark Drive | | | TN | 37210 |
| Farris | Ronnie, Susan & Lauren | 4005 Albert Drive | | | TN | 37204 |
| Farris | Jonathan | 4005 Albert Drive | | | TN | 37204 |
| Barnes | James | 494 Sunbauer Drive | | | TN | 37204 |
| Sampson | Gwen | 3600 Hillsboro Road | | | TN | 37215 |
| Ferguson | Patsy | | | Nashville | TN | 37205 |
| Jerkins | Karen & Brittany | 875 Curtiswood Lane | | | TN | 37204 |
| Canterbury | MariLynn & Catherine | 4648 Chalmars Drive | | | TN | 37215 |
| Green | Bill & Elaine | 810 Broodmoor Drive | | | TN | 37216 |
| Green | Everett & Betty | 500 Osway Court | | | TN | 37214 |
| Frizell | Tim & Janice | 4707 Richmar Court | | | TN | 37211 |
| Snow | Hayte & Peggy | 9370 Coochett Road | | | TN | 37027 |
| Wilson | Cliff & Betty | 311 Emery Drive | | | TN | 37214 |
| Jenkins | Franklin | 632 Lemont Drive | | | TN | 37216 |
| Henson | Gerald & Lillian | 8217 Spring Ridge Drive | | | TN | 37212 |
| Gallaher | Mildred | 313 Delaware Avenue | | Madison | TN | 37115 |
| Flynn | Earl & Tommie | 1501 Stewarts Ferry Pike | | Hermitage | TN | 37076 |
| Hastings | Porter & Dot | 213 Hart Lane | | Nashville | TN | 37211 |
| Merrit | Mary Lee & Jenni Lee | 616 Andrew Rocker Lane | | Goodettsville | TN | 37072 |
| Lawrence | David & Emily | 3015 Frontier Lane | | Goodettsville | TN | 37072 |
| Bud | James & Alene | 601 Woodshire Drive | | Goodettsville | TN | 37072 |
| Jackson | Roy | 3682 Rich Briar Court | | Nashville | TN | 37211 |
| Huland | George | | | Nashville | TN | 37211 |
| Elkins | Robert & Faye | | | Nashville | TN | 37211 |

| Last Name | First Name | Street Address | Apt.# | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Willoughby | John, Kim & Amanda | 2269 White Bluff Road | | | TN | 37029 |
| Williams | Jimmy & Elaine | 131 Village Way | | Clarksville | TN | 37024 |
| King | Bill & Alice | 3607 Rainbow Place | | | TN | 37204 |
| Simons | Libby | 1619 S. Observatory Drive | | | TN | 37215 |
| Bacigalupo | Margaret | 3401 Anderson Road | #29 | Antioch | TN | 37013 |
| Loyd | Carter | 2633 Deerpath Drive | | | TN | 37037 |
| Woodruff | Clint,Nash,Dennis & Shirley | 1508 Woodmont Boulevard | | | TN | 37215 |
| Beard | Eileen | 5144 Raywood Lane | | | TN | 37211 |
| Williams | Lynn | 1117 Lipicomb Drive | | | TN | 37204 |
| Nickilum | Keith | 1035 Woodvale Drive | | | TN | 37204 |
| McClure | Carter | 2029 Valley Court | | | TN | 37027 |
| Pritt | William | 2029 Valley Court | | | TN | 37027 |
| Sears | Rob & Carole | 200 Hickory Hill Lane | | Russellville | KY | 42276 |
| S rf | Laura,Hayden,Alex & Reed | 509 Landon Drive | | Nashville | TN | 37220 |
| Hudson | Linda, Dallin & Donnie | 1789 Tyne Boulevard | | | TN | 37215 |
| Youree | Ann | 1793 Tyne Boulevard | | | TN | 37215 |
| Winters | Orval & Beverly | 891 Doitch Lane | | Nashville | TN | 37135 |
| McClure | Debra | 410 McClellan Avenue | | | TN | 37115 |
| Clouse | R. Wilbur & Virginia | 237 Falcon Drive | | Madison | TN | 37112 |
| Snow | Thomas & Donna | 717 Vanoke Drive | | Madison | TN | 37115 |
| Griffin | Ricky,Laurie & Madelynn | 5400 Granny White Park Road Way | | | TN | 37027 |
| Chitt | J. | 942 Caldwell Lane | | Nashville | TN | 37204 |
| Costello | Jim & Helen | 924 Crownhill Drive | | | TN | 37217 |
| Herbert | Jeremy | 1211 Langwood Court | | | TN | 37066 |
| Lambert | Darin & Julie | 1312 Neelys Bend | | Madison | TN | 37115 |
| Capps | Rufus & Mary Rose | 607 Gibson Drive | | Madison | TN | 37115 |
| Page | Helen | 2269 Abbott Martin Road | Apt.7-11 | Nashville | TN | 37215 |
| Barnes | Desiree & Jessica | 1912 Shamrock Drive | | Brentwood | TN | 37027 |
| Harrison | Phillip & Mary Margaret | | | | | |
| Green | John | 2812 Western Hills Drive | | Nashville | TN | 37214 |
| Lawrence | John & Sandra | 7200 Apple View Drive | | Goodettsville | TN | 37072 |
| Dodd | Gary, Faith | 208 Pratt Court | | Brentwood | TN | 37027 |
| Dodd | Andrew & Rebecca | 208 Pratt Court | | Brentwood | TN | 37027 |
| Walkup | Teresa | 264 Chester Stevens Road | | | TN | 37067 |
| Dale | Ennis & Mary | 5402 Granny White Park Road Way | | Brentwood | TN | 37027 |
| Connell | Tim | 1225 Sugar Comb Court | | | TN | 37027 |
| Yates | Jim & Faye | 4935 Darlington Drive | | | TN | 37211 |
| Mullins | Lila | 4102 Lealand Lane | | Nashville | TN | |
| Tugria | Betty & Murray | Scottsboro Church | | | TN | 34204 |
| Binkley | George & Doris Binkley | 416 Glenpark Drive | | Nashville | TN | 37217 |
| J s | Larry & Linda | 507 East Angela Circle | | Goodettsville | TN | 37072 |
| M ner | Karen & Al | 479 West Crest Drive | | Nashville | TN | 37211 |
| Sanders | Phyllis | 6116 Bradford Hills Drive | | Nashville | TN | 37211 |

Richard H. Smith

| Last Name | First Name | Street Address | Apt.# | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Moore | Gayla | 392 Harding Place | | Nashville | TN | 37211 |
| Barker | Micalynn and Chris Barker | 702 Fox Ridge Drive | | Brentwood | TN | 37027 |
| Buchanan | Bobby & Sharon | 5028 Marc Drive | | Nashville | TN | 37211 |
| Roehnig | Sarah & Bill | 3910 Moss Rose Drive | | Nashville | TN | 37216 |
| Anderson | Kerry & Donna | | | Nashville | TN | |
| Roehrig III | William Bryan | | | Nashville | TN | |
| Sissom | Ray | | | Woodmont | TN | |
| Cornwell | Randy | 804 Melville Drive | | Nashville | TN | 32704 |
| Stricklin | Sheila | 1712 Heritage Glen Drive | | Madison | TN | 37115 |
| Ward | Caroline | 5025 #8A Hillsboro Road | | | TN | 37215 |
| F... | Ray & Greta | 4231 Franklin Road | | Nashville | TN | 37204 |
| W...d | Jim | 410 Ashlawn Court | | Nashville | TN | 37215 |
| Lindsay | Allan & Hope | 3029 Tracon Drive | | Nashville | TN | 37188 |
| Welch | Brittany | 3029 Tracon Drive | | Nashville | TN | 37188 |
| Case | Betty Jo | Trinity Lane, Church of Christ | | | | |
| Minerva | Richard | Trinity Lane, Church of Christ | | | | |
| Moore | Randall & Joni | 170 Sheila Drive | | Antioch | TN | 37013 |
| Shoaf | Amy | 449 Neely's Bend Road | | Madison | TN | 37115 |
| Woodruft | Marvene, Carter | 2633 Deerpath Drive | | Brentwood | TN | 37037 |
| Woodruft | Marianna, Elizabeth | 2633 Deerpath Drive | | Brentwood | TN | 37037 |
| Boyce | Peter & Wanda | 1303 Gen Mac Arthur | | Brentwood | TN | 37037 |
| Martin | Jim & Melanie | 2713 Sandy Drive | | Nashville | TN | 37216 |
| Gordon | Olivia & George | 504 Catalina Drive | | Nashville | TN | 37217 |
| Dunn | Brigette | 504 Catalina Drive | | Nashville | TN | 37217 |
| Beryd | Fred & Marie | 315 Fry Street | | Nashville | TN | 37217 |
| Bowman Craldi | Debbie | 2121 Highway 12 S | | Ashland City | TN | 37015 |
| Palmer | Martha | 124 Joyce Avenue | Unit 29 | Ashland City | TN | 37015 |
| B...eld | Clara May | 112 Spring Valley Road | | Ashland City | TN | 37015 |
| B...edict | Kitty | 2929 Farnbrook | | Ashland City | TN | 37214 |
| Baye | Mickey & Linda | 3627 Rainbow Place | | Hermitage | TN | 37076 |
| Bell | Claude | 3627 Rainbow Place | | Hermitage | TN | 37076 |
| Palmer | David, Michelle & Seth | 3008 Palomino Place | | Nashville | TN | 37204 |
| Crowder | Larry & Nancy | 3008 Palomino Place | | Hermitage | TN | 37076 |
| McDougal | Jo | 1010 Horseshoe Drive | | | | |
| Gesh | Nisa | 1164 Greenland Avenue | | Nashville | TN | 37216 |
| Wingfield | Elsie | 923 Fairwin Avenue | | Nashville | TN | 37214 |
| Dickens | James M(Nickey) | 1051 Glastonbury Road | | Nashville | TN | 37217 |
| George | Chip & Debbie | 143 Hardaway Drive | | Nashville | TN | 37072 |
| Rollins | Howard & Helen | | | Goodettsville | TN | 37072 |
| Van Hook | Paul & Irene | Jackson Park, J.P. Church | | Mt. Juliet | TN | 37122 |
| Jackson | Logan | 307 Old Overton Drive | | | TN | |
| Heck | Greg & Linda | 307 Old Overton Drive | | | | |
| Arnold | | | | | | |

Case 3:05-cv-00444   Document 62-3   Filed 02/05/10   Page 8 of 13 PageID #: 280

Richard H. Smith

| Last Name | First Name | Street Address | Apt.# | City | State | Zip Code |
|---|---|---|---|---|---|---|
| McPherson | Lisa & boys | | | | | |
| Trimble | Sherron | 6565 Bridle Way | | | | 37014 |
| Pripps | Vera | 3155 Winberg | | Franklin | TN | 370640 |
| Steele | Jack & Ann | 225 Theodore Road | | Nashville | TN | 37214 |
| Hunter | Raymond & Norma | 5342 Green Valley Court | | | TN | 37220 |
| Travis | David & Tammy | 902 Briarwood Crest | | | | |
| Travis | Kyle | | | | | |
| Walker | Tony (Verbal) Walker | | | | | |
| Owen | Ruth | 1310 Coveland Drive | | | | 37115 |
| B..ing | Josephine | 2853 McGarrock Pike | | | TN | 37214 |
| Davidson | marge | 2213 Ridgecrest Drive | | Nashville | TN | 37216 |
| Heck | Jose & Lisa | 307 Old Overton Drive | | Madison | AL | 357560 |
| Irwin | Phil & Deena | 6569 Cloverbrook Drive | | | TN | 37027 |
| Smith | Regina | 4908 Roselawn Circle | | Nashville | TN | 37215 |
| Shankland | Mackenzie | 7514 Old Harding Pike | | | | |
| Chaffin | Madalyn | 5124 Glen Carron Drive | | | TN | 37220 |
| Hein | Dan,Jeane, Amy,Holly | 8384 River Road | | Nashville | TN | 37215 |
| Cooper | Joann | 201 Hutton Place | | Franklin | TN | 37604 |
| Jackson | Jim & Patricia | 3800 Belmont Boulevard | | Nashville | TN | 37215 |
| Givens | Dan,Jeane, Amy,Holly | 1116 Gibson Drive | | Nashville | TN | 37215 |
| Vaughan | Nora J. | 536 Cartwright Way | | Greenbriar | TN | 37073 |
| Abell | Steve & Gina | 2511 Barwood Drive | | Greenbriar | TN | 37073 |
| Trice | Sarah & Bill | 1007 Kaitlynn Circle | | Pleasant Vieso | TN | 37146 |
| Gatz | Frank & Mary Elizabeth | 3626 Rubin Road | | Nashville | TN | 37204 |
| Gregory | Wayne & Sharon | 2101 Deerfield Drive | | Mt. Juliet | TN | 37122 |
| Rollins | Bertha | | | Nashville | TN | 37216 |
| B..ley | Cody | 3855 Saunders Avenue | | Nashville | TN | 37015 |
| W..yman | Robert,Donna & Terri | 179 Annabelle Way | | Ashland City | TN | 37015 |
| Winters | Robert & Family | 1651 Bearwallow Road | | Ashland City | TN | 37015 |
| Winters | Mary Edith | 1596 Bearwallow Road | | Ashland City | TN | 37015 |
| Parsons | Pete & Betty | 2938 McGoode Pike | | Ashland City | TN | 37015 |
| Shoaf | Ruth | 3575 Knight Road | | | TN | 37189 |
| Luther | Karen | 4600 Skymont Drive | | Nashville | TN | 37215 |
| Whitaker | Sam & Shirley | 3985 Atkins Drive | | Nashville | TN | 37211 |
| Fish | Martha | | | | | |
| Lindsay | Wayne & Cheryl | | | | | |
| Dugger | Jack | | | | | |
| Walkup | Joe, Theresa & Joshua | | | | | |
| Thomas | Hilda | | | | | |
| Simmons | Teresa & Brooke | | | | | |
| Saunders | Ginger | | | | | |
| Bates | Linda | | | | | |

Richard H. Smith

| Last Name | First Name | Street Address | Apt.# | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Stuley | Phil & Susan | | | | | |
| Burton | Jay | 6311 Ramsgate Court | | Brentwood | TN | 37027 |
| Edwards | Craig & Lisa | Jackson Park | | | | |
| Bumipus | Terry & Linda | | | | | |
| Hale | Gary, Faith | | | | | |
| Carter | Steve & Kathy | 6808 Sunnywood Drive | | Nashville | TN | 37211 |
| Davidson | Lisa | | | | | |
| B...e | B...e | | | | | |
| H...ers | Lisa | | | | | |
| Brown | Gary & Ginger | | | | | |
| Hatchett | Mark & Bari | | | | | |
| Brown | Jim & Elease | | | | | |
| Neely | Jeff & Debbie | | | | | |
| Davidson | Tim & Velma | | | | | |
| Middleton | Harry &Geraldine | | | | | |
| Marshall | Ellen & Catherine | | | | | |
| Marshall | Sam & Autumn | | | | | |
| Kryder | Charlie | | | | | |
| Meyer | Nancy | | | | | |
| Foster | Bruce | | | | | |
| akley | Jan | | | | | |
| Tatum | Frances & Jim | 142 Bay Drive | | Nashville | TN | 37075 |
| Brown | Paul & Emma | 115 Draughan Avenue | | Nashville | TN | 37204 |
| King | Robert,Donna & Zach | 954 Caldwell Lane | | Nashville | TN | 37204 |
| Waters | Dylan | 202 Gardenridge Drive | | Franklin | TN | 37069 |
| Waters | Neal & Karita | 202 Gardenridge Drive | | Franklin | TN | 37069 |
| Brize | Sandy | 6522 Currywood Drive | | Nashville | TN | 37205 |
| Dowell | Allen & June | 1122 McCheaney Avenue | | Nashville | TN | 37216 |
| A... | Bill & Irene | 2615 Old 43/S | | Springfield | TN | 37172 |
| B...gemitts | Larry & Linda | 4706 Lealand Lane | | Nashville | TN | 37220 |
| Lee | James | 1217 Sams Creek Road | | Ashland City | TN | 37015 |
| Davis | Susan & Clayton | 9032 Meadowlawn Drive | | Brentwood | TN | 37027 |
| Sweeney | Ryan & Michelle | 370 Oakley Drive | #1119 | Nashville | TN | 37211 |
| Hutchinson | JoAnn | 1121B Biltmore Drive | | Nashville | TN | 37204 |
| Vaught | Wayne,Sandra & Kelley | 5024 Granny White Park | | Brentwood | TN | 37027 |
| Merritt | Betty | 1452 Line Oak Street | | Nashville | TN | 35708 |
| Barton | Mr/Mrs Thomas | 609 Steven Drive | | Smyrne | TN | 37167 |
| Martin | Jim & Melanie | 2713 Sandy Drive | | Nashville | TN | 37216 |
| Starling | John & Lena | | | | | |
| Dixon | Zander & Linda | 2109 Avalon Drive | | Nashville | TN | 37216 |
| Turner | Lisa | | | | | |
| Eubanks | Dawn | | | | | |
| Speight | Bill | DCCS | | | | |
| Martin | David & Brook | | | | | |

Richard H. Smith

| Last Name | First Name | Street Address | Apt.# | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Balthaser | Doug, Twyla & Bethany | | | | | |
| Marshall | Andrew, Celena & Abbie | | | | | |
| Green | Susan | | | | | |
| Lewis | Charles & Evelyn | 907 Battlefield | | Nashville | TN | 37204 |
| Menefee | Linda | 212 Boxmere | | Nashville | TN | 37215 |
| Thomas | Kathy | 600 Fountainhead Court | | Brentwood | TN | 37027 |
| Murray (Fortner) | Dana | 8461 Cooperstown Road | | Joelton | TN | 37080 |
| Marshall | Helen & Herod | 1411 Long Hollow Park | | Gallatin | TN | 370660 |
| Layman | Wendi | 413 Glen Haven | | Portland | TN | 371480 |
| Herod | Norman | 1501 Willingham Road | | Richmond | VA | 23233 |
| Erberg | Phil & Leigh | 1110 Maplehurst Lane | | Nashville | TN | 37204 |
| Kn..r | Erwin | 1832 Springfield Highway | | Nashville | TN | 37072 |
| Ward | Rose Mary | 309 Two Mile Park | | Nashville | TN | 37072 |
| Cagle | Sherry | 5242 Anchorage Drive | | Nashville | TN | 37220 |
| Wilson | Trina | | | Nashville | TN | 37220 |
| Richardson | Rodney & Martha | 5288 Village Trace | | Nashville | TN | 37211 |
| Hatchett | Randy,Sherry & Rob | 212 Wellington Drive | | Nashville | TN | 37215 |
| Hickerson | Lee & Joan | 4109 Gallatin Road | | Nashville | TN | 37216 |
| Herrod | Donna | 1201 Buchanan Place | | Nashville | TN | 37075 |
| Stewart | Juanita & Jeff | 304 Broadway Lane | | Madison | AL | 35757 |
| Colletti | Michael,Carla,Amber,Ryan | 4218 Morriswood Drive | | Nashville | TN | 37204 |
| Gray | John | 800 Stirrup Drive | | Nashville | TN | 37221 |
| Hudson | Linda | 1789 Tyne Boulevard | | Nashville | TN | 37215 |
| Mix | Judy | 803 Winthorne Court | | Nashville | TN | 37217 |
| Barnes | Kimberly | 1183 Cross Creek Drive | | Nashville | TN | 37067 |
| Bickel | Dan,Cynthia,Lauren, Cari | | | | | |
| Herrick | David,Leah,Amelia,Will | | | | | |
| Percy | Karen | | | | | |
| Roxxe | Hollie | | | | | |
| Butler | Cynthia | | | | | |
| Smith | Justine | 1105 Glenwood | | Nashville | TN | 37204 |
| Greer | Debbie | 1609 Wrenwood | | Mt. Juliet | TN | 37122 |
| Dodd | Faith & Rebekah | 208 Pratt Court | | Brentwood | TN | 37027 |
| Jennings(Wilds) | Jimmy | 3410 Richards Street | | Nashville | TN | 37215 |
| Anderson | Donie & Kerry | 1517 Grandview Drive | | Nashville | TN | 37218 |
| Lavender | Rebecca | | | | | |
| Howe | Bill | 2205 Willesden Green Court | | Brentwood | TN | 37076 |
| Engelberg | Barbara | 2909 Abbott Martin Road | #12-4 | Nashville | TN | 372150 |
| Ellis | Scott & Sandra | | | | | |
| Gill | Randy & Lajuana | 1024 Saint Andrews Place | | | | |
| Hamilton | Oscar & Marnie | 1004 Williamsburg Road | | | | |
| Tillman | Scott & Michelle | | | | | |

| Last Name | First Name | Street Address | Apt.# | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Harnar | Megan | | | | | |
| Dodd | Gary | | | | | |
| Lyons | Adrienne | 204 Belaire Drive | | Smyrna | TN | 37167 |
| Hunter | Harry & Maxine | 1124 Battery Lane | | Nashville | TN | 37220 |
| Woodruft | Chris & Pat | 5231 Anchorage Drive | | Nashville | TN | 37220 |
| Craig | Suzanne | 3901 Dorris Avenue | | Nashville | TN | 37204 |
| Moore | Karen | 104 Tilbury Circle | | Brentwood | TN | 37027 |
| Jenkins | Melanie | | | Nashville | TN | |
| Fei | Barbara | 226 Windsor Terrace | | Nashville | TN | 37221 |
| Dugger | Patty | 3906 Granny White | | Manchester | TN | 37304 |
| W ds | Art & Kim | 300 W. Fork Court | | Nashville | TN | 37220 |
| W...dfield | Carol & Fred | 3312 Cedar Ridge | | Nashville | TN | 37214 |
| Biloxi | Mr/Mrs Paul | 925 Candlewood Boulevard | | Nashville | TN | 37216 |
| Anderson | Peggy | | | Nashville | TN | 37221 |
| Shoaf | Sissy & Mel, Jr. | 174 Berrywood Drive | | Nashville | TN | 37075 |
| Gee | David & Cheryl | 6356 Berrywood Station | | Brentwood | TN | 37027 |
| Gray | Morgan & Lynette | | | Rockford | TN | |
| Haltie | Pat & Craig | | | | | |
| Cato | Pat | 4155 Knipfer Road | | Joelton | TN | 37080 |
| Burress | Robby | 1416 Hampshire Place | | Nashville | TN | 37221 |
| White | David & Kaitlyn | 1600 Oakhall Drive | | Brentwood | TN | 37027 |
| Adgent | Penny | 101 Jefferson Square | | Nashville | TN | 37215 |
| Anderson | Rob,Cathi,Tori,Alex | 1886 Old Natcher Trace | | Franklin | TN | 37069 |
| Draper | Lassie | 12229 Lifecomb Drive | | Nashville | TN | 37204 |
| Smith | Janet | DLHS | | | | |
| Ramsey | JP & Elizabeth | | | Nashville | TN | |
| C..nran | Mike,Rita & Kyle | 1138 Battery Lane | | Nashville | TN | 37220 |
| V | Alan,Alison,Ashley & Alex | | | Old Hickory | TN | |
| Robertson | Anna Marie | 2103 Morgan Avenue | | Nashville | TN | 37204 |
| Jordan | Michael & Mabel | 841 Rachel Drive | | Nashville | TN | |
| Miller | Clyde | 1601 N. Observatory Drive | | Nashville | TN | |
| Thompson | Steve & Mary Catherine | 1119 Belvidere Drive | | Nashville | TN | 37204 |
| Thompson | Karie & Cross | 1119 Belvidere Drive | | Nashville | TN | 37204 |
| Hudson | Don | 1789 Tyne Boulevard | | Nashville | TN | 37215 |
| Bradford | Greer & Ethel | 1139 Brookmeade Drive | | Nashville | TN | 37204 |
| Bedingfield | Andy & Susan | 4910 Timberdale Drive | | Nashville | TN | 37211 |
| Roese | Amber & John | 4605 Conway Court | | Nashville | TN | 37138 |
| Wright | Robert | 1004 Woodvale Drive | | Nashville | TN | 37204 |
| Jones | Beth Willie | 129 Meadowview Drive | | Nashville | TN | 37075 |
| Binkley | Byron & Patricia | 517 O'Neil Lane | | Franklin | TN | 37069 |
| Parker | John | Granny White Park Road Way | | Brentwood | TN | 37027 |
| Owen | Mary | Jackson Park | | | TN | |

| Last Name | First Name | Street Address | Apt.# | City | State | Zip Code |
|---|---|---|---|---|---|---|
| Ganton | Mary | Jackson Park | | | TN | |
| Hunter | Philip | 1124 Battery Lane | | Nashville | TN | 37220 |
| Hollman | Rita | 1222 Grandview Drive | | Nashville | TN | 37215 |
| Cummins | Edna | | | Ashland City | TN | 37015 |
| Carbine | Ashley | | | | | |
| Johnson | Peggy | 4004 1/2 Granny White Park Road Way | | Brentwood | TN | 37027 |
| Eubanks | Brent & Caroline | 1032 Belvidere Drive | | Nashville | TN | 37204 |
| Irwin | H.M. & Roberta | | | | | |
| Hollman | Doy | 1222 Grandview Drive | | Nashville | TN | 37215 |
| Hollman | Matt | | | | | |
| F⌐er | Jay | 660 Thompson Lane | | Nashville | TN | 37204 |
| Chambers | Dan | Maryville Church of Christ | | Nashville | TN | 37204 |
| Snow | Hoyt | | | Brentwood | TN | 37027 |
| Burleson | Doug & Kristi | 415 Tuoculum Road | #F6 | Nashville | TN | 37211 |
| Tot | Greta | 4231 Franklin Road | | Nashville | TN | 37204 |
| Cochrane | Mike & Rita | 1138 Battery Lane | | Nashville | TN | 37220 |
| Grotan | Rupa | 961 Graybar Lane | | Nashville | TN | 37204 |
| DeLoach | Jon | 3705B Ferndale Avenue | | Nashville | TN | 37215 |
| Harris | Johnny | 2195 Double Log Cabin | | Nashville | TN | 37087 |
| Gish | Marie | Jackson Park | | Nashville | TN | 37211 |