IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of RICHARD SMITH, Deceased,  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>PFIZER INC., *et al.*,  )<br>)<br>Defendants.  ) | Case No. 3:05-0444<br>Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion for Summary Judgment by defendants Pfizer Inc. and Warner-Lambert Company LLC (Docket No. 17) is **DENIED**.

It is so Ordered.

Entered this 19th day of February 2010.

_____
ALETA A. TRAUGER
United States District Judge