# EXHIBIT B

UNITED STATES DISTRICT COURT　　　　　　　　　　231407-06
DISTRICT OF MASSACHUSETTS
-----------------------------------------------------------------x
　　　　　　　　　　　　　　　　　　　　　　　MDL Docket No. 1629

In re: NEURONTIN MARKETING,　　　　　　　　　Judge Patti B. Saris
　　　　SALES PRACTICES AND PRODUCTS
　　　　LIABILITY LITIGATION　　　　　　　　　　Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　Leo T. Sorokin

-----------------------------------------------------------------x

THIS DOCUMENT RELATES TO:　　　　　　　　　　PLAINTIFF'S
　　　　　　　　　　　　　　　　　　　　　　　SUPPLEMENTAL
　　　　　　　　　　　　　　　　　　　　　　　RULE 26(a)(1)
RUTH SMITH, as Executrix for the Estate　　　　　DISCLOSURES
of RICHARD H. SMITH, Deceased
　　　　　　　　　　　　　　　　　　　　　　　05-CV-011515-PBS

-----------------------------------------------------------------x

SIRS:

　　　　PLEASE TAKE NOTICE, that pursuant to FRCP Rule 26(a)(1):

(A) The following additional witnesses may be used to support the claims of the plaintiff, herein:

　　1. Ruth B. Smith, PO Box 292004, Nashville, TN 37229;
　　2. Sherri Smith Hoskins, 204 Chester Stephens Rd, Franklin, TN 37067;
　　3. Buford Hoskins, 204 Chester Stephens Rd, Franklin, TN 37067;
　　3. Gayle Smith Lawson, 5003 Brentview Ct, Nashville, TN 37220;
　　4. Gene Lawson, 5003 Brentview Ct, Nashville, TN 37220;
　　5. Cindy Smith Charlton, P.O. Box 292004, Nashville, TN 37229;
　　6. Andrew Charlton, P.O. Box 292004, Nashville, TN 37229;
　　7. Wes Carnahan, 2936 McGavock Pike, Nashville, TN 37214.

(B) The following additional documents may be used to support the claims of the plaintiff herein:

　　1. Copies of prescription receipts/labels, annexed;
　　2. Tennessee Orthopedic Alliance, records, previously served 8/7/07;
　　3. Baptist Hospital, records, previously served 8/7/07;
　　4. Blue Cross Blue Shield of Tennessee, records, previously served 8/7/07;
　　5. Dr. Carl Hampf, records, previously served 8/7/07;
　　6. Centennial Medical Center, records, previously served 8/7/07;
　　7. Center for Medicare and Medicaid, records, previously served 8/7/07;

8. Colon & Rectal Surgery Associates, records, previously served 8/7/07;
9. Dr. David Dyer, records, previously served 8/7/07;
10. Eckerd Drugs, records, previously served 8/7/07;
11. Forensic Medical Autopsy, records, previously served 8/7/07;
12. Dr. Frank Berklacich, records, previously served 8/7/07;
13. Dr. William Harwell, records, previously served 8/7/07;
14. Heart & Vascular Clinic, records, previously served 8/7/07;
15. Heritage Medical Associates, records, previously served 8/7/07;
16. Loden Vision Center, records, previously served 8/7/07;
17. Metropolitan Nashville Police Department, records, previously served 8/7/07;
18. Nashville Office Machines, records, previously served 8/7/07;
19. Neurological Associates, records, previously served 8/7/07;
20. Neurological Surgeons, records, previously served 8/7/07;
21. Otolaryngology Associates of Tennessee, records, previously served 8/7/07;
22. Southern Sports Medicine, records, previously served 8/7/07;
23. Spaulding & Nesbitt Neurology Clinic, records, previously served 8/7/07;
24. University Medical Center, records, previously served 8/7/07;
25. Vanderbilt Medical Center, records, previously served 8/7/07;

Dated: October 9, 2007

FINKELSTEIN & PARTNERS, LLP

*Kenneth Fromson /mlt*
KENNETH FROMSON, ESQ.
Attorneys for Plaintiff
436 Robinson Avenue
Newburgh, N.Y. 12550

TO: Shook, Hardy & Bacon
Attorneys for Defendants
2555 Grand Blvd
Kansas City, MO 64108-2613