EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------------------------X
In re:   NEURONTIN MARKETING, SALES PRACTICES,        : MDL Docket No. 1629
         AND PRODUCTS LIABILITY LITIGATION            :
                                                      : Master File No. 04-10981
                                                      :
-----------------------------------------------------------------------X Judge Patti B. Saris
                                                      :
THIS DOCUMENT RELATES TO:                             : Magistrate Judge Leo T.
                                                      : Sorokin
-----------------------------------------------------------------------X
                                                      :
RUTH SMITH, as Executrix for the Estate of            :
RICHARD H. SMITH, deceased                            :
                                                      :
                  05C1311                             :
                                                      :
-------------------------------------------------------------------------X
```

## PLAINTIFF'S SUPPLEMENTAL DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, that, pursuant to Rule 26 of the Federal Rules of Civil Procedure,

Plaintiff(s), by their attorneys, make and supplement their disclosures as follows.

These disclosures are made subject to all objections as to competence, materiality, relevance,

or other objections as to admissibility that may apply in the event that any such response, or the

information contained in it, is sought to be used in court. Plaintiff(s) expressly reserve all such

objections.

A. **Rule 26(a)(1)(A):  The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to** *support its claims or defenses, unless solely for impeachment, identifying the subjects of the* **information.**

Discovery and investigation in this action is ongoing.  Based on the information reasonably

available, Plaintiff(s) are unable at the present time to identify each and every individual who would

have discoverable information that Plaintiff(s) may use to support their claims or defenses in this

case, and the subjects of such information. Plaintiff(s) reserve the right to supplement these disclosures as they become aware of additional individuals who have such information.

Subject to the foregoing and without waiver of any of Plaintiff(s) rights, the following individuals may have information that Plaintiff(s) may use to support their claims or defenses in this action:

1. Friends and family of the deceased and/or Plaintiff, including: Ruth B. Smith, PO Box 292004, Nashville, TN 37229; Sherri Smith Hoskins, 204 Chester Stephens Rd, Franklin, TN 37067; Buford Hoskins, 204 Chester Stephens Rd, Franklin, TN 37067; Gayle Smith Lawson, 5003 Brentview Ct, Nashville, TN 37220; Gene Lawson, 5003 Brentview Ct, Nashville, TN 37220; Cindy Smith Charlton, P.O. Box 292004, Nashville, TN 37229; Andrew Charlton, P.O. Box 292004, Nashville, TN 37229; and Wes Carnahan, 2936 McGavock Pike, Nashville, TN 37214;
2. Police and ambulance personnel who responded to/investigated the incident, including Metropolitan Police Department, 200 James Robertson Parkway, Nashville, TN 37201 and Nashville Fire and Rescue, 500 2nd Ave, Nashville, TN 37201;
3. Medical examiners and staff personnel at Forensic Medical, 850 R S Glass Blvd, Nashville, TN 37216 and Aegis Science Corporation, 345 Hill Ave, Nashville, TN 37210;
4. Neurontin prescribing physician Dr. Paul R. McCombs at Neurosurgical Associates, 4230 Harding Rd, Suite 303, Nashville, TN 37205;
5. Neurontin prescribing physician Dr. Edward S. Mackey Jr. 4230 Harding Rd, Suite 1000, Nashville, TN 37205;
6. Physicians and staff personnel at Heritage Medical Associates, 2325 Crestmoore, Nashville, TN 37215, including Dr. James Jones;
7. Physicians and staff personnel at Spaulding & Nesbitt Urology Clinic, 345 23rd Ave N, Suite 212, Nashville, TN 37203, including Dr. Tom E. Nesbit;
8. Physicians and staff personnel at Tennessee Orthopaedic Alliance, 301 21st Ave N, Nashville, TN 37203, including Dr. Stewart Stowers;
9. Physicians and staff personnel at Otolaryngology Associates of Tennessee, 2410 Patterson St, Suite 210, Nashville, TN 37203;
10. Physicians and staff personnel at Neurological Surgeons, 2410 Patterson St, Suite 500, Nashville, TN 37203;
11. Physicians and staff personnel at Willowbrook Home Health Care, 2 International Plaza Dr, Suite 425, Nashville, TN 37217;
12. Physicians and staff personnel at University Medical Center, 1411 W Baddour Parkway, Lebanon, TN 37087;
13. Physicians and staff personnel at Baptist Hospital, 2000 Church St, Nashville, TN 37236, including Dr. John Anderson;
14. Physicians and staff personnel at Centennial Medical Center, 2300 Patterson St, Nashville, TN 37203;
15. Physicians and staff personnel at Elite Sports Medicine and Orthopedic Center, 2021 Church St, Suite 200, Nashville, TN 37203;

16. Physicians and staff personnel at Midstate Cardiology, 222 22nd Ave North, Suite 400, Nashville, TN 37203;
17. Physicians and staff personnel at Urology Associates, 2801 Charlotte Ave, Nashville, TN 37209;
18. Physicians and staff personnel at Nashville Otolaryngology Consultants, 222 22nd Ave North, Suite 600, Nashville, TN 37203;
19. Physicians and staff personnel at Nashville Internal Medicine Associates, 211 22nd Ave North, Nashville, TN 37203;
20. Physicians and staff personnel at Associated Urologists of Nashville, 4230 Harding Rd, Nashville, TN 37205;
21. Physicians and staff personnel at Premier Orthopaedics & Sports Medicine, 2400 Patterson St, Nashville, TN 37203;
22. Physicians and staff personnel at Family Chiropractic Health Center, 4117 Gallatin Rx, Nashville, TN 37216, including Dr. M Crawford;
23. Physicians and staff personnel at Vanderbilt University Medical Center, 1211 22nd Ave South, Nashville, TN 37232;
24. Physicians and staff personnel at MOHS Micrographic Surgery and Dermatology, 1301 22nd Ave South, Nashville, TN 37232;
25. Physicians and staff personnel at Sports Medicine Center, 16120 W Dodge Rd, Omaha, NE 68118;
26. Dr. Douglas Waldo at Heart & Vascular Clinic, 240 Patterson St, Suite 215, Nashville, TN 37203;
27. Dr. David N. Dyer, 2200 Murphy Ave, Suite B, Nashville, TN 37203;
28. Dr. William B. Harwell Jr., 1900 Patterson St, Suite 205, Nashville, TN 37203;
29. Dr. Burton F. Elrod, at Southern Sports Medicine, 2021 Church St, Suite 200, Nashville, TN 37203;
30. Dr. Michael T. Santi at Colon & Rectal Surgery Associates, 240 Patterson St, Suite 201, Nashville, TN 37203;
31. Dr. Frank Berklacich, 4230 Harding Rd, Suite 805, Nashville, TN 37205;
32. Dr. Carl Hampf, 300 20th Ave N, Suite 506, Nashville, TN 37203;
33. Dr. James Cato, 222 2nd Ave N, Nashville, TN 37203;
34. Christopher L. Woods, DDS, 1502 17th Ave South, Nashville, TN 37212;
35. Dr. Thomas Stasko, Vanderbilt Dermatology Clinic, 1301 22nd Ave S, Suite 3903, Nashville, TN 37232;
36. Dr. Rex Arendall, Neurological Associates, 345 23rd Ave N, Suite 420, Nashville, TN 37203;
37. Dr. Daryl Kaswinkel, Loden Vision Center, 907 Rivergato Parkway, Suite C2020, Goodlettsville, TN 37072;
38. Dr. David Schull, 4230 Harding Rd, Suite 521, Nashville, TN 37205;
39. Dr. Nathan Teague Mowery, 1211 21st Ave, S/404 Medical Arts Building, Nashville, TN 37212;
40. Dr. Edwin Regen, address unknown;
41. Pharmacists and staff personnel at Eckerd Drugs, 3407 Gallatin Rd, Nashville, TN 37216.

**B. Rule 26(a)(1)(B): A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Because discovery and investigation in this action is ongoing, Plaintiff is unable at the present time, based on the information readily available, to identify all documents, compilations, and tangible things, if any, that Plaintiff may use to support claims or defenses in this case and the subject of such information.

Subject to the foregoing and without waiving any of Plaintiff's rights, Plaintiff submits the following:

1. Death certificate, previously served 8/7/07;
2. Metropolitan Nashville Police Department report, previously served 8/8/06 and 8/7/07;
3. Forensic Medical records and toxicology report, previously served 8/7/07;
4. Aegis Science Corporation, records, annexed;
5. Ambulance report, annexed;
6. IRS, records, annexed;
7. Suicide note, previously served 9/11/06;
8. Obituary, previously served 9/11/06;
9. W-2 forms, previously served 9/11/06;
10. Copies of prescription receipts/labels, previously served 10/9/07;
11. Dr. James Cato, records, previously served 8/28/06 and 8/7/07;
12. Dr. Edward Mackey, Jr., records, previously served 8/28/06 and 8/7/07;
13. Dr. Paul McCombs, records, previously served 8/28/06 and 8/7/07;
14. Christopher Woods, DDS, records, previously served 8/28/06 and 8/7/07;
15. Dr. Daryl Kaswinkel, records and bills, previously served 8/28/06 and 8/7/07;
16. Tennessee Orthopedic Alliance, records, previously served 8/7/07;
17. Baptist Hospital, records, previously served 8/7/07;
18. Blue Cross Blue Shield of Tennessee, records, previously served 8/7/07;
19. Dr. Carl Hampf, records, previously served 8/7/07;
20. Centennial Medical Center, records, previously served 8/7/07;
21. Center for Medicare and Medicaid, records, previously served 8/7/07;
22. Colon & Rectal Surgery Associates, records, previously served 8/7/07;
23. Dr. David Dyer, records, previously served 8/7/07;
24. Eckerd Drugs, records, previously served 8/7/07;
25. Dr. Frank Berklacich, records, previously served 8/7/07;
26. Dr. William Harwell Jr., records, previously served 8/7/07;
27. Heart & Vascular Clinic, records, previously served 8/7/07;
28. Heritage Medical Associates, records and bills, previously served 8/7/07;
29. Nashville Office Machines, records, previously served 8/7/07;

30. Neurological Associates, records, previously served 8/7/07;
31. Neurological Surgeons, records, previously served 8/7/07;
32. Otolaryngology Associates of Tennessee, records, previously served 8/7/07;
33. Southern Sports Medicine, records, previously served 8/7/07;
34. Spaulding & Nesbitt Neurology Clinic, records, previously served 8/7/07;
35. University Medical Center, records, previously served 8/7/07;
36. Vanderbilt Medical Center, records, previously served 8/7/07;
37. Dr. Thomas Stasko, records, previously served 6/1/07 and 9/8/06;
38. Sports Medicine Center, records, annexed;
39. Willowbrook Home Health Care, records, annexed;
40. Elite Sports Medicine and Orthopedic Center, records, annexed;
41. Midstate Cardiology, records, annexed;
42. Urology Associates, records, annexed;
43. Nashville Internal Medicine Associates, records, annexed;
44. Nashville Otolaryngology Consultants, records;
45. Associated Urologists of Nashville, records, annexed;
46. Premier Orthopaedics & Sports Medicine, records, annexed;
47. Family Chiropractic Health Center, records;
48. MOHS Micrographic Surgery and Dermatology, records, annexed;
49. Dr. David Schull, records, annexed;
50. Dr. Nathan Teague Mowery, records;
51. Dr. Edwin Regen, records.

Dated:  June 11, 2008               s/ Kenneth B. Fromson_____
                                        Kenneth B. Fromson
                                        Finkelstein & PARTNERS, LLP
                                        436 Robinson Avenue
                                        Newburgh, NY 12550
                                        (845) 562-0203

# CERTIFICATION FOR LABORATORY RECORDS

CUSTODIAN OF RECORDS
**Aegis Science Corporation**
**Attn:**
**345 Hill Avenue**
**Nashville, Tennessee 37210**

Please find enclosed a request for records of:
**Smith, Richard H**
**DOB: 1/4/1925**
**SSN: 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**
**MRC Request No.: NRTN-P1-000-024-DQM**

Please find the following request for records:

**Any and all inpatient and outpatient lab reports, doctors notes, patient information sheets, evaluations, narratives, insurance records, pathology reports, lab reports, office notes, correspondence, memorandums, phone messages, notations, file folders, printouts of any data stored on computer hard drives, diskettes, and CD roms.**

## SECTION I: CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the authorized custodian of records or other qualified witness, and having the authority to certify the attached records proclaim the following:

The attached _____ **page(s)** of records: Films: _____ Slides: _____ Blocks: _____ CDs: _____ Videos: _____ (1) were made at or near the time the act, event, condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in the course of regularly conducted activity; (3) were created as part of the regular practice of the provider; and (4) are the complete and unabridged copies of records maintained by this facility with regards to the above-named plaintiff.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _____ Print Name _____

Executed on (date)_____

## SECTION II: CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

### PLEASE CHECK ALL THAT ARE APPLICABLE TO YOUR SEARCH FOR RECORDS

1. [X] A thorough search of the patient's SS#, Date of Birth and all aka's was done and no such records were found, **and to the best of my knowledge these records do not exist in storage.**

2. [ ] These records have been destroyed. Our retention policy is ____ years.

3. [ ] These records are in the possession of _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _Regina Sereney_____ Print Name _Regina Sereney_____

Executed on (date) _10|11|07_____

### PLEASE RETURN THIS CERTIFICATION



## Finkelstein & PARTNERS
### Counselors At Law

A Limited Liability Partnership

(800) 634-1212
Fax: (845) 562-3492
www.lawampm.com

REFER TO OUR FILE #: 231407-06

Howard S. Finkelstein, P.C. (NY)
Andrew G. Finkelstein, P.C. (NY & NJ)
George M. Levy (NY)
Kenneth L. Oliver, P.C. (NY)
Joel S. Finkelstein, P.C. (NY, NJ, MA & FL)
Duncan W. Clark (NY)
Ronald Rosenkranz (NY)
Robert J. Camera (NY & NJ)
Joseph P. Rones (NY & FL)
Steven Lim (NY) .
George A. Kohl, 2nd (NY & MA)
Eleanor L. Polimeni (NY)
Steven H. Cohen (NY)
Francis Navarra (NY)
Andrew J. Genna, LLM (NY & PA)
Thomas C. Yatto (NY)

Elyssa M. Fried-DeRosa (NY)
Mary Ellen Wright (NY)
Kenneth B. Fromson (NY & NJ)
Joel Bossom (NY)
Nancy Y. Morger (NY, NJ & PA)
Andrew L. Spitz (NY)
James W. Shuttleworth, III (NY)
Lawrence D. Lissauer (NY)
David E. Gross (NY & NJ)
Terry D. Horner (NY)
Robert F. Moson (NY)
Julio E. Urrutia (NY)

Debra J. Reisenman (NY)
Michael T. McGarry (NY)

Steven P. Shultz (NY & MA)
Victoria Lieb Lightcap (NY & MA)
Ann R. Johnson (NY & CT)
Marshall P. Richer (NY)
Thomas J. Pronti (NY)
Kristine M. Cahill (NY & CT)
Kara L. Campbell (NY & CT)
Arish Mazoli (NY)
Christopher T. Milliman (NY)
Silvia Fermanian (NY)
Edward M. Steves (NY)
Karen M. Queenan (NY & CT)
Mario Dusault (NY)
Andrew I. Falk (NY)
Glenn W. Kelleher (NY)

Melody A. Gregory (NY & CT)
Gail Schlanger (NY)
Elizabeth A. Wolff (NY & MA)

Of Counsel
Jules P. Levine, P.C. (NY & FL)
Michael O. Gittelsohn, P.C. (NY)
Joel A. Reback (NY & Israel)
Sheila Rosenrauch (NY)
Kenneth Cohen (NJ)
Cynthia M. Maurer (NY & NJ)
Raye D. Fuierdas (NJ)
Frances M. Bova (NY & NJ)
Kenneth G. Bartlett (CT & NJ)
Ari Kresch (NY & MI)

*Accredited CLE Provider*

April 24, 2006

Nashville Fire & Rescue
500 2nd Avenue
Nashville, TN 37201

Re: Richard H. Smith
Date of Accident: 05/13/2004

Dear Sir/Madam:

This office represents the above-named individual for a claim for injuries sustained as a result of ingesting Neurontin. As the legal representative of our client, please furnish this office with a copy of the **EMS Report** on a incident that occurred on the above date at **1443 Janice Avenue, Nashville, TN 37216.** I have enclosed an authorization and a self addressed stamped envelope for your convenience. Feel free to contact me at the extension below should you have any questions Thank you.

Very truly yours,

Finkelstein & PARTNERS, LLP

By: Oswald O. Vasconez, Legal Assistant, Ext. 9550

*No Records Found on this person*
*AV.*

RECEIVED
MAY 5 1 2006
By_____

Newburgh • Albany • Binghamton • Goshen • Kingston • Middletown • Monroe • New Windsor • Newark • Poughkeepsie • Spring Valley • Syracuse • Troy • Utica

436 ROBINSON AVENUE
Newburgh, N.Y. 12550

50 PARK PLACE, 10th FLOOR
Newark, NJ 07102

*Please Send All Correspondence to the Address Indicated Above*

## AUTHORIZATION FOR RELEASE OF HEALTH INFORMATION PURSUANT TO HIPAA

| Patient Name | Date of Birth | Social Security Number |
|---|---|---|
| Richard H. Smith | 1/4/25 | 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 |

| Patient Address |
|---|
| PO BOX 292004, Nashville, TN 37229 |

I, or my authorized representative, request that health information regarding my care and treatment be released as set forth on this form:

In accordance with the Privacy Rule of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), I understand that:

1. This authorization may include disclosure of information relating to ALCOHOL and DRUG ABUSE, MENTAL HEALTH TREATMENT, to include psychotherapy notes, and CONFIDENTIAL HIV* RELATED INFORMATION only if I place my initials on the appropriate line in Item 9(a). In the event the health information described below includes any of these types of information, and I initial the line on the box in Item 9(a), I specifically authorize release of such information to the person(s) indicated in Item 8.

2. If I am authorizing the release of HIV-related, alcohol or drug treatment, or mental health treatment information, the recipient is prohibited from redisclosing such information without my authorization unless permitted to do so under federal or state law. I understand that I have the right to request a list of people who may receive or use my HIV-related information without authorization. If I experience discrimination because of the release or disclosure of HIV-related information, I may contact the appropriate State Division of Human Rights or City Commission of Human Rights, as these agencies are responsible for protecting my rights.

3. I have the right to revoke this authorization at any time by writing to the health care provider listed below. I understand that I may revoke this authorization except to the extent that action has already been taken based on this authorization.

4. I understand that signing this authorization is voluntary. My treatment, payment, enrollment in a health plan, or eligibility for benefits will not be conditioned upon my authorization of this disclosure.

5. Information disclosed under this authorization might be redisclosed by the recipient (except as noted above in Item 2), and this redisclosure may no longer be protected by federal or state law.

6. THIS AUTHORIZATION DOES NOT AUTHORIZE YOU TO DISCUSS MY HEALTH INFORMATION OR MEDICAL CARE WITH ANYONE OTHER THAN THE ATTORNEY OR GOVERNMENTAL AGENCY SPECIFIED IN ITEM 9(b).

7. Name and address of health provider or entity to release this information:

   NASHVILLE FIRE & RESCUE, 500 2nd AVENUE, NASHVILLE, TN 37201

. Name and address of person(s) or category of person to whom this information will be sent:
. Finkelstein & Partners, LLP, 436 Robinson Avenue, Newburgh, NY 12550

9(a). Specific information to be released:
□ Medical Record from (insert date) _05/13/04_ to (insert date) _____.
□ Entire Medical Record, including patient histories, office notes (to include psychotherapy notes), test results, radiology studies, films, referrals, consults, billing records, insurance records, and records sent to you by other health care providers.

☒ Other: ___EMS REPORT___

Include; (Indicate by initialing)
_RBS_ Alcohol/Drug Treatment
_RBS_ Mental Health Information
_RBS_ HIV-Related Information

Authorization to Discuss Health Information
(b) □ By initialing here _RBS_ I authorize _____
         Initials

NASHVILLE FIRE & RESCUE
Name of individual health care provider

to discuss my health information with my attorney, or a governmental agency, listed here:
   Finkelstein & Partners, LLP
         (Attorney/Firm Name or Governmental Agency Name)

| 10. Reason for release of information: | 11. Date or event on which this authorization will expire: |
|---|---|
| □ At request of individual | |
| ☒ Other: legal proceeding | at the conclusion of my court case |
| 12. If not the patient, name of person signing form: | 13. Authority to sign on behalf of patient: |
| Ruth Smith | as Wife for the Estate of Richard Smith, deceased |

All items on this form have been completed and my questions about this form have been answered. In addition, I have been provided a copy of this form.

_Ruth B. Smith_                              Date: _4-20-06_

Signature of patient or representative authorized by law.

Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.
* Human Immunodeficiency Virus that causes AIDS.



To Whom It May Concern:

This document serves as a placeholder for an admissible Certification of Records, Affidavit, Declaration or Deposition Upon Written Questions that has not yet been received from the custodian of records.

When the admissible Certification of Records, Affidavit, Declaration or Deposition Upon Written Questions is successfully obtained, the admissible document will replace this placeholder.

In the event that an admissible Certification of Records, Affidavit, Declaration or Deposition Upon Written Questions cannot be obtained, this letter will remain in the records.

Thank You,

Medical Research Consultants

Confidential - 00001

 **IRS** Department of the Treasury
Internal Revenue Service

AUSTIN TX 73301-0058

MRC OF HOUSTON
6330 WEST LOOP SOUTH STE 105
BELLAIRE TX 77401

CUT OUT AND RETURN THE VOUCHER AT THE BOTTOM OF THIS PAGE IF YOU ARE MAKING A PAYMENT,
EVEN IF YOU ALSO HAVE AN INQUIRY.

✂ ------------------------------------------------------------

The IRS address must appear in the window.     Use for payments
                                0612624690
                                                Letter Number:    LTR1275C
    BODCD-SB                                    Letter Date  :    2007-05-30
                                                Tax Period   :    199912


*412246663*

MRC OF HOUSTON
6330 WEST LOOP SOUTH STE 105
BELLAIRE TX 77401

    INTERNAL REVENUE SERVICE

    AUSTIN TX 73301-0058
    Ilhuludllmdllhhmmllllhmllmdbhlmdlhl

412246663 NB SMTT 30 B 199912 678 00000000000

 **IRS** Department of the Treasury
Internal Revenue Service

AUSTIN   TX   73301-0058

In reply refer to:  0612624690
May   30, 2007  LTR 1275C    1
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   199912 30 000
                              00011103
                         BODC: SB

NRC OF HOUSTON
6330 WEST LOOP SOUTH STE 105
BELLAIRE   TX   77401

Taxpayer Identification Number:   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
       Tax Period(s):   Dec. 31, 1999
                                          Dec. 31, 2004
                 Form:   1040

Dear Sir/Madam:

We received your payment and request dated Feb. 23, 2007, for a copy
of the form(s) shown above.

We are enclosing the photocopy, as you requested, for the year(s)
2003 2004.

We are sorry, but we cannot send all the copies you requested.  We
will send the remainder to you within 45 days.

If you have any questions, please call us toll free at 1-800-829-0922.

If you prefer, you may write to us at the address shown at the top
of the first page of this letter.

Whenever you write, please include this letter and, in the spaces
below, give us your telephone number with the hours we can reach you.
Keep a copy of this letter for your records.

Telephone Number (     )_____   Hours_____

Confidential - 00003

0612624690
May  30, 2007  LTR 1275C   1
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   199912 30 000
00011104

MRC OF HOUSTON
6330 WEST LOOP SOUTH STE 105
BELLAIRE  TX  77401


Sincerely yours,

*Denise Bradley*

Denise Bradley
Chief, Accounting Operations


Enclosure(s):
Photocopies



1822213847735-4

§ Form **1040**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **2003** (99) IRS Use Only — Do not write or staple in this space.

OMB No. 1545-0074

| For the year Jan 1 - Dec 31, 2003, or other tax year beginning , 2003, ending , 20 | | |
|---|---|---|
| **Label** (See instructions.) | Your first name: RICHARD  MI: H  Last name: SMITH | Your social security number: 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 |
| Use the IRS label. Otherwise, please print or type. | If a joint return, spouse's first name: RUTH  B  MI  Last name: SMITH | Spouse's social security number: 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 |
| | Home address (number and street). If you have a P.O. box, see instructions.  Apartment no.: 1443 JANIE AVENUE | ▲ **Important!** ▲ You must enter your social |
| | City, town or post office. If you have a foreign address, see instructions.  State: TN  ZIP code: 37216-2820  NASHVILLE | security number(s) above. |

**Presidential Election Campaign** (See instructions.)
▶ Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund? ......... ▶ You: [ ] Yes [X] No   Spouse: [ ] Yes [X] No

**Filing Status**
Check only one box.

1 [ ] Single
2 [X] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above & full name here ...▶
4 [ ] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child. (See instructions.)

**Exemptions**

6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a .............................................................

b [X] Spouse .................................................................................

No. of boxes checked on 6a and 6b ...... 2

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

No. of children on 6c who:
• lived with you .....
• did not live with you due to divorce or separation (see instrs)

Dependents on 6c not entered above

If more than five dependents, see instructions.

Add numbers on lines above ... ▶  2

d Total number of exemptions claimed .............................................

**Income**

Attach Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 ................. | 7 | 12,744. |
| 8a Taxable interest. Attach Schedule B if required ................. | 8a | 3,116. |
| b Tax-exempt interest. Do not include on line 8a ... | 8b | |
| 9a Ordinary dividends. Attach Schedule B if required ................. | 9a | |
| b Qualified divs (see instrs) | 9b | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 Alimony received ........................................... | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ ................. | 12 | 14,585. |
| 13a Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ........... ▶ [ ] | 13a | |
| b If box on 13a is checked, enter post-May 5 capital gain distributions | 13b | |
| 14 Other gains or (losses). Attach Form 4797 ................. | 14 | |
| 15a IRA distributions ......... | 15a | b Taxable amount (see instrs) .. | 15b | 8,926. |
| 16a Pensions and annuities .... | 16a | b Taxable amount (see instrs) .. | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .. | 17 | |
| 18 Farm income or (loss). Attach Schedule F ................. | 18 | |
| 19 Unemployment compensation ................. | 19 | |
| 20a Social security benefits ......... | 20a | 25,672. | b Taxable amount (see instrs) .. | 20b | 12,100. |
| 21 Other income ................................................ | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 51,471. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 Educator expenses (see instructions) ................. | 23 | |
| 24 IRA deduction (see instructions) ................. | 24 | |
| 25 Student loan interest deduction (see instructions) ........... | 25 | |
| 26 Tuition and fees deduction (see instructions) ............. | 26 | |
| 27 Moving expenses. Attach Form 3903 ................. | 27 | |
| 28 One-half of self-employment tax. Attach Schedule SE ......... | 28 | 1,031. |
| 29 Self-employed health insurance deduction (see instrs) ......... | 29 | |
| 30 Self-employed SEP, SIMPLE, and qualified plans ........... | 30 | |
| 31 Penalty on early withdrawal of savings ................. | 31 | |
| 32a Alimony paid  b Recipient's SSN .... ▶ | 32a | |
| 33 Add lines 23 through 32a ................. | 33 | 1,031. |
| 34 Subtract line 33 from line 22. This is your adjusted gross income ........ ▶ | 34 | 50,440. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.  FDIA0112 01/16/04  Form 1040 (2003)

Form 1040 (2003)  RICHARD H & RUTH SMITH · 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  Page 2

| | | | Amount |
|---|---|---|---|
| **Tax and Credits** | 35 | Amount from line 34 (adjusted gross income) | 35 | 50,440. |

36a Check if: [X] You were born before January 2, 1939, ☐ Blind. **Total boxes** [X] Spouse was born before January 2, 1939, ☐ Blind. **checked ▶ 36a** 2

b If you are married filing separately and your spouse itemizes deductions, or you were a dual-status alien, see instructions and check here ........ ▶ 36b ☐

**Standard Deduction for –**
• People who checked any box on line 36a or 36b or who can be claimed as a dependent, see instructions.
• All others:
Single or Married filing separately, $4,750
Married filing jointly or Qualifying widow(er), $9,500
Head of household, $7,000

| | | Amount |
|---|---|---|
| 37 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) .......... | 37 | 11,400. |
| 38 | Subtract line 37 from line 35 ............................................... | 38 | 39,040. |
| 39 | If line 35 is $104,625 or less, multiply $3,050 by the total number of exemptions claimed on line 6d. If line 35 is over $104,625, see the worksheet in the instructions ............ | 39 | 6,100. |
| 40 | Taxable income. Subtract line 39 from line 38. If line 39 is more than line 38, enter -0- ..... | 40 | 32,940. |
| 41 | Tax (see instrs). Check if any tax is from a ☐ Form(s) 8814 b ☐ Form 4972 ............ | 41 | 4,239. |
| 42 | Alternative minimum tax (see instructions). Attach Form 6251 ........................ | 42 | |
| 43 | Add lines 41 and 42 ..................................................... ▶ | 43 | 4,239. |
| 44 | Foreign tax credit. Attach Form 1116 if required ........ | 44 | | |
| 45 | Credit for child and dependent care expenses. Attach Form 2441 ... | 45 | | |
| 46 | Credit for the elderly or the disabled. Attach Schedule R .... | 46 | | |
| 47 | Education credits. Attach Form 8863 .............. | 47 | | |
| 48 | Retirement savings contributions credit. Attach Form 8880 ... | 48 | | |
| 49 | Child tax credit (see instructions) ............... | 49 | | |
| 50 | Adoption credit. Attach Form 8839 .............. | 50 | | |
| 51 | Credits from: a ☐ Form 8396 b ☐ Form 8859 ... | 51 | | |
| 52 | Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | 52 | | |
| 53 | Add lines 44 through 52. These are your total credits ............................ | 53 | |
| 54 | Subtract line 53 from line 43. If line 53 is more than line 43, enter -0- ............... ▶ | 54 | 4,239. |

**Other Taxes**
| | | Amount |
|---|---|---|
| 55 | Self-employment tax. Attach Schedule SE ...................................... | 55 | 2,061. |
| 56 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 ... | 56 | |
| 57 | Tax on qualified plans, including IRAs, and other tax-favored accounts. Attach Form 5329 if required ... | 57 | |
| 58 | Advance earned income credit payments from Form(s) W-2 ........................... | 58 | |
| 59 | Household employment taxes. Attach Schedule H .................................. | 59 | |
| 60 | Add lines 54-59. This is your total tax ...................................... ▶ | 60 | 6,300. |

**Payments**
If you have a qualifying child, attach Schedule EIC.

| | | | Amount |
|---|---|---|---|
| 61 | Federal income tax withheld from Forms W-2 and 1099 ..... | 61 | 1,094. | |
| 62 | 2003 estimated tax payments and amount applied from 2002 return ..... | 62 | 3,000. | |
| 63 | Earned income credit (EIC) ....................... | 63 | | |
| 64 | Excess social security and tier 1 RRTA tax withheld (see instructions) ...... | 64 | | |
| 65 | Additional child tax credit. Attach Form 8812 ............ | 65 | | |
| 66 | Amount paid with request for extension to file (see instructions) .......... | 66 | | |
| 67 | Other pmts from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 67 | | |
| 68 | Add lines 61 through 67. These are your total payments .......................... ▶ | 68 | 4,094. |

**Refund**
Direct deposit? See instructions and fill in 70b, 70c, and 70d.

| | | Amount |
|---|---|---|
| 69 | If line 68 is more than line 60, subtract line 60 from line 68. This is the amount you overpaid .......... | 69 | |
| 70a | Amount of line 69 you want refunded to you ................................... ▶ | 70a | |

▶ b Routing number ......... ▶ c Type: ☐ Checking ☐ Savings
▶ d Account number ...........

| | | Amount |
|---|---|---|
| 71 | Amount of line 69 you want applied to your 2004 estimated tax ........ ▶ | 71 | |

**Amount You Owe**
| | | Amount |
|---|---|---|
| 72 | Amount you owe. Subtract line 68 from line 60. For details on how to pay, see instructions ........ ▶ | 72 | 2,214. |
| 73 | Estimated tax penalty (see instructions) ............. | 73 | 8. |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS (see instructions)? ........ ☐ Yes. Complete the following. [X] No
Designee's name ▶        Phone no. ▶        Personal identification number (PIN) ▶

**Sign Here**
Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | Daytime phone number |
|---|---|---|---|
| *Richard H. Smith* | 4/1/04 | RETIRED | |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | |
| *Ruth B. Smith* | 4/1/04 | REALTOR | |

**Paid Preparer's Use Only**
| Preparer's signature | JUDY TYGARD | Date 03/17/2004 | Check if self-employed ☐ | Preparer's SSN or PTIN 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 |
|---|---|---|---|---|
| Firm's name (or yours if self-employed), address, and ZIP code | Accurate Income Tax Service, Inc 2606-C Eugenia Avenue Nashville TN 37211 | | EIN 62-1293274 Phone no. (615) 256-7146 | |

Form 1040 (2003)

FDIA0112 01/16/04

Confidential - 00006

Name(s) shown on Form 1040.

RICHARD H & RUTH SMITH

Your social security number

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

## Schedule B — Interest and Ordinary Dividends

**08**

| Part I<br>Interest<br><br>(See instructions<br>for Form 1040,<br>line 8a.)<br><br>Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | **1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ............................ ▶ | | **Amount** |
|---|---|---|---|
| | UNION PLANTERS BANK | | 1,155. |
| | UNION PLANTERS BANK | | 1,932. |
| | ALLMERICA FINANCIAL | **1** | 29. |

| | | | |
|---|---|---|---|
| **2** Add the amounts on line 1 ................................................ | **2** | 3,116. |
| **3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ..................................................... | **3** | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ........... ▶ | **4** | 3,116. |

Note. If line 4 is over $1,500, you must complete Part III.

| Part II<br>Ordinary<br>Dividends<br><br>(See instructions for Form 1040, line 9a.)<br><br>Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form. | **5** List name of payer ... ▶ | | **Amount** |
|---|---|---|---|
| | | **5** | |

| | | | |
|---|---|---|---|
| **6** Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ............ ▶ | **6** | |

Note. If line 6 is over $1,500, you must complete Part III.

| Part III<br>Foreign<br>Accounts<br>and<br>Trusts<br><br>(See instructions.) | You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| | **7a** At any time during 2003 did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 .............................. | | X |
| | **b** If 'Yes,' enter the name of the foreign country ▶ | | |
| | **8** During 2003, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions ...................... | | X |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.        FDIA0401   10/16/03        Schedule B (Form 1040) 2003

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 18 of 120 PageID #: 427

**SCHEDULE C**
(Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

**Profit or Loss From Business**
(Sole Proprietorship)

► Partnerships, joint ventures, etc., must file Form 1065 or 1065-B.
► Attach to Form 1040 or 1041.  ► See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

**2003**

09

Name of proprietor: RUTH SMITH

Social security number (SSN): 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

**A** Principal business or profession, including product or service (see instructions)
REAL ESTATE AND MISC SERVICES

**B** Enter code from instructions
► 531210

**C** Business name. If no separate business name, leave blank.

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ► 1443 JANIE AVENUE
City, town or post office, state, and ZIP code    NASHVILLE, TN 37216-2820

**F** Accounting method:   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 2003? If 'No,' see instructions for limit on losses .... [X] Yes [ ] No

**H** If you started or acquired this business during 2003, check here ...................................... ► [ ]

## Part I    Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. Caution. If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here ............ ► [ ] | 1 | 19,455. |
| 2 | Returns and allowances ............................................................... | 2 | |
| 3 | Subtract line 2 from line 1 ............................................................ | 3 | 19,455. |
| 4 | Cost of goods sold (from line 42 on page 2) .............................................. | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 ................................................. | 5 | 19,455. |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund ................... | 6 | |
| 7 | Gross income. Add lines 5 and 6 ..................................................... ► | 7 | 19,455. |

## Part II    Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising ................... | 8 | 709. | 19 | Pension and profit-sharing plans ......... | 19 | |
| 9 | Car and truck expenses (see instructions) .............. | 9 | 1,163. | 20 | Rent or lease (see instructions): | | |
| | | | | a | Vehicles, machinery, and equipment ..... | 20a | |
| 10 | Commissions and fees ......... | 10 | | b | Other business property ................ | 20b | |
| 11 | Contract labor (see instructions) | 11 | | 21 | Repairs and maintenance ............. | 21 | |
| 12 | Depletion ................... | 12 | | 22 | Supplies (not included in Part III) ........ | 22 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) ............ | 13 | | 23 | Taxes and licenses ................. | 23 | |
| | | | | 24 | Travel, meals, and entertainment: | | |
| | | | | a | Travel .................................. | 24a | |
| 14 | Employee benefit programs (other than on line 19) ...... | 14 | | b | Meals and entertainment .... | | |
| 15 | Insurance (other than health) ... | 15 | | c | Enter nondeductible amount included on line 24b (see instrs) | | |
| 16 | Interest: | | | d | Subtract line 24c from line 24b .......... | 24d | |
| a | Mortgage (paid to banks, etc) ........ | 16a | | 25 | Utilities ......................... | 25 | |
| b | Other ...................... | 16b | | 26 | Wages (less employment credits) ........ | 26 | |
| 17 | Legal & professional services ... | 17 | | 27 | Other expenses (from line 48 on page 2) ......... | 27 | 2,315. |
| 18 | Office expense ................ | 18 | 683. | | | | |

| | | | |
|---|---|---|---|
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ............ ► | 28 | 4,870. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 ......................................... | 29 | 14,585. |
| 30 | Expenses for business use of your home. Attach Form 8829 .................................. | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | |
| | • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. | 31 | 14,585. |
| | • If a loss, you must go to line 32. | | |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

32a [ ] All investment is at risk.

• If you checked 32b, you must attach Form 6198.

32b [ ] Some investment is not at risk.

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.    FDIZ0112  10/14/03    Schedule C (Form 1040) 2003

Confidential - 00008

**Part III   Cost of Goods Sold** (see instructions)

**33** Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

**34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation ................................................................... ☐ Yes   ☐ No

| | | |
|---|---|---|
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation .................. | 35 | |
| **36** Purchases less cost of items withdrawn for personal use ............... | 36 | |
| **37** Cost of labor. Do not include any amounts paid to yourself .............. | 37 | |
| **38** Materials and supplies ................................ | 38 | |
| **39** Other costs ........................................ | 39 | |
| **40** Add lines 35 through 39 .............................. | 40 | |
| **41** Inventory at end of year .............................. | 41 | |
| **42** Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 ............. | 42 | |

**Part IV   Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

**43** When did you place your vehicle in service for business purposes? (month, day, year)   ► 01/01/1998

**44** Of the total number of miles you drove your vehicle during 2003, enter the number of miles you used your vehicle for:
  **a** Business   3,230    **b** Commuting    **c** Other   2,408

**45** Do you (or your spouse) have another vehicle available for personal use? ............................. ☒ Yes   ☐ No

**46** Was your vehicle available for personal use during off-duty hours? ............................. ☒ Yes   ☐ No

**47a** Do you have evidence to support your deduction? ............................................. ☒ Yes   ☐ No

  **b** If 'Yes,' is the evidence written? ................................................................. ☒ Yes   ☐ No

**Part V   Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| POSTAGE | 181. |
| CAR PHONE | 1,004. |
| BUSINESS GIFTS | 250. |
| PROFESSIONAL DUES | 880. |
| | |
| | |
| | |
| | |
| **48** Total other expenses. Enter here and on page 1, line 27 ...............   48 | 2,315. |

FDIZ0112   10/14/03

Confidential - 00009

**SCHEDULE SE**
(Form 1040)

Department of the Treasury
Internal Revenue Service (99)

**Self-Employment Tax**

► **Attach to Form 1040.** ► **See Instructions for Schedule SE (Form 1040).**

OMB No. 1545-0074

**2003**

17

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ► |
|---|---|
| RUTH SMITH | 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 |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more or
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is not church employee income (see instructions).

*Note.* Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, do not file Schedule SE. Instead, write 'Exempt — Form 4361' on Form 1040, line 55.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?



| | | Section A — Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE. | | | |
|---|---|---|---|---|---|
| 1 | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), line 15a ......... | **1** | | | |
| 2 | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), line 15a (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report ......... | **2** | | 14,585. | |
| 3 | Combine lines 1 and 2 ......... | **3** | | 14,585. | |
| 4 | Net earnings from self-employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax ......... ► | **4** | | 13,469. | |
| 5 | Self-employment tax. If the amount on line 4 is: | | | | |
| | • $87,000 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 55. | | | | |
| | • More than $87,000, multiply line 4 by 2.9% (.029). Then, add $10,788.00 to the result. Enter the total here and on Form 1040, line 55. | **5** | | 2,061. | |
| 6 | Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on Form 1040, line 28 ......... | **6** | 1,031. | | |

**BAA** For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule SE (Form 1040) 2003

FDIA1101   10/07/03

Confidential - 00010

☐ CORRECTED

| PAYER'S name, street address, city, state, and ZIP code | 1. Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| UNION PLANTERS BANK, N.A.<br>401 UNION STREET<br>NASHVILLE TN 37219<br><br>800-813-8129 | $ 4,472.62 | **2003** | |
| | 2a Taxable amount<br>$ 4,472.62 | Form 1099-R | |

| 2b Taxable amount not determined ☐ | Total distribution ☐ | Copy B |
|---|---|---|

| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Capital gain (included in box 2a) | 4 Federal income tax withheld | Report this income on your Federal tax return. If this Federal income form shows tax withheld in box 4, attach this copy to your return. |
|---|---|---|---|---|
| 62-0859006 | 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 | $ | 447.26 | |

| RECIPIENT'S name, street address (including apt. no), city, state, and Zip code | 5 Employee contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities | |
|---|---|---|---|
| | $ | | |

| | 7 Distribution code 7 | IRA/SEP/SIMPLE ☒ | 8 Other $ % | This information is being furnished to the Internal Revenue Service. |
|---|---|---|---|---|
| Ruth B Smith<br>1443 Janie Ave<br>Nashville TN 37216-2820 | 9a Your percentage of total distribution % | | 9b Total employee contributions | |

| Account number (optional)<br>00040600008449900085 | 10 State tax withheld<br>$<br>$ | 11 State/Payer's state no. | 12 State distribution<br>$<br>$ |
|---|---|---|---|
| | 13 Local tax withheld<br>$<br>$ | 14 Name of locality | 15 Local distribution<br>$<br>$ |

Form 1099-R      Department of the Treasury - Internal Revenue Service    39-1908647

---

☐ CORRECTED

| PAYER'S name, street address, city, state, and ZIP code | 1. Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| UNION PLANTERS BANK, N.A.<br>401 UNION STREET<br>NASHVILLE TN 37219<br><br>800-813-8129 | $ 4,453.24 | **2003** | |
| | 2a Taxable amount<br>$ 4,453.24 | Form 1099-R | |

| 2b Taxable amount not determined ☐ | Total distribution ☐ | Copy B |
|---|---|---|

| PAYER'S Federal identification number | RECIPIENT'S identification number | 3 Capital gain (included in box 2a) | 4 Federal income tax withheld | Report this income on your Federal tax return. If this Federal income form shows tax withheld in box 4, attach this copy to your return. |
|---|---|---|---|---|
| 62-0859006 | 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 | $ | 445.32 | |

| RECIPIENT'S name, street address (including apt. no), city, state, and Zip code | 5 Employee contributions or insurance premiums | 6 Net unrealized appreciation in employer's securities | |
|---|---|---|---|
| | $ | | |

| | 7 Distribution code 7 | IRA/SEP/SIMPLE ☒ | 8 Other $ % | This information is being furnished to the Internal Revenue Service. |
|---|---|---|---|---|
| Richard H Smith<br>1443 Janie Ave<br>Nashville TN 37216-2820 | 9a Your percentage of total distribution % | | 9b Total employee contributions | |

| Account number (optional)<br>00040600008449900083 | 10 State tax withheld<br>$<br>$ | 11 State/Payer's state no. | 12 State distribution<br>$<br>$ |
|---|---|---|---|
| | 13 Local tax withheld<br>$<br>$ | 14 Name of locality | 15 Local distribution<br>$<br>$ |

Form 1099-R      Department of the Treasury - Internal Revenue Service    39-1908647

photocopy F. Gunn

| a Control number | OMB No. 1545-0008 | Safe, accurate, FAST! Use | e-file | Visit the IRS Web Site at www.irs.gov. |
|---|---|---|---|---|

| b Employer identification number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| 62-0804889 | 12744.00 | 201.58 |

| c Employer's name, address, and ZIP code | 3 Social security wages | 4 Social security tax withheld |
|---|---|---|
| Nashville Office Machines | 12744.00 | 790.02 |
| 1500 Church St. | 5 Medicare wages and tips | 6 Medicare tax withheld |
| Nashville, TN 37203 | 12744.00 | 184.68 |

| 7 Social security tips | 8 Allocated tips |
|---|---|
| | |

| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
|---|---|---|
| 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 | | |

| e Employee's first name and initial   Last name | 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|---|
| Richard H. Smith | | |
| 1443 Jania Ave. | 13 Statutory employee / Retirement plan / Third-party sick pay | 12b |
| Nashville, TN 37216 | | |
| | 14 Other | 12c |
| | | 12d |

| f Employee's address and ZIP code |
|---|

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| TN | 620804889 | 0.00 | 0.00 | | | |

Form **W-2** Wage and Tax Statement **2003** Department of the Treasury—Internal Revenue Service

Copy B To Be Filed with Employee's FEDERAL Tax Return.
This information is being furnished to the Internal Revenue Service.

photocopy P. Gann

DECEASED RICHARD H SMITH 05/13/2004

*(handwritten)* 18221058628016-5

**Form 1040**

Department of the Treasury — Internal Revenue Service

**U.S. Individual Income Tax Return** **2004** (99) IRS Use Only – Do not write or staple in this space.

OMB No. 1545-0074

| | | | |
|---|---|---|---|
| For the year Jan 1 - Dec 31, 2004, or other tax year beginning | , 2004, ending | , 20 | |

**Label** (See instructions.)

Use the IRS label. Otherwise, please print or type.

| Your first name | MI | Last name | Your social security number |
|---|---|---|---|
| RICHARD | H | SMITH | 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 |

| If a joint return, spouse's first name | MI | Last name | Spouse's social security number |
|---|---|---|---|
| RUTH | | SMITH | 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 |

Home address (number and street). If you have a P.O. box, see instructions. — Apartment no.
301 AUTUMN CHASE DRIVE

City, town or post office. If you have a foreign address, see instructions. — State ZIP code
NASHVILLE — TN — 37214

▲ **Important!**
You must enter your social security number(s) above.

**Presidential Election Campaign** (See instructions.)

▶ Note: Checking 'Yes' will not change your tax or reduce your refund.
Do you, or your spouse if filing a joint return, want $3 to go to this fund?........ ▶

| | You | Spouse |
|---|---|---|
| | Yes [X] No | Yes [X] No |

**Filing Status**

Check only one box.

1. ☐ Single
2. [X] Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a...........
b [X] Spouse ..................................................

Boxes checked on 6a and 6b **2**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

No. of children on 6c who:
● lived with you
● did not live with you due to divorce or separation (see instrs)

Dependents on 6c not entered above

If more than four dependents, see instructions.

d Total number of exemptions claimed ..................................

Add numbers on lines above ▶ **2**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 ................................. | 7 | 4,484. |
| 8a Taxable interest. Attach Schedule B if required................................ | 8a | 1,550. |
| b Tax-exempt interest. Do not include on line 8a.............. 8b | | |
| 9a Ordinary dividends. Attach Schedule B if required............................ | 9a | |
| b Qualified divs (see instrs).................................... 9b | | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) ....... | 10 | |
| 11 Alimony received ................................................ | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ......................... | 12 | 11,742. |
| 13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ............▶ [X] | 13 | 220. |
| 14 Other gains or (losses). Attach Form 4797 .................................. | 14 | |
| 15a IRA distributions ........... 15a   b Taxable amount (see instrs) | 15b | 9,393. |
| 16a Pensions and annuities .... 16a   b Taxable amount (see instrs) .. | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E.... | 17 | |
| 18 Farm income or (loss). Attach Schedule F.................................. | 18 | |
| 19 Unemployment compensation................................................ | 19 | |
| 20a Social security benefits ......... 20a   21,289.   b Taxable amount (see instrs).. | 20b | 1,893. |
| 21 Other income ................................................ | 21 | |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 22 | 29,282. |

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 Educator expenses (see instructions)....................... | 23 | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ .................. | 24 | |
| 25 IRA deduction (see instructions) ............................ | 25 | |
| 26 Student loan interest deduction (see instructions) .......... | 26 | |
| 27 Tuition and fees deduction (see instructions)............... | 27 | |
| 28 Health savings account deduction. Attach Form 8889......... | 28 | |
| 29 Moving expenses. Attach Form 3903 ....................... | 29 | |
| 30 One-half of self-employment tax. Attach Schedule SE....... | 30 | 830. |
| 31 Self-employed health insurance deduction (see instrs)....... | 31 | 1,419. |
| 32 Self-employed SEP, SIMPLE, and qualified plans ........... | 32 | |
| 33 Penalty on early withdrawal of savings ..................... | 33 | |
| 34a Alimony paid b Recipient's SSN ....▶ | 34a | |
| 35 Add lines 23 through 34a............................................ | 35 | 2,249. |
| 36 Subtract line 35 from line 22. This is your adjusted gross income ............▶ | 36 | 27,033. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions. — FDIA0112 11/10/04 — Form 1040 (2004)

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 24 of 120 PageID #: 433

**Form 1040 (2004)** RICHARD H & RUTH SMITH      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    Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 37 Amount from line 36 (adjusted gross income) | 37 | 27,033. |
| **Standard Deduction for –** | 38a Check if: ☒ You were born before January 2, 1940, ☐ Blind. Total boxes ☒ Spouse was born before January 2, 1940, ☐ Blind. checked ▶ 38a 2 | | |
| ● People who checked any box on line 38a or 38b or who can be claimed as a dependent, see instructions. | b If your spouse itemizes on a separate return, or you were a dual-status alien, see instructions and check here ▶ 38b ☐ | | |
| | 39 Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 39 | 14,667. |
| | 40 Subtract line 39 from line 37 | 40 | 12,366. |
| | 41 If line 37 is $107,025 or less, multiply $3,100 by the total number of exemptions claimed on line 6d. If line 37 is over $107,025, see the worksheet in the instructions | 41 | 6,200. |
| ● All others: | 42 Taxable income. Subtract line 41 from line 40. If line 41 is more than line 40, enter -0- | 42 | 6,166. |
| Single or Married filing separately, $4,850 | 43 Tax (see instrs). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 | 43 | 604. |
| | 44 Alternative minimum tax (see instructions). Attach Form 6251 | 44 | |
| Married filing jointly or Qualifying widow(er), $9,700 | 45 Add lines 43 and 44 ▶ | 45 | 604. |
| | 46 Foreign tax credit. Attach Form 1116 if required | 46 | | |
| Head of household, $7,150 | 47 Credit for child and dependent care expenses. Attach Form 2441 | 47 | | |
| | 48 Credit for the elderly or the disabled. Attach Schedule R | 48 | | |
| | 49 Education credits. Attach Form 8863 | 49 | | |
| | 50 Retirement savings contributions credit. Attach Form 8880 | 50 | | |
| | 51 Child tax credit (see instructions) | 51 | | |
| | 52 Adoption credit. Attach Form 8839 | 52 | | |
| | 53 Credits from: a ☐ Form 8396 b ☐ Form 8859 | 53 | | |
| | 54 Other credits. Check applicable box(es): a ☐ Form 3800 b ☐ Form 8801 c ☐ Specify | 54 | | |
| | 55 Add lines 46 through 54. These are your total credits | 55 | |
| | 56 Subtract line 55 from line 45. If line 55 is more than line 45, enter -0- ▶ | 56 | 604. |
| **Other Taxes** | 57 Self-employment tax. Attach Schedule SE | 57 | 1,659. |
| | 58 Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 58 | |
| | 59 Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 59 | |
| | 60 Advance earned income credit payments from Form(s) W-2 | 60 | |
| | 61 Household employment taxes. Attach Schedule H | 61 | |
| | 62 Add lines 56-61. This is your total tax | 62 | 2,263. |
| **Payments** | 63 Federal income tax withheld from Forms W-2 and 1099 | 63 | 982. | |
| If you have a qualifying child, attach Schedule EIC. | 64 2004 estimated tax payments and amount applied from 2003 return | 64 | 3,000. | |
| | 65a Earned Income credit (EIC) | 65a | | |
| | b Nontaxable combat pay election ▶ 65b | | | |
| | 66 Excess social security and tier 1 RRTA tax withheld (see instructions) | 66 | | |
| | 67 Additional child tax credit. Attach Form 8812 | 67 | | |
| | 68 Amount paid with request for extension to file (see instructions) | 68 | | |
| | 69 Other pmts from: a ☐ Form 2439 b ☐ Form 4136 c ☐ Form 8885 | 69 | | |
| | 70 Add lines 63, 64, 65a, and 66 through 69. These are your total payments ▶ | 70 | 3,982. |
| **Refund** | 71 If line 70 is more than line 62, subtract line 62 from line 70. This is the amount you overpaid | 71 | 1,719. |
| Direct deposit? See instructions and fill in 72b, 72c, and 72d. | 72a Amount of line 71 you want refunded to you ▶ | 72a | 1,700. |
| | ▶ b Routing number XXXXXXXXX ▶ c Type: ☐ Checking ☐ Savings | | |
| | ▶ d Account number XXXXXXXXXXXXXXXX | | |
| | 73 Amount of line 71 you want applied to your 2005 estimated tax ▶ 73 | | |
| **Amount You Owe** | 74 Amount you owe. Subtract line 70 from line 62. For details on how to pay, see instructions ▶ | 74 | |
| | 75 Estimated tax penalty (see instructions) 75 19. | | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☒ No | | |
| | Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶ | | |
| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | |
| | Your signature ▶ Filing as surviving spouse   Date   Your occupation RETIRED   Daytime phone number | | |
| | Spouse's signature. If a joint return, both must sign. ▶ Ruth B. Smith   Date 2/16/05   Spouse's occupation REALTOR | | |
| **Paid Preparer's Use Only** | Preparer's signature ▶ JUDY TYGARD   Date 02/16/2005 Check if self-employed ☐   Preparer's SSN or PTIN 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 | | |
| | Firm's name (or yours if self-employed), address, and ZIP code ▶ Accurate Income Tax Service, Inc   2606-C Eugenia Avenue   Nashville, TN 37211 | EIN 62-1293274   Phone no. (615) 256-7146 | |

FDIA0112 11/10/04     Form 1040 (2004)

**SCHEDULE A**
(Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

**Itemized Deductions**

► Attach to Form 1040.
► See Instructions for Schedule A (Form 1040).

OMB No. 1545-0074

**2004**
07

Name(s) shown on Form 1040: RICHARD H & RUTH SMITH

Your social security number: 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

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution. Do not include expenses reimbursed or paid by others. | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | 1,923. |
| | 2 | Enter amount from Form 1040, line 37 .... 2  27,033. | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | 2,027. |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | 4 | 0. |
| **Taxes You Paid**  (See instructions.) | 5 | State and local (check only one box): **a** ☐ Income taxes, or **b** ☒ General sales taxes (see instructions) | 5 | 1,480. |
| | 6 | Real estate taxes (see instructions) | 6 | 2,423. |
| | 7 | Personal property taxes | 7 | |
| | 8 | Other taxes. List type and amount ► _____ | 8 | |
| | 9 | Add lines 5 through 8 | 9 | 3,903. |
| **Interest You Paid**  (See instructions.)  **Note. Personal interest is not deductible.** | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ► _____ _____ _____ _____ | 11 | |
| | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | |
| | 13 | Investment interest. Attach Form 4952 if required. (See instrs.) | 13 | |
| | 14 | Add lines 10 through 13 | 14 | |
| **Gifts to Charity**  If you made a gift and got a benefit for it, see instructions. | 15 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | 15 | 4,587. |
| | 16 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | 16 | 6,177. |
| | 17 | Carryover from prior year | 17 | |
| | 18 | Add lines 15 through 17 | 18 | 10,764. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions**  (See instructions.) | 20 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.)  ► _____ _____ | 20 | |
| | 21 | Tax preparation fees | 21 | |
| | 22 | Other expenses — investment, safe deposit box, etc. List type and amount  ► _____ | 22 | |
| | 23 | Add lines 20 through 22 | 23 | |
| | 24 | Enter amount from Form 1040, line 37 .... 24 | | |
| | 25 | Multiply line 24 by 2% (.02) | 25 | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | 26 | |
| **Other Miscellaneous Deductions** | 27 | Other — from list in the instructions. List type and amount ► _____ _____ | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 37, over $142,700 (over $71,350 if MFS)?  ☒ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter this amount on Form 1040, line 39.  ☐ **Yes.** Your deduction may be limited. See instructions for the amount to enter. | 28 | 14,667. |

BAA For Paperwork Reduction Act Notice, see Form 1040 Instructions.

FDIA0301  11/02/04

Schedule A (Form 1040) 2004

Confidential - 00015

| | OMB No. 1545-0074 | Page 2 |
|---|---|---|

Name(s) shown on Form 1040.

RICHARD H & RUTH SMITH

Your social security number

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

# Schedule B — Interest and Ordinary Dividends

08

| **Part I**<br>**Interest**<br><br>(See instructions<br>for Form 1040,<br>line 8a.)<br><br>Note. If you<br>received a Form<br>1099-INT, Form<br>1099-OID, or<br>substitute statement<br>from a brokerage<br>firm, list the firm's<br>name as the payer<br>and enter the total<br>interest shown on<br>that form. | 1 List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address.................►<br><br>UNION PLANTERS BANK<br>UNION PLANTERS BANK<br>ALLMERICA FINANCIAL | | Amount |
|---|---|---|---|
| | | | 560. |
| | | | 970. |
| | | | 20. |
| | | **1** | |
| | 2 Add the amounts on line 1.................................. | **2** | 1,550. |
| | 3 Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815...................................... | **3** | |
| | 4 Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a.............► | **4** | 1,550. |

Note. If line 4 is over $1,500, you must complete Part III.

| **Part II**<br>**Ordinary**<br>**Dividends**<br><br>(See<br>instructions for<br>Form 1040,<br>line 9a.)<br><br>Note. If you<br>received a Form<br>1099-DIV or<br>substitute statement<br>from a brokerage<br>firm, list the firm's<br>name as the payer<br>and enter the<br>ordinary dividends<br>shown on that form. | 5 List name of payer ...► | | Amount |
|---|---|---|---|
| | | **5** | |
| | 6 Add the amounts on line 5. Enter the total here and on Form 1040, line 9a.............► | **6** | |

Note. If line 6 is over $1,500, you must complete Part III.

| **Part III**<br>**Foreign**<br>**Accounts**<br>**and**<br>**Trusts**<br><br>(See<br>instructions.) | You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| | 7a At any time during 2004, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1.................................. | | |
| | | | X |
| | b If 'Yes,' enter the name of the foreign country. ► | | |
| | 8 During 2004, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions............................. | | |
| | | | X |

BAA For Paperwork Reduction Act Notice, see Form 1040 Instructions. FDIA0401 05/24/04

Schedule B (Form 1040) 2004

| **SCHEDULE C** (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | | OMB No. 1545-0074 |
|---|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Partnerships, joint ventures, etc., must file Form 1065 or 1065-B. ► Attach to Form 1040 or 1041. ► See Instructions for Schedule C (Form 1040). | | **2004** 09 |

| Name of proprietor | Social security number (SSN) |
|---|---|
| RUTH SMITH | 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 |

| A Principal business or profession, including product or service (see instructions) REAL ESTATE AND MISC SERVICES | B Enter code from instructions ► 531210 |
|---|---|
| C Business name. If no separate business name, leave blank. | D Employer ID number (EIN), if any |

E Business address (including suite or room no.) ► 301 AUTUMN CHASE DRIVE
City, town or post office, state, and ZIP code NASHVILLE, TN 37214

F Accounting method: (1) ☒ Cash (2) ☐ Accrual (3) ☐ Other (specify) ►

G Did you 'materially participate' in the operation of this business during 2004? If 'No,' see instructions for limit on losses.. ☒ Yes ☐ No

H If you started or acquired this business during 2004, check here .................................................. ► ☐

## Part I Income

| | | |
|---|---|---|
| 1 Gross receipts or sales. **Caution.** If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here .......... ► ☐ | 1 | 17,070. |
| 2 Returns and allowances ................................................................ | 2 | |
| 3 Subtract line 2 from line 1 ............................................................. | 3 | 17,070. |
| 4 Cost of goods sold (from line 42 on page 2)............................................ | 4 | |
| 5 **Gross profit.** Subtract line 4 from line 3. ............................................. | 5 | 17,070. |
| 6 Other income, including Federal and state gasoline or fuel tax credit or refund ............... | 6 | |
| 7 **Gross income.** Add lines 5 and 6....................................................... ► | 7 | 17,070. |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 Advertising................... | 8 | | 19 Pension and profit-sharing plans........ | 19 | |
| 9 Car and truck expenses (see instructions) | 9 | 1,315. | 20 Rent or lease (see instructions): | | |
| | | | a Vehicles, machinery, and equipment ..... | 20a | |
| 10 Commissions and fees......... | 10 | | b Other business property................. | 20b | |
| 11 Contract labor (see instructions) ............. | 11 | | 21 Repairs and maintenance .............. | 21 | 141. |
| | | | 22 Supplies (not included in Part III) ........ | 22 | 109. |
| 12 Depletion ................... | 12 | | 23 Taxes and licenses ................... | 23 | 928. |
| 13 Depreciation and section 179 expense deduction (not included in Part III) (see instructions) ........... | 13 | | 24 Travel, meals, and entertainment: | | |
| | | | a Travel ............................. | 24a | |
| 14 Employee benefit programs (other than on line 19) ... | 14 | | b Meals and entertainment .... | | |
| 15 Insurance (other than health)... | 15 | 285. | c Enter nondeductible amount included on line 24b (see instrs) | | |
| 16 Interest: | | | d Subtract line 24c from line 24b ......... | 24d | |
| a Mortgage (paid to banks, etc) ....... | 16a | | 25 Utilities ............................. | 25 | |
| b Other ..................... | 16b | | 26 Wages (less employment credits) ........ | 26 | |
| 17 Legal & professional services... | 17 | 60. | 27 Other expenses (from line 48 on page 2) ........ | 27 | 2,061. |
| 18 Office expense ............... | 18 | 429. | | | |

| | | |
|---|---|---|
| 28 Total expenses before expenses for business use of home. Add lines 8 through 27 in columns ............. ► | 28 | 5,328. |
| 29 Tentative profit (loss). Subtract line 28 from line 7.................................... | 29 | 11,742. |
| 30 Expenses for business use of your home. Attach Form 8829 .............................. | 30 | |
| 31 Net profit or (loss). Subtract line 30 from line 29. | | |
| • If a profit, enter on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3. ............... • If a loss, you must go to line 32. | 31 | 11,742. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on Form 1040, line 12, and also on Schedule SE, line 2 (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

32a ☐ All investment is at risk.

• If you checked 32b, you must attach Form 6198.

32b ☐ Some investment is not at risk.

BAA For Paperwork Reduction Act Notice, see Form 1040 Instructions.      FDIZ0112 05/06/04      Schedule C (Form 1040) 2004

**Part III**  **Cost of Goods Sold** (see instructions)

| | | |
|---|---|---|
| 33 | Method(s) used to value closing inventory:  **a** ☐ Cost  **b** ☐ Lower of cost or market  **c** ☐ Other (attach explanation) | |
| 34 | Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation........................................................ ☐ Yes  ☐ No | |
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation.......................................................... **35** | |
| 36 | Purchases less cost of items withdrawn for personal use.......................... **36** | |
| 37 | Cost of labor. Do not include any amounts paid to yourself......................... **37** | |
| 38 | Materials and supplies.................................................... **38** | |
| 39 | Other costs ........................................................... **39** | |
| 40 | Add lines 35 through 39.................................................. **40** | |
| 41 | Inventory at end of year ................................................. **41** | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4............... **42** | |

**Part IV**  **Information on Your Vehicle.** Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)  ▶ 01/01/1998

44  Of the total number of miles you drove your vehicle during 2004, enter the number of miles you used your vehicle for:

**a** Business _____ 3,506  **b** Commuting _____  **c** Other _____ 1,335

45  Do you (or your spouse) have another vehicle available for personal use?............................... ☒ Yes  ☐ No

46  Was your vehicle available for personal use during off-duty hours?.................................. ☒ Yes  ☐ No

47a Do you have evidence to support your deduction?.............................................. ☒ Yes  ☐ No

 b If 'Yes,' is the evidence written?........................................................ ☒ Yes  ☐ No

**Part V**  **Other Expenses.** List below business expenses not included on lines 8-26 or line 30.

| | |
|---|---|
| POSTAGE | 58. |
| CAR PHONE | 2,003. |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27........................................ **48** | 2,061. |

FDIZ0112  05/06/04



**SCHEDULE SE**
(Form 1040)

Department of the Treasury
Internal Revenue Service

**Self-Employment Tax**

► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040).

OMB No. 1545-0074

**2004**

**17**

| Name of person with self-employment income (as shown on Form 1040) | Social security number of person with self-employment income ► |
|---|---|
| RUTH SMITH | 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 |

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from other than church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more or
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order is not church employee income (see instructions).

Note. Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

Exception. If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner and you filed Form 4361 and received IRS approval not to be taxed on those earnings, do not file Schedule SE. Instead, write 'Exempt — Form 4361' on Form 1040, line 57.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?

## Section A — Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.



| | | | |
|---|---|---|---|
| **1** Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A.............................................................. | 1 | |
| **2** Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9. Ministers and members of religious orders, see instructions for amounts to report on this line. See instructions for other income to report.............. | 2 | 11,742. |
| **3** Combine lines 1 and 2.............................................................. | 3 | 11,742. |
| **4** Net earnings from self-employment. Multiply line 3 by 92.35% (.9235). If less than $400, do not file this schedule; you do not owe self-employment tax............................................. ► | 4 | 10,844. |
| **5** Self-employment tax. If the amount on line 4 is: • $87,900 or less, multiply line 4 by 15.3% (.153). Enter the result here and on Form 1040, line 57. • More than $87,900, multiply line 4 by 2.9% (.029). Then, add $10,899.60 to the result. Enter the total here and on Form 1040, line 57. | 5 | 1,659. |
| **6** Deduction for one-half of self-employment tax. Multiply line 5 by 50% (.5). Enter the result here and on Form 1040, line 30......................... | 6 | 830. |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.

Schedule SE (Form 1040) 2004

FDIA1101  05/06/04

**Form 8283**
(Rev October 1998)

Department of the Treasury
Internal Revenue Service

## Noncash Charitable Contributions

► Attach to your tax return if you claimed a total deduction
of over $500 for all contributed property.
► See separate instructions.

OMB No. 1545-0908

**55**

| Name(s) shown on your income tax return | Identifying number |
|---|---|
| RICHARD H & RUTH SMITH | 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 |

*Note: Figure the amount of your contribution deduction before completing this form. See your tax return instructions.*

**Section A** — List in this section only items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is over $5,000 (see instructions).

**Part I** **Information on Donated Property** — If you need more space, attach a statement.

| 1 | (a) Name and address of the donee organization | (b) Description of donated property |
|---|---|---|
| A | LEBANON ROAD CHURCH OF CHRIST<br>NASHVILLE TN | CLOTHES, SHIRTS, JEANS, JACKETS,TIES<br>BLOUSES, BEDWARE, DRESSES, COATS,SUITS |
| B | AMVETS<br>NASHVILLE | 15 FORMALS<br>COATS |
| C | JACKSON PARK CHURCH OF CHRIST<br>NASHVILLE | CLOTHING |
| D | | |
| E | | |

*Note: If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).*

| (c) Date of the contribution | (d) Date acquired by donor (mo, yr) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|
| A Various | Various | PURCHASE, GIFT | 20,000. | 5,927. | GARAGE SALE PRICES |
| B Various | Various | PURCHASE, GIFT | 2,000. | 200. | GARAGE SALE PRICES |
| C Various | Various | PURCHASE, GIFT | 1,000. | 50. | GARAGE SALE PRICES |
| D | | | | | |
| E | | | | | |

**Part II** **Other Information** — Complete line 2 if you gave less than an entire interest in property listed in Part I. Complete line 3 if conditions were attached to a contribution listed in Part I.

2 If, during the year, you contributed less than the entire interest in the property, complete lines a - e.

a Enter the letter from Part I that identifies the property ► _____ . If Part II applies to more than one property, attach a separate statement.

b Total amount claimed as a deduction for the property listed in Part I: (1) For this tax year .................... ► _____

(2) For any prior tax years ............. ► _____

c Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above):

Name of charitable organization (donee)

Address (number, street, and room or suite no.)

City or town                                                                      State    ZIP code

d For tangible property, enter the place where the property is located or kept ► _____

e Name of any person, other than donee organization, having actual possession of the property ► _____

3 If conditions were attached to any contribution listed in Part I, answer questions a - c and attach the required statement. (see instructions):

| | Yes | No |
|---|---|---|
| a Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? | | |
| b Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? | | |
| c Is there a restriction limiting the donated property for a particular use? | | |

BAA For Paperwork Reduction Act Notice, see separate instructions.                    FDIZ1812  07/24/02                    Form 8283 (Rev 10-98)

RICHARD H & RUTH SMITH                    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                    1

**Supporting Statement of:**

## Schedule C (REAL ESTATE AND MISC SERVICES)/Line 18

| Description | Amount |
|---|---|
| | 300.00 |
| | 129.00 |
| Total | 429.00 |

**Supporting Statement of:**

## Schedule C (REAL ESTATE AND MISC SERVICES)/Line 22

| Description | Amount |
|---|---|
| KEY PAD LEASE | 109.00 |
| Total | 109.00 |

**Supporting Statement of:**

## Schedule C (REAL ESTATE AND MISC SERVICES)/Line 23

| Description | Amount |
|---|---|
| MONTHLY DUES & PUBS | 448.00 |
| TN LICENSE RENEWAL | 80.00 |
| REAL ESTATE DUES | 400.00 |
| Total | 928.00 |

photocopy F. Gann

| Form **1310** | | **Statement of Person Claiming Refund Due a Deceased Taxpayer** | | OMB No. 1545-0073 |
|---|---|---|---|---|
| (Rev November 2002) | | | | |
| Department of the Treasury Internal Revenue Service | | ► See Instructions. | | 87 |

Tax year decedent was due a refund:

Calendar year **2004**        , or other tax year beginning                , and ending

| | Name of decedent | Date of death | Decedent's social security number |
|---|---|---|---|
| **Please type or print** | RICHARD H SMITH | 05/13/2004 | 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 |
| | Name of person claiming refund | | Your social security number |
| | RUTH                        SMITH | | 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 |
| | Home address (number and street). If you have a P.O. box, see instructions | | Apartment number |
| | 301 AUTUMN CHASE DRIVE | | |
| | City, town or post office. If you have a foreign address, see instructions | State | ZIP code |
| | NASHVILLE | TN | 37214 |

**Part I** Check the box that applies to you. Check only one box. Be sure to complete Part III below.

**A** [X] Surviving spouse requesting reissuance of a refund check (see instructions).

**B** [ ] Court-appointed or certified personal representative. Attach a court certificate showing your appointment, unless previously filed (see instructions).

**C** [ ] Person, other than A or B, claiming refund for the decedent's estate (see instructions). Also, complete Part II.

**Part II** Complete this part only if you checked the box on line C above.

| | Yes | No |
|---|---|---|
| **1** Did the decedent leave a will? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **2a** Has a court appointed a personal representative for the estate of the decedent? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **b** If you answered 'No' to 2a, will one be appointed? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| If you answered 'Yes' to 2a or 2b, the personal representative must file for the refund. | | |
| **3** As the person claiming the refund for the decedent's estate, will you pay out the refund according to the laws of the state where the decedent was a legal resident? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| If you answered 'No' to 3, a refund cannot be made until you submit a court certificate showing your appointment as personal representative or other evidence that you are entitled under state law to receive the refund. | | |

**Part III** Signature and verification. All filers must complete this part.

I request a refund of taxes overpaid by or on behalf of the decedent. Under penalties of perjury, I declare that I have examined this claim, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of person claiming refund ► *Ruth B. Smith*          Date ► 2-16-05

BAA For Paperwork Reduction Act Notice, see separate instructions.          Form **1310** (Rev 11-2002)

FDIA2001 · 09/18/02

☐ **CORRECTED**

| PAYER'S name, street address, city, state, and ZIP code | 1. Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| UNION PLANTERS BANK, N.A. 401 UNION STREET NASHVILLE TN 37219 | $ 4,673.55 | **2004** | |
| 800-613-8129 | 2a Taxable amount $ 4,673.55 | Form 1099-R | |

| | 2b Taxable amount not determined ☒ | Total distribution ☐ | Copy B Report this income on your Federal tax return. If this Federal income form shows tax withheld in box 4, attach this copy to your return. |
|---|---|---|---|
| PAYER'S Federal identification number **62-0859006** | RECIPIENT'S identification number **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** | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld **467.36** |
| RECIPIENT'S name, street address (including apt. no), city, state, and Zip code | | 5 Employee contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ |
| Ruth B Smith 301 Autumn Chase Dr Nashville TN 37214-1668 | | 7 Distribution code **4** / IRA/SEP/ SIMPLE ☒ | 8 Other $ % |
| | | 9a Your percentage of total distribution % | 9b Total employee contributions $ |

This information is being furnished to the Internal Revenue Service.

| Account number (optional) **00040600000245223019** | 10 State tax withheld $ | 11 State/Payer's state no. | 12 State distribution $ |
|---|---|---|---|
| | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form 1099-R     Department of the Treasury - Internal Revenue Service    39-1908647

---

☐ **CORRECTED**

| PAYER'S name, street address, city, state, and ZIP code | 1. Gross distribution | OMB No. 1545-0119 | Distributions From Pensions, Annuities, Retirement or Profit-Sharing Plans, IRAs, Insurance Contracts, etc. |
|---|---|---|---|
| UNION PLANTERS BANK, N.A. 401 UNION STREET NASHVILLE TN 37219 | $ 4,718.60 | **2004** | |
| 800-613-8129 | 2a Taxable amount $ 4,718.60 | Form 1099-R | |

| | 2b Taxable amount not determined ☒ | Total distribution ☐ | Copy B Report this income on your Federal tax return. If this Federal income form shows tax withheld in box 4, attach this copy to your return. |
|---|---|---|---|
| PAYER'S Federal identification number **62-0859006** | RECIPIENT'S identification number **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** | 3 Capital gain (included in box 2a) $ | 4 Federal income tax withheld **471.86** |
| RECIPIENT'S name, street address (including apt. no), city, state, and Zip code | | 5 Employee contributions or insurance premiums $ | 6 Net unrealized appreciation in employer's securities $ |
| Ruth B Smith 301 Autumn Chase Dr Nashville TN 37214-1666 | | 7 Distribution code **7** / IRA/SEP/ SIMPLE ☒ | 8 Other $ % |
| | | 9a Your percentage of total distribution % | 9b Total employee contributions $ |

This information is being furnished to the Internal Revenue Service.

| Account number (optional) **00040600008449900085** | 10 State tax withheld $ | 11 State/Payer's state no. | 12 State distribution $ |
|---|---|---|---|
| | 13 Local tax withheld $ | 14 Name of locality | 15 Local distribution $ |

Form 1099-R     Department of the Treasury - Internal Revenue Service    39-1908647

photocopy k. Gann

| a. Control number | | OMB No. 1545-0008 | Safe, accurate, FAST! Use | IRS e-file | Visit the IRS website at www.irs.gov. |
|---|---|---|---|---|---|

| b. Employer identification number 62-0804889 | 1. Wages, tips, other compensation 4484.00 | 2. Federal income tax withheld 42.73 |
|---|---|---|
| c. Employer's name, address, and ZIP code **Nashville Office Machines** **1500 Church St.** **Nashville, TN 37203** | 3. Social security wages 4484.00 | 4. Social security tax withheld 277.97 |
| | 5. Medicare wages and tips 4484.00 | 6. Medicare tax withheld 64.98 |
| | 7. Social security tips 0.00 | 8. Allocated tips |
| d. Employee's social security number 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 | 9. Advance EIC payment | 10. Dependent care benefits |
| e. Employee's first name and initial   Last name **Richard H       Smith** | 11. Nonqualified plans | 12a. See instructions for box 12 |
| **1443 Janie Ave** **Nashville, TN 37216** | 13. Statutory employee / Retirement plan / Third-party sick pay | 12b |
| | 14. Other | 12c |
| | | 12d |
| f. Employee's address and ZIP code | | |

| 15. State   Employer's state ID number | 16. State wages, tips, etc. | 17. State income tax | 18. Local wages, tips, etc. | 19. Local income tax | 20. Locality name |
|---|---|---|---|---|---|
| TN   620804889 | 0.00 | 0.00 | | | |

Form **W-2** Wage and Tax Statement   **2004**   Department of the Treasury—Internal Revenue Service

**Copy B—To Be Filed With Employee's FEDERAL Tax Return.**
This information is being furnished to the Internal Revenue Service.

copy P. Cann



**Medical Research Consultants**

This record contains pages that appear to be duplicates. In the process of trying to retrieve an original or corrected certification/affidavit/deposition upon written questions for records already received by MRC, the custodian of records for this facility sent another set of records.

As a result, the subsequent set of records sent by the custodian was appended to the original set of records. It is standard procedure for MRC to maintain the integrity of all records received.

The certification/affidavit/deposition upon written questions can be located on page _____. This page will only contain a placeholder until MRC receives a complete and correct certification/affidavit/deposition upon written questions.

Form **1040**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return** **1999**  (99) IRS use only — Do not write or staple in this space.

For the year Jan 1-Dec 31, 1999, or other tax year beginning , 1999, ending , OMB No. 1545-0074

| Label (See instructions.) | Your First Name | MI | Last Name | Your Social Security Number |
|---|---|---|---|---|
| | RICHARD | H | SMITH | 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 |
| Use the IRS label. | If a Joint Return, Spouse's First Name | MI | Last Name | Spouse's Social Security Number |
| Otherwise, please print or type. | RUTH | | SMITH | 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 |

Home Address (number and street). If You Have a P.O. Box, See Instructions. Apartment No.

1443 JANIE AVENUE

▲ **Important!** ▲ You must enter your social security number(s) above.

City, Town or Post Office. If You Have a Foreign Address, See Instructions. State ZIP Code

NASHVILLE  TN  37216-2820

**Presidential Election Campaign** (See instructions.)

|  | Yes | No | Note: Checking 'Yes' will not change your tax or reduce your refund. |
|---|---|---|---|
| Do you want $3 to go to this fund? | | X | |
| If a joint return, does your spouse want $3 to go to this fund? | | X | |

**Filing Status**

Check only one box.

1 ☐ Single
2 ☒ Married filing joint return (even if only one had income)
3 ☐ Married filing separate return. Enter spouse's SSN above & full name here ... ►
4 ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ... ►
5 ☐ Qualifying widow(er) with dependent child (year spouse died ► 19 ). (See instructions.)

**Exemptions**

6a ☒ **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not check box 6a** ........................

No. of boxes checked on 6a and 6b ........ 2

b ☒ **Spouse** ........................

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✔ if qualifying child for child tax credit (see instructions) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see instructions.

No. of your children on 6c who:
• lived with you
• did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

Add numbers entered on lines above ► 2

d Total number of exemptions claimed ........................ 2

**Income**

Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ........................ | 7 | 12,504. |
|---|---|---|---|
| 8a | Taxable interest. Attach Schedule B if required ........................ | 8a | 2,852. |
| b | Tax-exempt interest. **Do not** include on line 8a ...... 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required ........................ | 9 | 127. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) .... | 10 | |
| 11 | Alimony received ........................ | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ ........................ | 12 | -2,179. |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here .... ► ☒ | 13 | 785. |
| 14 | Other gains or (losses). Attach Form 4797 ........................ | 14 | |
| 15a | Total IRA distributions ...... 15a | b Taxable amount (see instrs) .. | 15b | 10,723. |
| 16a | Total pensions & annuities 16a | b Taxable amount (see instrs) .. | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E .... | 17 | |
| 18 | Farm income or (loss). Attach Schedule F ........................ | 18 | |
| 19 | Unemployment compensation ........................ | 19 | |
| 20a | Social security benefits ...... 20a 23,267. b Taxable amount (see instrs) .. | 20b | 2,223. |
| 21 | Other income. List type & amount (see instrs) ........................ | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ► | 22 | 27,035. |

**Adjusted Gross Income**

| 23 | IRA deduction (see instructions) ........................ | 23 | |
|---|---|---|---|
| 24 | Student loan interest deduction (see instructions) ........ | 24 | |
| 25 | Medical savings account deduction. Attach Form 8853 ........ | 25 | |
| 26 | Moving expenses. Attach Form 3903 ........................ | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE ........ | 27 | |
| 28 | Self-employed health insurance deduction (see instructions) . | 28 | |
| 29 | Keogh and self-employed SEP and SIMPLE plans .......... | 29 | |
| 30 | Penalty on early withdrawal of savings .................... | 30 | |
| 31a | Alimony paid b Recipient's SSN .... ► | 31a | |
| 32 | Add lines 23 through 31a ........................ | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ........... ► | 33 | 27,035. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.

Form 1040 (1999)

COPY

Form **1040** (1999)   RICHARD H & RUTH SMITH                    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      Page 2

| **Tax and Credits** | | | |
|---|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | 34 | 27,035. |

35a Check if: [X] **You** were 65/older, [ ] Blind; [X] **Spouse** was 65/older, [ ] Blind.
Add the number of boxes checked above and enter the total here ► **35a** | 2

b If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ........... ► **35b** [ ]

**Standard Deduction for Most People**

Single: $4,300

Head of household: $6,350

Married filing jointly or Qualifying widow(er): $7,200

Married filing separately: $3,600

| | | | |
|---|---|---|---|
| 36 | Enter your **itemized deductions** from Schedule A, line 28, **Or standard deduction** shown on the left. **But** see instructions to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent ............ | 36 | 8,900. |
| 37 | Subtract line 36 from line 34 ...................................................... | 37 | 18,135. |
| 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet in the instructions for the amount to enter ...... | 38 | 5,500. |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- .... | 39 | 12,635. |
| 40 | **Tax** (see instrs). Check if any tax is from **a** [ ] Form(s) 8814 **b** [ ] Form 4972 ........ ► | 40 | 1,860. |
| 41 | Credit for child and dependent care expenses. Attach Form 2441 ...... | 41 | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R ...... | 42 | |
| 43 | Child tax credit (see instructions) ...................... | 43 | |
| 44 | Education credits. Attach Form 8863 ...................... | 44 | |
| 45 | Adoption credit. Attach Form 8839 ...................... | 45 | |
| 46 | Foreign tax credit. Attach Form 1116 if required ............ | 46 | |
| 47 | Other. Check if from .. **a** [ ] Form 3800 **b** [ ] Form 8396 **c** [ ] Form 8801 **d** [ ] Form (specify) | 47 | |
| 48 | Add lines 41 through 47. These are your **total credits** ...................... | 48 | |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ................... ► | 49 | 1,860. |

| **Other Taxes** | | | |
|---|---|---|---|
| 50 | Self-employment tax. Attach Schedule SE ...................................... | 50 | |
| 51 | Alternative minimum tax. Attach Form 6251 ...................................... | 51 | |
| 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 ...... | 52 | |
| 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required ......... | 53 | |
| 54 | Advance earned income credit payments from Form(s) W-2 ...................... | 54 | |
| 55 | Household employment taxes. Attach Schedule H ...................... | 55 | |
| 56 | Add lines 49-55. This is your **total tax** ...................................... ► | 56 | 1,860. |

| **Payments** | | | | |
|---|---|---|---|---|
| 57 | Federal income tax withheld from Forms W-2 and 1099 ...... | 57 | 1,536. | |
| 58 | 1999 estimated tax payments and amount applied from 1998 return ...... | 58 | 1,200. | |
| 59a | **Earned income credit.** Attach Schedule EIC if you have a qualifying child. | | | |
| b | Nontaxable earned income: amount ► _____ and type ► _____ | 59a | | |
| 60 | Additional child tax credit. Attach Form 8812 ......... | 60 | | |
| 61 | Amount paid with request for extension to file (see instructions) ......... | 61 | | |
| 62 | Excess social security and RRTA tax withheld (see instrs) .... | 62 | | |
| 63 | Other payments. Check if from ... **a** [ ] Form 2439 **b** [ ] Form 4136 | 63 | | |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ...................... ► | 64 | | 2,736. |

| **Refund** | | | |
|---|---|---|---|
| Have it directly deposited! See instructions and fill in 66b, 66c, and 66d. | 65 If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **Overpaid** ............... | 65 | 876. |
| | 66a Amount of line 65 you want **Refunded to You** ...................... ► | 66a | 876. |

► **b** Routing number _____   ► **c** Type: [ ] Checking [ ] Savings
► **d** Account number _____

| | | | |
|---|---|---|---|
| 67 | Amount of line 65 you want **Applied to Your 2000 Estimated Tax** ....... ► | 67 | |

| **Amount You Owe** | | | |
|---|---|---|---|
| 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **Amount You Owe.** For details on how to pay, see instructions ...................... | 68 | |
| 69 | Estimated tax penalty. Also include on line 68 ...... | 69 | |

**Sign Here**
Joint return?
See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your Signature | Date | Your Occupation | Daytime Telephone Number (optional) |
|---|---|---|---|
| *Richard H. Smith* | 3/8/00 | RETIRED | |
| Spouse's Signature. If a Joint Return, Both Must Sign. | Date | Spouse's Occupation | |
| *Ruth B. Smith* | | REALTOR | |

**Paid Preparer's Use Only**

| Preparer's Signature ► *Judy Tygard* | Date 03/08/2000 | Check if self-employed [ ] | Preparer's SSN or PTIN 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 |
|---|---|---|---|
| Firm's Name (or yours if self-employed) and Address ► | Accurate Income Tax Service, Inc | | EIN 62-1293274 |
| | 2606-C Eugenia Avenue | | |
| | Nashville | TN | ZIP Code 37211 |

Form **1040** (1999)

COPY

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 38 of 120 PageID #: 447

Confidential - 00027

| Name(s) Shown on Form 1040. Do Not Enter Name and Social Security Number if Shown on Schedule A. | Your Social Security Number |
|---|---|
| RICHARD H & RUTH SMITH | 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 |

## Schedule B — Interest and Ordinary Dividends

**08**

**Note:** If you had over $400 in taxable interest income, you must also complete Part III.

**Part I
Interest**

(See instructions for Form 1040, line 8a.)

**Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | Amount |
|---|---|---|
| 1 List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ▶ | | |
| NATIONS BANK | | 15. |
| FIRST AMERICAN NAT'L BANK | | 43. |
| UNION PLANTERS | | 2,762. |
| ALLMERICA FINANCIAL | 1 | 32. |
| 2 Add the amounts on line 1 | 2 | 2,852. |
| 3 Excludable interest on series EE and I U.S. savings bonds issued after 1989 from Form 8815, line 14. You **Must** attach Form 8815 | 3 | |
| 4 Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 2,852. |

**Note:** If you had over $400 in ordinary dividends, you must also complete Part III.

**Part II
Ordinary
Dividends**

(See instructions for Form 1040, line 8a.)

**Note:** If you received a Form 1099-DIV, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | Amount |
|---|---|---|
| 5 List name of payer. Include only ordinary dividends. If you received any capital gain distributions, see the instructions for Form 1040, line 13 ▶ | | |
| ALLMERICA FINANCIAL CORP | | 24. |
| COLONIAL SELECT VALUE FUND | | 1. |
| COLONIAL SELECT VALUE FUND | | 1. |
| T ROWE PRICE SERVICES | 5 | 101. |
| 6 Add the amounts on line 5. Enter the total here and on Form 1040, line 9 ▶ | 6 | 127. |

**Part III
Foreign
Accounts
and
Trusts**

(See instructions.)

You must complete this part if you **(a)** had over $400 of interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| 7a At any time during 1999, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 | | X |
| b If 'yes,' enter the name of the foreign country ▶ | | |
| 8 During 1999, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'yes,' you may have to file Form 3520. See instructions | | X |

BAA **For Paperwork Reduction Act Notice, see Form 1040 instructions.**    FDIA0401 10/13/99    Schedule B (Form 1040) 1999

# Schedule C
(Form 1040)

Department of the Treasury
Internal Revenue Service    (99)

## Profit or Loss from Business
(Sole Proprietorship)

► **Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.**
► **Attach to Form 1040 or Form 1041.**    ► **See Instructions for Schedule C (Form 1040).**

OMB No. 1545-0074

**1999**

09

| Name of Proprietor | Social Security Number (SSN) |
|---|---|
| RUTH SMITH | 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 |

**A** Principal Business or Profession, Including Product or Service (see instructions)
<Untitled>

**B** Enter Code from Instructions
► 531210

**C** Business Name. If No Separate Business Name, Leave Blank.

**D** Employer ID Number (EIN), If Any

**E** Business Address (include suite or room no.) ► 1443 JANIE AVENUE
City, Town or Post Office, State, & ZIP Code    NASHVILLE, TN 37216-2820

**F** Accounting method:  (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 1999? If 'No,' see instructions for limit on losses ... [X] Yes [ ] No

**H** If you started or acquired this business during 1999, check here ...................................... ► [ ]

## Part I    Income

| | | |
|---|---|---|
| 1 Gross receipts or sales. **Caution:** If this income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, see the instructions and check here .......... ► [ ] | 1 | 4,493. |
| 2 Returns and allowances ............................................................... | 2 | |
| 3 Subtract line 2 from line 1 ............................................................. | 3 | 4,493. |
| 4 Cost of goods sold (from line 42 on page 2) .............................................. | 4 | |
| 5 **Gross profit.** Subtract line 4 from line 3 ................................................ | 5 | 4,493. |
| 6 Other income, including federal and state gasoline or fuel tax credit or refund .................. | 6 | |
| 7 **Gross income.** Add lines 5 and 6 ............................................... ► | 7 | 4,493. |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---|---|---|---|
| 8 Advertising ................... | 8 | 718. | 19 Pension and profit-sharing plans ...... | 19 | |
| 9 Bad debts from sales or services (see instructions) ..... | 9 | | 20 Rent or lease (see instructions): | | |
| | | | **a** Vehicles, machinery, and equipment ..... | 20a | |
| 10 Car and truck expenses (see instrs) ... | 10 | 2,034. | **b** Other business property ............... | 20b | |
| 11 Commissions and fees ........ | 11 | | 21 Repairs and maintenance ............... | 21 | 1,026. |
| 12 Depletion................... | 12 | | 22 Supplies (not included in Part III) ....... | 22 | |
| 13 Depreciation and Section 179 expense deduction (not included in Part III) (see instructions) ........... | 13 | | 23 Taxes and licenses ................... | 23 | |
| | | | 24 Travel, meals, and entertainment: | | |
| 14 Employee benefit programs (other than on line 19) ........ | 14 | | **a** Travel ............................. | 24a | |
| 15 Insurance (other than health) ... | 15 | 118. | **b** Meals and entertainment ........ | 35. | |
| 16 Interest: | | | **c** Enter nondeductible amount included on line 24b (see instructions) .. | 18. | |
| **a** Mortgage (paid to banks, etc) ........ | 16a | | **d** Subtract line 24c from line 24b ......... | 24d | 17. |
| **b** Other ........................ | 16b | | 25 Utilities ............................ | 25 | |
| 17 Legal & professional services .. | 17 | | 26 Wages (less employment credits) ........ | 26 | |
| 18 Office expense ................ | 18 | 1,160. | 27 Other expenses (from line 48 on page 2) ......... | 27 | 1,599. |
| 28 **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ............ ► | | | | 28 | 6,672. |

| | | |
|---|---|---|
| 29 Tentative profit (loss). Subtract line 28 from line 7 ....................................... | 29 | -2,179. |
| 30 Expenses for business use of your home. Attach **Form 8829** ................................. | 30 | |
| 31 **Net profit or (loss).** Subtract line 30 from line 29. | | |

• If a profit, enter on **Form 1040, line 12, and also on Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on **Form 1041, line 3.**

• If a loss, you **must** go on to line 32.

| 31 | -2,179. |
|---|---|

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on **Form 1040, line 12,** and **also** on **Schedule SE, line 2** (statutory employees, see instructions). Estates and trusts, enter on Form 1041, line 3.

• If you checked 32b, you must attach **Form 6198.**

**32a** [X] All investment is at risk.
**32b** [ ] Some investment is not at risk.

**BAA   For Paperwork Reduction Act Notice, see Form 1040 instructions.**

Schedule C (Form 1040) 1999

COPY

Schedule **C** (Form 1040) 1999 RUTH SMITH      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    Page **2**

## Part III   Cost of Goods Sold (see instructions)

**33** Method(s) used to value closing inventory:   **a** ☐ Cost   **b** ☐ Lower of cost or market   **c** ☐ Other (attach explanation)

| | | |
|---|---|---|
| **34** Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | ☐ Yes | ☐ No |
| **35** Inventory at beginning of year. If different from last year's closing inventory, attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **35** | |
| **36** Purchases less cost of items withdrawn for personal use. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **36** | |
| **37** Cost of labor. Do not include any amounts paid to yourself . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **37** | |
| **38** Materials and supplies . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **38** | |
| **39** Other costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **39** | |
| **40** Add lines 35 through 39 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **40** | |
| **41** Inventory at end of year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **41** | |
| **42** **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 . . . . . . . . . . . . . . | **42** | |

## Part IV   Information on Your Vehicle. Complete this part **Only** if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file.

**43** When did you place your vehicle in service for business purposes? (month, day, year)   ► 01/01/98 _ _ _ _ .

**44** Of the total number of miles you drove your vehicle during 1999, enter the number of miles you used your vehicle for:

**a** Business _ _ _ _ _ _ _ 6,482   **b** Commuting _ _ _ _ _ _ _ _ _ 0   **c** Other _ _ _ _ _ _ _ 3,543

**45** Do you (or your spouse) have another vehicle available for personal use? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes   ☐ No

**46** Was your vehicle available for use during off-duty hours? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes   ☐ No

**47a** Do you have evidence to support your deduction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes   ☐ No

**b** If 'Yes,' is the evidence written? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes   ☐ No

## Part V   Other Expenses. List below business expenses not included on lines 8 – 26 or line 30.

| | |
|---|---|
| POSTAGE | 79. |
| CAR PHONE | 566. |
| MISC GIFTS | 100. |
| DUES & PUBLICATIONS | 829. |
| PROFESSIONAL DUES | 25. |
| | |
| | |
| | |
| | |
| **48** **Total other expenses.** Enter here and on page 1, line 27 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **48** | 1,599. |

Schedule **C** (Form 1040) 1999



Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 41 of 120 PageID #: 450

Confidential - 00030

RICHARD H & RUTH SMITH                    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                              1

Form 4562
**Regular Tax Depreciation Report**

Activity:    Sch C      <Untitled> - 1999

| Description | In Service | Cost | Land | Bus % | Type | Class | Conv | Depr |
|---|---|---|---|---|---|---|---|---|
| Auto | Home | Imp | Disposed | Basis | 179 | Listed | Meth | Life | Yr | Prior |

| 98 CAMRY | | | 01/01/98 | | | 64.66 | | | | |
| X | | | | | | X | | | | |

Total

Form 4562
**Alternative Minimum Tax Depreciation Report**

Activity:    Sch C      <Untitled> - 1999

| Description | Real | Leased | AMT Cost | AMT Life | AMT Depr | AMT Adj |
|---|---|---|---|---|---|---|
| | | | AMT Basis | AMT Meth | AMT Prior | AMT Pref |
| 98 CAMRY | | | | | | |

Total

COPY

# CERTIFICATION FOR MEDICAL RECORDS

CUSTODIAN OF RECORDS
**Sports Medicine Center**
**Attn:**
**16120 West Dodge Road**
**Omaha, Nebraska 68118**

Please find enclosed a request for records of:
**Smith, Richard H**
**DOB: 1/4/1925**
**SSN: 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**
**MRC Request No.: NRTN-P1-000-024-3ZK**

Please find the following request for records:
**Any and all inpatient and outpatient medical records including, but not limited to, front and back (unless blank) of reports, E.R. records, notes, test results, diagnoses, prognoses, office records, clinic records, surgery records, therapy records, pharmacy records, correspondence,"sticky" notes, phone messages, insurance cards, intake forms, discharge summaries, medical history forms, patient background forms, e-mails, memos, and any of the records mentioned above that are in storage.**

## SECTION I: CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the authorized custodian of records or other qualified witness, and having the authority to certify the attached records proclaim the following:

The attached _____ page(s) of records: Films: _____ Slides: _____ Blocks: _____ CDs: _____ Videos: _____ (1) were made at or near the time the act, event, condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in the course of regularly conducted activity; (3) were created as part of the regular practice of the provider; and (4) are the complete and unabridged copies of records maintained by this facility with regards to the above-named plaintiff.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _____ Print Name _____

Executed on (date)_____

## SECTION II: CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

### PLEASE CHECK ALL THAT ARE APPLICABLE TO YOUR SEARCH FOR RECORDS

1. [✓] **A thorough search of the patient's SS#, Date of Birth and all aka's was done and no such records were found, and to the best of my knowledge these records do not exist in storage.**

2. [ ] These records have been destroyed. Our retention policy is ____ years.

3. [ ] These records are in the possession of _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _~Jan Kruse~_ Print Name _Jan Kruse_

Executed on (date) _8-22-07_

### PLEASE RETURN THIS CERTIFICATION

000006-T06SMC-00001

# CERTIFICATION FOR BILLING RECORDS

CUSTODIAN OF RECORDS
**Sports Medicine Center**
**Attn:**
**16120 West Dodge Road**
**Omaha, Nebraska 68118**

Please find enclosed a request for records of:
**Smith, Richard H**
**DOB: 1/4/1925**
SSN: 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
**MRC Request No.: NRTN-P1-000-024-2M8**

Please find the following request for records:
**Any and all inpatient and outpatient billing records including, but not limited to, any and all statements, itemized bills, insurance records, and any of the records mentioned above in storage.**

## SECTION I: CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the authorized custodian of records or other qualified witness, and having the authority to certify the attached records proclaim the following:

The attached _____ page(s) of records: Films: _____ Slides: _____ Blocks: _____ CDs: _____ Videos: _____ (1) were made at or near the time the act, event, condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in the course of regularly conducted activity; and (3) were created as part of the regular practice of the *provider*.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _____ Print Name _____

Executed on (date)_____

## SECTION II: CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.
**PLEASE CHECK ALL THAT ARE APPLICABLE TO YOUR SEARCH FOR RECORDS**

1. [X] A thorough search of the patient's SS#, Date of Birth and all aka's was done and no such records were found, **and to the best of my knowledge these records do not exist in storage.**

2. [ ] These records have been destroyed. Our retention policy is _____ years.

3. [ ] These records are in the possession of _____.

(I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature *Maryann Lucero*     Print Name *MARYANN LUCERO*

Executed on (date) *9-11-07*

## PLEASE RETURN THIS CERTIFICATION

**000006-118SMC-00002**



## WILLOWBROOK
### HOME HEALTH CARE, INC.

November 13, 2006

*Park Elm Plaza*
*1451 Elm Hill Pike*
*Suite 300*
*Nashville, TN 37210*
*615-366-6060*

Medical Research Consultants
Attn: Record Retrieval
6330 West Loop South
Suite 105
Bellaire, TX 77401

Reference:    Richard H. Smith
        SS:    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

To Whom It May Concern:

    We can find no record of having had the above referenced as a patient.

    Sorry we could not be of assistance to you.

Sincerely,

*Barbara Ware*

Barbara Ware
Medical Records

000006-80WHCA-00010



# WILLOWBROOK
## HOME HEALTH CARE, INC.

Park Elm Plaza
1451 Elm Hill Pike
Suite 300
Nashville, TN 37210
615-366-6060

November 13, 2006

Medical Research Consultants
Attn: Record Retrieval
6330 West Loop South
Suite 105
Bellaire, TX 77401

Reference:    Richard H. Smith
SS:        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

To Whom It May Concern:

     We can find no record of having had the above referenced as a patient.

     Sorry we could not be of assistance to you.

Sincerely,

Barbara Ware

Barbara Ware
Medical Records

**000006-90WHH-00001**

# CERTIFICATION FOR MEDICAL RECORDS

CUSTODIAN OF RECORDS
**Elite Sports Med & Orthopedic Center**
Attn:
**2021 Church Street Suite 200**
**Nashville, Tennessee 37203**

Please find enclosed a request for records of:
**Smith, Richard H**
**DOB: 1/4/1925**
**SSN: 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**
**MRC Request No.: NRTN-P1-000-024-4RY**

Please find the following request for records:
**Any and all inpatient and outpatient medical records including, but not limited to, front and back (unless blank) of reports, E.R. records, notes, test results, diagnoses, prognoses, office records, clinic records, surgery records, therapy records, pharmacy records, correspondence,"sticky" notes, phone messages, insurance cards, intake forms, discharge summaries, medical history forms, patient background forms, e-mails, memos, and any of the records mentioned above that are in storage.**

## SECTION I: CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the authorized custodian of records or other qualified witness, and having the authority to certify the attached records proclaim the following:

The attached _____ page(s) of records: Films: _____ Slides: _____ Blocks: _____ CDs: _____ Videos: _____ (1) were made at or near the time the act, event, condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in the course of regularly conducted activity; (3) were created as part of the regular practice of the provider; and (4) are the complete and unabridged copies of records maintained by this facility with regards to the above-named plaintiff.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _____ Print Name _____

Executed on (date)_____

## SECTION II: CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

**PLEASE CHECK ALL THAT ARE APPLICABLE TO YOUR SEARCH FOR RECORDS**

1. [ ✓ ] A thorough search of the patient's SS#, Date of Birth and all aka's was done and no such records were found, **and to the best of my knowledge these records do not exist in storage.**

2. [ ] These records have been destroyed. Our retention policy is _____ years.

3. [ ] These records are in the possession of _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _*Travis Haley*_ Print Name _*Travis Haley*_

Executed on (date) _8-27-07_

## PLEASE RETURN THIS CERTIFICATION

# CERTIFICATION FOR MEDICAL RECORDS

*CUSTODIAN OF RECORDS*
**Midstate Cardiology**
**Attn: Judy**
222 22nd Avenue North Suite 400
Nashville, Tennessee 37203

Please find enclosed a request for records of:
**Smith, Richard H**
**DOB: 1/4/1925**
**SSN: 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**
**MRC Request No.: NRTN-P1-000-024-2LS**

Please find the following request for records:

**Any and all inpatient and outpatient medical records including, but not limited to, front and back (unless blank) of reports, E.R. records, notes, test results, diagnoses, prognoses, office records, clinic records, surgery records, therapy records, pharmacy records, correspondence,"sticky" notes, phone messages, insurance cards, intake forms, discharge summaries, medical history forms, patient background forms, e-mails, memos, and any of the records mentioned above that are in storage.**

---

## SECTION I: CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the authorized custodian of records or other qualified witness, and having the authority to certify the attached records proclaim the following:

The attached _____ page(s) of records: Films: _____ Slides: _____ Blocks: _____ CDs: _____ Videos: _____ (1) were made at or near the time the act, event, condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in the course of regularly conducted activity; (3) were created as part of the regular practice of the provider; and (4) are the complete and unabridged copies of records maintained by this facility with regards to the above-named plaintiff.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _____ Print Name _____

Executed on (date)_____

---

## SECTION II: CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

### PLEASE CHECK ALL THAT ARE APPLICABLE TO YOUR SEARCH FOR RECORDS

1. [ ✓ ] A thorough search of the patient's SS#, Date of Birth and all aka's was done and no such records were found, and to the best of my knowledge these records do not exist in storage.

2. [ ] These records have been destroyed. Our retention policy is _____ years.

3. [ ] These records are in the possession of _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature *Judy Squit* Print Name *Judy SQuitieri*

Executed on (date) *8-23-07*

### PLEASE RETURN THIS CERTIFICATION

**000006-109MIC-00001**

Confidential - 00000

# CERTIFICATION FOR MEDICAL RECORDS

CUSTODIAN OF RECORDS
**Urology Associates**
**Attn: Medical records**
**2801 Charlotte Avenue**
**Nashville, Tennessee 37209**

Please find enclosed a request for records of:
**Smith, Richard H**
**DOB: 1/4/1925**
**SSN: 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**
**MRC Request No.: NRTN-P1-000-024-2MC**

Please find the following request for records:
**Any and all inpatient and outpatient medical records including, but not limited to, front and back (unless blank) of reports, E.R. records, notes, test results, diagnoses, prognoses, office records, clinic records, surgery records, therapy records, pharmacy records, correspondence,"sticky" notes, phone messages, insurance cards, intake forms, discharge summaries, medical history forms, patient background forms, e-mails, memos, and any of the records mentioned above that are in storage.**

## SECTION I: CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the authorized custodian of records or other qualified witness, and having the authority to certify the attached records proclaim the following:

The attached _30_ page(s) of records: Films: _____ Slides: _____ Blocks: _____ CDs: _____ Videos: _____ (1) were made at or near the time the act, event, condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in the course of regularly conducted activity; (3) were created as part of the regular practice of the provider; and (4) are the complete and unabridged copies of records maintained by this facility with regards to the above-named plaintiff.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _Dawn L Chrismer_ Print Name _D Chrismer_

Executed on (date) _8-29-07_

## SECTION II: CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

### PLEASE CHECK ALL THAT ARE APPLICABLE TO YOUR SEARCH FOR RECORDS

1. [ ] A thorough search of the patient's SS#, Date of Birth and all aka's was done and no such records were found, **and to the best of my knowledge these records do not exist in storage.**

2. [ ] These records have been destroyed. Our retention policy is ____ years.

3. [ ] These records are in the possession of _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _____ Print Name _____

Executed on (date) _____

## PLEASE RETURN THIS CERTIFICATION

**HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508**

**TO:** Urology Associates
2801 Charlotte Avenue
Nashville, TN 37209

Patient Name: __Richard H. Smith__ AKA: _____
Date of Birth: _01/04/1925_ Social Security Number: _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_
Address: _1443 Janis Avenue, Nashville, TN 37216_

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of care and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present, including the following:

&#9746; All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.

&#9746; All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.

&#9746; All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/ histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

&#9746; All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

&#9746; All billing records including all statements, itemized bills, and insurance records.

Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)
_RBL_ Yes, disclose HIV/AIDS information. OR _____ No, do NOT disclose HIV/AIDS information.
_RBL_ Yes, disclose alcohol/substance abuse information OR _____ No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:    MRC of Houston
6330 West Loop South
Suite 105
Bellaire, TX 77401

This authorization applies to psychotherapy notes, psychiatric or psychological records. I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _Ruth B Smith, Executrix_ Date: _7/31/07_
Relationship to the person who is the subject of the records:
Self: _____ Other: _Spouse_

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) _Ruth Smith, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased_
* If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

15

Confidential - 00002

Z

00046615012640040673 9    Pg: 1.0

SMITH, RICHARD
MRN: 33897    Reg #: 2
DOB: 1/4/25    71 M  Dept: UA CHURCH STREET 2
Adm: 3/7/96   Rm: WAIT  Bed:
Att. Phys: NESBITT, JR, THOMAS  (0)
Doc Type: CLINIC VISIT PAGE 1

# UROLOGY ASSOCIATES
## Clinic Visit Form

| DATE | TIME | WEIGHT |
|---|---|---|
|  | 12 30 |  |

| TEMP | RESP | PULSE SITTING | PULSE STANDING | BLOOD PRESSURE |
|---|---|---|---|---|
|  |  |  |  | SITTING _____ STANDING _____ |

Sp. Gr. _____   WBC _____
Alb. _____   RBC _____
Sug. _____   Casts _____
React. 5.0   Bact. _____

Dictation Pending
Y    N

| NURSE SIGNATURE | NURSE ID |
|---|---|
|  |  |

| PHYSICIAN SIGNATURE | PHYSICIAN ID |
|---|---|
|  |  |

* Copyright © 1995 Medical Information Management Systems PEARL Form 1164

Confidential - 00003

UROLOGY ASSOCIATES
2110 CHURCH ST
NASHVILLE, TENNESSEE 37203

**CLINIC VISIT**

PATIENT: Richard Smith
MRN: 33897
PHYSICIAN: NESBITT, JR, THOMAS
DATE: Jun 02, 1997

OV: Mr. Smith had a TUR/p about 11 yrs. ago. He has had what sounds like a bladder neck contracture or some type of stricture because he had to have a catheter put in by Dr. Hagan when he had a total hip replacement. He is doing fine now. Having some frequency and a little bit of difficulty voiding. Otherwise doing pretty good. Because the burning I put him on Doxycycline 100 mg. b.i.d. #20. (Njr)dw

Page 1 of 1

Confidential - 00004

1. Carry your card with you when you are away from home.
2. Let your hospital or doctor see your card when you require hospital, medical or health services under Medicare.
3. Get in touch with your social security office if you have questions about your rights under Medicare.
4. Your card is good wherever you live in the United States.

**WARNING:** Issued only for the use of the named beneficiary. Intentional misuse of this card is unlawful and will make the offender liable to penalty.

**PROPERTY OF UNITED STATES GOVERNMENT.**
**IF FOUND DROP IN NEAREST U.S. MAIL BOX.**

HEALTH CARE FINANCING ADMINISTRATION
Baltimore, Maryland 21207

*Form HCFA-1966 (7-88)*

33897

**Health** Insurance

SOCIAL SECURITY ACT

NAME OF BENEFICIARY
RICHARD H SMITH
CLAIM NUMBER                        SEX
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-A            MALE
IS ENTITLED TO                  EFFECTIVE DATE
HOSPITAL   (PART A)  1-1-90
MEDICAL    (PART B)  3-1-91

SIGN
HERE ➡   Richard H. Smith

**TO CERTIFICATE HOLDER**
This is your Blue Cross and Blue Shield Identification Card. Carry it with you at all times and present it to the hospital or doctor whenever you or one of your eligible dependents receive medical services. See your coverage literature for a list of covered services. When submitting inquiries about your coverage always include the Identification Number and the Group Number from the face of this card.

**TO HOSPITAL OR DOCTOR**
Reports of hospital services rendered to the member named (or eligible dependents) should be sent directly to the Blue Cross Plan serving your area. Blue Shield claims should be sent to the Blue Shield Plan named below. Be sure to include the Identification Number and Group Number appearing on the face of the card.

Blue Cross and Blue Shield of Tennessee
Chattanooga, Tennessee 37402

THIS CARD IS FOR IDENTIFICATION, NOT FOR PROOF OF ELIGIBILITY

GB-216



SMITH RICHARD H
SUBSCRIBER IDENTIFICATION NUMBER        EFFECTIVE DATE
4890407                    02/01/9
GROUP NO.    BLUE SHIELD PLAN CODE   BLUE CROSS PLAN CODE
9519        890                    390
SOCIAL SECURITY NUMBER      DEPT.   PAYROLL NUMBER
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

Confidential - 00005

33897

1. Carry your card with you when you are away from home.
2. Let your hospital or doctor see your card when you require hospital, medical or health services under Medicare.
3. Get in touch with your social security office if you have questions about your rights under Medicare.
4. Your card is good wherever you live in the United States.

**WARNING:** Issued only for the use of the named beneficiary. Intentional misuse of this card is unlawful and will make the offender liable to penalty.

**PROPERTY OF UNITED STATES GOVERNMENT.**
IF FOUND DROP IN NEAREST U.S. MAIL BOX.

HEALTH CARE FINANCING ADMINISTRATION
Baltimore, Maryland 21207

Form HCFA-1966 (7-88)

Health Insurance

SOCIAL SECURITY ACT

NAME OF BENEFICIARY
RICHARD H SMITH
CLAIM NUMBER
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-A          MALE     SEX
IS ENTITLED TO              EFFECTIVE DATE
HOSPITAL   (PART A)   1-1-90
MEDICAL    (PART B)   3-1-91

SIGN HERE ➡  *Richard H. Smith*

TO CERTIFICATE HOLDER
This is your Blue Cross and Blue Shield Identification Card. Carry it with you at all times and present it to the hospital or doctor whenever you or one of your eligible dependents receive medical services. See your coverage literature for a list of covered services. When submitting inquiries about your coverage always include the Identification Number and the Group Number from the face of this card.

TO HOSPITAL OR DOCTOR
Reports of hospital services rendered to the member named (or eligible dependents) should be sent directly to the Blue Cross Plan serving your area. Blue Shield claims should be sent to the Blue Shield Plan named below. Be sure to include the Identification Number and Group Number appearing on the face of the card.

Blue Cross and Blue Shield of Tennessee
Chattanooga, Tennessee 37402

THIS CARD IS FOR IDENTIFICATION, NOT FOR PROOF OF ELIGIBILITY

GB-216



Blue Cross Blue Shield of Tennessee

SUBSCRIBER NAME
SMITH RICHARD H                    EFFECTIVE DATE
SUBSCRIBER IDENTIFICATION NUMBER    02/01/79
4890407
GROUP NO.   BLUE SHIELD PLAN CODE   BLUE CROSS PLAN CODE
9519        890                     390
SOCIAL SECURITY NUMBER   DEPT.   PAYROLL NUMBER
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

```
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
           MRN:  33897  Name:   SMITH RICHARD H
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
                        UROLOGY ASSOCIATES
                        UA CHURCH STREET 2
               2110 CHURCH ST NASHVILLE, TENNESSEE 37203

                        LABORATORY DIRECTOR

                        URINALYSIS-MANUAL
```

| | | |
|---|---|---|
| MRN | : 33897 | Age :72 Years |
| Patient Name: | SMITH, RICHARD H | Sex :Male |
| Home Phone | : (615)262-9434 | |
| Work Phone | : | |
| Physician | : THOMAS E NESBITT, JR M.D. | Accession:583490 |
| Phone | : | |

Tech      : ELOISE  KNOWLES

Collection Date/Time: 07/09/97 08:49
Result Date/Time    : 07/09/97 08:49
Report Date/Time    : 07/09/97 08:50

Comment:

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| ALBUMIN | N | | N | |
| BACT | NB | A | 0 | |
| RBC | N | A | 0 | |
| PH | 5 | | 5.0 - 6.5 | |
| SUGAR | N | | N | |
| WBC | N | | 0 - 3 | |

Confidential - 00007

UROLOGY ASSOCIATES
2110 CHURCH ST
NASHVILLE, TENNESSEE 37203

## CLINIC VISIT

PATIENT: Smith, Richard H
MRN: 33897
PROVIDER: NESBITT, JR, THOMAS
DATE: 07/09/1997 13:23

Having trouble with his sex life. Has not been sexually active for 8 to 9 yrs. His wife has been ill, but she is now interested and he is unable to perform. Given 2 cc of Depo-T empirically and Yocon one b.i.d.
RTC: 1 month. Will try MUSE if he does not have much success. (Njr)dw

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 61 of 120 PageID #: 470

Confidential - 00008

# SIGNATURE ON FILE

I AUTHORIZE UROLOGY ASSOCIATES TO RELEASE TO THE SOCIAL SECURITY
ADMINISTRATION OR ITS INTERMEDIARIES OR CARRIERS, OR OTHER
INSURANCE CARRIER ANY MEDICAL OR OTHER INFORMATION NEEDED FOR
THIS OR A RELATED INSURANCE CLAIM. A COPY OF THIS AUTHORIZATION
MAY BE USED IN PLACE OF THE ORIGINAL. I REQUEST PAYMENT OF
INSURANCE BENEFITS EITHER TO MYSELF OR UROLOGY ASSOCIATES.

_____ *8-7-97* _____   X _____

DATE                        SIGNATURE OF PATIENT OR GUARDIAN

*33897*

# MEDIGAP AUTHORIZATION

I REQUEST THAT PAYMENT OF AUTHORIZED MEDIGAP BENEFITS BE MADE
ON BEHALF OF UROLOGY ASSOCIATES FOR ANY SERVICES FURNISHED ME BY
PHYSICIANS ON STAFF. I AUTHORIZE ANY HOLDER OF MEDICAL INFORMATION
ABOUT ME TO RELEASE TO

_____ ANY INFORMATION NEEDED TO DETERMINE

NAME OF MEDIGAP INSURER

MEDICARE NUMBER: _____

MEDIGAP NUMBER: _____

PATIENT SIGNATURE: _____ DATE _____

# UROLOGY ASSOCIATES

# INFORMED CONSENT AND INSURANCE WAIVER

## TO ALL "MUSE THERAPY" PATIENTS

## I UNDERSTAND THAT "MUSE" HAS SOME POTENTIAL RISKS AND COMPLICATIONS AND THESE HAVE BEEN EXPLAINED, UNDERSTOOD, AND ACCEPTED. I HAVE ALSO READ THE PAMPLET OFFERED BY THE MANUFACTURER.

## UROLOGY ASSOCIATES

Patient Name: _Richard Smith_

MRN _33897_

Doctor _Tom Nesbitt, Jr._

Date _8-7-97_

Service: MUSE Alprostadil _500 mcg. @ $35.00_

I understand that the above service is not paid for by my insurance carrier. I understand that I will be responsible for any charges associated with this service at the time of service.

_Richard H. Smith_
patient signature

_8/7/97_
date

Confidential - 00010

UROLOGY ASSOCIATES
2110 CHURCH ST
NASHVILLE, TENNESSEE 37203

**CLINIC VISIT**

PATIENT: Smith, Richard H
MRN: 33897
PROVIDER: NESBITT, JR, THOMAS
DATE: 08/07/1997 08:54

The pt. returns for check up. Wanted to try the Yocon. He is very concerned about his lack of sex life. Tried MUSE and had a fair response. He wanted to try this at home under better circumstances. Given RX for MUSE. Return in a month and we will probably do injections. (Njr)dw

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 64 of 120 PageID #: 473

Confidential - 00011

```
================================================================
          MRN: 33897  Name:  SMITH RICHARD H
================================================================
                    UROLOGY ASSOCIATES
                    UA CHURCH STREET
      2011 CHURCH ST. SUITE 600 NASHVILLE, TENNESSEE 37203
          ROBERT BARNETT, M.D. CHARLES ECKSTEIN, M.D.
                    LABORATORY DIRECTOR

                         IMMUNO1
```

MRN          : 33897                          Age      :72  Years
Patient Name : SMITH, RICHARD H               Sex      :Male
Home Phone   : (615)262-9434
Work Phone   :
Physician    : THOMAS E NESBITT, JR. M.D.     Accession:1475178
Phone        :

Tech         : JAMES V SMITH

Collection Date/Time: 12/08/97 08:27
Result Date/Time    : 12/09/97 13:08:30
Report Date/Time    : 12/09/97 14:03

Comment:

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| PSA  | 0.44   |     | - 4.1        |       |

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 65 of 120 PageID #: 474

Confidential - 00012

```
=============================================================================
            MRN: 33897  Name:   SMITH RICHARD H
=============================================================================
                        UROLOGY ASSOCIATES
                        UA CHURCH STREET 2
              2110 CHURCH ST NASHVILLE, TENNESSEE 37203


                        LABORATORY DIRECTOR

                        URINALYSIS-MANUAL
```

| | | | |
|---|---|---|---|
| MRN | : 33897 | Age | :72  Years |
| Patient Name: | SMITH, RICHARD H | Sex | :Male |
| Home Phone | : (615)262-9434 | | |
| Work Phone | : | | |
| Physician | : THOMAS E NESBITT, JR. M.D. | Accession: | 1475681 |
| Phone | : | | |

Tech       : JOE  WALLACE

Collection Date/Time: 12/08/97 12:08
Result Date/Time     : 12/08/97 12:08
Report Date/Time     : 12/08/97 12:08

Comment:

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| ALBUMIN | N | | N | |
| RBC | 0 | | 0 | |
| PH | 5 | | 5.0 - 6.5 | |
| SUGAR | N | | N | |
| WBC | 0 | | 0 - 3 | |

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 66 of 120 PageID #: 475

Confidential - 00013

UROLOGY ASSOCIATES
2110 CHURCH ST
NASHVILLE, TENNESSEE 37203

## CLINIC VISIT

PATIENT: Smith, Richard H
MRN: 33897
PROVIDER: NESBITT, JR., THOMAS
DATE: Dec 8, 1997

**Chief complaint and history of present illness:** The patient has been having some trouble with perineal pain and testicular discomfort. He had a TUR/P about 11 yrs. ago. He also continues to have problems with erectile discomfort.

Review of systems is positive for frequency, but no diminiution in his urinary stream.

DRE: Prostate is smooth and may be slightly tender.
Testicles are normal.
PSA drawn.

   DX: BPH and chronic prostatitis

RX: Doxycycline 100 mg. b.i.d.
RTC: 6 months. (Njr)dw

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 67 of 120 PageID #: 476

Confidential - 00014

**UROLOGY ASSOCIATES**
**2110 CHURCH ST**
**NASHVILLE, TENNESSEE 37203**

Dec 10, 1997

Richard Smith
1443 Janie Avenue
Nashville, TN 37216

MRN:33897

Dear Mr. Smith,

The PSA performed on 12/08/97 had a value of 0.44 .

This is in normal range. We will see you on your next scheduled visit.

Sincerely,

Thomas E. Nesbitt, Jr., M.D.
(615) 327-2055

Confidential - 00015

```
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
            MRN: 33897  Name:   SMITH RICHARD H
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
                        UROLOGY ASSOCIATES
                        UA CHURCH STREET 2
              2110 CHURCH ST NASHVILLE, TENNESSEE 37203

                        LABORATORY DIRECTOR

                        URINALYSIS-MANUAL
```

| | | | |
|---|---|---|---|
| MRN | : 33897 | Age | :73  Years |
| Patient Name: | SMITH, RICHARD H | Sex | :Male |
| Home Phone | : (615)262-9434 | | |
| Work Phone | : | | |
| Physician | : THOMAS E NESBITT, JR. M.D. | Accession: | 1716065 |
| Phone | : | | |

Tech       : RON  MANSFIELD L.P.N.

Collection Date/Time: 05/07/98 12:42
Result Date/Time    : 05/07/98 12:42
Report Date/Time    : 05/07/98 12:43

Comment:

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| BACT | NEG | | NEG | |
| BLOOD | NEG | | NEG | |
| GLUCOSE | NEG | | NEG | |
| HEMOGLOBIN | NEG | | NEG | |
| KETONES | NEG | | NEG | |
| LEUKOCYTES | NEG | | NEG | |
| PROTEIN | NEG | | NEG | |
| RBC | NEG | | NEG | |
| PH | 5 | | 5.0 - 8.0 | |
| WBC | NEG | | 0 - 3 | |

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 69 of 120 PageID #: 478

Confidential - 00016

## UROLOGY ASSOCIATES
### 2110 CHURCH ST
### NASHVILLE, TENNESSEE 37203

### CLINIC VISIT

PATIENT: Smith, Richard H
MRN: 33897
PROVIDER: NESBITT, JR., THOMAS
DATE:  May 7, 1998

Mr. Smith is now 73. He had a TUR/P about 11-12 yrs. ago. He has had trouble having a catheter placed the last several times he has had operative procedures. He is scheduled for right knee replacement by Dr. Regen next week and I told him to come by to let me check him. His last PSA was 0.44 in December of 1997.

REVIEW OF SYSTEMS is negative for cardiac, pulmonary or GI difficulties.
LUNGS:  Respiratory effort is unlabored.
PHYSICAL EXAM:  Neck is supple. No apparent skin rashes or lesions noted.

ABDOMEN is soft and non-tender without palpable masses or organs.
Normal phallus with normal meatus.
Testes are bilaterally descended with normal epididymides. Scrotal skin is normal.

URINALYSIS:  Negative chemically and microscopically.

On examination, he has a severe bladder neck contracture. He will need to have this opened up and I think he would need to have this done prior to his knee replacement so he does not get septic.  I will call Dr. Regen about this. (njr)dw

Page 1 of 1

# 33897

| | | |
|---|---|---|
| **NAME:** | SMITH, RICHARD H | **BAPTIST HOSPITAL** |
| **MED REC NO:** | CO 735.2-7 | **Nashville, Tennessee** |
| **ADM DATE:** | C5/11/98 | |
| **ATTENDING:** | Thomas E. Nesbitt, Jr., M.D. | **OPERATION REPORT** |
| **SURGEON:** | | |
| **OPERATION DATE:** | C5/11/98 | |
| **ROOM NO:** | C5/11/98 | |
| **PATIENT ACCT NO:** | C26458224 | **REQ NO:** |

ccc: Thomas E. Nesbitt, Jr., M.D.

PREOPERATIVE DIAGNOSIS:
1.    Bladder neck contracture.

POSTOPERATIVE DIAGNOSIS:
1.    Bladder neck contracture.

OPERATION:
1.    Incision bladder neck contracture.

SURGEON: THOMAS E. NESBITT JR., M.D.

FIRST ASSISTANT:

ANESTHESIA:  General.

PERTINENT FINDINGS AND OPERATIVE PROCEDURE:  With the patient under
general anesthesia the genitalia prepped and draped in the usual
sterile fashion.  The cystoscope was introduced and could be
advanced to a level between the verumontanum and mid prostate.  The
patient had previous transurethral resection of prostate.  He had
bladder neck contracture and the scope could not be passed within the
bladder neck.  Very gingerly the Collins knife was inserted just to
the patient's right side at the bladder neck contracture and gently
moved at the nine o'clock position back and forth.  This was then
done on the left side until the cystoscope could be fully be
advanced.  The bladder was inspected and was normal large capacity
bladder.  The three and nine o'clock positions were then incised with
the knife back to the mid portion of the prostate taking care not to
incise near the level of the verumontanum just widely over the
bladder neck.  A #20 Foley catheter was placed.  Bleeding controlled
with light electrocautery.  The catheter was easily passed.  The
patient was taken to the recovery room in good condition.

---

**OPERATION REPORT**
**Page 1 of 2**
Copy for Thomas E. Nesbitt, Jr., M.D

Confidential - 00018

# 33897

| | | |
|---|---|---|
| **NAME:** | SMITH, RICHARD H | **BAPTIST HOSPITAL** |
| **MED REC NO:** | CC7735-32-7 | **Nashville, Tennessee** |
| **ADM DATE:** | 05/11/98 | |
| **ATTENDING:** | Thomas E. Nesbitt, Jr., M.D. | **OPERATION REPORT** |
| **SURGEON:** | | |
| **OPERATION DATE:** | 05/11/98 | |
| **ROOM NO:** | 05/11/98 | |
| **PATIENT ACCT NO:** | 326453224 | **REQ NO:** |

Thomas E. Nesbitt, Jr., M.D.

TN/11517
DD:      05/12/98   2:55 p
DT:      05/13/98   2:21 p
Typed: 05/13/1998  12:15p
REVIEWED BY ??
CREATED BY 020014

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 72 of 120 PageID #: 481

Confidential - 00019

### UROLOGY ASSOCIATES
### 2110 CHURCH ST
### NASHVILLE, TENNESSEE 37203

### CLINIC VISIT

PATIENT: Smith, Richard H
MRN: 33897
PROVIDER: NESBITT, JR., THOMAS
DATE:  May 14, 1998

Mr. Smith had incision of a bladder neck contracture about three days ago. He has had a lot of leakage and drainage around the catheter with spotting.  We took out his Foley catheter and he voided with a good stream.  Check back in two weeks to make sure he does not have any infection before his knee replacement. He is going to continue his Bactrim that he is taking right now.  (Njr)dw

Confidential - 00020

```
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
              MRN:  33897  Name:   SMITH RICHARD H
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
                        UROLOGY ASSOCIATES
                        UA CHURCH STREET 2
                2110 CHURCH ST NASHVILLE, TENNESSEE 37203

                        LABORATORY DIRECTOR

                        URINALYSIS-MANUAL
```

MRN          : 33897                          Age      :73  Years
Patient Name: SMITH, RICHARD H                Sex      :Male
Home Phone  : (615)262-9434
Work Phone  : 0
Physician   : ,  ,  , TN-37203,              Accession:1728222
Phone       :

Tech        : ELOISE  KNOWLES

Collection Date/Time: 05/15/98 08:41
Result Date/Time    : 05/15/98 08:41
Report Date/Time    : 05/15/98 08:41

Comment:

| Test    | Result | Abn | Normal Range | Units |
|---------|--------|-----|--------------|-------|
| BACT    | NEG    |     | NEG          |       |
| GLUCOSE | NEG    |     | NEG          |       |
| PROTEIN | +1     | A   | NEG          |       |
| RBC     | 20-30  | A   | NEG          |       |
| PH      | 5      |     | 5.0 - 8.0    |       |
| WBC     | 10-20  | H   | 0 - 3        |       |

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 74 of 120 PageID #: 483

Confidential - 00021

```
=========================================================================
             MRN:  33897  Name:   SMITH RICHARD H
=========================================================================
                          UROLOGY ASSOCIATES
                          UA CHURCH STREET 2
                 2110 CHURCH ST NASHVILLE, TENNESSEE 37203

                          LABORATORY DIRECTOR

                          URINALYSIS-MICRO
```

MRN        : 33897                          Age      :74  Years
Patient Name: SMITH, RICHARD H              Sex      :Male
Home Phone  : (615)262-9434
Work Phone  :
Physician   : ,  ,  , TN-37203,            Accession:2847289
Phone       :

Tech       : CLAUDIA  DIXON

Collection Date/Time: 05/27/99 13:33
Result Date/Time    : 05/27/99 13:33
Report Date/Time    : 05/27/99 13:33

Comment:

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| BACT | NEG | | NEG | |
| BLOOD | NEG | | NEG | |
| GLUCOSE | NEG | | NEG | |
| KETONES | NEG | | NEG | |
| LEUKOCYTES | NEG | | NEG | |
| PROTEIN | NEG | | NEG | |
| BLOOD | NEG | | NEG | |
| PH | NEG | L | 5.0 - 8.0 | |
| WBC | NEG | | 0 - 3 | |

Confidential - 00022

UROLOGY ASSOCIATES
2110 CHURCH ST
NASHVILLE, TENNESSEE 37203

CLINIC VISIT

PATIENT: Richard Smith
MRN: 33897
PROVIDER: NESBITT, JR., THOMAS
DATE: May 27, 1998

Status post op bladder neck contracture a couple of weeks ago. He is going to have a total knee or hip replacement by Dr. Regen soon.

Urinalysis is completely clear.
He is voiding with a good stream. Getting up only once a night instead of three times a night now.
Overall, however, he is doing very well.

Return in 6 months. (Njr)dw

**Page 1 of 1**

```
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
            MRN:  33897  Name:   SMITH RICHARD H
■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■
```

UROLOGY ASSOCIATES
UA CHURCH STREET 2
2110 CHURCH ST NASHVILLE, TENNESSEE 37203

LABORATORY DIRECTOR

URINALYSIS-MICRO

```
MRN          : 33897                        Age      :74  Years
Patient Name: SMITH, RICHARD H              Sex      :Male
Home Phone  : (615)262-9434
Work Phone  :
Physician   : ,  ,  , TN-37203,             Accession:2847289
Phone       :

Tech        : CLAUDIA  DIXON

Collection Date/Time: 05/27/99 13:33
Result Date/Time    : 05/27/99 13:33
Report Date/Time    : 05/27/99 13:33

Comment:
```

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| BACT | NEG | | NEG | |
| BLOOD | NEG | | NEG | |
| GLUCOSE | NEG | | NEG | |
| KETONES | NEG | | NEG | |
| LEUKOCYTES | NEG | | NEG | |
| PROTEIN | NEG | | NEG | |
| BLOOD | NEG | | NEG | |
| PH | | NEG | L | 5.0 - 8.0 |
| WBC | NEG | | 0 - 3 | |

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 77 of 120 PageID #: 486

Confidential - 00024

```
==================================================================
              MRN:  33897  Name:   SMITH RICHARD H
==================================================================
                     UROLOGY ASSOCIATES
                       UA CHURCH STREET
       2011 CHURCH ST. SUITE 600 NASHVILLE, TENNESSEE 37203
            ROBERT BARNETT, M.D. CHARLES ECKSTEIN, M.D.
                     LABORATORY DIRECTOR

                           AXSYM
```

| | | | | |
|---|---|---|---|---|
| MRN | : 33897 | | Age | :74  Years |
| Patient Name: | SMITH, RICHARD H | | Sex | :Male |
| Home Phone | : (615)262-9434 | | | |
| Work Phone | : | | | |
| Physician | : ,  ,  , TN-37203, | | Accession: | 2847289 |
| Phone | : | | | |

Tech        : JAMES V SMITH

Collection Date/Time: 05/27/99 09:14
Result Date/Time     : 05/28/99 11:20:54
Report Date/Time     : 05/28/99 11:28

Comment:

| Test | Result | Abn | Normal Range | Units |
|------|--------|-----|--------------|-------|
| PSA | 0.49 | | - 4.1 | |

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 78 of 120 PageID #: 487

UROLOGY ASSOCIATES
2110 CHURCH ST
NASHVILLE, TENNESSEE 37203

CLINIC VISIT

PATIENT: Richard Smith
MRN: 33897
PROVIDER: NESBITT, JR., TOM
DATE: May 27, 1999

This 74 y/o man had a TUR/P about 12-13 yrs. ago. He was found to have a bladder neck contracture because he had trouble putting in the catheter when he had some orthopaedic procedures. He has had two total knee replacements and hip replacement. I did a relase of BNC in early May of 1998. He is voiding fine now, getting up about once at night.

ROS is negative for other systemic complaints.
PHYSICAL EXAM: The patient appears well and in no acute distress. He is alert and oriented.
HEENT: Grossly normal.
NECK: Supple.
RESPIRATORY: Breathing is unlabored.
EXTREMITIES: No swelling or edema. He has two well healed scars on his knees.
GU: Penis and testicles normal. No inguinal hernias.
DRE: Prostate is smooth and symmetric. Seminal vesicles are non-tender. Rectal sphincter tone is good. No hemorrhoids.

Urinalysis is negative chemically and microscopically.

DX: BPH

PLAN: PSA drawn today. We will let him know the results. No medications. Return in a year for follow up. (Njr)dw

Page 1 of 1

Confidential - 00026

# UROLOGY ASSOCIATES
## 2110 CHURCH ST
## NASHVILLE, TENNESSEE 37203

Jun 2, 1999

Richard Smith
1443 Janie Avenue
Nashville, TN 37216

MRN:33897

Dear Mr. Smith,

The PSA performed on 05/27/99 had a value of 0.49 .

This is in normal range. We will see you on your next scheduled visit.

Sincerely,

Thomas E. Nesbitt, Jr., M.D.
(615) 327-2055

TOTAL P.01

## SPALDING/NESBITT UROLOGY CLINIC, P.C.
2110 Church Street
Nashville, TN 37203
(615) 327-2055 Fax (615) 329-4005

PATIENT'S NAME _Richard Smith_ DATE _8-29-00_

TO: UROLOGY ASSOCIATES    Nashville, TN

I hereby authorize you to release to: SPALDING/NESBITT UROLOGY CLINIC, PC

2110 Church Street, Nashville, TN

any information, including the diagnosis and records of any treatment or examination rendered to

me from: Last two office visits and last PSA (if applicable)

_Richard H. Smith_
Patient's signature

_Luane Willis_
WITNESS

MRN
33897

FAXED

615 329 4005    P.01/01    UROLOGY ASSOCIATES    09:17    AUG-29-2000

Confidential - 00028

UROLOGY ASSOCIATES, P.C.  PEARL CLINICAL SUMMARY - AS OF 11/30/2000

# SMITH, RICHARD H

MRN: **N33897**
SSN: **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**
DOB: **01/04/1925**

**· · · · · · · · · · · · · · · P R O B L E M S · · · · · · · · · · · · · · ·**

| DATE | DESCRIPTION | ICD9 | GROUP | STATUS |
|------|-------------|------|-------|--------|
| 07/09/1997 | IMPOTENCE | 638 | | Active |
| 06/02/1997 | PROSTATITIS CHRONIC | 601.1 | | Active |
| 03/07/1996 | BLADDER NECK CONTRACTURE | 596.0,A | | Active |
| | BPH | 600 | | Active |
| 11/20/1993 | URINARY RETENTION | 788.2 | | Active |

**· · · · · · · · · · · · A C T I V E   M E D I C A T I O N S · · · · · · · · · · · · ·**

| START | MEDICATION | DOSE | ORDERED BY | STOP |
|-------|-----------|------|-----------|------|
| 07/09/1997 | YOCON 5.4MG TABS | 1 TABS ORAL(po) BID TAKE AS DIRECTED | NESBITT, JR., TOM | |

**· · · · · · · · · · · · · · P S A   R E S U L T S · · · · · · · · · · · · · · ·**

| DATE | TEST | RESULT | UNITS | SEV | MD |
|------|------|--------|-------|-----|-----|
| 05/27/1999 | PSA | 0.49 | | | NESBITT, JR., TOM |
| 12/08/1997 | PSA | 0.44 | | | NESBITT, JR., TOM |

**· · · · · · · · · · · · M A J O R   P R O C E D U R E S · · · · · · · · · · · · ·**

| DATE | DESCRIPTION | CPT | DX | MD |
|------|-------------|-----|-----|-----|
| 05/11/1998 | TRANSURETHRAL RESECTION OF BLADDER | 52500 | 596.0 | NESBITT, JR., THOMAS E |

**· · · · · · · · · · · · R E C E N T   P R O C E D U R E S · · · · · · · · · · · · ·**

| DATE | DESCRIPTION | CPT | DX CODE(S) | MD |
|------|-------------|-----|-----------|-----|
| 05/27/1999 | 99213 E/M-OFFICE VISIT-LEVEL III (EST) | 99213 | 600,596.0,A,600,596.0,A,60 | NESBITT, JR., TOM |
| | PROSTATE SPECIFIC ANTIGEN (PSA) | 84153 | 600,596.0,A,600,596.0,A,60 | NESBITT, JR., TOM |
| | URINALYSIS | 81000 | 600,596.0,A,600,596.0,A,60 | NESBITT, JR., TOM |
| 03/27/1998 | 99212 E/M-OFFICE VISIT-LEVEL II (EST) | 99212 | 596.0,A | NESBITT, JR., TOM |
| 05/15/1998 | 99024 POST-OP FOLLOW-UP VISIT | 99024 | 596.0,A | NESBITT, JR., TOM |
| 05/07/1998 | 99214 E/M-OFFICE VISIT-LEVEL IV (EST) | 99214 | 596.0,A | NESBITT, JR., TOM |
| | CYSTOSCOPY | 52000 | 596.0,A | NESBITT, JR., TOM |
| | GARAMYCIN, GENTAMICIN UP TO 80 MG | A7 | 596.0,A | NESBITT, JR., TOM |
| 07/09/1997 | TESTOSTERONE 200 MG IM | D3 | 638 | NESBITT, JR., TOM |
| 05/03/1996 | E/M-INITIAL HOSP CONSULTATION-LEVEL | 99251 | 600 | HILL, CHRISTOPHER C |

E N D   O F   R E P O R T -   N33897   SMITH, RICHARD H

Page 1 of 1

Confidential - 00029

# SMITH, RICHARD H

|  |  |
|---|---|
| MRN: | **N33897** |
| SSN: | **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** |
| DOB: | **01/04/1925** |

| DATE | TEST | RESULT | UNITS | SEV | MD |
|---|---|---|---|---|---|

### Misc Lab Results

| DATE | TEST | RESULT | SEV | MD |
|---|---|---|---|---|
| 05/27/1999 | KETONES | NEG | | NESBITT, JR., TOM |
| | URINE BACTERIA | NEG | | NESBITT, JR., TOM |
| 05/27/1998 | HEMOGL.UR | NEG | | NESBITT, JR., TOM |
| | KETONES | NEG | | NESBITT, JR., TOM |
| | URINE BACTERIA | NEG | | NESBITT, JR., TOM |
| 05/15/1998 | URINE BACTERIA | NEG | | NESBITT, JR., TOM |
| 05/07/1998 | HEMOGL.UR | NEG | | NESBITT, JR., TOM |
| | KETONES | NEG | | NESBITT, JR., TOM |
| | URINE BACTERIA | NEG | | NESBITT, JR., TOM |
| 07/09/1997 | URINE BACTERIA | NB | A | NESBITT, JR., TOM |

### PROT ELECT

| DATE | TEST | RESULT | SEV | MD |
|---|---|---|---|---|
| 12/08/1997 | ALBUMIN,UR | N | | NESBITT, JR., TOM |
| 07/09/1997 | ALBUMIN,UR | N | | NESBITT, JR., TOM |

### SPECIAL CHEMISTRY

| DATE | TEST | RESULT | SEV | MD |
|---|---|---|---|---|
| 05/27/1999 | PSA | 0.49 | | NESBITT, JR., TOM |
| 12/08/1997 | PSA | 0.44 | | NESBITT, JR., TOM |

### URINALYSIS

| DATE | TEST | RESULT | SEV | MD |
|---|---|---|---|---|
| 05/27/1999 | UR BLD | NEG | | NESBITT, JR., TOM |
| | UR BLD | NEG | | NESBITT, JR., TOM |
| | UR GLU | NEG | | NESBITT, JR., TOM |
| | UR LEUK | NEG | | NESBITT, JR., TOM |
| | UR PH | NEG | L | NESBITT, JR., TOM |
| | UR PROT | NEG | | NESBITT, JR., TOM |
| | UR WBC/HPF | NEG | | NESBITT, JR., TOM |
| 05/27/1998 | UR BLD | NEG | | NESBITT, JR., TOM |
| | UR GLU | NEG | | NESBITT, JR., TOM |
| | UR LEUK | NEG | | NESBITT, JR., TOM |
| | UR PH | 5 | | NESBITT, JR., TOM |
| | UR PROT | NEG | | NESBITT, JR., TOM |
| | UR RBC/HPF | NEG | | NESBITT, JR., TOM |
| | UR WBC/HPF | NEG | | NESBITT, JR., TOM |
| 05/15/1998 | UR GLU | NEG | | NESBITT, JR., TOM |
| | UR PH | 5 | | NESBITT, JR., TOM |
| | UR PROT | +1 | A | NESBITT, JR., TOM |
| | UR RBC/HPF | 20-30 | A | NESBITT, JR., TOM |
| | UR WBC/HPF | 10-20 | H | NESBITT, JR., TOM |
| 05/07/1998 | UR BLD | NEG | | NESBITT, JR., TOM |
| | UR GLU | NEG | | NESBITT, JR., TOM |
| | UR LEUK | NEG | | NESBITT, JR., TOM |

Confidential - 00030

UR PH                    5                    NESBITT, JR., TOM

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 84 of 120 PageID #: 493

# CERTIFICATION FOR MEDICAL RECORDS

CUSTODIAN OF RECORDS
**Nashville Internal Medicine Associates**
**Attn:**
**211 Twenty Second Avenue North**
**Nashville, Tennessee 37203**

Please find enclosed a request for records of:
**Smith, Richard H**
**DOB: 1/4/1925**
**SSN: 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**
**MRC Request No.: NRTN-P1-000-024-2M4**

Please find the following request for records:
**Any and all inpatient and outpatient medical records including, but not limited to, front and back (unless blank) of reports, E.R. records, notes, test results, diagnoses, prognoses, office records, clinic records, surgery records, therapy records, pharmacy records, correspondence,"sticky" notes, phone messages, insurance cards, intake forms, discharge summaries, medical history forms, patient background forms, e-mails, memos, and any of the records mentioned above that are in storage.**

## SECTION I: CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the authorized custodian of records or other qualified witness, and having the authority to certify the attached records proclaim the following:

The attached _____ page(s) of records: Films: _____ Slides: _____ Blocks: _____ CDs: _____ Videos: _____ (1) were made at or near the time the act, event, condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in the course of regularly conducted activity; (3) were created as part of the regular practice of the provider; and (4) are the complete and unabridged copies of records maintained by this facility with regards to the above-named plaintiff.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _____ Print Name _____

Executed on (date)_____

## SECTION II: CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

### PLEASE CHECK ALL THAT ARE APPLICABLE TO YOUR SEARCH FOR RECORDS

1. [✓] A thorough search of the patient's SS#, Date of Birth and all aka's was done and no such records were found, **and to the best of my knowledge these records do not exist in storage.**

2. [ ] These records have been destroyed. Our retention policy is _____ years.

3. [ ] These records are in the possession of _____ .

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _Erika Davis_ Print Name _Erika Davis_

Executed on (date) _8·27·07_

### PLEASE RETURN THIS CERTIFICATION

**000006-110NIM-00001**

# CERTIFICATION FOR BILLING RECORDS

CUSTODIAN OF RECORDS
**Associated Urologists of Nashville**
**Attn: Barbara**
**4230 Harding Road**
**Nashville, Tennessee 37205**

Please find enclosed a request for records of:
**Smith, Richard H**
**DOB: 1/4/1925**
**SSN: 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**
**MRC Request No.: NRTN-P1-000-024-2MJ**

Please find the following request for records:
**Any and all inpatient and outpatient billing records including, but not limited to, any and all statements, itemized bills, insurance records, and any of the records mentioned above in storage.**

---

## SECTION I: CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the authorized custodian of records or other qualified witness, and having the authority to certify the attached records proclaim the following:

The attached _____ page(s) of records: Films: _____ Slides: _____ Blocks: _____CDs: _____ Videos:_____ (1) were made at or near the time the act, event, condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in the course of regularly conducted activity; (3) were created as part of the regular practice of the provider; and (4) are the complete and unabridged copies of records maintained by this facility with regards to the above-named plaintiff.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _____ Print Name _____

Executed on (date)_____

---

## SECTION II: CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

### PLEASE CHECK ALL THAT ARE APPLICABLE TO YOUR SEARCH FOR RECORDS

1. [X] A thorough search of the patient's SS#, Date of Birth and all aka's was done and no such records were found, and to the best of my knowledge these records do not exist in storage.

2. [ ] These records have been destroyed. Our retention policy is _____ years.

3. [ ] These records are in the possession of _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature *Barbara Hayes* Print Name *Barbara Hayes*

Executed on (date) _ *8/21/07*

### PLEASE RETURN THIS CERTIFICATION

000006-99AUN-00001

# CERTIFICATION FOR INSURANCE RECORDS

CUSTODIAN OF RECORDS
**Associated Urologists of Nashville**
**Attn: Barbara**
**4230 Harding Road**
**Nashville, Tennessee 37205**

Please find enclosed a request for records of:
**Smith, Richard H**
**DOB: 1/4/1925**
**SSN: 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**
**MRC Request No.: NRTN-P1-000-024-3HL**

Please find the following request for records:
**Any and all records including, but not limited to, any and all notes, insurance records, insurance claims, actual claims copies, explanation of benefit forms, and/or correspondence.**

---

### SECTION I: CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the authorized custodian of records or other qualified witness, and having the authority to certify the attached records proclaim the following:

The attached _____ page(s) of records: Films: _____ Slides: _____ Blocks: _____ CDs: _____ Videos: _____ (1) were made at or near the time the act, event, condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in the course of regularly conducted activity; (3) were created as part of the regular practice of the provider; and (4) are the complete and unabridged copies of records maintained by this facility with regards to the above-named plaintiff.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _____ Print Name _____

Executed on (date)_____

---

### SECTION II: CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

#### PLEASE CHECK ALL THAT ARE APPLICABLE TO YOUR SEARCH FOR RECORDS

1. [X] A thorough search of the patient's SS#, Date of Birth and all aka's was done and no such records were found, and to the best of my knowledge these records do not exist in storage.

2. [ ] These records have been destroyed. Our retention policy is ____ years.

3. [ ] These records are in the possession of _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _~Barbara Hayes~_ Print Name _Barbara J. Hayes_

Executed on (date) _8/31/07_

#### PLEASE RETURN THIS CERTIFICATION

**000006-100AUN-00002**

# CERTIFICATION FOR MEDICAL RECORDS

CUSTODIAN OF RECORDS
**Premier Orthopedics and Sports Medicine**
**Attn: Medical Records**
**2400 Patterson Street Suite 300**
**Nashville, Tennessee 37203**

Please find enclosed a request for records of:
**Smith, Richard H**
**DOB: 1/4/1925**
**SSN: 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**
**MRC Request No.: NRTN-P1-000-024-2LZ**

Please find the following request for records:

**Any and all inpatient and outpatient medical records including, but not limited to, front and back (unless blank) of reports, E.R. records, notes, test results, diagnoses, prognoses, office records, clinic records, surgery records, therapy records, pharmacy records, correspondence,"sticky" notes, phone messages, insurance cards, intake forms, discharge summaries, medical history forms, patient background forms, e-mails, memos, and any of the records mentioned above that are in storage.**

## SECTION I: CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the authorized custodian of records or other qualified witness, and having the authority to certify the attached records proclaim the following:

The attached __6__ page(s) of records: Films: _____ Slides: _____ Blocks: _____CDs: _____ Videos:_____ (1) were made at or near the time the act, event, condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in the course of regularly conducted activity; (3) were created as part of the regular practice of the provider; and (4) are the complete and unabridged copies of records maintained by this facility with regards to the above-named plaintiff.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _____ Print Name  Durell  Boycl

Executed on (date)_____09-11-07_____

## SECTION II: CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

### PLEASE CHECK ALL THAT ARE APPLICABLE TO YOUR SEARCH FOR RECORDS

1.  [  ] A thorough search of the patient's SS#, Date of Birth and all aka's was done and no such records were found, **and to the best of my knowledge these records do not exist in storage.**

2.  [  ] These records have been destroyed. Our retention policy is _____ years.

3.  [  ] These records are in the possession of _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _____ Print Name _____

Executed on (date) _____

### PLEASE RETURN THIS CERTIFICATION

000006-120POS-00001



**3/20/2007**

CUSTODIAN OF RECORDS:
Premier Orthopedics and Sports Medicine
Attn: Medical Records
2400 Patterson Street Suite 300
Nashville, Tennessee 37203

RE: Request Number: NRTN-PI-000-024-2LZ

| REQUEST FOR MEDICAL RECORDS |
|---|

The requesting attorney, Seaton, Angela of Shook, Hardy & Bacon, L.L.P., authorizes MRC to obtain the records described below for pending litigation.

Please provide us with a complete copy of the records specified below for:
Smith, Richard H / DOB: 1/4/1925 / SSN: 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

Any and all inpatient and outpatient medical records including, but not limited to, front and back (unless blank) of reports, E.R. records, notes, test results, diagnoses, prognoses, office records, clinic records, surgery records, therapy records, pharmacy records, correspondence,"sticky" notes, phone messages, insurance cards, intake forms, discharge summaries, medical history forms, patient background forms, e-mails, memos, and any of the records mentioned above that are in storage.

In order to preserve evidence, please do not destroy any records relating to this plaintiff until end of litigation.

MRC will expect all charges to be reasonable and customary and in compliance with your state statutes. Please include your Federal Tax ID Number and the Request Number on all invoices.

Return the completed record set and attached certification to the attention of Records Retrieval at the address below BEFORE: 9/10/2007

Refer to the following Request Number on all correspondence(s) and/or invoice(s):
NRTN-PI-000-024-2LZ

Thank you in advance for your prompt attention to this matter.

Kindest regards,

MRC

# HIPAA COMPLIANT AUTHORIZATION FORM PURSUANT TO 45 CFR 164.508

TO: Nashville Otolaryngology Consultants
222 22nd Avenue North
Suite #600
Nashville, TN 37203

Patient Name: __Richard H. Smith__ AKA: _____
Date of Birth: _01/04/1925__ Social Security Number: _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_
Address: _1443 Janis Avenue, Nashville, TN 37216_

I hereby authorize the use or disclosure of records including protected health information and information pertaining to drug and/or alcohol abuse treatment, whether oral or recorded in any form or medium, as defined under the Health Insurance Portability and Accountability Act ("HIPAA"), the Federal Regulations enacted pursuant to HIPAA, and Federal Regulations governing confidentiality and drug and/or alcohol abuse patient records, 42 C.F.R. Part 2, about the above named patient. This authorization is for the purpose of review and evaluation in connection with a legal claim.

I expressly request that all covered entities under HIPAA identified above disclose full and complete protected health information spanning the time period of the beginning of my treatment to the present, including the following:

&#x2612; All medical records, including inpatient, outpatient and emergency room treatment, all clinical charts, reports, documents, correspondence, test results, statements, questionnaires/histories, office and doctor's handwritten notes, and records received by other physicians.

&#x2612; All autopsy, laboratory, histology, cytology, pathology, radiology, CT Scan, MRI, echocardiogram and cardiac catheterization reports.

&#x2612; All radiology films, mammograms, myelograms, CT scans, photographs, bone scans, pathology/cytology/histology /autopsy/immunohistochemistry specimens, cardiac catheterization videos/CDs/films/reels, and echocardiogram videos.

&#x2612; All pharmacy/prescription records including NDC numbers and drug information handouts/monographs.

&#x2612; All billing records including all statements, itemized bills, and insurance records.

Information about alcohol/substance abuse and HIV/AIDS may be disclosed as follows: (initial all that apply)

_RBS_ Yes, disclose HIV/AIDS information. OR ____ No, do NOT disclose HIV/AIDS information.

_RBS_ Yes, disclose alcohol/substance abuse information OR ____No, do NOT disclose alcohol/substance abuse information.

I authorize you to release the protected health information to:

MRC of Houston
6330 West Loop South
Suite 105
Bellaire, TX 77401

This authorization applies to psychotherapy notes, psychiatric or psychological records. I acknowledge the right to revoke this authorization by writing to you at the above referenced address. However, I understand that any actions already taken in reliance on this authorization cannot be reversed, and my revocation will not affect those actions. I acknowledge the potential for information disclosed pursuant to this authorization to be subject to redisclosure by the recipient and no longer be protected under 45 CFR 164.508. I understand that the covered entity to whom this authorization is directed may not condition treatment, payment, enrollment or eligibility benefits on whether or not I sign the authorization. Any facsimile, copy or photocopy of the authorization shall authorize you to release the records herein.

This authorization expires upon the conclusion of the personal injury/wrongful death lawsuit on behalf of the above-named plaintiff.

Signature: _Ruth B Smith Executrix_ Date: _7/31/07_
Relationship to the person who is the subject of the records:
Self: _____ Other: _Spouse_

If signing on behalf of person who is the subject of the records, please describe authority (i.e., power of attorney, executor, etc.) _Ruth Smith, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased_

* If the authorization is for the release of HIV/AIDS information, please provide the name or specific identification of the person(s), or class of persons, authorized to make the requested disclosure.

15

Case 3:05-cv-00444   Document 66-3   Filed 02/19/08   Page 93 of 120 PageID #: 502
000006-120POS-00003

**The payment has been approved!**

8013l    MRC

**Credit Card Number:** Visa ends in 0156
**Name:** DORENE J WISE

**Amount:** 50.00

**Date:** 09/11/2007

**AVS (Address Verification Service) Check**
**Result: Not available** (payment will still be processed)   More info
This service is not available for this credit card.

**CVV (Card Verification Value) Check**
**Result: Not provided** (payment will still be processed)   More info
The CVV code was not validated on this transaction.

**Payment ID's**
**Transaction ID:**      MC0023972865
**Authorization Code:**  040913

**Void Payment**

**Print**   **Close**

PATIENT: *Richard H. Smith*

PAGE: 2

## CLINICAL RECORD

10/21/02 Mr. Smith called today stating his daughter is having
surgery and emotionally he is not ready to have the
MRI that's scheduled @ Healthsouth tomorrow. He will
call back to re-schedule when things are better ____ M

10.24.02 P/ c/d appt (Billie)

000006-120POS-00005

## CLINICAL RECORD

**Continuation of October 16, 2002:**
<u>X-RAYS:</u>  Three views, AP, outlet and axillary lateral, shows degenerative changes of his AC joint.  It shows a high riding humeral head.

<u>IMPRESSION:</u>
1.  Left shoulder rotator cuff tear.
2.  Osteoarthritis of AC joint.
3.  Probable long head of biceps rupture.

<u>PLAN:</u>  Would like to get an MRI scan.  **JEFFREY P. LAWRENCE, M.D./jv**





# PREMIER
### Orthopaedics & Sports Medicine, PLC
## www.premier-ortho.com
### at Centennial Medical Center

| | | |
|---|---|---|
| JOHN C. BROTHERS, M.D. | 2400 PATTERSON STREET | DANIEL J. McHUGH, M.D. |
| WESLEY L. COKER, M.D. | NASHVILLE, TENNESSEE 37203 | MELVIN D. LAW, JR., M.D. |
| JEFFREY P. LAWRENCE, M.D. | TELEPHONE: (615) 342-6300 | ROGER N. PASSMORE, M.D. |
| JOSEPH D. CHENGER, M.D. | | KARL FOURNIER, M.D. |

PATIENT: **RICHARD SMITH – 201414**   AGE: 77

ADDRESS: **1443 JANIE AVENUE, NASHVILLE, TN  37216**

REFERRED BY:

DATE: **OCTOBER 16, 2002**

---

### CLINICAL RECORD

Richard is a 77-year-old male who is a patient of Dr. Jim Cato. He comes in complaining of pain in his left shoulder. He was referred here by Henry Ward, one of my patients. He said that back on the 7th, he was cleaning gutters and reached up and felt and heard a pop in his shoulder. He has had a bruise over his anterior arm and he states he has been unable to lift his arm since that time. If he holds his arm by his side and takes Advil, it feels better.

**PAST MEDICAL HISTORY:** Past medical history is negative for asthma, cancer, depression, diabetes, heart disease, high blood pressure, lung disorder and neurologic disorder. He is status post appendectomy, joint surgery and tonsillectomy.

**CURRENT MEDICATIONS:** None.

**ALLERGIES: CIPRO**

**FAMILY HISTORY:** Family history is positive for arthritis but negative for bleeding disorder, cancer, diabetes, heart disease, osteoporosis, scoliosis and stroke.

**SOCIAL HISTORY:** He does not smoke or drink alcohol. He is retired.

**REVIEW OF SYSTEMS:** Positive for joint pain. Negative for fever/chills, night sweats, mood changes, weight gain/loss, headaches, vision change, shortness of breath, chest pain, irregular heart beat, swelling of limbs, stomach ulcers, jaundice, frequent/painful urination, night pain, anemia, blood transfusions and bleeding disorders.

**PHYSICAL EXAMINATION:** *Well-developed, well-nourished white male. He is 6' 3" and weighs 210 pounds. He has good neck motion. He flexes and abducts only approximately 30°. I can passively flex and abduct him approximately 90° before it really starts to bother him. He has ecchymosis over his anterior arm, good elbow motion. He is neurologically intact.*
**Continued on Page Two**



**PREMIER**
Orthopaedics & Sports Medicine, PLC

*N. Lawrence*

## Medical History

*This form will assist your physician with your care. Please take a few minutes to carefully complete it. Thank you.*

Patient's Full Name: *Richard H. Smith*

Age: *77*   Date of Birth: *Jan 4, 1925*   Today's Date: *10-16-02*

Referred by: *Friend Dr. Lawrence operated on shoulder = Henry Ward*

Family or Primary Care Physician (if different from referring physician): *James Cato*

What are you being seen for today? *Left Shoulder*

Have you seen another physician for this problem? ☐ Yes ☒ No   If yes, who and when?

Is this a work related injury? ☐ Yes ☒ No   If yes, date of injury?   Date injury reported to the employer?

How did your symptoms begin? *Cleaning gutters, raised left arm and shoulder popped*

When did your symptoms begin? *10/7/02*

Describe your symptoms: *Looks like bleeding in L shoulder, cannot raise L. arm*

What makes the pain worse? *Raise Arm*

What makes the pain better? *Not use arm, Advil*

## Drug Allergies

*Please list the name of any drugs you are allergic to and what they do to you when taken.*

| Drug | Your Reaction |
|------|---------------|
| *Cipro* | *Swelling* |
| | |
| | |
| | |

*This space for internal use only.*

Reviewed by: *10/16/2 JM*   Date:   Reviewed by:   Date:

Reviewed by:   Date:   Reviewed by:   Date:

Reviewed by:   Date:   Reviewed by:   Date:

| Patient's Name: | Date of Birth: | Today's Date: |
|---|---|---|

## Social History

Do you use tobacco products? ☐ Yes ☒ No    If yes, how many packs per day?        If yes, how many years of use?

Do you consume alcoholic beverages?  ☐ Yes ☒ No    If yes, what is the frequency?

What is your occupation? *Retired*

## Medical and Surgical History

*Have you had any of the following hospitalizations and/or surgeries? List others below.*

| Surgical | Yes | Medical | Yes |
|---|---|---|---|
| Appendectomy | ✔ | Asthma | |
| Cesarean Section | | Cancer | |
| Gallbladder | | Depression | |
| Heart (open or bypass) | | Diabetes | |
| Hysterectomy | | Heart Disease | |
| Joint Surgery (explain in space below) | ✔ | High Blood Pressure | |
| Spine Surgery (explain in space below) | | Lung Disorder | |
| Tonsillectomy | ✔ | Neurological Disorder | |

Other: *Appendix 1939 - Left Knee Replacement 1993 - Right Hip 1996*

Other: *Right Knee 1998 - Tonsils 1990*

Other:

Other:

## Medications

*Please list each medication you are currently taking, how much you take (strength), and how often you take it.*

| Name | Dosage | Frequency |
|---|---|---|
| *None* | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## Tests

*Have you had the following diagnostic tests performed during the last four (4) months? List any others in space provided.*

| Test | Date | Physician | Where | Result |
|---|---|---|---|---|
| Blood Work | | | | |
| Bone Scan | | | | |
| CT Scan | | | | |
| MRI Scan | | | | |
| Arteriogram | | | | |
| Other: | | | | |
| Other: | | | | |

**000006-120POS-00009**

| Patient's Name: | Date of Birth: | Today's Date: |
|---|---|---|

## Family History

*Are any of the following illnesses found in your blood relatives?*

| Illness | Yes | Family Member |
|---|---|---|
| Arthritis | ✓ | Mother + Brother |
| Bleeding Disorder | | |
| Cancer | | |
| Diabetes | | |
| Heart Disease | | |
| Osteoporosis | | |
| Scoliosis | | |
| Stroke | | |
| Other: | | |
| Other: | | |

## Review of Systems

*Have you recently had any of the following medical conditions? List any others in space provided below.*

| Problem | Yes | Date | If Yes, Please Explain: |
|---|---|---|---|
| Fever or Chills | | | |
| Night Sweats | | | |
| Mood Changes | | | |
| Weight Gain or Loss | | | |
| Headaches | | | |
| Vision Change | | | |
| Shortness of Breath | | | |
| Chest Pain | | | |
| Irregular Heartbeat | | | |
| Swelling of Limbs | | | |
| Stomach Ulcers | | | |
| Jaundice | | | |
| Frequent or Painful Urination | | | |
| Joint Pain | ✓ | | Knees hurt if overactive |
| Night Pain | | | |
| Anemia | | | |
| Blood Transfusions | | | |
| Bleeding Disorder | | | |
| Other: | | | |
| Other: | | | |

Additional Patient Comments: _____

_____

_____

Physician / Nurse Comments: _____

_____

000006-120POS-00010

## CERTIFICATION FOR MEDICAL RECORDS

CUSTODIAN OF RECORDS
**Mohs Micrographic Surgery An Dermatology**
**Attn: Ron**
**1301 22nd Avenue South**
**Nashville, Tennessee 37232**

Please find enclosed a request for records of:
**Smith, Richard H**
**DOB: 1/4/1925**
**SSN: 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**
**MRC Request No.: NRTN-P1-000-024-2MY**

Please find the following request for records:

**Any and all inpatient and outpatient medical records including, but not limited to, front and back (unless blank) of reports, E.R. records, notes, test results, diagnoses, prognoses, office records, clinic records, surgery records, therapy records, pharmacy records, correspondence, "sticky" notes, phone messages, insurance cards, intake forms, discharge summaries, medical history forms, patient background forms, e-mails, memos, and any of the records mentioned above that are in storage.**

### SECTION I: CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the authorized custodian of records or other qualified witness, and having the authority to certify the attached records proclaim the following:

The attached _12_ page(s) of records: Films: _____ Slides: _✓_ Blocks: _____ CDs: _____ Videos:_____ (1) were made at or near the time the act, event, condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in the course of regularly conducted activity; and (3) were created as part of the regular practice of the provider.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _Ronald Johnson_    Print Name _Ronald Johnson For Thomas Stasko, M.D._

Executed on (date) _9/25/07_

### SECTION II: CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.
**PLEASE CHECK ALL THAT ARE APPLICABLE TO YOUR SEARCH FOR RECORDS**

1. [ ] A thorough search of the patient's SS#, Date of Birth and all aka's was done and no such records were found, **and to the best of my knowledge these records do not exist in storage.**

2. [ ] These records have been destroyed. Our retention policy is _____ years.

3. [ ] These records are in the possession of _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _____ Print Name _____

Executed on (date)_____

### PLEASE RETURN THIS CERTIFICATION



September 25, 2007

Mohs Micrographic Surgery An Dermatology
1301 22nd Avenue South
Nashville, Tennessee 37232

RE:　PATIENT:　　Smith, Richard H
　　　DOB:　　　　1/4/1925
　　　SSN:　　　　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
　　　REQUEST No.:　NRTN-P1-000-024-2MY

Dear Custodian of Records:

We previously submitted a request for Medical records pertaining to the above referenced patient. We have received the requested records, however, the request certification is incomplete and MRC is unable to close this request due to the following:

Please fill out the attached certification with the missing or corrected information and mail the original certification to MRC at the address listed below.

If you have any questions or concerns regarding this matter, please do not hesitate to contact MRC.

Thank you in advance for your prompt attention to this matter.

Kindest regards,

MRC

6330 West Loop South, Suite 105 • Bellaire, TX 77401
713-528-6326 / 888-868-6769 (P) • 713-630-3020 (F)

# Custodian Checklist

**Please read the following instructions carefully before mailing the completed certification pages(s).**

**IF YOU HAVE RECORDS:**

PLEASE COMPLETE SECTION I OF THE CERTIFICATION.

- We need a page count, (please do not include our coversheets as a part of the page count).
- Sign your name, print your name, and place a date in the appropriate spaces.
- You MUST initial by any changes you make to this document.
- Please return the certification page with enclosed documents.

**IF YOU DO NOT HAVE RECORDS:**

PLEASE COMPLETE SECTION II OF THE CERTIFICATION.

- Did you check by the plaintiff's social security number, date of birth, and any AKA's? Did you check in storage and you were still unable to find the records? Check box 1.
- Did your facility destroy the records because they were past your retention policy? Check box 2, and indicate what your retention policy is.
- If the records are known to be in the possession of another facility or person, please check box 3 and indicate where they are.
- Sign and print your name.
- Place a date in the appropriate space.

**Thank you for your cooperation,**
**MRC**

**To expedite payment, please provide an accurate page count with itemized charges on the invoice. MRC will expect all charges to be reasonable and in compliance with state statutes.**

**022022685  SMITH, RICHARD H  (01/04/1925 - 82YO M)**

---

**IMG Operative Reports  2003/09/24  14:32** By: **Stasko, Thomas** (Last modified by Greer, Linda
(Malinda))  Indexed by: greecny
P.1  P.2  **All pages**  Full size

| 08/29/2007 11:44 | 6153211287 | PATTERSON MOHS | PAGE 01/02 |
|---|---|---|---|
| 08/29/2007 10:37 | 6153223636 | | PAGE 02/03 |

MOHS MICROGRAPHIC SURGERY LABORATORY      VANDERBILT UNIVERSITY MEDICAL GROUP
1900 PATTERSON ST SUITE 100               1207 17TH AVE. SUITE 306
NASHVILLE, TN 37212     615-329-0601      NASHVILLE, TN 37212
CLIA ID # 44D0981037                      SURGICAL OPERATIVE REPORT

**Smith, Richard H**                      Date of operation: 9/24/2003
**022022685**
**Mohs #:  P04-0067**

**Pre-operative diagnosis:** Basal Cell Carcinoma of the right tip of the nose
**Post-operative diagnosis:** Same

**OPERATION:**
   **EXCISION WITH MICROGRAPHIC CONTROL(MOHS)**
   **RECONSTRUCTION:   COMPLEX LINEAR CLOSURE**

**Indications for operation:** This is a poorly-defined Basal Cell Carcinoma of the right tip of the nose, in
a cosmetically and functionally sensitive area; therefore, micrographically controlled surgery with
reconstruction of the resulting defect is indicated. Previous biopsy of the site read at University
Dermatopathology confirmed the diagnosis of Basal Cell Carcinoma.
**Reference Medicare Part B - Tennessee Local Medical Review policy:**
97-12-4.A

**Pre-op lesion size:** 0.4 X 0.4 cm
**Post-op defect size:** 1.2 X 1.2 cm

**Surgeon:** Thomas Stasko, M.D.
**1st Assistant:** Hunter Sams, M.D.
**2nd Assistant:** Diane Depew, RN
**Mohs Technician:** Michelle French

**Anesthesia:**      4 ml of 1% Lidocaine with epinephrine 1:300,000

**Blood Pressure:** 134/80      **Pulse:** 68
**Medical History Update:** There has been no significant interval history.
**Current Medications:** Flexoril
**ALLERGIES:**

The patient was informed of the nature of the micrographically controlled technique and the indications in
this case. The patient is aware that a significant wound may result which may require a complex repair and
result in a significant scar. The operative site was outlined by the surgeon with the cooperation of the
patient. Informed consent was obtained and the patient was brought to the operating room, prepped and
draped in the usual manner. Clinically obvious tumor was marked with methylene blue with 3-4mm margins
of clinically normal tissue marked beyond that point. The entire area was infiltrated with 1% Lidocaine with
epinephrine 1:300,000.

**S1-L1:**  A debulking layer of clinically obvious tumor was taken by sharp curettage. Debulking was taken
to the level of the deep dermis.

**S1-L2:**  A Mohs layer of tissue was taken by sharp dissection encompassing the entire periphery and
base of the debulking wound. Dissection was taken to the level of the junction of the deep dermis and
the superficial subcutaneous fat. Hemostasis was achieved with electrocoagulation. This tissue was
mapped, treated as one section, chromacoded and processed for horizontal frozen section.

Microscopic review of the horizontal frozen sections showed residual basal cell carcinoma to be present at
the deep margins of resection.

---

**022022685 SMITH, RICHARD H** (01/04/1925 - 82YO M)

| 08/29/2007  11:44 | 6153211207 | PATTERSON MOHS | PAGE  02/02 |
|---|---|---|---|
| 08/29/2007  10:37 | 6153223636 | | PAGE  03/03 |

PU4-0087

**S2-L1:** An additional Mohs layer of tissue was taken by sharp dissection encompassing the area of previous involvement. Dissection was taken to the level of the muscularis. Hemostasis was achieved with electrocoagulation. The tissue was mapped, treated as one section, chromacoded and processed for horizontal frozen sections.

Microscopic review of the horizontal frozen sections showed basal cell carcinoma to be present at the peripheral margins of resection.

**S3-L1:** An additional Mohs layer of tissue was taken by sharp dissection encompassing the area of previous involvement. Dissection was taken to the level of the muscularis. Hemostasis was achieved with electrocoagulation. The tissue was mapped, treated as one section, chromacoded and processed for horizontal frozen sections.

Microscopic review of the horizontal frozen sections showed no residual tumor.

**Repair:** COMPLEX LINEAR CLOSURE

Local anesthesia was reinforced by the additional infiltration of 1% Lidocaine with epinephrine 1:100,000. Wound edges were widely undermined at the level of the muscularis. Hemostasis was achieved with electrocoagulation. Subcutaneous and deep dermal tissue was approximated across the central portion of the defect in an oblique fashion utilizing interrupted buried sutures of 4-0 Vicryl. Triangles of redundant tissue were removed from the anterior and posterior poles of the defect by scalpel and sharp scissors dissection. Subcutaneous and deep dermal tissue was approximated in these areas utilizing interrupted buried sutures of 4-0 Vicryl. Skin edges were approximated utilizing simple sutures of 5-0 Prolene. The final sutured wound measured 2.5 cm.

All areas were dressed with Polysporin ointment and a pressure dressing was placed. The patient was given verbal and written wound care instructions. It should be noted that the patient took Keflex 500mg/hr prior to the procedure and 500 mg q 4 hours x 2 because of a history of a joint replacement. The patient left the room in good condition and will arrange for follow-up here in 1 week.

Thomas Stasko, M.D.

cc:    Dr. William Harwell

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 106 of 120 PageID #: 515

## 022022685  SMITH, RICHARD H  (01/04/1925 - then 78YO M)

### Note  2003/09/24 By: Stasko, Thomas   NOT SIGNED ELECTRONICALLY

VMG Patterson Street Dermatology
    September 24, 2003

SMITH, Richard
    #0220 22 68-5

**SUBJECTIVE:** Mr. Smith is a pleasant 78-year-old white male who is seen in
consultation from Dr. William Harwell for a history of a spot on the right
side of the nose for several months.  The patient reports no prior history
of skin cancer.  Previous biopsy, ready by University Dermatopathology,
yielded a diagnosis of basal cell carcinoma.  The patient is now seen in
consultation for evaluation for further treatment.

**CURRENT MEDICATIONS:**  Flexeril, one daily; multivitamin; vitamins C and E,
and magnesium.  ALLERGIES:  No known drug allergies.

**REVIEW OF SYSTEMS:**  The patient reports a history of bilateral knee
replacements in 1993 and 1998, right hip prosthetic in 1996, and back
surgery in 2003.  The patient reports a past medical history including
arthritis.  Family history is negative for skin cancer.  The patient is
married.  The patient does not smoke cigarettes.  The patient denies a
history of a bleeding disorder.  The patient denies a history consistent
with HIV exposure.  The patient denies any history of other significant
cardiac, pulmonary, neurologic, genitourinary, or gastrointestinal
problems.

**OBJECTIVE:**  A well-developed, well-nourished, white male in no acute
distress, alert, and oriented x3.  Blood pressure 134/80, pulse 88.

On the right nose is a 4 mm erythematous papule at the site of previous
biopsy.  The lesion is faintly palpable.  There are no other concerning
lesions noted on the patient's face, scalp, neck, upper chest, or bilateral
upper extremities.  There is no palpable lymphadenopathy in the cervical or
auricular chains.

**ASSESSMENT:**  Basal cell carcinoma, right nose.

Continued . . .

**PAGE TWO**

VMG Patterson Street Dermatology
    September 24, 2003

SMITH, Richard
    #0220 22 68-5

**PLAN:**  Because of the nature of this tumor, Mohs micrographic surgery is
indicated.  Mohs micrographic surgery, its risks, possible benefits, and
alternative therapies were discussed.  The patient understands it is
impossible to predict the ultimate size of the surgical defect prior to the
actual procedure, and that a cosmetically and/or functionally significant
defect may result that requires a complex repair.  The patient received a
Mohs brochure.  Mohs micrographic surgery will be performed today.  Due to
the patient's artificial joints, he will take Keflex one hour prior to the
operation, and the evening after surgery, as well.

Hunter H. Sams, M.D.

HHS:lgl

---

**Vanderbilt University Medical Center**          Release of Information (615) 322-2062

Case 3:05-cv-00444  Document 66-3  Filed 02/19/10  Page 107 of 120 PageID #: 516

## 022022685  SMITH, RICHARD H  (01/04/1925 - then 78YO M)

I reviewed the history with Dr. Sams and with the patient.

I examined the patient, and the findings are as detailed in Dr. Sams's note.

The patient does have a basal cell carcinoma of the right nose.

Mohs micrographic surgery was performed, and I was present for the procedure.

Thomas Stasko, M.D.

TS:lgl

cc:  William B. Harwell, Jr., M.D.

Vanderbilt University Medical Center          Release of Information (615) 322-2062

**022022685  SMITH, RICHARD H**  (01/04/1925 - then 78YO M)

**Note  2003/09/24 By: Stasko, Thomas   NOT SIGNED ELECTRONICALLY**

VMG Patterson Street Dermatology
    September 24, 2003

SMITH, Richard
    #0220 22 68-5

**SUBJECTIVE:** Mr. Smith is a pleasant 78-year-old white male who is seen in
consultation from Dr. William Harwell for a history of a spot on the right
side of the nose for several months.  The patient reports no prior history
of skin cancer.  Previous biopsy, ready by University Dermatopathology,
yielded a diagnosis of basal cell carcinoma.  The patient is now seen in
consultation for evaluation for further treatment.

**CURRENT MEDICATIONS:** Flexeril, one daily; multivitamin; vitamins C and E,
and magnesium.  ALLERGIES:  No known drug allergies.

**REVIEW OF SYSTEMS:** The patient reports a history of bilateral knee
replacements in 1993 and 1998, right hip prosthetic in 1996, and back
surgery in 2003.  The patient reports a past medical history including
arthritis.  Family history is negative for skin cancer.  The patient is
married.  The patient does not smoke cigarettes.  The patient denies a
history of a bleeding disorder.  The patient denies a history consistent
with HIV exposure.  The patient denies any history of other significant
cardiac, pulmonary, neurologic, genitourinary, or gastrointestinal
problems.

**OBJECTIVE:** A well-developed, well-nourished, white male in no acute
distress, alert, and oriented x3.  Blood pressure 134/80, pulse 88.

On the right nose is a 4 mm erythematous papule at the site of previous
biopsy.  The lesion is faintly palpable.  There are no other concerning
lesions noted on the patient's face, scalp, neck, upper chest, or bilateral
upper extremities.  There is no palpable lymphadenopathy in the cervical or
auricular chains.

**ASSESSMENT:** Basal cell carcinoma, right nose.

Continued . . .

**PAGE TWO**

VMG Patterson Street Dermatology
    September 24, 2003

SMITH, Richard
    #0220 22 68-5

**PLAN:** Because of the nature of this tumor, Mohs micrographic surgery is
indicated.  Mohs micrographic surgery, its risks, possible benefits, and
alternative therapies were discussed.  The patient understands it is
impossible to predict the ultimate size of the surgical defect prior to the
actual procedure, and that a cosmetically and/or functionally significant
defect may result that requires a complex repair.  The patient received a
Mohs brochure.  Mohs micrographic surgery will be performed today.  Due to
the patient's artificial joints, he will take Keflex one hour prior to the
operation, and the evening after surgery, as well.

Hunter H. Sams, M.D.

HHS:lgl

---

Vanderbilt University Medical Center                    Release of Information (615) 322-2062

Case 3:05-cv-00444  Document 66-3  Filed 02/19/10  Page 109 of 120 PageID #: 518

## 022022685  SMITH, RICHARD H  (01/04/1925 - then 78YO M)

I reviewed the history with Dr. Sams and with the patient.

I examined the patient, and the findings are as detailed in Dr. Sams's note.

The patient does have a basal cell carcinoma of the right nose.

Mohs micrographic surgery was performed, and I was present for the procedure.

Thomas Stasko, M.D.

TS:lgl

cc:  William B. Harwell, Jr., M.D.

Vanderbilt University Medical Center                    Release of Information (615) 322-2062

**022022685  SMITH, RICHARD H  (01/04/1925 - then 78YO M)**
**Note  2003/10/27** By: **McDonald, Michel   NOT SIGNED ELECTRONICALLY**

VMG Patterson Street Dermatology
      October 27, 2003

SMITH, Richard
      #0220 22 68-5

**SUBJECTIVE:**  Mr. Smith is a 78-year-old white male who is status post Mohs micrographic surgery of a basal cell carcinoma of the right nasal tip on September 24, 2003.  Beginning two days ago, he noted a pimplelike growth forming centrally, and subsequently he was able to extrude white liquid and what appeared to be a white string.

**OBJECTIVE:**  Examination reveals a well-healed scar of the right nasal tip, with a 0.1 x 0.1 cm area centrally which is slightly eroded and healing. There is no surrounding erythema, drainage, or warmth.

**ASSESSMENT:**  Extruded Vicryl suture from Mohs micrographic surgery site which is now healing well, without evidence of secondary impetiginization.

**PLAN:**
1. The patient was given Bactroban to apply to the site twice a
   day for the next week.
2. He will follow up in approximately two months with
   Dr. Thomas Stasko.  The patient will return sooner should
   he note any problems prior to that time.

Michel McDonald, M.D.

**MM:** lgl

Vanderbilt University Medical Center                Release of Information (615) 322-2062

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 111 of 120 PageID #: 520

## **022022685   SMITH, RICHARD H   (01/04/1925 - then 78YO M)**

**Note   2003/11/05   18:13  By: Stasko, Thomas  Signed by: stasjkq**

VMG Patterson Street Dermatology
    November 5, 2003

SMITH, Richard
    #0220 22 68-5

**SUBJECTIVE:**  Mr. Smith is a pleasant 78-year-old white male who is status
*post Mohs micrographic surgery for a basal cell carcinoma of the right nose*
tip September 24, 2003.  He now presents for a several-week history of
"festering and pus" coming out of the nasal incision site.  He is concerned
because the skin cancer began in a similar fashion.  He has previously been
evaluated by Dr. Michel McDonald, who believed he had a retained suture and
prescribed Bactroban ointment, which the patient has been applying daily.

**OBJECTIVE:**  On the right dorsal nose, extending obliquely toward the nasal
tip, is a well-healed surgical incision scar.  On the anterior one-third,
there is an erythematous papule.  With pressure, pus is extruded.  There is
no visible suture, and the area is soft.  There is no clinical evidence of
recurrence of the tumor.  There are no other concerning lesions noted on
the patient's face, scalp, neck, upper chest, or bilateral upper
extremities.

**ASSESSMENT:**
1. Status post Mohs micrographic surgery.
2. Retained suture with inflammation.

**PLAN:**
1. The patient was reassured that this represents a retained
   suture and not return of the cancer.
2. He will apply Cleocin T solution to the nose.
3. Follow up in one week for a recheck.

Hunter H. Sams, M.D.

HHS:lgl

Continued . . .

**PAGE TWO**

VMG Patterson Street Dermatology
    November 5, 2003

SMITH, Richard
    #0220 22 68-5

I reviewed the history with Dr. Sams and with the patient.

I examined the patient, and the findings are as detailed in Dr. Sams's
note.

The patient is doing well status post Mohs micrographic surgery.  The
patient does have a retained suture at the surgical site.

The plan is as detailed in Dr. Sams's note.

Thomas Stasko, M.D.

TS:lgl

**Vanderbilt University Medical Center**              **Release of Information (615) 322-2062**

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 112 of 120 PageID #: 521

## 022022685  SMITH, RICHARD H  (01/04/1925 - then 78YO M)

### Note  2003/11/12 18:08 By: **Stasko, Thomas**  Signed by: stasjkq

VMG Patterson Street Dermatology
     November 12, 2003

SMITH, Richard
     #0220 22 68-5

**SUBJECTIVE:**  Mr. Smith is a pleasant 78-year-old white male who is status
post Mohs surgery for a basal cell carcinoma of the right nasal tip
September 24, 2003.  He continues to have a papule on the anterior portion
of the suture line, which is of concern to him.  He has had no pus from
this site since his last visit.  He has avoided manipulation of the site
and has been applying Cleocin lotion.

**OBJECTIVE:**  Within a well-healed surgical incision line of the right nose,
toward the tip, is a 4 mm erythematous papule.  There is no visible pus.
There are no other concerning lesions noted on the patient's face, scalp,
neck, upper chest, or bilateral upper extremities.

**ASSESSMENT:**
1. Status post Mohs.
2. Suture granuloma.

**PLAN:**
1. Shave biopsy was performed of the papule on the right nasal
   tip.
   **PROCEDURE:**  After informed consent was obtained, the patient
   was brought to the procedure room and was prepped and draped
   in the usual manner.  Local anesthesia was assured by the
   infiltration of 1% lidocaine with epinephrine 1:300,000.
   A shave biopsy was performed, and sent to Pathology for
   permanent sections.  A stitch was visible beneath the
   papule and was removed with forceps.  This was then treated
   with light electrodesiccation.  The wound was dressed with
   Polysporin, and a bandage was placed.  The patient was given
   verbal and written wound care instructions.

Continued . . .

**PAGE TWO**

VMG Patterson Street Dermatology
     November 12, 2003

SMITH, Richard
     #0220 22 68-5

2. The patient will follow up in approximately three weeks for
   recheck.

Hunter H. Sams, M.D.

HHS:lgl

I reviewed the history with Dr. Sams and with the patient.

I examined the patient, and the findings are as detailed in Dr. Sams's
note.

The patient is doing well status post Mohs micrographic surgery.  The
patient does have a suture granuloma within the suture line.

**Vanderbilt University Medical Center**          Release of Information (615) 322-2062

## 022022685  SMITH, RICHARD H  (01/04/1925 - then 78YO M)

Shave biopsy was performed of the papule on the right nasal
tip, and I was present for the procedure.

Thomas Stasko, M.D.

TS:lgl

**Vanderbilt University Medical Center**          Release of Information (615) 322-2062

## 022022685  SMITH, RICHARD H  (01/04/1925 - then 78YO M)

**Note  2003/11/19 16:41** By: **Stasko, Thomas**  Signed by: stasjkq

VMG Patterson Street Dermatology
      November 19, 2003

SMITH, Richard
      #0220 22 68-5

**SUBJECTIVE:**  Mr. Smith is a pleasant 78-year-old white male who is status
post Mohs micrographic surgery for a basal cell carcinoma on the right
nasal tip September 24, 2003.  Subsequently, he developed an area of
inflammation and pus towards the anterior portion of the scar line.  This
was initially treated with Cleocin T lotion, and one week ago we unroofed
what had developed into a papule, and removed a retained suture.  Pathology
on the unroofed portion revealed a diagnosis of inflammation and scar
reaction only.  The patient now presents for a recheck and is doing much
better, with no "festering" of the area.

**OBJECTIVE:**  On the right nasal tip is a crusted 3 mm papule at the site of
prior unroofing of the papule via shave biopsy.  There is no pus or
exudate.  The surgical incision site at the right nose, extending toward
the tip, is well healed with no clinical sign of recurrence.  There are no
other concerning lesions noted on the patient's face, scalp, neck, upper
chest, or bilateral upper extremities.

**ASSESSMENT:**  Status post Mohs micrographic surgery with retained suture.

**PLAN:**
1. A bit of the crust was manually débrided.
2. The patient is to keep the area moistened with Vaseline
   several times daily.
3. He will make an appointment for followup in three weeks but
   has been advised that he may cancel this appointment if the
   crusted area heals over completely.
4. He will follow up with Dr. William Harwell for subsequent
   skin checks three to six months from the date of the surgery.

Hunter H. Sams, M.D.

HHS:lgl

Continued . . .
**PAGE TWO**

VMG Patterson Street Dermatology
      November 19, 2003

SMITH, Richard
      #0220 22 68-5

I reviewed the history with Dr. Sams and with the patient.

I examined the patient, and the findings are as detailed in Dr. Sams's
note.

The patient is status post Mohs micrographic surgery with retained suture.

The plan is as detailed in Dr. Sams's note.

Thomas Stasko, M.D.

TS:lgl

Vanderbilt University Medical Center          Release of Information (615) 322-2062

Case 3:05-cv-00444   Document 66-3   Filed 02/19/10   Page 115 of 120 PageID #: 524

**022022685   SMITH, RICHARD H**   (01/04/1925 - then 78YO M)

cc:   William B. Harwell, Jr., M.D.

**Vanderbilt University Medical Center**                    **Release of Information (615) 322-2062**

# CERTIFICATION FOR BILLING RECORDS

CUSTODIAN OF RECORDS
Schull, David M., M.D.
Attn: Barbara
4230 Harding Road Suite 521
Nashville, Tennessee 37205

Please find enclosed a request for records of:
Smith, Richard H
DOB: 1/4/1925
SSN: 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
MRC Request No.: NRTN-P1-000-024-2MH

Please find the following request for records:
Any and all inpatient and outpatient billing records including, but not limited to, any and all statements, itemized bills, insurance records, and any of the records mentioned above in storage.

---

## SECTION I: CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the authorized custodian of records or other qualified witness, and having the authority to certify the attached records proclaim the following:

The attached _____ page(s) of records: Films: _____ Slides: _____ Blocks: _____ CDs: _____ Videos: _____ (1) were made at or near the time the act, event, condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in the course of regularly conducted activity; (3) were created as part of the regular practice of the provider; and (4) are the complete and unabridged copies of records maintained by this facility with regards to the above-named plaintiff.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _____ Print Name _____

Executed on (date) _____

---

## SECTION II: CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

### PLEASE CHECK ALL THAT ARE APPLICABLE TO YOUR SEARCH FOR RECORDS

1. [X] A thorough search of the patient's SS#, Date of Birth and all aka's was done and no such records were found, and to the best of my knowledge these records do not exist in storage.

2. [ ] These records have been destroyed. Our retention policy is _____ years.

3. [ ] These records are in the possession of _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _Barbara J Hayes_ Print Name _Barbara J. Hayes_

Executed on (date) _8/21/07_

### PLEASE RETURN THIS CERTIFICATION

# CERTIFICATION FOR MEDICAL RECORDS

CUSTODIAN OF RECORDS
Schull, David M., M.D.
Attn: Barbara
4230 Harding Road Suite 521
Nashville, Tennessee 37205

*Please find enclosed a request for records of:*
Smith, Richard H
DOB: 1/4/1925
SSN: 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
MRC Request No.: NRTN-P1-000-024-3ZT

Please find the following request for records:
**Any and all inpatient and outpatient medical records including, but not limited to, front and back (unless blank) of reports, E.R. records, notes, test results, diagnoses, prognoses, office records, clinic records, surgery records, therapy records, pharmacy records, correspondence,"sticky" notes, phone messages, insurance cards, intake forms, discharge summaries, medical history forms, patient background forms, e-mails, memos, and any of the records mentioned above that are in storage.**

---

## SECTION I: CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the authorized custodian of records or other qualified witness, and having the authority to certify the attached records proclaim the following:

The attached _____ page(s) of records: Films: _____ Slides: _____ Blocks: _____CDs: _____ Videos:_____ (1) were made at or near the time the act, event, condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in the course of regularly conducted activity; (3) were created as part of the regular practice of the provider; and (4) are the complete and unabridged copies of records maintained by this facility with regards to the above-named plaintiff.

*I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT*

Signature _____ Print Name _____

Executed on (date)_____

---

## SECTION II: CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

### PLEASE CHECK ALL THAT ARE APPLICABLE TO YOUR SEARCH FOR RECORDS

1. [X] A thorough search of the patient's SS#, Date of Birth and all aka's was done and no such records were found, and to the best of my knowledge these records do not exist in storage.

2. [ ] These records have been destroyed. Our retention policy is _____ years.

3. [ ] These records are in the possession of _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature *Barbara J. Hayes* Print Name *Barbara J. Hayes*

Executed on (date) *8/24/07*

### PLEASE RETURN THIS CERTIFICATION

**000006-103DMS-00003**

# CERTIFICATION FOR MEDICAL RECORDS

CUSTODIAN OF RECORDS
Schull, David M., M.D.
Attn: Barbara
4230 Harding Road Suite 521
Nashville, Tennessee 37205

Please find enclosed a request for records of:
Smith, Richard H
DOB: 1/4/1925
SSN: 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
MRC Request No.: NRTN-P1-000-024-3ZT

Please find the following request for records:

Any and all inpatient and outpatient medical records including, but not limited to, front and back (unless blank) of reports, E.R. records, notes, test results, diagnoses, prognoses, office records, clinic records, surgery records, therapy records, pharmacy records, correspondence,"sticky" notes, phone messages, insurance cards, intake forms, discharge summaries, medical history forms, patient background forms, e-mails, memos, and any of the records mentioned above that are in storage.

---

## SECTION I: CERTIFICATION OF CUSTODIAN OF RECORDS

I, the undersigned, being the authorized custodian of records or other qualified witness, and having the authority to certify the attached records proclaim the following:

The attached _____ page(s) of records: Films: _____ Slides: _____ Blocks: _____ CDs: _____ Videos: _____ (1) were made at or near the time the act, event, condition, opinion or diagnosis by a person with knowledge of the matters reflected in the records; (2) were kept in the course of regularly conducted activity; (3) were created as part of the regular practice of the provider; and (4) are the complete and unabridged copies of records maintained by this facility with regards to the above-named plaintiff.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _____ Print Name _____

Executed on (date)_____

---

## SECTION II: CERTIFICATION OF NO RECORDS

A thorough search of our files, carried out under my direction revealed no documents, records or other materials called for in the subpoena or authorization.

### PLEASE CHECK ALL THAT ARE APPLICABLE TO YOUR SEARCH FOR RECORDS

1. [X] A thorough search of the patient's SS#, Date of Birth and all aka's was done and no such records were found, and to the best of my knowledge these records do not exist in storage.

2. [ ] These records have been destroyed. Our retention policy is _____ years.

3. [ ] These records are in the possession of _____.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

Signature _Barbara J. Hayes_ Print Name _Barbara J. Hayes_

Executed on (date) _8/24/07_

### PLEASE RETURN THIS CERTIFICATION

000006-103DMS-00003