# EXHIBIT F

# CLARK, THOMAS & WINTERS
A PROFESSIONAL CORPORATION

TELEPHONE (512) 472-8800

POST OFFICE BOX 1148
AUSTIN, TEXAS 78767

300 WEST 6TH STREET, 15TH FLOOR
AUSTIN, TEXAS 78701

FAX (512) 474-1129

December 12, 2007

**VIA CERTIFIED MAIL**
Jack London
3701 Bee Caves Road
Suite 200
Austin, TX 78746

Andrew G. Finkelstein
Eleanor L. Palimeni
Kenneth B. Fromson
Finkelstein & Partners LLP
436 Robinson
Newburgh, NY 12550

Thomas M. Sobel
Edward Notargiarcomo
Hagens Berman Sobel Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

> RE: MDL No. 1629; *In Re: Neurontin Marketing, Sales Practices and Products Liability Litigation*; In the U.S. District Court for the District of Massachusetts.
>
> This document relates to:
> RUTH SMITH, Individually and as Widow for the use and benefit of herself and the next of kin of Richard Smith, Deceased.

Dear Counsel:

Enclosed is Defendants' Supplemental Disclosure Statement.

Sincerely,

CLARK, THOMAS & WINTERS
A Professional Corporation

Kenneth J. Ferguson
Attorney for Pfizer Inc

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
----------------------------------------------------------------  :
In re:   NEURONTIN MARKETING, SALES PRACTICES,                    :  MDL Docket No. 1629
         AND PRODUCTS LIABILITY LITIGATION                        :
----------------------------------------------------------------  :  Master File No. 04-10981
                                                                  :
THIS DOCUMENT RELATES TO:                                         :  Judge Patti B. Saris
                                                                  :
----------------------------------------------------------------  :
SMITH v. PFIZER, INC., et al.                                     :  Magistrate Judge Leo T.
05-CV-11515-PBS                                                   :  Sorokin
                                                                  :
----------------------------------------------------------------  :
```

## DEFENDANTS' SUPPLEMENTAL DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, that pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, and Warner Lambert Company LLC ("Defendants") make and supplement their disclosures as follows.

These responses are made subject to all objections as to competence, materiality, relevance, or other objections as to admissibility that may apply in the event that any such response, or the information contained in it, is sought to be used in court. Defendants expressly reserve all such objections.

A. **Rule 26(a)(1)(A): The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Discovery and investigation in these actions are on-going. Based on the information reasonably available, Defendants are unable at the present time to identify each and every individual who would have discoverable information that the Defendants may use to support their claims or defenses in the case, and the subjects of such information. Defendants reserve the right to

supplement these disclosures as they become aware of additional individuals who have such information.

Subject to the foregoing and without waiver of any of Defendants' rights, the following individuals may have information that Defendants may use to support their claims and defenses in this action:

    A1.    Plaintiff:

          **Ruth Smith**, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased.

    A2.    Members of Plaintiff's and decedent's family:

          **Wes Carnahan**
          **Drew Charlton**
          **Buford Hoskins**
          **Sherri Hoskins**
          **Gayle Lawson**
          **Gene Lawson**
          **Cindy Smith-Charlton**

    A3.    Health care providers and treating physicians and psychiatrists, including those who prescribed Neurontin to Plaintiff's decedent:

          **James Robert Cato, M.D.**
          Heritage Medical Associates
          2325 Crestmoor Road
          Nashville, TN 37215
          615.324.2158

          **Carl R. Hampf, M.D.**
          Neurological Surgeons, P.C.
          2410 Patterson Street, Suite 500
          Nashville, TN 37203
          <u>AND</u>
          2011 Murphy Avenue, Suite 401
          Baptist Tower North
          Nashville, TN 37203
          615.327.9545

**Pam Krancer, R.N., C.S., C.N.R.N.**
Neurological Associates
Centennial Professional Plaza
345 23rd Avenue North, Suite 320
Nashville, TN 37203

**Edward S. Mackey, M.D.**
Tennessee Orthopaedic Alliance
Suite 1000, St. Thomas Medical Plaza East
4230 Harding Road
Nashville, TN 37205

**Paul R. McCombs, III, M.D.**
Howell Allen Clinic
2011 Murphy Avenue, Suite 401
Baptist Tower North
Nashville, TN 37203
615.327.9545

**Stewart Stowers, M.D.**
Tennessee Orthopaedic Alliance
301 21st Avenue North
Nashville, TN 37203
615.329.6600

**Christopher L. Wood, D.D.S.**
1502 17th Avenue South
Nashville, TN 37212
615.463.7884

A4. Hospital, police, medical examiner, and emergency personnel who investigated the incident:

**Dr. Feng Li**
**Assistant Medical Examiner**
FORENSIC MEDICAL
850 R S Gass Blvd.
Nashville, TN 37216
615.743.1800
615.743.1890 - Fax

**Gary Biggs**
**Investigator**
FORENSIC MEDICAL
850 R S Gass Blvd.
Nashville, TN 37216

3

615.743.1800
615.743.1890 - Fax

**Det. Danny Satterfield**
NASHVILLE POLICE DEPARTMENT - NORTH PRECINCT
2231 26th Avenue North
Nashville, TN 37208
615.862.4410

**David Nelson Crowder**
**Retired**
3008 Palomino Pl
Hermitage, TN 37076-3900
615.872.7070

A5. Pfizer employees and representatives who had any communications relating to Neurontin with, or were otherwise in contact relating to Neurontin with, the physician(s) who prescribed Neurontin to Plaintiff's decedent;

**Ashley Pippin Moreland**
Jacksonville, Florida

A6. Defendants' employees and representatives with knowledge of the safety of Neurontin including those listed in Defendants' previous disclosures.

A7. Any witnesses necessary to authenticate documents:

Custodian of Records for
James Robert Cato, M.D.
Heritage Medical Associates
2325 Crestmoor Road
Nashville, TN 37215
615.324.2158

Custodian of Records for
Carl R. Hampf, M.D.
Neurological Surgeons, P.C.
2410 Patterson Street, Suite 500
Nashville, TN 37203
AND
2011 Murphy Avenue, Suite 401
Baptist Tower North
Nashville, TN 37203
615.327.9545

4

Custodian of Records for
Pam Krancer, R.N., C.S., C.N.R.N.
Neurological Associates
Centennial Professional Plaza
345 23rd Avenue North, Suite 320
Nashville, TN 37203

Custodian of Records for
Edward S. Mackey, M.D.
Tennessee Orthopaedic Alliance
Suite 1000, St. Thomas Medical Plaza East
4230 Harding Road
Nashville, TN 37205

Custodian of Records for
Paul R. McCombs, III, M.D.
Howell Allen Clinic
2011 Murphy Avenue, Suite 401
Baptist Tower North
Nashville, TN 37203
615.327.9545

Custodian of Records for
Stewart Stowers, M.D.
Tennessee Orthopaedic Alliance
301 21st Avenue North
Nashville, TN 37203
615.329.6600

Custodian of Records for
Christopher L. Wood, D.D.S.
1502 17th Avenue South
Nashville, TN 37212
615.463.7884

Custodian of Records for
Emergency Communication Center
2060 15th Avenue South
Nashville, TN 37212

Custodian of Records for
Forensic Medical
850 R S Gass Blvd.
Nashville, TN 37216
615.743.1800
615.743.1890 - Fax

5

Custodian of Records for
Nashville Police Department
2231 26th Avenue North
Nashville, TN 37208
615.862.4410

A8.    Any witnesses identified or disclosed by Plaintiffs.

To the extent any additional discovery and investigation provide additional facts and legal contentions that may substantially alter these disclosures, Defendants reserve the right to amend or supplement without prejudice any and all disclosures herein consistent with those developments, including product identification, identifying other relevant witnesses and additional areas of information which support Defendants' defenses in this case and identifying additional individuals with discoverable information that may be used to support their claims or defenses in this case.

**B. Rule 26(a)(1)(B): A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Because discovery and investigation in these actions are ongoing, and because in many instances, Defendants are unable at the present time, based on information reasonably available, to identify all documents, compilations, and tangible things, if any, that Defendants may use to support claims or defenses in these cases and the subject of such information.

Subject to the foregoing and without waiving any of Defendants' rights, Defendants submit the following list:

B1.    Medical records in the possession or control of Plaintiff, Plaintiff's attorneys or health care provider (see below).

B2.    The applicable package insert for the drug manufactured by Defendants at issue in this case.

6

B3.  Relevant documents contained in regulatory files, including the New Drug Application and Investigational New Drug Application, including documents listed in Defendants' previous disclosures.

B4.  Relevant documents contained in safety surveillance and analysis files, including documents listed in Defendants' previous disclosures.

In addition to the above listed categories, the following documents may be used to support Defendants' claims or defenses:

1.  Action Quick Corporation
    Medical and Billing Records

2.  Associated Urologists of Nashville
    Certifications of No Medical and Billing Records

3.  Baptist Hospital Medical Records
    Pathology Slides/Blocks

4.  Berklacich, Frank M. MD
    Medical and Billing Records

5.  Blue Cross and Blue Shield of Tennessee
    Insurance Records

6.  Cardiology Group of Middle Tennessee
    Medical Records

7.  Centennial Medical Center
    Medical and Billing Records

8.  Centers for Medicare and Medicaid Services
    Claims Records

9.  Church of Christ At Trinity Lane
    Certification of No Records

10. Colon & Rectal Surgery Associates
    Medical Records and Certification of No Billing Records

11. Crawford, Myles A. DC / Powers Chiropractic Clinic
    Medical Records

12. CVS Privacy Office
    Certification of No Records

7

13. Death Certificate

14. Dyer, David N. MD
    Certifications of No Medical and Billing Records

15. Eckerd Drugs
    Pharmacy Records

16. Elite Sports Med & Orthopedic Center
    Certifications of No Medical and Billing Records

17. Forensic Medical
    Medical Examiner Records and Photos

18. Gilroy Church of Christ
    Certification of No Records

19. Hampf, Carl MD
    Medical and Billing Records

20. Harwell, William B., Jr. MD
    Medical and Billing Records

21. Health Insurance Information
    Insurance Cards

22. Heart & Vascular Clinic
    Medical and Billing Records

23. Heritage Medical Associates
    Medical and Billing Records

24. Jackson Park Church of Christ
    Certification of No Records

25. Loden Vision Center
    Medical and Billing Records

26. Metropolitan Nashville Police Department
    Incident Report and Supplements

27. Midstate Cardiology
    Certification of No Records

28. Mohs Micrographic Surgery An Dermatology
    Medical Records

8

29. Nashville Internal Medicine Associates
    Certifications of No Medical, Billing or Insurance Records

30. Nashville Office Machines
    Employment Records

31. Nashville Orthopaedic Associates
    Medical Records

32. National Health Laboratories
    Lab Reports

33. Neurological Surgeons
    Medical and Billing Records

34. Neurosurgical Associates
    Medical and Billing Records

35. Otolaryngology Associates of Tennessee
    Medical and Billing Records and Certification of Destroyed Records

36. Outpatient Diagnostic Center
    Medical Records

37. Plaintiff's Response to Defendant's First Request for Production of Documents and Things - 08/21/06

38. Plaintiff's Response to Defendants First Set of Interrogatories
    02/16/07

39. Plaintiff's Response to Defendants First Set of Interrogatories - 08/21/06

40. Plaintiff's Rule 26(a)(1) Disclosures - 07/24/06

41. Plaintiff's Supplemental Rule 26(a)(1) Disclosures - 08/21/06

42. Plaintiff's Supplemental Rule 26(a)(1) Disclosures - 10/09/07

43. Premier Orthopedics and Sports Medicine
    Medical Records

44. Premier Radiology
    Medical Records

45. Income Tax Records

46. Emergency Communications Center
    Recording of 911 calls

47. Rite Aid Corporation
    Certification of No Pharmacy Records

48. Saint Thomas Hospital
    Medical Records

49. Schull, David M. M.D.
    Certifications of No Medical, Billing and Insurance Records

50. Southern Sports Medicine
    Certifications of No Medical and Billing Records

51. Spalding & Nesbitt Urology Clinic
    Medical and Billing Records

52. Specialized Assays
    Medical Records

53. Sports Medicine Center
    Certifications of No Medical and Billing Records

54. Stasko, Dr. Thomas
    Medical Records

55. Suicide Note

56. Tennessee Orthopaedic Alliance
    Medical Records

57. University Medical Center
    Medical Records and Certification of No Pathology Records

58. Urology Associates
    Medical Records and Certification of No Billing Records

59. Vanderbilt Patient Accounting
    Billing Records

60. Vanderbilt University Medical Center
    Medical Records

61. W-2 Forms

10

62. Willowbrook Home Care Agencies
    Medical Records

63. Willowbrook Home Health Care
    Letter re No Records

64. Wood, Christopher L. D.D.S.
    Dental Records and Dr. Wood's letter dated 05/19/04

65. Notes of Richard Smith which were added to certain medical records.

To the extent any additional discovery and investigation provides additional facts and legal contentions that may substantially alter these disclosures, Defendants reserve the right to amend or supplement without prejudice any and all disclosures herein consistent with these developments, including identifying additional areas of information, relevant documents, and tangible things that support their claims or defenses in this case.

Pursuant to Fed. R. Civ. P. 26(b)(5), Defendants object to disclosure or production of documents and materials generated during the course of this litigation that constitute attorney work product or that contain privileged attorney-client communications. These documents and materials may consist, among others, of communications or correspondence between counsel and Defendants, correspondence between counsel and consulting experts, and between Defendants and employees to facilitate the rendering of legal advice. These documents may be exempt from discovery pursuant to Fed. R. Civ. P. 26(b)(3), 26(b)(4)(B), and/or the applicable attorney-client and/or joint defense privilege.

Moreover, if Defendants identify certain documents that they believe contain trade secrets and other confidential research, development, or commercial information, such documents will be produced subject to an appropriate protective order.

Dated: December 12, 2007

11

_____
KENNETH J. FERGUSON
One of the Attorneys for
Defendant Pfizer Inc.

**OF COUNSEL:**
Kenneth J. Ferguson
Cedric E. Evans
Jeffrey R. Lilly
CLARK, THOMAS & WINTERS,
A PROFESSIONAL CORPORATION
P.O. Box 1148
Austin, Texas 78767
(512) 472-8800
(512) 474-1129 – Facsimile

James P. Rouhandeh
Deborah L. MacGregor
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
(212) 450-4000

David B. Chaffin
HARE & CHAFFIN
160 Federal Street
Boston, Massachusetts 02110
(617) 330-5000

*Defendants Pfizer Inc., Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company LLC, Warner-Lambert Company, and Warner Lambert Company LLC*

12

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendants' Supplemental Disclosure Statement was served on December 12, 2007, via certified mail, upon:

Jack London
3701 Bee Caves Road
Suite 200
Austin, TX 78746

Andrew G. Finkelstein
Eleanor L. Palimeni
Kenneth B. Fromson
Finkelstein & Partners LLP
436 Robinson
Newburgh, NY 12550

Thomas M. Sobel
Edward Notargiarcomo
Hagens Berman Sobel Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

_____
Kenneth J. Ferguson

13