EXHIBIT H

Case 3:05-cv-00444   Document 66-8   Filed 02/19/10   Page 1 of 6 PageID #: 614

Neurontin Track One (Plaintiff / Prescriber / Expert Depos)
# Smith, Ruth (Smith)
4/12/2007

Printed : 5/5/2008

## Page 1

```
 1   UNITED STATES DISTRICT COURT
         DISTRICT OF MASSACHUSETTS
 2        MDL DOCKET NO. 1629
 3
 4   In re: NEURONTIN MARKETING, )
                                 )
 5   SALES PRACTICES AND PRODUCTS ) DEPOSITION UPON
                                 )  ORAL EXAMINATION
 6   LIABILITY LITIGATION.       )        OF
                                 )    RUTH B. SMITH
 7                               )
                                 ) V O L U M E  1
 8   _____)
 9
10
11
12
13        T R A N S C R I P T of the stenographic
14   notes of JANE LORFING COLWELL, a Certified Shorthand
15   Reporter and Notary Public of the State of New
16   Jersey, taken at the Four Points by Sheraton Newark
17   Airport, 901 Spring Street, Elizabeth, New Jersey, on
18   Thursday, April 12, 2007, commencing at 9:09 a.m.
19
20
21
22
23      REPORTING SERVICES ARRANGED THROUGH:
            VERITEXT REPORTING COMPANY
24          25B Vreeland Road, Suite 301
            Florham Park, New Jersey 07932
25
```

## Page 2

```
 1   A P P E A R A N C E S:
 2      FINKELSTEIN & PARTNERS, LLP
        436 Robinson Avenue
 3      Newburgh, New York 12550
        (800) LAW-AMPM
 4      BY: ANDREW G. FINKELSTEIN, ESQ.
             afinkelstein@lawampm.com
 5      For the Plaintiffs Smith
 6      CLARK, THOMAS & WINTERS, A PROFESSIONAL
        CORPORATION
 7      300 West 6th Street, 15th Floor
        P.O. Box 1148
 8      Austin, Texas 78767
        (512) 472-8800
 9      BY: KENNETH J. FERGUSON, ESQ.
             kjf@ctw.com
10      For the Defendants Pfizer and Warner-Lambert
11
     A L S O  P R E S E N T:
12
        Daniel McClutchy, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1              I N D E X
 2   WITNESS                         PAGE
 3   RUTH B. SMITH
 4     Direct examination by Mr. Ferguson    5
 5
 6           E X H I B I T S
 7   EXHIBIT     DESCRIPTION           MARKED
 8   1    Copy of Medical Records with     4
          Handwritten Notations
 9
     2    Page from Questionnaire        100
10
     3    Eckerd Rx Advisor              142
11
     4    Letter Written by Dr. Wood     159
12
     5    Copy of Handwritten Note       182
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1        (Exhibit 1, Copy of Medical Records with
 2    Handwritten Notations, marked for
 3    identification.)
 4        THE VIDEOGRAPHER: Good morning. My
 5   name is Daniel McClutchy of Veritext/New Jersey. The
 6   date today is April 12, 2007, and the time is
 7   approximately 9:09 a.m.
 8        This deposition is being held at the
 9   Four Points Sheraton in Elizabeth, New Jersey, 901
10   Spring Street. The caption of this case is In re:
11   Neurontin Marketing, Sales Practices and Products
12   Liability Litigation in the U.S. District Court,
13   District of Massachusetts, Docket No. 1629, Master
14   File No. 04109811. The name of the witness is Ruth
15   B. Smith.
16        At this time the attorneys will identify
17   themselves and the parties they represent, after
18   which our court reporter, Jane Colwell, will swear in
19   the witness and we can proceed.
20        MR. FINKELSTEIN: On behalf of Richard
21   Smith, Ruth Smith, and the Smith family, Andrew
22   Finkelstein, Finkelstein Partners.
23        MR. FERGUSON: Ken Ferguson, Clark,
24   Thomas & Winters, in Austin, Texas, representing
25   Warner-Lambert and Pfizer.
```

## Page 193

1  helped me.
2  Q    Did it help you to help them?
3  A    I've got a strong faith.  Yes.
4  Q    Do you think you got any benefit from
5  attending this 13-week session?
6  A    Yes.
7  Q    What kinds of things were they
8  discussing?  How you could deal with the loss?
9  A    Yes.  No one could really help, maybe
10  because mine was different.
11  Q    Because yours was what?
12  A    Mine was different.  My loss was a
13  different -- they couldn't identify with losing a
14  loved one through suicide.
15  Q    No other individuals there had lost a
16  loved one through that means?
17  A    Right.
18  Q    Any other grief counseling, anything
19  like that you've gone to other than the 13-week
20  program?
21  A    No.
22  Q    At the time of your husband's death,
23  what church were you attending?
24  A    Jackson Park Church of Christ.
25  Q    Who is the pastor there then?

## Page 194

1  A    Jim Olive, O-L-I-V-E.
2  Q    Before your husband's death, were you
3  and Richard close to Jim Olive?
4  A    Richard being a minister, we -- we
5  weren't real personal friends.
6  Q    But you knew him?
7  A    Yeah, we knew him.
8  Q    Did you have any discussions with him
9  about your loss after Richard's death?
10  A    Of course Jim was there that morning
11  when Richard took his life, along with about ten
12  other preachers and elders.  They were all as shocked
13  as we were.
14  Q    You obviously have a close family.
15  A    Very close.
16  Q    Was your family support helpful to you
17  in this difficult time?
18  A    Yes.  We've all supported each other.
19  Q    And how about the support of your elders
20  and deacons and pastors at your church, was that
21  helpful as a support system?
22  A    Yes.  Yes.
23  Q    Tell me how you -- let's take from --
24  break it up into time periods -- between the date of
25  your husband's death, for the rest of that year,

## Page 195

1  2004, tell me how you were doing.
2  A    Well, I stay very busy because I did not
3  spend another night at my house.  And I had a lot of
4  stuff to do at that house because of that bedroom
5  that was ruined, and upstairs for some reason got a
6  leak, but I handled all of it.  I took care of so
7  much.  And I put my house on the market with my
8  broker.  And it sold in about three, four weeks.
9         Then I bought a condominium, and I had
10  it gutted and redone.  I just kept myself busy.  And
11  I still stay with my real estate and, you know,
12  church.  Evidently I did real well.
13  Q    How soon did you get back to working
14  real estate after your husband's death?
15  A    I don't know that I really -- I would go
16  in the office, but that entire year was sort of taken
17  up with taking care of legal things and a lot of
18  things.
19  Q    So you said you never spent another
20  night in the house.
21  A    No.
22  Q    Where did you -- did you move in with
23  one of your daughters immediately?
24  A    Sherri.  Took me to Franklin.  That's
25  where they live.  And I stayed there until they had

## Page 196

1  to go to -- took Donna to Mexico to see if she could
2  find some treatment there.  So I went to Cindy's and
3  spent the rest of the time with her until I got my
4  house completed.  But Donna lived between me and
5  Cindy, and that made it convenient for me to take
6  care of her, also.
7  Q    When was your house completed that you
8  were having redone?
9  A    I bought it June the 1st, and I gave her
10  a month to -- she was moving to Texas, and I started
11  the repair on it, finished it up.  I didn't move in
12  until the next May, something like that.
13  Q    So it was about a year later when you
14  moved in.
15  A    Yes.
16  Q    And you lived with Cindy and Sherri in
17  the interim?
18  A    Yes.
19  Q    Tell me just emotionally during the rest
20  of that year, 2004, you said you stayed very busy,
21  but how were you able to handle it emotionally?  How
22  did you do?
23  A    Well, at night I cried a lot.  I didn't
24  show that in public or around my children
25  particularly.  You know.  I was busy with Donna,

**Page 221**

1  Q  Do you remember any of them other than
2  Mr. Bumbalough?
3  A  I honestly don't. We probably have a
4  copy of the obituary.
5  Q  Yes, ma'am. That's what I was just
6  looking for.
7     Where did the funeral services -- took
8  place at Granny White Church of Christ?
9  A  Yes.
10  Q  Was that a church you all had ever
11  attended?
12  A  No, we had not attended there. Two of
13  our daughters attended there. And the church
14  building is next door to the University of David
15  Lipscomb, and with all the connections there, thought
16  it would be a central location, and it was a large
17  enough building hopefully to hold the crowd.
18  Q  Do you have any estimate about how many
19  people attended that funeral?
20  A  I don't know, but I know that I stood in
21  line for five hours greeting people, one time. And
22  the other time -- Richard died on Thursday. And his
23  funeral was on a Sunday, and his burial took place on
24  Monday, because they do not open graves on Sunday.
25  Q  The obituary I am looking at says

**Page 222**

1  that -- that Charles Chumley, C-H-U-M-L-E-Y, was one
2  of the people officiating. Who is Charles Chumley?
3  A  Charles Chumley was -- well, he was a
4  minister of the gospel for one thing, and he had been
5  a professor at David Lipscomb also. And he's
6  deceased as of now.
7  Q  How about Jim Olive we've talked about?
8  A  Yes, he was the minister at Jackson
9  Park.
10  Q  Danny Lloyd. Who is Danny Lloyd?
11  A  Danny Lloyd was a professor at David
12  Lipscomb and one of the elders at Granny White.
13  Q  Dan Chambers, who is that?
14  A  Dan Chambers was the minister at Lebanon
15  Road Church of Christ where Donna and Wes attended
16  church, and that was who he was.
17  Q  How about Terry Smith?
18  A  Terry Smith was one of the men at
19  Woodmont Hills Church of Christ. Very, very helpful.
20  Q  And Buford Hoskins?
21  A  He's my son-in-law. He also spoke at
22  the funeral.
23  Q  I thought that name sounded familiar.
24  So the obituary said those however many individuals
25  it was, six officials, were officiating.

**Page 223**

1  A  We had to finally cut it down, so many
2  people involved.
3  Q  It says the active pallbearers were
4  Buford Hoskins, who we know, Gene Lawson -- that's
5  another of our sons-in-law; right?
6  A  Yes.
7  Q  Drew Charlton, another son-in-law.
8  A  Right.
9  Q  Wes Carnahan, another son-in-law.
10  Donnie, D-O-N-N-I-E, Kennedy, who is that?
11  A  He was a friend of the family.
12  Q  In what way? How did the family know
13  him?
14  A  Well, we knew the family, but Katie was
15  actually -- she thought she was going to marry him at
16  the time. It's another one of hers that she --
17  Q  How about A.G. Brown, initials --
18  A  That's my youngest brother.
19  Q  Neal Smith?
20  A  That is a nephew on Richard's side.
21  Q  Who are his parents?
22  A  That was Edna and Jack's son.
23  Q  And Matt Bumbalough?
24  A  He was the one I referred to at Jackson
25  Park Church.

**Page 224**

1  Q  Bumbalough; B-U-M-B-A-L-O-U-G-H.
2     And then there are a number of honorary
3  pallbearers too. Just so we know who these folks
4  are, I'd like to go through them quickly if we could.
5     Mike Walsh?
6  A  That was a nephew, doctor in Omaha,
7  Nebraska.
8  Q  Ron Carter?
9  A  Ron was a cousin by marriage -- a nephew
10  by marriage. Kansas.
11  Q  Bill Duffy?
12  A  He's another nephew in Atlanta.
13  Q  John Brown?
14  A  That's my nephew.
15  Q  Scott Brown?
16  A  Another nephew. That's AG's sons.
17  Q  Bill Wisenhut?
18  A  Minister. He's a nephew by marriage,
19  minister, Episcopal church. Actually, he's somehow
20  ranked.
21  Q  Bill Allen?
22  A  Bill Allen, he was just a friend of ours
23  at Jackson Park. Very good friend.
24  Q  Phil Cullom, C-U-L-L-O-M?
25  A  Another longtime friend.

**Page 225**

```
1    Q    There are Roehrigs, Bill, Bryan and
2    David.
3    A    They were part of the Nashville Office
4    Machines.
5    Q    Right.
6    A    All of them, you know, they are not all
7    there now.
8    Q    But it's that family?
9    A    Yes.
10   Q    Tim Carroll?
11   A    He was one of the -- one of the men that
12   worked under Richard.
13   Q    How about John Gray?
14   A    He also did.
15   Q    Jim Tatum?
16   A    He, another one.
17   Q    Another Nashville Office Machines --
18   A    Yes.
19   Q    -- employee?
20        Jack Bearden?
21   A    He was another Nashville Office Machines
22   guy.
23   Q    Rufus Murray?
24   A    He was Nashville Office Machines. I
25   didn't know him as well.
```

**Page 226**

```
1    Q    Eric Kieffer, K-I-E-F-F-E-R?
2    A    Another Nashville Office Machines.
3    Q    Fab, F-A-B, Bryant?
4    A    That was another one.
5    Q    John Kolbe, K-O-L-B-E?
6    A    Another one.
7    Q    Emory Smith?
8    A    That's another one.
9    Q    Bill Lill, L-I-L-L?
10   A    Another one.
11   Q    James Lee?
12   A    Another one.
13   Q    Paul Billings?
14   A    Another one.
15   Q    Bobby Armstrong?
16   A    He was a friend that just took care of
17   all their vehicles down there that Richard worked
18   with pretty closely. He didn't work for the company.
19   He had his own business.
20   Q    And in lieu of flowers, there was asked
21   that gifts be made to the Richard Smith Grandchildren
22   Education Fund care of David Lipscomb University.
23   A    Yes.
24   Q    And has that fund helped send your
25   grandchildren to college?
```

**Page 227**

```
1    A    We had funds that went to a lot of
2    different places, but that helped some.
3    Q    We talked about whether you all had
4    e-mail addresses. Did Richard communicate with
5    anyone by e-mail?
6    A    I think he used it mainly for study,
7    bible study mostly.
8    Q    Did you all have the same e-mail
9    address, or did he have his own and you had your own?
10   A    He had his own. With Nashville Office
11   Machines.
12   Q    How about on your home computer, did he
13   have another e-mail address?
14   A    No.
15   Q    So whatever e-mail address he had would
16   be Nashville Office Machines?
17   A    Yes.
18   Q    Do you know what the -- his e-mail
19   address was?
20   A    I do not know.
21   Q    Have you ever looked back -- or let's
22   say since his death have you ever gone in to look at
23   what e-mails he may have been sending in the few
24   weeks before his death?
25   A    I didn't, because we just -- we didn't.
```

**Page 228**

```
1    I can say that much.
2         MR. FINKELSTEIN: Just -- you didn't.
3    That's fine.
4    A    We didn't.
5    Q    Okay. Why didn't you?
6    A    Well, we just dismantled it. We didn't
7    care about that.
8    Q    Do you know -- and I realize you were
9    all searching for reasons why he took his own life,
10   and as part of that did your daughters, any of your
11   daughters, ever try to look at what e-mails he may
12   have sent or received in the weeks before his death?
13   A    To my knowledge, they did not.
14   Q    Do you know if he ever had any
15   particular friends that he would communicate via
16   e-mail with?
17   A    Not that I know of.
18   Q    And you said that he used e-mail for his
19   bible study and scholarship. Did he have any e-mail
20   correspondents who he would correspond about the
21   bible and about his study of the bible with?
22   A    Not that I know of.
23   Q    When you say that he used e-mail in his
24   bible study, can you tell me what you meant by that?
25   A    On the Internet there are -- I don't use
```