# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of RICHARD SMITH, Deceased, ) ) ) ) Plaintiff, ) ) v. ) ) PFIZER INC., *et al.*, ) ) Defendants. ) | Case No. 3:05-0444 Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the Motion to Strike Late-Filed Rule 26 Disclosures filed by defendants Pfizer Inc. and Warner-Lambert Company LLC (Docket No. 60) is **GRANTED IN PART** and **DENIED IN PART**.

The following witnesses will be excluded from testifying for the plaintiff at trial: David Kessler, Jim Olive, Danny Lloyd, Dan Chambers, Terry Smith, Donnie Kennedy, A.G. Brown, Neil Smith, Mike Walsh, Ron Carter, Bill Duffy, John Brown, Scott Brown, Bill Wisenhut, Bill Allen, Bill Roehrig, Bryan Roehrig, David Roehrig, Tim Carroll, John Gray, Jim Tatum, Jack Bearden, Rufus Murray, Eric Kieffer, Fab Bryant, John Kolbe, Emory Smith, Bill Lill, James Lee, Paul Billings, and Bobby Armstrong.

It is so Ordered.

Entered this 24th day of February 2010.

_____
ALETA A. TRAUGER
United States District Judge