UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:05-0444 |
| v. | ) ) | |
| Pfizer Inc, et al, | ) ) | Judge Aleta A. Trauger (Dist of MA No. 1:05-cv-11515PBS) |
| Defendant. | ) | |

## MOTION FOR ADMISSION OF CATHERINE B. STEVENS *PRO HAC VICE*

Defendant, through undersigned counsel, requests permission under Local Rule 83.01(d) for Catherine B. Stevens of the law firm of Skadden, Arps, Slate Meagher & Flom LLP, Four Times Square, New York, New York 10036, to appear as counsel for Defendant. Ms. Stevens is a member in good standing of the Bar of the State of New York. A Certificate of Good Standing for Ms. Stevens is attached.

WHEREFORE, Catherine B. Stevens requests that she be admitted *pro hac vice* and that she be permitted to appear and participate as counsel for the Defendant in this case.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ Gerald D. Neenan
     Aubrey B. Harwell, Jr., No. 002559
     W. David Bridgers, No. 016603
     Gerald D. Neenan, No. 006710
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
(615) 244-1713
(615) 726-0573 (fax)
*Attorneys for Defendants Pfizer Inc. and*

*Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 1st day of March 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

| | |
|---|---|
| Andrew G. Finkelstein, Esq.<br>Kenneth B. Fromson, Esq.<br>Finkelstein & Partners, LLP<br>436 Robinson Avenue<br>Newburg, NY 12550 | Charles F. Barrett, Esq.<br>Barrett & Associates, P.A.<br>6718 Highway 100, Suite 210<br>Nashville, TN 37205 |
| Dara G. Hegar, Esq.<br>Ken S. Soh, Esq.<br>Maura Kolb, Esq.<br>Robert Leone, Esq.<br>W. Mark Lanier, Esq.<br>Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX 77069 | Prince C. Chambliss, Jr., Esq.<br>Evans & Petree, PC<br>1000 Ridgeway Loop Road, Suite 200<br>Memphis, TN 38120 |

/s/ Gerald D. Neenan