# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, __J. Michael McMahon,__ Clerk of this Court, certify that

__CATHERINE B. STEVENS__, Bar # __CS6906__

was duly admitted to practice in this Court on

__JANUARY 4th, 2005__, and is in good standing

as a member of the Bar of this Court.

Dated at  500 Pearl Street  
New York, New York   on   __MARCH 2nd, 2010__

__J. Michael McMahon__  by  _[signature]_  
Clerk                         Deputy Clerk