```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675011280
Cashier ID: hblaney
Transaction Date: 03/09/2010
Payer Name: NEAL AND HARWELL
----------------------------------
PRO HOC VICE
 For: NEAL AND HARWELL
 Case/Party: D-TNM-3-07-AT-PROHAC-001
 Amount:        $75.00
----------------------------------
CHECK
 Check/Money Order Num: 106597
 Amt Tendered:  $75.00
----------------------------------
Total Due:      $75.00
Total Tendered: $75.00
Change Amt:     $0.00

Pro Hac Vice Fee for Catherine B.
Stevens/3:05-cv-0444/Check #106597
```