# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased,** ) ) ) ) | |
| **Plaintiff,** ) ) | Case No. 3:05-0444 |
| v. ) ) | Judge Aleta A. Trauger |
| **PFIZER INC., et al,** ) ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Robert A. Peal of Neal & Harwell, PLC hereby enters his appearance as counsel of record with Aubrey B. Harwell, Jr., W. David Bridgers, and Gerald D. Neenan for Defendant Pfizer, Inc. and Warner-Lambert Company, in the above-entitled matter.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ Robert A. Peal
Aubrey B. Harwell, Jr., No. 002559
W. David Bridgers, No. 016603
Gerald D. Neenan, No. 006710
Robert A. Peal, No. 025629

2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
(615) 244-1713
(615) 726-0573 (fax)

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/ Mark S. Cheffo
     Mark S. Cheffo
     Catherine B. Stevens

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 24th day of March, 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

Eleanor L. Polimeni, Esq.
Andrew G. Finkelstein, Esq.
Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
1279 Route 300
P.O. Box 1111
Newburg, NY 12551

Dara G. Hegar, Esq.
Ken S. Soh, Esq.
Maura Kolb, Esq.
Robert Leone, Esq.
W. Mark Lanier, Esq.
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Charles F. Barrett, Esq.
Barrett & Associates, P.A.
6718 Highway 100, Suite 210
Nashville, TN 37205

Prince C. Chambliss, Jr., Esq.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

/s/ Robert A. Peal