EXHIBIT A

**1**

```
 1      UNITED STATES DISTRICT COURT
            DISTRICT OF MASSACHUSETTS
 2
 3   In re: NEURONTIN MARKETING, SALES MDL DOCKET NO:
         PRACTICES, AND PRODUCTS
 4       LIABILITY LITIGATION      Master File No. 04-10981
 5   _____/
 6   THIS DOCUMENT RELATES TO:
 7       ALL PRODUCTS LIABILITY
         ACTIONS
 8   _____/
 9
         VIDEOTAPED
10   DEPOSITION OF:    CHERYL D. BLUME, Ph.D.
11   DATE:             November 12, 2007
12   TIME:             9:25 a.m. to 6:07 p.m.
13   PLACE:            13902 North Dale Mabry Highway
                       Suite 122
14                     Tampa, Florida
15   PURSUANT TO:      Notice by counsel for
                       Defendants for purposes
16                     of discovery, use at
                       trial or such other
17                     purposes as are permitted
                       under the Federal Rules
18                     of Civil Procedure
19   BEFORE:           VALERIE A. HANCE, RPR
                       Notary Public, State of
20                     Florida at Large
21                     Volume 1
                       Pages 1 to 370
22
23
24
25
```

**2**

```
 1   APPEARANCES:
 2       KENNETH B. FROMSON, ESQUIRE
         Finkelstein & Partners
 3       785 Broadway
         3rd Floor
 4       Kingston, New York  12401
         (800) 634-1212 Ext. 2755
 5           Attorney for Plaintiffs
 6       RICHARD M. BARNES, ESQUIRE
         MICHAEL J. WASICKO, ESQUIRE
 7       Goodell, DeVries, Leech & Dann, LLP
         One South Street
 8       20th Floor
         Baltimore, Maryland  21202
 9       (410) 783-4000
10       -and-
11       VINCENT E. GUNTER, ESQUIRE
         LORI C. McGRODER, ESQUIRE (via telephone)
12       Shook, Hardy & Bacon, LLP
         2555 Grand Boulevard
13       Kansas City, Missouri  64108-2613
         (816) 474-6550
14           Attorneys for Defendant, Pfizer, Inc.
15       ANNAMARIE A. DALEY, ESQUIRE (via telephone)
         Robins, Kaplan, Miller & Ciresi L.L.P.
16       2800 LaSalle Plaza
         800 LaSalle Avenue
17       Minneapolis, Minnesota 55402
         (612) 349-8500
18           Attorney for Plaintiff, Assurant
19       ELANA GOLD, ESQUIRE (via telephone)
         Law Office of Steven Hillyard
20       345 California Street
         Suite 1770
21       San Francisco, California  94104
         (415) 334-6880
22           Attorney for Raymond Jennings, M.D.
23   ALSO PRESENT:
         KEITH ALTMAN, Finkelstein & Partners
24       DAVID LEGGETT, Videographer
25
```

**3**

```
 1                 INDEX
                                        PAGE
 2   DIRECT EXAMINATION BY MR. BARNES......................  6
 3   CERTIFICATE OF OATH................................. 369
 4   REPORTER'S CERTIFICATE.............................. 370
 5
 6                EXHIBITS
                                     ID     MARK
 7   1    First Amended Notice of ...............  9      9
          Videotaped Deposition Duces Tecum of
 8        Cheryl D. Blume, Ph.D.
 9   2    Hard Drive (Retained by counsel)........ 13     13
10   2A   Directory of Contents on Hard Drive..... 14
11   3    Disk of Neurontin/gabapentin ........... 14     14
          Bibliography
12
13   3A   Directory of Documents Found on Disk.... 15     14
14   4    Exhibit Number Skipped.................. 35
15   5    Notebook................................ 36     36
16   6    Correspondence and Communications ...... 36     36
          Removed from Notebook (Exhibit 4)
17   7    Disk In Re: Neurontin Keith Altman .... 45     45
          ADE Files (10/28/07)
18
19   8    Yellow Legal Paper for Requested ....... 117    117
          Formula
20   9    Guidance for Industry, Good ............ 118    118
          Pharmacovigilance Practices and
21        Pharmacoepidemiologic Assessment,
          March 19th, 2005, Clinical Medical
22
23   10   Map of Terms for Suicidal and .......... 160    159
          Self-Injurious Behaviors
24   11   Pharmacopeidemiology, Fourth Edition, .. 164    164
          by Brian Strom (Page 171)
25
```

**4**

```
 1              EXHIBITS (Continued)
                                     ID     MARK
 2   12   Composite, Graphs (7)................... 178    175
 3   13   Photograph.............................. 196    196
 4   14   Photograph.............................. 197    197
 5   15   PDG Financials.......................... 249    249
 6   16   Collins-McFarland Research Report - .... 346    346
          Divalproex, lithium and suicide among
 7        Medicaid patients with bipolar
          disorder
```

**371**

1  UNITED STATES DISTRICT COURT
   DISTRICT OF MASSACHUSETTS
2
3  In re: NEURONTIN MARKETING, SALES MDL DOCKET NO:
      PRACTICES, AND PRODUCTS
4     LIABILITY LITIGATION    Master File No. 04-10981
5  _____/
6  THIS DOCUMENT RELATES TO:
7     ALL PRODUCTS LIABILITY
      ACTIONS
8  _____/
9     VIDEOTAPED
10 DEPOSITION OF:   CHERYL D. BLUME, Ph.D.
11 DATE:           November 13, 2007
12 TIME:           9:06 a.m. to 6:08 p.m.
13 PLACE:          13902 North Dale Mabry Highway
                   Suite 122
14                 Tampa, Florida
15 PURSUANT TO:    Notice by counsel for
                   Defendants for purposes
16                 of discovery, use at
                   trial or such other
17                 purposes as are permitted
                   under the Federal Rules
18                 of Civil Procedure
19 BEFORE:         VALERIE A. HANCE, RPR
                   Notary Public, State of
20                 Florida at Large
21                 Volume 2
                   Pages 371 to 722
22
23
24
25

**372**

1  APPEARANCES:
2     KENNETH B. FROMSON, ESQUIRE
      Finkelstein & Partners
3     785 Broadway
      3rd Floor
4     Kingston, New York 12401
      (800) 634-1212 Ext. 2755
5        Attorney for Plaintiffs
6     RICHARD M. BARNES, ESQUIRE
      MICHAEL J. WASICKO, ESQUIRE
7     Goodell, DeVries, Leech & Dann, LLP
      One South Street
8     20th Floor
      Baltimore, Maryland 21202
9     (410) 783-4000
10    -and-
11    VINCENT E. GUNTER, ESQUIRE
      LORI C. McGRODER, ESQUIRE (via telephone)
12    Shook, Hardy & Bacon, LLP
      2555 Grand Boulevard
13    Kansas City, Missouri 64108-2613
      (816) 474-6550
14       Attorneys for Defendant, Pfizer, Inc.
15    ANNAMARIE A. DALEY, ESQUIRE (via telephone)
      Robins, Kaplan, Miller & Ciresi L.L.P.
16    2800 LaSalle Plaza
      800 LaSalle Avenue
17    Minneapolis, Minnesota 55402
      (612) 349-8500
18       Attorney for Plaintiff, Assurant
19    ELANA GOLD, ESQUIRE (via telephone)
      Law Office of Steven Hillyard
20    345 California Street
      Suite 1770
21    San Francisco, California 94104
      (415) 334-6880
22       Attorney for Raymond Jennings, M.D.
23 ALSO PRESENT:
      KEITH ALTMAN, Finkelstein & Partners
24    DAVID LEGGETT, Videographer
25

**373**

1                    INDEX
                                                    PAGE
2  DIRECT EXAMINATION BY MR. BARNES (CONTINUED) .......
3  WITNESS' SIGNATURE PAGE.............................. 720
4  CERTIFICATE OF OATH.................................. 721
5  REPORTER'S CERTIFICATE............................... 722
6
7                   EXHIBITS
                                          ID    MARK
8  17   "Conclusiveness of rechallenge in ...... 441    440
       the interpretation of adverse drug
9      reactions"
10 18   Chart "PRR Over Time Completed ......... 462    461
       Suicide (PT) Serious Reports
11
12 19   Integrated Summary of Safety ........... 513    512
       Information
13 20   First Safety Update Following the ...... 517    516
       Submission of the ISS (5/29/92)
14
15 21   Medical Review - Application Number .... 533    533
       21-397/21-423/21-424
16 22   Affidavit of Cynthia McCormick.......... 552    550
17 23   Citizen Petition........................ 602    602
18 24   Letter from Russell Katz, M.D., to ..... 615    615
       Andrew G. Finkelstein (April 12, 2005)
19
20 25   Neurology Today Article (June 2005)..... 653    653
21 26   Record of FDA Contact................... 659    659
22 27   Approvable Letter Package (12/21/93).... 664    664
23 28   Package Insert for Neurontin ........... 670    669
       (Gabapentin Capsules)
24 29   Record of FDA Contact (12/29/93)........ 671    671
25

**374**

1                   EXHIBITS
                                          ID    MARK
2  30   Record of FDA Contact (12/22/93)........ 672    672
3  31   Letter from Robert Temple, M.D., to .... 692    692
       Janeth Turner with Approval Letter
4      (12/30/93)
5  32   e-mail from Courtney Calder to Manini .. 705    704
       Patel (11/22/05)
6
       33   Joint Response Assessment Report on .... 710    708
7      List of Outstanding Issues, Neurontin
       and Associated Tradenames (Gabapentin)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

719

1   My question to you is, will you entertain my
2   request to make certain inquiries of Dr. Blume this
3   evening?
4       MR. BARNES:  No, I will not.  It's after 6:00,
5   and we've scheduled two days and I have a flight to
6   catch, so I cannot stay and entertain your request.
7   And I have not concluded my examination, so I
8   cannot can accede to your request.
9       I would -- I would suggest that counsel for
10  the parties have a meet and confer to decide the
11  best way to proceed at this point.
12      I thank the doctor for her time and we will --
13  well, we will ask the court for relief and the
14  opportunity to continue this deposition.  I thank
15  everyone for their participation.  Thank you.
16      MR. FROMSON:  Thank you.
17      MR. BARNES:  And we'll go off the record at
18  this point.
19      THE VIDEOGRAPHER:  Off the record 6:08 p.m.
20      (Deposition concluded at 6:08 p.m.)
21
22
23
24
25

720

1               WITNESS' SIGNATURE PAGE
2
3
4       I have read the foregoing pages, and
5       except for any changes or amendments I
6       have indicated on the sheet attached
7       for such purposes, I hereby subscribe
8       to the accuracy of the transcript.
9
10
11
        _____
12      CHERYL D. BLUME, Ph.D.
13
        _____
14      DATE
15
        _____
16      WITNESS TO SIGNATURE
17
18
19
20
21
22
23
24
25

721

1               CERTIFICATE OF OATH
2
3   STATE OF FLORIDA
4   COUNTY OF HILLSBOROUGH
5
6       I, the undersigned authority, certify that
7   CHERYL D. BLUME, Ph.D., personally appeared before me
8   and was duly sworn.
9
10      WITNESS my hand and official seal this _____
11  day of November, 2007.
12
13      _____
14      Valerie A. Hance, RPR
15      Notary Public - State of Florida
16      My Commission Expires:  09/17/08
17      Commission No. DD332610
18
19
20
21
22
23
24
25

722

1               REPORTER'S CERTIFICATE
2
3   STATE OF FLORIDA
4   COUNTY OF HILLSBOROUGH
5
        I, Valerie A. Hance, Registered Professional
6   Reporter, certify that I was authorized to and did
    stenographically report the deposition of
7   CHERYL D. BLUME, Ph.D., Volume 2, pages 371 through 722;
    that a review of the transcript was requested; and that
8   the transcript is a true and complete record of my
    stenographic notes.
9
10
        I further certify that I am not a relative,
11  employee, attorney, or counsel of any of the parties,
    nor am I a relative or employee of any of the parties'
12  attorney or counsel connected with the action, nor am I
    financially interested in the action.
13
14
        Dated this _____ day of November, 2007.
15
16
17      _____
        Valerie A. Hance, RPR
18
19
20
21
22
23
24
25

**Page 1**

```
 1   SUPREME COURT OF THE STATE OF NEW YORK
     COUNTY OF NEW YORK
 2
 3   - - - - - - - - - - X
     IN RE:  NEW YORK NEURONTIN      :
 4   PRODUCTS LIABILITY LITIGATION   :
                       :Case Management.
 5   vs.               :Index No. 765000/2006
                       :Hon. Marcy S. Friedman
 6   THIS DOCUMENT APPLIES TO ALL    :
     CASES             :
 7   - - - - - - - - - - X
 8
 9
10
11      DEPOSITION OF:    CHERYL D. BLUME, PH.D.
12
        DATE:             February 29, 2008
13
14      TIME:             12:57 p.m. to 2:52 p.m.
15
        PLACE:            13902 N. Dale Mabry Hwy
16                        Tampa, Florida
17
        BEFORE:           CAROLYN R. LOUDEN, RPR
18                        Notary Public, State of
                          Florida at Large
19
                          Pages 1 - 92
20
21
22
23
24
25
```

**Page 2**

```
 1   APPEARANCES:
 2      ANDREW G. FINKELSTEIN, ESQUIRE
        Finkelstein & Partners, LLP
 3      436 Robinson Avenue
        Newburgh, New York  12550
 4      (845) 562-3492
            Attorney for Plaintiff
 5
        LORI CONNORS McGRODER, ESQUIRE
 6      VINCE GUNTER, ESQUIRE (Via teleconference)
        Shook, Hardy & Bacon, LLP
 7      2555 Grand Boulevard
        Kansas City, Missouri  64108
 8      (816) 474-6550
            -and-
 9      MICHAEL J. WASICKO, ESQUIRE
        Goodell, DeVries, Leech & Dann, LLP
10      One South Street, 20th Floor
        Baltimore, Maryland  21202
11      (410) 783-4000
            Attorney for Defendants
12          Pfizer and Warner-Lambert Company, LLC
13               INDEX
14   DIRECT EXAMINATION BY MS. MCGRODER        3
15   WITNESS' SIGNATURE PAGE            90
16   CERTIFICATE OF OATH                91
17   REPORTER'S CERTIFICATE             92
18           EXHIBITS
19       (No exhibits marked.)
20
21
22
23
24
25
```

**Page 3**

```
 1              CHERYL D. BLUME, Ph.D.,
 2   the witness herein, being first duly sworn on oath, was
 3   examined and deposed as follows:
 4        THE WITNESS:  I do.
 5              DIRECT EXAMINATION
 6   BY MS. McCRODER:
 7        Q.  Dr. Blume, you agree the FDA alert expressly
 8   states that posting this information does not mean that
 9   FDA has concluded there is a causal relationship between
10   the drug products and the emerging safety issue?  You
11   agree?
12        A.  I agree that FDA stated that.
13        Q.  And the FDA also states that it is not
14   advising healthcare providers to discontinue prescribing
15   these products.  Agree?
16        A.  Agree.
17        Q.  So doctors today are still prescribing
18   Neurontin?
19        A.  I don't know, but I would think so.
20        Q.  Do you agree that the Neurontin specific
21   controlled clinical trial data do not show an increased
22   risk of suicide?
23        A.  I do not believe I saw any suicides in the
24   placebo-controlled studies.
25        Q.  When you read the FDA alert, what did it tell
```

**Page 4**

```
 1   you about Neurontin that you did not know when you wrote
 2   your report?
 3        And I'm not talking about other antiepileptic
 4   drugs, specifically with respect to Neurontin.
 5        A.  The report told me that FDA had spent two or
 6   three years following the receipt of the requested data
 7   and reviewed the various reports from different
 8   perspectives and concluded that across the category of
 9   antiepileptics there was an increased risk of suicide
10   behavior and that the risk was found across all the
11   members studied.
12        Q.  Okay.  That wasn't my question.  My question
13   was specific to Neurontin.  What did you learn about
14   Neurontin, when you read that FDA alert, that you did
15   not know when you wrote your Neurontin report?
16        A.  I learned that FDA reviewed the data that was
17   provided to them and analyzed the data and included
18   Neurontin in the group of 11 drugs for which they found
19   an increase in suicide behavior and that that applied to
20   Neurontin, as well as to the other ten members in the
21   group.
22        Q.  You do not know what the incidence of suicide
23   behaviors or ideation is for any of the specific drugs
24   identified in that report other than Neurontin, correct?
25        A.  Correct.  I do not have those databases, and I
```

89

1    A.   I don't think so, unless I was repeating what
2    somebody had said.  I have no idea.
3    Q.   Do you know if any of the lawyers representing
4    the plaintiffs in this litigation have said that?
5    A.   I don't know.
6    Q.   Well, would it trouble you if they had?
7         MR. FINKELSTEIN:  It would trouble me.
8         THE WITNESS:  Yeah.  I would disagree with it
9    based on my 30 years of interacting with the FDA.
10   BY MS. McCRODER:
11   Q.   Well, are you aware that one of the lawyers
12   representing the plaintiffs in this litigation, in which
13   you're offering opinions on behalf of the plaintiffs,
14   characterized the FDA on national TV last week as a
15   bunch Of Grade D high school students?  Were you aware
16   of that?
17        MR. FINKELSTEIN:  Objection.
18        THE WITNESS:  No.  I don't have any idea to
19   what you are referring.
20   BY MS. McCRODER:
21   Q.   But you wouldn't agree with it?
22   A.   I'm sure, as my testimony has pointed out, I
23   never would say that about the FDA, and I don't agree
24   with it.
25        MS. McCRODER:  I have no more questions.

90

1         MR. FINKELSTEIN:  Okay.  Great.
2         (Deposition concluded at 2:52 p.m.)
3         WITNESS' SIGNATURE PAGE
4    I have read the foregoing pages, and,
5    except for any changes or
6    amendments I have indicated on the
7    sheet attached for such purposes,
8    I hereby subscribe to the accuracy
9    of this transcript.
10
11   _____
         CHERYL D. BLUME, Ph.D.
12
13   _____
                DATE
14
15   _____
         WITNESS TO SIGNATURE

91

1         CERTIFICATE OF OATH
2
3    STATE OF FLORIDA    )
4    COUNTY OF HILLSBOROUGH )
5
6         I, the undersigned authority, certify that
7    CHERYL D. BLUME, Ph.D., personally appeared before me
8    and was duly sworn.
9         WITNESS my hand and official seal this 3rd
10   day of March, 2008.
11
12
13            _____
                CAROLYN R. LOUDEN, RPR
14
              Notary Public - State of Florida
15
              My Commission Expires:  9/5/09
16
              Commission Number:  DD 468262

92

1         REPORTER'S CERTIFICATE
2
3    STATE OF FLORIDA    )
4    COUNTY OF HILLSBOROUGH )
5         I, CAROLYN R. LOUDEN, Registered Professional
6    Reporter, certify that I was authorized to and
7    did stenographically report the deposition of
8    CHERYL D. BLUME, Ph.D.; that a review of the transcript
9    was requested; and that the transcript is a true and
10   complete record of my stenographic notes.
11
12        I further certify that I am not a relative,
13   employee, attorney or counsel of any of the parties,
14   nor am I a relative or employee of any of the parties'
15   attorneys or counsel connected with the action, nor am
16   I financially interested in the action.
17
18        Dated this 3rd day of March, 2008.
19
20            _____
                CAROLYN R. LOUDEN, RPR