# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company, LLC, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC, and JOHN DOES 1-10,<br><br>    Defendants | Civil No. 3:05-0444<br>Judge Trauger |

## O R D E R

It is hereby **ORDERED** that the Plaintiff's Motion For Leave to Depart From Local Rule 39.01(c)(6)(c) And Practice And Procedure Manual Rule 11(F) Regarding Trial Testimony of Expert and Character Witnesses (Docket No. 75) is **DENIED**.

It is so **ORDERED**.

ENTER this 12th day of April 2010.

_____
    ALETA A. TRAUGER
    U.S. District Judge