IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of RICHARD SMITH, Deceased,<br><br>Plaintiff,<br><br>-against-<br><br>PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC and JOHN DOE(S) 1-10,<br><br>Defendants. | Case #: 3:05-00444<br>Judge Trauger |

**PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE ANY
MENTION AT TRIAL BY DEFENDANTS THAT THE NEURONTIN
PACKAGE INSERT WAS LABELED TO WARN AGAINST COMPLETED
SUICIDE PRIOR TO THE DECEMBER 21, 2005 LABELING CHANGE**

Plaintiff Ruth Smith, as the Widow for the use and benefit of herself and the next of kin of Richard Smith, deceased, by and through her undersigned counsel, respectfully requests an order precluding Defendants Pfizer Inc. and Warner-Lambert Company LLC from providing any comment, evidence, testimony, inference or document that the Neurontin package insert was labeled to warn against completed suicide prior to the December 21, 2005 labeling change.

This Motion is supported by Plaintiff's Memorandum in Support, and the Declaration of Kenneth B. Fromson, Esq. and exhibits annexed thereto, submitted herewith.

Dated: April 16, 2010                              Respectfully submitted,

                                                        THE LANIER LAW FIRM, P.L.L.C.

                                        By:   **/s/ W. Mark Lanier**
                                                   W. Mark Lanier, Esq.
                                                   Dara G. Hegar, Esq.
                                                   Ken S. Soh, Esq.
                                                   Maura Kolb, Esq.
                                                   Robert Leone, Esq.
                                                   126 East 56th Street, 6th Floor
                                                   New York, NY  10022

                                                     - and -

                                                  FINKELSTEIN & PARTNERS, LLP

                                        By:   **/s/ Andrew G. Finkelstein**
                                                   Andrew G. Finkelstein, Esq.
                                                   Kenneth B. Fromson, Esq.
                                                   1279 Route 300, P.O. Box 1111
                                                   Newburgh, NY  12551

                                                     - and -

                                                  BARRETT & ASSOCIATES, P.A.

                                        By:   **/s/ Charles F. Barrett**
                                                   Charles F. Barrett, Esq.
                                                   BPR # 020627
                                                   6518 Highway 100, Suite 210
                                                   Nashville, TN  37205

                                                   *Attorneys for Plaintiff Ruth Smith*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 16th day of April, 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

Aubrey B. Harwell, Jr., Esq.
W. David Bridgers, Esq.
Gerald D. Neenan, Esq.
Robert A. Peal, Esq.
Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219

Prince C. Chambliss, Jr., Esq.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

Mark S. Cheffo, Esq.
Catherine B. Stevens, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

                                                 **/s/ Kenneth B. Fromson**
                                                  Kenneth B. Fromson