EXHIBIT K

```
 1              UNITED STATES DISTRICT COURT            DISTRICT OF MASSA
 2                   MDL Docket No. 1629                Master File No. 04-10
 3   In re:  NEURONTIN MARKETING,
 4   SALES PRACTICES AND PRODUCTSLIABILITY LITIGATION
 5   _____xTHIS DOCUMENT RELATES TO:
 6   Bulger v. Pfizer, et al.
 7   07-CV-11426-PBS_____x
 8
 9
10       VIDEO DEPOSITION OF JANET ARROWSMITH-LOWE, M.D.            Jar
11                      9:18 a.m.                Homewood Suites by Hilton
12                7101 Arvada Avenue, N.E.       Albuquerque, New Mexic
13
14
15          PURSUANT TO THE FEDERAL RULES OF CIVILPROCEDURE, this deposition
16   TAKEN BY:  MR. KEITH L. ALTMAN
17             Attorney for the Products Liability      Plaintiffs
18
19
20
21
22   REPORTED BY:  Jan A. Williams, RPR, CCR 14         Bean & Associates
23                 Professional Court Reporting Service       201 Third
24                 Albuquerque, New Mexico  87102
25   (1945D)  JAW
```

1

```
 1     A.   Well, I guess there are kind of a lot of
 2   levels of that.  Whether you're talking about
 3   completed suicide or someone who attempts suicide but
 4   does not complete the act or has not acted in a way as
 5   to terminate their life, I mean they're still
 6   suicidal.
 7     Q.   Objection, nonresponsive.
 8          Does everybody who exhibits suicidal behavior
 9   actually commit suicide?
10     A.   If they exhibit suicidal behavior, it would
11   imply that they are placing themselves at risk for
12   suicide.
13     Q.   Objection, nonresponsive.
14          Does everybody who exhibits suicidal behavior
15   commit suicide?
16          MR. BARNES:  Objection, asked and answered.
17   She's answered it three times.
18   BY MR. ALTMAN:
19     Q.   She has not answered it.
20     A.   What do you mean by suicide?
21     Q.   Commits -- do you know what the term to
22   commit suicide means?
23     A.   Do you -- what do you mean by suicide?  Do
24   you mean that someone has actually killed themselves?
25     Q.   That's what to commit suicide means.
```

1    A.   No, it doesn't.

2    Q.   That's fine.

3    A.   I don't think so.  I think you were asking me

4  if they -- if suicide -- about suicidal behavior.

5  That's not the same as actually a completed suicide.

6    Q.   Okay.  That's what I'm saying.  So

7  everybody -- so not everybody who -- who exhibits

8  suicidal behavior actually completes suicide, correct?

9    A.   Yes, I believe I've -- I've said that several

10  times, yes.

11    Q.   And not everybody who exhibits suicidal

12  behavior attempts suicide, correct?

13         MR. BARNES:  Objection, asked and answered.

14  You may answer.

15         THE WITNESS:  I don't know what you mean by

16  attempts suicide.

17  BY MR. ALTMAN:

18    Q.   What do you think attempts suicide means?

19    A.   I'm not asking the question.

20    Q.   I'm asking -- I'm asking what does attempt

21  suicide mean in your mind?

22    A.   It means someone has made preparatory acts to

23  commit suicide, it means that they have in some way

24  perhaps attempted to complete a suicide.  I

25  mean they -- I don't think there's a clear definition