IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow ) | |
| for the Use and Benefit of Herself and the ) | |
| Next of Kin of RICHARD SMITH, Deceased, ) | Case #: 3:05-00444 |
| ) | Judge Trauger |
| Plaintiff, ) | |
| ) | |
| -against- ) | |
| ) | |
| PFIZER INC., PARKE-DAVIS, ) | |
| a division of Warner-Lambert Company ) | |
| and Warner-Lambert Company LLC, ) | |
| WARNER-LAMBERT COMPANY, ) | |
| WARNER-LAMBERT COMPANY LLC and ) | |
| JOHN DOE(S) 1-10, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF
ALL DEFENDANTS' EXPERT WITNESSES OTHER THAN DR. GIBBONS
CONCERNING THE FDA ALERT AND RELATED FDA SUBJECTS, OR,
IN THE ALTERNATIVE, TO EXCLUDE THE TESTIMONY OF DR. GIBBONS**

Plaintiff Ruth Smith, as the Widow for the use and benefit of herself and the next of kin of Richard Smith, deceased, by and through her undersigned counsel, respectfully requests an order excluding the testimony of all of Defendants' expert witnesses other than Dr. Robert D. Gibbons concerning the FDA Alert and related FDA subjects, or, in the alternative, excluding the testimony of Dr. Gibbons.

This Motion is supported by the Memorandum in Support, and the Declaration of Kenneth B. Fromson, Esq. and exhibits annexed thereto, submitted herewith.

Dated:  April 16, 2010                    Respectfully submitted,

                                          THE LANIER LAW FIRM, P.L.L.C.

By:  **/s/ W. Mark Lanier**
     W. Mark Lanier, Esq.
     Dara G. Hegar, Esq.
     Ken S. Soh, Esq.
     Maura Kolb, Esq.
     Robert Leone, Esq.
     126 East 56th Street, 6th Floor
     New York, NY  10022

        - and -

FINKELSTEIN & PARTNERS, LLP

By:  **/s/ Andrew G. Finkelstein**
     Andrew G. Finkelstein, Esq.
     Kenneth B. Fromson, Esq.
     1279 Route 300, P.O. Box 1111
     Newburgh, NY  12551

        - and –

BARRETT & ASSOCIATES, P.A.

By:  **/s/ Charles F. Barrett**
     Charles F. Barrett, Esq.
     BPR # 020627
     6518 Highway 100, Suite 210
     Nashville, TN  37205

*Attorneys for Plaintiff Ruth Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of April, 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

Aubrey B. Harwell, Jr., Esq.
W. David Bridgers, Esq.
Gerald D. Neenan, Esq.
Robert A. Peal, Esq.
Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219

Prince C. Chambliss, Jr., Esq.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

Mark S. Cheffo, Esq.
Catherine B. Stevens, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

                                                        **/s/ Kenneth B. Fromson**
                                                          Kenneth B. Fromson

3

Case 3:05-cv-00444   Document 86   Filed 04/16/10   Page 3 of 3 PageID #: 888