IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next Kin of Richard Smith, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER, INC., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil No. 3:05-0444 <br> ) Judge Aleta A. Trauger <br> ) (Dist. Of MA No. <br> ) 1:05-cv-11515PBS) <br> ) <br> ) <br> ) |

### DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE VARIOUS EVIDENCE, REFERENCES, AND ARGUMENTS

Pursuant to Federal Rules of Evidence 401, 402, 403, 802, and 411, Defendants Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") respectfully move this Court for an order *in limine* excluding at trial various evidence, references, and arguments that are specifically described in the accompanying memorandum of law. The grounds for this motion are set forth in more detail in the accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that this Court exclude from trial the specific items of evidence set forth in the accompanying memorandum of law.

Dated: April 16, 2010

                                              Respectfully submitted,

                                              SKADDEN, ARPS, SLATE,
                                                MEAGHER & FLOM LLP

                                        By:   /s/ Mark S. Cheffo
                                                  Mark S. Cheffo

                                              Four Times Square
                                              New York, NY 10036
                                              Tel: (212) 735-3000

-and-

NEAL & HARWELL, PLC

By: /s/ Gerald D. Neenan
Aubrey B. Harwell, Jr., No. 002559
W. David Bridgers, No. 016603
Gerald D. Neenan, No. 006710

2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
(615) 244-1713
(615) 726-0573 (fax)

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of April 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

Andrew G. Finkelstein, Esq.
Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburg, NY 12550

Charles F. Barrett, Esq.
Barrett & Associates, P.A.
6718 Highway 100, Suite 210
Nashville, TN 37205

Dara G. Hegar, Esq.
Ken S. Soh, Esq.
Maura Kolb, Esq.
Robert Leone, Esq.
W. Mark Lanier, Esq.
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

/s/ Gerald D. Neenan