IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next Kin of Richard Smith, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., et al.,<br><br>Defendants. | Civil No. 3:05-0444<br>Judge Aleta A. Trauger<br>(Dist. Of MA No.<br>1:05-cv-11515PBS) |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION
*IN LIMINE* TO EXCLUDE ANECDOTAL ADVERSE EVENT REPORTS**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of an email from Donald Dobbs to Dr. Alexander Ruggieri, dated April 1, 2008.

3. Attached as Exhibit B is a true and correct copy of a letter from Russell Katz, M.D., to Andrew G. Finkelstein, dated April 12, 2005.

4. Attached as Exhibit C is a true and correct copy of excerpts from the March 31, 2010, Testimony of David Franklin in *Shearer v. Pfizer*.

5. Attached as Exhibit D is a true and correct copy of excerpts from the April 1, 2010, Testimony of Charles King in *Shearer v. Pfizer*.

6. Attached as Exhibit E is a true and correct copy of excerpts from the transcript of the MDL court's *Daubert* hearing on June 20, 2008.

7.  Attached as Exhibit F is a true and correct copy of a letter from Andrew Finkelstein to FDA, dated March 21, 2005.

8.  Attached as Exhibit G is a true and correct copy of the April 4, 2008, Declaration of Keith Altman.

Signed under the penalties of perjury this 16th day of April 2010.

*Mark S. Cheffo*
Mark S. Cheffo

# CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of April 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

Andrew G. Finkelstein, Esq.
Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburg, NY 12550

Charles F. Barrett, Esq.
Barrett & Associates, P.A.
6718 Highway 100, Suite 210
Nashville, TN 37205

Dara G. Hegar, Esq.
Ken S. Soh, Esq.
Maura Kolb, Esq.
Robert Leone, Esq.
W. Mark Lanier, Esq.
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

　　　　　　　　　　　　　　　　　　/s/ Gerald D. Neenan