# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------------X
In re: NEURONTIN MARKETING, SALES PRACTICES,   : MDL Docket No. 1629
       AND PRODUCTS LIABILITY LITIGATION       :
                                               : Master File No. 04-10981
                                               :
------------------------------------------------------------------------X Judge Patti B. Saris
                                               :
THIS DOCUMENT RELATES TO:                      :
                                               :
                                               : Judge Trauger
Smith v. Pfizer, 3:05-0444                     :
                                               :
------------------------------------------------------------------------X

## PLAINTIFF'S SUPPLEMENTAL EXPERT DISCLOSURE

Plaintiffs, by and through their attorneys, FINKELSTEIN & PARTNERS, LLP, pursuant to Fed. R. Civ. P. 26(a)(2) and 26(e) hereby supplement previous expert disclosure as to expert Ron Maris, PhD, as it pertains to materials reviewed, considered and/or relied upon, and in providing opinion testimony that is consistent and supportive of their previously disclosed opinions in this litigation:

Patorno, E., et al., *Anticonvulsant Medication and the Risk of Suicide, Attempted Suicide, or Violent Death*, JAMA, April 14, 2010.

*Antiepileptic drugs and risk of suicide: a nationwide study*, in Pharmacoepidemiology and Drug Safety, March 2010.

Dated: April 14, 2010                FINKELSTEIN & PARTNERS, LLP
                                     Attorneys for Products Liability Plaintiffs

                                     By:    /s/ Kenneth B. Fromson
                                            Kenneth B. Fromson
                                            1279 Rte. 300, Box 1111
                                            Newburgh, NY 12551

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of April 2010, I caused to be served a true and correct copy of the foregoing Supplemental Expert Disclosure to:

Catherine Stevens
SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP
Attorneys for Defendants
Four Times Square
New York, NY 10036
(212) 735-3000
Catherine.Stevens@skadden.com

*Attorneys for Defendants Pfizer, et uno*

KENNETH B. FROMSON
Finkelstein & PARTNERS
*Attorney for Products Liability Plaintiffs*
1279 Rte. 300, Box 1111
Newburgh, NY 12551