# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In re: NEURONTIN          MDL Docket No. 1629
MARKETING, SALES          Master File No.
PRACTICES and PRODUCTS             04-10981
LIABILITY LITIGATION      Judge Patti B. Saris
                          Magistrate Judge
                          Leo T. Sorokin

RUTH SMITH,

    Plaintiff,          C. A. No.  05-11515
V.

PFIZER, INC., et al.,

    Defendants.

        Videotaped Deposition of:

        EDWARD MACKEY, M.D.

        Wednesday, May 23, 2007

## Page 2

```
 1
 2        STIPULATIONS
 3        It is stipulated and agreed, by
 4  and between the parties through their
 5  respective counsel, that the videotaped
 6  deposition of:
 7        EDWARD MACKEY, M.D., may be
 8  taken before Fred W. Jeske, court reporter and
 9  Tennessee Notary Public, at the offices of
10  Miller & Martin, 1200 US Bank Tower, 150 Fourth
11  Avenue, North, Nashville, Tennessee, on
12  Wednesday, May 23, 2007, commencing at
13  approximately 8:40 a.m.
14        It is further stipulated and
15  agreed that the signature to and reading of the
16  deposition by the witness is waived, the
17  deposition to have the same force and effect as
18  if full compliance had been had with all laws
19  and rules of Court relating to the taking of
20  depositions.
21
22
23
24
25
```

## Page 3

```
 1
 2        It is further stipulated and
 3  agreed that it shall not be necessary for any
 4  objections to be made by counsel to any
 5  questions, except as to form or leading
 6  questions, and that counsel for the parties may
 7  make objections and assign grounds at the time
 8  of the trial, or at the time said deposition is
 9  offered in evidence, or prior thereto.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1  APPEARANCES:
 2  For the Plaintiff:
       ANDREW G. FINKELSTEIN
 3     KEITH ALTMAN
       Finkelstein & Partners
 4     436 Robinson Avenue
       Newburgh, New York 12550
 5     (800) 634-1212
       afinkelstein@lawampm.com
 6  -and-
       W. MARK LANIER
 7     ROBERT LEONE
       DARA HEGAR
 8     PATRICK O'HARA
       The Lanier Law Firm
 9     6810 FM 1960 West
       Houston, Texas 77069
10     Post Office Box 691448
       Houston, Texas 77269-1448
11     (713) 659-5200
       wml@lanierlawfirm.com
12
    For the Defendant Pfizer:
13     KENNETH J. FERGUSON
       CEDRIC E. EVANS
14     Clark, Thomas & Winters
       300 West 6th Street, 15th Floor
15     Austin, Texas 78701
       P.O. Box 1148
16     Austin, Texas 78767
       (512) 472-8800
17     cee@ctw.com
18  For the witness:
       NOEL F. STAHL
19     Miller & Martin
       1200 one Nashville Place
20     150 Fourth Avenue North
       Nashville, Tennessee 37219
21     (615) 744-8503
       nstahl@millermartin.com
22
    Also present:
23
       Jonathan Wilkerson, law clerk
24     Sheldon Singh, videographer
25              -oOo-
```

## Page 5
```
 1              TABLE OF CONTENTS
 2                                   Page
              EDWARD MACKEY, M.D.
 3
       Direct By Mr. Lanier           7
 4     Cross By Mr. Ferguson         44
       Re-Direct By Mr. Lanier       93
 5     Re-Cross By Mr. Ferguson     107
 6
 7              EXHIBITS
 8  Exhibit   Description           Page
 9  Exhibit 1  Curriculum vitae       8
10  Exhibit 2  Medical records        8
11  Exhibit 3  Pfizer records        15
12  Exhibit 4  Neurontin product label   18
13  Exhibit 5  Information           21
14  Exhibit 6  FDA Division of       35
              Neuropharmacological Drug
15            Products Combined
              Medical-Statistical Review
16            10/13/93
17  Exhibit 7  Affidavit of David Franklin, 38
              Ph.D.
18
19  REPORTER'S CERTIFICATE          112
20              -oOo-
21
22
23
24
25
```

| Page 74 | Page 76 |
|---|---|
| 1 Q. How about medical literature, do you<br>2 ever read medical literature with regard to<br>3 risks and benefits of medications?<br>4 A. I don't get literature sent to me on<br>5 that. It's what's provided to me by detail<br>6 people, and that's -- and again, as I mentioned<br>7 earlier, you know, resources you have within<br>8 your own group as partners.<br>9 Q. Sure.<br>10 A. But, no, I don't read literature<br>11 regarding pain management.<br>12 Q. Do you read literature, period?<br>13 A. Yeah.<br>14 Q. Do you subscribe to journals?<br>15 A. Yeah. Yes.<br>16 Q. You have discussions with other<br>17 colleagues in your group, correct, --<br>18 A. Yes.<br>19 Q. -- about medications in general?<br>20 A. Yes.<br>21 Q. And other colleagues outside your<br>22 group; correct?<br>23 A. Absolutely.<br>24 Q. And you rely on your own experience<br>25 significantly, don't you? | 1 A. That is correct.<br>2 Q. You don't have any present recollection<br>3 of any conversations with Pfizer, detailers or<br>4 sales reps during the 2002, 2003, 2004 time<br>5 frame?<br>6 A. Well, Pfizer or any set -- can I answer<br>7 with any sales rep?<br>8 Q. Sure.<br>9 A. I don't know who's aligned with who.<br>10     I do recall talking with<br>11 somebody, I don't know who it was, during that<br>12 time frame regarding Neurontin.<br>13 Q. Okay.<br>14 A. I mean it's natural that they would<br>15 come talk to me as a spine surgeon more so<br>16 probably than talking to Clendenin or Nichols,<br>17 but I mean less so compared to them but<br>18 certainly more than Allen Anderson, who would<br>19 not treat that at all.<br>20     So I feel, though I couldn't --<br>21 probably greater than 50 percent certainty, you<br>22 know, not 90 percent.<br>23 Q. So you think more likely than not some<br>24 Pfizer --<br>25 A. Yes. |

| Page 75 | Page 77 |
|---|---|
| 1 A. I do.<br>2 Q. If you determine that the risks of a<br>3 medication outweigh the benefits for a<br>4 particular patient you'd stop prescribing it<br>5 for that patient; correct?<br>6 A. That's correct.<br>7 Q. With regard to Mr. Lanier talked about<br>8 sales people or detail people, you know who<br>9 those are?<br>10 A. Yes.<br>11 Q. To your knowledge, you don't recall any<br>12 detail person or sales representative from<br>13 Pfizer during the 2002-2003 time period coming<br>14 to talk to you about Neurontin?<br>15 A. I'm pretty sure I've spoken to some<br>16 people in my office regarding it. I know I had<br>17 samples in my office during the time. So I<br>18 don't know why there's no signature there other<br>19 than Dr. Anderson shares the same pod with me<br>20 and there is the chance that he just wound up<br>21 signing for it instead of me. So --<br>22 Q. Signing for the samples?<br>23 A. Yes.<br>24 Q. Because a physician has to sign for<br>25 samples; correct? | 1 Q. -- sales representative came and talked<br>2 to you about, about Neurontin?<br>3 A. Or whomever. Somebody with Neurontin.<br>4 Q. Okay.<br>5 A. Again Pfizer, Parke-Davis, Warner-<br>6 Lambert.<br>7 Q. Sure. More likely than not you had<br>8 such a discussion. Do you recall anything<br>9 about what discussion was had in that<br>10 meeting?<br>11 A. Just again what I would use it for, and<br>12 that is neuropathic pain. And I recall a<br>13 discussion about a study coming out that shows<br>14 on-label use of it at some point, but I<br>15 can't -- and that was -- that may have been<br>16 after or during this time, I don't recall.<br>17 Q. Okay. You're a little vague on that?<br>18 A. Um, you know, it's asking something<br>19 that's -- you know, I got so many other things<br>20 going through.<br>21 Q. I understand.<br>22 A. To remember three or four, five years<br>23 ago. And I -- it could be longer than that.<br>24 Q. Okay.<br>25 A. But I -- I guess what I want to tell |