# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

IN RE: NEURONTIN MARKETING, SALES )
PRACTICES AND PRODUCTS LIABILITY  )
LITIGATION                         )
                                   )
                                   )
                                   )
                                   )
                                   )
                                   ) CASE NO.
                                   ) 04-10981
THIS DOCUMENT RELATES TO:          )
                                   )
RUTH SMITH, Individually and as    )
Widow for the use and benefit of   )
herself and the next of kin of     )
Richard Smith, deceased.           )
                                   )
05-CV-11515                        )
                                   )

DEPOSITION OF

PAMELA KRANCER, APN

Taken on Behalf of the Plaintiffs

June 8, 2007

## Page 2

```
 1  APPEARANCES:
 2  For the Plaintiff:
 3      MARK LANIER
        DARA HEGAR
 4      PATRICK O'HARA
        Lanier Law Firm
 5      6810 F.M. 1960 West
        Houston, Texas 77069
 6      713.659.5200
        713.659.6416
 7      wml@lanierlawfirm.com
 8      ANDREW G. FINKELSTEIN
        Finkelstein & Partners
 9      436 Robinson Avenue
        Newburgh, New York 12550
10      800.634.1212
        afinkelstein@lawampm.com
11
12  For the Defendant:
13      KENNETH J. FERGUSON
        Clark, Thomas & Winters
14      P.O. Box 1148
        Austin, Texas 78767
15      512.472.8800
        512.474.1129
16      kjf@ctw.com
17
    Also Present: Jason Powers, Videographer
```

## Page 3

```
                INDEX
WITNESS: PAMELA KRANCER
         INDEX OF EXAMINATIONS
                    Page/Line
By Mr. Lanier ................  6   2
By Mr. Ferguson ..............  18  3
By Mr. Lanier ................  32  11
By Mr. Ferguson ..............  36  12
         INDEX OF EXHIBITS
                    Page/Line
No. 1 ........................  10  18
No. 2 ........................  19  3
```

## Page 4

The deposition of PAMELA KRANCER, APN, taken on behalf of the Plaintiffs, on the 8th day of June, 2007, in the offices of Howell Allen Clinic, 2011 Murphy Avenue, Suite 401, Nashville, Tennessee, for all purposes under the Federal Rules of Civil Procedure.

The formalities as to notice, caption, certificate, et cetera, are waived. All objections, except as to the form of the questions, are reserved to the hearing.

It is agreed that Elisabeth A. Miller, being a Notary Public and Court Reporter for the State of Tennessee, may swear the witness, and that the reading and signing of the completed deposition by the witness are waived.

* * *

## Page 5

PAMELA KRANCER, APN, was called as a witness, and after having been first duly sworn, testified as follows:

Page 30

1  Q.  Do you recall as you sit here whether --
2  when you prescribed, back in 2004, Neurontin for
3  Mr. Smith, whether there were any warnings or
4  precautions in the Neurontin label regarding
5  suicide or depression?
6  A.  I don't remember.
7  Q.  Okay. And that's fair. I just want to
8  make sure.
9  A.  Yeah.
10 Q.  Y'all -- you work in a neurosurgeon's
11 office, correct?
12 A.  Yes, sir.
13 Q.  And you worked at neurosurgeon's office
14 back in 2004, the time period we're talking about?
15 A.  Yes, sir.
16 Q.  Neurosurgeons, I guess, by definition, are
17 brain surgeons?
18 A.  Yes, sir.
19 Q.  And as people who work on the brain, is it
20 fair to say they -- that they sometimes need to
21 prescribe antiseizure medications?
22 A.  Yes.
23 Q.  Antiepileptic drugs, correct?
24 A.  Yes, sir.
25 Q.  Or sometimes referred to as AED's?

Page 31

1  A.  Yes, sir.
2  Q.  And, in fact, in your office back in the
3  2004 time period, did y'all use Neurontin as an
4  antiepileptic drug?
5  A.  Yes, sir, we did.
6  Q.  When I say you, I mean did y'all
7  prescribe, for your patients, Neurontin as an
8  antiepileptic drug?
9  A.  Yes, sir.
10 Q.  Mr. Lanier asked you whether the territory
11 or the pharmaceutical representatives talked about
12 the affect of Neurontin on norepinephrine or
13 serotonin. Is it fair to say that generally when
14 you talked to pharmaceutical representatives about
15 medications, you don't talk in detail about the
16 pharmacology of the drug?
17 A.  Usually not. And a lot of times, if it's
18 to present us with new literature, you know, they
19 bring articles. And I can't say with Neurontin
20 they did that, but a lot of times they bring us
21 new literature, new information on medication,
22 things like that. But for the most part, you
23 know, it's -- it's just to talk to them, make sure
24 we're not having any trouble with the medication.
25      And, you know, at the time, Neurontin was

Page 32

1  very expensive, and samples were very important to
2  our patients, because it was -- so, you know.
3  That's just it.
4  Q.  Fair enough.
5      MR. FERGUSON: Thank you very much
6  for your time Ms. Krancer. I'll pass the witness.
7      How much time?
8      THE VIDEOGRAPHER: 14, 51 is what you
9  have used.
10     E X A M I N A T I O N
11 BY MR. LANIER:
12 Q.  Do you yourself treat epileptics?
13 A.  We treat patients with brain tumors that
14 are on prophylactic medication for seizures.
15 Q.  When you have been visited by the sales
16 folks from the Neurontin drug, have they detailed
17 you on using it for pain relief like you were
18 doing for Mr. Smith?
19 A.  I can't remember -- I don't remember that,
20 and I have to be honest.
21 Q.  That's okay.
22     In some of the notes that they put on
23 here --
24 A.  Because I --
25 Q.  Go ahead.

Page 33

1  A.  I don't remember when it was for herpetic
2  pain, and -- I mean, there's been a lot of
3  transition with the medication, and I don't
4  remember the chronologic changes with the drug.
5  Q.  Okay.
6  A.  That's just being honest. So when the
7  drug changed, it's what we were using it for. I'm
8  not sure I can tell you exactly the date when all
9  that happened.
10 Q.  Mr. Smith was not epileptic, was he?
11 A.  No.
12 Q.  You weren't prescribing it for him for
13 epilepsy, were you?
14 A.  No.
15 Q.  You were prescribing it for him for pain
16 relief?
17 A.  Neuropathic pain relief.
18 Q.  Did you know that was an off-label
19 prescription?
20 A.  Yes.
21 Q.  I was assuming that a drug rep or someone
22 had told you that it was useful for pain relief or
23 could be used in that way. Is that something you
24 got on your own, or is that something that came
25 from a -- were you detailed to that?