IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next Kin of Richard Smith, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., *et al.*,<br><br>Defendants. | Civil No. 3:05-0444<br>Judge Aleta A. Trauger<br>(Dist. Of MA No.<br>1:05-cv-11515PBS) |

**DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS'
MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF CHARLES KING**

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of excerpts from the expert report for Charles King, III.

3. Attached as Exhibit B is a true and correct copy of excerpts from the October 28, 2008, deposition of Charles King, III.

4. Attached as Exhibit C is a true and correct copy of excerpts from the transcript of the April 1, 2010, trial proceedings in the case *Shearer v. Pfizer*.

Signed under the penalties of perjury this 16th day of April, 2010.

*/s/ Mark S. Cheffo/*
Mark S. Cheffo

# CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of April 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

| | |
|---|---|
| Andrew G. Finkelstein, Esq.<br>Kenneth B. Fromson, Esq.<br>Finkelstein & Partners, LLP<br>436 Robinson Avenue<br>Newburg, NY 12550 | Charles F. Barrett, Esq.<br>Barrett & Associates, P.A.<br>6718 Highway 100, Suite 210<br>Nashville, TN 37205 |

Dara G. Hegar, Esq.
Ken S. Soh, Esq.
Maura Kolb, Esq.
Robert Leone, Esq.
W. Mark Lanier, Esq.
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

/s/ Gerald D. Neenan