# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
MDL DOCKET NO. 1629

In re: NEURONTIN MARKETING, )
)
SALES PRACTICES AND PRODUCTS ) DEPOSITION UPON
) ORAL EXAMINATION
LIABILITY LITIGATION. ) OF
) RUTH B. SMITH
)
) V O L U M E   1
)

T R A N S C R I P T of the stenographic notes of JANE LORFING COLWELL, a Certified Shorthand Reporter and Notary Public of the State of New Jersey, taken at the Four Points by Sheraton Newark Airport, 901 Spring Street, Elizabeth, New Jersey, on Thursday, April 12, 2007, commencing at 9:09 a.m.

REPORTING SERVICES ARRANGED THROUGH:
VERITEXT REPORTING COMPANY
25B Vreeland Road, Suite 301
Florham Park, New Jersey 07932

## Page 2

```
 1  APPEARANCES:
 2  FINKELSTEIN & PARTNERS, LLP
      436 Robinson Avenue
 3    Newburgh, New York 12550
      (800) LAW-AMPM
 4  BY: ANDREW G. FINKELSTEIN, ESQ.
         afinkelstein@lawampm.com
 5    For the Plaintiffs Smith
 6  CLARK, THOMAS & WINTERS, A PROFESSIONAL
      CORPORATION
 7    300 West 6th Street, 15th Floor
      P.O. Box 1148
 8    Austin, Texas 78767
      (512) 472-8800
 9  BY: KENNETH J. FERGUSON, ESQ.
         kjf@ctw.com
10    For the Defendants Pfizer and Warner-Lambert
11
    ALSO PRESENT:
12
      Daniel McClutchy, Videographer
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 3

```
 1           I N D E X
 2  WITNESS                        PAGE
 3  RUTH B. SMITH
 4  Direct examination by Mr. Ferguson    5
 5
 6           E X H I B I T S
 7  EXHIBIT    DESCRIPTION         MARKED
 8  1    Copy of Medical Records with    4
         Handwritten Notations
 9
    2    Page from Questionnaire        100
10
    3    Eckerd Rx Advisor              142
11
    4    Letter Written by Dr. Wood     159
12
    5    Copy of Handwritten Note       182
13
14
15
16
17
18
19
20
21
22
23
24
25
```

## Page 4

```
 1         (Exhibit 1, Copy of Medical Records with
 2     Handwritten Notations, marked for
 3     identification.)
 4         THE VIDEOGRAPHER: Good morning. My
 5  name is Daniel McClutchy of Veritext/New Jersey. The
 6  date today is April 12, 2007, and the time is
 7  approximately 9:09 a.m.
 8         This deposition is being held at the
 9  Four Points Sheraton in Elizabeth, New Jersey, 901
10  Spring Street. The caption of this case is In re:
11  Neurontin Marketing, Sales Practices and Products
12  Liability Litigation in the U.S. District Court,
13  District of Massachusetts, Docket No. 1629, Master
14  File No. 04109811. The name of the witness is Ruth
15  B. Smith.
16         At this time the attorneys will identify
17  themselves and the parties they represent, after
18  which our court reporter, Jane Colwell, will swear in
19  the witness and we can proceed.
20         MR. FINKELSTEIN: On behalf of Richard
21  Smith, Ruth Smith, and the Smith family, Andrew
22  Finkelstein, Finkelstein Partners.
23         MR. FERGUSON: Ken Ferguson, Clark,
24  Thomas & Winters, in Austin, Texas, representing
25  Warner-Lambert and Pfizer.
```

## Page 5

```
 1  RUTH B. SMITH,
 2     301 Autumn Chase Drive, Nashville, Tennessee
 3     37214, having been first duly sworn, testifies
 4     as follows:
 5  DIRECT EXAMINATION BY MR. FERGUSON:
 6     Q   Would you state your full name, please,
 7  ma'am.
 8     A   Ruth B. Smith.
 9     Q   What is your address?
10     A   301 Autumn Chase Drive, Nashville,
11  Tennessee, ZIP code 37214.
12     Q   Could you give us your date of birth,
13  please.
14     A   Yes. 2/28/26.
15     Q   And could you give your Social Security
16  number to us, please.
17     A   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.
18     Q   Have you ever given a deposition like
19  this before, or is this the first time?
20     A   My first time.
21     Q   And I am sure you talked to your
22  attorney about what will be going on today; correct?
23     A   Yes.
24     Q   I will be asking you some questions
25  regarding your claim against my clients. You
```

Page 110

1  MR. FERGUSON: Sure. April 30 of 2003.
2  Q   So within a month after the surgery --
3  about a month after the surgery; right?
4  A   Yes.
5  Q   Do you recall your husband being very
6  concerned because he was continuing with pain a month
7  or so out from the surgery?
8  A   I would be concerned myself. And I'm
9  sure he was concerned.
10 Q   And did he tell you he was concerned?
11 A   He didn't exactly say that words that I
12 recall.
13 Q   On May 2, 2003, there's a note from
14 Dr. McCombs' office indicating they spoke with
15 patient's daughter. Do you know which daughter that
16 would have been who may have called Dr. McCombs'
17 office?
18 A   I actually do not know, to be honest,
19 which doctor -- I mean which daughter. I've got four
20 at the time, so I don't know.
21 Q   Sure. And did some of the -- your four
22 daughters take more of a -- become more involved in
23 your husband's care as opposed to others?
24 A   No.
25 Q   So they were all obviously all

Page 111

1  interested, but --
2  A   Sure.
3  Q   -- but you can't say which one you think
4  was more likely to have called?
5  A   That's correct.
6  Q   And the comment here says, "spoke with
7  patient's daughter. States patient wishes he could
8  die because of pain and depression."
9      Did you ever have any discussion with
10 any of your daughters regarding the fact that they
11 believed that your husband wishes he could die
12 because of pain and depression?
13 A   He never did express that to me, but
14 evidently he did to the girls at times. I am not
15 aware of it, not actually.
16 Q   And you said he never expressed that to
17 you; correct?
18 A   Not that I could die.
19 Q   What -- did he make any expression to
20 you of concern about not wanting to go on because of
21 the pain, anything like that?
22 A   No.
23     MR. FINKELSTEIN: At any time?
24     MR. FERGUSON: Well, let's focus on this
25 May 2, 2003, period.

Page 112

1  Q   Did he tell you that then, let's say in
2  the month or so following the surgery on his back,
3  did he ever say "I just can't go on like this"?
4  Anything like that?
5  A   I don't recall if he did.
6  Q   Have you ever had conversations with
7  your daughters at any time up to the present in which
8  any of them indicated to you that he had told them
9  that he said he wishes he could die or couldn't go on
10 because of the pain?
11 A   Well, Ken, there's a lot of conversation
12 that goes on. I don't recall.
13 Q   There's a note from May the 5th of 2003
14 from Dr. McCombs indicating your husband actually
15 went to see him on that day, and Dr. McCombs noted he
16 developed new symptoms of increased leg pain.
17     Do you recall in this early May time
18 period that he was reporting having increased leg
19 pain?
20 A   The pain just went on so much that I
21 don't recall any specific stuff.
22 Q   On this visit, according to Dr. McCombs'
23 note, it says he was given a prescription for two
24 medications, including one called Neurontin. Were
25 you present at that appointment where Dr. McCombs

Page 113

1  indicated that he prescribed Neurontin?
2  A   Yes.
3  Q   And how did you happen to be along on
4  that visit?
5  A   Well, I probably drove the car for him.
6  Q   During this time period he was unable to
7  drive on his own?
8  A   He could, but I just felt like it was
9  better if I would drive.
10 Q   So did you go in and talk to the doctor,
11 or did you wait in the waiting room for him?
12 A   That's a rather large office. I don't
13 recall when I went -- I may have gone back into just
14 the hall, but not into the room with him.
15 Q   Do you personally recall any discussion
16 that you heard from the doctor regarding the drug
17 Neurontin?
18 A   No, I don't.
19 Q   And same, do you recall any discussion
20 from any of the doctor's office staff on that visit
21 on May 5 of 2003 regarding the drug Neurontin?
22 A   No.
23 Q   Did you have a discussion that day with
24 your husband about a prescription that Dr. McCombs
25 may have given for the drug Neurontin?

1  A  No.
2  Q  If you get a prescription -- during that
3  time period, if your husband had gotten a
4  prescription, where would he have filled that
5  prescription?
6  A  Eckerd's drugstore.
7  Q  Any particular Eckerd's drugstore?
8  A  On Gallatin, G-A-L-L-A-T-I-N, Road.
9  Q  Does that Eckerd's still exist?
10 A  It does.
11 Q  Is it an Eckerd's still?
12 A  Yes.
13 Q  Hasn't turned into a CVS?
14 A  No, there's one on the other corner,
15 though, and a Walgreens, also.
16 Q  On this visit on May 5 of 2003, assuming
17 your husband was either prescribed or given
18 Neurontin, you didn't know anything about it?
19 A  No.
20 Q  Did you personally ever -- and I am
21 going -- fast forwarding here ahead until the time of
22 his death -- did you ever have any discussion with
23 your husband at all about the drug Neurontin?
24 A  No.
25 Q  Were you ever aware during his lifetime

1  that he had been on a drug called Neurontin?
2  A  During his lifetime?
3  Q  Yes, ma'am.
4  A  No.
5  Q  So you know we are here talking about a
6  case that involves the drug Neurontin.
7  A  Right.
8  Q  But the first time you ever even knew
9  your husband had ever taken Neurontin was sometime
10 after his death; is that accurate?
11 A  Oh, I knew he was on Neurontin before
12 his death, but I didn't know anything about the drug.
13    MR. FINKELSTEIN: He's simply asking
14 your awareness that he was taking it.
15    THE WITNESS: He was taking or wasn't?
16    MR. FINKELSTEIN: Was taking it at any
17 time.
18    THE WITNESS: Yes.
19 Q  Let me be clear.
20 A  Okay.
21 Q  When did you become aware -- and I am
22 not saying you know anything about the drug Neurontin
23 or knew anything -- but when did you become aware
24 that he was taking a medication called Neurontin?
25 A  That I was aware that he was taking a

1  medication called Neurontin? When did I become aware
2  of that?
3  Q  Yes.
4  A  Well, I became aware of it when I picked
5  up the prescription for him.
6  Q  All right. And when was that?
7  A  March the 9th. We are not up to that
8  yet, are you, of 2004?
9  Q  No, we are not -- I am fast forwarding
10 here so just -- so on March 9 of 2004 you became
11 aware that he was on a drug called Neurontin because
12 you physically went and picked up the prescription
13 for him?
14 A  I did.
15 Q  If he had ever been on the drug
16 Neurontin before March 9 of 2004, is it fair to say
17 you weren't aware of it at that time?
18 A  Yes.
19 Q  Again, focusing back on the May 5 of
20 2003 visit that you drove him to when he saw
21 Dr. McCombs, even if he didn't use the name of the
22 drug Neurontin, did he say he was on any new
23 medications or Dr. McCombs had prescribed any new
24 medications for him when you talked to him on that
25 day?

1  A  When I talked to whom?
2  Q  When you talked to Richard, did he tell
3  you he was on any new medications?
4  A  No.
5  Q  And I understand he was on a number of
6  medications over the years.
7  A  Yes.
8  Q  And you all probably didn't discuss each
9  one.
10 A  No.
11 Q  But I am just trying to focus on whether
12 there was any conversation regarding Neurontin or a
13 new medication he was on back on May 5 of 2003. You
14 don't recall that?
15 A  I don't recall him being on one.
16 Q  It appears that your husband went to see
17 Dr. Cato, your primary care physician, on May 15 of
18 2003. Do you know if you would have driven him to
19 that appointment or gone along with him on that
20 appointment?
21 A  I don't recall. I could have. I don't
22 recall.
23 Q  In that record, Dr. Cato -- is Dr. Cato
24 a physician who has known -- knew Richard for a
25 number of years?