# EXHIBIT D

Franklin, David P.
page 1

```
 1            UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3     ---------------------------------------x
 4     UNITED STATES OF AMERICA AND
 5     DAVID FRANKLIN,
 6                    Plaintiffs,
 7     v.              No. 96-11651-PBS
 8     PARKE-DAVIS, DIVISION
 9     OF WARNER-LAMBERT COMPANY,
10                    Defendant.
11     ---------------------------------------x
12     Volume: II           Pages: 1-342
13
14          CONTINUATION DEPOSITION OF DAVID P.
15     FRANKLIN, a witness called on behalf of the
16     Plaintiff, taken pursuant to the provisions
17     of the Massachusetts Rules of Civil
18     Procedure, before Linda Bernis, a Registered
19     Professional Reporter and Notary Public in
20     and for the Commonwealth of Massachusetts,
21     at the offices of Hare & Chaffin, 160
22     Federal Street, Boston, Massachusetts, on
23     Wednesday, September 13, 2000, commencing at
24     9:15 a.m.
```

page 1

Franklin, David P.
page 227

```
 1         Parke-Davis program."
 2                Do you see that?
 3    A.   Yes.
 4    Q.   When you refer to package of monetary
 5         incentives, can you list for me what the
 6         package was?
 7    A.   Speakers Bureau, preceptorships, which were
 8         often referred to as shadowing programs,
 9         consultantships, record reviews.
10    Q.   Anything else?
11    A.   That's it.
12    Q.   Did you ever provide any of these monetary
13         incentives to any physicians?
14    A.   I did not, no.
15    Q.   None of them, no speakers?
16    A.   No, I hadn't been there long enough.
17    Q.   Are you aware of -- strike that.
18    A.   I'm sorry. There were also Olympic tickets.
19    Q.   Now, including Olympic tickets, did you
20         provide those to anyone?
21    A.   No.
22    Q.   If you could turn to page 11 of Exhibit 3.
23         You refer to a meeting of the Northeast CBU
24         that you attended in Farmington, Connecticut
```

page 227

Franklin, David P.
page 228

```
 1         on April 22, 1996.  Do you see that?
 2   A.    Yes.
 3   Q.    Do you recall that meeting?
 4   A.    Yes.
 5   Q.    Did you take notes of that meeting?
 6   A.    I don't recall.
 7   Q.    Did you tape-record that meeting?
 8   A.    No.
 9   Q.    You attribute some language here to Ford.
10         You're referring to John Ford?
11   A.    Yes.
12   Q.    And, again, this is not based on notes and
13         it is not based on the recorded
14         conversations, it is based on your
15         recollection of what he said?
16   A.    Yes.
17   Q.    The third from the last line refers to, "I
18         don't want to hear that safety crap."
19   A.    Yes.
20   Q.    What did you understand -- first, do you
21         believe he used those words?
22   A.    Yes.
23   Q.    What do you understand him to be referring
24         to?
```

page 228