IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next Kin of Richard Smith, Deceased,<br><br>        Plaintiff,<br><br>v.<br><br>PFIZER, INC., *et al.*,<br><br>        Defendants. | Civil No. 3:05-0444<br>Judge Aleta A. Trauger<br>(Dist. Of MA No.<br>1:05-cv-11515PBS) |

## DECLARATION OF MARK S. CHEFFO IN SUPPORT OF DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE OF ANY LOSS OF CONSORTIUM DAMAGES SUFFERED BY DECEDENT'S CHILDREN

I, Mark S. Cheffo, declare and state as follows:

1. I am a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel for Defendants Pfizer Inc and Warner-Lambert Company LLC. I make this declaration based on my own personal knowledge and information.

2. Attached as Exhibit A is a true and correct copy of pertinent sections of the Code of 1858.

3. Attached as Exhibit B is a true and correct copy of Acts 1871, Ch. 78.

4. Attached as Exhibit C is a true and correct copy of Acts 1883, Ch. 186.

5. Attached as Exhibit D is a true and correct copy of Acts 1897, Ch. 86.

6. Attached as Exhibit E is a true and correct copy of Acts 1975, Ch. 284.

7. Attached as Exhibit F is a true and correct copy of Acts 1985, Ch. 140.

Signed under the penalties of perjury this 16th day of April, 2010.

*/s/ Mark S. Cheffo*
Mark S. Cheffo

# CERTIFICATE OF SERVICE

I hereby certify that on this the 16th day of April 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

Andrew G. Finkelstein, Esq.
Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
436 Robinson Avenue
Newburg, NY 12550

Dara G. Hegar, Esq.
Ken S. Soh, Esq.
Maura Kolb, Esq.
Robert Leone, Esq.
W. Mark Lanier, Esq.
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Charles F. Barrett, Esq.
Barrett & Associates, P.A.
6718 Highway 100, Suite 210
Nashville, TN 37205

/s/ Gerald D. Neenan