# EXHIBIT A

# THE
# CODE OF TENNESSEE.

ENACTED BY THE

## GENERAL ASSEMBLY OF 1857-'8.

PREPARED AND EDITED BY

RETURN J. MEIGS AND WILLIAM F. COOPER.

---

REVISED BY A SUB-COMMITTEE OF THE LEGISLATURE,

COMPOSED OF

JOSEPH B. HEISKELL, CHAIRMAN,

MICAJAH BULLOCK, AND SAMUEL T. BICKNELL.

PUBLISHED BY AUTHORITY OF THE LEGISLATURE.

NASHVILLE, TENNESSEE.
E. G. EASTMAN AND COMPANY, STATE PRINTERS.
1858.

TENNESSEE STATE LAW LIBRARY
3140
OCT 15 1975
NASHVILLE, TENN.
SUPREME COURT BUILDING



## ARTICLE XV.

RIGHTS OF WIDOW AND CHILDREN TO USE OF CERTAIN PROPERTY, TO EXEMPTIONS, TO YEAR'S SUPPORT, TO SUE FOR INJURIES TO DECEDENT, TO LIFE POLICY.



| Section | Section |
|---|---|
| 2284. Widow's power before grant of administration. | 2290. Representative trustee of property. |
| 2285, 2286. Year's support of widow and family. | 2291. Right of action of deceased passes to widow and kin. |
| 2287. Children to have year's support, when. | 2292. How suit to be prosecuted, costs, etc. |
| 2288. Property exempt from execution to go to widow. | 2293. Action begun by deceased, survives to widow and kin. |
| 2289. To children if no widow. | 2294. Insurance on life of deceased, inures to widow and kin. |

**Widow's power.**  2284. Where a man shall die intestate leaving a widow, until letters of administration are granted, she may—

1. Take into her possession and care, all the personal estate of her deceased husband, and the crop then growing;
2. Make use of such part of said crop, and of the provisions on hand, as may be necessary for the support of herself and family;
3. And also use the slaves, stock, and plantation utensils for the purpose of completing, securing, and selling such crop.

**Year's support.**  2285. Upon the application of the widow of an intestate, or of a widow who dissents from her husband's will, the County Court shall appoint three freeholders, unconnected with her either by consanguinity or affinity, who, being first duly sworn to act impartially, shall set apart so much of the crop, stock, provisions, moneys on hand or due, or other assets, as may be necessary for the support of such widow and her family, until the expiration of one year after the decease of her husband.

**Same.**  2286. And the moneys and effects so set apart shall be the absolute property of the widow for said uses; and shall not be taken into the account of the administration of the estate of said intestate, nor seized upon any precept or execution.

**Children to have year's support, when.**  2287. And if there be no widow, or she die before the year's support is set apart, the same provision shall be made for the children of the intestate, or of the widow, or of both, under the age of fifteen.

**Property exempt from execution to go to widow.**  2288. The property exempt, by law, from execution, shall, on the death of the husband, be exempt from execution in the hands of, and be vested in the widow, without regard to the size or solvency of the estate of the deceased, for herself, and in trust for the benefit of the children of the deceased, or of the widow, or of both; and shall not go to the executor or administrator.

Case 3:05-cv-00444   Document 127-1   Filed 04/16/10   Page 3 of 4 PageID #: 2113

2289. And in case there be no widow, and the estate be insolvent, such property shall be exempt for the benefit of the minor children under fifteen. <span style="float:right">Or to children.</span>

2290. The administrator shall be trustee for the management of the property so set apart for the support of the children, until the appointment of a guardian, to whom he shall pay it over, and take his receipt. <span style="float:right">Representative, trustee of same.</span>

2291. The right of action, which a person who dies from injuries received from another, or whose death is caused by the wrongful act or omission of another, would have had against the wrong-doer, in case death had not ensued, shall not abate or be extinguished by his death; but shall pass to his personal representative for the benefit of his widow and next of kin, free from the claims of his creditors. <span style="float:right">Right of action of deceased passes to widow and kin.</span>

2292. The action may be instituted by the personal representative of the deceased; but if he decline it, the widow and children of the deceased may, without the consent of the representative, use his name in bringing and prosecuting the suit, on giving bond and security for costs, or in the form prescribed for paupers. The personal representative shall not in such case be responsible for costs, unless he sign his name to the prosecution bond. <span style="float:right">How suit is prosecuted.</span>

2293. If the deceased had commenced an action before his death, it shall proceed without a reviver. The damages shall go to the widow and next of kin, free from the claims of the creditors of the deceased, to be distributed as personal property. <span style="float:right">Action begun by deceased survives to widow and kin.</span>

2294. A life insurance effected by a husband on his own life shall inure to the benefit of the widow and next of kin, to be distributed as personal property free from the claims of his creditors. <span style="float:right">Life insurance goes to widow and kin.</span>

## ARTICLE XVI.

### RENDERING ACCOUNTS AND SETTLEMENT OF ADMINISTRATION.

SECTION
- 2295. Account of representative.
- 2296. Commissioner to settle account when clerk is interested.
- 2297. Citation to appear and settle, disobedience.
- 2298. Notice of accounting to parties interested.
- 2299. Examination of representative.
- 2300. Continuance of settlement.
- 2301. Charges and discharges.
- 2302. Exceptions to account.
- 2303. Inventory may be shown to be incomplete, when.

SECTION
- 2304. Appeal from judgment of County Court.
- 2305. Settlement prima facie evidence.
- 2306. Fees and compensation of clerk.
- 2307. Balance, payment of, how enforced, etc.
- 2308, 2309. Disobedience of citation to settle, indictment and fine for.
- 2310. List of delinquents to be returned to Circuit Court.

2295. After the lapse of two years from the qualification of every executor or administrator, the Clerk of the County <span style="float:right">Account of representative.</span>

Case 3:05-cv-00444   Document 127-1   Filed 04/16/10   Page 4 of 4 PageID #: 2114