# EXHIBIT B

## CHAPTER LXXVIII.

AN ACT to amend sections 2291–2292 of the Code of Tennessee.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That section 2291 of the Code of Tennessee, be so amended as to provide that the right of action which a person, who dies from injuries received from another, or whose death is caused by the wrongful act, omission, or killing by another, would have had against the wrong doer in case death had not ensued, shall not abate or be extinguished by his death, but shall pass to his widow, and in case there is no widow, to his children, or to his personal representative, for the benefit of his widow or next of kin, free from the claims of his creditors.

*Code, section 2291 of, amended.*

*Right of action in case of injuries or death.*

SEC. 2. *Be it further enacted,* That section 2292 be so amended as to allow the widow, or if there be no widow, the children, to prosecute suit, and that this remedy is provided in addition to that now allowed by law in the class of cases provided for by said section and section 2291 of the Code, which this Act is intended to amend.

*Code, section 2292 of, amended.*

SEC. 3. *Be it further enacted,* That this Act take effect from and after its passage, the public welfare requiring it.

Passed December 11, 1871.

JAMES D. RICHARDSON,
*Speaker of the House of Representatives.*
JOHN C. VAUGHN,
*Speaker of the Senate.*

Received at Executive Office, December 14, 1871, and approved December 14, 1871.

JOHN C. BROWN, *Governor.*

---

## CHAPTER LXXIX.

AN ACT to provide support for the Tennessee Hospital for the Insane.

*Insane Hospital, appropriation to*

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That the sum of sixty-five thousand dollars annually, for the ensuing two years of any moneys in the Treasury of the State, shall be placed to

Case 3:05-cv-00444   Document 127-2   Filed 04/16/10   Page 2 of 2 PageID #: 2116