# EXHIBIT C

ers of such liquors in

That this Act take ef-
he public welfare re-

LEXANDER,
*Speaker of the Senate.*
EDGERWOOD,
*use of Representatives.*

BATE,
    *Governor.*

XXV.

l North Carolina Narrow
  change its name.

General Assembly of
harter of the Bristol
e Railway Company,
d under the general
hereof said company
d, to be and the same
id that in addition to
dy possessed by said
t to consolidate and
Tennessee Railroad
ch articles of agree-
ree upon to form one
' name to be agreed
by a President and
by laws of the consol-
r the purpose of con-
authorized by their
lation, from or near
ome point east of the
g railroads in North
said State; and also

---

such branches as the existing charters provide for, or as may be necessary for the development of the country adjacent to the main line in any of the counties mentioned in said original charters.

SEC. 2. An authenticated copy of the articles of consolidation shall be filed with and recorded by the Secretary of State within three months after the date thereof.

SEC. 3. It shall be lawful for said consolidated company to fix the amount of its capital stock, and of any bonded debt it may create, at such sum, not exceeding twenty-five thousand dollars ($25,000) per mile, as they may agree upon: *Provided,* the amounts be the same per mile in both States, Tennessee and North Carolina, and to secure the payment of its bonds to execute and record a cosolidated mortgage, to be recorded in each State, in accordance with its laws, and after being so recorded to be binding upon the franchises and property of such consolidated company, and of the original companies parties to such agreement of consolidation, as fully as if made by the said two companies severally and before consolidation.

SEC. 4. This Act shall be in force from its passage.

Passed March 26, 1883.

W. L. LEDGERWOOD,
    *Speaker of the House of Representatives.*

B. F. ALEXANDER,
    *Speaker of the Senate.*

Approved March 28, 1883.

WM. B. BATE,
    *Governor.*

---

## CHAPTER CLXXXVI.

AN BILL to be entitled an Act to define the measure of damages recoverable in case of the death of a person caused by the wrongful act, fault or omissions of another.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That where a person's death is caused by the wrongful act, fault or omission of another, and suit is brought for damages as provided for by sections

Case 3:05-cv-00444   Document 127-3   Filed 04/16/10   Page 2 of 3 PageID #: 2118

2291 and 2292 of the Code of Tennessee, and as provided for by Act approved December 14, 1871, Chapter 78, entitled "An Act to amend sections 2291, 2292 of the Code of Tennessee, the party suing shall, if entitled to damages, have the right to recover damages for the mental and physical suffering, loss of time and necessary expenses resulting to the deceased from the personal injuries, and also the damages resulting to the parties for whose use and benefit the right of action survives from the death consquent upon the injuries received.

SEC. 2. *Be it further enacted,* That this Act take effect from and after its passage, the public welfare requiring it.

Passed March 26, 1883.

B. F. ALEXANDER,
*Speaker of the Senate.*
W. L. LEDGERWOOD,
*Speaker of the House of Representatives.*

Approved March 28, 1883.

WM. B. BATE,
*Governor.*

SEC. 2. *Be it enacted,* in conflict with this Act pealed.

SEC. 3. *Be it further e* effect thirty days after it quiring it.

Passed March 26, 188:

*Speak*
Approved March 29,

## CHAPTER CLXXXVII.

AN ACT entitled An Act to abolish the charter of the town of Lynnville Station, in Giles county, Tennessee, and to repeal sections 91, 92, 93, 94, 95, 96, 97, 98, 99, and 100 of an Act entitled An Act to reduce the charter of the city of Memphis, and the several acts amendatory thereof into one Act, and to revise the same, passed December 1, 1869.

SECTION 1. *Be it enacted by the General Assembly of the State of Tennessee,* That sections 91, 92, 93, 94, 95, 96, 97, 98, 99 and 100 of an Act passed December 1, 1869, entitled An Act to reduce the charter of the city of Memphis, and the several Acts amendatory thereof into one Act, and to revise the same, be, and the same are hereby repealed: *Provided,* that this Act shall not be so construed as to impair the obligation of any existing liability which said corporation has heretofore created.

## CHAPTE

AN ACT to amend

SECTION 1. *Be it enc the State of Tennessee,* T so amended as to read: taking and carrying any of thirty dollars, and pe ing in value thirty dolla

SEC. 2. *Be it further e* 4684 of the Code be so for the crime of fraudu cealing, or aiding in th ceeding the value of th stolen from another, sh larceny: *Provided,* that offenses committed prio fenses committed prior ished under existing law