# EXHIBIT D

statement of all warrants so countersigned by him.

Sec. 3. *Be it further enacted,* That all laws and parts of laws in conflict with this Act, be and the same are hereby repealed.

Sec. 4. *Be it further enacted,* That this Act take effect from and after its passage, the public welfare requiring it.

Passed February 12, 1897.

MORGAN C. FITZPATRICK,
*Speaker of the House of Representatives.*

JOHN THOMPSON,
*Speaker of the Senate.*

Approved February 15, 1897.

ROBT. L. TAYLOR,
*Governor.*

---

# CHAPTER 86.

[HOUSE BILL No. 7.]

AN ACT directing the disposition of damages recovered for the unlawful death of a wife and mother, and giving the right to sue for such damages to the husband or administrator.

Section 1. *Be it enacted by the General Assembly of the State of Tennessee,* That the damages which may be recovered for the wrongful killing of any married woman shall go to the surviving husband and children of the deceased equally, the husband taking a child's share, and if any child be dead having descendants such descendants shall take the deceased child's part. If there are no children nor descendants of children, then the damages shall go exclusively to the husband. If the husband shall die after the cause of action accrued and before recovery is collected, then his share will go to his next of kin. *[Distribution of damages.]*

Sec. 2. *Be it further enacted,* That a suit for the wrongful killing of the wife may be brought in the name of the husband for the benefit of himself and the *[Husband may bring suit.]*

children of the wife, or in the name of administrator of the deceased wife.

Sec. 3. *Be it further enacted,* That this Act take effect from and after its passage, the public welfare requiring it.

Passed January 22, 1897.

          MORGAN C. FITZPATRICK,
            *Speaker of the House of Representatives.*

          JOHN THOMPSON,
            *Speaker of the Senate.*

Approved January 22, 1897.

          ROBT. L. TAYLOR,
            *Governor.*

## CHAPTER 87.

[SENATE BILL NO. 76.]

AN ACT to amend an act entitled "An act to establish taxing districts of the second class, and to provide the means of local government therefor," passed April 1, 1881, and approved April 6, 1881, being Chapter 127 of the Acts of 1881.

*[Commissioners may enact and enforce ordinances.]* Section 1. *Be it enacted by the General Assembly of the State of Tennessee,* That An Act entitled "An Act to establish taxing districts of the second class, and to provide for the government therefor," passed April 1, 1881, being Chapter 127 of the Acts of 1881, be, and the same is hereby so amended as to authorize and empower the commissioners of taxing districts of the second class, in addition to the powers already conferred on such commissioners, to enact all by-laws and ordinances necessary to carry into effect the object of their appointment, or election, not inconsistent with the general laws of the State, and to fix penalties for the violation of the same; and the commissioners of all taxing districts of the second class shall have full power and authority, by ordinance, to require all lot owners, bordering on any street, or the public square, within the boundaries of such taxing district, at the expense of such

Case 3:05-cv-00444   Document 127-4   Filed 04/16/10   Page 3 of 3 PageID #: 2122