# EXHIBIT D

```
                                                                  1
 1              UNITED STATES DISTRICT COURT
 2                DISTRICT OF MASSACHUSETTS
 3
 4   In re:
 5   NEURONTIN MARKETING, SALES      MDL DOCKET NO. 1629
 6   PRACTICES, AND PRODUCTS         Master File 04-10981
 7   LIABILITY LITIGATION            Judge Patti B. Saris
 8                                   Magistrate Judge
 9                                   Leo T. Sorokin
10   _____/
11        SUPREME COURT OF THE STATE OF NEW YORK
12                  COUNTY OF NEW YORK
13
14   IN RE:  NEW YORK NEURONTIN      Case Management
15   PRODUCTS LIABILITY LITIGATION   Index No. 765,000/2006
16                                   Hon. Marcy S. Friedman
17   _____/
18
19
20         The Videotaped Deposition of CHARLES
21      TAYLOR, Ph.D., Taken at 615 East
22      Huron, Ann Arbor, Michigan,
23      Commencing at 9:05 a.m.,
24      Thursday, August 27, 2009,
25      Before Laurel A. Frogner, RMR, CRR, CSR-2495
```

**VERITEXT REPORTING COMPANY**
(212) 279-9424        www.veritext.com        (212) 490-3430

Page 2

```
 1  APPEARANCES:
 2  MR. ANDREW FINKELSTEIN and
 3  MR. KEITH L. ALTMAN
 4  Finkelstein & Partners
 5  1279 Route 300
 6  P.O. Box 1111
 7  Newburgh, New York  12551
 8  800.634.1212
 9
10  MR. THOMAS M. GREENE (Via Phone)
11  Greene & Hoffman
12  33 Broad Street, 5th Floor
13  Boston, Massachusetts  02109
14  617.261.0040
15      Appearing on behalf of the Plaintiffs.
16
17  MR. JAMES E. HOOPER, JR.
18  Wheeler Trigg O'Donnell LLP
19  1801 California Street
20  Suite 3600
21  Denver, Colorado  80202
22  303.244.1800
23
24
25
```

Page 3

```
 1  APPEARANCES (Continued):
 2
 3  MR. RICHARD M. BARNES and
 4  MR. MIKE WASICKO (Via phone)
 5  Goodell, DeVries, Leech & Dann, LLP
 6  One South Street
 7  20th Floor
 8  Baltimore, Maryland  21202
 9  410.783.4000,
10
11  MR. STEVE NAPOLITANO (Via Phone)
12  Skadden, Arps, Slate, Meagher & Flom LLP
13  4 Times Square
14  New York, New York  10036
15  212.735.7829
16      On behalf of Pfizer
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1  Ann Arbor, Michigan
 2  August 27, 2009
 3  About 9:05 a.m.
 4      TAYLOR DEPOSITION EXHIBITS NUMBER 1 THROUGH 14,
 5  DIAGRAMS
 6      WERE MARKED BY THE REPORTER
 7      FOR IDENTIFICATION
 8          THE VIDEOGRAPHER:  My name is Marc
 9  Myers of Veritext.  Today's date is Thursday,
10  August 27th, 2009.  The time is now 9:05:14 a.m.  This
11  deposition is being held at 615 East Huron Street, Ann
12  Arbor, Michigan.  The caption of the case is In Re:
13  Neurontin Marketing, Sales Practices, and Products
14  Liability Litigation, MDL Docket N:  1629, Master File
15  No. 0410981, Judge Patti B. Saris, Magistrate Judge Leo
16  T. Sorokin.
17          The second case is In Re:  New York
18  Neurontin Products Liability Litigation, Index No.
19  765,000/2006, the Honorable Marcy S. Friedman.
20          The name of the witness is Dr.
21  Charles Taylor, and at this time will the attorneys
22  please introduce themselves and will the court
23  reporter, Laurel Frogner, please swear in the witness.
24          MR. FINKELSTEIN:  Andrew
25  Finkelstein, Finkelstein & Partners, on behalf of the
```

Page 5

```
 1  plaintiffs.
 2          MR. ALTMAN:  Keith Altman,
 3  Finkelstein & Partners, on behalf of Plaintiffs.
 4          MR. HOOPER:  Jim Hooper for Pfizer.
 5          MR. BARNES:  Rick Barnes for Pfizer.
 6          Would the people on the phone please
 7  identify themselves.
 8          MR. GREENE:  Tom Greene for the
 9  class plaintiffs.
10          MR. NAPOLITANO:  Steve Napolitano
11  from the Skadden, Arps law firm for Pfizer.
12          MR. WASICKO:  Mike Wasicko on behalf
13  of the Pfizer defendants.
14          MR. HOOPER:  Is there anyone else on
15  the phone?
16          CHARLES TAYLOR, Ph.D.,
17  having first been duly sworn, was examined and
18  testified on his oath as follows:
19  EXAMINATION BY MR. HOOPER:
20      Q.  Dr. Taylor, would you please tell the jury
21  your full name and where you live.
22      A.  My name is Charles Price Taylor, Jr., and I
23  live in Chelsea, Michigan, about 20 miles from here.
24      Q.  Are you serving as an expert witness for
25  Pfizer in this litigation?
```

2 (Pages 2 to 5)

Page 6

1   A.   Yes, I am.
2       TAYLOR DEPOSITION EXHIBIT NUMBER 15, SUPPLEMENTAL
3   EXPERT REPORT
4       WAS MARKED BY THE REPORTER
5       FOR IDENTIFICATION
6   BY MR. HOOPER:
7   Q.   Let me show you what's been marked as Taylor
8   Deposition Exhibit 15 and ask you is that a true,
9   correct, and complete copy of the expert report you
10  filed in this litigation?
11  A.   Yes, it is.
12      TAYLOR DEPOSITION EXHIBIT NUMBER 16, CURRICULUM
13  VITAE
14      WAS MARKED BY THE REPORTER
15      FOR IDENTIFICATION
16  BY MR. HOOPER:
17  Q.   Let me show you what's been marked as Taylor
18  Deposition Exhibit 16.
19          MR. FINKELSTEIN: Do you have copies
20  for me?
21          MR. HOOPER: I do.
22  BY MR. HOOPER:
23  Q.   And ask you to confirm that that's a --
24          MR. FINKELSTEIN: I'm not going to
25  interrupt, just I didn't put down what number is what,

Page 7

1   so I just want to keep it in order. I'm sorry.
2           MR. HOOPER: We're going to use some
3   demonstratives which I also have copies of, but I
4   premarked those just to speed this, so this will be 15
5   on the report, 16 on the CV.
6           MR. ALTMAN: And we went back to 1
7   for the purposes of this deposition?
8           MR. HOOPER: Yeah.
9           MR. ALTMAN: Okay. I want to make
10  sure we're not continuing from the others.
11  BY MR. HOOPER:
12  Q.   Dr. Taylor, could you confirm that what's
13  marked Exhibit 16 is a true, correct, and complete copy
14  of your current curriculum vitae or CV?
15  A.   Yes, that's correct.
16  Q.   And for a professional scientist, a CV is
17  something like a resume, is that right?
18  A.   Yes, exactly.
19  Q.   And does it list all of your experience and
20  publications?
21  A.   Yes, it does.
22  Q.   Dr. Taylor, until recently did you plan to
23  come and testify at trial in person?
24  A.   Yes, I did.
25  Q.   Why is it that you're appearing by videotape

Page 8

1   instead?
2           MR. FINKELSTEIN: Objection.
3           THE WITNESS: I'm appearing by
4   videotape today because I have leukemia that's been
5   diagnosed for about four years.
6   BY MR. HOOPER:
7   Q.   When exactly were you first diagnosed?
8           MR. FINKELSTEIN: Objection.
9           THE WITNESS: In September of 2005.
10  BY MR. HOOPER:
11  Q.   Have you had treatment?
12          MR. FINKELSTEIN: Objection.
13          THE WITNESS: Yes, I have had one
14  round of chemotherapy.
15  BY MR. HOOPER:
16  Q.   What is the prognosis and plan at this
17  point?
18          MR. FINKELSTEIN: Objection.
19          THE WITNESS: Well, I will be
20  entering chemotherapy again shortly, and I plan to have
21  a bone marrow transplant before the end of this year.
22  BY MR. HOOPER:
23  Q.   After your bone marrow transplant, will you
24  be restricted in your ability to travel?
25  A.   Yes, I will --

Page 9

1           MR. FINKELSTEIN: Objection.
2           THE WITNESS: -- for some time; how
3   long, I don't know.
4   BY MR. HOOPER:
5   Q.   Let him object.
6   A.   I'm sorry.
7   Q.   Then give your full answer, okay?
8   A.   Yeah.
9   Q.   After your bone marrow transplant, will you
10  be restricted in your ability to do things like travel
11  and appear at trial?
12          MR. FINKELSTEIN: Objection.
13          THE WITNESS: Yes, I will for some
14  time afterwards.
15  BY MR. HOOPER:
16  Q.   Do you live year-round here in Southern
17  Michigan?
18  A.   Yes, I do.
19  Q.   Does your family live here with you?
20  A.   Yes.
21  Q.   Are you married?
22  A.   Yes, I am.
23  Q.   How many years have you been married for?
24  A.   32 years.
25  Q.   Do you and your wife have children?

3 (Pages 6 to 9)