# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| **RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased,** | ) ) ) ) | |
| **Plaintiff,** | ) ) | Case No. 3:05-0444 |
| v. | ) ) | Judge Aleta A. Trauger |
| **PFIZER INC., et al,** | ) ) | |
| **Defendant.** | ) ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT Defendants Pfizer, Inc. and Warner Lambert Company are hereby filing the attached *Defendants' Affirmative Deposition Designations*.

                           Respectfully submitted,

                           **NEAL & HARWELL, PLC**

                           By:   /s/ Gerald D. Neenan
                                Aubrey B. Harwell, Jr., No. 002559
                                W. David Bridgers, No. 016603
                                Gerald D. Neenan, No. 006710
                                Robert A. Peal, No. 025629

                           2000 One Nashville Place
                           150 Fourth Avenue, North
                           Nashville, TN  37219
                           (615) 244-1713
                           (615) 726-0573 (fax)

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

By: /s/ Mark S. Cheffo
Mark S. Cheffo
Catherine B. Stevens

Four Times Square
New York, NY 10036
Tel: (212) 735-3000

*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of April, 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

| | |
|---|---|
| Eleanor L. Polimeni, Esq.<br>Andrew G. Finkelstein, Esq.<br>Kenneth B. Fromson, Esq.<br>Finkelstein & Partners, LLP<br>1279 Route 300<br>P.O. Box 1111<br>Newburg, NY 12551 | Dara G. Hegar, Esq.<br>Ken S. Soh, Esq.<br>Maura Kolb, Esq.<br>Robert Leone, Esq.<br>W. Mark Lanier, Esq.<br>Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX 77069 |
| Charles F. Barrett, Esq.<br>Barrett & Associates, P.A.<br>6718 Highway 100, Suite 210<br>Nashville, TN 37205 | |

/s/ Gerald D. Neenan