IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next Kin of Richard Smith, Deceased, | ) ) ) ) |
| Plaintiff, | ) Civil No. 3:05-0444 ) Judge Aleta A. Trauger |
| v. | ) (Dist. Of MA No. ) 1:05-cv-11515PBS) |
| PFIZER, INC., *et al.*, | ) ) |
| Defendants. | ) |

## **DEFENDANTS' AFFIRMATIVE DEPOSITION DESIGNATIONS**

Defendants, Pfizer Inc, ("Pfizer") and Warner-Lambert Company LLC ("Warner-Lambert") (collectively, "Defendants"), by and through their undersigned counsel hereby identify the following deposition testimony that may be played or read at trial. Defendants identify this testimony conditionally and without waiver of their rights to object on the grounds or relevancy, prejudice, or any other grounds. In submitting this deposition testimony, Defendants specifically reserve the right to: 1) withdraw at any time the testimony identified; 2) supplement and/or amend this list in response to the Court's rulings on pretrial motions or other evidentiary matters; 3) supplement and/or amend this list with the testimony of any witnesses deposed after this deadline and; 4) supplement and/or amend this list as otherwise permitted by the Court. Defendants also reserve their right to use any deposition testimony listed on Plaintiff's deposition testimony list.

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Berklacich, Frank - 06/07/2007 | 0006:13 - 0008:18 |
| Berklacich, Frank - 06/07/2007 | 0009:12 - 0035:11 |
| Berklacich, Frank - 06/07/2007 | 0035:25 - 0036:20 |
| Berklacich, Frank - 06/07/2007 | 0037:22 - 0038:08 |
| Berklacich, Frank - 06/07/2007 | 0042:10 - 0042:16 |
| Biggs, Gary - 02/08/2008 | 0006:06 - 0006:21 |
| Biggs, Gary - 02/08/2008 | 0009:25 - 0028:21 |
| Biggs, Gary - 02/08/2008 | 0030:21 - 0032:09 |
| Biggs, Gary - 02/08/2008 | 0035:25 - 0060:02 |
| Biggs, Gary - 02/08/2008 | 0060:03 - 0060:03 |
| Biggs, Gary - 02/08/2008 | 0061:23 - 0063:15 |
| Biggs, Gary - 02/08/2008 | 0073:07 - 0074:06 |
| Carnahan, Lewis - 10/23/2007 | 0006:08 - 0007:05 |
| Carnahan, Lewis - 10/23/2007 | 0009:05 - 0010:19 |
| Carnahan, Lewis - 10/23/2007 | 0010:24 - 0017:09 |
| Carnahan, Lewis - 10/23/2007 | 0018:21 - 0022:01 |
| Carnahan, Lewis - 10/23/2007 | 0023:10 - 0023:22 |
| Carnahan, Lewis - 10/23/2007 | 0026:15 - 0026:23 |
| Carnahan, Lewis - 10/23/2007 | 0028:02 - 0031:15 |
| Carnahan, Lewis - 10/23/2007 | 0031:19 - 0031:21 |
| Carnahan, Lewis - 10/23/2007 | 0032:03 - 0035:05 |
| Carnahan, Lewis - 10/23/2007 | 0038:19 - 0039:09 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Carnahan, Lewis - 10/23/2007 | 0042:16 - 0048:05 |
| Carnahan, Lewis - 10/23/2007 | 0048:20 - 0048:25 |
| Carnahan, Lewis - 10/23/2007 | 0059:06 - 0059:17 |
| Carnahan, Lewis - 10/23/2007 | 0060:25 - 0061:07 |
| Carnahan, Lewis - 10/23/2007 | 0063:01 - 0063:19 |
| Carnahan, Lewis - 10/23/2007 | 0065:11 - 0066:02 |
| Carnahan, Lewis - 10/23/2007 | 0068:12 - 0069:09 |
| Carnahan, Lewis - 10/23/2007 | 0070:24 - 0071:05 |
| Carnahan, Lewis - 10/23/2007 | 0073:08 - 0073:15 |
| Cato, James - 06/29/2007 | 0006:02 - 0020:02 |
| Cato, James - 06/29/2007 | 0020:23 - 0055:06 |
| Cato, James - 06/29/2007 | 0056:19 - 0070:01 |
| Cato, James - 06/29/2007 | 0084:24 - 0085:12 |
| Charlton, Drew - 10/03/2007 | 0006:08 - 0006:21 |
| Charlton, Drew - 10/03/2007 | 0007:24 - 0019:06 |
| Charlton, Drew - 10/03/2007 | 0021:18 - 0022:03 |
| Charlton, Drew - 10/03/2007 | 0022:04 - 0023:03 |
| Charlton, Drew - 10/03/2007 | 0023:23 - 0026:14 |
| Charlton, Drew - 10/03/2007 | 0027:06 - 0027:15 |
| Doft, Suzanne - 06/12/2007 | 0012:17 - 0012:21 |
| Doft, Suzanne - 06/12/2007 | 0021:23 - 0022:18 |
| Doft, Suzanne - 06/12/2007 | 0067:08 - 0067:19 |

Case 3:05-cv-00444   Document 146-1   Filed 04/27/10   Page 3 of 22 PageID #: 2795

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Doft, Suzanne - 06/12/2007 | 0069:09 - 0069:14 |
| Doft, Suzanne - 06/12/2007 | 0234:06 - 0234:23 |
| Doft, Suzanne - 06/13/2007 | 0631:14 - 0634:02 |
| Doft, Suzanne - 06/13/2007 | 0636:21 - 0638:08 |
| Doft, Suzanne - 06/13/2007 | 0640:14 - 0646:13 |
| Doft, Suzanne - 06/13/2007 | 0653:15 - 0654:21 |
| Doft, Suzanne - 06/13/2007 | 0655:16 - 0658:08 |
| Doft, Suzanne - 06/13/2007 | 0662:18 - 0664:06 |
| Doft, Suzanne - 06/13/2007 | 0668:23 - 0669:13 |
| Doft, Suzanne - 06/13/2007 | 0675:12 - 0675:20 |
| Hampf, Carl - 08/06/2007 | 0006:24 - 0029:19 |
| Hauben, Manfred - 07/12/2007 | 0008:25 – 0009:08 |
| Hauben, Manfred - 07/12/2007 | 0009:15 – 0009:23 |
| Hauben, Manfred - 07/12/2007 | 0012:25 – 0013:20 |
| Hauben, Manfred - 07/12/2007 | 0015:12 - 0015:20 |
| Hauben, Manfred - 07/12/2007 | 0016:08 – 0016:16 |
| Hauben, Manfred - 07/12/2007 | 0017:05 - 0017:20 |
| Hauben, Manfred - 07/12/2007 | 0042:07 - 0042:13 |
| Hauben, Manfred - 07/12/2007 | 0125:08 - 0125:18 |
| Hauben, Manfred - 07/12/2007 | 0126:05 - 0128:18 |
| Hauben, Manfred - 07/12/2007 | 0129:06 - 0129:17 |
| Hauben, Manfred - 07/12/2007 | 0130:23 – 131:14 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Hauben, Manfred - 07/12/2007 | 0190:07 – 0191:21 |
| Hauben, Manfred - 07/12/2007 | 0196:17 – 0197:15 |
| Hauben, Manfred - 07/12/2007 | 0198:01 – 0198:06 |
| Hauben, Manfred - 07/12/2007 | 0209:04 - 0209:07 |
| Hauben, Manfred - 07/12/2007 | 0209:10 - 0209:17 |
| Hauben, Manfred - 07/12/2007 | 0241:12 – 0243:03 |
| Hauben, Manfred - 07/12/2007 | 0262:22 – 0263:05 |
| Hauben, Manfred - 07/12/2007 | 0296:17 - 0297:01 |
| Hauben, Manfred - 07/12/2007 | 0314:25 – 0315:23 |
| Hauben, Manfred - 07/12/2007 | 0316:13 - 0318:06 |
| Hauben, Manfred - 07/12/2007 | 0318:23 - 0319:11 |
| Hauben, Manfred - 07/12/2007 | 0323:02 - 0323:12 |
| Hauben, Manfred - 07/12/2007 | 0325:22 - 0326:01 |
| Hauben, Manfred - 07/12/2007 | 0327:06 – 0330:05 |
| Hauben, Manfred - 07/12/2007 | 0334:15 - 0334:20 |
| Hauben, Manfred - 07/13/2007 | 0346:05 - 0346:09 |
| Hauben, Manfred - 07/13/2007 | 0348:05 - 0348:16 |
| Hauben, Manfred - 07/13/2007 | 0349:02 - 0349:14 |
| Hauben, Manfred - 07/13/2007 | 0402:21 – 0403:08 |
| Hauben, Manfred - 07/13/2007 | 0406:05 – 0406:09 |
| Hauben, Manfred - 07/13/2007 | 0451:23 – 0453:01 |
| Hauben, Manfred - 07/13/2007 | 0511:02 - 0512:03 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Hauben, Manfred - 07/13/2007 | 0512:10 - 0517:01 |
| Hauben, Manfred - 07/13/2007 | 0518:03 – 0522:03 |
| Hauben, Manfred - 07/13/2007 | 0522:15 - 0522:24 |
| Hauben, Manfred - 07/13/2007 | 0523:04 - 0531:04 |
| Hauben, Manfred - 07/13/2007 | 0531:09 - 0532:15 |
| Hauben, Manfred - 07/13/2007 | 0533:24 - 0538:16 |
| Hauben, Manfred - 07/13/2007 | 0539:10 - 0539:12 |
| Hauben, Manfred - 07/13/2007 | 0539:15 - 0541:07 |
| Hauben, Manfred - 07/13/2007 | 0541:09 - 0542:18 |
| Hauben, Manfred - 07/13/2007 | 0542:25 – 0543:14 |
| Hauben, Manfred - 07/13/2007 | 0543:15 – 0545:13 |
| Hauben, Manfred - 07/13/2007 | 0549:22 – 0550:11 |
| Hauben, Manfred - 07/13/2007 | 0550:15 – 0551:02 |
| Hauben, Manfred - 07/13/2007 | 0551:09 – 0553:03 |
| Hauben, Manfred - 07/13/2007 | 0553:15 – 0554:13 |
| Hauben, Manfred - 07/13/2007 | 0555:07 – 0557:08 |
| Hauben, Manfred - 07/13/2007 | 0557:17 – 0557:25 |
| Hauben, Manfred - 07/13/2007 | 0558:01 – 0558:09 |
| Hauben, Manfred - 07/13/2007 | 0558:19 – 0559:13 |
| Hauben, Manfred - 07/13/2007 | 0559:16 – 0562:07 |
| Hauben, Manfred - 07/13/2007 | 0563:14 – 0566:24 |
| Hauben, Manfred - 07/13/2007 | 0567:21 – 0567:24 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Hauben, Manfred - 07/13/2007 | 0568:07 – 0568:11 |
| Hauben, Manfred - 07/13/2007 | 0568:20 – 0569:12 |
| Hauben, Manfred - 07/13/2007 | 0569:13 – 0569:19 |
| Hauben, Manfred - 07/13/2007 | 0569:23 - 0570:05 |
| Hauben, Manfred - 07/13/2007 | 0570:11 - 0570:17 |
| Hauben, Manfred - 07/13/2007 | 0570:18 - 0571:12 |
| Hauben, Manfred - 07/13/2007 | 0572:01 - 0572:07 |
| Hauben, Manfred - 07/13/2007 | 0572:08 - 0572:11 |
| Hauben, Manfred - 07/13/2007 | 0572:12 - 0572:18 |
| Hauben, Manfred - 07/13/2007 | 0572:23 - 0574:09 |
| Hauben, Manfred - 07/13/2007 | 0576:02 - 0576:19 |
| Hauben, Manfred - 07/13/2007 | 0576:20 - 0577:06 |
| Hauben, Manfred - 07/13/2007 | 0577:11 - 0577:23 |
| Hauben, Manfred - 07/13/2007 | 0643:12 - 0644:06 |
| Hauben, Manfred - 07/13/2007 | 0644:07 - 0644:22 |
| Hauben, Manfred - 07/13/2007 | 0644:23 - 0645:19 |
| Hoskins, Buford - 10/24/2007 | 0006:11 - 0007:03 |
| Hoskins, Buford - 10/24/2007 | 0007:25 - 0042:09 |
| Hoskins, Buford - 10/24/2007 | 0043:04 - 0044:14 |
| Hoskins, Buford - 10/24/2007 | 0047:13 - 0049:12 |
| Hoskins, Buford - 10/24/2007 | 0051:18 - 0053:15 |
| Hoskins, Sherri - 10/24/2007 | 0006:09 - 0017:14 |

Case 3:05-cv-00444   Document 146-1   Filed 04/27/10   Page 7 of 22 PageID #: 2799

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Hoskins, Sherri - 10/24/2007 | 0019:12 - 0024:25 |
| Hoskins, Sherri - 10/24/2007 | 0028:17 - 0029:18 |
| Hoskins, Sherri - 10/24/2007 | 0033:14 - 0051:11 |
| Hoskins, Sherri - 10/24/2007 | 0052:19 - 0054:23 |
| Hoskins, Sherri - 10/24/2007 | 0058:07 - 0058:25 |
| Hoskins, Sherri - 10/24/2007 | 0061:05 - 0071:16 |
| Knapp, Lloyd - 06/26/2007 | 0019:05 - 0019:19 |
| Knapp, Lloyd - 06/26/2007 | 0019:20 - 0020:03 |
| Knapp, Lloyd - 06/26/2007 | 0024:10 - 0025:18 |
| Knapp, Lloyd - 06/26/2007 | 0071:23 – 0072:02 |
| Knapp, Lloyd - 06/26/2007 | 0110:03 - 0111:14 |
| Knapp, Lloyd - 06/28/2007 | 0710:06 - 0710:14 |
| Knapp, Lloyd - 06/28/2007 | 0711:04 - 0713:25 |
| Knapp, Lloyd - 06/28/2007 | 0714:01 - 0714:13 |
| Knapp, Lloyd - 06/28/2007 | 0714:23 – 0715:09 |
| Knapp, Lloyd - 06/28/2007 | 0754:23 - 0757:10 |
| Knapp, Lloyd - 06/28/2007 | 0757:14 - 0763:06 |
| Knapp, Lloyd - 06/28/2007 | 0763:07 - 0772:03 |
| Knapp, Lloyd - 07/18/2006 | 0010:13 – 0010:22 |
| Knapp, Lloyd - 07/18/2006 | 0186:16 – 0189:02 |
| Knapp, Lloyd - 07/18/2006 | 0190:04 - 0199:25 |
| Knapp, Lloyd - 07/18/2006 | 0200:23 – 0204:25 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Knapp, Lloyd - 07/18/2006 | 0209:05 - 0217:05 |
| Knapp, Lloyd - 07/18/2006 | 0226:21 - 0231:03 |
| Knapp, Lloyd - 07/18/2006 | 0233:11 - 0238:06 |
| Krancer, Pamela - 06/08/2007 | 0012:03 - 0012:20 |
| Krancer, Pamela - 06/08/2007 | 0014:17 - 0015:01 |
| Krancer, Pamela - 06/08/2007 | 0018:12 - 0028:01 |
| Krancer, Pamela - 06/08/2007 | 0029:02 - 0029:25 |
| Krancer, Pamela - 06/08/2007 | 0032:15 - 0032:20 |
| Lawson, Arnold - 10/04/2007 | 0006:09 - 0006:17 |
| Lawson, Arnold - 10/04/2007 | 0007:23 - 0009:16 |
| Lawson, Arnold - 10/04/2007 | 0009:22 - 0012:20 |
| Lawson, Arnold - 10/04/2007 | 0013:05 - 0014:09 |
| Lawson, Arnold - 10/04/2007 | 0015:13 - 0017:11 |
| Lawson, Arnold - 10/04/2007 | 0018:24 - 0020:14 |
| Lawson, Arnold - 10/04/2007 | 0021:03 - 0022:13 |
| Lawson, Gayle - 10/04/2007 | 0006:05 - 0007:14 |
| Lawson, Gayle - 10/04/2007 | 0013:01 - 0019:10 |
| Lawson, Gayle - 10/04/2007 | 0021:07 - 0031:21 |
| Lawson, Gayle - 10/04/2007 | 0032:17 - 0035:17 |
| Lawson, Gayle - 10/04/2007 | 0036:10 - 0045:15 |
| Lawson, Gayle - 10/04/2007 | 0045:23 - 0058:16 |
| Lawson, Gayle - 10/04/2007 | 0059:04 - 0063:19 |

Case 3:05-cv-00444   Document 146-1   Filed 04/27/10   Page 9 of 22 PageID #: 2801

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Lawson, Gayle - 10/04/2007 | 0065:11 - 0066:06 |
| Lawson, Gayle - 10/04/2007 | 0068:12 - 0073:18 |
| Lawson, Gayle - 10/04/2007 | 0075:25 - 0076:07 |
| Lawson, Gayle - 10/04/2007 | 0077:05 - 0080:02 |
| Lawson, Gayle - 10/04/2007 | 0083:24 - 0086:22 |
| Lawson, Gayle - 10/04/2007 | 0087:01 - 0089:22 |
| Lawson, Gayle - 10/04/2007 | 0091:16 - 0094:13 |
| Lawson, Gayle - 10/04/2007 | 0095:03 - 0096:08 |
| Li, Feng - 02/08/2008 | 0006:07 - 0022:03 |
| Li, Feng - 02/08/2008 | 0022:10 - 0031:23 |
| Li, Feng - 02/08/2008 | 0036:03 - 0037:24 |
| Li, Feng - 02/08/2008 | 0040:14 - 0040:23 |
| Mackey, Edward - 05/23/2007 | 0006:11 - 0006:19 |
| Mackey, Edward - 05/23/2007 | 0008:04 - 0015:14 |
| Mackey, Edward - 05/23/2007 | 0044:23 - 0075:06 |
| Mackey, Edward - 05/23/2007 | 0078:13 - 0080:01 |
| Mackey, Edward - 05/23/2007 | 0080:07 - 0082:08 |
| Mackey, Edward - 05/23/2007 | 0083:24 - 0084:13 |
| Mackey, Edward - 05/23/2007 | 0108:23 - 0109:19 |
| McCombs, Paul - 06/08/2007 | 0006:06 - 0011:16 |
| McCombs, Paul - 06/08/2007 | 0012:20 - 0013:06 |
| McCombs, Paul - 06/08/2007 | 0015:12 - 0026:23 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
| --- | --- |
| McCormick, Cynthia - 02/14/2008 | 0097:12 – 0099:08 |
| McCormick, Cynthia - 02/14/2008 | 0100:15 - 0101:22 |
| McCormick, Cynthia - 02/14/2008 | 0102:10 - 0102:21 |
| McCormick, Cynthia - 02/14/2008 | 0103:02 - 0104:06 |
| McCormick, Cynthia - 02/14/2008 | 0104:18 - 0104:23 |
| McCormick, Cynthia - 02/14/2008 | 0105:07 - 0107:03 |
| McCormick, Cynthia - 02/14/2008 | 0107:05 - 0107:17 |
| McCormick, Cynthia - 02/14/2008 | 0108:13 - 0108:22 |
| McCormick, Cynthia - 02/14/2008 | 0108:24 - 0109:06 |
| McCormick, Cynthia - 02/14/2008 | 0111:19 – 0112:14 |
| McCormick, Cynthia - 02/14/2008 | 0113:20 – 0113:24 |
| McCormick, Cynthia - 02/14/2008 | 0114:15 - 0121:10 |
| McCormick, Cynthia - 02/14/2008 | 0122:11 - 0127:17 |
| McCormick, Cynthia - 02/14/2008 | 0128:02 - 0129:14 |
| McCormick, Cynthia - 02/14/2008 | 0129:15 - 0130:17 |
| McCormick, Cynthia - 02/14/2008 | 0132:03 - 0132:15 |
| McCormick, Cynthia - 02/14/2008 | 0132:18 - 0132:22 |
| McCormick, Cynthia - 02/14/2008 | 0133:10 - 0133:24 |
| McCormick, Cynthia - 02/14/2008 | 0133:25 - 0134:25 |
| McCormick, Cynthia - 02/14/2008 | 0135:01 - 0143:25 |
| McCormick, Cynthia - 02/14/2008 | 0145:04 - 0154:06 |
| McCormick, Cynthia - 02/14/2008 | 0155:07 – 0157:13 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| McCormick, Cynthia - 02/14/2008 | 0157:21 – 0159:16 |
| McCormick, Cynthia - 02/14/2008 | 0162:07 - 0165:21 |
| McCormick, Cynthia - 02/14/2008 | 0166:06 - 0171:19 |
| McCormick, Cynthia - 02/14/2008 | 0172:07 - 0172:11 |
| McCormick, Cynthia - 02/14/2008 | 0172:14 – 0173:25 |
| McCormick, Cynthia - 02/14/2008 | 0174:11 - 0177:24 |
| McCormick, Cynthia - 02/14/2008 | 0180:11 - 0182:06 |
| McCormick, Cynthia - 02/14/2008 | 0182:07 - 0182:25 |
| McCormick, Cynthia - 02/14/2008 | 0183:18 - 0185:13 |
| McCormick, Cynthia - 02/14/2008 | 0186:19 - 0188:15 |
| McCormick, Cynthia - 02/14/2008 | 0188:19 - 0194:01 |
| McCormick, Cynthia - 02/14/2008 | 0194:22 - 0195:16 |
| McCormick, Cynthia - 02/14/2008 | 0270:25 - 0274:09 |
| McCormick, Cynthia - 02/14/2008 | 0274:22 - 0277:15 |
| Pacella, Christopher - 10/02/2007 | 0011:06 - 0011:07 |
| Pacella, Christopher - 10/02/2007 | 0011:12 - 0011:16 |
| Pacella, Christopher - 10/02/2007 | 0020:23 - 0021:13 |
| Pacella, Christopher - 10/02/2007 | 0024:04 - 0026:07 |
| Pacella, Christopher - 10/02/2007 | 0026:08 - 0027:05 |
| Pacella, Christopher - 10/02/2007 | 0030:09 - 0031:04 |
| Pacella, Christopher - 10/02/2007 | 0033:08 - 0034:02 |
| Pacella, Christopher - 10/02/2007 | 0034:03 - 0035:03 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
| --- | --- |
| Pacella, Christopher - 10/02/2007 | 0046:20 - 0049:14 |
| Pacella, Christopher - 10/02/2007 | 0078:22 - 0078:25 |
| Pacella, Christopher - 10/02/2007 | 0112:08 - 0114:14 |
| Pacella, Christopher - 10/02/2007 | 0119:11 - 0121:10 |
| Pacella, Christopher - 10/02/2007 | 0137:21 – 0140:07 |
| Pacella, Christopher - 10/02/2007 | 0156:19 - 0157:14 |
| Pacella, Christopher - 10/02/2007 | 0159:02 - 0159:09 |
| Pacella, Christopher - 10/02/2007 | 0159:19 - 0160:15 |
| Pacella, Christopher - 10/02/2007 | 0160:16 - 0162:13 |
| Pacella, Christopher - 10/02/2007 | 0162:14 - 0162:25 |
| Pacella, Christopher - 10/02/2007 | 0163:01 - 0163:17 |
| Pacella, Christopher - 10/02/2007 | 0163:18 - 0164:10 |
| Pacella, Christopher - 10/02/2007 | 0164:11 - 0164:18 |
| Pacella, Christopher - 10/02/2007 | 0165:17 - 0169:20 |
| Pacella, Christopher - 10/02/2007 | 0170:04 - 0174:04 |
| Pacella, Christopher - 10/02/2007 | 0174:09 - 0180:09 |
| Pacella, Christopher - 10/02/2007 | 0180:17 - 0180:25 |
| Pacella, Christopher - 10/02/2007 | 0181:06 - 0184:09 |
| Pacella, Christopher - 10/02/2007 | 0185:11 - 0185:15 |
| Pacella, Christopher - 10/02/2007 | 0185:20 - 0186:10 |
| Pacella, Christopher - 10/02/2007 | 0186:21 - 0188:04 |
| Pacella, Christopher - 10/02/2007 | 0188:13 - 0189:09 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Pacella, Christopher - 10/02/2007 | 0189:22 - 0192:08 |
| Pacella, Christopher - 10/02/2007 | 0192:09 - 0192:12 |
| Pacella, Christopher - 10/02/2007 | 0193:02 - 0196:02 |
| Pacella, Christopher - 10/02/2007 | 0196:15 - 0197:14 |
| Pacella, Christopher - 10/02/2007 | 0198:09 - 0198:25 |
| Pacella, Christopher - 10/02/2007 | 0199:06 – 0199:24 |
| Pacella, Christopher - 10/02/2007 | 0201:03 - 0201:11 |
| Pacella, Christopher - 10/02/2007 | 0200:20 – 0201:11 |
| Pacella, Christopher - 10/02/2007 | 0202:05 - 0207:23 |
| Pacella, Christopher - 10/02/2007 | 0207:24 - 0208:10 |
| Pacella, Christopher - 10/02/2007 | 0208:18 - 0209:11 |
| Pacella, Christopher - 10/02/2007 | 0251:02 - 0252:08 |
| Pacella, Christopher - 10/02/2007 | 0252:13 - 0252:25 |
| Pacella, Christopher - 10/02/2007 | 0260:17 - 0261:03 |
| Pacella, Christopher - 10/02/2007 | 0261:04 - 0262:14 |
| Pande, Atul - 09/19/2007 | 0014:09 - 0016:04 |
| Pande, Atul - 09/19/2007 | 0030:23 - 0031:02 |
| Pande, Atul - 09/20/2007 | 0511:05 - 0513:23 |
| Pande, Atul - 09/20/2007 | 0602:24 - 0604:11 |
| Pande, Atul - 09/20/2007 | 0604:14 - 0607:20 |
| Pande, Atul - 09/20/2007 | 0607:23 - 0610:13 |
| Pande, Atul - 09/20/2007 | 0613:10 - 0614:24 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Pande, Atul - 09/20/2007 | 0615:23 - 0616:19 |
| Pande, Atul - 09/20/2007 | 0617:12 - 0622:13 |
| Pande, Atul - 09/20/2007 | 0622:14 - 0624:20 |
| Pande, Atul - 09/20/2007 | 0624:24 – 0625:06 |
| Pande, Atul - 09/20/2007 | 0626:23 - 0627:14 |
| Pande, Atul - 09/20/2007 | 0628:13 - 0628:22 |
| Pande, Atul - 09/20/2007 | 0629:16 - 0632:17 |
| Pande, Atul - 09/20/2007 | 0633:20 - 0635:21 |
| Pande, Atul - 09/20/2007 | 0636:07 - 0637:11 |
| Pande, Atul - 09/20/2007 | 0637:22 - 0638:25 |
| Pande, Atul - 09/20/2007 | 0641:08 - 0641:17 |
| Pande, Atul - 09/20/2007 | 0646:20 - 0652:08 |
| Pande, Atul - 09/20/2007 | 0652:09 - 0656:08 |
| Pande, Atul - 09/20/2007 | 0656:09 - 0657:23 |
| Pande, Atul - 09/20/2007 | 0658:02 - 0659:14 |
| Pande, Atul - 09/20/2007 | 0660:09 - 0660:21 |
| Pande, Atul - 09/20/2007 | 0673:01 - 0674:11 |
| Satterfield, Danny - 02/07/2008 | 0008:02 - 0023:06 |
| Satterfield, Danny - 02/07/2008 | 0023:07 - 0023:07 |
| Satterfield, Danny - 02/07/2008 | 0023:14 - 0032:03 |
| Satterfield, Danny - 02/07/2008 | 0046:24 - 0048:02 |
| Scott, Drusilla - 12/12/2007 | 0009:10 - 0009:11 |

Case 3:05-cv-00444   Document 146-1   Filed 04/27/10   Page 15 of 22 PageID #: 2807

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
| --- | --- |
| Scott, Drusilla - 12/12/2007 | 0026:19 - 0027:24 |
| Scott, Drusilla - 12/13/2007 | 0592:17 - 0594:08 |
| Scott, Drusilla - 12/13/2007 | 0594:09 - 0615:16 |
| Scott, Drusilla - 12/13/2007 | 0619:12 - 0621:21 |
| Scott, Drusilla - 12/13/2007 | 0621:22 - 0622:20 |
| Smith, Ruth - 04/12/2007 | 0005:06 - 0006:05 |
| Smith, Ruth - 04/12/2007 | 0007:01 - 0017:25 |
| Smith, Ruth - 04/12/2007 | 0021:02 - 0046:02 |
| Smith, Ruth - 04/12/2007 | 0051:03 - 0147:01 |
| Smith, Ruth - 04/12/2007 | 0148:03 - 0154:10 |
| Smith, Ruth - 04/12/2007 | 0155:02 - 0155:24 |
| Smith, Ruth - 04/12/2007 | 0163:20 - 0186:20 |
| Smith, Ruth - 04/12/2007 | 0191:10 - 0191:13 |
| Smith, Ruth - 04/12/2007 | 0194:14 - 0229:24 |
| Smith, Ruth - 04/13/2007 | 0238:01 - 0242:05 |
| Smith, Ruth - 04/13/2007 | 0243:21 - 0249:11 |
| Smith, Ruth - 04/13/2007 | 0250:23 - 0261:22 |
| Smith, Ruth - 04/13/2007 | 0262:12 - 0264:06 |
| Smith, Ruth - 04/13/2007 | 0264:19 - 0265:01 |
| Smith, Ruth - 04/13/2007 | 0271:08 - 0274:04 |
| Smith, Ruth - 04/13/2007 | 0277:09 - 0284:18 |
| Smith-Charlton, Cindy - 10/03/2007 | 0006:08 - 0007:11 |

Case 3:05-cv-00444   Document 146-1   Filed 04/27/10   Page 16 of 22 PageID #: 2808

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Smith-Charlton, Cindy - 10/03/2007 | 0007:24 - 0008:09 |
| Smith-Charlton, Cindy - 10/03/2007 | 0009:08 - 0031:13 |
| Smith-Charlton, Cindy - 10/03/2007 | 0033:16 - 0036:23 |
| Smith-Charlton, Cindy - 10/03/2007 | 0037:19 - 0072:24 |
| Smith-Charlton, Cindy - 10/03/2007 | 0074:08 - 0087:11 |
| Smith-Charlton, Cindy - 10/03/2007 | 0088:02 - 0099:04 |
| Smith-Charlton, Cindy - 10/03/2007 | 0099:18 - 0112:01 |
| Smith-Charlton, Cindy - 10/03/2007 | 0112:17 - 0127:21 |
| Smith-Charlton, Cindy - 10/03/2007 | 0128:16 - 0137:25 |
| Smith-Charlton, Cindy - 10/03/2007 | 0146:05 - 0152:02 |
| Smith-Charlton, Cindy - 10/03/2007 | 0152:19 - 0154:16 |
| Smith-Charlton, Cindy - 10/03/2007 | 0155:03 - 0157:02 |
| Smith-Charlton, Cindy - 10/03/2007 | 0158:13 - 0160:16 |
| Smith-Charlton, Cindy - 10/03/2007 | 0163:12 - 0169:25 |
| Stowers, Stewart - 06/28/2007 | 0005:10 - 0006:24 |
| Stowers, Stewart - 06/28/2007 | 0007:12 - 0017:06 |
| Stowers, Stewart - 06/28/2007 | 0017:16 - 0051:09 |
| Taylor, Charles - 08/27/2009 | 0004:20 - 0004:21 |
| Taylor, Charles - 08/27/2009 | 0005:20 - 0006:18 |
| Taylor, Charles - 08/27/2009 | 0007:12 - 0008:01 |
| Taylor, Charles - 08/27/2009 | 0008:03 - 0008:07 |
| Taylor, Charles - 08/27/2009 | 0008:11 - 0008:11 |

Case 3:05-cv-00444   Document 146-1   Filed 04/27/10   Page 17 of 22 PageID #: 2809

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Taylor, Charles - 08/27/2009 | 0008:16 - 0008:17 |
| Taylor, Charles - 08/27/2009 | 0008:19 - 0008:21 |
| Taylor, Charles - 08/27/2009 | 0009:09 - 0009:11 |
| Taylor, Charles - 08/27/2009 | 0009:13 - 0009:14 |
| Taylor, Charles - 08/27/2009 | 0009:16 - 0010:02 |
| Taylor, Charles - 08/27/2009 | 0010:04 - 0010:10 |
| Taylor, Charles - 08/27/2009 | 0010:13 - 0019:08 |
| Taylor, Charles - 08/27/2009 | 0019:14 - 0024:01 |
| Taylor, Charles - 08/27/2009 | 0024:03 - 0024:21 |
| Taylor, Charles - 08/27/2009 | 0025:17 - 0028:07 |
| Taylor, Charles - 08/27/2009 | 0028:12 - 0028:21 |
| Taylor, Charles - 08/27/2009 | 0029:01 - 0029:10 |
| Taylor, Charles - 08/27/2009 | 0029:21 - 0035:06 |
| Taylor, Charles - 08/27/2009 | 0035:11 - 0055:07 |
| Taylor, Charles - 08/27/2009 | 0055:15 - 0079:07 |
| Taylor, Charles - 08/27/2009 | 0079:10 - 0083:22 |
| Taylor, Charles - 08/27/2009 | 0083:24 - 0085:17 |
| Taylor, Charles - 08/27/2009 | 0086:11 - 0094:19 |
| Taylor, Charles - 08/27/2009 | 0094:21 - 0095:18 |
| Taylor, Charles - 08/27/2009 | 0096:01 - 0096:11 |
| Taylor, Charles - 08/27/2009 | 0096:14 - 0096:16 |
| Taylor, Charles - 08/27/2009 | 0096:19 - 0097:12 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Taylor, Charles - 08/27/2009 | 0097:17 - 0097:20 |
| Taylor, Charles - 08/27/2009 | 0098:05 - 0098:24 |
| Taylor, Charles - 08/27/2009 | 0099:12 - 0099:19 |
| Taylor, Charles - 08/27/2009 | 0099:23 - 0100:06 |
| Taylor, Charles - 08/27/2009 | 0100:12 - 0100:17 |
| Taylor, Charles - 08/27/2009 | 0100:22 - 0101:03 |
| Taylor, Charles - 08/27/2009 | 0101:06 - 0101:12 |
| Taylor, Charles - 08/27/2009 | 0101:21 - 0112:20 |
| Taylor, Charles - 08/27/2009 | 0112:23 - 0116:06 |
| Taylor, Charles - 08/27/2009 | 0116:12 - 0124:18 |
| Taylor, Charles - 08/27/2009 | 0125:08 - 0129:17 |
| Taylor, Charles - 08/27/2009 | 0276:04 - 0276:04 |
| Taylor, Charles - 08/27/2009 | 0276:05 - 0281:03 |
| Taylor, Charles - 08/27/2009 | 0281:06 - 0281:16 |
| Taylor, Charles - 08/27/2009 | 0281:18 - 0288:05 |
| Taylor, Charles - 08/27/2009 | 0288:08 - 0291:19 |
| Taylor, Charles - 08/27/2009 | 0291:21 - 0292:03 |
| Taylor, Charles - 08/27/2009 | 0292:05 - 0292:08 |
| Taylor, Charles - 08/27/2009 | 0292:11 - 0295:14 |
| Taylor, Charles - 08/27/2009 | 0295:16 - 0296:08 |
| Taylor, Charles - 08/27/2009 | 0296:10 - 0296:17 |
| Taylor, Charles - 08/27/2009 | 0296:22 - 0300:21 |

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Taylor, Charles - 08/27/2009 | 0306:13 - 0308:23 |
| Taylor, Charles - 08/27/2009 | 0308:25 - 0310:08 |
| Turner, Janeth - 10/11/2007 | 0009:15 - 0010:24 |
| Turner, Janeth - 10/11/2007 | 0011:04 - 0013:21 |
| Turner, Janeth - 10/11/2007 | 0015:25 - 0016:24 |
| Turner, Janeth - 10/11/2007 | 0019:11 - 0024:07 |
| Turner, Janeth - 10/11/2007 | 0027:13 - 0027:18 |
| Turner, Janeth - 10/11/2007 | 0028:22 - 0031:22 |
| Turner, Janeth - 10/11/2007 | 0033:07 - 0043:21 |
| Turner, Janeth - 10/11/2007 | 0043:23 - 0046:13 |
| Turner, Janeth - 10/11/2007 | 0046:15 - 0049:09 |
| Turner, Janeth - 10/11/2007 | 0049:22 - 0064:09 |
| Turner, Janeth - 10/11/2007 | 0065:10 - 0070:08 |
| Turner, Janeth - 10/11/2007 | 0070:10 - 0074:05 |
| Turner, Janeth - 10/11/2007 | 0074:07 - 0076:15 |
| Turner, Janeth - 10/11/2007 | 0077:07 - 0080:02 |
| Turner, Janeth - 10/11/2007 | 0082:06 - 0085:12 |
| Turner, Janeth - 10/11/2007 | 0087:24 - 0090:22 |
| Turner, Janeth - 10/11/2007 | 0091:12 - 0092:10 |
| Turner, Janeth - 10/11/2007 | 0093:08 - 0094:19 |
| Turner, Janeth - 10/11/2007 | 0096:21 - 0097:23 |
| Turner, Janeth - 10/11/2007 | 0101:21 - 0102:16 |

Case 3:05-cv-00444   Document 146-1   Filed 04/27/10   Page 20 of 22 PageID #: 2812

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
| --- | --- |
| Turner, Janeth - 10/11/2007 | 0105:05 - 0109:17 |
| Turner, Janeth - 10/11/2007 | 0115:16 - 0121:15 |
| Turner, Janeth - 10/11/2007 | 0121:18 - 0122:04 |
| Turner, Janeth - 10/11/2007 | 0123:11 - 0128:14 |
| Turner, Janeth - 10/11/2007 | 0132:13 - 0136:22 |
| Turner, Janeth - 10/11/2007 | 0137:14 - 0140:07 |
| Turner, Janeth - 10/11/2007 | 0140:15 - 0142:12 |
| Turner, Janeth - 10/11/2007 | 0142:24 - 0146:20 |
| Turner, Janeth - 10/11/2007 | 0146:22 - 0147:24 |
| Turner, Janeth - 10/11/2007 | 0148:02 - 0148:22 |
| Turner, Janeth - 10/11/2007 | 0200:22 - 0201:20 |
| Turner, Janeth - 10/11/2007 | 0237:08 - 0239:03 |
| Turner, Janeth - 10/11/2007 | 0262:03 - 0263:08 |
| Turner, Janeth - 10/11/2007 | 0264:02 - 0265:19 |
| Turner, Janeth - 10/11/2007 | 0267:17 - 0267:21 |
| Turner, Janeth - 10/11/2007 | 0268:15 - 0270:14 |
| Turner, Janeth - 10/11/2007 | 0271:02 - 0272:20 |
| Turner, Janeth - 10/11/2007 | 0273:02 - 0276:11 |
| Turner, Janeth - 10/11/2007 | 0276:13 - 0276:16 |
| Turner, Janeth - 10/11/2007 | 0277:20 - 0278:07 |
| Turner, Janeth - 10/11/2007 | 0279:14 - 0281:06 |
| Turner, Janeth - 10/11/2007 | 0283:05 - 0285:11 |

Case 3:05-cv-00444   Document 146-1   Filed 04/27/10   Page 21 of 22 PageID #: 2813

| WITNESS NAME & DEPOSITION DATE | PAGE & LINE |
|---|---|
| Turner, Janeth - 10/11/2007 | 0286:05 - 0286:20 |
| Turner, Janeth - 10/12/2007 | 0386:03 - 0387:08 |
| Turner, Janeth - 10/12/2007 | 0387:11 - 0388:06 |
| Turner, Janeth - 10/12/2007 | 0556:22 - 0557:02 |
| Turner, Janeth - 10/12/2007 | 0557:19 - 0559:19 |
| Turner, Janeth - 10/12/2007 | 0561:24 - 0566:17 |
| Turner, Janeth - 10/12/2007 | 0567:17 - 0568:25 |
| Turner, Janeth - 10/12/2007 | 0569:23 - 0572:10 |
| Turner, Janeth - 10/12/2007 | 0578:05 - 0581:04 |
| Turner, Janeth - 10/12/2007 | 0586:02 - 0587:17 |
| Wood, Christopher - 06/07/2007 | 0006:11 - 0036:09 |
| Wood, Christopher - 06/07/2007 | 0046:18 - 0047:09 |
| Wood, Christopher - 06/07/2007 | 0049:17 - 0049:23 |