IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next Kin of Richard Smith, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER INC., *et al.*, <br><br> Defendants. | Civil No. 3:05-0444 <br> Judge Aleta A. Trauger <br> (Dist. Of MA No. <br> 1:05-cv-11515PBS) |

## DEFENDANTS' LIVE WITNESS LIST

Defendants, Pfizer Inc ("Pfizer") and Warner-Lambert Company LLC ("Warner-Lambert") (collectively, "Defendants"), by and through their undersigned counsel, hereby identify the following witnesses who may be called live at trial:

1. Janet Arrowsmith
2. Keith Altman
3. Frank M. Berklacich, MD
4. Gary Wayne Biggs
5. Lewis Wesley Carnahan
6. James R. Cato
7. Cindy Smith-Charlton
8. Drew Charlton
9. Peter M. Donofrio, MD
10. Professor Robert D. Gibbons, Ph.D.
11. Professor Henry Grabowski, Ph.D.
12. Robert P. Granacher, Jr., MD, MBA
13. Carl Hampf, MD

14. Buford Hoskins
15. Sherri Hoskins
16. Douglas G. Jacobs, MD
17. Lloyd Knapp, Pharm D.
18. Pamela Krancer, APN
19. Arnold Eugene Lawson
20. Gayle Lawson
21. James Lee
22. Feng Li, MD, JD, Ph.D.
23. Edward Mackey, MD
24. Paul R. McCombs, III, MD
25. Alexander Ruggieri, M.D.
26. Detective Danny Satterfield
27. Ruth Smith
28. Stewart Stowers, MD
29. Charles Taylor, Ph.D.
30. Professor Sheila Weiss-Smith, Ph.D.
31. Chris Wood, DDS

Defendants identify these witnesses conditionally and without waiver of their right to object on grounds of relevancy, prejudice, or any other ground to the subject matter as to which the witnesses might testify, and reserve their right to call these witnesses in rebuttal in the event that their objections to Plaintiff's evidence are overruled. In submitting this live witness list, Defendants specifically reserve the right to: 1) withdraw at any time any witness identified on this list; 2) supplement and/or amend this list in the event that additional witnesses are discovered subsequent to the date of service of this list; 3) call additional witnesses at trial as required for authentication, rebuttal or impeachment and/or as necessitated by evidence presented by Plaintiff; 4) supplement and/or amend this list in response to the Court's rulings on pretrial motions or other evidentiary matters; 5) supplement this list to identify witnesses on the

issue of punitive damages, in the event that the jury is asked to determine punitive damages during a separate phase of trial; and 6) supplement and/or amend this list as otherwise permitted by the Court.  Defendants also reserve their right to call any witness listed on Plaintiff's live witness list.  Defendants further reserve their right to call any of these witnesses by deposition.

Dated: April 27, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:   /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, New York 10036
Tel: (212) 735-3000
mark.cheffo@skadden.com

   -and-

NEAL & HARWELL, PLC

By:    /s/ Gerald D. Neenan
         Aubrey B. Harwell, Jr., No. 002559
         W. David Bridgers, No. 016603
         Gerald D. Neenan, No. 006710

2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN  37219
(615) 244-1713
(615) 726-0573 (fax)

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 27th day of April 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

| | |
|---|---|
| Andrew G. Finkelstein, Esq. | Charles F. Barrett, Esq. |
| Kenneth B. Fromson, Esq. | Barrett & Associates, P.A. |
| Finkelstein & Partners, LLP | 6718 Highway 100, Suite 210 |
| 1279 Route 300 | Nashville, TN 37205 |
| Newburg, NY 12550 | |

Dara G. Hegar, Esq.
Ken S. Soh, Esq.
Maura Kolb, Esq.
Robert Leone, Esq.
W. Mark Lanier, Esq.
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

/s/ Gerald D. Neenan