# Plaintiff's objections to Defendants' Deposition Designations
# EXHIBIT B

# Objections to Defense Designations:

Deponent: _____**Frank Berklacich, MD**_____

Deposition Date: _____**6/7/2007**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 14:21 | 15:1 | X | | 403; speculation, vague; hearsay |
| 15:2 | 15:8 | X | | 402; 403; hearsay |
| 19:6 | 19:15 | X | | Assumes facts; misquotes deponent; 403 |
| 42:10 | 42:13 | X | | speculation |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Wayne Biggs**_____

Deposition Date: ___**2/8/2008**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 21:8 | 22:2 | X | | Double hearsay; assumes facts, 403 |
| 24:3 | 24:21 | X | | Speculation |
| 24:22 | 26:12 | X | | Irrelevant |
| 27:14 | 28:2 | X | | Vague, speculation |
| 52:7 | 54:5 | X | | Hearsay; irrelevant |
| 55:11 | 57.21 | X | | Speculation, hearsay |
| 57:22 | 59:6 | X | | Speculation |
| 73:7 | 74:6 | X | | Speculation |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: ___Wes Carnahan_____

Deposition Date: ____10/23/07_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 11:19 | 13:3 | X | | Irrelevant or 403 |
| 13:21 | 14:7 | X | | Assumes facts; calls for speculation |
| 26:15 | 26:23 | X | | Irrelevant or 403 |
| 29:3 | 30:12 | X | | Irrelevant or 403 |
| 32:19 | 32:22 | X | | Irrelevant or 403 |
| 33:22 | 34:7 | X | | Hearsay, Vague |
| 34:13 | 35:5 | X | | Irrelevant or 403 |
| 43:3 | 47:6 | X | | Irrelevant, speculation, hearsay |
| 47:7 | 48:5 | X | | Assumes facts, speculation hearsay |
| 48:20 | 48:25 | X | | Hearsay |
| 65:11 | 66:2 | X | | Irrelevant or 403 |
| 70:24 | 71:5 | X | | Irrelevant or 403 |
| 73:8 | 73:15 | X | | Irrelevant or 403 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**James Cato, M.D.**_____

Deposition Date: _____**6/29/07**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 9:15 | 11:12 | X | | Irrelevant |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Drew Charlton**_____

Deposition Date: \_\_\_\_**10/3/07**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 15:9 | 15:16 | X | | Speculation |
| 21:18 | 22:3 | X | | Speculation |
| 25:1 | 25:9 | X | | Speculation; irrelevant |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Manfred Hauben**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 124:8 | 124:22 | X | | Non responsive |
| 126:23 | 128:18 | X | | Non responsive |
| 296:17 | 297:1 | X | | Non responsive, speculation |
| 325:22 | 326:1 | X | | hearsay |
| 348:5 | 348:16 | X | | Speculation |
| 349:2 | 349:14 | X | | Speculation, calls for expert testimony (regulatory / labeling) |
| 452:11 | 453:1 | X | | Non responsive |
| 525:8 | 525:17 | X | | Non responsive |
| 530:24 | 531:4 | X | | hearsay |
| 531:9 | 531:22 | X | | hearsay |
| 549:22 | 550:11 | X | | Calls for expert testimony, lack of foundation |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Buford Hoskins**_____

Deposition Date: _____**10/24/07**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 43:21 | 44:8 | X | | Speculation; irrelevant |
| 47:24 | 48:24 | X | | Speculation; irrelevant |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Sherri Hoskins**_____

Deposition Date: _____**10/24/07**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 6:20 | 7:16 | X | | Irrelevant |
| 13:22 | 14:9 | X | | Irrelevant |
| 23:20 | 24:1 | X | | Speculation |
| 33:22 | 34:1 | X | | Speculation |
| 40:16 | 41:4 | X | | Irrelevant; hearsay |
| 42:25 | 43:8 | X | | Irrelevant; speculation |
| 45:3 | 45:22 | X | | Irrelevant; speculation; vague |
| 46:4 | 46:10 | X | | Speculation; vague |
| 47:10 | 47:16 | X | | Hearsay |
| 47:18 | 48:3 | X | | Hearsay |
| 48:5 | 48:10 | X | | Speculation |
| 48:22 | 49:2 | X | | Speculation |
| 53:13 | 54:1 | X | | Speculation |
| 68:1 | 68:5 | X | | Speculation |
| 68:6 | 68:17 | X | | Irrelevant |
| 68:18 | 69:9 | X | | Speculation |
| 70:19 | 71:16 | X | | Irrelevant; vague |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____Lloyd Knapp_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| June 28, 07 | | | | |
| 711 : 4 | 713 :25 | X | | Leading |
| 715 : 4 | 715 : 9 | X | | Speculation |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Arnold Lawson**_____

Deposition Date: _____**10/4/07**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 7:23 | 7:23 | X | | Irrelevant |
| 9:13 | 9:16 | X | | Irrelevant |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Gayle Lawson**_____

Deposition Date: _____**10/4/07**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 17:2 | 17:11 | X | | Irrelevant |
| 22:9 | 22:18 | X | | Speculative |
| 25:6 | 25:15 | X | | Speculative |
| 43:9 | 43:19 | X | | Speculative |
| 46:21 | 47:21 | X | | Speculative |
| 56:25 | 58:1 | X | | Speculative |
| 63:2 | 63:14 | X | | Speculative |
| 71:15 | 71:18 | X | | Speculative |
| 77:20 | 78:5 | X | | Irrelevant |
| 84:15 | 85:2 | X | | Speculative |
| 85:10 | 86:6 | X | | Speculative |
| 87:13 | 87:16 | X | | Speculative |
| 91:21 | 91:25 | X | | Speculative |
| 92:2 | 92:21 | X | | Speculative |
| 93:2 | 93:8 | X | | Speculative |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Edward Mackey, M.D.**_____

Deposition Date: _____**5/23/07**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 108:23 | 109:19 | X | | Hearsay; speculation |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Paul McCombs, M.D.**_____

Deposition Date: _____**6/8/07**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 6:15 | 6:20 | X | | Irrelevant |
| 16:4 | 16:21 | X | | Irrelevant |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Cynthia McCormick**_____

Consistent with Plaintiff's motion in limine, ECF Doc #92, to exclude testimony of Defendant's expert Cynthia McCormick, Plaintiff's object to Defendants' submission of deposition designations relating to Cynthia McCormick, MD. Notwithstanding Plaintiff's objections, Plaintiff shall submit counter-designations as attached hereto.

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 106 : 21 | 107 : 17 | X | | Form – Leading, expert opinion by fact witness |
| 108 : 13 | 109 : 6 | X | | Form – leading, improper expert opinion by fact witness |
| 117 :1 | 117:20 | X | | Form – Ambiguous and compound: use of words "suggest or recommend" |
| 128 :2 | 128 :21 | X | | Form – leading |
| 129:4 | 129:14 | X | | Expert opinion by fact witness |
| 129 : 15 | 130 : 17 | X | | Form – leading |
| 132:18 | 132:22 | X | | hearsay |
| 171 :3 | 171 : 11 | X | | Form – leading |
| 172:7 | 172:11 | X | | Expert opinion by fact witness |
| 175:24 | 176:17 | X | | Expert opinion by fact witness |
| 182:12 | 182:19 | X | | Form - Leading and calls for speculation |
| 190:8 | 190:19 | X | | Expert opinion by fact witness |
| 192:9 | 192:11 | X | | Expert opinion by fact witness |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: ___Dr Atul Pande_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/lines for completeness |
|---|---|---|---|---|
| 14:9 | 15:19 | X | | He is not a designated expert and wrote no expert reports; this resume was superseded: Exhibit 1: hearsay, not relevant |
| 603:14 | 632:17 | X | | Defense does not list Pande as an expert on any subject and did not submit a rule 26 report from him. During his deposition he repeatedly stated that he is not an expert. He has not treated patients in almost 20 years, has never prescribed Neurontin, and does not read patient records. At 612 he says he does not follow the literature and has no access to company documents. Even so, Ms. McGroder elicited expert opinions from him on topics that require Rule 26 disclosure, preparation, report, and a foundation for the opinion. This section (603 - 632) covers his opinion on what it means that doctors are still prescribing Neurontin (no experience or foundation); where doctors get their information to make prescribing decisions; the medicine's 'overall safety profile'; |
| 616:20 | | X | | Exhibit 41: CV Hearsay, relevance, did not identify him as expert or provide rule 26 disclosures |
| 624:21 | 632:17 | X | | Same objection; journal articles are not admissible, article not previously disclosed, and underlying research not reliable. He read a paper and received advice from a patent attorney to file the patent for neurontin for bipolar Exhibit 42; Hearsay, article, expert opinion, no Rule 26 disclosure, opinion unreliable rule 702 et seq |
| 641:8 | 661:2 | X | | Same as above Hearsay, expert opinion about Parke Davis thought processes |

| | | | | |
|---|---|---|---|---|
| 646:20 | | X | | Same as above, interprets the outcome of a hearsay study<br>Exhibit 43; Hearsay, article, expert opinion, no Rule 26 disclosure, opinion unreliable rule 702 et seq |
| 657:24 | | X | | Same as above, interprets the outcome of a hearsay study<br>Exhibit 44; Hearsay, article, expert opinion, no Rule 26 disclosure, opinion unreliable rule 702 et seq |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Danny Satterfield**_____

Deposition Date: _____**2/7/08**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 23:14 | 23:15 | X | | Irrelevant |
| 46:24 | 47:9 | X | | Vague |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Scott, Drusilla**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 609:14 | 609:22 | X | | Lack of Foundation, Calls for Speculation |
| 613:6 | 614:11 | X | | Lack of foundation, calls for expert testimony |
| 614:12 | 614:17 | X | | Lack of foundation, calls for expert testimony |
| 614:18 | 615:5 | X | | Lack of foundation, calls for speculation, leading, calls for expert testimony. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Cindy Smith-Charlton**_____

Deposition Date: ___**10/3/07**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 27:12 | 27:20 | X | | hearsay |
| 69:3 | 69:18 | X | | Vague, ambiguous |
| 118:4 | 119:2 | X | | Irrelevant; 403; assumes facts not in evidence |
| 124:22 | 125:8 | X | | Argumentative |
| 158:13 | 160:16 | X | | Irrelevant; 403 |
| 169:18 | 169:25 | X | | Irrelevant |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Ruth Smith**_____

Deposition Date: ___**4/12/07**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 5:9 | 5:17 | X | | Irrelevant or 403 |
| 6:11 | 6:20 | X | | 403 |
| 54:7 | 54:16 | X | | 403 |
| 64:5 | 64:5 | X | | Irrelevant |
| 64:13 | 64:22 | X | | Vague |
| 70:15 | 70:25 | X | | Vague |
| 97:22 | 98:4 | X | | Misstates facts |
| 111:9 | 111:14 | X | | Hearsay |
| 135:5 | 135:20 | X | | Hearsay |
| 136:14 | 137:25 | X | | Hearsay; 403; speculation |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Stewart Stowers, M.D.**_____

Deposition Date: _____**6/28/07**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 9:21 | 11:5 | X | | Irrelevant |
| 50:13 | 50:19 | X | | Speculative |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____Charlie Taylor___08/27/2009_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 7:22 | 9:14 | x | | Relevant, prejuidicial |
| 27:12 | 29:17 | x | | lacks foundation – as to micrograph – for entire exhibit's use |
| 79:4 | 79:24 | x | | speculation, foundation |
| 95:17 | 97:23 | x | | hearsay and lacks foundation |
| 98:4 | 101:14 | x | | hearsay and lacks foundation |
| 125:8 | 129:17 | x | | hearsay and lacks foundation |
| 287:24 | 288:8 | x | | leading |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _____**Janeth Turner**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 52:24 | 53:10 | X | | Foundation // No bases – FDA opinion |
| 74:7 | 76:15 | | X | 76:16- 77:6 |
| 97:20 | 97 :23 | X | | Leading // Calls for speculation |
| 270:22 | 272:20 | X | | Non-Responsive |
| 556:22 | 557:2 | X | | Foundation |
| 567:17 | 568:25 | X | | Speculation // No foundation |
| 570:24 | 571:13 | X | | Speculation |
| 580:18 | 581:4 | X | | Speculation |
| 586:2 | 587:17 | X | | Beyond direct -- leading |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# Objections to Defense Designations:

Deponent: _**Chris Wood DDS**_____

Deposition Date: __**6/7/2007**_____

| Beginning Page : Line | Ending Page : Line | Objection | Completeness | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|---|
| 46:18 | 47:9 | X | | Irrelevant |
| 49:17 | 49:23 | X | | 403; speculation; irrelevant; hearsay; argumentative |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |