# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of RICHARD SMITH, Deceased,** | ) ) ) |
| | ) **Case #: 3:05-00444** |
| **Plaintiff,** | ) **Judge Trauger** |
| -against- | ) ) ) |
| **PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC and JOHN DOE(S) 1-10,** | ) ) ) ) ) ) ) |
| **Defendants.** | ) |

**DECLARATION OF KENNETH B. FROMSON, ESQ.
IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE*
TO EXCLUDE EVIDENCE OF POST-INCIDENT REGULATORY
ACTIONS, LABELING, AND PATIENT INFORMATION GUIDES**

I, Kenneth B. Fromson, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff.

2. This declaration is submitted in opposition to Defendants' Motion *in Limine* to exclude evidence of post-incident regulatory actions, labeling and patient information guides.

3. The following documents are attached hereto in opposition to Defendants' motion:

    Exhibit A - April, 2009 Letter from the FDA to Pfizer and attached 2009 new label for Neurontin

    Exhibit B - Excerpts from expert report of Plaintiff's expert Dr. Cheryl Blume, pp. 195, 196

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 27, 2010

/s/ Kenneth B. Fromson
Kenneth B. Fromson
Finkelstein & Partners, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY 12551
(800) 634-1212

*Attorneys for Plaintiff Ruth Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of April, 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

Aubrey B. Harwell, Jr., Esq.
W. David Bridgers, Esq.
Gerald D. Neenan, Esq.
Robert A. Peal, Esq.
Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219

Prince C. Chambliss, Jr., Esq.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

Mark S. Cheffo, Esq.
Catherine B. Stevens, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

/s/ Kenneth B. Fromson
Kenneth B. Fromson