IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of RICHARD SMITH, Deceased,<br><br>Plaintiff,<br><br>-against-<br><br>PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC and JOHN DOE(S) 1-10,<br><br>Defendants. | Case #: 3:05-00444<br>Judge Trauger |

**DECLARATION OF KENNETH B. FROMSON, ESQ.
IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE*
TO EXCLUDE ALL EVIDENCE OF OR REFERENCES
TO CONDUCT UNRELATED TO NEURONTIN**

I, Kenneth B. Fromson, depose and state as follows:

1.      I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter.

2.      This declaration is submitted in opposition to Defendants' Motion *in Limine* to Exclude All Evidence of or References to Conduct Unrelated to Neurontin.

3.      The following documents are attached hereto in opposition to Defendants' motion:

   Exhibit A  - Settlement Agreement among Pfizer Inc., the United States Department of Justice and certain other government agencies, dated August 2009

   Exhibit B  - Attachment A to the Settlement Agreement, dated August 2009

Exhibit C  - Letter and Acknowledgement re Pharmacia Plea Agreement, dated August 31, 2009

Exhibit D  - Pharmacia Criminal Information

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 27, 2010

                                              **/s/ Kenneth B. Fromson**
Kenneth B. Fromson
FINKELSTEIN & PARTNERS, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff Ruth Smith*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of April, 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

Aubrey B. Harwell, Jr., Esq.
W. David Bridgers, Esq.
Gerald D. Neenan, Esq.
Robert A. Peal, Esq.
Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN  37219

Prince C. Chambliss, Jr., Esq.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN  38120

Mark S. Cheffo, Esq.
Catherine B. Stevens, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

      /s/ Kenneth B. Fromson
        Kenneth B. Fromson