# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of RICHARD SMITH, Deceased, | ) ) ) ) | **Case #: 3:05-00444** **Judge Trauger** |
| Plaintiff, | ) ) | |
| -against- | ) ) | |
| PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC and JOHN DOE(S) 1-10, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF KENNETH B. FROMSON, ESQ.
## IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE*
## TO EXCLUDE ANECDOTAL ADVERSE EVENT REPORTS

I, Kenneth B. Fromson, depose and state as follows:

1.     I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter.

2.     This declaration is submitted in opposition to Defendants' Motion *in Limine* to exclude anecdotal adverse event reports.

3.     The following documents are attached hereto in opposition to Defendants' motion:

Exhibit A  -  Mar. 22, 2005 *FDA Guidance for Good Pharmacovigilance Practices*

Exhibit B  -  Excerpts from December 5, 2008 Deposition of Dr. Alex Ruggieri

Exhibit C  -  December 16, 2008 Letter Template from FDA to AED Sponsors

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 27, 2010

/s/ **Kenneth B. Fromson**
Kenneth B. Fromson
FINKELSTEIN & PARTNERS, LLP
1279 Route 300, P.O. Box 1111
Newburgh, NY  12551
(800) 634-1212

*Attorneys for Plaintiff Ruth Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of April, 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system.  True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

Aubrey B. Harwell, Jr., Esq.
W. David Bridgers, Esq.
Gerald D. Neenan, Esq.
Robert A. Peal, Esq.
Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN  37219

Prince C. Chambliss, Jr., Esq.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN  38120

Mark S. Cheffo, Esq.
Catherine B. Stevens, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

/s/ **Kenneth B. Fromson**
Kenneth B. Fromson

2