# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **RUTH SMITH, Individually and as Widow** ) <br> **for the Use and Benefit of Herself and the** ) <br> **Next of Kin of RICHARD SMITH, Deceased,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> -against- ) <br> ) <br> **PFIZER INC., PARKE-DAVIS,** ) <br> **a division of Warner-Lambert Company** ) <br> **and Warner-Lambert Company LLC,** ) <br> **WARNER-LAMBERT COMPANY,** ) <br> **WARNER-LAMBERT COMPANY LLC and** ) <br> **JOHN DOE(S) 1-10,** ) <br> ) <br> **Defendants.** ) | **Case #: 3:05-00444** <br> **Judge Trauger** |

**DECLARATION OF KENNETH B. FROMSON, ESQ.
IN OPPOSITION TO DEFENDANTS' MOTION *IN
LIMINE* TO EXCLUDE EVIDENCE OF MARKETING
OR ADVERTISING MATERIALS AND CONDUCT**

I, Kenneth B. Fromson, deposes and states as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter.

2. This declaration is submitted in opposition to Defendants' motion *in limine* to exclude evidence of marketing or advertising materials and conduct.

3. The following documents are attached hereto in opposition to Defendants' motion:

Exhibit A - Neurontin Action Plan 2004

Exhibit B - Internal document of Manfred Hauben; Bates No. Pfizer M Hauben 0000123-0000125

Exhibit C - Excerpt from Transcript of Akabane Yoshiharu at p. 53

Exhibit D - Gabapentin Data Capture Aid

Exhibit E - April 1, 2003 e-mail by John Marino

Exhibit F - December 7, 2000 e-mail from Joe Feczko

Exhibit G - Chart entitled "Percentage of Serious Reports For Suicide and Self injurious Behavior"

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 27, 2010

                                             **/s/ Kenneth B. Fromson**
                                             Kenneth B. Fromson
                                             Finkelstein & Partners, LLP
                                             1279 Route 300, P.O. Box 1111
                                             Newburgh, NY  12551
                                             (800) 634-1212

                                             *Attorneys for Plaintiff Ruth Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of April, 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

Aubrey B. Harwell, Jr., Esq.
W. David Bridgers, Esq.
Gerald D. Neenan, Esq.
Robert A. Peal, Esq.
Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219

Prince C. Chambliss, Jr., Esq.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

Mark S. Cheffo, Esq.
Catherine B. Stevens, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

    /s/ Kenneth B. Fromson
    Kenneth B. Fromson