# EXHIBIT C

**Page 1**

```
 1     UNITED STATES DISTRICT COURT
 2     FOR THE DISTRICT OF MASSACHUSETTS
 3        MDL Docket No. 1629
 4        Master File No. 04-10981
 5   *************************************
 6   IN RE:  NEURONTIN MARKETING, SALES
 7         PRACTICES AND PRODUCTS
 8         LIABILITY LITIGATION
 9   *************************************
10   THIS DOCUMENT RELATES TO:
11   RONALD J. BULGER, SR., as Administrator
12   of the Estate of Susan Bulger, Deceased
13   *************************************
14
15   VIDEOTAPED DEPOSITION OF YOSHIHARU AKABANE,
16
17            Held At:
              Hare & Chaffin
18            160 Federal Street
              Boston, Massachusetts 02110
19
              June 26th, 2008
20            11:03 AM
21
22   Reported By:
     Maureen O'Connor Pollard, CSR, RPR, CLR
23
24   Videographer:  William Slater
```

**Page 2**

```
 1   APPEARANCES:
 2   FOR THE PLAINTIFF:
 3      BY:  MARSHALL RICHER, ESQ. (via phone)
 4           FINKELSTEIN & PARTNERS
 5           436 Robinson Avenue
 6           Newburgh, New York 12550
 7           800-634-1212
 8           mricher@lawampm.com
 9
10   FOR THE DEFENDANTS:
11      BY:  DAVID B. CHAFFIN, ESQ.
12           HARE & CHAFFIN
13           160 Federal Street
14           Boston, Massachusetts 02110
15           617-330-5000
16           dchaffin@hare-chaffin.com
17
18   FOR THE DEPONENT:
19      BY:  JAMES A. BELLO, ESQ.
20           MORRISON MAHONEY LLP
21           250 Summer Street
22           Boston, Massachusetts 02210
23           617-737-8803
24           jbello@morrisonmahoney.com
```

**Page 3**

```
 1              INDEX
 2   EXAMINATION                     PAGE
 3   YOSHIHARU AKABANE, MD
 4    BY MR. CHAFFIN                  5
 5    BY MR. RICHER                  59
 6
 7              EXHIBITS
 8   NO.        DESCRIPTION          PAGE
 9   Ex. 1   Office chart of Mrs. Bulger.....   4
```

**Page 4**

```
 1              P R O C E E D I N G S
 2
 3            (Whereupon, Akabane Exhibit 1 was
 4   marked for identification.)
 5            THE VIDEOGRAPHER:  This is the video
 6   operator, Tom Tracy of Veritext.
 7            Today's date is June 26th, 2008.  The
 8   time is 11:03 a.m..
 9            We are here at the offices of Hare &
10   Chaffin located at Boston, Mass to take the
11   videotaped deposition of Yoshiharu Akabane, M.D.
12   in the matter of Neurontin Marketing and Sales
13   Practices versus Pfizer, Incorporated in the
14   U.S. District Court of Massachusetts, District
15   of Massachusetts, Docket Number 1629.
16            Will counsel please voice identify
17   yourselves and state whom you represent?
18            MR. CHAFFIN:  Thank you, Tom.
19            David Chaffin for the Defendants.
20   Good morning.
21            MR. RICHER:  Marshall Richer,
22   Finkelstein & Partners, for Plaintiffs.
23            MR. BELLO:  And lastly, Jim Bello from
24   Morrison Mahoney on behalf of the witness,
     UNCERTIFIED ROUGH - UNCERTIFIED ROUGH - UNCERTIFI
```

### Page 53

1  Q.  All right.  And then that's your
2  signature at the end?
3  A.  Yes.
4  Q.  And then let's go back up to the
5  medication box, please.  If you could read that.
6  A.  "Neurontin, 100 milligrams, 1 TID."
7  Q.  What does that mean?
8  A.  One three times a day.  So she is to
9  take 100 milligrams of Neurontin three times a
10  day for, I assume it's one week.  And then
11  second week two three times a day, and then
12  three three times a day, third week only.
13  Q.  So you were titrating her up to
14  900 milligrams per day?
15  A.  Mm-hmm.
16  Q.  And then below that?
17  A.  "Zoloft, 100 milligrams, one a day."
18  Q.  Why did you prescribe Neurontin for
19  her?
20  A.  For bipolar disorder, and I assume
21  angry, irritable individual with a history of
22  substance abuse.
23  Q.  A history of?
24  A.  Substance abuse.

### Page 54

1  Q.  So you wanted to stay away from the
2  benzos?
3  A.  Mm-hmm.
4  Q.  And anything else you wanted to stay
5  away from?
6  A.  Well, medication which didn't work in
7  the past, and medication which make it harder
8  for her to take.  In general the bipolar people
9  are notoriously unreliable medication takers,
10  they are not treatment compliant, and her
11  history is a good example of that, she comes in,
12  gone.  And, you know, the treatment compliance
13  is probably the biggest issue with the bipolar
14  individual.
15  Q.  She actually did that twice with your
16  office, right?
17  A.  Mm-hmm.
18  Q.  In and gone, right?
19  A.  Yep.  You know, you can see she was
20  seen only three times in my office.  And the
21  note with Dr. Reimherr, on the side it says
22  February something, 7th, I prescribed Prozac,
23  and then February 25th no show, and that's the
24  last of our contact with Susan.

### Page 55

1  Q.  So you prescribed Neurontin and Zoloft
2  for her?
3  A.  Mm-hmm.
4  Q.  And subsequently Dr. Reimherr
5  prescribed Prozac?
6  A.  Mm-hmm.  And Neurontin.
7  Q.  And Neurontin, same dosage as you?
8  A.  No.  400 milligrams.
9  Q.  Three times a day?
10  A.  Yes.
11  Q.  So he titrated her up to
12  1,200 milligrams?
13  A.  Right.
14  Q.  And then after that she was a no show?
15  A.  Correct.
16  Q.  Now, one of Dr. Reimherr's notes, and
17  this is Page 8, "in the past the patient was
18  treated with Xanax and she was wondering whether
19  she can get Xanax PRN, which I declined."
20  What's that all about, if you know?
21  MR. RICHER:  Objection.
22  MR. BELLO:  Objection.
23  But you may answer if you can answer
24  the question without guessing.

### Page 56

1  A.  Xanax is a benzodiazapine, and with a
2  substance abuse history we tend to stay away
3  from that if we can.  And also people who is
4  emotionally labile, they tend to be disinhibit,
5  Xanax tend to disinhibit meaning she tend to get
6  more labile.
7  MR. CHAFFIN:  Okay.  Can we take about
8  a two-minute break, please?  Is that okay?
9  We've been going about an hour.
10  Okay, Marshall.
11  MR. RICHER:  Sure.
12  MR. CHAFFIN:  Just a couple minutes.
13  I don't have too much more, I don't think.
14  THE VIDEOGRAPHER:  It is 12:03 p.m.,
15  and we're going off the record on tape one.
16  (Whereupon, a recess was taken.)
17  THE VIDEOGRAPHER:  It is 12:07 p.m.,
18  and we're back on the record on tape number one.
19  MR. CHAFFIN:  Thank you, Tom.
20  BY MR. CHAFFIN:
21  Q.  Doctor, are you aware of the FDA alert
22  on AEDs?
23  A.  Depend what you're talking about,
24  referring to.