## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of RICHARD SMITH, Deceased, | ) ) ) ) |
| Plaintiff, | Case #: 3:05-00444 Judge Trauger |
| -against- | |
| PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC and JOHN DOE(S) 1-10, | |
| Defendants. | |

**DECLARATION OF KENNETH B. FROMSON, ESQ.
IN OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE*
TO EXCLUDE ALL EVIDENCE OF OR REFERENCES TO
WARNER-LAMBERT COMPANY LLC'S GUILTY PLEA OR ANY
RELATED GOVERNMENT INVESTIGATIONS OR AGREEMENTS**

I, Kenneth B. Fromson, depose and state as follows:

1. I am a partner with the law firm of Finkelstein & Partners, LLP, attorneys for the Plaintiff in this matter.

2. This declaration is submitted in opposition to Defendants' Motion *in Limine* to Exclude All Evidence of or References to Warner-Lambert Company LLC's Guilty Plea or Any Related Government Investigations or Agreements.

3. The following documents are attached hereto in opposition to Defendants' motion:

Exhibit A - Information, dated May 13, 2004

Exhibit B - Plea Agreement, dated May 13, 2004

Exhibit C  -  Judgment in a Criminal Case, dated June 9, 2004

Exhibit D  -  Sentencing Memorandum of the United States, dated June 2, 2004

Exhibit E  -  E-mail from Joe Feczko, dated December 7, 2000

Exhibit F  -  E-mail from John Marino, dated April 1, 2003

Exhibit G     Chart from October 28, 2008 Deposition of Charles King III, Ex. 1

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 27, 2010

        **/s/ Kenneth B. Fromson**
        Kenneth B. Fromson
        FINKELSTEIN & PARTNERS, LLP
        1279 Route 300, P.O. Box 1111
        Newburgh, NY  12551
        (800) 634-1212

        *Attorneys for Plaintiff Ruth Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of April, 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

Aubrey B. Harwell, Jr., Esq.
W. David Bridgers, Esq.
Gerald D. Neenan, Esq.
Robert A. Peal, Esq.
Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN  37219

Prince C. Chambliss, Jr., Esq.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN  38120

Mark S. Cheffo, Esq.
Catherine B. Stevens, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

             **/s/ Kenneth B. Fromson**
              Kenneth B. Fromson