EXHIBIT E

| | |
|---|---|
| **From:** | Feczko, Joe |
| **Sent:** | Thursday, December 07, 2000 11:33 PM |
| **To:** | Audet, Craig; Barrett, Jeannette; Beckman, Fern; Brumfield, Martha; Calderon, Isabel; Capalbo, Toni; Carlisle, Kelly; Chopra, Pravin; Christesen, Phyllis; Clair, Andrew; Clark, Robert; Clavelli, Victor; Cody, Christine; Cristo, Stephen; DeCola, Paula; Fasullo, Kim; Feldstein, Edgardo; Gamper, Corinne; Garrity, Andrea; Gordon, Arnold; Gregory, William; Heroe, Pamela; Kissen, Inna; Kopelman, Marianne; Kuskin, Mary; Leylekian, Salpie; Liem-McDonnell, Lana; Logalbo, Suzanne; Mas, Marilyn; Nitschmann, Paul; Pakulski, John; Pappas, Katherine; Petchel, Kasia; Picciano, John; Rivera, Janet; Rosenblatt, Cecilia; Rudnicki, Melinda; Sollin, MaryAnn; Srulevitch-Chin, Elina; Taslak, Halil; Tham, Philip; Tomaszewski, John; Wittich, Rita; Wolfe, Samantha; Wolfson, Marc; Wolleben, John; Blakely, Joanne; DeBuono, Barbara; Flouty, George; Friedman, Reeva; Magee, Michael; Santana, Dilia; Amerman, Theresa; Balter, David; Bedell, Rubin; Blau, Rosa; Bonetti, Barbara; Bordoloi, Poonam; DeMicco, David; Dighe, Prachi; DiGiorgi, Matt; Duda Racki, Helen; Dymkowski, Aline; Escamis, Marife; Fierro, Lesley; Fraser, Charles; Gesell, Tom; Goldstein, Marcia; Higgins, Susan; Iorio, Rosemary; Leung, Vivian; Lewis, Robert; MacDonald, Marguerite; Martin, Wanda; McCoy, Lauren; Mennella, Robert; Miller, John; Odom, Ann; Patel, Monica; Pollock, Martin; Rhodes, David; Rocchi, John; Sackmann, Kandi; Saraiya, Sejal; Savulich, Donna; Sebastian, Susan; Sherry, Cheryl; Travis, Bill; Vetter, David; Williams, Linda; Wisecup, James; Arbit, Deborah; Augensen, Nancy; Auster, Sheila; Balaisius, Joanne; Beitler, Paula; Bernstein, Paula; Biunno, David; Black, Jimmy; Bonalsky, Jan; Bone, Bessie; Boselli, Bruce; Brynildsen, Maria; Carlson, Patricia; Caswell, Kim; Chin, Jenny; Chu, Henry; Daley, William; Eryan, Robin; Fanning, Mary Ann; Feinberg, Liz; Ferraro, Lois; Fort, Marian; Freiberger, James; Gash, David; Grasso, Cathy; Greely, Julie; Green, Elaine; Harris, Anthony; Hittel, William; Howard, Gail; Kafonek, Stephanie; Larson, Gregg; Laskey, Rachel; Maggs, David; Martin, Robert; Massey, Ken; McCarthy, Letitia; McClain, Barbara; McCormick, Anne; Morales-Ballejo, Hugo; Neal, Collins; O'Connor, Marie; Olin, Mary; Orama, Brunilda; Orwig, Marjorie; Pace, Sandra; Rose-Legatt, Andrea; Ryan, Diana; Savage, Lauire; Shimoun, Ghazwan; Sigmund, William; Sofia, Naseem; Sparacio, Rosemary; Stadeli, Denise; Stark, Karen; Steward, Erin; Tambone, Lisa; Taneja, Neha; Thompson, Robert; Williams, Molly; Worthy, Alycia; Wyman, Tamara; Yurkovic, Carol; Adams, Pamela; Anderson, Alison; Anderson, Katherine; Andrews, Victoria; Armstrong, Deborah; Aron, Carey; Atherly, Deborah; Behar, Regina; Boutros, Monique; Butler, Yvette; Chavez, Dolores; Clotz, Michael; Constance, Thomas; Corr, Karen; DeSilva, Mahendra; Duong, Mai; Eudaric, Phillippe; Fellers, Thomas; Ferrari, Michael; Festog, Monte; Flores, Jasmin; Frisolone, Julie; Greely, Robert; Gutierrez, Allan; Hoernemann, Kerri; Hughes, Jessica; Irwin, Marci; Israel, Marc; Janke, Steve; Katragadda, Rao; Kerrick-Walker, Jill; Kramer, Sherri; LaCroix, Sarah; Leher, Henry; Lesley, Lynn; Lloyd, Jonathan; Lotempio, Lucille; Malik, Nina; Mansfield, Monique; Martin, Lawrence; Martin, Robert; Massanari, Marc; Mastanduono, Janet; McCaskill, Laura; Michaels, Paul; Mueller, Karin; Mutisya, Elizabeth; Opher, Valerie; O'Rangers, Eleanor; Owens, Christy; Paletta, Domenic; Perez, Frank; Platt, David; Ramoran, Nelson; Randle, William; Raymond, Joanne; Rinkus, Susan; Robinson, Jeffrey; Rosenfeld, Cheryl; Sasiela, Bill; Schimel, Beth; Seargeant, Shontelle; Semel, David; Smith, Jim; Springer, Steve; Swanson, David; Tallman, Anna; Thompson, Daniel; Tisch, Robert; Trainer, JoAnn; Vander Veer, Sally; Walton, Eric; Wessels, Kathleen; Whitmire, Lynn; Wilhite, Tanya; Womer, Daniel; Yonan, Charles |
| **Subject:** | Neurontin |

*See attached.*



3@LQ01!.DOC



Pfizer AGarrity 0009938

# MEMORANDUM

December 7, 2000

| | |
|---|---|
| From: | Joe Feczko, Senior Vice President, Medical and Regulatory Operations |
| To: | PPG - US Medical Personnel |
| cc: | Karen Katen, Executive Vice President, PPG |
| Re: | Neurontin® (gabapentin) |

As indicated by Karen Katen in her November 10th memorandum to all PPG-US Marketing, Sales, and Medical Personnel (see Attachment), a number of decisions have been made relevant to the promotion and marketing of Neurontin which appropriately respond to certain legal challenges we face. This memorandum is intended to further communicate those decisions relevant to PPG-US medical personnel, so that appropriate action can be taken within Pfizer's US medical operations to ensure their effective implementation.

As with all Pfizer products, it is essential that all activities concerning the promotion and marketing of Neurontin are consistent with all applicable legal requirements as well as existing Pfizer SOPs and practices. In addition to these routine requirements, the decisions summarized below reflect additional measures that will be taken by PPG-US medical operations in connection with Neurontin.

To reiterate an important point in Karen Katen's memorandum, these items are in no way intended to reflect a judgement or conclusion by Pfizer concerning any practice or procedure that may have been in place under the former Warner Lambert Company. Rather it reflects our recently acquired understanding of the nature of the anti-epileptic market generally, and in particular Neurontin. Accordingly, the items below are prudent measures that can be taken to ensure that Pfizer avoids even the appearance of engaging in inappropriate sales and marketing activity for Neurontin.

### US Medical Operations – Neurontin Issues

- Medical members of the US Team will provide support to Medical Information to ensure appropriate responses to all medical inquiries concerning Neurontin. In all cases, responses must clearly and directly state what Neurontin's approved indications are and where applicable when certain uses are not approved.

- Medical members of the US Team will provide necessary support to PGRD to ensure expeditious preparation and filing of supplemental application for

CONFIDENTIAL Pfizer AGarrity 0009939

neuropathic pain indication and any other development programs being evaluated. They will also ensure that all US Medical resources and activities are consistent with these development programs.

- Any physician requests to Pfizer's field force for information concerning unapproved uses of Neurontin will be referred directly to Pfizer's medical information department. Pfizer's RMRS (formerly Medical Service Liaison) department will not be utilized in direct response to such requests.

- The Medical Grants Committee shall consider all requests or inquiries concerning participation in or funding for clinical investigations or any other studies concerning Neurontin, received via sales representatives or otherwise.

Please provide these guidelines to all members of your staffs. Your efforts and leadership to ensure effective implementation of the above position are greatly appreciated. Should you have any questions or concerns, please contact me directly.

CONFIDENTIAL                                                                                          Pfizer_AGarrity_0009940

## MEMORANDUM

November 10, 2000

From:     Karen Katen, Executive Vice President, PPG

To:       Joe Feczko, Senior Vice President, Medical and Regulatory Operations
          Pat Kelly, Senior Vice President, Worldwide Marketing
          Hank McCrorie, Executive Senior Vice President, Sales

Re:       Neurontin® (gabapentin)

In connection with completion of the merger earlier this year with the Warner Lambert Company, Pfizer now has responsibility for Neurontin, an exciting product which brings with it unique challenges. As we near finalization of the 2001 Operating Plan, a number of decisions have been made relevant to the promotion and marketing of Neurontin which I believe appropriately respond to these challenges. This memorandum is intended to broadly outline these decisions. I am confident that, as with other matters we have faced, Pfizer will rise to the challenges that come with this product and foster Neurontin's success in a manner consistent with Pfizer's values and all legal and regulatory requirements.

### Background

Neurontin received FDA approval in 1994 for adjunctive use in the treatment of epilepsy. As with many anti-epileptic drugs (AEDs), since its initial launch, Neurontin has come to be prescribed by physicians for a broad range of additional indications, the most significant being neuropathic pain. Physicians have long evidenced a general acceptance of many AEDs for uses in addition to neuropathic pain, including bipolar depression and other psychiatric disorders, migraine and numerous other indications. Increased discussion of AED uses in many peer-reviewed journals over the last few years further demonstrates the growing interest in this area. Accordingly, physician interest in Neurontin has been and continues to be strong, accompanied by an increasing demand first from Warner Lambert and now from Pfizer for relevant information.

In 1996, several years prior to the merger, a civil lawsuit was filed against Warner Lambert concerning allegations associated with the off-label promotion of Neurontin. This action is still pending. More recently, in late 1999, several months prior to the merger, a criminal Grand Jury investigation was initiated by the Boston US Attorney's office concerning similar issues. This investigation is ongoing. Each of these matters involves very serious issues with significant potential ramifications. While the allegations made in the civil lawsuit and the focus of the criminal investigation arise from issues unrelated to Pfizer, now that the companies are merged, it falls to Pfizer to manage

CONFIDENTIAL                                                              Pfizer_AGarrity_0009941

them and to take any and all reasonable action necessary to bring them to a satisfactory resolution. I can assure you that the Company has committed all necessary resources towards the achievement of this goal.

In the meantime, as with all Pfizer products, it is essential that all activities concerning the promotion and marketing of Neurontin are consistent with all applicable legal requirements as well as existing Pfizer SOPs and practices. In addition to these routine requirements, additional decisions have recently been made specific to the marketing and promotion of Neurontin and are summarized below.

The items below are in no way intended to reflect a judgement or conclusion by Pfizer concerning any practice or procedure that may have been in place under the former Warner Lambert Company. Rather it reflects our recently acquired understanding of the nature of the anti-epileptic market generally, and in particular Neurontin. Accordingly, the items below are prudent measures that can be taken to ensure that Pfizer avoids even the appearance of engaging in inappropriate sales and marketing activity for Neurontin.

### US Marketing Team

- Analysis of numerous independent market analyst reports (e.g., Scott-Levin, IMS), indicates that continued or even increased non-epilepsy uses of Neurontin and other AEDs is predictable. While this may occur independently, there will be no marketing or promotional activities intended to drive such growth.

- Pfizer will actively pursue FDA approval of a neuropathic pain indication for Neurontin. The US team will provide all necessary support to the research and development program for this effort.

### US Sales Force

- Neurontin detailing responsibility will be limited only to the US RON sales force (approximately 150 representatives). RON reps will call only on Neurologists and institution based epilepsy centers for Neurontin.

- Consistent with existing Pfizer practices, all detailing will be for epilepsy only, in accordance with the approved product labeling. Only those promotional materials approved centrally in NY headquarters will be used.

- Sales representatives may not participate in any Pfizer supported CME programs or other programs supported by Pfizer unrestricted educational grants that might be relevant to Neurontin, except for those programs clearly related only to epilepsy. Any such participation must be strictly in accordance with ACCME guidelines and Pfizer practices.

CONFIDENTIAL                                                                                     Pfizer_AGarrity_0009042

### US Medical

- US medical team resources and activities will be coordinated to support Pfizer's pursuit of FDA approval of a neuropathic pain indication for Neurontin.

- The US medical team will provide support to the Medical Information department to ensure appropriate responses to all Neurontin related medical inquiries. Pfizer's RMRS (formerly Medical Service Liaison) department will not be utilized in direct response to such inquiries.

Please provide these guidelines to all members of your staffs. Your efforts and leadership to ensure effective implementation of the above position are greatly appreciated.

CONFIDENTIAL                                                                                                                       Pfizer_AGarrity_0009943