EXHIBIT G

## Figure 2: Off-Label Uses of Neurontin: Bipolar and Mood Disorders



Source: Data provided by Keith Altman, Finkelstein and Partners

14

Case 3:05-cv-00444   Document 168-7   Filed 04/27/10   Page 2 of 2 PageID #: 3863