UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

----------------------------------------------------------------x
                                                                                  :

RUTH SMITH, Individually and as Widow         :
for the Use and Benefit of Herself and the         :
Next of Kin of RICHARD SMITH, Deceased,    :        Civil No. 3:05-0444
                                                            :        Judge Trauger
                                        Plaintiff,     :
    -against-                                            :
                                                                    :
PFIZER INC., PARKER-DAVIS,                 :
a division of Warner-Lambert Company,      :
and Warner-Lambert Company LLC,          :
WARNER-LAMBERT COMPANY,              :
WARNER-LAMBERT COMPANY LLC and    :
JOHN DOE(S) 1-10,                             :
                                                                    :
                                      Defendants,   :
----------------------------------------------------------------x

## PLAINTIFF'S WITNESS LIST

1. Ruth Smith, 301 Autumn Chase Dr, Nashville, TN 37214, telephone number 615-975-6300;

2. Cindy Smith-Charlton, 2914 McGavock Pike, Nashville, TN 37214, telephone number 615-975-6300;

3. Andrew Charlton, 2914 McGavock Pike, Nashville, TN 37214, telephone number 615-975-6300;

4. Sherri Hoskins, 204 Chester Stevens Rd, Franklin, TN 37067, telephone number 615-591-5339;

5. Buford Hoskins, 204 Chester Stevens Rd, Franklin, TN 37067, telephone number 615-591-5339;

6. Lewis Wesley Carnahan, 2936 McGravock Pike, Nashville, TN 37214, telephone number 615-882-2856;

7. Gayle Lawson, 2003 Brentview Ct, Nashville, TN 37220, telephone number 615-269-0345;

8. Arnold Eugene Lawson, 2003 Brentview Ct, Nashville, TN 37220, telephone number 615-269-0345;

9. Dan Chambers, minister at Lebanon Road Church of Christ;

10. Donnie Kennedy, a friend of the family, pallbearer;

11. Bill Duffy, nephew;

12. Bill Allen, friend;

13. Bill Roehrig, Nashville Machines;

14. John Gray, employee Nashville Machines, 800 Stirrup Drive, Nashville, TN 37221, telephone number 615-838-5828;

15. Jim Tatum, employee Nashville Machines;

16. James Earl Lee, employee Nashville Machines, 7108 Bahne Road, Fairview, TN, telephone number 615-799-5791;

17. Detective Danny Satterfield, Metropolitan Nashville Police Department, 200 James Robertson Parkway, Nashville, TN 37201, telephone number 615-862-7400;

18. Officer David Crowder, Metropolitan Nashville Police Department, 200 James Robertson Parkway, Nashville, TN 37201, telephone number 615-862-7400;

19. Officer Randy Casteel, Metropolitan Nashville Police Department, 200 James Robertson Parkway, Nashville, TN 37201, telephone number 615-862-7400;

20. Officer Jason Moyot, Metropolitan Nashville Police Department, 200 James Robertson Parkway, Nashville, TN 37201, telephone number 615-862-7400;

21. Officer W. Louchs, Metropolitan Nashville Police Department, 200 James Robertson Parkway, Nashville, TN 37201, telephone number 615-862-7400;

22. Dr. Feng Li, Forensic Medical, 850 R S Glass Blvd, Nashville, TN 37216, telephone number 615-743-1800;

23. Gary Briggs, Forensic Medical, 850 R S Glass Blvd, Nashville, TN 37216, telephone number 615-743-1800;

24. Trimble, MD, Michael, Flat 22 Belvedere House, Grosvenor Road, London SW1V 3JY United Kingdom, telephone number 02072-78-7748;

25. Blume, PhD, Cheryl, 13902 North Dale Mabry Highway, Tampa, FL 33618, telephone number 813-963-3062;

26. King III, Charles, Greylock McKinnon Associates, One Memorial Drive, Cambridge, Massachusetts 02142, telephone number 617-871-6900;

27. Ron Maris, PhD; The Suicide Center, 9 Poacher's Lane, Columbia, SC 29223-3014, telephone number 803-777-6870;

28. Sander Greenland, Department of Epidemiology, UCLA School of Public Health, Los Angeles, California 90095-1772, U.S.A.

29. Dr. Paul R. McCombs, Neurosurgical Associates, 4230 Harding Rd, Suite 303, Nashville, TN 37205, telephone number 615-284-2222;

30. Dr. Edward S. Mackey Jr., 4230 Harding Rd, Suite 1000, Nashville, TN 37205, telephone number 615-383-2693;

31. Dr. James Jones, Heritage Medical Associates, 2325 Crestmoore, Nashville, TN 37215, telephone number 615-324-2158;

32. Dr. Tom E. Nesbit; Spaulding & Nesbitt Urology Clinic, 345 23rd Ave N, Suite 212, Nashville, TN 37203, telephone number 615-327-2055;

33. Dr. Stewart Stowers, Tennessee Orthopaedic Alliance, 301 21st Ave N, Nashville, TN 37203, telephone number 615-329-6600;

34. Dr. Mowery, Otolaryngology Associates of Tennessee, 2410 Patterson St, Suite 210, Nashville, TN 37203, telephone number 615-329-1681;

35. Dr. John Anderson, Baptist Hospital, 2000 Church St, Nashville, TN 37236, telephone number 615-284-5555;

36. Dr. Douglas Waldo, Heart & Vascular Clinic, 240 Patterson St, Suite 215, Nashville, TN 37203, telephone number 615-342-5757;

37. Dr. David N. Dyer, 2200 Murphy Ave, Suite B, Nashville, TN 37203, telephone number 615-342-5830;

38. Dr. William B. Harwell Jr., 1900 Patterson St, Suite 205, Nashville, TN 37203, telephone number 615-329-0011;

39. Dr. Burton F. Elrod, Southern Sports Medicine, 2021 Church St, Suite 200, Nashville, TN 37203, telephone number 615-284-2000;

40. Dr. Michael T. Santi, Colon & Rectal Surgery Associates, 240 Patterson St, Suite 201, Nashville, TN 37203, telephone number 615-342-5740;

41. Dr. Frank Berklacich, 4230 Harding Rd, Suite 805, Nashville, TN 37205, telephone number 615-298-3205;

42. Dr. Carl Hampf, 300 20th Ave N, Suite 506, Nashville, TN 37203, telephone number 615-327-9543;

43. Dr. James Cato, 222 2nd Ave N, Nashville, TN 37203, telephone number 615-284-2222;

44. Christopher L. Woods, DDS, 1502 17th Ave South, Nashville, TN 37212, telephone number 615-463-7864;

45. Dr. Thomas Stasko, Vanderbilt Dermatology Clinic, 1301 22nd Ave S, Suite 3903, Nashville, TN 37232, telephone number 615-322-6485;

46. Dr. Rex Arendall, Neurological Associates, 345 23rd Ave N, Suite 420, Nashville, TN 37203, telephone number 615-986-1256;

47. Dr. Daryl Kaswinkel, Loden Vision Center, 907 Rivergato Parkway, Suite C2020, Goodlettsville, TN 37072, telephone number 615-859-3937;

48. Dr. Michael Crawford, Powers Family Chiropractic Center, 4117 Gallatin Rd, Nashville, TN 37216, telephone number 615-227-5020;

49. Dr. David Schull, 4230 Harding Road, Suite 521, Nashville, TN 37205, telephone 615-269-2655;

50. Dr. Nathan T. Mowery, 1211 21st Ave, 2/404 Medical Arts Building, Nashville, TN 37212, telephone 615-322-3000;

51. Dr. W. Scott West, Associated Psychiatrists, 30 Burton Hills Blvd #375, Nashville, TN 37215, telephone 615-327-4877;

52. Pamela Krancer, APN;

53. Ashley Pippin-Moreland, Sales Representative/Territory Manager;

54. David Franklin, Whirty Circle, Hopkinton, MA;

55. Jeffrey Kindler, CEO, Pfizer, Inc.;

56. Frank D'Amelio, Sr. VP and Chief Financial Officer, Pfizer, Inc.;

57. Hauben, Dr. Manfred, Medical Director, Risk Management Strategy;

58. Knapp, Lloyd, Pharm D.;

59. William Ringo, Sr. VP, Strategy and Business Development, Pfizer, Inc.;

60. Martin Mackay, President, Pfizer Global Research & Development, Pfizer, Inc.;

61. Amy Schulman, Officer, Pfizer, Inc.;

62. David Madigan, PhD, Professor of Statistics, Columbia University;

63. Javier Cabrera, PhD, Professor of Statistics, Rutgers University;

85. Sharon-Lise T. Normand, PhD, Professor of Biostatistics, Harvard School of Public Health;

86. Atul Pande, MD, 116 Morris Branch Court, Cary, North Carolina 27518;

87. Defendants' Regional or District Sales Managers who supervised, trained, or coached the territory manager(s) and/or sales representatives who detailed Plaintiff decedent's healthcare providers regarding Neurontin;

88. Sandy Beaty, Pfizer Inc., 3200 W. End Ave. #500, Nashville, TN 37203-1322;

89. Corporate representative, Pfizer Inc., 3200 W. End Ave. #500, Nashville, TN 37203-1322;

90. Corporate representative, Pfizer Inc., 1865 Shelby Oaks Drive, Memphis, TN 38134-7401.

Plaintiff intends to call the following case specific and generic witnesses by playing video segments of their deposition unless the witness is available to testify live. Estimated time is provided for generic witnesses:

| Generic Witness | Estimated Time |
|---|---|
| Alphs, Larry MD | .51 |
| Castro, Lucy | .83 |
| Cristo, Stephen | .07 |
| Doft, Suzanne | .39 |
| Duda-Racki, Helen | .05 |
| Fleischmann, Bruce | .10 |
| Ford, John | .75 |
| Franklin, David | .53 |
| Glanzman, Robert | .25 |
| Hauben, Manfred | .50 |
| Knoop, John | .09 |
| Knapp, Lloyd | 1.88 |
| Marino, John | 1.18 |
| McCormick, Cynthia | .64 |
| Mishra, Avanish | .09 |
| Pande, Atul MD | .46 |
| Scott, Druscilla PhD | .91 |
| Taylor, Charlie | .50 |
| Teicher, Martin | 1.47 |
| Tive, Leslie | .11 |
| Turner, Janeth | 1.35 |

**Case Specific Witnesses**

Berklacich, Frank MD

Biggs, Wayne

Carnahan, Lewis Wesley PhD

Cato, James MD

Charlton, Drew

Hampf, Carl MD

Hoskins, Buford

Hoskins, Sherri

Krancer, Pamela RN

Lawson, Arnold Eugene

Lawson, Gayle

Li, Feng MD

Mackey, Edward MD

McCombs, Paul MD

Pippin-Moreland, Ashley

Satterfield, Danny

Smith-Charlton, Cindy

Stowers, Stewart MD

Wood, Chris DDS

In the event any witness that plaintiff intended to call live should become unavailable, plaintiff reserves the right to designate such witness as a witness plaintiff expects to affirmatively present by deposition, and to supply the portions of their respective testimony that may be offered into evidence at that time.

Dated: April 27, 2010

FINKELSTEIN & PARTNERS, LLP　　JACK W. LONDON AND
　　ASSOCIATES, P.C.

By: */s/ Kenneth B. Fromson*　　　　　By: */s/ Jack W.London*
KENNETH B. FROMSON, ESQ.　　JACK W. LONDON, ESQ.
1279 Route 300　　　　　　　　　　3701 Bee Cave Rd., Suite 200
Newburgh, N.Y. 12551　　　　　　　Austin, TX 78746
Tel: (845) 562-0203　　　　　　　　Tel: (512) 478-5858

THE LANIER LAW FIRM, PLLC

By: */s/ W. Mark Lanier*
W. MARK LANIER
126 East 56th Street, 6th Floor
New York, NY 10022
Tel: (212) 421-2800

Attorneys for Plaintiff

SKADDEN, ARPS SLATE, MEAGHER & FLOM LLP

By: */s/ Mark S. Cheffo*
　　Mark S. Cheffo
Four Times Square
New York, N.Y. 10036
Tel: (212) 735-3000

Attorneys for Defendants