# Dr. Arrowsmith's Qualifications

- **1984 – 1986:** Epidemic Intelligence Service Officer at the National Centers for Disease Control

- **1986 – 1988:** Staff Epidemiologist in the Office of Epidemiology and Biostatistics at the FDA

- **1988 – 1990:** Deputy Director for Office of AIDS and Special Health Concerns

- **1990 – 1991:** Senior Medical Officer for HIV at the Agency for Healthcare Policy and Research

- **1991 – 1993:** Medical Review Officer in the Division of Antiviral Drug Products in the Center for Drug Evaluation and Research

- **1995 – 1996:** Medical Review Officer in the Division of Blood Applications, Office of Blood Research and Review in the FDA Center for Biologics Evaluation and Research

- **1986 – 1996:** Faculty at Georgetown Medical Center

Case 3:05-cv-00444   Document 172-2   Filed 04/27/10   Page 1 of 25 PageID #: 3922

# Opinions of Dr. Arrowsmith

- The Neurontin labeling was adequate under the regulations and provided appropriate information for safe and effective use

- The package insert, and the Investigator's Brochure prior to approval, included information concerning suicidal behavior and adverse effects on mood reported during clinical testing

- There was no reason for Pfizer to warn of suicidal behavior in the Neurontin labeling prior to the requirement of class labeling

Case 3:05-cv-00444   Document 172-2   Filed 04/27/10   Page 2 of 25 PageID #: 3923

# 21 CFR 201.57 (2002)

**2002**

The labeling shall be revised to include a warning as soon as there is reasonable evidence of an association of a serious hazard with a drug; a causal relationship need not have been proved.

Source: 21 CFR § 201.57, Pg. 22

# Background Suicide Rates in Epilepsy, Pain, and Psychiatric Populations



Source: D.A. Fishbain, "Association of Chronic Pain on Suicide," "4 Seminars of Clinical Neuropsychiatry," 221 (1999); L. Nilsson, et al., "Risk Factors for Suicide in Epilepsy: A Case Control Study," 43 *Epilepsia* 644 (2002); A. Khan, et al., "Suicide Risk in Patients with Anxiety Disorders: A Meta-Analysis of the FDA Database," 68 *Journal of Affective Disorders* 183 (2002); L. Tondo, et al., "Suicidal Behavior in Bipolar Disorder: Risk and Prevention," CNS Drugs 491 (2003)

Case 3:05-cv-00444   Document 172-2   Filed 04/27/10   Page 4 of 25 PageID #: 3925

# Randomized Controlled Trials (RCTs) And Uncontrolled Trials

- A randomized controlled trial (RCT) is a study in which subjects are allocated at random (by chance alone) to receive either the medicine under study or a control medicine, typically a placebo (sugar pill)

- In a double-blind RCT, neither the subject nor the physician knows which pill the subject is getting

- An uncontrolled study is one in which there is no comparison of the treatment medicine to a placebo

Case 3:05-cv-00444   Document 172-2   Filed 04/27/10   Page 5 of 25 PageID #: 3926

# First Safety Update



TABLE 9. Summary of All Adverse Events in ≥1% of Gabapentin-Treated or Placebo-Treated Patients in Placebo-Controlled Add-On Therapy Studies, by Body System and Treatment Group (% of Patients) (Page 3 of 4)

| BODY SYSTEM Adverse Event | Placebo | | Gabapentin (mg/day)[a] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 600 | | 900 | | 1200 | | 1800 | | Total | |
| | NDA N = 307 | SU N = 378 | NDA N = 53 | SU N = 53 | NDA N = 147 | SU N = 147 | NDA N = 231 | SU N = 289 | NDA N = 54 | SU N = 54 | NDA N = 485 | SU N = 543 |
| **PSYCHOBIOLOGIC FUNCTION** | | | | | | | | | | | | |
| Nervousness | 2.0 | 1.9 | 5.7 | 5.7 | 2.0 | 2.0 | 1.3 | 1.7 | 3.7 | 3.7 | 2.3 | 2.4 |
| Depression | 1.0 | 1.1 | 0.0 | 0.0 | 1.4 | 1.4 | 1.3 | 1.7 | 5.6 | 5.6 | 1.6 | 1.8 |
| Thinking Abnormal | 1.3 | 1.3 | 1.9 | 1.9 | 1.4 | 1.4 | 2.2 | 1.7 | 1.9 | 1.9 | 1.9 | 1.7 |
| Emotional | 0.7 | 1.3 | 0.0 | 0.0 | 0.7 | 0.7 | 0.0 | 1.4 | 1.9 | 1.9 | 0.6 | 1.1 |

**Depression**

**Placebo**
SU
N = 378
1.1

**Gabapentin (mg/day)[a]**
SU
N = 543
1.8

Case 3:05-cv-00444   Document 172-2   Filed 04/27/10   Page 6 of 25 PageID #: 3927

Source: First Safety Update, Pg. 33, Table 9

# There Is No Evidence of an Increased Risk Of Depression With Neurontin

**May 29, 1992**





| Adverse Event | Placebo 378 patients | Neurontin Total 543 patients |
|---|---|---|
| Depression | 1.1% | 1.8% |

**Not Statistically Significant**

Source: First Safety Update, Pg. 33, Table 9

Case 3:05-cv-00444   Document 172-2   Filed 04/27/10   Page 7 of 25 PageID #: 3928

# Rate of Psychobiologic Adverse Events Higher in Placebo

**May 29, 1992 Epilepsy Trials**



| Body System | Placebo 378 patients | Neurontin Total 543 patients |
|---|---|---|
| Psychobiologic Function | **9.0%** | **8.3%** |

Source: First Safety Update, Pg. 30, Table 8

Case 3:05-cv-00444    Document 172-2    Filed 04/27/10    Page 8 of 25 PageID #: 3929

# Medical-Statistical Review Data Cutoff Over One Year Prior to Neurontin Approval



This safety review is current as of 6/30/1992 in the drug's development except for deaths and serious adverse events which have been updated to 9/15/1992. The dates that are pertinent to this submission are shown below.

# Dr. McCormick's Review
# Of Fourth Safety Update





**December 28, 1993**

The incidence of depression with suicidal ideation is reported in the 4th Safety Update as a severe adverse event, bringing the total to 10 cases reported. **There is a higher incidence of depression among epileptics with partial seizures as compared to the general population.**

**One cannot determine based on the available data, largely uncontrolled, whether the reports here represent an increase in incidence or intensity of depression compared to that which is expected.**

Source: Dr. McCormick's Review of Fourth Safety Update, 12/28/93, Ex. 7562

# The FDA Was Very Engaged During Review of the Neurontin NDA



We also acknowledge receipt of your additional communications dated:

| | | | | | |
|---|---|---|---|---|---|
| 01-30-92 | 03-20-92 | 03-27-92 | 04-21-92 | 04-23-92 | 05-15-92 |
| 05-21-92 | 05-22-92 | 05-29-92 | 06-01-92 | 06-03-92 | 06-05-92 |
| 06-08-92 | 06-16-92 | 06-18-92 | 06-19-92 | 06-25-92 | 06-26-92 |
| 07-09-92 | 07-14-92 | 07-15-92 | 07-16-92 | 07-17-92 | 08-06-92 |
| 08-11-92 | 08-12-92 | 08-14-92 | 08-19-92 | 08-20-92 | 08-21-92 |
| 09-02-92 | 09-11-92 | 09-14-92 | 09-22-92 | 09-23-92 | 09-24-92 |
| 09-29-92 | 10-01-92 | 10-02-92 | 10-07-92 | 10-09-92 | 10-13-92 |
| 10-14-92 | 10-16-92 | 10-19-92 | 10-20-92 | 10-21-92 | 10-26-92 |
| 10-22-92 | 10-23-92 | 10-27-92 | 10-29-92 | 10-30-92 | 11-04-92 |
| 11-05-92 | 11-06-92 | 11-09-92 | 11-12-92 | 11-17-92 | 11-18-92 |
| 11-19-92 | 11-23-92 | 11-24-92 | 11-25-92 | 12-02-92 | 12-03-92 |
| 12-08-92 | 12-11-92 | 12-16-92 | 12-23-92 | 01-20-93 | 01-21-93 |
| 01-26-93 | 01-29-93 | 02-04-93 | 02-09-93 | 02-11-93 | 02-26-93 |
| 03-29-93 | 04-02-93 | 04-05-93 | 04-21-93 | 04-23-03 | 05-04-93 |
| 05-11-93 | 05-14-93 | 05-28-93 | 06-02-93 | 08-03-93 | 08-11-93 |
| 08-25-93 | 09-02-93 | 09-10-93 | 09-17-93 | 09-22-93 | 09-23-93 |
| 09-24-93 | 10-01-93 | 10-13-93 | 10-18-93 | 10-20-93 | 10-21-93 |
| 10-29-93 | 11-03-93 | 11-15-93 | 02-03-93 | 12-10-93 | 12-14-93 |
| 12-16-93 | | | | | |

We have completed our review of this application and it is **APPROVABLE**...

Case 3:05-cv-00444   Document 172-2   Filed 04/27/10   Page 11 of 25 PageID #: 3932

# Prior to Approval, FDA Carefully Reviewed Every Word of Neurontin Label

**October 6, 1993**



They have not yet sent the approvable package to Dr. Temple. There is nothing which FDA needs from us prior to sending the letter. The delay appears to be fine-tuning the labeling. **They are reviewing every word**, and since it has been so long since the Advisory Committee Meeting, sometimes they need to go back and refresh their memory as to what occurred.

Source: October 6, 1993 Record of FDA Contact, WLC_JTurner_000717

# FDA-Approved Label Told Physicians of Reported Suicidality Events, Regardless of Cause



## December 30, 1993

[I]ntracranial hemorrhage, hypotonia, dysesthesia, paresis, dystonia, hemiplegia, facial paralysis, stupor, cerebellar dysfunction, positive Babinski sign, decreased position sense, subdural hematoma, apathy, hallucination, decrease or loss of libido, agitation, paranoia, depersonalization, euphoria, feeling high, doped-up sensation, **suicidal**, psychosis; *Rare:* choreoathetosis, orofacial dyskinesia, encephalopathy, nerve palsy, personality disorder, increased libido, subdued temperament, apraxia, fine motor control disorder, meningismus, local myoclonus, hyperesthesia, hypokinesia, mania, neurosis, hysteria, antisocial reaction, **suicide gesture**.

Case 3:05-cv-00444   Document 172-2   Filed 04/27/10   Page 13 of 25 PageID #: 3934

# FDA-Approved Epilepsy Label Told Physicians About Reported Depression on Neurontin and Placebo

**Table 1.** Treatment-Emergent Adverse Event Incidence in Controlled Add-On Trials (Events in at least 1% of Neurontin patients and numerically more frequent than in the placebo group)



|  | Neurontin N=543 | Placebo N=378 |
|---|---|---|
| Depression | **1.8%** | **1.1%** |

Case 3:05-cv-00444   Document 172-2   Filed 04/27/10   Page 14 of 25 PageID #: 3935

# FDA Found a Numerically Higher Rate of Depression in Patients Given a Placebo Than Patients Treated With Neurontin in Pain Studies



**FDA Clinical Review: Treatment Emergent Adverse Events, Neuropathy and Epilepsy Add-on Studies**



|  | All Neuropathy GPN N=820 | Neuropathy Placebo N=537 | Epilepsy GPN N=543 | Epilepsy Placebo N=378 |
|---|---|---|---|---|
| Depression | **1.3%** | **2.2%** | **1.8%** | **1.1%** |

Not Statistically Significant      Not Statistically Significant

Source: May 24, 2002 FDA Clinical Review, Pg. 77, Table 7.20

# FDA's 2005 'Minor' Change to Suicide-Related Adverse Event Terms in Neurontin's Labeling



## November 22, 2005 E-Mail From FDA to Pfizer

-----Original Message-----
From: Calder, Courtney [mailto:CalderC@cder.fda.gov]
Sent: Tuesday, November 22, 2005 9:35 AM
To: 'Patel, Manini'
Cc: 'Evertsz, Mary Ann'; 'Phelan, Kevin (New York)'
Subject: RE: : Neurontin clarification by phone request

Hi Mary Ann,
Please proceed with the minor labeling changes pertaining to suicide-related events.
Thank you, Courtney

*******************************************
Courtney R. Calder, Pharm.D., LT USPHS
Regulatory Project Manager
Division of Neurology Products, HFD-120
Center For Drug Evaluation and Research, FDA
Office of Drug Evaluation I
Ph: (301) 796-1050
Fax: (301) 796-9842
Email: calderc@cder.fda.gov

Please proceed with the **minor** labeling changes pertaining to suicide-related events.

Source: November 22, 2005 e-mail from
Courtney Calder to Manini Patel (emphasis added)

Case 3:05-cv-00444   Document 172-2   Filed 04/27/10   Page 16 of 25 PageID #: 3937

# FDA: Controlled Trials Are Only Way to Assess Whether Neurontin Is Associated With Increased Risk of Suicide



07-11428
Ex.7209

We noted at that time that these illnesses are well-known to be associated with an increased risk of suicide compared to the general population. **Further, in the absence of an appropriate control group, it will be difficult, if not impossible, to assess the role of any other factors that might explain these events, such as concomitant medications.**

Source: April 12, 2005 Letter from FDA to Andrew G. Finkelstein (emphasis added)

# FDA: Controlled Clinical Trials Are the Only Way to Establish Whether AEDs Are Responsible for Suicide



## April 1, 2008 Letter From FDA

Concerning your question why data from the FDA Adverse Event Reporting System (AERS) has not been analyzed or made public, **the agency does not believe that spontaneous post-marketing reports can be interpreted appropriately in this situation.** Patients taking these drugs have a high background rate of suicidal thoughts/behaviors, and it is not possible to tell from AERS reports, whether the drug caused them. In the agency's view, the only way to establish whether or not the drugs are responsible for suicidality is to analyze controlled trial data.

Source: April 1, 2008 Letter from FDA
to Dr. Alex Ruggieri (emphasis added)

# FDA: Use Placebo-Controlled Trials Because Post-Marketing Data Are Uninterpretable

PAGE 103

103

lot of other compounds used in the United States that actually are not in this list per se. The data are obviously from more recently studied compounds and development programs.

My question is what potentially is the impact of the missing data--that is, the data from compounds in common use in the United States that are really not in this data set--and has there been an attempt to look at weaker data sets, say, the postmarketing vigilance database, to see whether or not there are some trending signals there because, obviously, we can't get at recent study data for these other compounds.

DR. KATZ: We have looked in at least one case of one drug at postmarketing for other purposes, and didn't convince ourselves that there was a signal. But I think we have long ago decided that postmarketing data are not the right data to look at, or we don't believe that for these sorts of things where there is a high background rate of suicidality so defined in these populations, I think we have concluded that postmarketing data is uninterpretable, and that is why we went to placebo-controlled trials.

It is impossible to know what the impact of other

PAPER MILL REPORTING
(301) 495-5831

Dr. Katz: "…we have long ago decided that **post[-]marketing data are not the right data to look at**, or we don't believe that for these sorts of things where there is a high background rate of suicidality so defined in these populations, I think we have concluded that **post[-]marketing is uninterpretable**, and that is why we went to placebo-controlled trials."

Source: July 10, 2008 FDA Advisory Committee Meeting Transcript, Pg. 103

Case 3:05-cv-00444   Document 172-2   Filed 04/27/10   Page 19 of 25 PageID #: 3940

# Controlled Trials:
# No Increased Risk of Suicide With Neurontin



**June 22, 2006**

| Category | Neurontin: **5,194 patients** | Placebo Control: **2,682 patients** |
|---|---|---|
| Completed suicide | 0 | 0 |
| Suicide attempt | 0 | 0 |
| Preparatory acts towards imminent suicidal behavior | 0 | 0 |
| Suicidal ideation | 2 (0.039) [2 out of 5,194 patients] | 1 (0.037) [1 out of 2,682 patients] |
| **Total** | **0.039%** | **0.037%** |

Source: M. A. Evertsz, R. Ph. 6/22/06, Pfizer Response, p. 4, Ex. 7207

# Evaluations of Depression and Suicidality



Case 3:05-cv-00444   Document 172-2   Filed 04/27/10   Page 21 of 25 PageID #: 3942

# FDA Meta-Analysis –
# Entire Data Necessary to Draw Conclusions

**DR. TWYMAN:** **I have a question for the statisticians. Let's assume that the effect is generalizable to the class of AEDs. But, if you look at the compounds individually, could one draw the conclusion individually that compounds have a risk, or <span style="color:red">do you need the entire data set of all the AEDs put together in order to draw the conclusion that AEDs have a signal?</span>**

<span style="color:red">**DR. LEVENSON: I would say that we need the entire data set in this case.**</span>

Source: July 10, 2008 FDA Advisory Committee Meeting Transcript, Pp. 183-184

# December 16, 2008 – FDA to Physicians: FDA Has Not Concluded AEDs Cause Suicidal Behaviors





*Posting this information does not mean that FDA has concluded there is a causal relationship between the drug products and the emerging safety issue. Nor does it mean that FDA is advising health care professionals to discontinue prescribing these products. FDA intends to update this document when additional information or analyses become available.*

Source: "Information for Healthcare Professionals: Suicidal Behavior and Ideation and Antiepileptic Drugs," December 16, 2008, Ex. 7558

Case 3:05-cv-00444   Document 172-2   Filed 04/27/10   Page 23 of 25 PageID #: 3944

# Blume's 'Red Flags' Have No Credibility

| Blume "Red Flag" | FDA Evaluated? | FDA Found Signal for Suicidality? |
|---|---|---|
| Dechallenge/ Rechallenge | YES | NO |
| Spontaneous Reports/PRR | YES | NO |
| Biologic Plausibility | YES | NO |
| 1992 FDA Clinical Review | YES | NO |
| Clinical Trial Withdrawal | YES | NO |
| FDA Alert | YES | Yes (Class Label) |

Case 3:05-cv-00444   Document 172-2   Filed 04/27/10   Page 24 of 25 PageID #: 3945

# Opinions of Dr. Arrowsmith

- The Neurontin labeling was adequate under the regulations and provided appropriate information for safe and effective use

- The package insert, and the Investigator's Brochure prior to approval, included information concerning suicidal behavior and adverse effects on mood reported during clinical testing

- There was no reason for Pfizer to warn of suicidal behavior in the Neurontin labeling prior to the requirement of class labeling

Case 3:05-cv-00444   Document 172-2   Filed 04/27/10   Page 25 of 25 PageID #: 3946