# Summary of Opinions

- Neurontin is a safe and effective treatment for neuropathic pain and is widely regarded in neurology as one of the most useful medication options for treating chronic neuropathic pain

- The labeling, or professional package insert, for Neurontin approved by FDA at the time of Mr. Smith's death adequately communicated the potential benefits and risks of Neurontin to doctors

- The dosage of Neurontin that Mr. Smith was prescribed at the time of his death was relatively low and was probably insufficient to provide significant pain relief

- Mr. Smith's suicide is most likely attributable to his chronic pain, his depression, and his feelings of hopelessness after being informed shortly before his death that there were no additional treatment options for his severe, chronic pain

# Mr. Smith's Pain Complaints

## 1988

**Dr. Tom Nesbitt**
- Rectal **pain** with radiation, began after knee surgery
  Spalding & Nesbitt Urology Clinic, 000006-625NUC-00027

## 1989

**Dr. James Cato**
- Hand tightness; decreased grip
  Heritage Medical Associates, 000006-1PRD-00009
- Pelvic **pain**
  Heritage Medical Associates, 000006-42HMA-00216

**Dr. Stewart F. Stowers**
- Right heel **pain**; right knee **pain**
  Nashville Orthopedic Associates, 000006-69AQC-00077
- Bilateral knee **pain**
  Nashville Orthopedic Associates, 000006-69AQC-00076
- Right hip **pain**
  Nashville Orthopedic Associates, 000006-69AQC-00076
- Suprapubic **pain** [groin area]
  Nashville Orthopedic Associates, 000006-69AQC-00075

## 1990

**Dr. Stewart F. Stowers**
- Left hip **pain** extending to groin
  Nashville Orthopedic Associates, 000006-69AQC-00074

**Dr. James Cato**
- Back **pain**; upper abdominal burning; tiredness
  Heritage Medical Associates, 000006-42HMA-00217
- Left jaw and ear pressure/ soreness; left facial numbness
  Heritage Medical Associates, 000006-1PRD-00013

**Dr. Tom Nesbitt**
- Testicular **pain**
  Spalding & Nesbitt Urology Clinic, 000006-625NUC-00025

**Dr. David M. Dyer**
- Chronic right groin/ testicular **pain**
  000006-625NUC-00055

## 1991

**Dr. David M. Dyer**
- Left groin **pain**
  000006 625NUC-00054

**Dr. James Cato**
- Left jaw, throat, and ear pressure
  Heritage Medical Associates, 000006-1PRD-00015-16
- Left shoulder complaints; left hip soreness
  Heritage Medical Associates, 000006-1PRD-00015-16

## 1992

**Dr. Michael Santi**
- Chronic abdominal **pain**
  Colon & Rectal Surgery Associates, 000006-48CRSA-00009

## 1993

**Dr. Stewart F. Stowers**
- Severe left knee problems; **pain** in left ankle
  Nashville Orthopedic Associates, 000006-69AQC-00071

**Dr. James Cato**
- Swelling in hands and ankles; left knee problems
  Heritage Medical Associates, 000006-42HMA-00220
- Tenderness in left ribs
  Heritage Medical Associates, 000006-1PRD-00022

## 1994

**Dr. Stewart F. Stowers**
- Left knee tightness; **pain** in left ankle
  Nashville Orthopedic Associates, 000006-69AQC-00064

## 1995

**Dr. James Cato**
- Numbness to left side of face/ eye; left tooth problems
  Heritage Medical Associates, 000006-1PRD-00023
- Left chest soreness
  Heritage Medical Associates, 000006-42HMA-00223

**Dr. David M. Dyer**
- Left groin **pain**
  000006-30HMA-00072

**Dr. Stewart F. Stowers**
- Left knee ache
  Tennessee Orthopedic Associates, 000006-69AQC-00063

## 1996

**Dr. Stewart F. Stowers**
- Severe right hip **pain**
  Tennessee Orthopedic Alliance, 000006-69AQC-00062

**Dr. Eugene M. Regan Jr.**
- Right hip and groin **pain**; significant limp
  Tennessee Orthopedic Alliance, 000006-69AQC-00061
- Difficulty sleeping because of hip **pain**
  Tennessee Orthopedic Alliance, 000006-69AQC-00061
- Left shoulder problems
  Tennessee Orthopedic Alliance, 000006-32TOA-00047

**Vicki Bryant, P.T.**
- Low back **pain**; foot symptoms
  000006-69AQC-00133

**Dr. James Cato**
- Lower abdominal **pain**
  Heritage Medical Associates, 000006-30HMA-00029
- Chest **pain**; arm tingling; numbness to left side of face
  Heritage Medical Associates, 000006-30HMA-00030

## 1997

**Dr. Tom Nesbitt**
- Difficulty urinating, with burning
  Spalding & Nesbitt Urology Clinic, 000006-625NUC-00021

**RAH**
- Lower abdominal **pain**
  Colon & Rectal Surgery Associates, 000006-48CRSA-00006
- Pressure in rectum, scrotum, and groin
  Colon & Rectal Surgery Associates, 000006-48CRSA-00006

**Dr. Eugene M. Regan Jr.**
- Right knee **pain**; low back **pain**; left knee tightness
  Tennessee Orthopedic Alliance, 000006-32TOA-00046

**Dr. Tom Nesbitt**
- Testicular **pain**; erectile discomfort
  Spalding & Nesbitt Urology Clinic, 000006-625NUC-00018

## 1998

**Dr. James Cato**
- Chest discomfort; facial soreness
  Heritage Medical Associates, 000006-30HMA-00032-33

**Dr. Eugene M. Regan Jr.**
- Left ankle **pain**
  Tennessee Orthopedic Alliance, 000006-32TOA-00044-45
- Increasing right knee **pain** with significant limp
  Tennessee Orthopedic Alliance, 000006-32TOA-00044-45

## 1999

**Dr. James Cato**
- Left shoulder soreness and biceps tenderness
  Heritage Medical Associates, 000006-30HMA-00036-37
- **Pain** under rib cage
  Heritage Medical Associates, 000006-42HMA-00116-117

**Dr. Stewart F. Stowers**
- Right knee stiffness
  Tennessee Orthopedic Associates, 000006-32TOA-00023

**Baptist Hospital ER**
- Rib **pain**; shoulder **pain**; chest **pain**; abdominal **pain**
  000006-78BAH-00019

Case 3:05-cv-00444    Document 173-2    Filed 04/27/10    Page 2 of 12 PageID #: 3967

# Mr. Smith's Pain Complaints

## 2000

**Dr. Stewart F. Stowers**
- Left sacroiliac **pain** [hip/buttocks region]
  Tennessee Orthopedic Alliance, 000006-69AQC-00022
- Left knee flare-up; ankle soreness
  Tennessee Orthopedic Alliance, 000006-69AQC-00021

**Dr. James Cato**
- Left knee **pain**
  Heritage Medical Associates, 000006-30HMA-00042 43

**Dr. Tom Nesbitt**
- Groin **pain**
  Spalding & Nesbitt Urology Clinic, 000006-62SNUC-00014

## 2001

**Dr. Stewart F. Stowers**
- Left shoulder **pain**
  Tennessee Orthopedic Alliance, 000006-32TOA-00022
- Left knee **pain**
  Tennessee Orthopedic Alliance, 000006-69AQC-00016
- Left knee and left ankle **pain**
  Tennessee Orthopedic Alliance, 000006-69AQC-00015

**Dr. James Cato**
- **Pain** across shoulder blades
  Heritage Medical Associates, 000006-30HMA-00048 49
- Neck **pain** and stiffness; vertigo
  Heritage Medical Associates, 000006-30HMA-00050-51
- Neck/shoulder **pain** and spasms; rib soreness; poor sleep
  Heritage Medical Associates, 000006-30HMA-00052-53
- Chest soreness
  Heritage Medical Associates, 000006-30HMA-00054-55

**Dr. Gregory Mowery**
- Vertigo; balance problems
  Otolaryngology Associates of Tennessee, 000006-11OAT-00001

**Dr. Tom Nesbitt**
- Groin **pain**
  Spalding & Nesbitt Urology Clinic, 000006-62SNUC-00013

## 2002

**Dr. Stewart F. Stowers**
- Left shoulder **pain** and weakness
  Tennessee Orthopedic Alliance, 000006-32TOA-00021
- Left knee **pain**
  Tennessee Orthopedic Alliance, 000006-32TOA-00021

**Dr. Tom Nesbitt**
- Intermittent groin **pain**
  Spalding & Nesbitt Urology Clinic, 000006-62SNUC-00012

**Dr. Stuart E. Smith**
- Global **pain** and stiffness
  Tennessee Orthopedic Alliance, 000006-69AQC-00008

**Dr. Jeffrey P. Lawrence**
- Left shoulder **pain** and inability to lift arm
  Premier Orthopaedics & Sports Medicine, 000006-120POS-00007

## 2003

**Dr. Tom Nesbitt**
- Intermittent groin **pain**; **pain** with urination
  Spalding & Nesbitt Urology Clinic, 000006-62SNUC-00011
- Leg and spine **pain**
  Spalding & Nesbitt Urology Clinic, 000006-62SNUC-00028

**Dr. Michael Santi**
- Lower abdominal **pain**
  Colon & Rectal Surgery Associates, 000006-48CRSA-00005

**Dr. James Cato**
- Sore joints; bladder/prostate symptoms
  Heritage Medical Associates, 000006-30HMA-00058 59
- **Pain** in all joints; not sleeping
  Heritage Medical Associates, 000006-30HMA-00060 62
- Joint **pain**; back **pain**/numbness/ tingling
  Heritage Medical Associates, 000006-42HMA-00140-141
- Anxiety and depression
- Nerve prickling down back; **pain** in legs, knees, ankles after lumbar surgery
  Heritage Medical Associates, 000006-30HMA-00063 64
- Right hamstring spasm
  Heritage Medical Associates, 000006-30HMA-00065 66

**Dr. Michel McDonald**
- Arthritis
  Vanderbilt University Medical Center, 000006-40VUM-00009

**Dr. Stuart E. Smith**
- **Pain** in buttocks radiating to calves
  Tennessee Orthopedic Alliance, 000006-69AQC-00006
- Bilateral hip and knee **pain**
  Tennessee Orthopedic Alliance, 000006-69AQC-00004

**Dr. Carl Hampf**
- Hip, back, and bilateral leg **pain** and paresthesias
  000006-53CAH-00003-4
- Frequent joint **pain**, even in replaced joints
  000006-1PRD-00162-165
- Depressed because of **pain** and lack of sleep
  000006-1PRD-00162-165

**Dr. Frank M. Berklacich**
- Significant low back and bilateral leg **pain**
  000006-18FMB-00002-3
- Numbness and pins/needles in both legs
  000006-18FMB-00002-3
- Weakness and difficulty walking
  000006-18FMB-00002-3
- Sleep impaired by **pain**
  000006-18FMB-00002-3
- Diarrhea due to anxiety and **pain**
  000006-52FMB-00041

**Dr. Paul R. McCombs III**
- Back and bilateral leg **pain**
  Neurosurgical Associates, 000006-34NEA-00021
- Back and bilateral leg symptoms unchanged
  Neurosurgical Associates, 000006-34NEA-00020
- Severe low back and leg **pain** after lumbar surgery
  Neurosurgical Associates, 000006-1PRD-00408
- Continues with **pain** and is very concerned
  Neurosurgical Associates, 000006-1PRD-00408
- Wishes he could die because of **pain** and depression
  Neurosurgical Associates, 000006-1PRD-00408
- Increased leg **pain** after lumbar surgery
  Neurosurgical Associates, 000006-34NEA-00001

**Dr. Jeffrey L. Herring**
- Right ankle **pain**
  Tennessee Orthopedic Alliance, 000006-69AQC-00003

**Powers Chiropractic Clinic**
- Right shoulder **pain**
  000006-126MAC-00002-3

## 2004

**Neurosurgical Associates**
- Shocking sensation in bilateral legs
  000006-34NEA-00002

**Dr. James Cato**
- **Pain** from back to ankles
  Heritage Medical Associates, 000006-42HMA-00097
- Left shoulder **pain**; chest tightness
  Heritage Medical Associates, 000006-42HMA-00089-90

**Dr. William A. Shell**
- Persistent low back **pain** since lumbar surgery
  Tennessee Orthopedic Alliance, 000006-32TOA-00002-3
- Bilateral radiating leg **pain**
  Tennessee Orthopedic Alliance, 000006-32TOA-00002-3

**Dr. Edward S. Mackey**
- Increasing left leg **pain**
  Tennessee Orthopedic Alliance, 000006-32TOA-00004
- Thoracic spine **pain**
  Tennessee Orthopedic Alliance, 000006-32TOA-00015-16
- Back and radicular **pain**; knee **pain**
  Tennessee Orthopedic Alliance, 000006-32TOA-00005, 9
- Knee **pain**; worsening bilateral leg **pain**, using wheelchair, not sleeping well
  Tennessee Orthopedic Alliance, 000006-32TOA-00007

**Dr. Tom Nesbitt**
- Difficulty urinating since back surgery
  Spalding & Nesbitt Urology Clinic, 000006-62SNUC-00009

**Pam Krancer, R.N., C.S., CNRN**
- Bilateral leg **pain** radiating from buttocks, perineal area [groin], and thigh to knees
  Neurosurgical Associates, 000006-34NEA-00003

**Physical Therapy Evaluation**
- **Pain**/tingling from lumbar spine to ankle; left groin **pain**
  University Medical Center, 000006-35UMC-00058
- **Pain** in knees and ankles; **pain** excruciating and sharp
  University Medical Center, 000006-35UMC-00076

Case 3:05-cv-00444   Document 173-2   Filed 04/27/10   Page 3 of 12 PageID #: 3968

# February 6, 2003
# Tennessee Orthopaedic Alliance Notes – Dr. Smith

PATIENT NAME:      **SMITH, RICHARD H.**      DOS: 02/06/2003
PATIENT NUMBER:    144649                     JOB: 0
PROVIDER:          Stuart E. Smith, M.D.
DOCUMENT TYPE:     Office Visit
PRACTICE NAME:     Tennessee Orthopaedic Alliance
CHART LOCATION:    1

Mr. Smith was down on his rump on 1-2-03, fixing some pipes and he says he has had pain in the buttock region both sides, radiating down to his calves ever since. He said his knees hurt and his right hip is probably worse than his left. He denies any groin pain. He denies any swelling or fever. He has used Tylenol with little relief. He said the pain has been persistent since 1-2-03.

**PHYSICAL EXAMINATION** Shows he does not limp. Both knees show 0 to 110° of flexion with no effusion. Stable ligaments. Right hip has fluid range of motion. Both legs 5+ motor, normal sensory exam. Straight leg raising tests are negative.

**X-RAYS:** X-rays of both knees show hybrid prosthesis, J&J type in place without any loosening, lysis or wear. The right hip is also a hybrid and shows slight eccentricity in the polyethylene component, but otherwise negative. No lysis or loosening.

**IMPRESSION:** Lumbar strain

**PLAN:** we will start him on Medrol Dosepak and Darvocet. He will see him back in 2 weeks, unless his symptoms have resolved. If he continues to have problems, he needs an x-ray of the lumbar spine at that point.

Stuart E. Smith, M.D./jb

000006-69AQC-00006

Mr. Smith was down on his rump on 1-2-03, fixing some pipes and he says he has had pain in the buttock region both sides, radiating down to his calves ever since. He said his knees hurt and his right hip is probably worse than his left.

# February 27, 2003
# Neurological Surgeons Notes – Dr. Hampf



Given the severity of his stenosis I discussed with him I would be concerned that epidural steroid injections would give him only temporary benefit at best. I therefore recommended to him proceeding with a decompressive lumbar laminectomy and fusion.

Source: 000006-53CAH-00003



"I am already scheduled for surgery on Thursday 3-13-03 – I cannot wait – I am in so much pain."

Source: 000006-52FMB-00052

# April 1, 2003
# Dr. McCombs' Operative Report



OPERATION:

1. Decompressive lumbar laminectomy with partial facetectomy and foraminotomy with microscope L3-4-5-1.

2. Posterolateral lumbar fusion using autograft and allograft bone L3-4-5-S1.

Source: 000006-64CMD-00119

# May 2, 2003
# Neurosurgical Associates Notes – Dr. McCombs



Spoke w[ith] p[atien]t's daughter. States p[atien]t wishes he could die because of pain and depression. Advised to take p[atient]t to ER for psych. eval and tx [treatment].

Source: 000006-1PRD-00408

# May 15, 2003
# Dr. Cato's Notes



Source: 000006-30HMA-00064

# March 9, 2004
# First Neurontin Prescription

## Prescription



## Deposition of Ruth Smith

Q.  [O]n March 9 of 2004 you became aware that he was on a drug called Neurontin because you physically went and picked up the prescription for him?

**A.  I did.**

Q.  If he had ever been on the drug Neurontin before March 9 of 2004, is it fair to say you weren't aware of it at the time?

**A.  Yes.**

Ruth Smith Dep. Tr., April 12, 2007, Pg. 116, Ln. 9-18



## Eckerd Drugs Records

03/09/04 … NEURONTIN 300MG … 60 30  Dr. MACKEY
[Qty] [Day Supply]

# Neurontin Supplies Remaining
# After Mr. Smith's Death





6 of these

6 of these

Source: Smith Scene 04-1575-006; 000006-73PRI-00036

# Suicide Risk in Elderly Pain Patients

The risk for suicide among patients with severe pain merits particular attention. Patients with severe pain and inadequate analgesia may view suicide as a means of escape from suffering.

Source: Juurlink, et al., "Medical Illness and the Risk of Suicide in the Elderly," *Arch Intern Med*, Vol. 164, June 14, 2004