# Professional Background

- University of Illinois at Chicago

  - Director, Center for Health Statistics

  - Professor of Biostatistics, Psychiatry, and Mathematics, Statistics, and Computer Science

- Ph.D., Statistics and Psychometrics (University of Chicago, 1981)

- Author, more than 200 peer-reviewed scientific papers, five books

# Professional Recognition

- Harvard Award for Lifetime Contributions to Psychiatric Epidemiology and Biostatistics (2003)

- Outstanding Statistical Application Award for Contribution to Drug Safety, American Statistical Association (2009)

- Youden Award, American Statistical Association for Statistical Contributions to Chemistry (2001, 2006)

- Fellow, American Statistical Association

- Member, Institutes of Medicine (IOM), National Academy of Sciences (NAS)

- FDA Advisory Board on Suicide and Antidepressants in Adolescents (2004); Safety Science Board, FDA Sentinel Network (2010)

- National Institutes of Mental Health (NIMH), Research Scientist Award (1995-2000)

- Veterans Administration, Blue Ribbon Working Group on Suicide Prevention (2008)

Case 3:05-cv-00444    Document 174-2    Filed 04/27/10    Page 2 of 26 PageID #: 4002

# Dr. Gibbons' Opinions

- FDA study does not show that gabapentin causes suicidal thoughts or behavior

- Published AED study in bipolar patients: Shows 11 AEDs in the FDA study, including gabapentin, do not increase the risk of suicide attempts

- Gabapentin study: Gabapentin does not increase the risk of suicide attempts in any patient group

- There is no statistical basis for a gabapentin suicide warning

Case 3:05-cv-00444   Document 174-2   Filed 04/27/10   Page 3 of 26 PageID #: 4003

# Dr. Gibbons' Criticisms of FDA 2008 Study

- FDA finding of increased risk was driven by two drugs – topiramate and lamotrigine

- FDA excluded all studies with zero events

- FDA's conclusions regarding increased risk of AEDs cannot be applied to gabapentin

- FDA's conclusions regarding increased risk of AEDs do not apply to all patients

Case 3:05-cv-00444   Document 174-2   Filed 04/27/10   Page 4 of 26 PageID #: 4004

# FDA Cases of Suicidal Thinking or Behavior by Drug



Gabapentin studies – placebo treatment:
1 event/2,029 patients

Total Cases = 104

67 Out of 104 Cases

40
(7,742)

27
(2,865)

11
(1,327)

8
(2,554)

7
(7,201)

3
(672)

2
(835)

2
(1,342)

2
(2,903)

2
(252)

0
(170)

**Number of Cases of Suicidal Behavior or Thinking**

Felbamate · Carbamazepine · Gabapentin · Oxcarbazepine · Tiagabine · Zonisamide · Pregabalin · Levetiracetam · Divalproex · Lamotrigine · Topiramate

Case 3:05-cv-00444 Document 2034-2 Filed 04/27/10 Page 5 of 26 PageID #: 4005
Source: Based on May 29, 2008 FDA Statistical Review and Evaluation of Antiepileptic Drugs and Suicidality, Pg. 23, Table 13

# FDA Meta-Analysis: Odds Ratios for All AEDs



**No Difference Between Drug and Placebo**

Less Benefit With Drug Than Placebo

Greater Benefit With Drug Than Placebo

| Drug | OR (95% CI) | [Sample Sizes] |
|---|---|---|
| Carbamazepine | 0.65 (0.08, 4.42) | [2/252 3/250] |
| Divalproex | 0.72 (0.29, 1.84) | [11/1,327 9/992] |
| Felbamate | ND. (ND., ND.) | [0/170 0/170] |
| **Gabapentin** | **1.57 (0.12, 47.66)** | **[2/2,903 1/2,029]** |
| Lamotrigine | 2.08 (1.03, 4.40) | [27/2,865 11/2,070] |
| Levetiracetam | 2.75 (0.62, 19.36) | [8/2,554 2/1,549] |
| Oxcarbazepine | 1.91 (0.15, 56.33) | [2/1,342 1/827] |
| Pregabalin | 1.88 (0.41, 13.58) | [7/7,201 2/3,125] |
| Tiagabine | Inf (0.20, inf) | [2/835 0/608] |
| Topiramate | 2.53 (1.21, 5.86) | [40/7,742 8/3,971] |
| Zonisamide | 2.52. (0.26, 67.94) | [3/672 1/438] |
| Overall | 1.80 (1.24, 2.66) | [104/27,863 38/16,029] |

0.1  0.3  1.0  3.2  10

Case 3:05-cv-00444 Document 2074-2 Filed 04/27/10 Page 6 of 26 PageID 4006

Source: Based on November 2008 FDA Statistical Review and Evaluation of Antiepileptic Drugs and Suicidality, Figure 2, Pg. 24

# Rate of Suicidal Thinking and Behavior for Topiramate and Lamotrigine vs. Other Nine AEDs



# Rate of Suicidal Thinking and Behavior for Topiramate and Lamotrigine vs. Other Nine AEDs



# Gabapentin vs. Topiramate and Lamotrigine Risk Differences Relative to Placebo



Case 3:05-cv-00444   Document 137-2   Filed 04/27/10   Page 9 of 26   PageID #: 4009

# Gabapentin vs. Topiramate and Lamotrigine



Case 3:05-cv-00444    Document 174-2    Filed 04/27/10    Page 10 of 26 PageID #: 4010

Source: Based on May 23, 2008 FDA Statistical Review and Evaluation of Antiepileptic Drugs and Suicidality, Pg. 26

# FDA Meta-Analysis:
# Risk Differences for All AEDs



| Drug | OR (95% CI) | [Sample Sizes] |
|---|---|---|
| Carbamazepine | -4.16 (-21.34, 13.03) | [2/252 3/250] |
| Divalproex | -2.75 (-10.68, 5.17) | [11/1,327 9/992] |
| Felbamate | ND. (ND., ND.) | [0/170 0/170] |
| **Gabapentin** | **0.28 (-1.37, 1.92)** | **[2/2,903 1/2,029]** |
| Lamotrigine | 5.40 (0.24, 10.57) | [27/2,865 11/2,070] |
| Levetiracetam | 2.13 (-0.54, 4.80) | [8/2,554 2/1,549] |
| Oxcarbazepine | 0.97 (-2.47, 4.41) | [2/1,342 1/827] |
| Pregabalin | 0.52 (-0.77, 1.81) | [7/7,201 2/3,125] |
| Tiagabine | 2.43 (-0.99, 5.85) | [2/835 0/608] |
| Topiramate | 3.05 (0.98, 5.11) | [40/7,742 8/3,971] |
| Zonisamide | 3.09 (-3.80, 9.98) | [3/672 1/438] |
| Overall | 1.79 (0.70, 2.87) | [104/27,863 38/16,029] |

Less Benefit With Drug Than Placebo — No Difference Between Drug and Placebo — Greater Benefit With Drug Than Placebo

Risk Difference per 1,000 Subjects

Case 3:05-cv-00444 Source Based on Document 2024-F2 A Filed 04/27/10 Statistical Review and Evaluation Antiepileptic Drugs and Suicidality, Figure 4, Pg. 26

# FDA Excluded Studies With Zero Events

- Biases FDA findings toward increased risk

- Ignores significant information about safety

- Creates uncertainty as to drug effect

- Including all gabapentin data gives a more precise picture and confirms no risk

Case 3:05-cv-00444   Document 174-2   Filed 04/27/10   Page 12 of 26 PageID #: 4012

# FDA Conclusions Cannot Be Applied to Gabapentin



**Actual Events Far Fewer Than Expected**

FDA Alert Pooled Analysis Events | Gabapentin Expected Events | Gabapentin Actual Events

Number of Events of Suicidal Thinking and Behavior

104

22

2

Case 3:05-cv-00444 Source: Based on 174-23, 2708 PDA4/27/10 Review, Document 1 of 26 Filed 04/27/10 Page 13 of 26 Antiepileptic Drugs and Suicidality, Pg. 26

# Patient Groups With No Evidence Of Increased Risk

| Patient Group | | |
|---|---|---|
| Gabapentin Patients | → | **NO** |
| North Americans | → | **NO** |
| Psychiatric Patients | → | **NO** |
| Women | → | **NO** |
| In-Patients | → | **NO** |

Case 3:05-cv-00444   Document 174-2   Filed 04/27/10   Page 14 of 26 PageID #: 4014

# Topiramate Drove
# FDA Finding on GABA Drug Group



Case 3:05-cv-00444   Document 204-2   Filed 04/27/10   Page 15 of 26   PageID #: 4015

# Topiramate Drove
# FDA Finding on GABA Drug Group



# Topiramate Drove
# FDA Finding on GABA Drug Group



# FDA Acknowledges
# Limitations of Meta-Analysis

DR. TWYMAN:    I have a question for the statisticians. Let's assume that the effect is generalizable to the class of AEDs. But, if you look at the compounds individually, could one draw the conclusion individually that compounds have a risk, or do you need the entire data set of all the AEDs put together in order to draw the conclusion that AEDs have a signal?

DR. LEVENSON:   I would say that we need the entire data set in this case.

Case 3:05-cv-00444   Document 174-2   Filed 04/27/10   Page 18 of 26 PageID #: 4018

# Gibbons, et. al 2009 Bipolar Study



Word Count: 4343
Tables: 3
Figures: 2

The Relationship Between Antiepileptics and Suicide Attempts in Patients with Bipolar Disorder

Robert D. Gibbons[1]
Kwan Hur[1,2]
C. Hendricks Brown[1,3]
J. John Mann[4]

[1]Center for Health Statistics, University of Illinois at Chicago
Rooms 455-457 (MC 912), 1601 W. Taylor, Chicago, IL 60612, USA

[2]Cooporate Studies Program Coordinating Center,
Hines VA Hospital, Hines, IL 60141

[3]Prevention Science and Methodology Group,
Center for Family Studies, Department of Epidemiology and Public Health, University of
Miami, 1425 N.W. 10th Avenue, Miami, Florida 33136

[4]Department of Neuroscience, New York State Psychiatric Institute
Department of Psychiatry, Columbia University College of Physicians & Surgeons
1051 Riverside Drive, New York, NY 10032, USA

March 2009

Corresponding Author:
Robert D. Gibbons, Ph.D.
Director, Center for Health Statistics
University of Illinois at Chicago
1601 W. Taylor
Chicago, IL 60614
Phone: (312) 413-7755
Fax:    (312) 996-2113
Email: rdgib@uic.edu

Acknowledgements: This work was supported by NIMH grants MH062185 (JJM) and
R56 MH078580 (RDG and CHB), and MH40859 (CHB) and AHRQ grant
1U18HS016973 (RDG).  Dr. Gibbons has served or is currently serving as an expert
witness for the U.S. Department of Justice, Wyeth and Pfizer Pharmaceuticals, the latter
involving gabapentin, one of the drugs considered in this paper.  Dr. Mann has received
research support from GlaxoSmithKline and has served as an adviser to Eli Lilly and
Lundbeck Pharmaceuticals.  Dr. Brown directed a suicide prevention program at the
University of South Florida that received funding from JDS Pharmaceuticals.  Dr. Hur

*The Relationship Between Antiepileptics and Suicide Attempts in Patients with Bipolar Disorder*

# Gibbons, et. al 2009 Bipolar Study



**Suicide Attempt Rate Almost Six Times Lower After AED Treatment Begins**

Case 3:05-cv-00444    Document 174-2    Filed 04/27/10    Page 20 of 26 PageID #: 4020

# Gibbons, et. al 2009 Bipolar Study



# Gibbons, et. al 2009 Bipolar Study



OR = 0.59 (0.47-0.75), p < 0.0001

No AED

AED

Rate of Suicide Attempts (per 1,000 Persons Months)

Month

Adjusted for age, sex, concomitant medication, previous suicide attempt and year

Case 3:05-cv-00444   Document 174-2   Filed 04/27/10   Page 22 of 26 PageID #: 4022

- Restricting analysis to only those patients (n = 662) who made a suicide attempt in the year prior to the index diagnosis had odds ratio of 0.35 (0.17-0.74, p < 0.005)

# Gibbons Gabapentin Study: Analysis by Group



# Gibbons Gabapentin Study: Person-Time Analysis



Adjusted for age, sex, concomitant medication, diagnoses, previous suicide attempt, year and month

Case 3:05-cv-00444   Document 174-2   Filed 04/27/10   Page 25 of 26 PageID #: 4025

# Gibbons Gabapentin Study:
# Risk of Suicide Attempt by Group

| Patient Group | Result |
|---|---|
| Bipolar | ⬇ Decreased Risk |
| Major Depression | ⬇ Decreased Risk |
| Epileptic | No Increased Risk |
| Pain | No Increased Risk |
| All Patients | No Increased Risk |