# Summary of Opinions

- Dr. King has provided no valid economic basis to conclude that off-label marketing of Neurontin indirectly influenced all, or substantially all, physicians prescribing Neurontin

- Dr. King's analysis does not prove that any specific Neurontin prescription was caused by any alleged misrepresentation by Defendants

- Dr. King admittedly has not done an analysis specific to Mr. Smith and the facts of this case

- Dr. King's opinions regarding the effect of off-label promotion of drugs generally and Neurontin specifically are flawed and unsupported

Case 3:05-cv-00444    Document 175-2    Filed 04/27/10    Page 1 of 4 PageID #: 4045

# Off-Label Prescribing

- Off-label prescribing by physicians is common, accepted clinical practice

- Physicians often conclude that an off-label treatment is in best interests of patient

- Physicians need to treat patients for conditions where there is no FDA-approved drug or few treatment options

- New medical discoveries outpace FDA approval process

Case 3:05-cv-00444   Document 175-2   Filed 04/27/10   Page 2 of 4 PageID #: 4046

# Factors Influencing Off-Label Prescribing

- Patient-specific factors
  - Contraindications
  - Side effect profile
  - Response to other treatments

- Physician-specific factors
  - Positive experience with drug or similar drugs for off-label use
  - Physicians receive information about off-label use from many sources

- Neurontin-specific factors
  - Lack of drug-drug interactions and contraindications
  - Demonstrated efficacy for off-label uses
  - 2002 approval for treating PHN, a type of neuropathic pain

Case 3:05-cv-00444   Document 175-2   Filed 04/27/10   Page 3 of 4 PageID #: 4047

# Flaws in Dr. King's Analysis

- Dr. King has not performed a valid causation analysis
  - Correlation vs. Causation

- Dr. King's reliance on general pharmaceutical literature is misplaced and doesn't support specific conclusions about Neurontin

- Claim that effects of off-label marketing of Neurontin would continue virtually unabated after promotion is terminated is unsupported

- Dr. King's claim about Defendants' marketing expenditures vs. costs of research and development is flawed

Case 3:05-cv-00444   Document 175-2   Filed 04/27/10   Page 4 of 4 PageID #: 4048