IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next Kin of Richard Smith, Deceased,<br><br>   Plaintiff,<br><br>v.<br><br>PFIZER, INC., *et al.*,<br><br>   Defendants. | Civil No. 3:05-0444<br>Judge Aleta A. Trauger<br>(Dist. Of MA No.<br>1:05-cv-11515PBS) |

## NOTICE OF EXPERT WITNESS STATEMENT

PLEASE TAKE NOTICE THAT Defendants Pfizer Inc and Warner-Lambert Company LLC hereby file the attached *Expert Witness Statement of Robert Granacher, M.D.*

Dated: April 27, 2010      Respectfully submitted,

              SKADDEN, ARPS, SLATE,
               MEAGHER & FLOM LLP

              By: /s/ Mark S. Cheffo
                 Mark S. Cheffo

              Four Times Square
              New York, NY 10036
              Tel: (212) 735-3000

                -and-

NEAL & HARWELL, PLC

By: /s/ Gerald D. Neenan
     Aubrey B. Harwell, Jr., No. 002559
     W. David Bridgers, No. 016603
     Gerald D. Neenan, No. 006710

2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
(615) 244-1713
(615) 726-0573 (fax)

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of April, 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

| | |
|---|---|
| Andrew G. Finkelstein, Esq.<br>Kenneth B. Fromson, Esq.<br>Finkelstein & Partners, LLP<br>1279 Route 300<br>Newburg, NY 12550 | Charles F. Barrett, Esq.<br>Barrett & Associates, P.A.<br>6718 Highway 100, Suite 210<br>Nashville, TN 37205 |
| Dara G. Hegar, Esq.<br>Ken S. Soh, Esq.<br>Maura Kolb, Esq.<br>Robert Leone, Esq.<br>W. Mark Lanier, Esq.<br>Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX 77069 | |

/s/ Gerald D. Neenan