# Geriatric Suicide Risk Factors

- **Mood Disorder** — Mood problems like depression greatly increase suicide risk

- **Hopelessness** — Hopelessness, combined with any other risk factor, greatly increases suicide risk

- **Chronic Pain** — Patients with long-term pain problems have an increased suicide risk, with risk increasing with greater pain severity

- **Age** — Elderly patients (older than age 75) have a significantly higher suicide risk

- **Lethal Means** — Access to a gun creates an increased risk of completed suicide

Case 3:05-cv-00444   Document 176-2   Filed 04/27/10   Page 1 of 24 PageID #: 4076

# Mr. Smith's Suicide Risk Factors

| | | |
|---|---|---|
| 🔶 | **Chronic Pain** | Mr. Smith suffered severe chronic pain, which worsened dramatically in the months before his death |
| 🔶 | **Untreated Depression** | Mr. Smith was diagnosed with depression before he started Neurontin, and this depression went untreated |
| 🔶 | **Hopelessness** | Mr. Smith became hopeless when he was told there were no more options for treating his pain |
| 🔶 | **Suicidal Ideation** | Mr. Smith's pain led to suicidal thoughts, which he expressed on at least two occasions before starting Neurontin |
| 🔶 | **Age** | Mr. Smith was an elderly white male, part of a group with the highest rate of completed suicide |
| 🔶 | **Access to Firearms** | Mr. Smith had access to guns in his home, an important risk factor for suicide |

# Mr. Smith's Pain Complaints

## 1988

**Dr. Tom Nesbitt**
- Rectal pain with radiation, began after knee surgery
  *Spalding & Nesbitt Urology Clinic, 000006-625NUC-00027*

## 1989

**Dr. James Cato**
- Hand tightness; decreased grip
- Pelvic pain
  *Heritage Medical Associates, 000006-42HMA-00216*

**Dr. Stewart F. Stowers**
- Right heel pain; right knee pain
  *Nashville Orthopedic Associates, 000006-69AQC-00074*
- Bilateral knee pain
  *Nashville Orthopedic Associates, 000006-69AQC-00076*
- Right hip pain
  *Nashville Orthopedic Associates, 000006-69AQC-00076*
- Suprapubic pain [groin area]
  *Nashville Orthopedic Associates, 000006-69AQC-00075*

## 1990

**Dr. Stewart F. Stowers**
- Left hip pain extending to groin
  *Nashville Orthopedic Associates, 000006-69AQC-00074*

**Dr. James Cato**
- Back pain; upper abdominal burning; tiredness
  *Heritage Medical Associates, 000006-42HMA-00217*
- Left jaw and ear pressure/ soreness; left facial numbness
  *Heritage Medical Associates, 000006-1PRD-00013*

**Dr. Tom Nesbitt**
- Testicular pain
  *Spalding & Nesbitt Urology Clinic, 000006-625NUC-00025*

**Dr. David M. Dyer**
- Chronic right groin/ testicular pain
  *000006-625NUC-00055*

## 1991

**Dr. David M. Dyer**
- Left groin pain
  *000006-625NUC-00054*

**Dr. James Cato**
- Left jaw, throat, and ear pressure
  *Heritage Medical Associates, 000006-1PRD-00015-16*
- Left shoulder complaints; left hip soreness
  *Heritage Medical Associates, 000006-1PRD-00015-16*

## 1992

**Dr. Michael Santi**
- Chronic abdominal pain
  *Colon & Rectal Surgery Associates, 000006-48CRSA-00009*

## 1993

**Dr. Stewart F. Stowers**
- Severe left knee problems; pain in left ankle
  *Nashville Orthopedic Associates, 000006-69AQC-00071*

**Dr. James Cato**
- Swelling in hands and ankles; left knee problems
  *Heritage Medical Associates, 000006-42HMA-00220*
- Tenderness in left ribs
  *Heritage Medical Associates, 000006-1PRD-00022*

## 1994

**Dr. Stewart F. Stowers**
- Left knee tightness; pain in left ankle
  *Nashville Orthopedic Associates, 000006-69AQC-00064*

## 1995

**Dr. James Cato**
- Numbness to left side of face/ eye; left tooth problems
  *Heritage Medical Associates, 000006-1PRD-00223*
- Left chest soreness
  *Heritage Medical Associates, 000006-42HMA-00223*

**Dr. David M. Dyer**
- Left groin pain
  *000006-30HMA-00072*

**Dr. Stewart F. Stowers**
- Left knee ache
  *Tennessee Orthopedic Associates, 000006-69AQC-00063*

## 1996

**Dr. Stewart F. Stowers**
- Severe right hip pain
  *Tennessee Orthopedic Alliance, 000006-69AQC-00062*

**Dr. Eugene M. Regan Jr.**
- Right hip and groin pain; significant limp
  *Tennessee Orthopedic Alliance, 000006-69AQC-00061*
- Difficulty sleeping because of hip pain
  *Tennessee Orthopedic Alliance, 000006-69AQC-00061*
- Left shoulder problems
  *Tennessee Orthopedic Alliance, 000006-32TOA-00047*

**Vicki Bryant, P.T.**
- Low back pain; foot symptoms
  *000006-69AQC-00133*

**Dr. James Cato**
- Lower abdominal pain
  *Heritage Medical Associates, 000006-30HMA-00029*
- Chest pain; arm tingling; numbness to left side of face
  *Heritage Medical Associates, 000006-30HMA-00030*

## 1997

**Dr. Tom Nesbitt**
- Difficulty urinating, with burning
  *Spalding & Nesbitt Urology Clinic, 000006-625NUC-00021*

**RAH**
- Lower abdominal pain
  *Colon & Rectal Surgery Associates, 000006-48CRSA-00009*
- Pressure in rectum, scrotum, and groin
  *Colon & Rectal Surgery Associates, 000006-48CRSA-00009*

**Dr. Eugene M. Regan Jr.**
- Right knee pain; low back pain; left knee tightness
  *Tennessee Orthopedic Alliance, 000006-32TOA-00046*

**Dr. Tom Nesbitt**
- Testicular pain; erectile discomfort
  *Spalding & Nesbitt Urology Clinic, 000006-625NUC-00018*

## 1998

**Dr. James Cato**
- Chest discomfort; facial soreness
  *Heritage Medical Associates, 000006-30HMA-00032-33*

**Dr. Eugene M. Regan Jr.**
- Left ankle pain
  *Tennessee Orthopedic Alliance, 000006-32TOA-00044-45*
- Increasing right knee pain with significant limp
  *Tennessee Orthopedic Alliance, 000006-32TOA-00044-45*

## 1999

**Dr. James Cato**
- Left shoulder soreness and biceps tenderness
  *Heritage Medical Associates, 000006-30HMA-00036-37*
- Pain under rib cage
  *Heritage Medical Associates, 000006-42HMA-00116-117*

**Dr. Stewart F. Stowers**
- Right knee stiffness
  *Tennessee Orthopedic Associates, 000006-32TOA-00023*

**Baptist Hospital ER**
- Rib pain; shoulder pain; chest pain; abdominal pain
  *000006-78BAH-00019*

Case 3:05-cv-00444   Document 176-2   Filed 04/27/10   Page 4 of 24 PageID #: 4079

# Mr. Smith's Pain Complaints

## 2000

**Dr. Stewart F. Stowers**
- Left sacroiliac **pain** [hip/buttocks region]
  *Tennessee Orthopedic Alliance, 000006-69AQC-00022*
- Left knee flare-up; ankle soreness
  *Tennessee Orthopedic Alliance, 000006-69AQC-00021*

**Dr. James Cato**
- Left knee **pain**
  *Heritage Medical Associates, 000006-30HMA-00042-43*

**Dr. Tom Nesbitt**
- Groin **pain**
  *Spalding & Nesbitt Urology Clinic, 000006-62SNUC-00014*

## 2001

**Dr. Stewart F. Stowers**
- Left shoulder **pain**
  *Tennessee Orthopedic Alliance, 000006-32TOA-00022*
- Left knee **pain**
  *Tennessee Orthopedic Alliance, 000006-69AQC-00016*
- Left knee and left ankle **pain**
  *Tennessee Orthopedic Alliance, 000006-69AQC-00015*

**Dr. James Cato**
- **Pain** across shoulder blades
  *Heritage Medical Associates, 000006-30HMA-00048-49*
- Neck **pain** and stiffness; vertigo
  *Heritage Medical Associates, 000006-30HMA-00050-51*
- Neck/shoulder **pain** and spasms; rib soreness; poor sleep
  *Heritage Medical Associates, 000006-30HMA-00052-53*
- Chest soreness
  *Heritage Medical Associates, 000006-30HMA-00054-55*

**Dr. Gregory Mowery**
- Vertigo; balance problems
  *Otolaryngology Associates of Tennessee, 000006-11OAT-00001*

**Dr. Tom Nesbitt**
- Groin **pain**
  *Spalding & Nesbitt Urology Clinic, 000006-62SNUC-00013*

## 2002

**Dr. Stewart F. Stowers**
- Left shoulder **pain** and weakness
  *Tennessee Orthopedic Alliance, 000006-32TOA-00021*
- Left knee **pain**
  *Tennessee Orthopedic Alliance, 000006-32TOA-00021*

**Dr. Tom Nesbitt**
- Intermittent groin **pain**
  *Spalding & Nesbitt Urology Clinic, 000006-62SNUC-00012*

**Dr. Stuart E. Smith**
- Global **pain** and stiffness
  *Heritage Medical Associates, 000006-30HMA-00058-59*

**Dr. Jeffrey P. Lawrence**
- Left shoulder **pain** and inability to lift arm
  *Premier Orthopaedics & Sports Medicine, 000006-120PO5-00007*

## 2003

**Dr. Tom Nesbitt**
- Intermittent groin **pain**; **pain** with urination
  *Spalding & Nesbitt Urology Clinic, 000006-62SNUC-00011*
- Leg and spine **pain**
  *Spalding & Nesbitt Urology Clinic, 000006-62SNUC-00028*

**Dr. Michael Santi**
- Lower abdominal **pain**
  *Colon & Rectal Surgery Associates, 000006-48CRSA-00005*

**Dr. James Cato**
- Sore joints; bladder/prostate symptoms
  *Heritage Medical Associates, 000006-30HMA-00058-59*
- **Pain** in all joints; not sleeping
  *Heritage Medical Associates, 000006-30HMA-00060-62*
- Joint **pain**; back **pain**/numbness/tingling
  *Heritage Medical Associates, 000006-42HMA-00140-141*
- Anxiety and depression
  *Heritage Medical Associates, 000006-30HMA-00063-64*
- Nerve prickling down back; **pain** in legs, knees, ankles after lumbar surgery
  *Heritage Medical Associates, 000006-30HMA-00063-64*
- Right hamstring spasm
  *Heritage Medical Associates, 000006-30HMA-00065-66*

**Dr. Michel McDonald**
- Arthritis
  *Vanderbilt University Medical Center, 000006-40VUM-00009*

**Dr. Stuart E. Smith**
- **Pain** in buttocks radiating to calves
  *Tennessee Orthopedic Alliance, 000006-69AQC-00006*
- Bilateral hip and knee **pain**
  *Tennessee Orthopedic Alliance, 000006-69AQC-00006*

**Dr. Carl Hampf**
- Hip, back, and bilateral leg **pain** and paresthesias
  *000006-53CAH-00003-4*
- Frequent joint **pain**, even in replaced joints
  *000006-1PRD-00162-165*
- Depressed because of **pain** and lack of sleep
  *000006-1PRD-00162-165*

## 2003 (continued)

**Dr. Frank M. Berklacich**
- Significant low back and bilateral leg **pain**
  *000006-18FMB-00002-3*
- Numbness and pins/needles in both legs
  *000006-18FMB-00002-3*
- Weakness and difficulty walking
  *000006-18FMB-00002-3*
- Sleep impaired by **pain**
  *000006-18FMB-00002-3*
- Diarrhea due to anxiety and **pain**
  *000006-52FMB-00041*

**Dr. Paul R. McCombs III**
- Back and bilateral leg **pain**
  *Neurosurgical Associates, 000006-34NEA-00021*
- Back and bilateral leg **pain** symptoms unchanged
  *Neurosurgical Associates, 000006-34NEA-00020*
- Severe low back and leg **pain** after lumbar surgery
  *Neurosurgical Associates, 000006-1PRD-00408*
- Continues with **pain** and is very concerned
  *Neurosurgical Associates, 000006-1PRD-00408*
- Wishes he could die because of **pain** and depression
  *Neurosurgical Associates, 000006-1PRD-00408*
- Increased leg **pain** after lumbar surgery
  *Neurosurgical Associates, 000006-34NEA-00001*

**Dr. Jeffrey L. Herring**
- Right ankle **pain**
  *Tennessee Orthopedic Alliance, 000006-69AQC-00003*

**Powers Chiropractic Clinic**
- Right shoulder **pain**
  *000006-126MAC-00002-3*

## 2004

**Neurosurgical Associates**
- Shocking sensation in bilateral legs
  *000006-34NEA-00002*

**Dr. James Cato**
- **Pain** from back to ankles
  *Heritage Medical Associates, 000006-42HMA-00097*
- Left shoulder **pain**; chest tightness
  *Heritage Medical Associates, 000006-48HMA-00089-90*

**Dr. William A. Shell**
- Persistent low back **pain** since lumbar surgery
  *Tennessee Orthopedic Alliance, 000006-32TOA-00002-3*
- Bilateral radiating leg **pain**
  *Tennessee Orthopedic Alliance, 000006-32TOA-00002-3*

**Dr. Edward S. Mackey**
- Increasing left leg **pain**
  *Tennessee Orthopedic Alliance, 000006-32TOA-00006*
- Thoracic spine **pain**
  *Tennessee Orthopedic Alliance, 000006-32TOA-00015-16*
- Back and radicular **pain**; knee **pain**
  *Tennessee Orthopedic Alliance, 000006-32TOA-00005, 9*
- Knee **pain**; worsening bilateral leg **pain**, using wheelchair, not sleeping well
  *Tennessee Orthopedic Alliance, 000006-32TOA-00007*

**Dr. Tom Nesbitt**
- Difficulty urinating since back surgery
  *Spalding & Nesbitt Urology Clinic, 000006-62SNUC-00009*

**Pam Krancer, R.N., C.S., CNRN**
- Bilateral leg **pain** radiating from buttocks, perineal area [groin], and thigh to knees
  *Neurosurgical Associates, 000006-34NEA-00003*

**Physical Therapy Evaluation**
- **Pain**/tingling from lumbar spine to ankle; left groin **pain**
  *University Medical Center, 000006-35UMC-00058*
- **Pain** in knees and ankles; excruciating and sharp
  *University Medical Center, 000006-35UMC-00066*

Case 3:05-cv-00444   Document 176-2   Filed 04/27/10   Page 5 of 24 PageID #: 4080



"I am already scheduled for surgery on Thursday 3-13-03 – I cannot wait – I am in so much pain."

# May 2, 2003
# Neurosurgical Associates Notes – Dr. McCombs



Spoke w[ith] p[atien]t's daughter. States p[atien]t wishes he could die because of pain and depression. Advised to take p[atient]t to ER for psych. eval and tx [treatment].

Source: 000006-1PRD-00408



He states that he has developed new symptoms of increased leg pain.

# May 15, 2003
# Dr. Cato's Notes



Source: 000006-30HMA-00064



He is still having a lot of back and radicular pain. He also sounds like he is getting a lot of knee pain.

Case 3:05-cv-00444   Document 176-2   Filed 04/27/10   Page 10 of 24 PageID #: 4085

Source: 000006-32TOA-00009

# March 24, 2004
# Pam Krancer's Notes (Dr. McCombs' Nurse Practitioner)



000006-34NEA-00003

3/24/04 OV: … He is again having bilateral leg pain that radiates down his buttocks, perineal area, anterior part of his thigh and down to his knee. … He has difficultly with standing and ambulation. …Dr. Mackey told him that it is recorded there is a break off of his fusion material that is encroaching some of the nerves in his lower back. … He will have an ESI and start Neurontin 300 mg. po tid.

Source: 000006-34NEA-00003

# May 4, 2004
# Physical Therapy Notes



Source: 000006-35UMC-00076

# May 19, 2004
## Letter of Dr. Christopher Woods



Mr. Smith was still troubled by back pain and immediately told me that an end to pain seemed to be hopeless. He mentioned trying to get second opinions but each orthopedic physician he saw seemed to tune him out after hearing he already had surgery. "It was like they were all protecting each other." I made the suggestion he consider clinics outside Tennessee but he did not answer. Finally he simply said "I wish I had never had the surgery in the first place." "I cannot cut the grass, work on cars – you know I used to like you do all the time." "Now I am almost useless."

# February 27, 2003
# Neurological Surgeons Questionnaire



✓ Any change in mood  *Depressed because of pain + lack of sleep*

Source: 000006-1PRD-00165

# May 2, 2003
# Neurosurgical Associates Notes – Dr. McCombs



Spoke w[ith] p[atien]t's daughter. States p[atien]t wishes he could die because of pain and depression. Advised to take p[atient]t to ER for psych. eval and tx [treatment].

Source: 000006-1PRD-00408

# May 15, 2003
# Dr. Cato's Notes



# June 27, 2003
# Dr. Cato's Notes



A/D – doing well.

Overall improved.

Sleeping OK.

Off Lexapro – ran out.

Overall improved.

Case 3:05-cv-00444   Document 176-2   Filed 04/27/10   Page 17 of 24 PageID #: 4092   Source: 000006-30HMA-00065

Case 3:05-cv-00444   Document 176-2   Filed 04/27/10   Page 18 of 24 PageID #: 4093

# March 31, 2004
# Dr. McCombs' Notes



31 March 04 OV: ... He had been seen by his orthopedist who sent him to Dr. Mackey who ordered a myelogram study. Dr. Mackey did not feel that the patient needed additional surgery. ... He is not a candidate for any type of operative intervention. He will be treated conservatively.



Even with the medication, I still have lumbar area back pain, buttocks...back of legs to my ankles.

5/5/04 – called to Gloria at McCombs' about pricking.

Sec called back, they have nothing to offer but injections at White Bridge Rd.

# 911 Call Tape Transcript



Smith: Oh, oh. I don't know. Oh, oh, oh. I never knew his life would end this way, but he's been in so much pain.

Operator: So, he has been sick?

\* \* \*

Smith: Oh, he's been so sick. Oh (crying).

\* \* \*

Smith: I'm trying to call the other – one other one. (Crying). He was so, he was so sick and everything wrong with him.

Source: Smith: 911 Call Tape Transcript

# May 2, 2003
# Neurosurgical Associates Notes – Dr. McCombs



Spoke w[ith] p[atien]t's daughter. States p[atien]t wishes he could die because of pain and depression. Advised to take p[atient]t to ER for psych. eval and tx [treatment].

# May 13, 2004
# Police Report



Complaint # 04-240830
Off/Class: Death-Suicide
Victim: Richard H. Smith
Date: 5-13-04

Metropolitan Police Department
Homicide Unit
Supplement Report

On 5-13-04 at 0620 hours I arrived at 1443 Janie Avenue in response to the above victim being deceased due to a gunshot wound. I immediately interviewed the victim's wife, Ruth Brown Smith. Mrs. Smith states that about one year ago, the victim had hip and knee replacement surgery and has been in constant pain since that time. On 3-1-04, the victim mentioned to his daughter, Cindy Smith, that he might take his own life. On the night of 5-12-04, Mrs. Smith slept upstairs and the victim slept in a downstairs room. About 0500 hours, Mrs. Smith came downstairs and saw that there was a light in the victim's room. The victim came into the den where Mrs. Smith was lying on the couch. The victim went back into his bedroom. Mrs. Smith heard a gunshot and found the victim's bedroom door to be locked. Mrs. Smith was able to get the door unlocked and found the victim on the floor in the bedroom.

I then went into the victim's bedroom and observed the victim sitting on the floor beside the bed. There was a white plastic bag on the bed and a large amount of blood on the bed and floor near the bed. There was also a bullet hole in the wall to the left of the victim over the headboard of the bed. There was a note on the dresser that indicated that the victim had caused his own death. This note was collected and turned into property room. There was a Smith & Wesson .38 caliber revolver (ser. #406944) lying on the floor near the victim's feet. There was one spent round in the cylinder and five live rounds. The victim was holding a pillow. The victim was dressed in pajamas and was wearing black house shoes and socks. It appears that the victim had placed the plastic bag on the bed to prevent the soiling of the bed with biohazard material. Further examination revealed a gunshot wound to the right side of the victim's head and an exit wound to the left side of the victim's head. This is also consistent with the location of the bullet hole in the wall to the left of the victim. The victim and his wife were the only people in the residence at the time of this incident. There were no signs of forced entry into the residence. There are also no indications of anything other than a self-inflicted gunshot wound.

Det. Danny Satterfield
C.I.D./Homicide

*S/Danny Collins* L7584
5-13-04

000006-96MNP-00010

Metropolitan Police Department

\* \* \*

On 3-1-04, the victim mentioned to his daughter, Cindy Smith, that he might take his own life.

Source: 000006-96MNP-00010