# June 22, 2006
# Letter From Dr. Evertsz (Pfizer) to Dr. Katz (FDA)



| Category | Gabapentin (N=5194) n (%) | Placebo (N=2682) n (%) | Active Control (N=661) n (%) | Low-Dose Placebo (N=292) n (%) |
|---|---|---|---|---|
| Completed suicide (code 1) | 0 (0.000) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| Suicide attempt (code 2) | 0 (0.000) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| Preparatory acts towards imminent suicidal behavior (code 3) | 0 (0.000) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| Self-injurious behavior, intent unknown (code 4) | 1 (0.019) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
| Suicidal ideation (code 5) | 2 (0.039) | 1 (0.037) | 0 (0.000) | 0 (0.000) |
| Not enough information (code 6) | 3 (0.058) | 3 (0.112) | 0 (0.000) | 0 (0.000) |
|    - Fatal (code 6a) | 1 (0.019) | 0 (0.000) | 0 (0.000) | 0 (0.000) |
|    - Non-fatal (code 6b) | 2 (0.039) | 3 (0.112) | 0 (0.000) | 0 (0.000) |

Source: Pfizer MEvertsz 0125704

# Mr. Smith's Pain Complaints

## 1988

**Dr. Tom Nesbitt**

- Rectal **pain** with radiation, began after knee surgery
  Spalding & Nesbitt Urology Clinic, 000006-625NUC-00027

## 1989

**Dr. James Cato**

- Hand tightness; decreased grip
  Heritage Medical Associates, 000006-1PRD-00009
- Pelvic **pain**
  Heritage Medical Associates, 000006-42HMA-00216

**Dr. Stewart F. Stowers**

- Right heel **pain**; right knee **pain**
  Nashville Orthopedic Associates, 000006-69AQC-00077
- Bilateral knee **pain**
  Nashville Orthopedic Associates, 000006-69AQC-00076
- Right hip **pain**
  Nashville Orthopedic Associates, 000006-69AQC-00076
- Suprapubic **pain** [groin area]
  Nashville Orthopedic Associates, 000006-69AQC-00075

## 1990

**Dr. Stewart F. Stowers**

- Left hip **pain** extending to groin
  Nashville Orthopedic Associates, 000006-69AQC-00074

**Dr. James Cato**

- Back **pain**; upper abdominal burning; tiredness
  Heritage Medical Associates, 000006-42HMA-00217
- Left jaw and ear pressure/ soreness; left facial numbness
  Heritage Medical Associates, 000006-1PRD-00013

**Dr. Tom Nesbitt**

- Testicular **pain**
  Spalding & Nesbitt Urology Clinic, 000006-625NUC-00023

**Dr. David M. Dyer**

- Chronic right groin/ testicular **pain**
  000006-625NUC-00055

## 1991

**Dr. David M. Dyer**

- Left groin **pain**
  000006-625NUC-00054

**Dr. James Cato**

- Left jaw, throat, and ear pressure
  Heritage Medical Associates, 000006-1PRD-00015-16
- Left shoulder complaints; left hip soreness
  Heritage Medical Associates, 000006-1PRD-00015-16

## 1992

**Dr. Michael Santi**

- Chronic abdominal **pain**
  Colon & Rectal Surgery Associates, 000006-44CRSA-00009

## 1993

**Dr. Stewart F. Stowers**

- Severe left knee problems; **pain** in left ankle
  Nashville Orthopedic Associates, 000006-69AQC-00071

**Dr. James Cato**

- Swelling in hands and ankles; left knee problems
  Heritage Medical Associates, 000006-42HMA-00220
- Tenderness in left ribs
  Heritage Medical Associates, 000006-1PRD-00022

## 1994

**Dr. Stewart F. Stowers**

- Left knee tightness; **pain** in left ankle
  Nashville Orthopedic Associates, 000006-69AQC-00064

## 1995

**Dr. James Cato**

- Numbness to left side of face/ eye; left tooth problems
  Heritage Medical Associates, 000006-39HMA-00323
- Left chest soreness
  Heritage Medical Associates, 000006-42HMA-00223

**Dr. David M. Dyer**

- Left groin **pain**
  000006-39HMA-00072

**Dr. Stewart F. Stowers**

- Left knee ache
  Tennessee Orthopedic Associates, 000006-69AQC-00063

## 1996

**Dr. Stewart F. Stowers**

- Severe right hip **pain**
  Tennessee Orthopedic Associates, 000006-69AQC-00062

**Dr. Eugene M. Regan Jr.**

- Right hip and groin **pain**; significant limp
  Tennessee Orthopedic Alliance, 000006-69AQC-00061
- Difficulty sleeping because of hip **pain**
  Tennessee Orthopedic Alliance, 000006-69AQC-00061
- Left shoulder problems
  Tennessee Orthopedic Alliance, 000006-32TOA-00047

**Vicki Bryant, P.T.**

- Low back **pain**; foot symptoms
  000006-69AQC-00113

**Dr. James Cato**

- Lower abdominal **pain**
  Heritage Medical Associates, 000006-39HMA-00029
- Chest **pain**; arm tingling; numbness to left side of face
  Heritage Medical Associates, 000006-39HMA-00030

## 1997

**Dr. Tom Nesbitt**

- Difficulty urinating, with burning
  Spalding & Nesbitt Urology Clinic, 000006-625NUC-00021

**RAH**

- Lower abdominal **pain**
  Colon & Rectal Surgery Associates, 000006-44CRSA-00006
- Pressure in rectum, scrotum, and groin
  Colon & Rectal Surgery Associates, 000006-44CRSA-00006

**Dr. Eugene M. Regan Jr.**

- Right knee **pain**; low back **pain**; left knee tightness
  Tennessee Orthopedic Alliance, 000006-32TOA-00046

**Dr. Tom Nesbitt**

- Testicular **pain**; erectile discomfort
  Spalding & Nesbitt Urology Clinic, 000006-625NUC-00018

## 1998

**Dr. James Cato**

- Chest discomfort; facial soreness
  Heritage Medical Associates, 000006-39HMA-00032-33

**Dr. Eugene M. Regan Jr.**

- Left ankle **pain**
  Tennessee Orthopedic Alliance, 000006-32TOA-00044-45
- Increasing right knee **pain** with significant limp
  Tennessee Orthopedic Alliance, 000006-32TOA-00044-45

## 1999

**Dr. James Cato**

- Left shoulder soreness and biceps tenderness
  Heritage Medical Associates, 000006-39HMA-00026-27
- **Pain** under rib cage
  Heritage Medical Associates, 000006-42HMA-00116-117

**Dr. Stewart F. Stowers**

- Right knee stiffness
  Tennessee Orthopedic Associates, 000006-32TOA-00023

**Baptist Hospital ER**

- Rib **pain**; shoulder **pain**; chest **pain**; abdominal **pain**
  000006-78BAH-00059

# Mr. Smith's Pain Complaints

## 2000

**Dr. Stewart F. Stowers**
- Left sacroiliac **pain** [hip/buttocks region]
  Tennessee Orthopedic Alliance, 000006-694QC-00022
- Left knee flare-up; ankle soreness
  Tennessee Orthopedic Alliance, 000006-694QC-00021

**Dr. James Cato**
- Left knee **pain**
  Heritage Medical Associates, 000006-30HMA-00042-43

**Dr. Tom Nesbitt**
- Groin **pain**
  Spalding & Nesbitt Urology Clinic, 000006-625NUC-00014

## 2001

**Dr. Stewart F. Stowers**
- Left shoulder **pain**
  Tennessee Orthopedic Alliance, 000006-52TOA-00022
- Left knee **pain**
  Tennessee Orthopedic Alliance, 000006-694QC-00016
- Left knee and left ankle **pain**
  Tennessee Orthopedic Alliance, 000006-694QC-00015

**Dr. James Cato**
- **Pain** across shoulder blades
  Heritage Medical Associates, 000006-30HMA-00048-49
- Neck **pain** and stiffness; vertigo
  Heritage Medical Associates, 000006-30HMA-00050-51
- Neck/shoulder **pain** and spasms; rib soreness; poor sleep
  Heritage Medical Associates, 000006-30HMA-00052-53
- Chest soreness
  Heritage Medical Associates, 000006-30HMA-00054-55

**Dr. Gregory Mowery**
- Vertigo; balance problems
  Otolaryngology Associates of Tennessee, 000006-11OAT-00001

**Dr. Tom Nesbitt**
- Groin **pain**
  Spalding & Nesbitt Urology Clinic, 000006-625NUC-00013

## 2002

**Dr. Stewart F. Stowers**
- Left shoulder **pain** and weakness
  Tennessee Orthopedic Alliance, 000006-32TOA-00021
- Left knee **pain**
  Tennessee Orthopedic Alliance, 000006-32TOA-00021

**Dr. Tom Nesbitt**
- Intermittent groin **pain**
  Spalding & Nesbitt Urology Clinic, 000006-625NUC-00032

**Dr. Stuart E. Smith**
- Global **pain** and stiffness
  Tennessee Orthopedic Alliance, 000006-694QC-00008

**Dr. Jeffrey P. Lawrence**
- Left shoulder **pain** and inability to lift arm
  Premier Orthopaedics & Sports Medicine, 000006-120POS-00007

## 2003

**Dr. Tom Nesbitt**
- Intermittent groin **pain**; **pain** with urination
  Spalding & Nesbitt Urology Clinic, 000006-625NUC-00011
- Leg and spine **pain**
  Spalding & Nesbitt Urology Clinic, 000006-625NUC-00028

**Dr. Michael Santi**
- Lower abdominal **pain**
  Colon & Rectal Surgery Associates, 000006-48CRSA-00005

**Dr. James Cato**
- Sore joints; bladder/prostate symptoms
  Heritage Medical Associates, 000006-30HMA-00056-59
- **Pain** in all joints; not sleeping
  Heritage Medical Associates, 000006-30HMA-00060-62
- Joint **pain**; back **pain**/numbness/tingling
  Heritage Medical Associates, 000006-42HMA-00140-141
- Anxiety and depression
  Heritage Medical Associates, 000006-30HMA-00063-64
- Nerve prickling down back; **pain** in legs, knees, ankles after lumbar surgery
  Heritage Medical Associates, 000006-30HMA-00063-64
- Right hamstring spasm
  Heritage Medical Associates, 000006-30HMA-00065-66

**Dr. Michel McDonald**
- Arthritis
  Vanderbilt University Medical Center, 000006-40VUM-00009

**Dr. Stuart E. Smith**
- **Pain** in buttocks radiating to calves
  Tennessee Orthopedic Alliance, 000006-694QC-00006
- Bilateral hip and knee **pain**
  Tennessee Orthopedic Alliance, 000006-694QC-00006

**Dr. Carl Hampf**
- Hip, back, and bilateral leg **pain** and paresthesias
  000006-53CAH-00003-4
- Frequent joint **pain**, even in replaced joints
  000006-1PRD-00163-165
- Depressed because of **pain** and lack of sleep
  000006-1PRD-00163-165

**Dr. Frank M. Berklacich**
- Significant low back and bilateral leg **pain**
  000006-10FMB-00002-3
- Numbness and pins/needles in both legs
  000006-10FMB-00002-3
- Weakness and difficulty walking
  000006-10FMB-00002-3
- Sleep impaired by **pain**
  000006-10FMB-00002-3
- Diarrhea due to anxiety and **pain**
  000006-52FMB-00001

**Dr. Paul R. McCombs III**
- Back and bilateral leg **pain**
  Neurosurgical Associates, 000006-34NEA-00021
- Back and bilateral leg symptoms unchanged
  Neurosurgical Associates, 000006-34NEA-00020
- Severe low back and leg **pain** after lumbar surgery
  Neurosurgical Associates, 000006-1PRD-00408
- Continues with **pain** and is very concerned
  Neurosurgical Associates, 000006-1PRD-00408
- Wishes he could die because of **pain** and depression
  Neurosurgical Associates, 000006-1PRD-00408
- Increased leg **pain** after lumbar surgery
  Neurosurgical Associates, 000006-34NEA-00001

**Dr. Jeffrey L. Herring**
- Right ankle **pain**
  Tennessee Orthopedic Alliance, 000006-694QC-00003

**Powers Chiropractic Clinic**
- Right shoulder **pain**
  000006-126MAC-00002-3

## 2004

**Neurosurgical Associates**
- Shocking sensation in bilateral legs
  000006-34NEA-00002

**Dr. James Cato**
- **Pain** from back to ankles
  Heritage Medical Associates, 000006-42HMA-00097
- Left shoulder **pain**; chest tightness
  Heritage Medical Associates, 000006-42HMA-00089-90

**Dr. William A. Shell**
- Persistent low back **pain** since lumbar surgery
  Tennessee Orthopedic Alliance, 000006-32TOA-00002-3
- Bilateral radiating leg **pain**
  Tennessee Orthopedic Alliance, 000006-32TOA-00002-3

**Dr. Edward S. Mackey**
- Increasing left leg **pain**
  Tennessee Orthopedic Alliance, 000006-32TOA-00004
- Thoracic spine **pain**
  Tennessee Orthopedic Alliance, 000006-32TOA-00015-16
- Back and radicular **pain**; knee **pain**
  Tennessee Orthopedic Alliance, 000006-32TOA-00005, 9
- Knee **pain**; worsening bilateral leg **pain**, using wheelchair, not sleeping well
  Tennessee Orthopedic Alliance, 000006-32TOA-00007

**Dr. Tom Nesbitt**
- Difficulty urinating since back surgery
  Spalding & Nesbitt Urology Clinic, 000006-625NUC-00000

**Pam Krancer, R.N., C.S., CNRN**
- Bilateral leg **pain** radiating from buttocks, perineal area [groin], and thigh to knees
  Neurosurgical Associates, 000006-34NEA-00003

**Physical Therapy Evaluation**
- **Pain**/tingling from lumbar spine to ankle; left groin **pain**
  University Medical Center, 000006-35UMC-00016
- **Pain** in knees and ankles; **pain** excruciating and sharp
  University Medical Center, 000006-35UMC-00076

Case 3:05-cv-00444   Document 177-2   Filed 04/27/10   Page 3 of 22 PageID #: 4135

# Mr. Smith's Surgeries



**1984**

Tonsillectomy
Dr. Dale Beck, 000006-1PRD-00025-26

**1985**

Right knee surgery for torn cartilage
Dr. John Brunn, 000006-1PRD-00025-26

**March 10, 1988**

Left knee surgery for torn cartilage
Dr. Burton Elrod, 000006-1PRD-00025-26

**January 3, 1990**

Transurethral resection of prostate
Dr. Tom Nesbitt, 000006-62SNUC-00048-49

**May 29, 1991**

Left inguinal hernia repair
Dr. David M. Dyer, 000006-62SNUC-00053

**November 16, 1993**

Total left knee replacement
Dr. Stewart F. Stowers, 000006-69AQC-00067

**November 20, 1995**

Left inguinal hernia repair with mesh prosthesis
Dr. David M. Dyer, 000006-30HMA-00072

**May 2, 1996**

Total right hip replacement
Dr. Eugene M. Regan Jr., 000006-85BAH-00197-198

**May 11, 1998**

Incision of bladder neck contracture
Dr. Tom Nesbitt, 000006-85BAH-00405-406

**June 19, 1998**

Total right knee replacement
Dr. Eugene M. Regan Jr., 000006-78BAH-00009-11

**March 3, 2003**

Lumbar epidural steroid injection under fluoroscopy
000006-15PRR-00002

**March 21, 2003**

Lumbar epidural steroid injection under fluoroscopy
000006-15PRR-00001

**April 1, 2003**

Lumbar laminectomy with fusion at three levels: L3-L4, L4-L5, and L5-S1
Dr. Paul R. McCombs III, 000006-64CMD-00119

**September 24, 2003**

Micrographic surgery to remove basal cell carcinoma from nose
Dr. Thomas Stasko, 000006-39W8H-00026-27

**December 11, 2003**

Cataract extraction with lens implantation in the left eye
Dr. Kaswinkel, 000006-47LVC-00016

**1980s**      **1990s**      **2000s**

Case 3:05-cv-00444   Document 177-2   Filed 04/27/10   Page 4 of 22 PageID #: 4136

# February 27, 2003
# Neurological Surgeons Questionnaire



✓ Any change in mood _Depressed because of pain + lack of sleep_

Source: 000006-1PRD-00165

# May 2, 2003
## Neurosurgical Associates Notes – Dr. McCombs



Spoke w[ith] p[atien]t's daughter. States p[atien]t wishes he could die because of pain and depression. Advised to take p[atient]t to ER for psych. eval and tx [treatment].

Source: 000006-1PRD-00408

Complaint # 04-240830
Off/Class: Death-Suicide
Victim: Richard H. Smith
Date: 5-13-04

**Metropolitan Police Department**
**Homicide Unit**
**Supplement Report**

On 5-13-04 at 0620 hours I arrived at 1443 Janie Avenue in response to the above victim being deceased due to a gunshot wound. I immediately interviewed the victim's wife, Ruth Brown Smith. Mrs. Smith states that about one year ago, the victim had hip and knee replacement surgery and has been in constant pain since that time. On 3-1-04, the victim mentioned to his daughter, Cindy Smith, that he might take his own life. On the night of 5-12-04, Mrs. Smith slept upstairs and the victim slept in a downstairs room. About 0500 hours, Mrs. Smith came downstairs and saw that there was a light in the victim's room. The victim came into the den where Mrs. Smith was lying on the couch. The victim went back into his bedroom. Mrs. Smith heard a gunshot and found the victim's bedroom door to be locked. Mrs. Smith was able to get the door unlocked and found the victim on the floor in the bedroom.

I then went into the victim's bedroom and observed the victim sitting on the floor beside the bed. There was a white plastic bag on the bed and a large amount of blood on the bed and floor near the bed. There was also a bullet hole in the wall to the left of the victim over the headboard of the bed. There was a note on the dresser that indicated that the victim had caused his own death. This note was collected and turned into property room. There was a Smith & Wesson .38 caliber revolver (ser. #406944) lying on the floor near the victim's feet. There was one spent round in the cylinder and five live rounds. The victim was holding a pillow. The victim was dressed in pajamas and was wearing black house shoes and socks. It appears that the victim had placed the plastic bag on the bed to prevent the soiling of the bed with biohazard material. Further examination revealed a gunshot wound to the right side of the victim's head and an exit wound to the left side of the victim's head. This is also consistent with the location of the bullet hole in the wall to the left of the victim. The victim and his wife were the only people in the residence at the time of this incident. There were no signs of forced entry into the residence. There are also no indications of anything other than a self-inflicted gunshot wound.

Det. Danny Satterfield
C.I.D./Homicide

Sgt Danny Collins 17584
5-13-04

**000006-96MNP-00010**

Metropolitan Police Department

\*   \*   \*

On 3-1-04, the victim mentioned to his daughter, Cindy Smith, that he might take his own life.

# March 31, 2004
# Dr. McCombs's Notes



31 March 04 OV: ... He had been seen by his orthopedist who sent him to Dr. Mackey who ordered a myelogram study. Dr. Mackey did not feel that the patient needed additional surgery. ... He is not a candidate for any type of operative intervention. He will be treated conservatively.

Source: 000006-34NEA-00003

Pain has taken over my Mind & Body

I need Back Surgery
Left & Right Rotator Cuffs
Right Bicep Torn
Back Surgery to Correct Pain in Legs

Forgive Me, I cannot Go on Like this!

I cannot have my body, the temple
of the Holy Spirit cut on anymore
I have talked to God allthrought and
He Understands,

Case 3:05-cv-00444   Document 177-2   Filed 04/27/10   Page 9 of 22 PageID #: 4141

# Mr. Smith's Diagnoses

## 1987

Diverticulitis
000006-48CRSA-00008

## 1988

Benign prostatic hypertrophy with prostatic calcification
000006-625NUC-00027

## 1989

Upper respiratory infection/otitis (left ear)
000006-42HMA-00215

Bilateral ulnar nerve entrapment
000006-1PRD-00009

Plantar fasciitis (right foot)
000006-69AQC-00077

Degenerative disease (right knee)
000006-69AQC-00077

Prostatitis
000006-42HMA-00216

Greater trochanteric bursitis (right hip)
000006-69AQC-00076

Possible osteitis pubis
000006-69AQC-00075

Degenerative activity (right ankle and bilateral knees) (per bone scan)
000006-13DDE-00001

## 1990

Benign prostatic hypertrophy and chronic prostatitis
000006-625NUC-00048-49

Acute iliopsoas strain (left hip)
000006-69AQC-00074

Acid peptic symptoms secondary to ansaid
000006-42HMA-00217

Left temporomandibular joint symptoms
000006-1PRO-00013

Musculoskeletal strain/tendonitis (right groin)
000006-625NUC-00055

Left inguinal hernia
000006-625NUC-00055

## 1991

Upper respiratory infection/bronchitis
000006-1PRD-00015

Left inguinal hernia
000006-625NUC-00054

Prostatitis
000006-1PRD-00017

Blood in urine
000006-625NUC-00024

Allergy to Cipro
000006-625NUC-00024

## 1992

Prostatic calcification
000006-625NUC-00024

Patellofemoral osteoarthritis (knee)
000006-69AQC-00072

Degenerative arthritis (both knees)
000006-69AQC-00073

## 1993

Synovitis (left ankle)
000006-69AQC-00071

Severe osteoarthritis (left knee)
000006-69AQC-00071

Degenerative joint disease (left knee)
000006-42HMA-00220

Musculoskeletal pain (left chest)
000006-1PRO-00022

## 1994

Osteoarthritis (left ankle)
000006-69AQC-00064

## 1995

Folliculitis
000006-42HMA-00222

Maxillary irritation
000006-1PRO-00023

Muscular chest pain
000006-42HMA-00223

Recurrent left inguinal hernia
000006-30HMA-00072

End-stage osteoarthritis (right knee)
000006-69AQC-00063

Patellofemoral disease
000006-69AQC-00063

## 1996

Severe osteoarthritis (right hip)
000006-69AQC-00062

Complete loss of articular cartilage (right hip)
000006-69AQC-00061

Loss of bone stock (right hip)
000006-69AQC-00061

Complete loss of articular cartilage (medial compartment of right knee)
000006-69AQC-00061

Loss of bone stock (right knee)
000006-69AQC-00061

Degenerative joint disease (right hip)
000006-30HMA-00026

Soft tissue strain (abdomen)
000006-30HMA-00029

Musculoskeletal chest pain
000006-30HMA-00030

Intermittent entrapment (left shoulder)
000006-32TOA-00047

Bronchitis
000006-30HMA-00031

## 1997

Diverticulitis
000006-48CRSA-00006

Arthritic changes (lumbar spine and left hip)
000006-32TOA-00046

Complete loss of articular cartilage (medial compartment of right knee)
000006-32TOA-00046

Loss of bone stock (right knee)
000006-32TOA-00046

Patellofemoral changes (right knee)
000006-32TOA-00046

Benign prostatic hypertrophy and chronic prostatitis
000006-625NUC-00018

## 1998

Herpes simplex virus I
000006-30HMA-00012-33

Severe bladder neck contracture
000006-625NUC-00017

Severely symptomatic osteoarthritis (right knee)
000006-BSBAH-00640-641

Acid peptic disease, perhaps aspirin-related
000006-30HMA-00034-35

Lumbar spondylosis
000006-32TOA-00024

Internal hemorrhoids
000006-48CRSA-00006

## 1999

Tendonitis (left shoulder)
000006-30HMA-00036-37

Benign prostatic hypertrophy
000006-625NUC-00015

Acute chest pain/abdominal pain
000006-7BBAH-00019

## 2000

Sliding hiatal hernia with gastroesophageal reflux and poor peristalsis of esophagus
000006-42HMA-00159

Lumbar syndrome
000006-69AQC-00022

Pelvic pain and diverticulitis
000006-30HMA-00044-45

Benign prostatic hypertrophy
000006-625NUC-00014

Groin pain secondary to scar tissue from hernia repair
000006-625NUC-00014

Viral upper respiratory infection
000006-30HMA-00046-47

## 2001

Rotator cuff tear (left shoulder)
000006-32TOA-00022

Degenerative joint disease (spine)
000006-30HMA-00048-49

Vertigo
000006-30HMA-00050-51

Degenerative joint disease
000006-30HMA-00050-51

Degenerative arthritic changes (cervical spine)
000006-42HMA-00156

Arthralgias, sleep disorder; questionable fibromyalgia
000006-30HMA-00052-53

Eustachian tube dysfunction; disequilibrium
000006-11OAF-00001

Groin pain secondary to scar tissue from hernia repair
000006-625NUC-00013

Benign prostatic hypertrophy
000006-625NUC-00013

Severe osteoarthritis (left ankle)
000006-69AQC-00015

Acute bronchitis
000006-30HMA-00056-57

## 2002

Benign prostatic hypertrophy
000006-625NUC-00012

## 2003

Benign prostatic hypertrophy
000006-625NUC-00011

Groin pain from scar tissue from hernia repair
000006-625NUC-00011

Urinary tract infection
000006-625NUC-00011

History of chronic pain
000006-48CRSA-00005

Diverticulitis of sigmoid and lower descending colon
000006-64CMD-00071

Arthritis
000006-40VUM-00009

Lumbar strain
000006-69AQC-00006

Lumbar disc versus spinal stenosis
000006-30HMA-00062

Multilevel lumbar spinal stenosis (per MRI)
000006-53CAH-00003-4

L4-5 spondylolisthesis (per MRI)
000006-53CAH-00003-4

Lumbar spinal stenosis at L3-S1 with segmental instability
000006-33CMD-00042

Post-laminectomy syndrome
000006-30HMA-00063-64

Bilateral ankle pain with degenerative joint disease on left
000006-69AQC-00003

Anterior bony impingement (ankle)
000006-69AQC-00003

## 2003 (cont'd.)

Hyperpronation with early pes plano valgus (ankle)
000006-69AQC-00003

Basal cell carcinoma (tip of nose)
000006-39WBH-00023

Extruded suture after surgery (tip of nose)
000006-40VUM-00008

Retained suture with inflammation on nose
000006-40VUM-00010

Cataracts (both eyes)
000006-47LVC-00018

Rotator cuff tear (left shoulder)
000006-120PDS-00006

Osteoarthritis of the AC joint (left shoulder)
000006-120PDS-00006

Probable rupture of long head of biceps (left arm)
000006-120PDS-00006

## 2004

Pseudophakia (both eyes)
000006-47LVC-00010

Post-laminectomy syndrome (lumbar spine)
000006-42HMA-00097

Arthritic leg problems
000006-42HMA-00097

Spinal stenosis
000006-32TOA-00002-3

Sciatica
000006-32TOA-00004

Thoracic spine pain
000006-32TOA-00015-16

Essential hypertension, some related to stress
000006-42HMA-00089-90

Incomplete bony fusion lumbar spine at L4-5 (per myelogram)
000006-32TOA-00009

Degenerative changes lumbar spine, wrists and shoulders (per bone scan)
000006-205TH-00003

Acromioclavicular joint arthritis (shoulder)
000006-32TOA-00007

Fusion non-union at L4-5 with stenosis
000006-32TOA-00007

Mild demyelinating lumbar radiculopathy (per EMG)
000006-34NEA-00015-16

Bilateral L5 and S1 radiculopathy (per EMG)
000006-34NEA-00003

# Mr. Smith's Diagnoses

## 1987

Diverticulitis
000006-48CRSA-00008

## 1988

Benign prostatic hypertrophy with prostatic calcification
000006-625NUC-00027

## 1989

Upper respiratory infection/otitis (left ear)
000006-42HMA-00215

Bilateral ulnar nerve entrapment
000006-1PRD-00009

Plantar fasciitis (right foot)
000006-69AQC-00077

Degenerative disease (right knee)
000006-69AQC-00077

Prostatitis
000006-42HMA-00216

Greater trochanteric bursitis (right hip)
000006-69AQC-00076

Possible osteitis pubis
000006-69AQC-00075

Degenerative activity (right ankle and bilateral knees) (per bone scan)
000006-13DDE-00001

## 1990

Benign prostatic hypertrophy and chronic prostatitis
000006-625NUC-00048-49

Acute iliopsoas strain (left hip)
000006-69AQC-00074

Acid peptic symptoms secondary to ansaid
000006-42HMA-00217

Left temporomandibular joint symptoms
000006-1PRD-00013

Musculoskeletal strain/tendonitis (right groin)
000006-625NUC-00055

Left inguinal hernia
000006-625NUC-00055

## 1991

Upper respiratory infection/bronchitis
000006-1PRD-00015

Left inguinal hernia
000006-625NUC-00054

Prostatitis
000006-1PRD-00017

Blood in urine
000006-625NUC-00024

Allergy to Cipro
000006-625NUC-00024

## 1992

Prostatic calcification
000006-625NUC-00024

Patellofemoral osteoarthritis (knee)
000006-69AQC-00072

Degenerative arthritis (both knees)
000006-69AQC-00073

## 1993

Synovitis (left ankle)
000006-69AQC-00071

Severe osteoarthritis (left knee)
000006-69AQC-00071

Degenerative joint disease (left knee)
000006-42HMA-00220

Musculoskeletal pain (left chest)
000006-1PRD-00022

## 1994

Osteoarthritis (left ankle)
000006-69AQC-00064

## 1995

Folliculitis
000006-42HMA-00222

Maxillary irritation
000006-1PRD-00023

Muscular chest pain
000006-42HMA-00223

Recurrent left inguinal hernia
000006-30HMA-00072

End-stage osteoarthritis (right knee)
000006-69AQC-00063

Patellofemoral disease
000006-69AQC-00063

## 1996

Severe osteoarthritis (right hip)
000006-69AQC-00062

Complete loss of articular cartilage (right hip)
000006-69AQC-00061

Loss of bone stock (right hip)
000006-69AQC-00061

Complete loss of articular cartilage (medial compartment of right knee)
000006-69AQC-00061

Loss of bone stock (right knee)
000006-69AQC-00061

Degenerative joint disease (right hip)
000006-30HMA-00026

Soft tissue strain (abdomen)
000006-30HMA-00029

Musculoskeletal chest pain
000006-30HMA-00030

Intermittent entrapment (left shoulder)
000006-32TOA-00047

Bronchitis
000006-30HMA-00031

## 1997

Diverticulitis
000006-48CRSA-00006

Arthritic changes (lumbar spine and left hip)
000006-32TOA-00046

Complete loss of articular cartilage (medial compartment of right knee)
000006-32TOA-00046

Loss of bone stock (right knee)
000006-32TOA-00046

Patellofemoral changes (right knee)
000006-32TOA-00046

Benign prostatic hypertrophy and chronic prostatitis
000006-625NUC-00018

## 1998

Herpes simplex virus I
000006-30HMA-00012-33

Severe bladder neck contracture
000006-625NUC-00017

Severely symptomatic osteoarthritis (right knee)
000006-858AH-00640-641

Acid peptic disease, perhaps aspirin-related
000006-30HMA-00034-35

Lumbar spondylosis
000006-32TOA-00024

Internal hemorrhoids
000006-48CRSA-00006

## 1999

Tendonitis (left shoulder)
000006-30HMA-00036-37

Benign prostatic hypertrophy
000006-625NUC-00015

Acute chest pain/abdominal pain
000006-788AH-00019

## 2000

Sliding hiatal hernia with gastroesophageal reflux and poor peristalsis of esophagus
000006-42HMA-00159

Lumbar syndrome
000006-69AQC-00022

Pelvic pain and diverticulitis
000006-30HMA-00044-45

Benign prostatic hypertrophy
000006-625NUC-00014

Groin pain secondary to scar tissue from hernia repair
000006-625NUC-00014

Viral upper respiratory infection
000006-30HMA-00046-47

## 2001

Rotator cuff tear (left shoulder)
000006-32TOA-00022

Degenerative joint disease (spine)
000006-30HMA-00048-49

Vertigo
000006-30HMA-00050-51

Degenerative joint disease
000006-30HMA-00050-51

Degenerative arthritic changes (cervical spine)
000006-42HMA-00156

Arthralgias, sleep disorder; questionable fibromyalgia
000006-30HMA-00052-53

Eustachian tube dysfunction; disequilibrium
000006-11OAT-00001

Groin pain secondary to scar tissue from hernia repair
000006-625NUC-00013

Benign prostatic hypertrophy
000006-625NUC-00013

Severe osteoarthritis (left ankle)
000006-69AQC-00015

Acute bronchitis
000006-30HMA-00056-57

## 2002

Benign prostatic hypertrophy
000006-625NUC-00012

## 2003

Benign prostatic hypertrophy
000006-625NUC-00011

Groin pain from scar tissue from hernia repair
000006-625NUC-00011

Urinary tract infection
000006-625NUC-00011

History of chronic pain
000006-48CRSA-00005

Diverticulitis of sigmoid and lower descending colon
000006-64CMD-00071

Arthritis
000006-40VUM-00009

Lumbar strain
000006-69AQC-00006

Lumbar disc versus spinal stenosis
000006-30HMA-00062

Multilevel lumbar spinal stenosis (per MRI)
000006-53CAH-00003-4

L4-5 spondylolisthesis (per MRI)
000006-53CAH-00003-4

Lumbar spinal stenosis at L3-S1 with segmental instability
000006-33CMD-00042

Post-laminectomy syndrome
000006-30HMA-00063-64

Bilateral ankle pain with degenerative joint disease on left
000006-69AQC-00003

Anterior bony impingement (ankle)
000006-69AQC-00003

## 2003 (cont'd.)

Hyperpronation with early pes plano valgus (ankle)
000006-69AQC-00003

Basal cell carcinoma (tip of nose)
000006-39WBH-00023

Extruded suture after surgery (tip of nose)
000006-40VUM-00008

Retained suture with inflammation on nose
000006-40VUM-00010

Cataracts (both eyes)
000006-47LVC-00018

Rotator cuff tear (left shoulder)
000006-120PDS-00006

Osteoarthritis of the AC joint (left shoulder)
000006-120PDS-00006

Probable rupture of long head of biceps (left arm)
000006-120PDS-00006

## 2004

Pseudophakia (both eyes)
000006-47LVC-00010

Post-laminectomy syndrome (lumbar spine)
000006-42HMA-00097

Arthritic leg problems
000006-42HMA-00097

Spinal stenosis
000006-32TOA-00002-3

Sciatica
000006-32TOA-00004

Thoracic spine pain
000006-32TOA-00015-16

Essential hypertension, some related to stress
000006-42HMA-00089-90

Incomplete bony fusion lumbar spine at L4-5 (per myelogram)
000006-32TOA-00009

Degenerative changes lumbar spine, wrists and shoulders (per bone scan)
000006-20STH-00003

Acromioclavicular joint arthritis (shoulder)
000006-32TOA-00007

Fusion non-union at L4-5 with stenosis
000006-32TOA-00007

Mild demyelinating lumbar radiculopathy (per EMG)
000006-34NEA-00015-16

Bilateral L5 and S1 radiculopathy (per EMG)
000006-34NEA-00003

N13743-085-r01.pptx    Page 11

# Mr. Smith's Pain



- Left shoulder **pain** (2001)
  000006-32TOA-00022
- Shoulder **pain** (2001)
  000006-30HMA-00052-53
- **Pain** across shoulder blades (2001)
  000006-30HMA-00048-49
- Left shoulder **pain** and weakness (2002)
  000006-32TOA-00021; 000006-120POS-0007
- Right shoulder **pain** (2003)
  000006-126MAC-00002-3
- Left shoulder **pain** (2004)
  000006-42HMA-00089-90

- Neck **pain** and stiffness (2001)
  000006-30HMA-00050-51, 00052-53

- Chest soreness (2001)
  000006-30HMA-00054-55

- Lower abdominal **pain** (2003)
  000006-48CRSA-00005

- Groin **pain** (2000)
  000006-62SNUC-00014
- Groin **pain** (2001)
  000006-62SNUC-00013
- Intermittent groin **pain** (2002)
  000006-6SNUC-00012
- Intermittent groin **pain**; **pain** with urination (2003)
  000006-62SNUC-00011

- Left knee **pain** (2000)
  000006-AQC-00021
- Left knee **pain** (2000)
  000006-30HMA-00042-43
- Left knee and left ankle **pain** (2001)
  000006-69AQC-00015-16
- Left knee **pain** (2002)
  000006-32TOA-00021
- Right ankle **pain** (2003)
  000006-69AQC-00003
- Knee **pain** (2004)
  000006-32TOA-00005, 9
- Knee **pain** (2004)
  000006-32TOA-00007

- **Pain** in all joints (2003)
  000006-30HMA-00060-62
- Joint **pain** (2003)
  000006-42HMA-00140-141

- Back **pain** (2003)
  000006-42HMA-00140-141
- Thoracic spine **pain** (2004)
  000006-32TOA-00015-16

- Left sacroiliac **pain** (2000)
  000006-69AQC-00022
- Leg and spine **pain** (2003)
  000006-65NUC-00028
- **Pain** in buttocks radiating to calves (2003)
  000006-69AQC-00006
- Hip, back, and bilateral leg **pain** and paresthesias (2003)
  000006-53CAH-00003-4
- Significant low back and bilateral leg **pain** (2003)
  000006-18FMB-00002-3
- Severe low back and leg **pain** (2003)
  000006-1PRD-00408
- **Pain** from back to ankles (2004)
  000006-42HMA-00097
- Persistent low back **pain** (2004)
  000006-32TOA-00002-3
- Bilateral radiating leg **pain** (2004)
  000006-32TOA-00002-3
- Increasing left leg **pain** (2004)
  000006-32TOA-00004
- Back and radicular **pain** (2004)
  000006-32TOA-00005, 9
- Worsening bilateral leg **pain** (2004)
  000006-32TOA-00007

- Global **pain** and stiffness (2002)
  000006-69AQC-00008

# Mr. Smith's Prescriptions



**Advil**

Use:
Nonsteroidal
anti-inflammatory (NSAID)
Years Used:
1998, 2000, 2002, 2003, 2004



**Amitriptyline**

Use:
Tricyclic antidepressant
(TCA)
Years Used:
2001, 2003



**Bextra**

Use:
Nonsteroidal anti-inflammatory (NSAID)
Years Used:
2004



**Celestone**

Use:
Steroid
Years Used:
2001-2002



**Darvocet-N 100**

Use:
Opioid/narcotic
analgesic
Years Used:
1998-2001, 2003



**Desipramine**

Use:
Tricyclic antidepressant
(TCA)
Years Used:
2003



**Flexeril**

Use:
Muscle relaxer
Years Used:
2000, 2003-2004



**Ibuprofen**

Use:
Nonsteroidal anti-inflammatory (NSAID)
Years Used:
2004



**Lexapro**

Use:
Antidepressant
(SSRI)
Years Used:
2003



**Lortab**

Use:
Opioid/narcotic
analgesic
Years Used:
2003-2004



**Marcaine**

Use:
Local anesthetic
Years Used:
2001-2002



**Medrol**

Use:
Steroid
Years Used:
2003



**Mepergan Fortis**

Use:
Narcotic analgesic/
anti-nausea
Years Used:
2003



**Naprosyn**

Use:
Nonsteroidal anti-inflammatory (NSAID)
Years Used:
1999



**Naproxen**

Use:
Nonsteroidal anti-inflammatory (NSAID)
Years Used:
2001



**Neurontin**

Use:
Anti-epileptic (AED)
Years Used:
2004



**Percocet**

Use:
Opioid/narcotic
analgesic
Years Used:
1998



**Soma**

Use:
Muscle relaxer
Years Used:
1998



**Tylenol**

Use:
Pain reliever
Years Used:
2003



**Vioxx**

Use:
Nonsteroidal anti-inflammatory (NSAID)
Years Used:
2000-2001, 2003

000006-69AQC-00006; 53CAH-00003-4; 33CMD-00025, 41, 42; 21ECD-00002; 90HMA-00010, 63-64, 65-66; 42HMA-00097, 151, 172, 186, 187; 34NEA-00001, 2, 3, 21; 1PRD-00124, 397, 408, 497; 62SNUC-00009; 32TOA-00002-3, 4; 35UMC-00062; 40VUM-00005-6, 9; 39WBH-00019; 120FOS-00007

# February 27, 2003
# Neurological Surgeons Questionnaire



✓ Any change in mood _Depressed because of pain + lack of sleep_

Source: 000006-1PRD-00165

4/26/2010

# February 27, 2003
# Dr. Berklacich's Notes



SPINE QUESTIONNAIRE

Your pain as it usually is:

```
          0   1   2   3   4   5   6   7   8   9   10
No Pain  [  |   |   |   |   |   |   |   |  ✓ |   ]  Unbearable Pain
```

000006-52FMB-00041

Source: 000006-52FMB-00041

N13743-085-r01.pptx    Page 15    4/26/2010

# March 5, 2003
# Mrs. Smith Phone Call to Dr. Berklacich



**NURSES NOTES**

DATE _____ Name _Richard Smith_ MR#: _5101_

3.5.03 — received a phone call from Mrs. Smith requesting that her husband be put back on the surgery schedule. She stated "I don't know what's wrong with Richard — he's in so much pain — I think he is out of his mind."

Source: 000006-2FMB-00051

000006-52FMB-00051

# May 2, 2003
# Neurosurgical Associates Notes – Dr. McCombs



Spoke w[ith] p[atien]t's daughter. States p[atien]t wishes he could die because of pain and depression. Advised to take p[atient]t to ER for psych. eval and tx [treatment].

Source: 000006-1PRD-00408

# March 9, 2004
# Dr. Mackey's Notes



The pain has gotten to the point that he is getting around in a wheelchair.

*   *   *

I told him that certainly we can consider surgery. … His daughter raised the concern though about whether or not there are some other issues going on and we are going to go ahead and have him evaluated psychiatrically to make sure there is not a dementia type issue playing into this as well.

Source: 000006-32TOA-00007

# March 29, 2004
# Dr. Mackey's Notes



I again spoke with someone from Mr. Smith's family today. ... I told her I would be happy to take care of him but we need to prevent this doctor shopping of going from one doctor to another.

# March 31, 2004
# Dr. McCombs's Notes



NEUROSURGICAL ASSOCIATES

PATIENT: SMITH, Mr. Richard    Page 7
DOCTOR: Paul McCombs, M.D.

000006-34NEA-00003

31 March 04 OV: ... He had been seen by his orthopedist who sent him to Dr. Mackey who ordered a myelogram study. Dr. Mackey did not feel that the patient needed additional surgery. ... He is not a candidate for any type of operative intervention. He will be treated conservatively.

# May 5, 2004
# Dr. McCombs's Notes



P[atien]t called [complaining of] pricking/sticking feeling in his buttocks and legs.

He states that he is taking Advil, Neurontin, Lortab w[ith] no relief. He is having [physical therapy] at present but that hasn't helped so far. ESI [Epidural Steroid Injection] has been authorized by George Schwab but p[atien]t does not want to do that now. Will call b[ac]k if he decides to take advantage of ESI at later date.

Pain has taken over my Mind + Body

I need Back Surgery
Left + Right Rotator Cuffs
Right Bicep Torn
Back Surgery to Correct Pain in Legs

Forgive Me, I cannot Go On Like this!

I cannot have my body, the temple
of the Holy Spirit cut on anymore
I have talked to God alligut and
He Understands,