# Dr. Ruggieri's Opinions

- Pfizer and Warner-Lambert acted reasonably and complied with regulatory requirements in monitoring the safety of Neurontin

- The information available to Warner-Lambert and Pfizer has consistently failed to support an association or reveal any signal of potential increased risk for depression or suicidal behaviors in patients taking Neurontin

- No signal emerged sufficient to raise special safety concerns in the off-label use of Neurontin

- The Neurontin labeling adequately conveyed necessary information to prescribers regarding the risks and benefits of the medicine

Case 3:05-cv-00444   Document 178-2   Filed 04/27/10   Page 1 of 17 PageID #: 4184

# Clinical Judgment Necessary to Interpret Signal

"Proper interpretation also requires clinical judgment before one even considers there to be a signal."

Source: Strom, *JAMA*, 293:1324-5 (2005)

Case 3:05-cv-00444   Document 178-2   Filed 04/27/10   Page 2 of 17 PageID #: 4185

# Sample MedWatch Form



Submission of a report does not constitute an admission that medical personnel or the product caused or contributed to the event.

Case 3:05-cv-00444   Document 178-2   Filed 04/27/10   Page 3 of 17 PageID #: 4186

# June 7, 2001 Memo on First Pfizer PMP Meeting

The objective was to identify any potential safety signals in the database involving gabapentin use for neuropathic pain.

Case 3:05-cv-00444   Document 178-2   Filed 04/27/10   Page 4 of 17 PageID #: 4187

# Pfizer Reviewed Adverse Events



**July 25, 2002 Meeting**

The adverse events selected for this review were those being unlabeled and meeting one or more of the following criteria:

- Reporting frequency of ≥ 1% on report 28C
- Medically significant
- Characteristics of a drug-induced adverse reaction in general
- Pharmacologically plausible

Case 3:05-cv-00444    Document 178-2    Filed 04/27/10    Page 5 of 17 PageID #: 4188

# Pfizer Analyzes Adverse Events in Off-Label Use Populations in 2001

Review of events of relevance to the neuropathic pain population. The intent would be to note whether there are possible signals of specific adverse events in the neuropathic pain population that may be diluted by the overall population and to assess the strength of any signal.

Case 3:05-cv-00444   Document 178-2   Filed 04/27/10   Page 6 of 17 PageID #: 4189

# Pfizer Analyzes Adverse Events in Neuropathic Pain Population in 2001

Patients with chronic neuropathic pain may represent a population with a significant amount of comorbid depression (150 cases) and suicide (15). Therefore these cases will be looked at to include or exclude any significant signal of drug induced depression/worsening depression.

Case 3:05-cv-00444   Document 178-2   Filed 04/27/10   Page 7 of 17 PageID #: 4190

# Pfizer's Conclusions on Analysis of Neuropathic Pain Adverse Event Data in 2001



1) The overall adverse event profile of [Neurontin] was "consistent with the current prescribing information for [Neurontin] in the treatment of epilepsy;

2) The adverse event profile in the neuropathic pain dataset was similar to the dataset comprised of other indications and to the current prescribing information for [Neurontin] in the treatment of epilepsy; [and]

3) No significant signals were detected in the neuropathic pain dataset that would indicate adverse events causally related to [Neurontin] that are novel in terms of their nature or severity….

Case 3:05-cv-00444   Document 178-2   Filed 04/27/10   Page 8 of 17 PageID #: 4191

# FDA Search Strategy Used by Pfizer in 2004 For Suicide Data From 'Electronic Sources'



- Any events coding to preferred terms that include the text strings "suic" or "overdos". Cases of accidental overdose will not be included.

- Verbatim/Investigator terms that include the following text strings, hyphenated as appropriate: "attempt", "mutilate", "overdos", "self damage", "self harm", "self inflict", "self injur", "suic"

- For studies with no electronic data, adverse event terms from study reports will be reviewed with event terms consistent with certain text strings.

Case 3:05-cv-00444   Document 178-2   Filed 04/27/10   Page 9 of 17 PageID #: 4192

# Pfizer 2004 Response to FDA Regarding Suicide and Suicide Attempt in Neurontin – Importance of Background Rates



The literature indicates that background rates for suicide are higher in patient populations with psychiatric or pain disorders and epilepsy than the rates expected in the general population. Clinical studies and clinical usage of gabapentin include such patient populations and therefore the background rates are an important consideration in this review of suicide and suicide attempt cases in the gabapentin clinical trial and postmarketing data.

Case 3:05-cv-00444   Document 178-2   Filed 04/27/10   Page 10 of 17 PageID #: 4193

# Pfizer 2004 Response to FDA Regarding Suicide and Suicide Attempt in Neurontin – Pfizer's Conclusions



In summary, the combined results of a comprehensive search for cases of suicide and suicide attempt among gabapentin clinical trials and postmarketing data **across all patient populations** did not indicate an increased risk of suicide with gabapentin treatment. The results of this review are consistent with the published literature for suicide in comparable patient populations in which gabapentin has been studied or used.

Case 3:05-cv-00444   Document 178-2   Filed 04/27/10   Page 11 of 17 PageID #: 4194

# FDA-Controlled Clinical Trials the Only Way to Establish Whether AEDs Are Responsible for Suicide

**April 1, 2008 E-Mail From FDA to Ruggieri**

Patients taking [AEDs] have a high background rate of suicidal thoughts/behaviors, and it is not possible to tell from AERS reports, whether the drug caused them. **In the agency's view, the only way to establish whether or not the drugs are responsible for suicidality is to analyze controlled trial data.**

Source: E-mail from FDA to Dr. Alex Ruggieri (April 1, 2008)

Case 3:05-cv-00444    Document 178-2    Filed 04/27/10    Page 12 of 17 PageID #: 4195

# Neurontin Placebo-Controlled Clinical Trial Data



**June 22, 2006**

| Category | Gabapentin (N=5194) n (%) | Placebo (N=2682) n (%) |
|---|---|---|
| Completed suicide (code 1) | 0 (0.000) | 0 (0.000) |
| Suicide attempt (code 2) | 0 (0.000) | 0 (0.000) |
| Preparatory acts towards imminent suicidal behavior (code 3) | 0 (0.000) | 0 (0.000) |
| Suicidal ideation (code 5) | 2 (0.039) | 1 (0.037) |
| **Total** | **0.039%** | **0.037%** |

Source: Pfizer Submission to FDA at 4 (June 22, 2006); Coronel Decl., Ex. 5

Case 3:05-cv-00444    Document 178-2    Filed 04/27/10    Page 13 of 17 PageID #: 4196

# FDA's Minor Labeling Change Request



**November 22, 2005 E-Mail From FDA to Pfizer**

-----Original Message-----
From: Calder, Courtney [mailto:CalderC@cder.fda.gov]
Sent: Tuesday, November 22, 2005 9:35 AM
To: 'Patel, Manini'
Cc: 'Evertsz, Mary Ann'; 'Phelan, Kevin (New York)'
Subject: RE: : Neurontin clarification by phone request

Hi Mary Ann,
Please proceed with the minor labeling changes pertaining to suicide-related events.
Thank you, Courtney

****************************************************
Courtney R. Calder, Pharm.D., LT USPHS
Regulatory Project Manager
Division of Neurology Products, HFD-120
Center For Drug Evaluation and Research, FDA
Office of Drug Evaluation I
Ph: (301) 796-1050
Fax: (301) 796-9842
Email: calderc@cder.fda.gov

Please proceed with the **minor** labeling changes pertaining to suicide-related events.

Source: E-mail from Courtney Calder to Manini Patel (Nov. 22, 2005)

Case 3:05-cv-00444   Document 178-2   Filed 04/27/10   Page 14 of 17 PageID #: 4197

# Top Criticisms of Blume

- The conclusions of the FDA clinical reviewers and the Peripheral and Central Nervous System Advisory Committee indicate that no evidence for an increased risk of suicidality or depression existed based on data from the Neurontin clinical trials in epilepsy.

- FDA's initial labeling decision not to include a warning for suicidal behavior and depression was confirmed repeatedly in subsequent analyses of the Neurontin safety data.

- FDA did not find any individual dechallenge-rechallenge observations sufficient to override the statistically significant comparison of adverse events reported by patients in the treatment and placebo groups.

- Dr. Blume's report repeatedly aggregates or "lumps" multiple adverse events into a category called "Psychobiologic Adverse Events." There is no explanation or medical basis provided in the Blume report of any medical or physiological semantic relationship of this aggregate concept to the concept of suicidality, nor would she by virtue of her qualifications, including her lack of medical training, be able to provide any.

- Dr. Blume's report incorrectly defines the concept of a proportional reporting ratio and subsequently misapplies it in graphical representations. The Blume report also fails to call out the widespread recognition of the limitations of this approach articulated by Dr. Strom as well as by Dr. Greenland.

- Dr. Blume highlights raw numbers of adverse event reports, but she does not calculate rates that provide a measure of risk and are necessary to identify excess risk, nor does she compare rates among comparator groups. She does not compare the rate of suicide in Neurontin patients with those of patients receiving placebo.

- FDA's meta-analysis in 2008 and the subsequent requirement of a class label does not indicate that prior decisions concerning the Neurontin label were wrong. In fact, the Neurontin data analyzed by FDA in 2008 would not suggest the need for a warning.

# Safety Data Sent to FDA



**1992** — Epilepsy ISS

**May 29, 1992** — First Safety Update

**October 30, 1992** — Second Safety Update

**May 12, 1993** — Third Safety Update

**December 15, 1993** — Fourth Safety Update

**December 3, 1999** — Pediatric ISS

**December 2001** — PHN ISS

**2004** — Pfizer Response to FDA Regarding Suicide and Suicide Attempt in Neurontin

**April 2004** — One-year and five-year PSURs

**June 22, 2006** — Pfizer Response to FDA Suicidality Request

Case 3:05-cv-00444   Document 178-2   Filed 04/27/10   Page 16 of 17 PageID #: 4199

# Dr. Ruggieri's Opinions

- Pfizer and Warner-Lambert acted reasonably and complied with regulatory requirements in monitoring the safety of Neurontin

- The information available to Warner-Lambert and Pfizer has consistently failed to support an association or reveal any signal of potential increased risk for depression or suicidal behaviors in patients taking Neurontin

- No signal emerged sufficient to raise special safety concerns in the off-label use of Neurontin

- The Neurontin labeling adequately conveyed necessary information to prescribers regarding the risks and benefits of the medicine

Case 3:05-cv-00444   Document 178-2   Filed 04/27/10   Page 17 of 17 PageID #: 4200