# Brain        Neuron        Synapse






Source: U.S. Dep't. of Health & Human Services., Mental Health: A Report of the Surgeon General 34-35 (1999); T.A. Ryan (2001), Curr. Opin. Neurobiology 11:544-49

Case 3:05-cv-00444   Document 179-2   Filed 04/27/10   Page 1 of 13 PageID #: 4227

# Synapse: Basic Parts and Function



Case 3:05-cv-00444   Document 179-2   Filed 04/27/10   Page 2 of 12 PageID #: 4228

# FDA Labeling: Calcium Channel Subunit ($\alpha_2$-$\delta$) Is the Molecular Target for Neurontin

*"In vitro* studies with radiolabeled gabapentin have revealed a **gabapentin binding site** … in animal brain tissue … an auxiliary **subunit of voltage-activated calcium channels**."

Case 3:05-cv-00444   Document 179-2   Filed 04/27/10   Page 3 of 12 PageID #: 4229

Source: Neurontin® U.S. Package Insert at 2 (Jan. 2007)

# Calcium Channels: ($\alpha_2$-$\delta$) Site



 

Case 3:05-cv-00444   Document 179-2   Filed 04/27/10   Page 4 of 12 PageID #: 4230 Source: Wolf, et al., J. Mol. Biol. 332:171 (2003)

# Neurontin Affects Only Artificially Stimulated Excess Monoamine Release



- Without stimulus, Neurontin had no effect
- During stimulus, Neurontin modulated excess release
- After stimulus, Neurontin had no effect

Case 3:05-cv-00444   Document 179-2   Filed 04/27/10   Page 5 of 12 PageID #: 4231

Source: Dooley, et. al. (2000)

# FDA Labeling: No GABAergic Activity and No GABA Molecular Target for Neurontin



"Gabapentin is structurally related to the neurotransmitter GABA (gamma-aminobutyric acid) but it does **not** modify $GABA_A$ or $GABA_B$ radioligand binding, it is **not** converted metabolically into GABA or a GABA agonist, and it is **not** an inhibitor of GABA uptake or degradation."

# Whole Brain GABA



Source: Kuzniecky, et al. (2002); Petroff, et al. (2000); Streeter, et al. (2007); Sanacora, et al. (2002); Sanacora, et al. (2003); Petroff, et al. (1998)

Case 3:05-cv-00444  Document 179-2   Filed 04/27/10   Page 7 of 12 PageID #: 4233

# Neurontin Is <u>Not</u> a GABA Agonist



The Anticonvulsant Gabapentin (Neurontin) Does Not Act through γ-Aminobutyric Acid-B Receptors

Gabapentin is not a GABA_B receptor agonist

Case 3:05-cv-00444   Document 179-2   Filed 04/27/10   Page 8 of 12 PageID #: 4234

Source: Jensen, et al., Mol. Pharmacol. (2002); Lanneau, et al., Neuropharmacol. (2001)

N13743-067-r04.pptx    Page 8    4/26/2010    8

# Plaintiff's Expert's Theory



Source: Deposition of Prof. M. Trimble 52:12-22 (Oct. 18, 2007)

# Depression Is Associated With *Reduced* GABA, Not Increased GABA



2004

"B.I. Gold and colleagues (1980) reported that CSF **GABA concentrations in depressed patients were significantly lower** than in nondepressed control subjects. ...Honig and colleagues (1989) directly measured GABA in brain tissue ... and found that **GABA concentration was inversely correlated with severity of depression.**"

Case 3:05-cv-00444   Document 179-2   Filed 04/27/10   Page 10 of 12 PageID #: 4236

Source: Schatzberg & Nemeroff, Textbook of Psychopharmacology 736 ( 3rd ed. 2004)

# Neurontin Does *Not* Affect GABA or Serotonin Turnover (5-HIAA) in Human CSF



"Cerebrospinal fluid (CSF) was analyzed for concentrations of GBP, amino acids including **GABA**, homovanillic acid (**HVA**), and 5-hydroxyindoleacetic acid (**5-HIAA**). The results indicate that there were **no changes** in the selected amino acids, HVA, or 5-HIAA **after GBP treatment**."

Case 3:05-cv-00444     Document 179-2     Filed 04/27/10     Page 11 of 12 PageID #: 4237

Source: Ben-Menachem, et al. (1995)

# Summary of Opinions

- Neurontin acts directly at calcium-channel $\alpha_2$-$\delta$ proteins

  - It does not increase GABA function

  - It does not act directly at sites unique to GABA or serotonin synapses

  - It does not change serotonin function

- Many diverse treatments increase whole brain GABA level and do not cause depression

  - SSRI medicines for depression

  - Some medicines for epilepsy

  - Electroconvulsive therapy for depression

  - Yoga exercise

Case 3:05-cv-00444   Document 179-2   Filed 04/27/10   Page 12 of 12 PageID #: 4238