IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
------------------------------------------------------------X
RUTH SMITH, Individually and as Widow        )
for the Use and Benefit of Herself and the   )
Next of Kin of RICHARD SMITH, Deceased,      )     Case #: 3:05-00444
                                             )     Judge Trauger
                    Plaintiff,               )
                                             )
           -against-                         )
                                             )
PFIZER INC., PARKE-DAVIS,                     )
a division of Warner-Lambert Company         )
and Warner-Lambert Company LLC,              )
WARNER-LAMBERT COMPANY,                       )
WARNER-LAMBERT COMPANY LLC and               )
JOHN DOE(S) 1-10,                            )
                                             )
                    Defendants.              )
------------------------------------------------------------X
```

Qualifications of Plaintiff's Expert, Dr. Michael Trimble

Doctor Michael Trimble, who is a Professor Emeritus of Behavioral Neurology at the Institute of Neurology, in London, England, is the world's foremost expert with substantial clinical experience regarding antiepileptic drug effects on mood and behavior. Doctor Trimble has **specialized training and clinical experience** regarding antiepileptic drugs effects on mood and behavior. He has dedicated his long and distinguished medical and research career to brain-behavior relationships, with particular emphasis in the area of epilepsy and the effect antiepileptic drugs have on mood and behavior. Doctor Trimble is one of a very small number of people in the world who has a medical degree and expertise in neurology, psychiatry, neuropsychopharmacology, neuroimaging and neuroanatomy. The confluence of his specialized clinical training and research

experience enables Dr. Trimble to have unique insight from a neurological, psychiatric, neuroanatomy, neurochemistry and psychopharmacological perspective as to how Neurontin's psychoactive effects in human brain negatively alter mood and behavior.

Dr. Trimble is a prolific writer. He has authored nine books, including Biological Psychiatry 2nd, and the Concise Guide to Neuropsychiatry and Behavioral Neurology, also in its second edition. He has edited 26 medical books. Additionally, Dr. Trimble has edited chapters in 154 medical books, the majority of which deal with the effects of antiepileptic drugs on mood and behavior. Dr. Trimble has published 206 peer-reviewed journal article. Many of these articles are on topics directly dealing with the issues in this case—the effect antiepileptic drugs have on mood and behavior.

Dr. Trimble is a **Professor of Behavioral Neurology**. A neurologist deals with brains that are physically injured. A psychiatrist deals with functional disorders of cerebral and neurotransmitter function. A behavioral neurologist bridges the gap between straight neurology and psychiatry by bringing the two disciplines together.

Dr. Trimble was educated in the United Kingdom. His medical degrees include Membership of the Royal College of Physicians (**MRCP** – equivalent to Board Certified General Medicine); Membership of the Royal College of Psychiatrist (**MRCPsych** – equivalent to Board Certified Psychiatrist); Research Degree, first class honors, in Neuroanatomy; Master of Philosophy (**MPHIL**) where his post doctorate thesis was about the neuropharmacology of treating epilepsy using animal models to research seizure thresholds and drug effects on serotonin, dopamine, noradrenaline and GABA, (the same chemicals Neurontin affects and which lead to the negative effects on mood and behavior); Fellow of the Royal College of Psychiatrist (**FRC Psych** is the equivalent

of Fellow of the American Psychiatric Association), Fellow of the Royal College of Physicians (**FRCP**); and Medical Doctor (**MD**) in neuroimaging where he conducted several studies using brain imaging techniques looking at changes in human brain structure and function of people who have psychiatric or behavioral problems.

Dr. Trimble is an Emeritus Professor in Behavioural Neurology and Consultant Physician to the department of psychological medicine, Institute of Neurology and the National Hospital for Neurology and Neurosurgery, in London, England. He has been a University accredited teacher at the University of London where he is a recognized teacher in Behavioural Neurology. He has actively taught post graduate students neurology, neuroanatomy, the role of brain anatomy and brain chemistry in regulating behavior as revealed through neurological and psychiatric diseases at the National Hospital and Institute for Neurology. Neuroimaging has played an important role in his teaching Unit, bringing the most modern neuroimaging techniques available to an understanding of psychopathology and brain behavior relationships. Dr. Trimble's professional emphasis has been evaluating the psychopharmacology of antiepileptic drugs effect on behavior and cerebral stimulation.

Dr. Trimble is a member or Fellow of twelve medical Societies or Associations. He has been, or currently is, a member of fifteen Editorial Boards. Of particular note, Dr. Trimble was a member of the Harvard Review of Psychiatry and the Journal of Forensic Psychiatry.

Dr. Trimble also is an international lecturer and advisor. He has spoken specifically about antiepileptic drugs' effects on mood and behavior before his peers throughout Europe, North America and Asia. While Defendants tacitly concede that Dr.

3

Trimble is eminently qualified to render his opinion by choosing not to object to his qualifications, it is clear that due deference to Dr. Trimble's opinion should be given considering the scope and breadth of his experience as a behavioral psychiatrist who has spent a career studying, writing and teaching about the behavioral effects of antiepileptic drugs on humans.