# Testimony of Dr. Charles King III

# Slide 1: Opinions

- Marketing and promotional efforts contributed to off-label sales of Neurontin

- Off-label sales of Neurontin would have continued even if Pfizer had stopped off-label promotion

- Off-label marketing influenced substantially all physicians prescribing Neurontin

- Suppression of serious adverse events enabled off-label sales of Neurontin

# Slide 2: The FDA Approves Drugs

- Drugs are approved only for specific uses

- Neurontin was approved ONLY for:
  - Adjunctive therapy for epilepsy (1993)
  - Adjunctive therapy for epilepsy for pediatric use (2000)
  - Post-herpetic neuralgia (2002)

- Neurontin was NEVER approved for the treatment of pain

- Neurontin is only approved for dosages up to 1800 mg/day

# Slide 3: Neurontin and Off-Label Sales

- Warner-Lambert began selling Neurontin in January 1994

- Projected lifetime sales of Neurontin were forecast to be only $500 million

- Actual lifetime sales of Neurontin were greater than $10 billion

# Slide 4: Neurontin Prescriptions by Diagnostic Category



**Prescriptions for gabapentin, by diagnostic category. Estimates of diagnosis-linked prescribing provided by Pfizer, Inc.**

Source: Steinman *et al., Annals of Internal Medicine,*145(4), 2006, pp. 284-294.

**Annals of Internal Medicine**

©2006 by American College of Physicians

*Testimony of Dr. Charles King III*

**Pfizer_RGlanzman_0000665 (enlarged)**



- Off-label sales of Neurontin grew
  - From 15 % of all sales in 1994
  - To 90 % in 2003



Neurontin "had the highest proportion of off-label prescriptions" among 160 commonly prescribed drugs and "only 20% of its off-label use had strong support [for its clinical efficacy] compared with 80% with limited or no support."

# Slide 8: Off-Label Uses as a Percentage of Total Uses

% Off-Label Uses

Neurontin Before Off-Label Marketing (1994)          15%

Average Among Commonly Prescribed Drugs          21%

Neurontin After Off-Label Marketing (2003)          90%

Warner-Lambert and Pfizer
marketed Neurontin for
off-label use

# Slide 10: Promotional Efforts Targeted Psychiatrists

**Pfizer_RGlanzman_0000748 (enlarged)**



"Medical education drives this market!!"

Pfizer continued the off-label promotion initiated by Warner-Lambert

# Slide 13: Conclusions

- Marketing and promotional efforts contributed to off-label sales of Neurontin

- Off-label sales of Neurontin would have continued even if Pfizer had stopped off-label promotion

- Off-label marketing influenced substantially all physicians prescribing Neurontin

- Suppression of serious adverse events enabled off-label sales of Neurontin