IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

-----------------------------------------------------------------X

RUTH SMITH, Individually and as Widow )
for the Use and Benefit of Herself and the )
Next of Kin of RICHARD SMITH, Deceased, )   Case #: 3:05-00444
                                          )   Judge Trauger
              Plaintiff,                  )
                                          )
       -against-                          )
                                          )
PFIZER INC., PARKE-DAVIS,                 )
a division of Warner-Lambert Company      )
and Warner-Lambert Company LLC,           )
WARNER-LAMBERT COMPANY,                   )
WARNER-LAMBERT COMPANY LLC and            )
JOHN DOE(S) 1-10,                         )
                                          )
              Defendants.                 )
-----------------------------------------------------------------X

## STATEMENT OF QUALIFICATIONS FOR RONALD WM. MARIS, PH.D.

Dr. Ronald Maris is the Distinguished Professor Emeritus of Psychiatry, Family Medicine, and Sociology at the University of South Carolina School of Medicine. He is a board-certified forensic suicide expert, who has spent over 40 years studying, researching and publishing on treating and preventing suicide.

Dr. Maris received his Ph.D. (Social-Psychology) from the University of Illinois. While he is not a physician, Dr. Maris has worked continuously at medical schools since 1968 – teaching, training and supervising medical students and resident physicians in suicide assessment and treatment. For example, Dr. Maris was the Director of the Johns Hopkins M.D.-Ph.D. Program in Psychiatry.

Dr. Maris has a total of ten years of post-doctorate education at Johns Hopkins School of Medicine in Baltimore, MD, and psychiatric and medical training in Germany (as a World Health Organization Fellow), and at medical schools in Canada, Vienna, Austria, and Pittsburgh. Before coming to South Carolina, he was an Associate Professor of Psychiatry at the Johns Hopkins Medical School in Baltimore, Maryland.

Dr. Maris has written or edited 20 books on suicide and published about 75 articles on suicide in medical and scientific journals. He was Editor-in-Chief of the only scientific journal on suicide for 16 years and Past-President of the American Association of Suicidology. In 2008, Dr. Maris was invited by the United States Congress to speak on suicide in the military and recommended treatment programs to the Veterans Affairs Committee.

In addition to his academic experiences, Dr. Maris has also had clinical and hands-on treatment experiences with suicide. For 5 years, he was a Deputy Medical Examiner in Baltimore investigating suicides for the Medical Examiner. Dr. Maris has also been retained five times by the U.S. Department of Justice as their suicide expert. He has worked as a consultant with the Federal Food & Drug Administration (FDA) reviewing drug company clinical trials to determine whether anti-depressant drugs could cause suicide and, thus, should have a "black box" suicide warning on their labels.

Respectfully submitted,

THE LANIER LAW FIRM, P.C.

Ken S. Soh (TSB#00794670)
W. Mark Lanier (TSB#11934600)
Dara G. Hegar (TSB#24007280)
Robert E. Leone (TSB#00792241)
Maura Kolb (TSB#00794113)
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200
(713) 659-2204 (facsimile)

Kenneth B. Fromson
Finklestein & Partners, LLP
1279 Route 300, P. O. Box 1111
Newburgh, NY 12551
(845) 562-0203

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via the Court's ecf filing system on this 27th day of April, 2010 on the following:

**Prince C. Chambliss, Jr., Esq.**
Evans & Petree, PC
1000 Ridgeway Loop Road
Suite 200
Memphis, TN 38120
(901) 525-6781
pchambliss@evanspetree.com

**Joel T. Galanter, Esq.**
Adams and Reese LLP
Third National Financial Center
424 Church Street
Suite 2800
Nashville, TN 37219-0058
(615) 259-1450
joel.galanter@arlaw.com

Mark s. Cheffo, Esq.
Skadden, Arps, et. Al.
Four Times Square
New York, NY 10036

Gerald D. Neenan, Esq.
Robert A. Peal, Esq.
Neal & harwell
2000 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2498

*Attorneys for Defendants*

Ken Soh