Dr. Sander Greenland is Plaintiff's expert on epidemiology and statistics. Dr. Greenland is Professor of Epidemiology, UCLA School of Public Health and Professor of Statistics, UCLA College of Letters and Science. He has been teaching epidemiology and statistics at the UCLA School of Public Health since 1979.

Dr. Greenland received a Doctorate in Public Health (Dr.P.H. 1978) from the University of California, Los Angeles, where he majored in Epidemiology, minored in Mathematics, and received a Regents Fellowship in Epidemiology. He also received a Master's degree in Mathematics from the University of California, Berkeley (1973), where Dr. Greenland received highest honors and a Regents Fellowship in Mathematics.

Dr. Greenland is the author of over 300 peer-reviewed articles, over 60 published letters, over 130 published abstracts, and over 30 other publications (including book chapters and encyclopedia entries). He has written and published numerous peer-reviewed articles on the summarization, interpretation, and limitations of scientific literature.

The textbook Dr, Greenland has co-authored with Rothman and Lash, *Modern Epidemiology* (3$_{rd}$ ed. 2008; Lippincott, Philadelphia), has been selected as the advanced epidemiologic text in numerous schools of public health and medicine. *Modern Epidemiology* also has been authoritatively cited in innumerable peer-reviewed journal articles and reviews including the Federal Judiciary Center's *Reference Manual on Scientific Evidence*.

Dr. Greenland has been invited to give and has given 200 presentations and workshops at such institutions as Oxford University, Cambridge University, Stanford University School of Medicine, Harvard School of Public Health, Yale University School of Public Health, Johns Hopkins School of Public Health, Columbia University School of Public Health, Case Western School of Medicine, Emory School of Public Health, Tulane School of Public Health, the National Cancer Institute, the Food and Drug Administration, the Centers for Disease Control, the Royal Statistical Society, and the Universities of Washington, Texas, North Carolina, Minnesota, Michigan, and California, as well as universities, research institutes, and conferences in England, Scotland, Germany, Denmark, Sweden, Finland, Norway, The Netherlands, France, Switzerland, Spain, Italy, Japan, Australia, and New Zealand.

Dr. Greenland has served as an investigator on over 30 grants and contracts from numerous research agencies, including the Rockefeller Foundation, National Cancer Institute, National Institute of Child Health and Human Development, National Institute of Mental Health, National Institute of Environmental Health Science, National Institute of Allergy and Infectious Diseases, National Institute on Drug Abuse, National Center for Health Services Research, National Highway and Traffic Safety Administration, Public Health Institute, Electric Power Research Institute, and the State of California. He has also carried out research for private industry including the Battelle Corporation, Southern California Edison, Dow Corning Corporation, and General Electric Corporation.

Dr. Greenland has served as a consultant in epidemiology and statistics for numerous government agencies and private corporations, including the National Academy of Sciences, the National Institute of Environmental Health Sciences (NIEHS), the Environmental Protection Agency (EPA), the Food and Drug Administration (FDA), the Centers for Disease Control (CDC), the California State Attorney General's Office (regarding risk assessment), the California State Department of Health, the World Health Organization (WHO), The March of Dimes, General Electric, Southern California Edison, Boehringer- Ingelheim, Amgen, and Dow Corning.

Dr. Greenland has served three terms as an Associate Editor of the *American Journal of Epidemiology* (1984-98) and the journal *Epidemiology* (1989-2006), and now serves as an Associate Editor of *Statistics in Medicine* (1985-present) and the *European Journal of Epidemiology* (2003-present). He also serves as a regular referee for American Journal of Epidemiology, Epidemiology, International Journal of Epidemiology, and Statistics in Medicine, have served as a referee for the American Journal of Public Health, the American Statistician, Annals of Epidemiology, Biometrics, Biometrika, Communications in Statistics, Computational Statistics and Data Analysis, Controlled Clinical Trials, International Statistical Review, Journal of the American Medical Association, Journal of the American Statistical Association, Journal of Clinical Epidemiology, The New England Journal of Medicine, and the Scandinavian Journal of Work, Environment, and Health, and has served as a textbook reviewer for Oxford University Press, John Wiley & Sons, and other academic publishing houses.

Dr. Greenland has received honors and professional certifications as a Fellow of the American Statistical Association and as a Fellow and a Chartered Statistician of the Royal Statistical Society. He is a member of the Biometric Society and the Society for Epidemiologic Research, and has served as an elected member of the Executive Committee for the latter society, which is the largest society of epidemiologists in the world today, and as Chair of the Epidemiology Section of the American Statistical Association, which is the largest statistical society in the world today.