# Dr. Weiss's Opinions

- Adverse event reports cannot reliably be used to establish a causal relationship between gabapentin and suicide

- The FDA's AERS database does not support the finding of a signal for completed suicide or suicide attempt

- Dr. Blume's methodology for reviewing AERS data is flawed and not generally accepted

- The information in the AERS database for gabapentin and suicide is unreliable and therefore uninterpretable

Case 3:05-cv-00444   Document 181-2   Filed 04/27/10   Page 1 of 15 PageID #: 4371

# Sample MedWatch Form



Submission of a report does not constitute an admission that medical personnel or the product caused or contributed to the event.

Case 3:05-cv-00444   Document 181-2   Filed 04/27/10   Page 2 of 15 PageID #: 4372

# Data Mining Cannot Establish Causation



**March 2005**

Data mining is not a tool for establishing causal attributions between products and adverse events.

Source: March 2005 FDA Guidance for Industry: Good Pharmacovigilance Practices and Pharmacoepidemiologic Assessment, Pg. 8

Case 3:05-cv-00444   Document 181-2   Filed 04/27/10   Page 3 of 15 PageID #: 4373

# Clinical Judgment Necessary For Review of Data Mining



**March 2005**

Proper interpretation also requires clinical judgment before one even considers there to be a signal.

Source: Brian L. Strom, M.D., MPH,
Reply to Letter to the Editor, 293 *JAMA* (2005), Pg. 1325

Case 3:05-cv-00444   Document 181-2   Filed 04/27/10   Page 4 of 15 PageID #: 4374

# Gabapentin Spontaneous Reports Over Time



Source: Weiss Expert Report, Figure 1

Case 3:05-cv-00444    Document 181-2    Filed 04/27/10    Page 5 of 15 PageID #: 4375

# Neurontin/Gabapentin Prescriptions Over Time



Case 3:05-cv-00444   Document 181-2   Filed 04/27/10   Page 6 of 15 PageID #: 4376

Source: Weiss Expert Report, Figure 2

# Gabapentin Reports as a Percentage of Total Prescriptions



Source: Weiss Expert Report, Figure 3

Case 3:05-cv-00444   Document 181-2   Filed 04/27/10   Page 7 of 15 PageID #: 4377

# Gabapentin Reports Decrease As Prescriptions Increase



Case 3:05-cv-00444   Document 181-2   Filed 04/27/10   Page 8 of 15 PageID #: 4378

# Proportion of Reports In Which Gabapentin 'Was Suspect'



Source: Weiss Expert Report, Figure 4

Case 3:05-cv-00444   Document 181-2   Filed 04/27/10   Page 9 of 15 PageID #: 4379

# Gabapentin Reports by Report Type – By Year



Source: Weiss Expert Report, Figure 6

Case 3:05-cv-00444    Document 181-2    Filed 04/27/10    Page 10 of 15 PageID #: 4380

# Gabapentin Reports by Report Type – By Quarter



Source: Weiss Expert Report, Figure 7

# PRR for Gabapentin: Completed Suicide And Suicide Attempt



Source: Weiss Expert Report, Figure 9

Case 3:05-cv-00444   Document 181-2   Filed 04/27/10   Page 12 of 15 PageID #: 4382

# FDA: Controlled Trials Are Only Way to Assess Whether Neurontin Is Associated With Increased Risk of Suicide




**April 12, 2005 Letter From FDA to Plaintiff's Lawyers**

With the letter, you provided 258 MedWatch forms of patients whom you state committed suicide while being treated with Neurontin, and you make several allegations about FDA's handling of this matter.

\* \* \*

We noted at that time that these illnesses are well-known to be associated with an increased risk of suicide compared to the general population. **Further, in the absence of an appropriate control group, it will be difficult, if not impossible, to assess the role of any other factors that might explain these events, such as concomitant medications.**

Source: April 12, 2005 Letter from FDA to Andrew G. Finkelstein (emphasis added)

# Gabapentin vs. FDA AED Drugs



# Completed Suicide Reports

## Neurontin vs. All Drugs



Source: Weigs Supplemental Expert Report, Figure 3

Case 3:05-cv-00444   Document 181-2   Filed 04/27/10   Page 15 of 15 PageID #: 4385