# EXHIBIT C

# NEURONTIN®
## (gabapentin)

## U.S. Market Update

## February 2002

Nancy Mancini
April 9, 2002

Case 3:05-cv-00444   Document 182   Filed 04/28/10   Page 2 of 26 PageID #: 4387

# AED Market Trends



## New Rx Share Trends

In January 2002, Neurontin's NRx share increased to 24.5% from 24.2% in December 2001.

In January 2002, overall TRx volume in the AED market increased by 4% and NRx volume increased by 10% versus December 2001.

Compared to January 2001, overall TRxs and NRxs in the AED market increased 11% and 12%, respectively.

All Other AEDs
Neurontin
Depakote/ene/ER
Total phenytoin
Total carbamazepine
Topamax
Lamictal
Trileptal
Keppra
Gabitril
Zonegran
Felbatol

## Overall AED NRx Volume

## Overall AED TRx Volume

Source: IMS



*NEURONTIN*
*(gabapentin)*

Case 3:05-cv-00444   Document 182   Filed 04/28/10   Page 3 of 26 PageID #: 4388

In January 2002, Neurontin's NRx share increased to 24.5% from 24.2% in December 2001.

In January 2002, overall TRx volume in the AED market increased by 4% and NRx volume increased by 10% versus December 2001.

Compared to January 2001, overall TRxs and NRxs in the AED market increased 11% and 12%, respectively.



Overall AED TRx Volume

# Neurontin Prescription Overview



**Neurontin Monthly NRx/TRx Volume (000)**

TRx 1,262

NRx 586

Neurontin recorded 1.4MM total Rxs in January 2002 (up 5% from December 2001) with 640,000 new Rxs (up 11%) and 740,000 refill Rxs (unchanged compared to 12/01).

In January 2002, Neurontin's monthly total Rxs increased 19% and new Rxs increased 15% compared with January 2001.

The 800mg and 600mg tablets accounted for approximately 15% of the new Rxs for Neurontin in January 2002.

**Neurontin NRx Share by Strength**

**Neurontin Prescriptions by Month**

■ Refill Rx
■ New Rx

| | Feb-01 | Feb-02 |
|---|---|---|
| Total | 1,067 | 1,262 |
| Refill Rx | 549 | 676 |
| New Rx | 518 | 586 |

Source: IMS



NEURONTIN
(gabapentin)

2



Neurontin recorded 1.4MM total Rxs in January 2002 (up 5% from December 2001) with 640,000 new Rxs (up 11%) and 740,000 refill Rxs (unchanged compared to 12/01).

In Janaury 2002, Neurontin's monthly total Rxs increased 19% and new Rxs increased 15% compared with January 2001.

The 800mg and 600mg tablets accounted for approximately 15% of the new Rxs for Neurontin in Janaury 2002.

**Neurontin NRx Share by Strength**



# Neurontin NRx and TRx by Physician Specialty



Compared to January 2001, Neurontin NRx volume in January 2002 increased 25% among PCPs, 13% among anesth/rehab/ortho/rheum specialists, 5% among neurologists and 1% among psychiatrists. Compared to January 2001, Neurontin total Rxs volume in 1/02 increased 29% among PCPs, 16% among anesth/rehab/ortho/rheum specialists, 6% among neurologists and 5% among psychiatrists.

PCPs continue to be the leading prescribers of Neurontin, accounting for 33% of new Rxs (up 3% from January 2001) and 38% of total Rxs (up 3% from in January 2001.

Psychiatrists are the next leading prescribers, accounting for 20% of new Rxs (down from 23% in January 2001) and 17% of total Rxs (down from 19% in January 2001).

The percentage of Neurontin new Rxs accounted for by Aesth/rehab/ortho/rheumspecialists remained constant at 14% and Neurologists share decreased to 12% (from 13% in January 2001).

Source: IMS

**NEURONTIN®**
*(gabapentin)*

3

Case 3:05-cv-00444   Document 182   Filed 04/28/10   Page 7 of 26 PageID #: 4392

Compared to January 2001, Neurontin NRx volume in January 2002 increased 25% among PCPs, 13% among anesth/rehab/ortho/rheum specialists, 5% among neurologists and 1% among psychiatrists. Compared to January 2001, Neurontin total Rxs volume in 1/02 increased 29% among PCPs, 16% among anesth/rehab/ortho/rheum specialists, 6% among neurologists and 5% among psychiatrists.

PCPs continue to be the leading prescribers of Neurontin, accounting for 33% of new Rxs (up 3% from January 2001) and 36% of total Rxs (up 3% from in Janaury 2001.)

Psychiatrists are the next leading prescribers, accounting for 20% of new Rxs (down from 23% in January 2001) and 17% of total Rxs (down from 19% in January 2001).

The percentage of Neurontin new Rxs accounted for by Aesth/rehab/ortho/rheumspecialists remained constant at 14% and Neurologists share decreased to 12% (from 13% in January 2001).



Neurontin NRx Share by Specialty

# Epilepsy Uses in AED Market



These charts present physician-intended drug uses for epilepsy broken out by product.

In 4Q01, the first generation agents account for 60% of drug uses for epilepsy, with phenytoin accounting for 32% of uses, carbamazepine 15% of uses and Depakote/ene/ER 13% of uses.

Neurontin's share of physician epilepsy uses increased to 5% in 4Q01 (from 3% in 4Q00).

Compared to prior year, Lamictal and Keppra share of epilepsy uses remained steady at 4% and 3%, respectively, while Topamax's share of epilepsy uses increased to 4% (from 3%).

Source: Scott-Levin



Case 3:05-cv-00444   Document 182   Filed 04/28/10   Page 9 of 26 PageID #: 4394



Share of Epilepsy Drug Uses by Product

# Concomitant Use in Epilepsy

## MAT February 2001/2002





# ...g Uses for Epilepsy

...notherapy agents, Depakote/ene/ER, phenytoin, carbamazepine and Trileptal, are used alone over the time to treat epilepsy.

...adjunctive therapy agents, Lamictal is used as a monotherapy agent 38% of the time and Neurontin as monotherapy 32% of the time.

...the adjunctive agents, Lamictal was the most often utilized adjunctive agent over the past year.

...tin's uses both as a monotherapy and as an adjunctive therapy have decreased since last year, 23% respectively. Lamictal uses as a monotherapy agent increased 55% over prior year, while its use ...djunctive therapy agent decreased 9% versus last year.






5

Case 3:05-cv-00444   Document 182   Filed 04/28/10   Page 12 of 26 PageID #: 4397

Case 3:05-cv-00444   Document 182   Filed 04/28/10   Page 13 of 26 PageID #: 4398

# Neurontin: Physician Prescribing Behavior

- 43% of all neurologists prescribed Neurontin in December 2001 (up from 41% in December 2000).

- Psychiatrists are the next leading specialty with 30% prescribing Neurontin in December 2001 (up from 28% in December 2000). 18% of all PCPs prescribed Neurontin in December 2001 (up from 14% in 12/00).

- Among Neurontin prescribers, PCP's average number of NRxs increased to 3.2 in December 2001 (up 3% from 12/00), while the average number of NRxs decreased for Neurologists and Psychiatrists by 11% and 6%, respectively over the same period.

- Across all prescribers, the average number of Neurontin TRxs was 6.9 of which 4.4 are new prescriptions. Neurologists are the heaviest prescribers averaging 18.7 TRxs and 8.4 NRxs per month.



**Percent of Physicians Prescribing Neurontin by Specialty**

**Average # of Neurontin New Rxs/Month Among Prescribers**



**Average Neurontin NRxs vs. TRxs Among Prescribers**
(January 2002)

| | TRxs/Month | NRxs/Month |
|---|---|---|
| Total Prescribers | 6.8 | 4.5 |
| Psych | 10.0 | 6.9 |
| PCP (GP/FP/DO/IM) | 5.2 | 3.3 |
| Total Others | 3.6 | 2.7 |
| NPs/PAs | 4.0 | 3.2 |
| Neuro | 18.5 | 8.7 |
| Anesth/Rehab/Ortho/Rheum | 10.4 | 7.2 |

Source: NDC Physician-Level Data



**NEURONTIN®**
*(gabapentin)*

6

# AED Promotion Summary



Depakote/ene/ER was the most heavily detailed product with 9,000 details December 2001, followed by Tompamax and Lamictal (4,000 details, each Neurontin recorded 2,000 details.

Depakote/ene/ER has the highest share of samples by brand with a 39% s (63,000 samples) in December 2001. Topamax was the next most sample product with a 17% share (27,000 samples). Neurontin recorded 22,000 samples with a 14% share.



Depakote/ene/ER was the most heavily detailed product with 9,000 details in December 2001, followed by Tompamax and Lamictal (4,000 details, each). Neurontin recorded 2,000 details.

Depakote/ene/ER has the highest share of samples by brand with a 39% share (63,000 samples) in December 2001. Topamax was the next most sampled product with a 17% share (27,000 samples). Neurontin recorded 22,000 samples with a 14% share.



**Journal Ad Dollars by Brand**

# Neurontin Channels/Method of Payment

## Neurontin Channels (% of Dollars)



**72% Retail Pharmacy**

**87%**

15% Mail Order
5% Long-Term Care
3% Non-Federal Hospitals
2% Clinics
2% Federal Facilities
0% HMOs
1% All Other

Source: IMS Monthly Retail and Provider Perspective Dollars Report

86% of Neurontin sales are sold through retail and/or mail order channels.

The method of payment for Neurontin has remained stable over the past 12 months with third-party payers reimbursing over 72% of Neurontin new Rxs.

## Method of Payment for Neurontin (% of NRxs)

☐ Third Party

Medicaid

☒ Cash

72%

17%

11%

**MAT FEB/02**

71%

17%

12%

**MAT FEB/01**

Source: IMS



**NEURONTIN**
*(gabapentin)*

8

8

86% of Neurontin sales are sold through retail and/or mail order channels.

The method of payment for Neurontin has remained stable over the past 12 months with third-party payers reimbursing over 72% of Neurontin new Rxs.

# Unique Projected Patient Counts



**Unique Projected Patient Counts (000)**

NDC unique patient-level data indicated that the cumulative number of Neurontin patients was 7.7 million as of December 2001. This number represents a patient who had a prescription filled for Neurontin between January 1996 to December 2001. During the full year 2001, the number of new patients filling a Neurontin Rx was 2.3 million, a 16% increase over 2000.

Source: NDC Physician-Level Data



9

Neurontin

Topamax
Lamictal
Trileptal
Keppra
Zonegran

Neurontin patients was 7.7 million as of December 2001. This number represents a
26 to December 2001, the number of new patients filling a

**Epilepsy Market Custom Monthly Data**

**EPILEPSY MARKET-NRX VOLUME**

| Date | Neurontin | Depakote/ene/ER | Total phenytoin | Total carbamazepine | Topamax | Lamictal | Trileptal | Keppra | Zonegran | Gabitril | Felbatol | All Other AEDs | Total |
|------|-----------|-----------------|-----------------|---------------------|---------|----------|-----------|--------|----------|----------|----------|----------------|-------|
| 2/00 | 422 | 388 | 270 | 230 | 43 | 41 | 2 | | 0 | | 5 | 2 | 607 | 2010 |
| 3/00 | 471 | 417 | 285 | 244 | 50 | 50 | 8 | 0 | | 0 | 5 | 2 | 654 | 2180 |
| 4/00 | 440 | 383 | 281 | 222 | 49 | 49 | 8 | 1 | | 0 | 5 | 2 | 656 | 2010 |
| 5/00 | 492 | 417 | 283 | 242 | 49 | 41 | 9 | 4 | | 1 | 5 | 2 | 660 | 2226 |
| 6/00 | 488 | 401 | 274 | 232 | 60 | 42 | 10 | 6 | | 1 | 5 | 2 | 641 | 2164 |
| 7/00 | 475 | 382 | 265 | 233 | 59 | 42 | 10 | 6 | | 2 | 5 | 2 | 620 | 2089 |
| 8/00 | 519 | 456 | 277 | 234 | 68 | 44 | 12 | 8 | | 3 | 5 | 2 | 665 | 2244 |
| 9/00 | 497 | 379 | 281 | 223 | 75 | 44 | 13 | 9 | | 3 | 4 | 2 | 633 | 2134 |
| 10/00 | 531 | 403 | 289 | 229 | 74 | 45 | 16 | 9 | | 3 | 4 | 2 | 661 | 2249 |
| 11/00 | 517 | 388 | 257 | 216 | 75 | 46 | 17 | 9 | | 4 | 4 | 2 | 631 | 2163 |
| 12/00 | 505 | 386 | 256 | 215 | 78 | 46 | 18 | 11 | | 4 | 5 | 2 | 631 | 2151 |
| 1/01 | 558 | 416 | 275 | 233 | 86 | 50 | 20 | 11 | | 4 | 5 | 2 | 682 | 2242 |
| 2/01 | 518 | 380 | 256 | 211 | 83 | 47 | 20 | 13 | | 5 | 5 | 2 | 623 | 2157 |
| 3/01 | 578 | 428 | 274 | 228 | 93 | 53 | 25 | 13 | | 5 | 6 | 2 | 691 | 2272 |
| 4/01 | 547 | 400 | 257 | 215 | 96 | 50 | 26 | 15 | | 6 | 6 | 2 | 657 | 2397 |
| 5/01 | 556 | 422 | 288 | 222 | 102 | 50 | 30 | 15 | | 7 | 7 | 2 | 684 | 2304 |
| 6/01 | 560 | 403 | 251 | 212 | 105 | 51 | 32 | 16 | | 7 | 8 | 2 | 658 | 2358 |
| 7/01 | 572 | 404 | 259 | 221 | 107 | 53 | 34 | 17 | | 8 | 8 | 2 | 673 | 2482 |
| 8/01 | 602 | 424 | 268 | 229 | 118 | 57 | 38 | 17 | | 9 | 9 | 2 | 708 | 2281 |
| 9/01 | 551 | 389 | 244 | 203 | 110 | 52 | 38 | 20 | | 9 | 10 | 2 | 656 | 2546 |
| 10/01 | 628 | 431 | 264 | 223 | 119 | 59 | 45 | 20 | | 11 | 11 | 2 | 733 | 2420 |
| 11/01 | 592 | 408 | 253 | 209 | 114 | 58 | 47 | 20 | | 11 | 12 | 2 | 684 | 2389 |
| 12/01 | 579 | 398 | 250 | 211 | 113 | 59 | 48 | 20 | | 12 | 13 | 2 | 684 | 2615 |
| 1/02 | 640 | 428 | 271 | 232 | 128 | 59 | 55 | 22 | | 13 | 15 | 2 | 743 | 2397 |
| 2/02 | 586 | 396 | 243 | 203 | 125 | 60 | 53 | 22 | | 13 | 14 | 2 | 680 | 2397 |

**EPILEPSY MARKET-NRX SHARE**

| Date | Neurontin | Depakote/ene/ER | Total phenytoin | Total carbamazepine | Topamax | Lamictal | Trileptal | Keppra | Zonegran | Gabitril | Felbatol | All Other AEDs | Total |
|------|-----------|-----------------|-----------------|---------------------|---------|----------|-----------|--------|----------|----------|----------|----------------|-------|
| 2/00 | 21% | 19% | 13% | 11% | 2% | 2% | 0% | 0% | 0% | 0% | 0% | 30% | 100% |
| 3/00 | 22% | 19% | 13% | 11% | 2% | 2% | 0% | 0% | 0% | 0% | 0% | 30% | 100% |
| 4/00 | 22% | 19% | 13% | 11% | 2% | 2% | 0% | 0% | 0% | 0% | 0% | 30% | 100% |
| 5/00 | 22% | 19% | 13% | 11% | 2% | 2% | 0% | 0% | 0% | 0% | 0% | 30% | 100% |
| 6/00 | 23% | 19% | 13% | 11% | 3% | 2% | 0% | 0% | 0% | 0% | 0% | 30% | 100% |
| 7/00 | 23% | 18% | 13% | 11% | 3% | 2% | 0% | 0% | 0% | 0% | 0% | 30% | 100% |
| 8/00 | 23% | 18% | 12% | 10% | 3% | 2% | 1% | 0% | 0% | 0% | 0% | 30% | 100% |
| 9/00 | 23% | 18% | 12% | 10% | 3% | 2% | 1% | 0% | 0% | 0% | 0% | 30% | 100% |
| 10/00 | 24% | 18% | 12% | 10% | 3% | 2% | 1% | 0% | 0% | 0% | 0% | 30% | 100% |
| 11/00 | 24% | 18% | 12% | 10% | 3% | 2% | 1% | 0% | 0% | 0% | 0% | 30% | 100% |
| 12/00 | 23% | 18% | 12% | 10% | 4% | 2% | 1% | 1% | 0% | 0% | 0% | 30% | 100% |
| 1/01 | 25% | 18% | 12% | 10% | 4% | 2% | 1% | 1% | 0% | 0% | 0% | 29% | 100% |
| 2/01 | 24% | 18% | 12% | 10% | 4% | 2% | 1% | 1% | 0% | 0% | 0% | 29% | 100% |
| 3/01 | 24% | 18% | 11% | 9% | 4% | 2% | 1% | 1% | 0% | 0% | 0% | 29% | 100% |
| 4/01 | 24% | 18% | 11% | 9% | 4% | 2% | 1% | 1% | 0% | 0% | 0% | 29% | 100% |
| 5/01 | 24% | 17% | 11% | 9% | 4% | 2% | 1% | 1% | 0% | 0% | 0% | 29% | 100% |
| 6/01 | 24% | 17% | 11% | 9% | 4% | 2% | 1% | 1% | 0% | 0% | 0% | 29% | 100% |
| 7/01 | 24% | 17% | 11% | 9% | 5% | 2% | 1% | 1% | 0% | 0% | 0% | 29% | 100% |
| 8/01 | 26% | 17% | 11% | 9% | 5% | 2% | 2% | 1% | 0% | 1% | 0% | 29% | 100% |
| 9/01 | 24% | 17% | 11% | 9% | 5% | 2% | 2% | 1% | 0% | 1% | 0% | 29% | 100% |
| 10/01 | 25% | 17% | 11% | 9% | 5% | 2% | 2% | 1% | 0% | 1% | 0% | 29% | 100% |
| 11/01 | 25% | 17% | 10% | 9% | 5% | 2% | 2% | 1% | 0% | 1% | 0% | 29% | 100% |
| 12/01 | 24% | 17% | 10% | 9% | 5% | 2% | 2% | 1% | 0% | 1% | 0% | 29% | 100% |
| 1/02 | 24% | 16% | 10% | 9% | 6% | 2% | 2% | 1% | 0% | 1% | 0% | 28% | 100% |
| 2/02 | 24% | 16% | 10% | 9% | 5% | 2% | 2% | 1% | 0% | 1% | 0% | 28% | 100% |

**Epilepsy Market Custom Monthly Data**

## TRX VOLUME

| Date | Neurontin | Depakote/ene/ER | Total phenytoin | Total carbamazepine | Topamax | Lamictal | Trileptal | Keppra | Zonegran | Gabitril | Felbatol | All Other AEDs | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/00 | 831 | 827 | 819 | 636 | 85 | 98 | 2 | | | 13 | 7 | 1154 | 4471 |
| 3/00 | 923 | 866 | 870 | 677 | 97 | 106 | 9 | | | 13 | 7 | 1245 | 4833 |
| 4/00 | 978 | 833 | 817 | 683 | 98 | 106 | 12 | | 0 | 13 | 7 | 1161 | 4653 |
| 5/00 | 977 | 902 | 881 | 660 | 112 | 108 | 15 | | 1 | 12 | 8 | 1266 | 4972 |
| 6/00 | 978 | 873 | 850 | 656 | 116 | 108 | 18 | 8 | 2 | 12 | 7 | 1235 | 4866 |
| 7/00 | 997 | 864 | 857 | 670 | 119 | 113 | 20 | 11 | 4 | 12 | 7 | 1223 | 4872 |
| 8/00 | 949 | 865 | 871 | 666 | 131 | 117 | 24 | 14 | 6 | 12 | 7 | 1293 | 5082 |
| 9/00 | 1016 | 846 | 927 | 641 | 127 | 115 | 26 | 16 | 7 | 12 | 7 | 1293 | 4872 |
| 10/00 | 1088 | 892 | 862 | 666 | 144 | 119 | 31 | 20 | 9 | 13 | 7 | 1265 | 5141 |
| 11/00 | 1073 | 865 | 833 | 640 | 145 | 124 | 33 | 21 | 11 | 13 | 7 | 1285 | 5006 |
| 12/00 | 1093 | 881 | 848 | 649 | 153 | 114 | 37 | 23 | 12 | 14 | 7 | 1279 | 5109 |
| 1/01 | 1160 | 925 | 876 | 673 | 168 | 130 | 41 | 27 | 14 | 16 | 7 | 1335 | 5358 |
| 2/01 | 1067 | 843 | 792 | 634 | 156 | 125 | 40 | 28 | 15 | 18 | 7 | 1233 | 4888 |
| 3/01 | 1202 | 892 | 870 | 664 | 184 | 132 | 49 | 31 | 17 | 19 | 7 | 1353 | 5447 |
| 4/01 | 1159 | 831 | 833 | 653 | 198 | 129 | 50 | 37 | 19 | 20 | 7 | 1351 | 5234 |
| 5/01 | 1129 | 894 | 981 | 656 | 202 | 133 | 57 | 44 | 20 | 22 | 7 | 1396 | 5488 |
| 6/01 | 1168 | 913 | 828 | 626 | 218 | 140 | 60 | 45 | 22 | 23 | 7 | 1340 | 5307 |
| 7/01 | 1237 | 938 | 857 | 643 | 227 | 133 | 66 | 52 | 23 | 24 | 7 | 1385 | 5476 |
| 8/01 | 1279 | 878 | 801 | 651 | 240 | 146 | 73 | 56 | 24 | 25 | 7 | 1286 | 5640 |
| 9/01 | 1204 | 963 | 884 | 605 | 259 | 144 | 73 | 59 | 28 | 25 | 7 | 1340 | 5300 |
| 10/01 | 1339 | 918 | 830 | 653 | 248 | 152 | 84 | 82 | 28 | 26 | 6 | 1434 | 5815 |
| 11/01 | 1285 | 926 | 841 | 624 | 259 | 159 | 88 | | 28 | | | 1375 | 5811 |
| 12/01 | 1318 | 964 | 857 | 633 | 246 | 148 | 96 | | | | | 1394 | 5711 |
| 1/02 | 1380 | 876 | 774 | 650 | | | 103 | | | | | 1452 | 5945 |
| 2/02 | 1282 | | | 584 | | | 99 | | | | | 1325 | 5427 |
| Share of previous month | 23% | 16% | 14% | 11% | 4% | 3% | 2% | 1% | 0% | 0% | 0% | 24% | 100% |
| Share of latest month | 23% | 16% | 14% | 11% | 5% | 3% | 2% | 2% | 1% | 0% | 0% | 24% | 100% |

## Neurontin Prescriptions by Month

| | Feb-01 | ... | Feb-02 |
|---|---|---|---|
| New Rx | 518 | | 518 |
| Refill Rx | 549 | | 549 |
| Total | 1067 | | 1067 |

## Neurontin NRx by Strength

| | Mar-01 | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Jan-02 | Feb-02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oral Solution | | | | | | | | | | | | |
| 100 MG | 24% | 23% | 24% | 24% | 23% | 24% | 24% | 24% | | 24% | 23% | 24% |
| 300 MG | 52% | 52% | 52% | 52% | 51% | 51% | 51% | 51% | 51% | 51% | 51% | 51% |
| 400 MG | 12% | 12% | 11% | 11% | 11% | 11% | 11% | 11% | 10% | 11% | 11% | 11% |
| 600 MG | 9% | 9% | 9% | 9% | 9% | 10% | 10% | 10% | 10% | 10% | 10% | 10% |
| 800 MG | 4% | 4% | 4% | 4% | 4% | 5% | 5% | 5% | 5% | 5% | 5% | 11% |
| Oral Solution | | | | | | | | | | | | |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 105% |

## Neurontin TRx by Strength

| | Feb-01 | Mar-01 | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Jan-02 | Feb-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100 MG | 231 | 260 | 249 | 266 | 258 | 266 | 277 | 259 | 290 | 278 | 280 | 264 | 268 |
| 300 MG | 564 | 633 | 609 | 645 | 627 | 644 | 664 | 625 | 693 | 671 | 671 | 710 | 648 |
| 400 MG | 138 | 153 | 147 | 153 | 148 | 152 | 155 | 143 | 158 | 151 | 154 | 159 | 144 |
| 600 MG | 90 | 106 | 104 | 112 | 112 | 118 | 166 | 158 | 176 | 168 | 164 | 146 | 166 |
| 800 MG | 43 | 50 | 49 | 53 | 53 | 56 | 59 | 56 | 63 | 62 | 64 | 69 | 63 |
| Oral Solution | | | | | | | 1 | 1 | 1 | | 1 | | 2 |
| TOTAL | 1067 | 1202 | 1159 | 1229 | 1198 | 1237 | 1279 | 1203 | 1339 | 1295 | 1318 | 1380 | 1282 |

## Neurontin NRx by Specialty

| | Feb-01 | Mar-01 | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Jan-02 | Feb-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NPS/PAS | 8 | 9 | 9 | 9 | 9 | 9 | 10 | 10 | 10 | 10 | 10 | 11 | 10 |
| Neuro | 59 | 64 | 61 | 65 | 61 | 62 | 65 | 59 | 68 | 64 | 62 | 67 | 62 |
| Anesth/Rehab/ Ortho/Rheum | 65 | 72 | 68 | 74 | 69 | 71 | 75 | 67 | 77 | 73 | 71 | 79 | 71 |
| Total Others | 83 | 93 | 89 | 93 | 91 | 94 | 101 | 92 | 104 | 99 | 97 | 105 | 96 |
| Psych | 102 | 113 | 105 | 111 | 105 | 108 | 109 | 103 | 112 | 105 | 102 | 111 | 101 |
| PCP (GPP/FP/DO/IM) | 134 | 152 | 147 | 160 | 154 | 158 | 168 | 158 | 178 | 168 | 164 | 182 | 166 |
| Total | 451 | 503 | 479 | 514 | 489 | 500 | 528 | 483 | 547 | 519 | 506 | 555 | 506 |
| NPS/PAS | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% | 2% |
| Neuro | 13% | 13% | 13% | 13% | 13% | 12% | 12% | 12% | 12% | 12% | 12% | 12% | 12% |
| Anesth/Rehab/ Ortho/Rheum | 14% | 14% | 14% | 14% | 14% | 14% | 14% | 14% | 14% | 14% | 14% | 14% | 14% |
| Psych | 18% | 18% | 19% | 19% | 19% | 19% | 21% | 21% | 19% | 19% | 19% | 19% | 19% |
| PCP (GPP/FP/DO/IM) | 23% | 22% | 22% | 22% | 21% | 21% | 21% | 21% | 21% | 20% | 20% | 20% | 20% |
| Total Others | 30% | 30% | 31% | 31% | 31% | 32% | 32% | 32% | 32% | 32% | 32% | 33% | 33% |

## Neurontin TRx by Specialty

| | Feb-01 | Mar-01 | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Jan-02 | Feb-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NPS/PAS | 14 | 16 | 16 | 17 | 17 | 18 | 18 | 17 | 20 | 20 | 20 | 21 | 20 |
| Neuro | 150 | 168 | 161 | 169 | 162 | 167 | 170 | 160 | 176 | 170 | 174 | 177 | 162 |

**Epilepsy Market Custom Monthly Data**

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anesth/Rehab/Ortho/Rheum | 112 | 126 | 121 | 130 | 124 | 128 | 133 | 123 | 137 | 132 | 133 | 141 | 128 |
| Total Others | 157 | 178 | 172 | 183 | 178 | 184 | 193 | 181 | 201 | 195 | 188 | 207 | 188 |
| Psych | 169 | 189 | 179 | 188 | 180 | 184 | 187 | 175 | 192 | 184 | 184 | 193 | 176 |
| PCP (GP/FP/DO/IM) | 303 | 343 | 334 | 359 | 354 | 368 | 384 | 364 | 406 | 396 | 404 | 421 | 388 |

## Epilepsy Diagnoses Volume by Brand

| | 3Q99 | 4Q99 | 1Q00 | 2Q00 | 3Q00 | 4Q00 | 1Q01 | 2Q01 | 3Q01 | 4Q01 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3299 | 4299 | 472 | 454 | 513 | 400 | 411 | 357 | 363 | 370 |
| All Other AEDs | 403 | 436 | 472 | 454 | 513 | 400 | 411 | 357 | 363 | 370 |
| Trileptal | – | – | – | – | 28 | 30 | 27 | 40 | 28 | 39 |
| Total carbamazepine | 362 | 388 | 311 | 377 | 351 | 384 | 331 | 310 | 320 | 249 |
| Total phenytoin | 693 | 636 | 563 | 625 | 637 | 560 | 619 | 639 | 539 | 538 |
| Depakote/ER | 231 | 241 | 245 | 257 | 226 | 190 | 263 | 287 | 198 | 277 |
| Keppra | – | – | – | 17 | 31 | 60 | 49 | 57 | 73 | 51 |
| Lamictal | 76 | 78 | 68 | 78 | 74 | 81 | 71 | 77 | 86 | 72 |
| Topamax | 29 | 63 | 56 | 55 | 52 | 54 | 55 | 80 | 41 | 70 |
| Neurontin | 86 | 99 | 120 | 108 | 72 | 57 | 83 | 88 | 67 | 74 |

## Epilepsy Diagnoses Share by Brand

| | 3Q99 | 4Q99 | 1Q00 | 2Q00 | 3Q00 | 4Q00 | 1Q01 | 2Q01 | 3Q01 | 4Q01 |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3299 | 4299 | | | | | | | | |
| All Other AEDs | 21% | 23% | 23% | 23% | 26% | 22% | 22% | 19% | 21% | 22% |
| Trileptal | – | – | 1% | 1% | 1% | 2% | 1% | 2% | 2% | 2% |
| Total carbamazepine | 19% | 19% | 17% | 19% | 18% | 21% | 17% | 16% | 18% | 15% |
| Total phenytoin | 37% | 33% | 31% | 31% | 32% | 32% | 32% | 34% | 32% | 32% |
| Depakote/ER | 12% | 13% | 13% | 13% | 11% | 10% | 14% | 15% | 12% | 13% |
| Keppra | | | | 1% | 2% | 3% | 3% | 3% | 4% | 3% |
| Lamictal | 4% | 4% | 4% | 4% | 4% | 3% | 3% | 4% | 4% | 3% |
| Topamax | 2% | 3% | 3% | 4% | 3% | 3% | 3% | 4% | 2% | 4% |
| Neurontin | 5% | 5% | 6% | 5% | 4% | 3% | 4% | 5% | 4% | 5% |

## Concomitant Use in Epilepsy - MAT 2002

| | Depakote ER/ER | Total phenytoin | Total carbamazepine | Trileptal | Neurontin | Topamax | Lamictal | Keppra | Zonegran |
|---|---|---|---|---|---|---|---|---|---|
| Volume | 495 | 632 | 890 | 87 | 127 | 60 | 85 | 34 | 6 |
| Adjunctive 2001 | 519 | 949 | 676 | 89 | 284 | 255 | 306 | 147 | 51 |
| Mono 2002 | 539 | 1584 | 718 | 83 | 92 | 58 | 114 | 69 | 38 |
| Adjunctive 2002 | 489 | 914 | 577 | 80 | 265 | 230 | 262 | 204 | 68 |

### MAT 2002 Share

| | Depakote ER/ER | Total phenytoin | Total carbamazepine | Trileptal | Neurontin | Topamax | Lamictal | Keppra | Zonegran |
|---|---|---|---|---|---|---|---|---|---|
| Used Alone | 57.8% | 68.1% | 60.9% | 1.3% | 31.5% | 26.1% | 37.7% | 31.5% | 42.0% |
| Depakote/ER | | 4.5% | 10.1% | | | | | | 17.8% |
| Total phenytoin | 11.2% | | 8.7% | 8.1% | 17.1% | 16.2% | 12.1% | 11.7% | 10.0% |
| Total carbamazepine | 12.8% | 3.3% | | 4.2% | 29.4% | 22.2% | 13.7% | 10.0% | 10.8% |
| Trileptal | 0.2% | 0.4% | 0.5% | | 17.1% | 17.7% | 13.2% | 24.7% | 18.4% |
| Neurontin | 5.3% | 3.7% | 4.2% | | | 4.2% | 5.3% | 3.5% | 3.4% |
| Topamax | 3.5% | 2.1% | 3.3% | 7.1% | 4.4% | | 3.7% | 5.5% | 2.3% |
| Lamictal | 3.5% | 1.8% | 3.4% | 12.5% | 3.6% | 6.1% | | 11.4% | 2.0% |
| Keppra | 2.7% | 0.9% | 4.5% | 5.9% | 4.1% | 11.2% | 11.7% | | 16.2% |
| Zonegran | 1.7% | 1.0% | 1.0% | 2.4% | 0.7% | 0.8% | 4.9% | 1.9% | 4.5% |

## Percent of Physicians Prescribing Neurontin by Specialty

| | Mar-00 | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jan-01 | Feb-01 | Mar-01 | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Jan-02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anesth/Rehab | 10% | 10% | 11% | 11% | 11% | 11% | 11% | 11% | 11% | 11% | 11% | 11% | 12% | 12% | 13% | 12% | 12% | 13% | 12% | 13% | 13% | 13% | 15% |
| Ortho/Rheum | 40% | 40% | 41% | 41% | 41% | 41% | 41% | 41% | 41% | 41% | 43% | 43% | 43% | 43% | 43% | 42% | 43% | 43% | 43% | 44% | 44% | 43% | 44% |
| Neuro | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 1% | 1% | 1% | 2% | 1% | 1% | 2% | 1% | 1% | 2% | 1% | 2% | 2% | 2% | 2% |
| NP/PAs | 0% | 0% | 0% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% |
| Total Others | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 3% | 4% | 4% | 4% | 4% | 4% | 4% | 4% | 4% |
| PCP (GP/FP/DO/IM) | 13% | 13% | 13% | 13% | 14% | 14% | 14% | 15% | 15% | 16% | 16% | 15% | 16% | 15% | 17% | 16% | 16% | 16% | 17% | 16% | 18% | 18% | 19% |
| Psych | 12% | 12% | 13% | 13% | 14% | 14% | 14% | 15% | 15% | 15% | 15% | 15% | 15% | 15% | 17% | 16% | 16% | 16% | 17% | 16% | 18% | 18% | 19% |
| Total Prescribers | 26% | 26% | 27% | 27% | 27% | 27% | 27% | 28% | 28% | 28% | 28% | 28% | 29% | 29% | 30% | 30% | 30% | 30% | 30% | 30% | 31% | 30% | 31% |

## Average # of Neurontin New Rxs Among Prescribers

| | Mar-00 | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jan-01 | Feb-01 | Mar-01 | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Jan-02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anesth/Rehab | 6.9 | 6.9 | 6.8 | 7.1 | 6.7 | 7.1 | 6.8 | 6.8 | 6.9 | 6.9 | 6.8 | 6.8 | 7.4 | 7.4 | 7.1 | 7.0 | 7.2 | 7.0 | 6.8 | 7.1 | 6.9 | 6.9 | 7.2 |
| Ortho/Rheum | 9.0 | 8.7 | 8.8 | 9.0 | 9.2 | 9.2 | 8.7 | 8.3 | 8.8 | 8.8 | 8.8 | 8.3 | 8.3 | 8.8 | 8.9 | 9.0 | 8.8 | 9.0 | 8.3 | 8.9 | 8.4 | 8.4 | 8.7 |
| Neuro | 3.2 | 3.1 | 3.0 | 3.2 | 3.0 | 3.2 | 3.0 | 3.0 | 3.0 | 3.1 | 3.2 | 3.2 | 3.2 | 3.4 | 3.2 | 3.4 | 3.3 | 3.3 | 3.3 | 3.3 | 3.1 | 3.1 | 3.2 |
| NP/PAs | 2.7 | 2.7 | 2.6 | 2.7 | 2.6 | 2.7 | 2.6 | 2.6 | 2.5 | 2.6 | 2.6 | 2.8 | 2.6 | 2.8 | 2.6 | 2.4 | 2.7 | 2.4 | 2.7 | 2.7 | 2.8 | 2.6 | 2.7 |
| Total Others | 3.0 | 3.3 | 3.3 | 3.2 | 3.0 | 3.2 | 3.0 | 3.0 | 3.0 | 3.1 | 3.0 | 3.0 | 3.0 | 3.3 | 3.2 | 3.4 | 3.3 | 3.4 | 3.2 | 3.2 | 3.2 | 3.2 | 3.3 |
| PCP (GP/FP/DO/IM) | 6.9 | 6.7 | 6.8 | 6.7 | 6.8 | 6.7 | 6.6 | 6.8 | 6.9 | 7.1 | 6.9 | 7.3 | 6.9 | 7.6 | 7.1 | 7.2 | 7.1 | 7.2 | 6.6 | 7.0 | 6.7 | 6.7 | 6.9 |
| Psych | 4.5 | 4.6 | 4.6 | 4.7 | 4.5 | 4.7 | 4.6 | 4.5 | 4.5 | 4.8 | 4.5 | 4.5 | 4.8 | 4.8 | 4.6 | 4.8 | 4.6 | 4.7 | 4.4 | 4.6 | 4.5 | 4.4 | 4.5 |

## Average Neurontin Nrxs vs. TRxs Among Prescribers (Jan-02)

| | NRxs/Month | TRxs/Month |
|---|---|---|
| Anesth/Rehab | 7.2 | 10.4 |
| Ortho/Rheum | 8.7 | 16.5 |
| Neuro | 3.2 | 4.0 |
| NP/PAs | 2.7 | 3.6 |
| Total Others | 3.3 | 5.2 |
| PCP (GP/FP/DO/IM) | 6.9 | 10.0 |
| Total Prescribers | 4.5 | 6.8 |

Case 3:05-cv-00444   Document 182   Filed 04/28/10   Page 23 of 26 PageID #: 4408

## AED Deciles

| AED Deciles | Avg # Neurontin TRx | Avg # AED TRx | Avg # Neurontin TRx | AED TRx | Neurontin TRx | Physicians | # AED TRx 5/200 |
|---|---|---|---|---|---|---|---|
| 10 | 181.22 | 832 | 1.5 | 35,759,149 | 7,719,014 | 42,897 | $2,865,445 |
| 9 | 55.66 | 204 | 0.1 | 8,776,777 | 2,316,921 | 42,998 | $520,764 |
| 8 | 31.64 | 109 | 0.1 | 4,674,117 | 1,255,373 | 42,998 | $273,914 |
| 7 | 19.46 | 59 | 0.0 | 2,534,657 | 700,005 | 42,998 | $147,727 |
| 6 | 12.26 | 31 | 0.0 | 1,336,863 | 377,788 | 42,998 | $77,690 |
| 5 | 7.98 | 17 | 0.0 | 726,239 | 203,350 | 42,998 | $41,747 |
| 4 | 5.28 | 9 | 0.0 | 405,492 | 115,907 | 42,998 | $23,190 |
| 3 | 3.54 | 5 | 0.0 | 223,552 | 67,578 | 42,998 | $12,611 |
| 2 | 2.24 | 3 | 0.0 | 114,875 | 35,777 | 42,998 | $6,273 |
| 1 | 1.30 | 1 | 0.0 | 57,618 | 18,260 | 42,997 | $3,213 |
| 0 | 0 | - | 4.9 | 0 | 0 | 1,740 | 50 |

## EPILEPSY MARKET - JOURNAL

| Date | Neurontin | Depakote eneER | Total phenytoin | Total carbamazepine | Topamax | Lamictal | Trileptal | Keppra | Zonegran | Gabitril | Total Market |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/00 | 85 | 102 | 6 | 89 | 37 | 19 | 82 | 5 | 0 | 0 | 559 |
| 4/00 | 214 | 84 | 1 | 82 | 50 | 22 | 100 | 5 | 29 | 44 | 683 |
| 5/00 | 169 | 120 | 2 | 77 | 56 | 22 | 92 | 116 | 47 | 38 | 681 |
| 6/00 | 124 | 13 | 2 | 59 | 63 | 22 | 100 | 98 | 47 | 44 | 711 |
| 7/00 | 151 | 41 | 2 | 37 | 49 | 17 | 28 | 80 | 29 | 32 | 473 |
| 8/00 | 104 | 0 | 4 | 52 | 51 | 12 | 31 | 83 | 33 | 18 | 381 |
| 9/00 | 153 | 0 | 2 | 52 | 68 | 13 | 0 | 29 | 15 | 34 | 388 |
| 10/00 | 91 | 0 | 4 | 26 | 34 | 21 | 0 | 29 | 27 | 40 | 304 |
| 11/00 | 112 | 87 | 0 | 40 | 23 | 12 | 0 | 11 | 9 | 30 | 304 |
| 12/00 | 98 | 83 | 10 | 37 | 23 | 16 | 0 | 32 | 11 | 14 | 346 |
| 1/01 | 64 | 83 | 14 | 37 | 31 | 16 | 0 | 18 | 8 | 2 | 265 |
| 2/01 | 63 | 70 | 1 | 45 | 37 | 28 | 0 | 42 | 2 | 2 | 327 |
| 3/01 | 83 | 44 | 2 | 33 | 37 | 14 | 0 | 24 | 34 | 49 | 265 |
| 4/01 | 75 | 0 | 8 | 42 | 51 | 29 | 0 | 45 | 13 | 0 | 328 |
| 5/01 | 70 | 0 | 2 | 32 | 24 | 15 | 81 | 32 | 27 | 31 | 208 |
| 6/01 | 81 | 0 | 2 | 24 | 38 | 21 | 79 | 32 | 8 | 31 | 216 |
| 7/01 | 88 | 0 | 4 | 7 | 25 | 37 | 80 | 32 | 5 | 15 | 289 |
| 8/01 | 93 | 0 | 10 | 19 | 23 | 44 | 80 | 40 | 16 | 0 | 377 |
| 9/01 | 85 | 0 | 21 | 21 | 31 | 51 | 35 | 30 | 8 | 0 | 264 |
| 10/01 | 95 | 11 | 14 | 5 | 34 | 69 | 61 | 44 | 8 | 0 | 336 |
| 11/01 | 104 | 0 | 3 | 0 | 5 | 38 | 31 | 11 | 0 | 18 | 198 |
| 12/01 | 116 | 0 | 4 | 0 | 16 | 14 | 33 | 17 | 4 | 17 | 203 |
| 1/02 | 92 | 0 | 0 | 0 | 19 | 33 | 4 | 39 | 0 | 0 | 269 |
| 2/02 | 61 | 0 | 6 | 0 | 6 | 55 | 8 | 13 | 0 | 0 | 207 |
| Share of latest month | 29% | 0% | 0% | 3% | 2% | 27% | 4% | 6% | 0% | 8% | |

## EPILEPSY MARKET - Details

| Date | Neurontin | Depakote/emeER | Total phenytoin | Total carbamazepine | Topamax | Lamictal | Trileptal | Keppra | Zonegran | Gabitril | All Other AEDs | Total Market |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/00 | 10 | 11 | 1 | 0 | 2 | 2 | 2 | 1 | 1 | 1 | 2 | 35 |
| 3/00 | 13 | 13 | 0 | 1 | 3 | 5 | 6 | 6 | 5 | 4 | 5 | 43 |
| 4/00 | 11 | 11 | 1 | 0 | 1 | 2 | 5 | 5 | 2 | 1 | 3 | 37 |
| 5/00 | 11 | 15 | 1 | 0 | 2 | 2 | 5 | 5 | 2 | 1 | 4 | 41 |
| 6/00 | 12 | 13 | 1 | 0 | 2 | 1 | 4 | 3 | 2 | 1 | 0 | 35 |
| 7/00 | 7 | 14 | 0 | 1 | 3 | 1 | 4 | 5 | 3 | 0 | 3 | 38 |
| 8/00 | 8 | 8 | 1 | 0 | 3 | 3 | 4 | 5 | 1 | 3 | 3 | 42 |
| 9/00 | 6 | 7 | 1 | 1 | 3 | 4 | 4 | 2 | 3 | 2 | 2 | 31 |
| 10/00 | 3 | 2 | 0 | 1 | 3 | 3 | 3 | 2 | 2 | 3 | 3 | 37 |
| 11/00 | 2 | 3 | 0 | 0 | 2 | 4 | 4 | 2 | 3 | 2 | 2 | 37 |
| 12/00 | 2 | 2 | 0 | 0 | 2 | 3 | 3 | 4 | 3 | 3 | 2 | 25 |
| 1/01 | 3 | 1 | 0 | 1 | 0 | 2 | 5 | 3 | 4 | 3 | 0 | 35 |
| 2/01 | 2 | 2 | 0 | 0 | 2 | 3 | 2 | 5 | 4 | 4 | 2 | 30 |
| 3/01 | 3 | 2 | 0 | 0 | 3 | 3 | 2 | 1 | 4 | 4 | 0 | 33 |
| 4/01 | 3 | 3 | 0 | 0 | 4 | 3 | 5 | 2 | 4 | 3 | 3 | 35 |
| 5/01 | 2 | 3 | 0 | 0 | 4 | 4 | 5 | 4 | 3 | 2 | 1 | 41 |
| 6/01 | 2 | 2 | 0 | 0 | 5 | 3 | 5 | 5 | 4 | 4 | 2 | 35 |
| 7/01 | 4 | 2 | 0 | 0 | 5 | 2 | 6 | 6 | 2 | 3 | 4 | 38 |
| 8/01 | 4 | 4 | 0 | 0 | 5 | 3 | 6 | 5 | 3 | 3 | 4 | 43 |
| 9/01 | 2 | 2 | 0 | 0 | 4 | 5 | 4 | 3 | 3 | 3 | 2 | 31 |
| 10/01 | 2 | 5 | 0 | 0 | 5 | 2 | 3 | 3 | 4 | 2 | 2 | 25 |
| 11/01 | 2 | 10 | 0 | 0 | 4 | 5 | 4 | 4 | 4 | 2 | 2 | 46 |
| 12/01 | 2 | 10 | 0 | 0 | 4 | 3 | 4 | 4 | 4 | 1 | 3 | 33 |
| 1/02 | 2 | 13 | 0 | 0 | 6 | 3 | 7 | 2 | 2 | 9 | 9 | 48 |
| Share of latest month | 4% | 27% | 0% | 0% | 2% | 6% | 14% | 4% | 4% | 8% | 18% | 100% |

Epilepsy Market Custom Monthly Data

EPILEPSY MARKET-Samples

| Date | Neurontin | Depakote/ene/ER | Total phenytoin | Total carbamazepine | Topamax | Lamictal | Trileptal | Keppra | Zonegran | Gabitril | All Other AEDs | Total Market |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/00 | 47 | 133 | – | – | 9 | 14 | 152 | – | – | – | – | 355 |
| 3/00 | 110 | 240 | – | 98 | 9 | 16 | 30 | – | – | – | 2 | 477 |
| 4/00 | 118 | 165 | – | 13 | 25 | 6 | 27 | 3 | – | 7 | 1 | 386 |
| 5/00 | 33 | 258 | – | – | 9 | 15 | 35 | 33 | 19 | 5 | 3 | 389 |
| 6/00 | 68 | 64 | – | – | 9 | 5 | 45 | 19 | 2 | 3 | 1 | 238 |
| 7/00 | 132 | 95 | – | – | 18 | – | 24 | 11 | 13 | – | 1 | 294 |
| 8/00 | 174 | 73 | – | 5 | 26 | 3 | – | 19 | – | 1 | – | 298 |
| 9/00 | 9 | 71 | – | 1 | 11 | 7 | 33 | 14 | 2 | 1 | – | 143 |
| 10/00 | 28 | 38 | – | – | 12 | 1 | 59 | 29 | 14 | 2 | 3 | 160 |
| 11/00 | 13 | 94 | 2 | 40 | 26 | 0 | 33 | 22 | 10 | 2 | 1 | 239 |
| 12/00 | 9 | 115 | – | 23 | 3 | 1 | 8 | – | 2 | – | – | 158 |
| 1/01 | 25 | 131 | 0 | – | 22 | 1 | 39 | 8 | 6 | 22 | 1 | 238 |
| 2/01 | 36 | 58 | 2 | 0 | 32 | 4 | 28 | 8 | 10 | 12 | 2 | 173 |
| 3/01 | 7 | 87 | – | 1 | 6 | 1 | 9 | 18 | 0 | 32 | 1 | 193 |
| 4/01 | 144 | 55 | 0 | 8 | 26 | 12 | 30 | 2 | 9 | 5 | 2 | 281 |
| 5/01 | 7 | 72 | 0 | 0 | 24 | 6 | 27 | – | 2 | 9 | 2 | 194 |
| 6/01 | 0 | 73 | 0 | 0 | 31 | 2 | 20 | 0 | 1 | 5 | 4 | 144 |
| 7/01 | 6 | 37 | – | – | 23 | 16 | 34 | 13 | 0 | 17 | 4 | 137 |
| 8/01 | 142 | 136 | 0 | 0 | 19 | 0 | 80 | – | 5 | 20 | 12 | 439 |
| 9/01 | 24 | 122 | 0 | 0 | 25 | 15 | 34 | 4 | 12 | 12 | 23 | 244 |
| 10/01 | 0 | 140 | 0 | 0 | 44 | 0 | 0 | 0 | 16 | 7 | 7 | 222 |
| 11/01 | 7 | 62 | 0 | 0 | 42 | 15 | 10 | 4 | 9 | 19 | 26 | 151 |
| 12/01 | 22 | 63 | 0 | 0 | 27 | 6 | 13 | 1 | 1 | 3 | 3 | 162 |
| 1/02 | 11 | 82 | 0 | 0 | 36 | 7 | 65 | 57 | 16 | 52 | 35 | 351 |
| Share of latest month | 3% | 23% | 0% | 0% | 10% | 2% | 19% | 16% | 5% | 15% | 7% | 100% |

Neurontin Channels (% of Dollars)

| | Mar-00 | Apr-00 | May-00 | Jun-00 | Jul-00 | Aug-00 | Sep-00 | Oct-00 | Nov-00 | Dec-00 | Jan-01 | Feb-01 | Mar-01 | Apr-01 | May-01 | Jun-01 | Jul-01 | Aug-01 | Sep-01 | Oct-01 | Nov-01 | Dec-01 | Jan-02 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retail Pharmacy | 75 | 74 | 74 | 74 | 74 | 74 | 74 | 73 | 73 | 73 | 72 | 74 | 73 | 73 | 74 | 74 | 73 | 74 | 73 | 72 | 72 | 73 | 72 |
| Mail Order | 12 | 12 | 12 | 13 | 12 | 12 | 12 | 13 | 12 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 14 | 14 | 13 | 15 |
| LTC | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 6 | 5 | 5 | 5 | 5 | 5 | 5 |
| Non-Fed Hosp | 4 | 4 | 3 | 5 | 3 | 3 | 3 | 3 | 3 | 4 | 4 | 3 | 3 | 3 | 3 | 3 | 2 | 3 | 3 | 3 | 3 | 3 | 3 |
| Clinics | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| Fed Facilities | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 | 2 |
| HMO | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| All Other | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |

Neurontin Method of Payment

| | MAT FEB'01 | MAT FEB'02 |
|---|---|---|
| Third Party | 71% | 72% |
| Medicaid | 17% | 17% |
| Cash | 12% | 11% |

# Epilepsy Market Custom Monthly Data

**Unique Projected Patient Counts**

| | Neurontin | Keppra | Lamictal | Topamax | Trileptal | Zonegran |
|---|---|---|---|---|---|---|
| 7/96 | 240,264 | | 42,081 | | | |
| 8/96 | 277,198 | | 46,380 | | | |
| 9/96 | 313,023 | | 50,155 | | | |
| 10/96 | 355,103 | | 54,779 | | | |
| 11/96 | 392,856 | | 59,210 | | | |
| 12/96 | 429,544 | | 63,764 | 160 | | |
| 1/97 | 469,985 | | 68,675 | 1,082 | | |
| 2/97 | 511,768 | | 73,762 | 2,864 | | |
| 3/97 | 559,291 | | 79,386 | 5,200 | | |
| 4/97 | 608,322 | | 84,229 | 8,052 | | |
| 5/97 | 657,752 | | 88,422 | 10,875 | | |
| 6/97 | 706,161 | | 93,502 | 13,681 | | |
| 7/97 | 755,716 | | 98,712 | 17,117 | | |
| 8/97 | 818,287 | | 103,382 | 19,538 | | |
| 9/97 | 873,440 | | 108,115 | 22,759 | | |
| 10/97 | 936,141 | | 113,672 | 25,987 | | |
| 11/97 | 992,831 | | 118,704 | 28,783 | | |
| 12/97 | 1,051,506 | | 124,264 | 31,408 | | |
| 1/98 | 1,109,264 | | 129,488 | 33,796 | | |
| 2/98 | 1,170,619 | | 134,289 | 36,734 | | |
| 3/98 | 1,238,723 | | 140,247 | 39,656 | | |
| 4/98 | 1,309,948 | | 146,128 | 43,111 | | |
| 5/98 | 1,383,280 | | 151,931 | 46,314 | | |
| 6/98 | 1,459,404 | | 158,147 | 50,004 | | |
| 7/98 | 1,538,365 | | 164,334 | 53,244 | | |
| 8/98 | 1,620,764 | | 171,044 | 56,554 | | |
| 9/98 | 1,705,337 | | 177,313 | 60,354 | | |
| 10/98 | 1,794,534 | | 183,685 | 64,246 | | |
| 11/98 | 1,885,692 | | 190,745 | 68,139 | | |
| 12/98 | 1,984,658 | | 198,070 | 71,709 | | |
| 1/99 | 2,094,041 | | 205,085 | 75,565 | | |
| 2/99 | 2,161,198 | | 211,939 | 80,882 | | |
| 3/99 | 2,315,413 | | 220,230 | 85,781 | | |
| 4/99 | 2,443,068 | | 228,494 | 91,061 | | |
| 5/99 | 2,563,324 | | 236,856 | 97,517 | | |
| 6/99 | 2,688,694 | | 245,061 | 104,734 | | |
| 7/99 | 2,821,831 | | 253,272 | 113,519 | | |
| 8/99 | 2,955,044 | | 263,034 | 123,582 | | |
| 9/99 | 3,088,251 | | 272,455 | 134,172 | | |
| 10/99 | 3,225,927 | | 281,961 | 146,072 | | |
| 11/99 | 3,363,658 | | 290,593 | 158,754 | | |
| 12/99 | 3,484,350 | | 299,867 | 172,418 | | |
| 1/00 | 3,630,078 | | 309,185 | 186,190 | | |
| 2/00 | 3,779,395 | | 318,896 | 202,967 | 1,247 | |
| 3/00 | 3,944,394 | | 328,898 | 219,538 | 7,645 | |
| 4/00 | 4,101,145 | 1,120 | 338,231 | 238,777 | 13,083 | |
| 5/00 | 4,268,073 | 3,878 | 347,324 | 258,094 | 18,160 | 246 |
| 6/00 | 4,437,506 | 7,633 | 356,177 | 278,232 | 23,769 | 1,080 |
| 7/00 | 4,602,498 | 11,254 | 368,107 | 300,731 | 29,122 | 2,228 |
| 8/00 | 4,778,338 | 15,901 | 378,416 | 323,796 | 35,041 | 3,643 |
| 9/00 | 4,945,998 | 20,118 | 388,219 | 348,094 | 41,020 | 5,007 |
| 10/00 | 5,118,133 | 24,850 | 398,416 | 372,843 | 48,724 | 6,517 |
| 11/00 | 5,285,196 | 29,246 | 408,200 | 397,597 | 56,516 | 8,103 |
| 12/00 | 5,447,123 | 33,226 | 418,294 | 423,870 | 64,460 | 9,885 |
| 1/01 | 5,621,662 | 37,197 | 428,689 | 450,287 | 72,425 | 11,697 |
| 2/01 | 5,786,090 | 41,721 | 438,987 | 482,206 | 80,570 | 13,452 |
| 3/01 | 5,977,126 | 47,454 | 450,487 | 513,201 | 92,016 | 15,750 |
| 4/01 | 6,107,712 | 53,543 | 461,702 | 548,455 | 103,752 | 18,423 |
| 5/01 | 6,367,488 | 60,234 | 474,339 | 585,226 | 117,212 | 21,995 |
| 6/01 | 6,556,870 | 66,917 | 486,440 | 621,321 | 132,546 | 25,691 |
| 7/01 | 6,748,475 | 73,041 | 498,742 | 660,459 | 147,667 | 28,884 |
| 8/01 | 6,950,360 | 79,916 | 512,523 | 695,646 | 163,751 | 34,454 |
| 9/01 | 7,132,776 | 82,202 | 525,221 | 732,066 | 178,836 | 38,546 |
| 10/01 | 7,335,563 | 93,611 | 539,296 | 767,170 | 197,141 | 43,877 |
| 11/01 | 7,516,704 | 100,034 | 552,488 | 804,428 | 214,641 | 48,876 |
| 12/01 | 7,705,547 | 108,421 | 566,458 | 841,710 | 234,352 | 54,300 |
| 1/02 | 7,910,208 | 116,364 | 581,653 | | 253,440 | 59,882 |

Case 3:05-cv-00444   Document 182   Filed 04/28/10   Page 26 of 26 PageID #: 4411