IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---------------------------------------------------------------------X

RUTH SMITH, Individually and ad Widow for the
Use and Benefit of herself and the Next of Kin
of RICHARD SMITH, Deceased,

                        Plaintiff,                    No. 3:05-cv-00444

       vs.                                 Judge Aleta A. Trauger

PFIZER INC., PARKE-DAVIS a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY LLC and
JOHN DOE(S) 1-10,

                        Defendants.
---------------------------------------------------------------------X

## PLAINTIFF'S TRIAL EXHIBIT LIST

Plaintiff, by and through her attorneys, pursuant to the Court's Pretrial Order, hereby lists the following exhibits that may be offered at trial. Plaintiff submits these exhibits conditionally and without waiver of her right to object on grounds of relevancy, prejudice, or any other ground to the subject matter of the exhibits, and reserves her right to use any or all of these exhibits as rebuttal evidence in the event that her objections to defendants' evidence are overruled. In submitting this exhibit list, plaintiff specifically reserves the right to: 1) withdraw at anytime any exhibit identified on this list; 2) supplement and/or amend this list in the event that additional relevant materials are produced in this action or are discovered subsequent to the date of service of this list; 3) supplement and/or amend this list to use additional exhibits at trial as required for authentication, rebuttal or impeachment and/or as necessitated by evidence presented by

defendants; 4) supplement and/or amend this list to add exhibits related to and including depositions that have not yet been taken or with regard to which a deposition transcript is not yet available; 5) supplement and/or amend this list in response to the Court's ruling on pretrial motions or other evidentiary matters; 6) supplement and/or amend this list as otherwise permitted by this Court. Finally, plaintiff reserves the right to offer in the evidence any exhibits identified by the defendants as trial exhibits and/or actually offered into the evidence by defendants at trial, as well as to use demonstratives at trial to support witness testimony. Plaintiff also reserves the right to use any exhibit that is used in any video deposition exhibit designated by either party.

See attached Exhibit List

Dated: April 28, 2010

FINKELSTEIN & PARTNERS, LLP  JACK W. LONDON AND
   ASSOCIATES, P.C.

By: _/s/ Kenneth B. Fromson_____  By: _ /s/ Jack W.London_____
KENNETH B. FROMSON, ESQ.  JACK W. LONDON, ESQ.
1279 Route 300  3701 Bee Cave Rd., Suite 200
Newburgh, N.Y. 12551  Austin, TX 78746
Tel: (845) 562-0203  Tel: (512) 478-5858

THE LANIER LAW FIRM, PLLC

By: _/s/ W. Mark Lanier_____
W. MARK LANIER
126 East 56th Street, 6th Floor
New York, NY 10022
Tel: (212) 421-2800

Attorneys for Plaintiff

TO: Mark S. Cheffo, Esq.
Catherine B. Stevens, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, N.Y. 10036

Aubrey B. Harwell, Jr., Esq.
W. David Bridgers, Esq.
Gerald Neenan, Esq.
Robert A. Peal, Esq.
Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219

Prince C. Chambliss, Jr., Esq.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via ECF filing the 28th day of April 2010 on the following:

Mark S. Cheffo, Esq.
Catherine B. Stevens, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, N.Y. 10036

Aubrey B. Harwell, Jr., Esq.
W. David Bridgers, Esq.
Gerald Neenan, Esq.
Robert A. Peal, Esq.
Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219

Prince C. Chambliss, Jr., Esq.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

*Attorneys for Defendants*