UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---------------------------------------------------------------x
:
RUTH SMITH, Individually and as Widow :
for the Use and Benefit of Herself and the :
Next of Kin of RICHARD SMITH, Deceased, : Civil No. 3:05-0444
: Judge Trauger
Plaintiff, :
-against- :
: (corrected signature page)
PFIZER INC., PARKER-DAVIS, :
a division of Warner-Lambert Company, :
and Warner-Lambert Company LLC, :
WARNER-LAMBERT COMPANY, :
WARNER-LAMBERT COMPANY LLC and :
JOHN DOE(S) 1-10, :
:
Defendants, :
---------------------------------------------------------------x

## PLAINTIFF'S WITNESS LIST

1. Ruth Smith, 301 Autumn Chase Dr, Nashville, TN 37214, telephone number 615-975-6300;

2. Cindy Smith-Charlton, 2914 McGavock Pike, Nashville, TN 37214, telephone number 615-975-6300;

3. Andrew Charlton, 2914 McGavock Pike, Nashville, TN 37214, telephone number 615-975-6300;

4. Sherri Hoskins, 204 Chester Stevens Rd, Franklin, TN 37067, telephone number 615-591-5339;

5. Buford Hoskins, 204 Chester Stevens Rd, Franklin, TN 37067, telephone number 615-591-5339;

6. Lewis Wesley Carnahan, 2936 McGravock Pike, Nashville, TN 37214, telephone number 615-882-2856;

7. Gayle Lawson, 2003 Brentview Ct, Nashville, TN 37220, telephone number 615-269-0345;

8. Arnold Eugene Lawson, 2003 Brentview Ct, Nashville, TN 37220, telephone number 615-269-0345;

9. Dan Chambers, minister at Lebanon Road Church of Christ;

10. Donnie Kennedy, a friend of the family, pallbearer;

11. Bill Duffy, nephew;

12. Bill Allen, friend;

13. Bill Roehrig, Nashville Machines;

14. John Gray, employee Nashville Machines, 800 Stirrup Drive, Nashville, TN 37221, telephone number 615-838-5828;

15. Jim Tatum, employee Nashville Machines;

16. James Earl Lee, employee Nashville Machines, 7108 Bahne Road, Fairview, TN, telephone number 615-799-5791;

17. Detective Danny Satterfield, Metropolitan Nashville Police Department, 200 James Robertson Parkway, Nashville, TN 37201, telephone number 615-862-7400;

18. Officer David Crowder, Metropolitan Nashville Police Department, 200 James Robertson Parkway, Nashville, TN 37201, telephone number 615-862-7400;

19. Officer Randy Casteel, Metropolitan Nashville Police Department, 200 James Robertson Parkway, Nashville, TN 37201, telephone number 615-862-7400;

20. Officer Jason Moyot, Metropolitan Nashville Police Department, 200 James Robertson Parkway, Nashville, TN 37201, telephone number 615-862-7400;

21. Officer W. Louchs, Metropolitan Nashville Police Department, 200 James Robertson Parkway, Nashville, TN 37201, telephone number 615-862-7400;

22. Dr. Feng Li, Forensic Medical, 850 R S Glass Blvd, Nashville, TN 37216, telephone number 615-743-1800;

23. Gary Briggs, Forensic Medical, 850 R S Glass Blvd, Nashville, TN 37216, telephone number 615-743-1800;

24. Trimble, MD, Michael, Flat 22 Belvedere House, Grosvenor Road, London SW1V 3JY United Kingdom, telephone number 02072-78-7748;

25. Blume, PhD, Cheryl, 13902 North Dale Mabry Highway, Tampa, FL 33618, telephone number 813-963-3062;

26. King III, Charles, Greylock McKinnon Associates, One Memorial Drive, Cambridge, Massachusetts 02142, telephone number 617-871-6900;

27. Ron Maris, PhD; The Suicide Center, 9 Poacher's Lane, Columbia, SC 29223-3014, telephone number 803-777-6870;

28. Sander Greenland, Department of Epidemiology, UCLA School of Public Health, Los Angeles, California 90095-1772, U.S.A.

29. Dr. Paul R. McCombs, Neurosurgical Associates, 4230 Harding Rd, Suite 303, Nashville, TN 37205, telephone number 615-284-2222;

30. Dr. Edward S. Mackey Jr., 4230 Harding Rd, Suite 1000, Nashville, TN 37205, telephone number 615-383-2693;

31. Dr. James Jones, Heritage Medical Associates, 2325 Crestmoore, Nashville, TN 37215, telephone number 615-324-2158;

32. Dr. Tom E. Nesbit; Spaulding & Nesbitt Urology Clinic, 345 23rd Ave N, Suite 212, Nashville, TN 37203, telephone number 615-327-2055;

33. Dr. Stewart Stowers, Tennessee Orthopaedic Alliance, 301 21st Ave N, Nashville, TN 37203, telephone number 615-329-6600;

34. Dr. Mowery, Otolaryngology Associates of Tennessee, 2410 Patterson St, Suite 210, Nashville, TN 37203, telephone number 615-329-1681;

35. Dr. John Anderson, Baptist Hospital, 2000 Church St, Nashville, TN 37236, telephone number 615-284-5555;

36. Dr. Douglas Waldo, Heart & Vascular Clinic, 240 Patterson St, Suite 215, Nashville, TN 37203, telephone number 615-342-5757;

37. Dr. David N. Dyer, 2200 Murphy Ave, Suite B, Nashville, TN 37203, telephone number 615-342-5830;

38. Dr. William B. Harwell Jr., 1900 Patterson St, Suite 205, Nashville, TN 37203, telephone number 615-329-0011;

39. Dr. Burton F. Elrod, Southern Sports Medicine, 2021 Church St, Suite 200, Nashville, TN 37203, telephone number 615-284-2000;

40. Dr. Michael T. Santi, Colon & Rectal Surgery Associates, 240 Patterson St, Suite 201, Nashville, TN 37203, telephone number 615-342-5740;

41. Dr. Frank Berklacich, 4230 Harding Rd, Suite 805, Nashville, TN 37205, telephone number 615-298-3205;

42. Dr. Carl Hampf, 300 20th Ave N, Suite 506, Nashville, TN 37203, telephone number 615-327-9543;

43. Dr. James Cato, 222 2nd Ave N, Nashville, TN 37203, telephone number 615-284-2222;

44. Christopher L. Woods, DDS, 1502 17th Ave South, Nashville, TN 37212, telephone number 615-463-7864;

45. Dr. Thomas Stasko, Vanderbilt Dermatology Clinic, 1301 22nd Ave S, Suite 3903, Nashville, TN 37232, telephone number 615-322-6485;

46. Dr. Rex Arendall, Neurological Associates, 345 23rd Ave N, Suite 420, Nashville, TN 37203, telephone number 615-986-1256;

47. Dr. Daryl Kaswinkel, Loden Vision Center, 907 Rivergato Parkway, Suite C2020, Goodlettsville, TN 37072, telephone number 615-859-3937;

48. Dr. Michael Crawford, Powers Family Chiropractic Center, 4117 Gallatin Rd, Nashville, TN 37216, telephone number 615-227-5020;

49. Dr. David Schull, 4230 Harding Road, Suite 521, Nashville, TN 37205, telephone 615-269-2655;

50. Dr. Nathan T. Mowery, 1211 21st Ave, 2/404 Medical Arts Building, Nashville, TN 37212, telephone 615-322-3000;

51. Dr. W. Scott West, Associated Psychiatrists, 30 Burton Hills Blvd #375, Nashville, TN 37215, telephone 615-327-4877;

52. Pamela Krancer, APN;

53. Ashley Pippin-Moreland, Sales Representative/Territory Manager;

54. David Franklin, Whirty Circle, Hopkinton, MA;

55. Jeffrey Kindler, CEO, Pfizer, Inc.;

56. Frank D'Amelio, Sr. VP and Chief Financial Officer, Pfizer, Inc.;

57. Hauben, Dr. Manfred, Medical Director, Risk Management Strategy;

58. Knapp, Lloyd, Pharm D.;

59. William Ringo, Sr. VP, Strategy and Business Development, Pfizer, Inc.;

60. Martin Mackay, President, Pfizer Global Research & Development, Pfizer, Inc.;

61. Amy Schulman, Officer, Pfizer, Inc.;

62. David Madigan, PhD, Professor of Statistics, Columbia University;

63. Javier Cabrera, PhD, Professor of Statistics, Rutgers University;

85. Sharon-Lise T. Normand, PhD, Professor of Biostatistics, Harvard School of Public Health;

86. Atul Pande, MD, 116 Morris Branch Court, Cary, North Carolina 27518;

87. Defendants' Regional or District Sales Managers who supervised, trained, or coached the territory manager(s) and/or sales representatives who detailed Plaintiff decedent's healthcare providers regarding Neurontin;

88. Sandy Beaty, Pfizer Inc., 3200 W. End Ave. #500, Nashville, TN 37203-1322;

89. Corporate representative, Pfizer Inc., 3200 W. End Ave. #500, Nashville, TN 37203-1322;

90. Corporate representative, Pfizer Inc., 1865 Shelby Oaks Drive, Memphis, TN 38134-7401.

Dated: April 27, 2010

FINKELSTEIN & PARTNERS, LLP

JACK W. LONDON AND
ASSOCIATES, P.C.

By: /s/ Kenneth B. Fromson
KENNETH B. FROMSON, ESQ.
1279 Route 300
Newburgh, N.Y. 12551
Tel: (845) 562-0203

By: /s/ Jack W. London
JACK W. LONDON, ESQ.
3701 Bee Cave Rd., Suite 200
Austin, TX 78746
Tel: (512) 478-5858

THE LANIER LAW FIRM, PLLC

By: /s/ W. Mark Lanier
W. MARK LANIER
126 East 56th Street, 6th Floor
New York, NY 10022
Tel: (212) 421-2800

Attorneys for Plaintiff