UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---------------------------------------------------------------x
:
RUTH SMITH, Individually and as Widow :
for the Use and Benefit of Herself and the :
Next of Kin of RICHARD SMITH, Deceased, : Civil No. 3:05-0444
: Judge Trauger
Plaintiff, :
-against- :
: (corrected signature page)
PFIZER INC., PARKER-DAVIS, :
a division of Warner-Lambert Company, :
and Warner-Lambert Company LLC, :
WARNER-LAMBERT COMPANY, :
WARNER-LAMBERT COMPANY LLC and :
JOHN DOE(S) 1-10, :
:
Defendants, :
---------------------------------------------------------------x

PLAINTIFF'S EXPERT WITNESS STATEMENTS
AND QUALIFICATIONS FOR THE FOLLOWING:

1. Trimble, MD, Michael, Flat 22 Belvedere House, Grosvenor Road, London SW1V 3JY United Kingdom;

2. Blume, PhD, Cheryl, 13902 North Dale Mabry Highway, Tampa, FL 33618;

3. King III, Charles, Greylock McKinnon Associates, One Memorial Drive, Cambridge, Massachusetts 02142;

4. Ron Maris, PhD; The Suicide Center, 9 Poacher's Lane, Columbia, SC 29223-3014;

5. Sander Greenland, Department of Epidemiology, UCLA School of Public Health, Los Angeles, California 90095-1772.

Dated: April 27, 2010

FINKELSTEIN & PARTNERS, LLP　　　　JACK W. LONDON AND
　ASSOCIATES, P.C.

By: /s/ Kenneth B. Fromson　　　　　　By: /s/ Jack W. London
KENNETH B. FROMSON, ESQ.　　　　JACK W. LONDON, ESQ.
1279 Route 300　　　　　　　　　　　3701 Bee Cave Rd., Suite 200
Newburgh, N.Y. 12551　　　　　　　　Austin, TX 78746
Tel: (845) 562-0203　　　　　　　　　Tel: (512) 478-5858

THE LANIER LAW FIRM, PLLC

By: /s/ W. Mark Lanier
W. MARK LANIER
126 East 56th Street, 6th Floor
New York, NY 10022
Tel: (212) 421-2800

Attorneys for Plaintiff