## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Stipulations (Doc # 186) was served via ECF filing the 28th day of April 2010 on the following:

Mark S. Cheffo, Esq.
Catherine B. Stevens, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, N.Y. 10036

Aubrey B. Harwell, Jr., Esq.
W. David Bridgers, Esq.
Gerald Neenan, Esq.
Robert A. Peal, Esq.
Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219

Prince C. Chambliss, Jr., Esq.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

*Attorneys for Defendants*