IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of RICHARD SMITH, Deceased,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**PFIZER INC.,** *et al.*,<br><br>    **Defendants.** | **Case No. 3:05-0444**<br>**Judge Trauger** |

## ORDER

For the reasons expressed in the accompanying Memorandum, the plaintiff's Motion to Exclude Testimony of Sheila Weiss Smith, Ph.D. (Docket No. 89) is **DENIED**; the plaintiff's Motion to Strike the Deposition Testimony and Affidavit of Cynthia McCormick and to Preclude the Defendants from Using the Deposition of Charles Taylor at Trial (Docket No. 92) is **DENIED**; the defendants' Motion to Exclude Evidence of Marketing or Advertising Materials and Conduct and Other Litigations (Docket No. 115) is **DENIED**; and the defendants' Motion to Exclude Testimony of Charles King (Docket No. 118) is **DENIED**.

It is so Ordered.

Entered this 29th day of April 2010.

_____
ALETA A. TRAUGER
United States District Judge