# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:05-0444 |
| v. | ) ) | |
| Pfizer Inc, et al, | ) ) | Judge Aleta A. Trauger (Dist of MA No. 1:05-cv-11515PBS) |
| Defendant. | ) | |

## MOTION FOR ADMISSION OF ANDREW H. MYERS *PRO HAC VICE*

Defendant, through undersigned counsel, requests permission under Local Rule 83.01(d) for Andrew H. Myers of the law firm of Wheeler Trigg O'Donnell, 1801 California Street, Suite 3600, Denver, Colorado 80202, to appear as counsel for Defendant. Mr. Myers is a member in good standing of the Bar of the State of Colorado. A Certificate of Good Standing for Mr. Myers is attached.

WHEREFORE, Andrew H. Myers requests that he be admitted *pro hac vice* and that he be permitted to appear and participate as counsel for the Defendant in this case.

Respectfully submitted,

**NEAL & HARWELL, PLC**

By: /s/ Gerald D. Neenan
    Aubrey B. Harwell, Jr., No. 002559
    W. David Bridgers, No. 016603
    Gerald D. Neenan, No. 006710

2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
(615) 244-1713
(615) 726-0573 (fax)

*Attorneys for Defendants Pfizer Inc. and*
*Warner-Lambert Company*

**SKADDEN, ARPS, SLATE,**
  **MEAGHER & FLOM LLP**

Mark S. Cheffo
Four Times Square
New York, NY 10036
Tel: (212) 735-3000

*Of counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this the _____ day of _____, 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

| | |
|---|---|
| Andrew G. Finkelstein, Esq.<br>Kenneth B. Fromson, Esq.<br>Finkelstein & Partners, LLP<br>436 Robinson Avenue<br>Newburg, NY 12550 | Charles F. Barrett, Esq.<br>Barrett & Associates, P.A.<br>6718 Highway 100, Suite 210<br>Nashville, TN 37205 |
| Dara G. Hegar, Esq.<br>Ken S. Soh, Esq.<br>Maura Kolb, Esq.<br>Robert Leone, Esq.<br>W. Mark Lanier, Esq.<br>Lanier Law Firm<br>6810 FM 1960 West<br>Houston, TX 77069 | Prince C. Chambliss, Jr., Esq.<br>Evans & Petree, PC<br>1000 Ridgeway Loop Road, Suite 200<br>Memphis, TN 38120 |

/s/ Gerald D. Neenan