UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, Deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:05-0444 |
| v. | ) ) | |
| Pfizer Inc, et al, | ) ) | Judge Aleta A. Trauger |
| Defendant. | ) ) | (Dist of MA No. 1:05-cv-11515PBS) |

## ORDER

Upon the Motion of Andrew H. Myers to appear as counsel for Defendant in this matter, and the Certificate of Good Standing filed in support of such Motions, IT IS HEREBY ORDERED that Andrew H. Myers is granted leave of Court to appear *pro hac vice* as counsel of record for Defendant in this matter.

Entered this _____ day of _____, 2010.

_____
ALETA A. TRAUGER
UNITED STATES DISTRICT JUDGE

**APPROVED FOR ENTRY:**

**NEAL & HARWELL, PLC**

By: /s/ Gerald D. Neenan
　　Aubrey B. Harwell, Jr., No. 002559
　　W. David Bridgers, No. 016603
　　Gerald D. Neenan, No. 006710
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN  37219
(615) 244-1713
(615) 726-0573 (fax)
*Attorneys for Defendants Pfizer Inc. and Warner-Lambert Company*