

# Certificate of Good Standing

United States District Court
District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY
**ANDREW HOWELL MYERS**
was duly admitted to practice in said court on
**December 23, 2002**
and is in good standing as a member of the bar of said court.

Dated: April 28, 2010         Gregory C. Langham, Clerk

By: *Mark J. Fredrickson*
Deputy Clerk