

# Certificate of Good Standing

## United States District Court
### District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY
**JAMES ERNEST HOOPER**
was duly admitted to practice in said court on
**December 6, 1995**
and is in good standing as a member of the bar of said court.

Dated: April 28, 2010          Gregory C. Langham, Clerk

By: *Mark J. Fredrickson*
Deputy Clerk