

# Certificate of Good Standing

## United States District Court
### District of Colorado

I, Gregory C. Langham, Clerk of the United States District Court
DO HEREBY CERTIFY
**STEPHEN ERNEST OERTLE**
was duly admitted to practice in said court on
**November 20, 2009**
and is in good standing as a member of the bar of said court.

Dated: April 28, 2010         Gregory C. Langham, Clerk

By: *Mark J. Fredrickson*
Deputy Clerk