IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **RUTH SMITH, Individually and as Widow** ) | |
| **for the Use and Benefit of Herself and the** ) | |
| **Next of Kin of RICHARD SMITH, Deceased,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:05-0444 |
| ) | Judge Trauger |
| **PFIZER INC.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

For the reasons expressed in the accompanying Memorandum, the defendants' Motion to Exclude Evidence of and References to Warner-Lambert Co. LLC's Guilty Plea or any Related Government Investigations or Agreements (Docket No. 124) is **DENIED**; the defendants' Motion to Exclude Evidence of Post-Incident Regulatory Actions, Labeling, and Patient Information Guides (Docket No. 101) is **DENIED**; the defendants' Motion to Exclude the Testimony of David Franklin and Evidence of the *Franklin* litigation (Docket No. 121) is **GRANTED IN PART** and **DENIED IN PART**; the defendants' Motion to Exclude Evidence of Anecdotal Adverse Event Reports (Docket No. 109) is **GRANTED**; and the defendants' Motion to Exclude Evidence of Loss of Consortium Damages Suffered by the Decedent's Children (Docket No. 104) is **DENIED**.

It is so Ordered.

Entered this 30th day of April 2010.

_____
ALETA A. TRAUGER
United States District Judge