THE STATE BAR
OF CALIFORNIA

MEMBER SERVICES CENTER

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1639

TELEPHONE: 888-800-3400

2010 APR 30 AM 10: 19
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

# CERTIFICATE OF STANDING

April 21, 2010

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, KEITH L. ALTMAN, #257309 was admitted to the practice of law in this state by the Supreme Court of California on August 25, 2008; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records