**RECEIVED**
IN CLERK'S OFFICE

APR 3 0 2010

**U.S. DISTRICT COURT**
**MID. DIST. TENN.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

-------------------------------------------------------------------X

RUTH SMITH, Individually and ad Widow for the
Use and Benefit of herself and the Next of Kin
of RICHARD SMITH, Deceased,

                             Plaintiff,                      No. 3:05-cv-00444

         vs.                                          Judge Aleta A. Trauger

PFIZER INC., PARKE-DAVIS a division of
Warner-Lambert Company and Warner-Lambert
Company LLC, WARNER-LAMBERT COMPANY,
WARNER-LAMBERT COMPANY LLC and
JOHN DOE(S) 1-10,

                             Defendants.

-------------------------------------------------------------------X

## ORDER

The motion of plaintiff Ruth Smith, Individually and as Widow for the Use and benefit of herself and the Next of Kin of Richard Smith, Deceased, for admission pro hac vice of Keith L. Altman (Docket Entry No.____) is GRANTED.

The Clerk is directed to enter Keith L. Altman as counsel for plaintiff Ruth Smith, Individually and as Widow for the Use and Benefit of herself and the Next of Kin of Richard Smith, Deceased.

It is so ORDERED.

Dated this ___ day of May, 2010.

                                             _____
                                             JULIET GRIFFIN
                                             United States Magistrate Judge