```
Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675011967
Cashier ID: astraugh
Transaction Date: 04/30/2010
Payer Name: FINKELSTEIN AND PARTNERS
--------------------------------
PRO HOC VICE
 For: KEITH L. ALTMAN
 Case/Party: D-TNM-3-05-CV-000444-001
 Amount:       $75.00
--------------------------------
CHECK
 Check/Money Order Num: 015034
 Amt Tendered:  $75.00
--------------------------------
Total Due:      $75.00
Total Tendered: $75.00
Change Amt:     $0.00
```