# United States District Court
## Southern District of New York

**Certificate of Good Standing**

I, <u>J. Michael McMahon,</u> Clerk of this Court, certify that

<u>      FAITH E. GAY      </u>, Bar #<u>  FG9357  </u>

was duly admitted to practice in this Court on

<u>MARCH 24th, 1987</u>, and is in good standing

as a member of the Bar of this Court.

Dated at   <u>500 Pearl Street<br>New York, New York</u>   on   <u>APRIL 26th, 2010</u>

<u>J. Michael McMahon</u>   by   _[signature]_<br>
Clerk                               Deputy Clerk