# CLERK'S RESUME OF PROCEEDINGS
# CIVIL NON-JURY PROCEEDINGS

RUTH SMITH

                                                CASE NO: 3:05-0444

v.                                                DATE: 4/30/2010

PFIZER, INC., ET AL


NATURE OF PROCEEDING: Pretrial Conference

COURT REPORTER: Becky Cole

PLAINTIFF'S ATTORNEY(S): Andrew Finkelstein, Dara Hegar, Robert Leone, W. Mark Lanier,
DEFENDANT'S ATTORNEY(S): Aubrey Harwell, Jr., Catherine Stevens, Gerald Neenan, Mark Cheffo, James Hooper, Faith Gay


INSTRUCTIONS OF THE COURT: Court addressed pending motions. Order to enter.


Time:    1 hr 10 mins

                                                                Ann Frantz
                                                                COURTROOM DEPUTY CLERK