**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| RUTH SMITH, individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:05-0444 Judge Trauger |
| PFIZER, INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company, LLC, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC, and JOHN DOES 1-10, | ) ) ) ) ) ) | |
| Defendants | ) | |

**O R D E R**

The pretrial conference was held in this case on April 30, 2010. The rulings on the motions in limine that were made at the pretrial conference on the record are hereby **ORDERED** for the reasons expressed on the record, which are hereby incorporated by reference as if set forth verbatim.

It is further **ORDERED** as follows:

1. The parties shall fax to Judge Trauger's chambers a short version of their theory of the case by 12:00 noon on Friday, May 7, 2010.

2. The parties shall file joint agreed instructions and separate versions of instructions not agreed to and a joint proposed verdict form or separate proposed versions by May 6, 2010 and furnish computer discs representing those filings to Judge Trauger's office by the same deadline.

3. Revised objections to exhibits shall be filed by May 5, 2010, with responses due May 6, 2010. Copies of exhibits at issue should be furnished to chambers.

1

4. Revised objections to deposition excerpts shall be filed by May 5, 2010, with responses due May 6, 2010. Copies of depositions to which objections are filed should be furnished to chambers.

5. Objections to expert witness statements shall be filed by May 5, 2010, with responses due May 6, 2010.

It is so **ORDERED**.

ENTER this 30th day of April 2010.

                                                                          ALETA A. TRAUGER
                                                                          U.S. District Judge