```
DUPLICATE

Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675011981
Cashier ID: astraugh
Transaction Date: 05/03/2010
Payer Name: NEAL AND HARWELL
--------------------------------
PRO HOC VICE
  For: JAMES HOOPER      CV
  Case/Party: D-TNM-3-05-CR-000444-001
  Amount:        $75.00
--------------------------------
CHECK
  Check/Money Order Num: 107403
  Amt Tendered:  $75.00
--------------------------------
Total Due:       $75.00
Total Tendered:  $75.00
Change Amt:      $0.00
```

```
DUPLICATE

Court Name: U. S. District Court, MD/TN
Division: 3
Receipt Number: 34675011982
Cashier ID: astraugh
Transaction Date: 05/03/2010
Payer Name: NEAL AND HARWELL
--------------------------------
PRO HOC VICE
  For: FAITH GAY  Myers
  Case/Party: D-TNM-3-05-CV-000444-001
  Amount:        $75.00
PRO HOC VICE
  For: FAITH GAY  Oertle
  Case/Party: D-TNM-3-05-CV-000444-001
  Amount:        $75.00
PRO HOC VICE
  For: FAITH GAY
  Case/Party: D-TNM-3-05-CV-000444-001
  Amount:        $75.00
--------------------------------
CHECK
  Check/Money Order Num: 107377
  Amt Tendered:  $225.00
--------------------------------
Total Due:       $225.00
Total Tendered:  $225.00
Change Amt:      $0.00
```