
| | | | | |
|---|---|---|---|---|
| Howard S. Finkelstein, P.C. (NY) | | | | Frances M. Bova, R.N. (NY & NJ) |
| Andrew G. Finkelstein, P.C. (NY & NJ) | | | | Sharon A. Scanlan (NY & CT) |
| George M. Levy (NY) | | | | Robert E. Borrero (NY) |
| Kenneth L. Oliver, P.C. (NY) | | | | Marc S. Becker (NY) |
| Joel S. Finkelstein, P.C. (NY, NJ, MA & FL) | | | | Ari Kresch (NY & MI) |
| Duncan W. Clark (NY) | | | | Jeffrey A. Brown, MD, MPH. (NY & NJ) |
| Ronald Rosenkranz (NY) | | | Of Counsel | Dennis G. Ellis (NY) |
| Robert J. Camera (NY & NJ) | James W. Shuttleworth, III (NY) | Marshall P. Richer (NY) | | Gail Koff, P.C. (NY) |
| Joseph P. Rones (NY) | Lawrence D. Lissauer (NY) | Thomas J. Pronti (NY) | Michael Feldman (NY & NJ) | Joel Bossom (NY) |
| Steven Lim (NY) | David E. Gross (NY & NJ) * | Kristine M. Cahill (NY & CT) | Michael Finkelstein (NY) | Michael O. Gittelsohn (NY) |
| George A. Kohl, II (NY & MA) | Julio E. Urrutia (NY) | Kara L. Campbell (NY & CT) | Cynthia M. Maurer (NY & NJ) | Antonio S. Grillo (NY) |
| Eleanor L. Polimeni (NY) | Victoria Lieb Lightcap (NY & MA) | Silvia Fermanian (NY) | Raye D. Futerfas (NJ) | Glenn W. Kelleher (NY) |
| Steven H. Cohen (NY) | Ann R. Johnson (NY & CT) | Edward M. Steves (NY) | Kenneth Cohen (NJ) | Cristina L. Dulay (NY) |
| Francis Navarra (NY) | | Marie M. DuSault (NY) | Linda Armatti-Epstein (NY) | |
| Andrew J. Genna, LLM (NY & PA) | | Melody A. Gregory (NY & CT) | David Akerib (NY) | Stephanie O'Connor, R.N. (NY & NJ) * |
| Thomas C. Yatto (NY) | Debra J. Reisenman (NY) | Gail Schlanger (NY) | Mark B. Hudoba (NY) | Shareef Rabaa (NY & OH) * |
| Elyssa M. Fried-DeRosa (NY) | John F. Dowd (NY & CT) | Elizabeth A. Wolff (NY & MA) | Kenneth G. Bartlett (CT & NJ) | |
| Mary Ellen Wright, R.N. (NY) | Michael T. McGarry (NY) | Keith L. Altman (CA) | Gustavo W. Alzugaray (NY) | * The Neurolaw Trial Group |
| Kenneth B. Fromson (NY, NJ & PA) | Steven P. Shultz (NY & MA) | Michael M. Emminger (NY) | | |
| Nancy Y. Morgan (NY, NJ & PA) | | | | |
| Andrew L. Spitz (NY) | | | | |

REFER TO OUR FILE #: 231407

May 3, 2010

Office of the Clerk
United States District Court
801 Broadway
Nashville, TN 37203

  Re: *Smith v. Pfizer Inc.;*    3:05-CV-0444

Dear Clerk of the Court:

  Please be advised that the motion for admission pro hac vice on behalf of Keith L. Altman, Esq. in the above-referenced matter (Doc # 201) is hereby withdrawn. To the extent the Court may have already granted his status as pro hac vice, we respectfully request the withdrawal of his appearance. Thank you for your consideration in this matter.

            Very truly yours,

            FINKELSTEIN & PARTNERS, LLP

            KENNETH B. FROMSON, ESQ.

TO: Mark S. Cheffo, Esq.
   Catherine B. Stevens, Esq.
   Skadden, Arps, Slate, Meagher & Flom LLP
   Four Times Square
   New York, N.Y. 10036

   Aubrey B. Harwell, Jr., Esq.
   W. David Bridgers, Esq.
   Gerald Neenan, Esq.
   Robert A. Peal, Esq.

Newburgh • Albany • Binghamton • Kingston • Middletown • New Windsor • Newark • Port Jervis • Poughkeepsie • Spring Valley • Syracuse • Troy

1279 ROUTE 300, P.O. BOX 1111
NEWBURGH, NY 12551  Phone: (845) 562-0203  Fax: (845) 562-3492  www.lawampm.com  101 WHITNEY AVENUE
NEW HAVEN, CT 06510

*Please Send All Correspondence to the Address Indicated Above*



Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219

Prince C. Chambliss, Jr., Esq.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via ECF filing the 3rd day of May 2010 on the following:

Mark S. Cheffo, Esq.
Catherine B. Stevens, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, N.Y. 10036

Aubrey B. Harwell, Jr., Esq.
W. David Bridgers, Esq.
Gerald Neenan, Esq.
Robert A. Peal, Esq.
Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219

Prince C. Chambliss, Jr., Esq.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

*Attorneys for Defendants*