IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

------------------------------------------------------------X
RUTH SMITH, Individually and as Widow )
for the Use and Benefit of Herself and the )
Next of Kin of RICHARD SMITH, Deceased, )   Case #: 3:05-00444
                                          )   Judge Trauger
                  Plaintiff,              )
                                          )
         -against-                        )
                                          )
PFIZER INC., PARKE-DAVIS,                 )
a division of Warner-Lambert Company      )
and Warner-Lambert Company LLC,           )
WARNER-LAMBERT COMPANY,                   )
WARNER-LAMBERT COMPANY LLC and            )
JOHN DOE(S) 1-10,                         )
                                          )
                  Defendants.             )
------------------------------------------------------------X

## RESPONSE TO PFIZER'S EMERGENCY MOTION FOR CONTINUANCE

Given the hardship caused by the recent flooding in Nashville, Plaintiffs do not formally oppose Pfizer's Emergency Motion for Continuance. Plaintiffs will respectfully follow the Court's guidance with respect to the current May 11th trial setting and when the case can be rescheduled.

To the extent that the case will be continued from the May 11th trial setting, Plaintiffs respectfully ask for a brief period of time to consult with their experts as to availability before the case is formally set for trial.

Respectfully submitted,

THE LANIER LAW FIRM, P.C.

*K. Soh*

Ken S. Soh (TSB#00794670)
W. Mark Lanier (TSB#11934600)
Dara G. Hegar (TSB#24007280)
Robert E. Leone (TSB#00792241)
Maura Kolb (TSB#00794113)
6810 FM 1960 West
Houston, TX 77069
(713) 659-5200
(713) 659-2204 (facsimile)

Kenneth B. Fromson
Finklestein & Partners, LLP
1279 Route 300, P. O. Box 1111
Newburgh, NY 12551
(845) 562-0203

*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via the Court's ecf filing system on this 5th day of May, 2010 on the following:

**Prince C. Chambliss, Jr., Esq.**
Evans & Petree, PC
1000 Ridgeway Loop Road
Suite 200
Memphis, TN 38120
(901) 525-6781
pchambliss@evanspetree.com

**Joel T. Galanter, Esq.**
Adams and Reese LLP
Third National Financial Center
424 Church Street
Suite 2800
Nashville, TN 37219-0058
(615) 259-1450
joel.galanter@arlaw.com

Mark S. Cheffo, Esq.
Skadden, Arps, et. Al.
Four Times Square
New York, NY 10036

Gerald D. Neenan, Esq.
Robert A. Peal, Esq.
Neal & harwell
2000 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2498

*Attorneys for Defendants*

_____
Ken Soh