# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company, LLC, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC, and JOHN DOES 1-10,<br><br>    Defendants | Civil No. 3:05-0444<br>Judge Trauger |

## O R D E R

The defendants' emergency motion for continuance of trial (Docket No. 210) is GRANTED. Pursuant to a telephone conference held with counsel on May 4, 2010, it is hereby ORDERED that the jury trial scheduled to begin on May 11, 2010 shall, instead, begin on Monday, May 17, 2010.

It is further ORDERED that a status telephone conference will be held with counsel for the parties on Monday, May 10, 2010, at 10:00 a.m.

It is so **ORDERED**.

ENTER this 7th day of May 2010.

_____
ALETA A. TRAUGER
U.S. District Judge