IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RUTH SMITH, individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:05-0444 Judge Trauger |
| PFIZER, INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company, LLC, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC, and JOHN DOES 1-10, | ) ) ) ) ) ) | |
| Defendants | ) | |

**O R D E R**

A telephone conference was held with counsel for the parties on May 10, 2010. It is hereby **ORDERED** that the trial of this case shall begin on Monday, May 17, 2010, at 9:00 a.m.

The following additional matters are hereby **ORDERED**:

1. Revised expert witness statements shall be filed by 12:00 noon on Friday, May 14, 2010.

2. The parties shall furnish to opposing counsel, by Wednesday, May 12, 2010, copies of all demonstrative exhibits proposed to be used in opening statements. If there are issues for the court to resolve, the parties shall notify Judge Trauger's courtroom deputy by 12:00 noon on Friday, May 14, 2010, and the court will attempt to schedule a telephone conference with counsel on Friday afternoon.

3. Neither party is to *voir dire* the jury as to the suicide note in this case without prior approval of the court.

4. Plaintiff's counsel shall fax to Judge Trauger's chambers a copy of the actual suicide note, which is not in the record.

1

It is so **ORDERED**.

ENTER this 10th day of May 2010.

                                          ALETA A. TRAUGER
                                          U.S. District Judge

2

Case 3:05-cv-00444   Document 220   Filed 05/10/10   Page 2 of 2 PageID #: 4653