IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, individually and as Widow for the Use and Benefit of Herself and the Next of Kin of Richard Smith, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>PFIZER, INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company, LLC, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC, and JOHN DOES 1-10,<br><br>    Defendants | Civil No. 3:05-0444<br>Judge Trauger |

**O R D E R**

It is hereby **ORDERED** that a telephone conference will be held with counsel for the parties on Wednesday, May 12, 2010, at 3:15 p.m. to discuss the handling of exhibits at the trial. Counsel for the parties are directed to call (615) 695-2891 at the designated time to participate in the telephone conference.

It is so **ORDERED**.

ENTER this 12th day of May 2010.

_____
ALETA A. TRAUGER
U.S. District Judge