IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next of Kin of RICHARD SMITH, Deceased, | ) ) ) ) | Case #: 3:05-00444 |
| Plaintiff, | ) ) | Judge Trauger |
| -against- | ) ) | |
| PFIZER INC., PARKE-DAVIS, a division of Warner-Lambert Company and Warner-Lambert Company LLC, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY LLC and JOHN DOE(S) 1-10, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S OBJECTIONS TO
DEFENDANTS' EXHIBITS**

Plaintiff Ruth Smith, as the Widow for the use and benefit of herself and the next of kin of Richard Smith, deceased, by and through her attorneys, hereby submits Plaintiff's Objections to Defendants' Deposition Designations.

**Authenticity**

Plaintiff objects to the authenticity of the following documents:

| Exhibit Number | Description | Comment |
|---|---|---|
| DX0265 | Medical Chronology of Richard Smith | Document is a medical chronology prepared by Defendants' counsel |
| DX7051 | NDA Narratives in Epilepsy NDA. | Unknown source of document |
| DX7212 | Plaintiff Lawyer Ads. | Unknown source of document |
| DX7392 | Email from Donald Dobbs to Dr. Alexander Ruggieri. | See below |
| DX7758 | NDA 21-397 Item 6 Table of Contents - Human Pharmaockinetics and Bioavailability | Exhibit Not Provided |
| DX7760 | Proceedings of the Third International Conference on Bipolar Disorder 1999 | Exhibit Not Provided |
| DX7767 | Research Protocol-945-224-A Double Blind Placebo-Controlled Trial with 3 Doses of Gabapentin for Treatment of Painful Diabetic Neuropathy | Exhibit Not Provided |

Plaintiff provides extensive objections to one specific exhibit, Defendants DX7392:

> Plaintiff objects to the authenticity of Defendants' Exhibit 7392. A document may be authenticated by "appearance, contents, substance, internal patterns, or other distinctive characteristics, taken in conjunction with circumstances." Fed. R. Evid. 901(b)(4). A district court has discretion to determine authenticity, *United States v. Siddiqui*, 235 F.3d at 1322. The document in question lacks any markings from the FDA and does not even come from the email account of Dr. Dobbs which is listed on the Health and Human Services Website as "donald.dobbs@fda.hhs.gov." Furthermore, Dr. Dobb's mailing address and phone numbers are not provided at the bottom of the email as is customary for other emails from the FDA. As such, it is unclear who at the FDA, if anyone, actually sent the email in question. This is most troubling considering that Defendants are attempting to use this email as representing the official position of the FDA. When asked about the email at his deposition in December 2008, Dr. Ruggieri stated:
>
> > Q. Did you receive this e-mail through your home computer?
> > A. Yes.
> > Q. Do you still have the e-mail on your home computer?
> > A. I don't think I do. (Deposition of Alex Ruggieri, December 5, 2008, pp. 277-278)
>
> Dr. Ruggieri has never produced the e-mail with routing information which could settle the question of its authenticity. Defendants have been well aware of Plaintiff's questions concerning the authenticity of this document, yet have failed to do anything. For example, they could have obtained a "red ribboned" version of the email from the FDA to validate its authenticity.
>
> Hearsay
>
> Aside from its authenticity, the document is inadmissible hearsay. The document purports to set forth the FDA's position regarding the usage of adverse event reports in the context of suicidality. According to the e-mail, Dr. Dobbs allegedly provides the position of the FDA. It is unclear that Dr. Dobbs is authorized to provide official policy determinations of the FDA. Since Defendants are putting forth this email to prove that the FDA does not believe that adverse events can be used to determine causality, the document is classic hearsay. The email does not fall under any of the hearsay exceptions as it does not satisfy the requirements of F.R.E. 803(6) or 803(8). It is therefore inadmissible hearsay and not relevant to any issue herein, especially the FDA's position on whether information in the AER's can cause increased suicidal thoughts or behavior in patients taking antiepileptic drugs.
>
> Prejudice outweighs probative value.

These documents have been provided to the Court.

The following table lists Plaintiffs' remaining document objections not listed above, with the exception of authenticity objections which also have substantive objections. Copies of each exhibit will be provided to the court.

There are certain broad categories of documents that are likely to be addressed as a group:

1. C.V.'s of various witnesses: DX0219, DX0221, DX0227, DX0229, DX0247, DX7436, DX7449, DX7450, DX7453, and DX7461
2. Declaration and affidavits: DX7411, DX7413, DX7454-DX7460
3. Charts used in the preservation deposition of Defendants' expert Dr. Charles Taylor: DX7566-DX7559
4. CFR's and one Federal Register citation: DX7768-DX7780
5. Transcripts: DX7781-DX7783 and DX7462

| Exhibit Number | Description | Objection | Comment |
|---|---|---|---|
| DX0213 | Gary Wayne Biggs Notes | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value; Relevance | |
| DX0214 | Gary Wayne Biggs Investigation Fee Schedule | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value; Relevance | |
| DX0219 | C.V. - Curriculum Vitae of James Cato, M.D. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX0221 | C.V. - Curriculum Vitae of Carl Hampf, M.D. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX0227 | C.V. - Curriculum Vitae of Feng Li, M.D., J.D., Ph.D. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX0229 | C.V. - Curriculum Vitae of Edward Mackey, M.D. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX0247 | C.V. - Curriculum Vitae of Stewart Stowers. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX0265 | Medical Chronology of Richard Smith | Authenticity; Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value; Fails To Meet The Requirements of FRE 702 And/Or FRE 703 | Document is a medical chronology prepared by Defendants' counsel |
| DX7045 | Neurontin Indication Status Spreadsheets bearing the bates range Pfizer_MDL_0008198 - 408. | Relevance | Shows approval history outside the United States. Foreign approvals not relevant to Smith Case. |
| DX7051 | NDA Narratives in Epilepsy NDA. | Authenticity; Defendant Document Lacks Bates Number And Was Not Produced In Accordance With Rule 26 Or Plaintiff Discovery Demand | |
| DX7212 | Plaintiff Lawyer Ads. | Authenticity; Relevance; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |

| Exhibit Number | Description | Objection | Comment |
|---|---|---|---|
| DX7255 | FDA Advisory Committee meeting slide presentation by Dr. J Cramer. | Hearsay | |
| DX7288 | Brock's handwritten notes. | Relevance; Hearsay | |
| DX7295 | International Conference On Harmonisation Of Technical Requirements For Registration Of Pharmaceuticals For Human Use; ICH Harmonised Tripartite Guideline: Guideline For Good Clinical Practice (E6(R1)). | Exhibit Does Not Match Description | |
| DX7305 | Bipolar and Gabapentin Sensitivity Analysis. | Hearsay; Fails To Meet The Requirements of FRE 702 And/Or FRE 703 | Charts from analyses of Defense Expert Robert Gibbons |
| DX7374 | FDA Talk Paper on Antidepressants. | Relevance | Has nothing to do with Neurontin or other AED's |
| DX7375 | Statement from American Epilepsy Society. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX7379 | An Update on the Possible Mechanisms of Action of Gabapentin. By: Charles Taylor bearing the bates range Pfizer_CTaylor_0008905 - 23. | Rule 403; | |
| DX7382 | Report by Dr. Stephen Brown, "Gabapentin and Psychosis" bearing the bates range MDL_LABL_0000002 - 04. | Hearsay | Objection is to the attached report. |
| DX7383 | Report from Dr. Stephen Brown to Dr. Tim Paget bearing the bates range Pfizer_CPacella_0009440 - 49. | Hearsay | |
| DX7384 | Medicines Control Agency Draft Response bearing the bates range Pfizer_LKnapp_0135264 - 65. | Hearsay | Document is a draft and not a final document, therefore no hearsay exception applies. |
| DX7391 | Email from Dr. Alexander Ruggieri to Dr. Steven Galson. | Hearsay | |
| DX7392 | Email from Donald Dobbs to Dr. Alexander Ruggieri. | Authenticity; Hearsay | Please See extensive comments in the authenticity section |
| DX7401 | Pharmacist's Letter/Prescriber's Letter bearing the bates range Pfizer_JSu_0017853 - 56. | Hearsay | Appears to be a journal publication of some kind. |
| DX7411 | Affidavit of Dr. Cynthia McCormick, M.D. with exhibits. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value; Fails To Meet The Requirements of FRE 702 And/Or FRE 703 | |

| Exhibit Number | Description | Objection | Comment |
|---|---|---|---|
| DX7413 | Affidavit of Alexander Ruggieri, M.D. | Hearsay | |
| DX7436 | Janeth Turner CV. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX7449 | Manfred Hauben, M.D., M.P.H., D.T.M.&H CV. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX7450 | Lloyd Knapp, Pharm.D. CV. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX7453 | Richard Mattson, M.D. CV. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX7454 | Declaration of Richard Mattson. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX7455 | Declaration of Miroslav Backonja, M.D. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX7456 | Declaration of Dr. Kenneth Gorson. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX7457 | Declaration of Dr. Edward Vieta. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX7458 | Declaration of Robert Gerner, M.D. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX7459 | Declaration of Carol A. Janney, M. S. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX7460 | Declaration of Dr. Ninan T. Mathew. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX7461 | Dr. Mark Mengel, M.D., M.P.H. CV. | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value | |
| DX7462 | Deposition of Benston McFarland. | Hearsay | |
| DX7464 | Figure A, "Stimulus-Dependent Modulation of [3H] Norepinephrine Release from Rat Neocortical Slices by Gabapentin and Pregabalin," 295 J. Pharmacology and Experimental Therapeutics 1086, 1089 (2000). | Hearsay | Chart out of a journal article. |
| DX7471 | Over-the-Counter Labeling Rule. | Relevance; Hearsay | |
| DX7508 | Gabapentin monotherapy: II. A 26-Week, Double-Blind, Dose-Controlled, Multicenter Study of Conversion from Polytherapy in Outpatients with Refractory Complex Partial or Secondarily Generalized Seizures. | Hearsay | Journal Article |
| DX7566 | Charles Taylor 8/27/09 Deposition Exhibit 1 | Hearsay; Chart Not Provided As Part of Expert Report In Advance Of Deposition; Incomplete Document; Calls For Expert Testimony; | |
| DX7567 | Charles Taylor 8/27/09 Deposition Exhibit 2 | Hearsay; Chart Not Provided As Part of Expert Report In Advance Of Deposition; Incomplete Document; Calls For Expert Testimony; | |
| DX7568 | Charles Taylor 8/27/09 Deposition Exhibit 3 | Hearsay; Chart Not Provided As Part of Expert Report In Advance Of Deposition; Incomplete Document; Calls For Expert Testimony; | |
| DX7569 | Charles Taylor 8/27/09 Deposition Exhibit 4 | Hearsay; Chart Not Provided As Part of Expert Report In Advance Of Deposition; Incomplete Document; Calls For Expert Testimony; | |

| Exhibit Number | Description | Objection | Comment |
|---|---|---|---|
| DX7570 | Charles Taylor 8/27/09 Deposition Exhibit 5 | Hearsay; Chart Not Provided As Part of Expert Report In Advance Of Deposition; Incomplete Document; Calls For Expert Testimony; | |
| DX7571 | Charles Taylor 8/27/09 Deposition Exhibit 6 | Hearsay; Chart Not Provided As Part of Expert Report In Advance Of Deposition; Incomplete Document; Calls For Expert Testimony; | |
| DX7572 | Charles Taylor 8/27/09 Deposition Exhibit 7 | Hearsay; Chart Not Provided As Part of Expert Report In Advance Of Deposition; Incomplete Document; Calls For Expert Testimony; | |
| DX7573 | Charles Taylor 8/27/09 Deposition Exhibit 8 | Hearsay; Chart Not Provided As Part of Expert Report In Advance Of Deposition; Incomplete Document; Calls For Expert Testimony; | |
| DX7574 | Charles Taylor 8/27/09 Deposition Exhibit 9 | Hearsay; Chart Not Provided As Part of Expert Report In Advance Of Deposition; Incomplete Document; Calls For Expert Testimony; | |
| DX7575 | Charles Taylor 8/27/09 Deposition Exhibit 10 | Hearsay; Chart Not Provided As Part of Expert Report In Advance Of Deposition; Incomplete Document; Calls For Expert Testimony; | |
| DX7576 | Charles Taylor 8/27/09 Deposition Exhibit 11 | Hearsay; Chart Not Provided As Part of Expert Report In Advance Of Deposition; Incomplete Document; Calls For Expert Testimony; | |
| DX7577 | Charles Taylor 8/27/09 Deposition Exhibit 12 | Hearsay; Chart Not Provided As Part of Expert Report In Advance Of Deposition; Incomplete Document; Calls For Expert Testimony; | |
| DX7578 | Charles Taylor 8/27/09 Deposition Exhibit 13 | Hearsay; Chart Not Provided As Part of Expert Report In Advance Of Deposition; Incomplete Document; Calls For Expert Testimony; | |
| DX7579 | Charles Taylor 8/27/09 Deposition Exhibit 14 | Hearsay; Chart Not Provided As Part of Expert Report In Advance Of Deposition; Incomplete Document; Calls For Expert Testimony; | |
| DX7735 | Document titled Promostudy Report, RE: Neurontin Merritt-Putnam Symposium, Mar. 1995 | Relevance; Hearsay; | No identification as to whom is creating this document |
| DX7739 | Letter from Tracie L. Kelley (MES) to John Knoop (PD), dated Feb. 27, 1997 | Hearsay; | |
| DX7741 | Ltr from Vervack to Aquino | Relevance; Rule 403; Hearsay | |
| DX7747 | Press release titled "PFIZER RECEIVES FDA APPROVAL TO MARKET NEURONTIN FOR POST-HERPETIC NEURALGIA", dated May 28, 2002, bearing the bates range Pfizer_KSiegler_0004997-998 | Relevance; Rule 403 | |
| DX7754 | Letter from Rober M. Sutherland M.D., Co-Director Center for Pain Medicine, Allegheny General Hospital to Carlos Gorrio, Territory Manager, Parke Davis, Northeast Customer Business Unit, re: June 4, 1995 letter from Sherwood Richardson to Anthony Wild, da | Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value; | |

| Exhibit Number | Description | Objection | Comment |
|---|---|---|---|
| DX7758 | NDA 21-397 Item 6 Table of Contents - Human Pharmaockinetics and Bioavailability | Exhibit Not Provided | Exhibit Not Provided |
| DX7760 | Proceedings of the Third International Conference on Bipolar Disorder 1999 | Exhibit Not Provided | Exhibit Not Provided |
| DX7763 | Chart Titled "Neurontin / Gabapentin Prescriptions and Promotional Expenditures" (Dec. 15, 2008, Michael C. Keeley Expert Report, p. 28) | Hearsay; Rule 403 | |
| DX7767 | Research Protocol-945-224-A Double Blind Placebo-Controlled Trial with 3 Doses of Gabapentin for Treatment of Painful Diabetic Neuropathy | Exhibit Not Provided | Exhibit Not Provided |
| DX7768 | 21 C.F.R. 314.105 | Relevance; Rule 403;Foundation | Date is after death of Mr. Smith |
| DX7769 | 21 U.S.C. 301 | Relevance; Rule 403;Foundation | Date is after death of Mr. Smith |
| DX7770 | 21 U.S.C. 352 | Relevance; Rule 403;Foundation | Date is after death of Mr. Smith |
| DX7771 | 21 U.S.C. 355 | Relevance; Rule 403;Foundation | Date is after death of Mr. Smith |
| DX7772 | 21 U.S.C. 393 | Relevance; Rule 403;Foundation | Date is after death of Mr. Smith |
| DX7773 | 51 Fed. Reg. 43900 | Relevance; Rule 403;Foundation | Date is after death of Mr. Smith |
| DX7774 | 71 Fed. Reg. 3922-29 (Jan. 24, 2006) | Relevance; Rule 403;Foundation | Date is after death of Mr. Smith |
| DX7775 | 21 C.F.R. 201.57 (April 2002) | Rule 403;Foundation | |
| DX7776 | 21 C.F.R. 202.1 | Relevance; Rule 403;Foundation | Date is after death of Mr. Smith |
| DX7777 | 21 C.F.R. 312.20 | Relevance; Rule 403;Foundation | Date is after death of Mr. Smith |
| DX7778 | 21 C.F.R. 312.22 | Relevance; Rule 403;Foundation | Date is after death of Mr. Smith |
| DX7779 | 21 C.F.R. 314.50 | Relevance; Rule 403;Foundation | Date is after death of Mr. Smith |
| DX7780 | 21 C.F.R. 314.80 | Relevance; Rule 403;Foundation | Date is after death of Mr. Smith |

| Exhibit Number | Description | Objection | Comment |
|---|---|---|---|
| DX7781 | Daubert Hearing Transcript (6-20-08) | Relevance; Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value; Rule 403;Foundation | |
| DX7782 | Daubert Hearing Transcript(7-23-08) | Relevance; Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value; Rule 403;Foundation | |
| DX7783 | Daubert Hearing Transcript (6-19-08) | Relevance; Hearsay; Unfairly Prejudicial- Prejudice Outweighs Probative Value; Rule 403;Foundation | |

**Journal Articles**

Plaintiff objects generally to the admissibility of journal articles as inadmissible hearsay, but do not contest authenticity as the journal articles are self-authenticating under F.R.E. 902. Plaintiff does not object peer-reviewed journal articles being displayed to the jury under the learned treatise doctrine. These documents bear the exhibit numbers starting with JX (JX300-JX1195) as well as the following additional exhibit numbers:

| Additional Journal Articles |
|---|
| DX0263 |
| DX7407 |
| DX7409 |
| DX7463 |
| DX7465 |
| DX7466 |
| DX7467 |
| DX7468 |
| DX7469 |
| DX7470 |
| DX7560 |
| DX7564 |
| DX7565 |

These exhibits have not been provided as the objection is the same for each and every exhibit.

**Case-Specific Records**

The following documents are case-specific medical records, employment records, personal records, and incident records. Plaintiff does not object to the extent that certain pages must be redacted for the Plaintiff's personal information.

| Exhibit Number | Description |
|---|---|
| DX0001 | Richard Smith's National Health Laboratories Medical Records. |
| DX0002 | Richard Smith's Wood, Christopher L. DDS, Dental Records. |
| DX0003 | Richard Smith's Berklacich, Frank M. MD, Medical Records. |
| DX0004 | Richard Smith's Action Quick Corporation, Medical Records. |
| DX0005 | Richard Smith's Baptist Hospital, Medical Records. |
| DX0006 | Richard Smith's Blue Cross and Blue Shield of Tennessee, Insurance Records. |
| DX0007 | Richard Smith's Cardiology Group of Middle Tennessee, Medical Records. |
| DX0008 | Richard Smith's Centennial Medical Center, Medical Records. |
| DX0009 | Richard Smith's Centers for Medicare and Medicaid Services, Insurance Records. |
| DX0010 | Richard Smith's Colon & Rectal Surgery Associates, Medical Records. |
| DX0011 | Richard Smith's Dyer, David N. MD, Medical Records. |
| DX0012 | Richard Smith's Eckerd Drugs, Pharmacy Records. |

| Exhibit Number | Description |
|---|---|
| DX0013 | Richard Smith's Hampf, Carl MD, Medical Records. |
| DX0014 | Richard Smith's Harwell, William B., Jr. MD, Medical Records. |
| DX0015 | Richard Smith's Heart & Vascular Clinic, Medical Records. |
| DX0016 | Richard Smith's Heritage Medical Associates, Medical Records. |
| DX0017 | Richard Smith's Loden Vision Center, Optometry Records. |
| DX0018 | Richard Smith's Nashville Orthopedic Associates, Medical Records. |
| DX0019 | Richard Smith's Neurological Surgeons, Medical Records. |
| DX0020 | Richard Smith's Neurosurgical Associates, Medical Records. |
| DX0021 | Richard Smith's Otolaryngology Associates of Tennessee, Medical Records. |
| DX0022 | Richard Smith's Outpatient Diagnostic Center, Medical Records. |
| DX0023 | Richard Smith's Premier Radiology, Medical Records |
| DX0024 | Richard Smith's Saint Thomas Hospital, Medical Records. |
| DX0025 | Richard Smith's Southern Sports Medicine records. |
| DX0026 | Richard Smith's Spalding & Nesbitt Urology Clinic, Medical Records. |
| DX0027 | Richard Smith's Specialized Assays, Medical Records. |
| DX0028 | Richard Smith's Tennessee Orthopedic Alliance, Medical Records. |
| DX0029 | Richard Smith's University Medical Center, Medical Records. |
| DX0030 | Richard Smith's Vanderbilt University Medical Center, Medical Records. |
| DX0031 | Richard Smith's Willowbrook Home Care Agencies, Medical Records. |
| DX0032 | Richard Smith's Woods, Christopher L. DDS, Dental Records. |
| DX0033 | Richard Smith's Plaintiff Produced Records |
| DX0034 | Richard Smith's Associated Urologists of Nashville records. |
| DX0035 | Richard Smith's Powers Chiropractic Clinic records. |
| DX0036 | Richard Smith's CVS records. |
| DX0037 | Richard Smith's Elite Sports Medicine records. |
| DX0038 | Richard Smith's Midstate Cardiology records. |
| DX0039 | Richard Smith's Nashville Internal Medicine Associates records. |
| DX0040 | Richard Smith's Rite Aid records. |
| DX0041 | Richard Smith's Schull, David, M.D. records. |
| DX0042 | Richard Smith's Premier Orthopedics and Sports Medicine records. |
| DX0043 | Richard Smith's Stasko, Thomas records. |
| DX0044 | Richard Smith's Urology Associates records. |
| DX0045 | Richard Smith's Mohs Micrographic Surgery and Dermatology records. |
| DX0046 | Richard Smith's Walgreen's records. |
| DX0047 | Richard Smith's McCombs, Paul, M.D. records. |
| DX0048 | Richard Smith's Medicare records. |
| DX0200 | Richard Smith's W-2 Forms. |
| DX0201 | Richard Smith's Nashville Office Machines, Employment Records. |
| DX0202 | Richard Smith's IRS Tax Return Records. |
| DX0203 | Metropolitan Nashville Police Department, Records. |
| DX0204 | Autopsy Records. |
| DX0205 | Plaintiff's Response to Defendant's First Set of Interrogatories |
| DX0210 | Letter from M. Richer to A. Seaton re: additional Information |

| Exhibit Number | Description |
| --- | --- |
| DX0211 | Berklacich, Frank M.D. - Medical Records marked at deposition. |
| DX0212 | Medical Examination Report marked at the deposition of Gary Wayne Biggs. |
| DX0218 | Metropolitan Police Department Report by Danny Satterfield marked at the deposition of Gary Wayne Biggs. |
| DX0220 | Medical records marked at the deposition of James Cato, M.D. |
| DX0223 | Invoice to Richard Smith from Carl Hampf, M.D. |
| DX0224 | Medical records marked at the deposition of Carl Hampf, M.D. |
| DX0225 | Medical records marked at the deposition of Pamela Krancer, APN |
| DX0228 | Medical records marked at the deposition of Feng Li, M.D., J.D., Ph.D. |
| DX0230 | Medical records marked at the deposition of Edward Mackey, M.D. |
| DX0231 | Medical records marked at the deposition of Paul R. McCombs, III, M.D. |
| DX0233 | Police records marked at the deposition of Danny Satterfield |
| DX0235 | Medical records marked at the deposition of Danny Satterfield |
| DX0236 | Medical records marked at the deposition of Ruth Smith |
| DX0237 | Page from Questionnaire marked at the deposition of Ruth Smith |
| DX0238 | Pharmacy records marked at the deposition of Ruth Smith |
| DX0239 | Pharmacy records marked at the deposition of Ruth Smith |
| DX0240 | Medical records marked at the deposition of Ruth Smith |
| DX0241 | Medical records marked at the deposition of Ruth Smith |
| DX0242 | Expert from Plaintiff's Response to First Set of Interrogatories marked at the deposition of Ruth Smith |
| DX0243 | Pharmacy records marked at the deposition of Ruth Smith |
| DX0244 | Medical records marked at the deposition of Ruth Smith |
| DX0245 | Medical records marked at the deposition of Cindy Smith-Charlton. |
| DX0246 | Medical records marked at the deposition of Stewart Stowers. |
| DX0248 | Dental records marked at the deposition of Chris L. Wood. |
| DX0249 | Samples of Neurontin or other medications or containers in possession of the Smith family |
| DX0250 | Photographs of Neurontin or other medications or containers in possession of the Smith Family to be taken at a future date upon agreement of the parties |

**Expert Reports**

The parties have a entered into a stipulation that compete expert reports will not be introduced into evidence. The following documents, not provided to the court, are the list of exhibits Plaintiff believes are covered by the stipulation:

| Exhibit Number | Description |
| --- | --- |
| DX0253 | Douglas Jacobs, M.D. Expert Report. |
| DX0254 | Peter M. Donofrio, M.D. Expert Report. |
| DX0255 | Peter M. Donofrio, M.D. CV |
| DX0256 | Robert P. Granacher, M.D., M.B.A. Expert Report. |
| DX0257 | Robert P. Granacher, M.D., M.B.A. CV |
| DX7412 | Alexander Ruggieri, M.D. Expert Report. |
| DX7414 | Alexander Ruggieri, M.D. Supplemental Expert Report. |
| DX7415 | Alexander Ruggieri, M.D. CV. |
| DX7416 | Charles P. Taylor, Ph.D. Expert Report. |
| DX7417 | Charles P. Taylor, Ph.D. CV. |
| DX7418 | Gerard Sanacora, Ph.D. M.D. Expert Report. |
| DX7419 | Gerard Sanacora, Ph.D. M.D. Supplemental Expert Report. |
| DX7420 | Charles P. Taylor, Ph.D. Supplemental Expert Report. |
| DX7421 | Gerard Sanacora, Ph.D. M.D. CV. |
| DX7422 | Janet Arrowsmith-Lowe, M.D. Expert Report. |
| DX7423 | Janet Arrowsmith, M.D. Supplemental Expert Report. |
| DX7424 | Janet Arrowsmith-Lowe, M.D. Expert Report. |
| DX7425 | Janet Arrowsmith-Lowe, M.D. Supplemental Expert Report. |
| DX7426 | Janet Arrowsmith-Lowe, M.D. CV. |
| DX7427 | Sheila Weiss Smith, Ph.D. Expert Report. |
| DX7428 | Sheila Weiss Smith, Ph.D. Supplemental Expert Report. |
| DX7429 | Sheila Weiss Smith, Ph.D. CV. |
| DX7430 | Robert D. Gibbons, Ph.D. Expert Report. |
| DX7431 | Robert D. Gibbons, Ph.D. Supplemental Expert Report. |
| DX7432 | Robert D. Gibbons, Ph.D. Supplemental Expert Report. |
| DX7433 | Robert D. Gibbons, Ph.D. Supplemental Expert Report. |
| DX7434 | Robert D. Gibbons, Ph.D. CV. |
| DX7435 | Atul C. Pande, M.D. CV bearing the bates range Pfizer_APande_0000352 - 54. |
| DX7437 | Gary Brenner Ph.D. CV. |
| DX7438 | Gary Brenner Ph.D. Expert Report. |

| | |
|---|---|
| DX7439 | Edward Boyer, M.D. CV. |
| DX7440 | Edward Boyer, M.D. Expert Report. |
| DX7441 | Anthony Rothschild, M.D. CV. |
| DX7442 | Anthony Rothschild, M.D. Expert Report. |
| DX7443 | Anthony Rothschild, M.D. Expert Report. |
| DX7444 | Douglas Jacobs, M.D. CV. |
| DX7445 | Douglas Jacobs, M.D. Expert Report. |
| DX7446 | Douglas Jacobs, M.D. Expert Report. |
| DX7447 | Henry Grabowski, Ph.D. CV. |
| DX7448 | Henry Grabowski, Ph. D Expert Report. |
| DX7451 | Bentson McFarland M.D., Ph.D. Expert Report. |
| DX7784 | Robert D. Gibbons, Ph.D. Supplemental Expert Report. |
| DX7785 | Robert D. Gibbons, Ph.D. Supplemental Expert Report. |
| DX7786 | Henry Grabowski, Ph. D Supplemental Expert Report. |
| DX7787 | Henry Grabowski, Ph. D Supplemental Expert Report. |

These exhibits have not been provided as they are covered by stipulation.

Dated: May 12, 2010                                    Respectfully submitted,

                                                       THE LANIER LAW FIRM, P.L.L.C.

                                           By:    **/s/ W. Mark Lanier**
                                                   W. Mark Lanier, Esq.
                                                   Dara G. Hegar, Esq.
                                                   Ken S. Soh, Esq.
                                                   Maura Kolb, Esq.
                                                   Robert Leone, Esq.
                                                   126 East 56th Street, 6th Floor
                                                   New York, NY 10022

                                                        - and -

                                                   FINKELSTEIN & PARTNERS, LLP

                                           By:    **/s/ Andrew G. Finkelstein**
                                                   Andrew G. Finkelstein, Esq.
                                                   Kenneth B. Fromson, Esq.
                                                   1279 Route 300, P.O. Box 1111
                                                   Newburgh, NY 12551

                                                        - and -

                                                   BARRETT & ASSOCIATES, P.A.

                                           By:    **/s/ Charles F. Barrett**
                                                   Charles F. Barrett, Esq.
                                                   BPR # 020627
                                                   6518 Highway 100, Suite 210
                                                   Nashville, TN 37205

                                                   *Attorneys for Plaintiff Ruth Smith*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 12th day of May, 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

    Aubrey B. Harwell, Jr., Esq.
    W. David Bridgers, Esq.
    Gerald D. Neenan, Esq.
    Robert A. Peal, Esq.
    Neal & Harwell, PLC
    2000 One Nashville Place
    150 Fourth Avenue, North
    Nashville, TN 37219

    Prince C. Chambliss, Jr., Esq.
    Evans & Petree, PC
    1000 Ridgeway Loop Road, Suite 200
    Memphis, TN 38120

    Mark S. Cheffo, Esq.
    Catherine B. Stevens, Esq.
    Skadden, Arps, Slate, Meagher & Flom LLP
    Four Times Square
    New York, NY 10036

    Andrew Howell Myers, Esq.
    James Ernest Hooper, Esq.
    Stephen Ernest Oertle, Esq.
    Wheeler Trigg O'Donnell LLP
    1801 California Street, Suite 3600
    Denver, CO 80202-2617

    Faith E. Gay, Esq.
    Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
    51 Madison Avenue, 22nd Floor
    New York, NY 10010

                                                    **/s/ Andrew G. Finkelstein**
                                                       Andrew G. Finkelstein