IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RUTH SMITH, Individually and as Widow<br>for the Use and Benefit of Herself and the<br>Next of Kin of RICHARD SMITH, Deceased, | ) ) ) ) | **Case #: 3:05-00444**<br>**Judge Trauger** |
| Plaintiff, | ) ) | |
| -against- | ) ) | |
| PFIZER INC., PARKE-DAVIS,<br>a division of Warner-Lambert Company<br>and Warner-Lambert Company LLC,<br>WARNER-LAMBERT COMPANY,<br>WARNER-LAMBERT COMPANY LLC and<br>JOHN DOE(S) 1-10, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S OBJECTIONS TO**
**DEFENDANTS' DEPOSITION DESIGNATIONS**

Plaintiff Ruth Smith, as the Widow for the use and benefit of herself and the next of kin

of Richard Smith, deceased, by and through her attorneys, hereby submits Plaintiff's Objections

to Defendants' Deposition Designations.

# TABLE OF CONTENTS

| | **Witness** | **Page** |
|---|---|---|
| 1. | Larry Alphs | 03 |
| 2. | Frank Berklacich, M.D. | 04 |
| 3. | Wayne Biggs | 05 |
| 4. | Wes Carnahan | 06 |
| 5. | Lucy Castro | 07 |
| 6. | James Cato, M.D. | 08 |
| 7. | Drew Charlton | 09 |
| 8. | Suzanne Doft | 10 |
| 9. | Robert Glanzmann | 11 |
| 10. | Manfred Hauben | 12 |
| 11. | Buford Hoskins | 13 |
| 12. | Sherri Hoskins | 14 |
| 13. | Lloyd Knapp | 15 |
| 14. | Arnold Lawson | 16 |
| 15. | Gayle Lawson | 17 |
| 16. | Edward Mackey, M.D. | 18 |
| 17. | John Marino | 19 |
| 18. | Paul McCombs, M.D. | 20 |
| 19. | Cynthia McCormick | 21 |
| 20. | Atul Pande, M.D. | 22 |
| 21. | Danny Satterfield | 24 |
| 22. | Drusilla Scott | 25 |
| 23. | Cindy Smith-Charlton | 26 |
| 24. | Ruth Smith | 27 |
| 25. | Stewart Stowers, M.D. | 28 |
| 26. | Charlie Taylor | 29 |
| 27. | Janeth Turner | 30 |
| 28. | Chris Wood, D.D.S. | 31 |

# Objections to Defendants' Counter Designations:

Deponent:  **Larry Alphs**

Deposition Date:  **6/22/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 621:10 | 626:15 | X | | Irrelevant |

# Objections to Defendants' Designations:

Deponent: **Frank Berklacich, M.D.**

Deposition Date: **6/7/2007**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 14:21 | 15:1 | X | | FRE 403; speculative; vague; hearsay |
| 15:2 | 15:8 | X | | FRE 402; FRE 403; hearsay |
| 19:6 | 19:15 | X | | Assumes facts; misquotes deponent; FRE 403 |
| 42:10 | 42:13 | X | | Speculative |

# Objections to Defendants' Designations:

Deponent: **Wayne Biggs**

Deposition Date: **2/8/2008**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 21:8 | 22:2 | X | | Double hearsay; assumes facts; FRE 403 |
| 24:3 | 24:21 | X | | Speculative |
| 24:22 | 26:12 | X | | Irrelevant |
| 27:14 | 28:2 | X | | Vague; speculative |
| 52:7 | 54:5 | X | | Hearsay; irrelevant |
| 55:11 | 57.21 | X | | Speculative; hearsay |
| 57:22 | 59:6 | X | | Speculative |
| 73:7 | 74:6 | X | | Speculative |

# Objections to Defendants' Designations:

Deponent:  **Wes Carnahan**

Deposition Date:  **10/23/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 11:19 | 13:3 | X | | Irrelevant; FRE 403 |
| 13:21 | 14:7 | X | | Assumes facts; calls for speculative |
| 26:15 | 26:23 | X | | Irrelevant; FRE 403 |
| 29:3 | 30:12 | X | | Irrelevant; FRE 403 |
| 32:19 | 32:22 | X | | Irrelevant; FRE 403 |
| 33:22 | 34:7 | X | | Hearsay, vague |
| 34:13 | 35:5 | X | | Irrelevant; FRE 403 |
| 43:3 | 47:6 | X | | Irrelevant; speculative; hearsay |
| 47:7 | 48:5 | X | | Assumes facts; speculative; hearsay |
| 48:20 | 48:25 | X | | Hearsay |
| 65:11 | 66:2 | X | | Irrelevant; FRE 403 |
| 70:24 | 71:5 | X | | Irrelevant; FRE 403 |
| 73:8 | 73:15 | X | | Irrelevant; FRE 403 |

# Objections to Defendants' Counter Designations:

Deponent:  **Lucy Castro**

Deposition Date:  **7/11/2007**

| Beginning Page : Line | Ending Page : Line | Objection | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|
| 638:13 | 639:3 | X | Irrelevant |
| 640:11 | 641:4 | X | Irrelevant; improper expert testimony by fact witness; FRE 702; lacks foundation |
| 647:15 | 647:23 | X | FRE 702; improper expert testimony by fact witness |
| 690:14 | 691:21 | X | Irrelevant |
| 701:13 | 701:22 | X | Lacks foundation; speculative |

# Objections to Defendants' Designations:

Deponent: **James Cato, M.D.**

Deposition Date: **6/29/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 9:15 | 11:12 | X | | Irrelevant |

# Objections to Defendants' Designations:

Deponent: **Drew Charlton**

Deposition Date: **10/3/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 15:9 | 15:16 | X | | Speculative |
| 21:18 | 22:3 | X | | Speculative |
| 25:1 | 25:9 | X | | Speculative; irrelevant |

# Objections to Defendants' Counter Designations:

Deponent: **Suzanne Doft**

Deposition Date: **6/13/2007**

| Beginning Page : Line | Ending Page : Line | Objection | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|
| 633:16 | 634:2 | X | Irrelevant |
| 645:1 | 646:13 | X | Lacks foundation; speculative |
| 647:22 | 648:15 | X | Irrelevant |

# Objections to Defendants' Counter Designations:

Deponent:  **Robert Glanzman**

Deposition Date:  **8/2/2007**

| Beginning Page : Line | Ending Page : Line | Objection | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|
| 724:23 | 725:12 | X | Lacks foundation; speculative |
| 752:17 | 752:24 | X | Irrelevant |

# Objections to Defendants' Designations:

Deponent: **Manfred Hauben**

Deposition Date: **7/12/07-7/13/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 124:8 | 124:22 | X | | Non responsive |
| 126:23 | 128:18 | X | | Non responsive |
| 296:17 | 297:1 | X | | Non responsive; speculative |
| 325:22 | 326:1 | X | | Hearsay |
| 348:5 | 348:16 | X | | Speculative |
| 349:2 | 349:14 | X | | Speculative; calls for expert testimony (regulatory/labeling) |
| 452:11 | 453:1 | X | | Non responsive |
| 525:8 | 525:17 | X | | Non responsive |
| 530:24 | 531:4 | X | | Hearsay |
| 531:9 | 531:22 | X | | Hearsay |
| 549:22 | 550:11 | X | | Calls for expert testimony; lacks foundation |

# Objections to Defendants' Designations:

Deponent: **Buford Hoskins**

Deposition Date: **10/24/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 43:21 | 44:8 | X | | Speculative; irrelevant |
| 47:24 | 48:24 | X | | Speculative; irrelevant |

# Objections to Defendants' Designations:

Deponent: **Sherri Hoskins**

Deposition Date: **10/24/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 6:20 | 7:16 | X | | Irrelevant |
| 13:22 | 14:9 | X | | Irrelevant |
| 23:20 | 24:1 | X | | Speculative |
| 33:22 | 34:1 | X | | Speculative |
| 40:16 | 41:4 | X | | Irrelevant; hearsay |
| 42:25 | 43:8 | X | | Irrelevant; speculative |
| 45:3 | 45:22 | X | | Irrelevant; speculative; vague |
| 46:4 | 46:10 | X | | Speculative; vague |
| 47:10 | 47:16 | X | | Hearsay |
| 47:18 | 48:3 | X | | Hearsay |
| 48:5 | 48:10 | X | | Speculative |
| 48:22 | 49:2 | X | | Speculative |
| 53:13 | 54:1 | X | | Speculative |
| 68:1 | 68:5 | X | | Speculative |
| 68:6 | 68:17 | X | | Irrelevant |
| 68:18 | 69:9 | X | | Speculative |
| 70:19 | 71:16 | X | | Irrelevant; vague |

# Objections to Defendants' Designations:

Deponent: **Lloyd Knapp**

Deposition Date: **6/28/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 711 : 4 | 713 :25 | X | | Leading |
| 715 : 4 | 715 : 9 | X | | Speculative |

# Objections to Defendants' Counter Designations:

Deponent: **Lloyd Knapp**

Deposition Date: **7/18/2006**

| Beginning Page : Line | Ending Page : Line | Objection | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|
| 189:13 | 190:3 | X | Lacks foundation; speculative |

# Objections to Defendants' Designations:

Deponent: **Arnold Lawson**

Deposition Date: **10/4/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-Ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 7:23 | 7:23 | X | | Irrelevant |
| 9:13 | 9:16 | X | | Irrelevant |

# Objections to Defendants' Designations:

Deponent: **Gayle Lawson**

Deposition Date: **10/4/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-Ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 17:2 | 17:11 | X | | Irrelevant |
| 22:9 | 22:18 | X | | Speculative |
| 25:6 | 25:15 | X | | Speculative |
| 43:9 | 43:19 | X | | Speculative |
| 46:21 | 47:21 | X | | Speculative |
| 56:25 | 58:1 | X | | Speculative |
| 63:2 | 63:14 | X | | Speculative |
| 71:15 | 71:18 | X | | Speculative |
| 77:20 | 78:5 | X | | Irrelevant |
| 84:15 | 85:2 | X | | Speculative |
| 85:10 | 86:6 | X | | Speculative |
| 87:13 | 87:16 | X | | Speculative |
| 91:21 | 91:25 | X | | Speculative |
| 92:2 | 92:21 | X | | Speculative |
| 93:2 | 93:8 | X | | Speculative |

# Objections to Defendants' Designations:

Deponent: **Edward Mackey, M.D.**

Deposition Date: **5/23/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 108:23 | 109:19 | X | | Hearsay; speculative |

# Objections to Defense Counter Designations:

Deponent: _____**Edward Mackey**_____

Deposition Date: _____**05/23/2007**_____

| Beginning Page : Line | Ending Page : Line | Objection | Basis for Objection // Additional pg/line for completeness |
|---|---|---|---|
| 115:23 | 117:18 | X | Hearsay |
| 109:7 | 109:12 | X | sidebar |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# Objections to Defendants' Counter Designations:

Deponent: **John Marino**

Deposition Date: **7/3/2007**

| Beginning Page : Line | Ending Page : Line | Objection | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|
| 594:16 | 595:22 | X | Speculative; lacks foundation |
| 596:12 | 597:6 | X | Speculative; lacks foundation |
| 597:17 | 598:9 | X | Speculative; lacks foundation |
| 598:23 | 601:8 | X | Speculative; lacks foundation; irrelevant |
| 606:6 | 606:18 | X | Lacks foundation; speculative; irrelevant |
| 614:19 | 616:9 | X | Lacks foundation; speculative |
| 616:10 | 617:18 | X | Relevance; lacks foundation; speculative |
| 618:6 | 618:18 | X | Lacks foundation; speculative |
| 629:10 | 629:22 | X | Lacks foundation; speculative; calls for legal conclusion |
| 630:6 | 630:17 | X | Lacks foundation; speculative; calls for legal conclusion |
| 630:24 | 631:7 | X | Asked/answered; lacks foundation; speculative; calls for legal conclusion |
| 632:5 | 632:11 | X | Asked/answered; lacks foundation; speculative; calls for legal conclusion |

# Objections to Defendants' Designations:

Deponent: **Paul McCombs, M.D.**

Deposition Date: **6/8/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 6:15 | 6:20 | X | | Irrelevant |
| 16:4 | 16:21 | X | | Irrelevant |

# Objections to Defendants' Designations:

Deponent: **Cynthia McCormick, M.D.**

Deposition Date: **2/14/08**

Consistent with Plaintiff's motion in limine, Docket No. 92, to exclude testimony of Defendants' expert Cynthia McCormick, Plaintiff objects to Defendants' submission of deposition designations relating to Cynthia McCormick, M.D.  Notwithstanding Plaintiff's objections, Plaintiff shall submit counter-designations as attached hereto.

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 106 : 21 | 107 : 17 | X | | Form – leading, expert opinion by fact witness |
| 108 : 13 | 109 : 6 | X | | Form – leading, improper expert opinion by fact witness |
| 117 :1 | 117:20 | X | | Form – ambiguous and compound: use of words "suggest or recommend" |
| 128 :2 | 128 :21 | X | | Form – leading |
| 129:4 | 129:14 | X | | Expert opinion by fact witness |
| 129 : 15 | 130 : 17 | X | | Form – leading |
| 132:18 | 132:22 | X | | Hearsay |
| 171 :3 | 171 : 11 | X | | Form – leading |
| 172:7 | 172:11 | X | | Expert opinion by fact witness |
| 175:24 | 176:17 | X | | Expert opinion by fact witness |
| 182:12 | 182:19 | X | | Form – leading; calls for expert testimony; speculative |
| 190:8 | 190:19 | X | | Expert opinion by fact witness |
| 192:9 | 192:11 | X | | Expert opinion by fact witness |

# Objections to Defendants' Counter Designations:

Deponent: **Cynthia McCormick**

Deposition Date: **2/14/2008**

| Beginning Page : Line | Ending Page : Line | Objection | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|
| 109:9 | 111:8 | X | Lacks foundation; speculative; incomplete hypothetical; answer non-responsive |

# Objections to Defendants' Designations:

Deponent:  **Atul Pande, M.D.**

Deposition Date:  **9/19/07-9/20/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/lines for completeness |
|---|---|---|---|---|
| 14:9 | 15:19 | X | | He is not a designated expert and wrote no expert reports; this resume was superseded: Exhibit 1; hearsay; irrelevant |
| 603:14 | 632:17 | X | | Defendants does not list Pande as an expert on any subject and did not submit a Rule 26 report from him. During his deposition, he repeatedly stated that he is not an expert.  He has not treated patients in almost 20 years, has never prescribed Neurontin, and does not read patient records.  At p. 612, he says he does not follow the literature and has no access to company documents. Even so, Defendants' counsel elicited expert opinions from him on topics that require Rule 26 disclosure, preparation, report, and a foundation for the opinion.  This section (pp. 603-632) covers his opinion on what it means that doctors are still prescribing Neurontin (no experience or foundation); where doctors get their information to make prescribing decisions; and the medicine's "overall safety profile". |
| 616:20 | | X | | Exhibit 41; CV; hearsay; irrelevant; did not identify him as expert or provide Rule 26 disclosures |
| 624:21 | 632:17 | X | | Same objection; journal articles are not admissible, article not previously disclosed, and underlying research not reliable.  He read a paper and received advice from a patent attorney to file the patent for Neurontin for bipolar.  Exhibit 42; |

| | | | | |
|---|---|---|---|---|
| | | | | hearsay; article; expert opinion; no Rule 26 disclosure; opinion unreliable; FRE 702, *et seq.* |
| 641:8 | 661:2 | X | | Same as above; hearsay; expert opinion about Parke-Davis thought processes |
| 646:20 | | X | | Same as above; interprets the outcome of a hearsay study; Exhibit 43; hearsay; article; expert opinion; no Rule 26 disclosure; unreliable; FRE 702, *et seq.* |
| 657:24 | | X | | Same as above, interprets the outcome of a hearsay study; Exhibit 44; hearsay; article; expert opinion; no Rule 26 disclosure; unreliable; FRE 702, *et seq.* |

# Objections to Defendants' Designations:

Deponent: **Danny Satterfield**

Deposition Date: **2/7/08**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional g/line for completeness |
|---|---|---|---|---|
| 23:14 | 23:15 | X | | Irrelevant |
| 46:24 | 47:9 | X | | Vague |

# Objections to Defendants' Designations:

Deponent: **Drusilla Scott**

Deposition Date: **12/13/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 609:14 | 609:22 | X | | Lacks foundation; calls for speculative |
| 613:6 | 614:11 | X | | Lacks foundation; calls for expert testimony |
| 614:12 | 614:17 | X | | Lacks foundation; calls for expert testimony |
| 614:18 | 615:5 | X | | Lacks foundation; calls for speculative; leading; calls for expert testimony |

# Objections to Defendants' Designations:

Deponent: **Cindy Smith-Charlton**

Deposition Date: **10/3/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 27:12 | 27:20 | X | | Hearsay |
| 69:3 | 69:18 | X | | Vague, ambiguous |
| 118:4 | 119:2 | X | | Irrelevant; FRE 403; assumes facts not in evidence |
| 124:22 | 125:8 | X | | Argumentative |
| 158:13 | 160:16 | X | | Irrelevant; FRE 403 |
| 169:18 | 169:25 | X | | Irrelevant |

# Objections to Defendants' Designations:

Deponent: **Ruth Smith**

Deposition Date: **4/12/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 5:9 | 5:17 | X | | Irrelevant; FRE 403 |
| 6:11 | 6:20 | X | | FRE 403 |
| 54:7 | 54:16 | X | | FRE 403 |
| 64:5 | 64:5 | X | | Irrelevant |
| 64:13 | 64:22 | X | | Vague |
| 70:15 | 70:25 | X | | Vague |
| 97:22 | 98:4 | X | | Misstates facts |
| 111:9 | 111:14 | X | | Hearsay |
| 135:5 | 135:20 | X | | Hearsay |
| 136:14 | 137:25 | X | | Hearsay; FRE 403; speculative |

# Objections to Defendants' Designations:

Deponent: **Stewart Stowers, M.D.**

Deposition Date: **6/28/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 9:21 | 11:5 | X | | Irrelevant |
| 50:13 | 50:19 | X | | Speculative |

# Objections to Defendants' Designations:

Deponent:  **Charlie Taylor**

Deposition Date:  **08/27/09**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 7:22 | 9:14 | X | | Relevant; prejudicial |
| 27:12 | 29:17 | X | | Lacks foundation – as to micrograph – for entire exhibit's use |
| 79:4 | 79:24 | X | | Speculative; lacks foundation |
| 95:17 | 97:23 | X | | Hearsay; lacks foundation |
| 98:4 | 101:14 | X | | Hearsay; lacks foundation |
| 125:8 | 129:17 | X | | Hearsay; lacks foundation |
| 287:24 | 288:8 | X | | Leading |

# Objections to Defendants' Counter Designations:

Deponent:  **Charlie Taylor**

Deposition Date:  **6/4/2007**

| Beginning Page : Line | Ending Page : Line | Objection | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|
| All | All | X | Plaintiff objects to all Defendants' designations of testimony because Dr. Taylor is Defendants' retained expert.  Without adequate proof of his inability to testify in-person at trial, Plaintiff object to the introduction of Defendants' designations. |

Deponent:  **Charlie Taylor**

Deposition Date:  **8/27/2009**

| Beginning Page : Line | Ending Page : Line | Objection | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|
| All | All | X | Plaintiff objects to all Defendants' designations of testimony because Dr. Taylor is Defendants' retained expert.  Without adequate proof of his inability to testify in-person at trial, Plaintiff object to the introduction of Defendants' designations. |

# Objections to Defendants' Designations:

Deponent: **Janeth Turner**

Deposition Date: **10/11/07-10/12/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 52:24 | 53:10 | X | | Lacks foundation; no bases – FDA opinion |
| 97:20 | 97 :23 | X | | Leading; calls for expert opinion; speculative |
| 270:22 | 272:20 | X | | Non-responsive |
| 556:22 | 557:2 | X | | Lacks foundation |
| 567:17 | 568:25 | X | | Speculative; lacks foundation |
| 570:24 | 571:13 | X | | Speculative |
| 580:18 | 581:4 | X | | Speculative |
| 586:2 | 587:17 | X | | Beyond direct -- leading |

# Objections to Defendants' Designations:

Deponent:  **Chris Wood, D.D.S.**

Deposition Date:  **6/7/07**

| Beginning Page : Line | Ending Page : Line | Objection | Complete-ness | Basis for Objection/Additional pg/line for completeness |
|---|---|---|---|---|
| 46:18 | 47:9 | X | | Irrelevant |
| 49:17 | 49:23 | X | | FRE 403; speculative; irrelevant; hearsay; argumentative |

Dated:  May 12, 2010                                Respectfully submitted,

                                                    THE LANIER LAW FIRM, P.L.L.C.

                                        By:     /s/ W. Mark Lanier
                                                W. Mark Lanier, Esq.
                                                Dara G. Hegar, Esq.
                                                Ken S. Soh, Esq.
                                                Maura Kolb, Esq.
                                                Robert Leone, Esq.
                                                126 East 56th Street, 6th Floor
                                                New York, NY  10022

                                                    - and -

                                                FINKELSTEIN & PARTNERS, LLP

                                        By:     /s/ Andrew G. Finkelstein
                                                Andrew G. Finkelstein, Esq.
                                                Kenneth B. Fromson, Esq.
                                                1279 Route 300, P.O. Box 1111
                                                Newburgh, NY  12551

                                                    - and -

                                                BARRETT & ASSOCIATES, P.A.

                                        By:     /s/ Charles F. Barrett
                                                Charles F. Barrett, Esq.
                                                BPR # 020627
                                                6518 Highway 100, Suite 210
                                                Nashville, TN  37205

                                                *Attorneys for Plaintiff Ruth Smith*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 12th day of May, 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

Aubrey B. Harwell, Jr., Esq.
W. David Bridgers, Esq.
Gerald D. Neenan, Esq.
Robert A. Peal, Esq.
Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219

Prince C. Chambliss, Jr., Esq.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

Mark S. Cheffo, Esq.
Catherine B. Stevens, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Andrew Howell Myers, Esq.
James Ernest Hooper, Esq.
Stephen Ernest Oertle, Esq.
Wheeler Trigg O'Donnell LLP
1801 California Street, Suite 3600
Denver, CO 80202-2617

Faith E. Gay, Esq.
Quinn, Emanuel, Urquhart, Oliver & Hedges, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

        /s/ Andrew G. Finkelstein
        Andrew G. Finkelstein