UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---------------------------------------------------------------x
RUTH SMITH, Individually and as Widow :
for the Use and Benefit of Herself and the :
Next of Kin of RICHARD SMITH, Deceased, :  Civil No. 3:05-0444
: Judge Trauger
                      Plaintiff, :
-against- :
:
PFIZER INC., PARKER-DAVIS, :
a division of Warner-Lambert Company, :
and Warner-Lambert Company LLC, :
WARNER-LAMBERT COMPANY, :
WARNER-LAMBERT COMPANY LLC and :
JOHN DOE(S) 1-10, :
:
                     Defendants, :
---------------------------------------------------------------x

**NEGLIGENCE**

Question 1

Were Defendants negligent?

Answer "Yes" or "No"

Yes_____    No_____

If your answer to this Question is No, proceed to Question 3.

If your answer to this Question is Yes, proceed to Question 2.

Question 2

Was any Defendant's negligence a proximate cause of Mr. Smith's suicide?

Answer "Yes" or "No"

Yes_____    No_____

If your answer to this Question is No, proceed to Question 3.

If your answer to this Question is Yes, proceed to Question 5.


Question 3

Were Defendants negligent for failing to warn Mr. Smith of the risks of Neurontin?

Answer "Yes" or "No"

Yes_____    No_____

If your answer to this Question and Question 1 is No, then Plaintiff cannot recover against any defendant. Do not answer any further questions and return to the Courtroom.

If your answer to this Question is Yes, proceed to Question 4.


Question 4

Was any Defendants' failure to warn a proximate cause of Mr. Smith's suicide?

Answer "Yes" or "No"

Yes_____    No_____

If your answer to this Question is No, then Plaintiff cannot recover against any defendant. Do not answer any further questions and return to the Courtroom.

If your answer to this Question is Yes, proceed to Question 5.

**DAMAGES**

Question 5

State the amount that would fairly and reasonably compensate Ruth Smith for the loss of her husband, Richard Smith, as a result of the liability of Defendants.

$ _____

Proceed to Question 6.

Question 6

State the amount that would fairly and reasonably compensate Richard Smith's children for the loss of their father, as a result of the liability of Defendants.

| | | |
|---|---|---|
| Sherri Hoskins | $ | _____ |
| Gayle Lawson | $ | _____ |
| Cindy Charlton | $ | _____ |
| (Estate of) Donna Carnahan | $ | _____ |

Proceed to Question 7.

Question 7

State the amount that would fairly and reasonably compensate the Estate of Richard Smith for Richard Smith's pain and suffering and loss of enjoyment of life.

$ _____

Proceed to Question 8.

## PUNITIVE DAMAGES

Question 9

Did any defendant act with reckless, wanton or willful disregard of another's rights or safety so as to justify an award of punitive damages?

Answer "Yes" or "No"

Yes_____    No_____

If your answer is Yes, proceed to question 10. If your answer is No, proceed no further and report to the Court.

Question 10

What amount, if any, should be awarded as punitive damages for the death of Richard Smith?

$_____

_____          _____
DATE                                        FOREPERSON

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing was served via ECF filing the 13th day of May 2010 on the following:

Mark S. Cheffo, Esq.
Catherine B. Stevens, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, N.Y. 10036

Aubrey B. Harwell, Jr., Esq.
W. David Bridgers, Esq.
Gerald Neenan, Esq.
Robert A. Peal, Esq.
Neal & Harwell, PLC
2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219

Prince C. Chambliss, Jr., Esq.
Evans & Petree, PC
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120

*Attorneys for Defendants*