IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next Kin of Richard Smith, Deceased, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:05-0444 |
| | ) | Judge Aleta A. Trauger |
| v. | ) | (Dist. Of MA No. |
| | ) | 1:05-cv-11515PBS) |
| PFIZER, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' RESPONSES TO PLAINTIFF'S OBJECTIONS TO
DEFENDANTS' DEPOSITION DESIGNATIONS**

Pursuant to the Court's Scheduling Order of April 30, 2010, as amended orally due to flood conditions in Nashville, Defendants, Pfizer Inc and Warner-Lambert Company LLC (collectively, "Defendants" or "Pfizer") herein submit their responses to Plaintiff's objections to the deposition designations identified by Defendants for use at trial, which were filed by Plaintiff on May 12, 2010. Defendants are willing to further meet and confer with Plaintiff over deposition designations and objections for depositions identified by Plaintiff that actually will be proffered at trial.

**Response To Objections to Defendants' Counter Designations:**

Deponent:  **Larry Alphs**

Deposition Date:  **6/22/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Response |
|---|---|---|---|
| 621:10 | 626:15 | Irrelevant | Relevant.  Dr. Alphs worked in CNS Research and Development at Pfizer.  Testimony above is relevant because it relates to his background and experience with suicidality and is pertinent to his ability to recognize any alleged safety issue. |

**Response to Objections to Defendants' Designations:**

Deponent:  **Frank Berklacich, M.D.**

Deposition Date:  **6/7/2007**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 14:21 | 15:1 | FRE 403; speculative; vague; hearsay | Dr. Berklacich was a treating physician of Mr. Smith.  His testimony is highly relevant and he testifies about the meaning of medical records in Mr. Smith's file in light of his own clinical experience with Mr. Smith and other patients.  It is not hearsay, it is not speculative, and there is no unfair prejudice. |
| 15:2 | 15:8 | FRE 402; FRE 403; hearsay | |
| 19:6 | 19:15 | Assumes facts; misquotes deponent; FRE 403 | |
| 42:10 | 42:13 | Speculative | |

# Response to Objections to Defendants' Designations:

Deponent:  **Wayne Biggs**

Deposition Date:  **2/8/2008**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 21:8 | 22:2 | Double hearsay; assumes facts; FRE 403 | Subject to multiple hearsay exceptions under 803(1)-(6), (8); no speculation; no unfair prejudice. |
| 24:3 | 24:21 | Speculative | Not speculation; explaining normal protocol. |
| 24:22 | 26:12 | Irrelevant | Relevant, explains why autopsy not done. |
| 27:14 | 28:2 | Vague; speculative | designation withdrawn |
| 52:7 | 54:5 | Hearsay; irrelevant | Relevant on autopsy question; no hearsay, its about what he told family. |
| 55:11 | 57.21 | Speculative; hearsay | No hearsay involved and not speculation, but conclusion reached on manner and cause in performance of his official duties. |
| 57:22 | 59:6 | Speculative | Not speculation, but conclusion reached on manner and cause in performance of his official duties. |
| 73:7 | 74:6 | Speculative | Not speculation; explaining normal protocol. |

# Response to Objections to Defendants' Designations:

Deponent:  **Wes Carnahan**

Deposition Date:  **10/23/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 11:19 | 13:3 | Irrelevant; FRE 403 | Relevant to basis for testimony being recollection, no existence of contemporaneous notes. No unfair prejudice. |
| 13:21 | 14:7 | Assumes facts; calls for speculative | Relevant testimony that does not assume facts; foundation present.  Not speculation. |
| 26:15 | 26:23 | Irrelevant; FRE 403 | Relevant; no unfair prejudice |
| 29:3 | 30:12 | Irrelevant; FRE 403 | Relevant; no unfair prejudice; defines extent of knowledge. |
| 32:19 | 32:22 | Irrelevant; FRE 403 | Relevant; no unfair prejudice. |
| 33:22 | 34:7 | Hearsay, vague | Not hearsay; not vague. |
| 34:13 | 35:5 | Irrelevant; FRE 403 | Relevant; no unfair prejudice. |
| 43:3 | 47:6 | Irrelevant; speculative; hearsay | Relevant; not speculation; not hearsay; use of records in question is not hearsay and subject to hearsay exception in any event. |
| 47:7 | 48:5 | Assumes facts; speculative; hearsay | Not hearsay; not speculative; foundation exists. |
| 48:20 | 48:25 | Hearsay | Not hearsay testimony; foundation exists. |
| 65:11 | 66:2 | Irrelevant; FRE 403 | Relevant; no unfair prejudice. |
| 70:24 | 71:5 | Irrelevant; FRE 403 | Relevant; no unfair prejudice. |
| 73:8 | 73:15 | Irrelevant; FRE 403 | Relevant; no unfair prejudice. |

## Response to Objections to Defendants' Counter Designations:

Deponent:  **Lucy Castro**

Deposition Date:  **7/11/2007**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 638:13 | 639:3 | Irrelevant | This testimony is relevant to Ms. Castro's background and current employment responsibilities. |
| 640:11 | 641:4 | Irrelevant; improper expert testimony by fact witness; FRE 702; lacks foundation | Pfizer withdraws Ms. Castro's testimony regarding her use of Neurontin at 640:21-641:4.  As to Ms. Castro's testimony at 640:11-640:20, this testimony is relevant and is based on Ms. Castro's personal knowledge and experience. |
| 647:15 | 647:23 | FRE 702; improper expert testimony by fact witness | This testimony is based on Ms. Castro's personal knowledge and experience. |
| 690:14 | 691:21 | Irrelevant | This testimony is relevant as to Neurontin's risk benefit profile. |
| 701:13 | 701:22 | Lacks foundation; speculative | This testimony is based on Ms. Castro's personal knowledge and experience. |

## Response to Objections to Defendants' Designations:

Deponent:  **James Cato, M.D.**

Deposition Date:  **6/29/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 9:15 | 11:12 | Irrelevant | Relevant testimony about preparation for deposition, nature of practice, and experience prescribing Neurontin. |

## Response to Objections to Defendants' Designations:

Deponent: **Drew Charlton**

Deposition Date: **10/3/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 15:9 | 15:16 | Speculative | Not speculation; he does not recall. |
| 21:18 | 22:3 | Speculative | Not speculation; he answered he does not know. |
| 25:1 | 25:9 | Speculative; irrelevant | Not speculation; he answered no. |

## Response to Objections to Defendants' Designations:

Deponent: **Suzanne Doft**

Deposition Date: **6/13/2007**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 633:16 | 634:2 | Irrelevant | This testimony is relevant to Ms. Doft's background and current employment. |
| 645:1 | 646:13 | Lacks foundation; speculative | This testimony is based on Ms. Doft's personal knowledge and experience. |
| 647:22 | 648:15 | Irrelevant | This testimony is relevant as to Neurontin's safety and efficacy in the treatment of neuropathic pain. |

6

**Response to Objections to Defendants' Counter Designations:**

Deponent: **Robert Glanzman, M.D.**

Deposition Date: **8/2/2007**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 724:23 | 725:12 | Lacks foundation; speculative | This testimony is based on Mr. Glanzman's personal knowledge and experience. |
| 752:17 | 752:24 | Irrelevant | This testimony is relevant as to Neurontin's safety and efficacy in the treatment of neuropathic pain. |

**Response to Objections to Defendants' Designations:**

Deponent: **Manfred Hauben, M.D.**

Deposition Date: **7/12/07-7/13/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 124:8 | 124:22 | Non responsive | The testimony is responsive to the question posed. |
| 126:23 | 128:18 | Non responsive | The testimony is responsive to the question posed. |
| 296:17 | 297:1 | Non responsive; speculative | The testimony is responsive and is based on Dr. Hauben's personal knowledge and experience. |
| 325:22 | 326:1 | Hearsay | The testimony is non-hearsay and is not offered for the truth of the matter asserted. |
| 348:5 | 348:16 | Speculative | The testimony is based on Dr. Hauben's personal knowledge and experience. |
| 349:2 | 349:14 | Speculative; calls for expert testimony (regulatory/labeling) | The testimony is based on Dr. Hauben's personal knowledge and experience. |
| 452:11 | 453:1 | Non responsive | The testimony is responsive to the question posed. |

| 525:8 | 525:17 | Non responsive | The testimony is responsive to the question posed. |
|---|---|---|---|
| 530:24 | 531:4 | Hearsay | The testimony is non-hearsay and is not offered for the truth of the matter asserted. |
| 531:9 | 531:22 | Hearsay | The testimony is non-hearsay. |
| 549:22 | 550:11 | Calls for expert testimony; lacks foundation | The testimony is based on Dr. Hauben's personal knowledge and experience. |

## Response to Objections to Defendants' Designations:

Deponent: **Buford Hoskins**

Deposition Date: **10/24/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 43:21 | 44:8 | Speculative; irrelevant | Designation withdrawn. |
| 47:24 | 48:24 | Speculative; irrelevant | Relevant, not speculation. |

8

# Response to Objections to Defendants' Designations:

Deponent: **Sherri Hoskins**

Deposition Date: **10/24/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 6:20 | 7:16 | Irrelevant | Relevant background on process for context. |
| 13:22 | 14:9 | Irrelevant | Relevant re extent of knowledge and existence of other evidence. |
| 23:20 | 24:1 | Speculative | Not speculation to answer "I really don't remember." |
| 33:22 | 34:1 | Speculative | Not speculative to not remember. |
| 40:16 | 41:4 | Irrelevant; hearsay | Colloquy withdrawn. |
| 42:25 | 43:8 | Irrelevant; speculative | Colloquy withdrawn. |
| 45:3 | 45:22 | Irrelevant; speculative; vague | Relevant, not vague, not speculative testimony about her contact with and observations of her father. |
| 46:4 | 46:10 | Speculative; vague | Relevant, not vague, not speculative testimony about her contact with and observations of her father. |
| 47:10 | 47:16 | Hearsay | Not hearsay; foundation exists. |
| 47:18 | 48:3 | Hearsay | Not hearsay, foundation exists. |
| 48:5 | 48:10 | Speculative | Colloquy withdrawn. |
| 48:22 | 49:2 | Speculative | Relevant; not speculative to not remember. |
| 53:13 | 54:1 | Speculative | Not speculative to not remember. |
| 68:1 | 68:5 | Speculative | Not speculative. |
| 68:6 | 68:17 | Irrelevant | Colloquy withdrawn. |
| 68:18 | 69:9 | Speculative | Not speculative. |
| 70:19 | 71:16 | Irrelevant; vague | Relevant. |

Case 3:05-cv-00444   Document 242   Filed 05/13/10   Page 9 of 23 PageID #: 5245

**Response to Objections to Defendants' Designations:**

Deponent: **Lloyd Knapp, Pharm.D.**

Deposition Date: **6/28/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 711 : 4 | 713 :25 | Leading | The question posed is not leading, but instead is open-ended and does not suggest an answer. |
| 715 : 4 | 715 : 9 | Speculative | The testimony is based on Mr. Knapp's personal knowledge and experience. |

**Response to Objections to Defendants' Counter Designations:**

Deponent: **Lloyd Knapp, Pharm.D.**

Deposition Date: **7/18/2006**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Response |
|---|---|---|---|
| 189:13 | 190:3 | Lacks foundation; speculative | The testimony is based on Mr. Knapp's personal knowledge and experience. |

**Response to Objections to Defendants' Designations:**

Deponent: **Arnold Lawson**

Deposition Date: **10/4/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 7:23 | 7:23 | Irrelevant | Introductory comment. |
| 9:13 | 9:16 | Irrelevant | Withdrawn. |

## Response to Objections to Defendants' Designations:

Deponent: **Gayle Lawson**

Deposition Date: **10/4/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 17:2 | 17:11 | Irrelevant | Relevant. |
| 22:9 | 22:18 | Speculative | Not speculative. |
| 25:6 | 25:15 | Speculative | Not speculative. |
| 43:9 | 43:19 | Speculative | Not speculative. |
| 46:21 | 47:21 | Speculative | Not speculative. |
| 56:25 | 58:1 | Speculative | Not speculative. |
| 63:2 | 63:14 | Speculative | Not speculative. |
| 71:15 | 71:18 | Speculative | Not speculative. |
| 77:20 | 78:5 | Irrelevant | Relevant. |
| 84:15 | 85:2 | Speculative | Not speculative. |
| 85:10 | 86:6 | Speculative | Not speculative. |
| 87:13 | 87:16 | Speculative | Not speculative. |
| 91:21 | 91:25 | Speculative | Colloquy withdrawn. |
| 92:2 | 92:21 | Speculative | Not speculative. |
| 93:2 | 93:8 | Speculative | Not speculative. |

## Response to Objections to Defendants' Designations:

Deponent: **Edward Mackey, M.D.**

Deposition Date: **5/23/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 108:23 | 109:19 | Hearsay; speculative | Non-hearsay testimony; foundation; exception applies to any hearsay; not speculative. |

## Response to Objections to Defense Counter Designations:

Deponent:  **Edward Mackey, M.D.**

Deposition Date:  **05/23/2007**

| Beginning Page : Line | Ending Page : Line | Basis for Objection // Additional pg/line for completeness | Responses |
|---|---|---|---|
| 115:23 | 117:18 | Hearsay | Not hearsay; exception applies to medical records discussed. |
| 109:7 | 109:12 | sidebar | Objection not found. |

## Response to Objections to Defendants' Counter Designations:

Deponent: **John Marino**

Deposition Date: **7/3/2007**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 594:16 | 595:22 | Speculative; lacks foundation | This testimony is based upon Mr. Marino's personal knowledge and experience.  Counter-designation; designated in response to plaintiff's designation |
| 596:12 | 597:6 | Speculative; lacks foundation | This testimony is based upon Mr. Marino's personal knowledge and experience. Counter-designation; designated in response to plaintiff's designation |
| 597:17 | 598:9 | Speculative; lacks foundation | This testimony is based upon Mr. Marino's personal knowledge and experience. Counter-designation; designated in response to plaintiff's designation |
| 598:23 | 601:8 | Speculative; lacks foundation; irrelevant | This testimony is based upon Mr. Marino's personal knowledge and experience. Counter-designation; designated in response to plaintiff's designation |
| 606:6 | 606:18 | Lacks foundation; speculative; | This testimony is based upon Mr. |

| | | irrelevant | Marino's personal knowledge and experience. Counter-designation; designated in response to plaintiff's designation |
|---|---|---|---|
| 614:19 | 616:9 | Lacks foundation; speculative | This testimony is based upon Mr. Marino's personal knowledge and experience. |
| 616:10 | 617:18 | Relevance; lacks foundation; speculative | This testimony is based upon Mr. Marino's personal knowledge and experience. |
| 618:6 | 618:18 | Lacks foundation; speculative | This testimony is based upon Mr. Marino's personal knowledge and experience. |
| 629:10 | 629:22 | Lacks foundation; speculative; calls for legal conclusion | This testimony is based upon Mr. Marino's personal knowledge and experience. Counter-designation; designated in response to plaintiff's designation. |
| 630:6 | 630:17 | Lacks foundation; speculative; calls for legal conclusion | This testimony is based upon Mr. Marino's personal knowledge and experience. |
| 630:24 | 631:7 | Asked/answered; lacks foundation; speculative; calls for legal conclusion | This testimony is based upon Mr. Marino's personal knowledge and experience. |
| 632:5 | 632:11 | Asked/answered; lacks foundation; speculative; calls for legal conclusion | This testimony is based upon Mr. Marino's personal knowledge and experience. |

## Response to Objections to Defendants' Designations:

Deponent:  **Paul McCombs, M.D.**

Deposition Date:  **6/8/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 6:15 | 6:20 | Irrelevant | Introductory testimony. |
| 16:4 | 16:21 | Irrelevant | Identifies chart status. |

# Response to Objections to Defendants' Designations:

Deponent: **Cynthia McCormick, M.D.**

Deposition Date: **2/14/08**

Consistent with Plaintiff's motion in limine, Docket No. 92, to exclude testimony of Defendants'
expert Cynthia McCormick, Plaintiff objects to Defendants' submission of deposition
designations relating to Cynthia McCormick, M.D. Notwithstanding Plaintiff's objections,
Plaintiff shall submit counter-designations as attached hereto.

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Response |
|---|---|---|---|
| 106 : 21 | 107 : 17 | Form – leading, expert opinion by fact witness | On April 29, 2010 (Docket No. 191), this Court denied Plaintiff's Motion to Strike the Affidavit and the Fact and Opinion Testimony of Cynthia McCormick, M.D. |
| 108 : 13 | 109 : 6 | Form – leading, improper expert opinion by fact witness | |
| 117 :1 | 117:20 | Form – ambiguous and compound: use of words "suggest or recommend" | Questions not leading in context and do not suggest answers. |
| 128 :2 | 128 :21 | Form – leading | |
| 129:4 | 129:14 | Expert opinion by fact witness | |
| 129 : 15 | 130 : 17 | Form – leading | Not hearsay and/or subject to exception |
| 132:18 | 132:22 | Hearsay | |
| 171 :3 | 171 : 11 | Form – leading | |
| 172:7 | 172:11 | Expert opinion by fact witness | |
| 175:24 | 176:17 | Expert opinion by fact witness | |
| 182:12 | 182:19 | Form – leading; calls for expert testimony; speculative | |
| 190:8 | 190:19 | Expert opinion by fact witness | |
| 192:9 | 192:11 | Expert opinion by fact witness | |

## Response to Objections to Defendants' Counter Designations:

Deponent:  **Cynthia McCormick, M.D.**

Deposition Date:  **2/14/2008**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Response |
|---|---|---|---|
| 109:9 | 111:8 | Lacks foundation; speculative; incomplete hypothetical; answer non-responsive | On April 29, 2010 (Docket No. 191), this Court denied Plaintiff's Motion to Strike the Affidavit and the Fact and Opinion Testimony of Cynthia McCormick, M.D.<br><br>Foundation exists, testimony not speculative, answer responsive. |

## Response to Objections to Defendants' Designations:

Deponent:  **Atul Pande, M.D.**

Deposition Date:  **9/19/07-9/20/07**

| Beginning Page : Line | Ending Page : Line | Comple-te-ness | Basis for Objection/Additional pg/lines for completeness | Response |
|---|---|---|---|---|
| 14:9 | 15:19 | | He is not a designated expert and wrote no expert reports; this resume was superseded: Exhibit 1; hearsay; irrelevant | In 1994, Dr. Pande was appointed Director of CNS Clinical Research at Parke-Davis Pharmaceutical Research in Ann Arbor, and in 1996 was promoted to Senior Director with responsibility for the worldwide development of psychotropic drugs.  While in this position, Dr. Pande oversaw new drug development efforts in depressive, anxiety and psychotic disorders.  Dr. Pande left Pfizer in November 2005. |
| 603:14 | 632:17 | | Defendants does not list Pande as an expert on any subject and did not submit a Rule 26 report from him. During his deposition, he repeatedly stated that he is not an expert.  He has not treated patients in almost 20 years, has never prescribed Neurontin, and does not read | |

| | | | | |
|---|---|---|---|---|
| | | | patient records. At p. 612, he says he does not follow the literature and has no access to company documents. Even so, Defendants' counsel elicited expert opinions from him on topics that require Rule 26 disclosure, preparation, report, and a foundation for the opinion. This section (pp. 603-632) covers his opinion on what it means that doctors are still prescribing Neurontin (no experience or foundation); where doctors get their information to make prescribing decisions; and the medicine's "overall safety profile". | The testimony designated is fact testimony based upon Dr. Pande's knowledge working at Parke-Davis. |
| 616:20 | | | Exhibit 41; CV; hearsay; irrelevant; did not identify him as expert or provide Rule 26 disclosures | |
| 624:21 | 632:17 | | Same objection; journal articles are not admissible, article not previously disclosed, and underlying research not reliable. He read a paper and received advice from a patent attorney to file the patent for Neurontin for bipolar. Exhibit 42; hearsay; article; expert opinion; no Rule 26 disclosure; opinion unreliable; FRE 702, *et seq.* | |
| 641:8 | 661:2 | | Same as above; hearsay; expert opinion about Parke-Davis thought processes | |
| 646:20 | | | Same as above; interprets the outcome of a hearsay study; Exhibit 43; hearsay; article; expert opinion; no Rule 26 disclosure; | |

| | | | unreliable; FRE 702, *et seq.* | |
|---|---|---|---|---|
| 657:24 | | | Same as above, interprets the outcome of a hearsay study; Exhibit 44; hearsay; article; expert opinion; no Rule 26 disclosure; unreliable; FRE 702, *et seq.* | |

## Response to Objections to Defendants' Designations:

Deponent: **Danny Satterfield**

Deposition Date: **2/7/08**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional g/line for completeness | Responses |
|---|---|---|---|
| 23:14 | 23:15 | Irrelevant | Colloquy withdrawn. |
| 46:24 | 47:9 | Vague | Not vague. |

## Response to Objections to Defendants' Designations:

Deponent: **Drusilla Scott**

Deposition Date: **12/13/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 609:14 | 609:22 | Lacks foundation; calls for speculative | Testimony is based on Ms. Scott's personal knowledge and experience. |
| 613:6 | 614:11 | Lacks foundation; calls for expert testimony | Testimony is based on Ms. Scott's personal knowledge and experience. |
| 614:12 | 614:17 | Lacks foundation; calls for expert testimony | Testimony is based on Ms Scott's personal knowledge and experience.. |
| 614:18 | 615:5 | Lacks foundation; calls for speculative; leading; calls for expert testimony | Testimony is based on Ms. Scott's personal knowledge and experience. |

# Response to Objections to Defendants' Designations:

Deponent:  **Cindy Smith-Charlton**

Deposition Date:  **10/3/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 27:12 | 27:20 | Hearsay | Not hearsay. |
| 69:3 | 69:18 | Vague, ambiguous | Not vague nor ambiguous. |
| 118:4 | 119:2 | Irrelevant; FRE 403; assumes facts not in evidence | Relevant testimony regarding life circumstances; not unfairly prejudicial; nor assumes facts. |
| 124:22 | 125:8 | Argumentative | Not argumentative and answer speaks for itself. |
| 158:13 | 160:16 | Irrelevant; FRE 403 | Relevant; not unfairly prejudicial. |
| 169:18 | 169:25 | Irrelevant | Relevant. |

# Response to Objections to Defendants' Designations:

Deponent:  **Ruth Smith**

Deposition Date:  **4/12/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 5:9 | 5:17 | Irrelevant; FRE 403 | Agree to redact Soc. Sec. No. |
| 6:11 | 6:20 | FRE 403 | Withdrawn. |
| 54:7 | 54:16 | FRE 403 | No unfair prejudice. |
| 64:5 | 64:5 | Irrelevant | Relevant transition. |
| 64:13 | 64:22 | Vague | Colloquy withdrawn. |
| 70:15 | 70:25 | Vague | Colloquy withdrawn. |
| 97:22 | 98:4 | Misstates facts | Testimony speaks for itself. |
| 111:9 | 111:14 | Hearsay | Not hearsay; medical record subject to exception. |
| 135:5 | 135:20 | Hearsay | Not hearsay; medical record subject to exception. |
| 136:14 | 137:25 | Hearsay; FRE 403; speculative | Relevant testimony; not unfairly prejudicial; not hearsay or subject to exception; not speculative testimony. |

Case 3:05-cv-00444   Document 242   Filed 05/13/10   Page 18 of 23 PageID #: 5254

## Response to Objections to Defendants' Designations:

Deponent: **Stewart Stowers, M.D.**

Deposition Date: **6/28/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 9:21 | 11:5 | Irrelevant | Relevant. |
| 50:13 | 50:19 | Speculative | Not speculation. |

## Response to Objections to Defendants' Designations:

Deponent: **Charles Taylor, Ph.D.**

Deposition Date: **08/27/09**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 7:22 | 9:14 | Relevant; prejudicial | Relevant to why Dr. Taylor is not testifying live. |
| 27:12 | 29:17 | Lacks foundation – as to micrograph – for entire exhibit's use | Chart that was prepared by Dr. Taylor to assist in his testimony. |
| 79:4 | 79:24 | Speculative; lacks foundation | Testimony is based on Dr. Taylor's research and opinions. |
| 95:17 | 97:23 | Hearsay; lacks foundation | Testimony is based on Dr. Taylor's research. |
| 98:4 | 101:14 | Hearsay; lacks foundation | Testimony is based on Dr. Taylor's research. |
| 125:8 | 129:17 | Hearsay; lacks foundation | Testimony is based on Dr. Taylor's research. |
| 287:24 | 288:8 | Leading | Non-leading. |

Case 3:05-cv-00444   Document 242   Filed 05/13/10   Page 19 of 23 PageID #: 5255

## Objections to Defendants' Counter Designations:

Deponent: **Charles Taylor, Ph.D.**

Deposition Date: **6/4/2007**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Response |
|---|---|---|---|
| All | All | Plaintiff objects to all Defendants' designations of testimony because Dr. Taylor is Defendants' retained expert. Without adequate proof of his inability to testify in-person at trial, Plaintiff object to the introduction of Defendants' designations. | On April 29, 2010 (Docket No. 191), this Court denied Plaintiff's Motion *in Limine* to preclude Defendants from Using the Deposition of Dr. Charlie Taylor at Trial. |

Deponent: **Charles Taylor, Ph.D.**

Deposition Date: **8/27/2009**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Response |
|---|---|---|---|
| All | All | Plaintiff objects to all Defendants' designations of testimony because Dr. Taylor is Defendants' retained expert. Without adequate proof of his inability to testify in-person at trial, Plaintiff object to the introduction of Defendants' designations. | On April 29, 2010 (Docket No. 191), this Court denied Plaintiff's Motion *in Limine* to preclude the Defendants from Using the Deposition of Dr. Charlie Taylor at Trial. |

**Response to Objections to Defendants' Designations:**

Deponent: **Janeth Turner**

Deposition Date: **10/11/07-10/12/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 52:24 | 53:10 | Lacks foundation; no bases – FDA opinion | Testimony is based on Ms. Turner's personal knowledge and experience. |
| 97:20 | 97 :23 | Leading; calls for expert opinion; speculative | Testimony is based on Ms. Turner's personal knowledge and experience. |
| 270:22 | 272:20 | Non-responsive | Testimony is responsive and relevant. |
| 556:22 | 557:2 | Lacks foundation | Testimony is based on Ms. Turner's personal knowledge and experience. |
| 567:17 | 568:25 | Speculative; lacks foundation | Testimony is based on Ms. Turner's personal knowledge and experience. |
| 570:24 | 571:13 | Speculative | Testimony is based on Ms. Turner's personal knowledge and experience. |
| 580:18 | 581:4 | Speculative | Testimony is based on Ms. Turner's personal knowledge and experience. |
| 586:2 | 587:17 | Beyond direct -- leading | Not beyond the scope of direct. |

**Response to Objections to Defendants' Designations:**

Deponent: **Chris Wood, D.D.S.**

Deposition Date: **6/7/07**

| Beginning Page : Line | Ending Page : Line | Basis for Objection/Additional pg/line for completeness | Responses |
|---|---|---|---|
| 46:18 | 47:9 | Irrelevant | Relevant testimony re extent of knowledge. |
| 49:17 | 49:23 | FRE 403; speculative; irrelevant; hearsay; argumentative | Relevant non-hearsay testimony about importance of clinical |

| | | | information; not speculative; not argumentative; not unfairly prejudicial; foundation exists and records subject to hearsay exception. |
|---|---|---|---|

Dated: May 13, 2010

Respectfully submitted,

SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP

By:    /s/ Mark S. Cheffo
        Mark S. Cheffo

Four Times Square
New York, NY 10036
Tel:  (212) 735-3000

       -and-

NEAL & HARWELL, PLC

By:    /s/ Gerald D. Neenan
        Aubrey B. Harwell, Jr., No. 002559
        W. David Bridgers, No. 016603
        Gerald D. Neenan, No. 006710

2000 One Nashville Place
150 Fourth Avenue, North
Nashville, TN 37219
(615) 244-1713
(615) 726-0573 (fax)

*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC*

22

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of May 2010, I electronically filed the foregoing document with the Clerk of the Court, United States District Court for the Middle District of Tennessee, using the CM/ECF system. True and correct copies of the foregoing documents are being served via the Court's CM/ECF system on the following:

Andrew G. Finkelstein, Esq.
Kenneth B. Fromson, Esq.
Finkelstein & Partners, LLP
1279 Route 300
Newburg, NY 12550

Dara G. Hegar, Esq.
Ken S. Soh, Esq.
Maura Kolb, Esq.
Robert Leone, Esq.
W. Mark Lanier, Esq.
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Charles F. Barrett, Esq.
Barrett & Associates, P.A.
6718 Highway 100, Suite 210
Nashville, TN 37205

_____/s/ Gerald D. Neenan_____