EXHIBIT D – TO BE PROVIDED