# EXHIBIT A

```
 1          UNITED STATES DISTRICT COURT
 2            DISTRICT OF MASSACHUSETTS
 3
 4    _____
 5    In Re: NEURONTIN MARKETING, SALES    )
 6    PRACTICES AND PRODUCTS LIABILITY     ) MDL Docket
 7    LITIGATION                           ) No. 1629
 8    _____) Master File
 9    THIS DOCUMENT RELATES TO:            ) No. 04-10981
10    THE GUARDIAN LIFE INSURANCE          ) VOLUME I
11    COMPANY OF AMERICA v. PFIZER,        )
12    INC., 04 CV 10739 (PBS)              )
13    _____)
14
15
16        Telephonic Deposition of
17        DR. SANDER GREENLAND, taken at
18        22333 Swenson Drive, Topanga,
19        California, commencing at
20        1:38 P.M., Wednesday, May 5, 2010,
21        before Harry Hansen, CSR No. 4907.
22
23
24        Job No. CS256526
25    PAGES 1 - 147
```

```
 1   APPEARANCES OF COUNSEL:
 2
 3       FOR THE PLAINTIFF:
 4
 5           FINKELSTEIN & PARTNERS
 6           BY:  KEITH ALTMAN, ESQ.
 7           PRESENT TELEPHONICALLY)
 8           1279 Route 300
 9           Newburgh, New York  12551
10           (845) 563-9540
11
12       FOR PFIZER, INC.:
13
14           GOODELL DeVRIES LEECH AND DANN LLP
15           BY:  RICHARD M. BARNES, ESQ.
16                STEVEN NAPOLITANO, ESQ.
17           PRESENT TELEPHONICALLY)
18           One South Street
19           Suite 2000
20           Baltimore, Maryland 21202
21           (419) 783-4000
22
23
24
25
```

```
 1   APPEARANCES OF COUNSEL (CONTINUED):
 2
 3       FOR PFIZER, INC.:
 4
 5           WHEELER TRIGG O'DONNELL LLP
 6           BY:  ANDREW M. MYERS, ESQ.
 7           PRESENT TELEPHONICALLY)
 8           1801 California Street
 9           Suite 3600
10           Denver, Colorado   80202-2617
11           (303) 244-1800
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  from the hazard ratio for suicide attempts and
2  completed suicide; correct?
3      A.   Right.  Whereas if I was trying to be more
4  precise in terms of matching like with like, I would
5  have taken instead the rate ratio from figure 5,
6  which is 2.61.  So I would have come up with a
7  little bit higher overall calculation for
8  gabapentin's effect.
9      Q.   But that would have been only more precise
10 in terms of the calculation and not more precise in
11 terms of the event that you were using to make your
12 calculation; correct?
13     A.   Correct.
14     Q.   So can you tell me if there is a
15 recognized physical term for the products of a odds
16 ratio for suicidal thoughts and actions and the
17 hazard ratio for just suicide actions?
18     A.   Well, I can give you conditions under
19 which it would provide an estimate for precisely
20 what I was talking about, which is the gabapentin
21 effect relative to placebo.
22     Q.   Let me ask you this.
23          Can you cite for me the name of any paper
24 that you have ever published where you have
25 multiplied the hazard ratio from an observational

1  drug versus drug comparison subject via an odds
2  ratio from a placebo study where you calculate the
3  risk of any drugs relative to a placebo?
4      A.  No.
5      Q.  Can you cite me any paper anywhere in the
6  world that has multiplied the hazard ratio of an
7  observational drug versus drug comparison by an odds
8  ratio from a placebo-controlled study to calculate
9  the new estimate of the risk of any drugs relative
10 to placebo?
11     A.  No.
12     Q.  Have you ever performed this type of
13 analysis before you did it in this case?
14     A.  I can't recall.
15     Q.  Why did you take the results of the
16 Patorno paper for your calculation and not the
17 results of the Olesen paper?
18     A.  Let's see.  Let me look at the -- what the
19 results you're talking about are.
20          Well, actually it was because I was
21 talking about the Patorno paper at that point
22 specifically, and I was talking about what its
23 implications would be.  That's "a study in the
24 United States just like the FDA's studies were
25 largely in the U.S.  So that's it.

```
 1    Q.   Why did you not use the statement analysis
 2  which is the subject of the Olesen paper?
 3    A.   I don't know.  I could do that if you
 4  want.
 5    Q.   Do you agree that if you pick statistics
 6  from another paper, another observational paper, you
 7  would get a different result than you obtained from
 8  your statement based on the Patorno paper?
 9    A.   Let's do it.  Let's go ahead and look at
10  the 1.27 hazard ratio from figure 2 of Olesen and
11  we'll go 1.27 times the 2.61 in the FDA.  So we've
12  got, by quick calculation, we get 3 point something.
13  We get -- In fact I can do the exact calculation if
14  you want.
15         That's 3.3.
16    Q.   Are you -- Aren't you missing something
17  that the reference drug in the Olesen paper is
18  carbamazepine and not topiramate?
19    A.   Well, you just said let's do the
20  calculation.  So I said you want me to do the
21  calculation.  There's a reason you just gave to not
22  focus on that.  They were taking -- Olesen was
23  taking things relative to carbamazepine.  And the
24  fact is that in the FDA report carbamazepine was
25  very, very poorly estimated.
```

800-567-8658
973-410-4040
Case 3:05-cv-00444   Document 251-1   Filed 05/14/10   Page 7 of 8 PageID #: 5552

```
 1      Q.   Dr. , what you have to do is you have to
 2   take the odds ratio of carbamazepine in the FDA
 3   meta-analysis and multiply it by 1.27 in the Olesen
 4   papers; correct?
 5      A.   Yes, I think you're correct.
 6      Q.   So if I, in the carbamazepine analysis or
 7   carbamazepine data from figure 2, it is a ratio of
 8   .65, and multiply is by 1.27 --
 9      A.   I get --
10      Q.   -- correct?
11      A.   I get .81.
12      Q.   Get what?
13      A.   I get .81.
14      Q.   So if you take the data from the Olesen
15   paper of a hazard ratio of 1.27 and multiply it by
16   the reference drug carbamazepine and get the odds
17   ratio of the FDA analysis of .65 is actually that
18   gabapentin has an increased risk of suicide versus
19   placebo; correct?
20           MR. ALTMAN:  Objection.
21           Form.
22           THE WITNESS:  Well, it doesn't
23   demonstrate.  The estimate comes out as .81, which
24   is on the protective side, but the confidence levels
25   would be extremely wide.
```