IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow ) <br> for the Use and Benefit of Herself and the ) <br> Next of Kin of RICHARD SMITH, Deceased, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PFIZER INC., *et al.*, ) <br> ) <br> Defendants. ) | Case No. 3:05-0444 <br> Judge Trauger |

## ORDER

For the reasons expressed in the accompanying Memorandum, the parties' objections to expert witness statements (Docket Nos. 225, 228-32) are ruled on as indicated in the attached chart.

Regarding the plaintiff's expert witness Cheryl Blume, the court will exclude Blume's testimony regarding the Gabapentin Data Capture Aid, (Docket No. 180, Ex. 4 ¶¶ 15, 37), and the PRR chart. (*Id.* ¶¶ 38-41).

It is so Ordered.

Entered this 14th day of May 2010.

ALETA A. TRAUGER
United States District Judge

| Page:Line | Ruling |
|---|---|
| **D'Onofrio Statement** | |
| 4:1 | Granted |
| 5:5-7 | Denied |
| 5:7-9 | Denied |
| 5:10-11 | Granted |
| 5:22-6:4 | Denied |
| 7:10-11 | Granted |
| 8:5-7 | Granted |
| 8:11-13 | Granted |
| 8:14-21 | Granted |
| 9:1 | Granted |
| 11:4-5 | Denied |
| 12:6-10 | Reserved |
| 12:18 | Reserved |
| 13:27 | Denied |
| 15:16-22 | Denied |
| **D'Onofrio Exhibits** | |
| 73-2, p.1 | Granted |
| 173-2, p.1 | Granted |
| **Jacobs Statement** | |
| 6:17 | Granted |
| 7:19-8:8 | Denied |
| 8:9-9:15 | Denied |
| 25:9-14 | Denied |
| 29:8-23 | Reserved |
| **Jacobs Exhibits** | |
| 177-2, p.1 | Denied |

| Page:Line | Ruling |
|---|---|
| **Taylor Statement** | |
| 12:3 | Denied |
| 19:15 | Denied |
| **Granacher Statement** | |
| 8:1-9 | Granted in part |
| 8:16-19 | Denied |
| 10:1-2 | Denied |
| 13:19-21 | Denied |
| 13:30-35 | Denied |
| 15:16-17 | Denied |
| 15:17-20 | Denied |
| 15:22-23, 16:1-8 | Denied |
| 20:17-20 | Reserved |
| 22:2-3 | Denied |
| 22:19-23 | Reserved |
| **Granacher Exhibits** | |
| 176-2, p.2 | Reserved |
| 176-2, p.23 | Reserved |
| **Grabowski Statement** | |
| 2-21-3:4, Ex. 1 | Denied |
| 3:5-7 | Denied |
| 3:20-21 | Denied |
| 3:23-4:1 | Denied |
| 4:2-4 | Denied |
| 4:4-5 | Denied |

| Page:Line | Ruling | | Page:Line | Ruling |
|---|---|---|---|---|
| **Grabowski Statement** | | | **Grabowski Statement** | |
| 4:12-15 | Denied | | 13:1-8 | Denied |
| 4:18-19 | Denied | | **Arrowsmith Statement** | |
| 4:21-23, Ex. 2 | Denied | | 3:13 | Reserved |
| 5:6-8 | Denied | | 3:18 | Reserved |
| 5:20-21 | Denied | | 9:19 | Reserved |
| 5:22-23 | Denied | | 10:5 | Denied |
| 6:4-7, Ex. 3 | Denied | | 12:10 | Denied |
| | | | 14:9 | Denied |
| 7:9-12 | Denied | | 14:13 | Denied |
| 7:15-21 | Denied | | 15:3 | Denied |
| 7:22-8:2, 8:6 | Denied | | 15:16 | Denied |
| 8:11-12 | Denied | | 16:5 | Denied |
| 9:4, Ex. 4 | Denied | | 21:11 | Reserved |
| 9:6-14 | Denied | | 22:17 | Reserved |
| 9:17-20 | Denied | | 23:6 | Denied |
| 9:22-10:2 | Denied | | 23:10 | Granted |
| 10:4-9 | Denied | | 23:22 | Denied |
| 10:10-12 | Denied | | 24:7 | Reserved |
| 10:15-16 | Denied | | 24:21 | Denied |
| 11:3-6 | Denied | | 25:3 | Reserved |
| 11:7-11 | Denied | | 26:8 | Reserved |
| 11:16-22 | Denied | | 27:21 | Denied |
| 12:2 | Denied | | 30:13 | Reserved |
| 12:5-9 | Denied | | 31:6 | Denied |
| 12:21-23 | Denied | | 31:9 | Denied |

| Page:Line | Ruling |
|---|---|
| **Arrowsmith Statement** | |
| 32:8 | Denied |
| 32:16, 32:21-35:3 | Denied |
| Ex. 18 | Granted |
| **Gibbons Statement** | |
| 3:21 | Denied |
| 5:9 | Reserved |
| 5:15 | Denied |
| 6:2 | Denied |
| 6:19 | Denied |
| 8:7 | Denied |
| 8:16 | Denied |
| 8:16 | Denied |
| 9:19 | Denied |
| 9:21 | Denied |
| 10:11 | Denied |
| 10:21 | Denied |
| 11:13 | Denied |
| 14:10 | Denied |
| 17:5 | Denied |
| 17:7 | Denied |
| 18:5 | Denied |
| 18:13 | Denied |
| 18:19 | Denied |
| 19:17 | Denied |
| **Page:Line** | **Ruling** |

| Page:Line | Ruling |
|---|---|
| **Gibbons Statement** | |
| 19:19 | Denied |
| 20:4 | Denied |
| 20:6 | Denied |
| 20:9 | Denied |
| Ex. 18 | Denied |
| **Ruggieri Statement** | |
| 8:5 | Denied |
| 10:12 | Denied |
| 15:10 | Reserved |
| 20:17 | Granted |
| 20:14 | Reserved |
| 22:6 | Reserved |
| 23:5 | Reserved |
| 25:4 | Denied |
| Ex. 12 | Granted |
| **Weiss-Smith Statement** | |
| 4:18 | Granted |
| 8:14 | Granted |
| 9:5 | Denied |
| 10:9 | Reserved |
| 13:2 | Granted |
| 13:6 | Granted |
| 15:1 | Denied |
| 15:12 | Granted |
| 16:1 | Granted |
| **Page:Line** | **Ruling** |
| **Weiss-Smith Statement** | |

| Paragraph | Ruling | | Paragraph | Ruling |
|---|---|---|---|---|
| 17:1 | Denied | | 10 (2) | Denied |
| Ex. 10, 11, 12, 14, 15 | Granted | | 10 (3) | Denied |
| | | | 11 (1) | Denied |
| Ex. 12 | Granted | | 11 (2) | Denied |
| | | | 13 (1) | Denied |
| **Paragraph** | **Ruling** | | 13 (2) | Denied |
| **Maris Statement** | | | 13, n.11 | Granted |
| Intro. | Granted | | 13, n.15 | Denied |
| 1, n.1 | Denied | | Disclosure | Denied |
| 2 (1) | Denied | | **Greenland Statement** | |
| 2 (2) | Denied | | 4.a. | Denied |
| 2 (3) | Denied | | 4.d. | Denied |
| 2 (4) | Denied | | 4.e. | Denied |
| 2 (5) | Denied | | 4.f. | Denied |
| 3 (1) | Denied | | 6 (1) | Denied |
| 3 (2) | Denied | | 6 (2) | Denied |
| 4 | Denied | | 6 (3) | Denied |
| Ex. 3849 | Denied | | 7 (1) | Denied |
| Ex. 2018 | Denied | | 7 (2) | Denied |
| 6 (1) | Denied | | 8 | Denied |
| Ex. 460 | Denied | | 9 | Denied |
| 6 (2) | Denied | | **Page** | **Ruling** |
| Ex. 5870 | Denied | | **Trimble Statement** | |
| 6 (3) | Denied | | 5 | Granted |
| 9 | Granted | | 5-6 | Granted |
| 10 (1) | Denied | | 7-8 | Granted |
| **Paragraph** | **Ruling** | | **Page** | **Ruling** |
| **Maris Statement** | | | **Trimble Statement** | |

| | | | | |
|---|---|---|---|---|
| 9 | Granted | | 2 | Denied |
| 10 | Denied | | 6 | Denied |
| 11 | Granted | | 10 | Denied |
| 12-13 | Denied | | 12 | Denied |
| Specific causation | Denied | | 13 (1) | Granted in part |
| **King Statement** | | | 13 (2) | Denied |
| 11, ¶ 4 | Denied | | 14 | Granted |
| 2, Exs. 1, 13 | Denied | | 22 | Denied |
| | | | 23, 25 | Denied |
| 3 ¶ 2, Ex. 3 | Denied | | 23 | Granted in part |
| 4 | Denied | | 24 | Denied |
| 7 | Denied | | 26 | Denied |
| 8 | Denied | | 27 | Denied |
| 8 ¶ 3, Ex. 10 | Denied | | 28 | Denied |
| | | | 29 | Denied |
| Ex. 11 | Denied | | Ex. 4147 | Denied |
| 10 ¶ 2 | Denied | | Ex. 2061 | Granted |
| 13 ¶ 2 | Denied | | 37 (1) | Granted |
| 13 ¶¶ 2-4 | Denied | | 37 (2) | Granted |
| 14 ¶ 2 (1) | Denied | | 38-41 | Granted |
| 14 ¶ 2 (2) | Denied | | Ex. 4159 | Denied |
| 15 ¶ 1, Ex. 13 | Denied | | 42 | Granted |
| 1-2 | Denied | | 43-45 | Granted |
| | | | 46 | Denied |
| | | | 47 | Denied |
| **Paragraph** | **Ruling** | | **Paragraph** | **Ruling** |
| **Blume Statement** | | | **Blume Statement** | |

| | |
|---|---|
| 48 | Granted |
| Ex. 2001 | Denied |
| 50-51 | Denied |
| 54 | Denied |
| 55 | Denied |
| Ex. 5809 | Denied |
| 57 | Denied |
| 59 | Denied |
| 61 | Denied |
| 62 | Denied |