# CLERK'S RESUME OF PROCEEDINGS
# CIVIL NON-JURY PROCEEDINGS

RUTH SMITH

CASE NO: 3:05-0444

v.

DATE: 5/17010

PFIZER, INC., ET AL


NATURE OF PROCEEDING: Hearing to announce settlement of the parties

COURT REPORTER: Becky Cole

PLAINTIFF'S ATTORNEY(S): Charles F. Barrett, Ken S. Soh
DEFENDANT'S ATTORNEY(S): Aubrey Harwell, Jr., James E. Hooper, Faith E. Gay, Mark S. Cheffo


INSTRUCTIONS OF THE COURT:   Parties notified the court that the case has been resolved. Stipulation to be filed today.


Time: 5 minutes

Ann Frantz
COURTROOM DEPUTY CLERK