# Professional Background

- University of Illinois at Chicago

  – Director, Center for Health Statistics

  – Professor of Biostatistics, Psychiatry, and Mathematics, Statistics, and Computer Science

- Ph.D., Statistics and Psychometrics (University of Chicago, 1981)

- Author, more than 200 peer-reviewed scientific papers, five books

Case 3:05-cv-00444   Document 257-1   Filed 05/17/10   Page 1 of 29 PageID #: 5628

# Professional Recognition

- Harvard Award for Lifetime Contributions to Psychiatric Epidemiology and Biostatistics (2003)

- Outstanding Statistical Application Award for Contribution to Drug Safety, American Statistical Association (2009)

- Youden Award, American Statistical Association for Statistical Contributions to Chemistry (2001, 2006)

- Fellow, American Statistical Association

- Member, Institutes of Medicine (IOM), National Academy of Sciences (NAS)

- FDA Advisory Board on Suicide and Antidepressants in Adolescents (2004); Safety Science Board, FDA Sentinel Network (2010)

- National Institutes of Mental Health (NIMH), Research Scientist Award (1995-2000)

- Veterans Administration, Blue Ribbon Working Group on Suicide Prevention (2008)

# Dr. Gibbons' Opinions

- FDA study does not show that gabapentin causes suicidal thoughts or behavior

- Published AED study in bipolar patients: Shows 11 AEDs in the FDA study, including gabapentin, do not increase the risk of suicide attempts

- Gabapentin study: Gabapentin does not increase the risk of suicide attempts in any patient group

- There is no statistical basis for a gabapentin suicide warning

Case 3:05-cv-00444   Document 257-1   Filed 05/17/10   Page 3 of 29 PageID #: 5630

# Dr. Gibbons' Criticisms of FDA 2008 Study

- FDA finding of increased risk was driven by two drugs – topiramate and lamotrigine

- FDA excluded all studies with zero events

- FDA's conclusions regarding increased risk of AEDs cannot be applied to gabapentin

- FDA's conclusions regarding increased risk of AEDs do not apply to all patients

Case 3:05-cv-00444   Document 257-1   Filed 05/17/10   Page 4 of 29 PageID #: 5631

# FDA Cases of Suicidal Thinking or Behavior by Drug



Gabapentin studies – placebo treatment: 1 event/2,029 patients

Total Cases = 104

67 Out of 104 Cases

**Number of Cases of Suicidal Behavior or Thinking**

| Drug | Cases | (n) |
|---|---|---|
| Felbamate | 0 | (170) |
| Carbamazepine | 2 | (252) |
| Gabapentin | 2 | (2,903) |
| Oxcarbazepine | 2 | (1,342) |
| Tiagabine | 2 | (835) |
| Zonisamide | 3 | (672) |
| Pregabalin | 7 | (7,201) |
| Levetiracetam | 8 | (2,554) |
| Divalproex | 11 | (1,327) |
| Lamotrigine | 27 | (2,865) |
| Topiramate | 40 | (7,742) |

Case 3:05-cv-00444 Document 287-1 Filed 05/17/10 Page 5 of 29 PageID #: 5632
Source: Based on May 23, 2008 FDA Statistical Review and Evaluation, Antiepileptic Drugs and Suicidality, Pg. 23, Table 13

# FDA Meta-Analysis:
# Odds Ratios for All AEDs



| Less Benefit With Drug Than Placebo | No Difference Between Drug and Placebo | Greater Benefit With Drug Than Placebo |

| Drug | OR (95% CI) | [Sample Sizes] |
|---|---|---|
| Carbamazepine | 0.65 (0.08, 4.42) | [2/252 3/250] |
| Divalproex | 0.72 (0.29, 1.84) | [11/1,327 9/992] |
| Felbamate | ND. (ND., ND.) | [0/170 0/170] |
| **Gabapentin** | **1.57 (0.12, 47.66)** | **[2/2,903 1/2,029]** |
| Lamotrigine | 2.08 (1.03, 4.40) | [27/2,865 11/2,070] |
| Levetiracetam | 2.75 (0.62, 19.36) | [8/2,554 2/1,549] |
| Oxcarbazepine | 1.91 (0.15, 56.33) | [2/1,342 1/827] |
| Pregabalin | 1.88 (0.41, 13.58) | [7/7,201 2/3,125] |
| Tiagabine | Inf (0.20, inf) | [2/835 0/608] |
| Topiramate | 2.53 (1.21, 5.86) | [40/7,742 8/3,971] |
| Zonisamide | 2.52. (0.26, 67.94) | [3/672 1/438] |
| Overall | 1.80 (1.24, 2.66) | [104/27,863 38/16,029] |

0.1  0.3  1.0  3.2  10

Case 3:05-cv-00444 Document 87-1 Filed 05/14/10 Page 6 of 29 PageID 5633
Source: FDA Statistical and Epidemiologic Drug and Suicidality, Figure 2, Pg. 24

# Rate of Suicidal Thinking and Behavior for Topiramate and Lamotrigine vs. Other Nine AEDs



# Rate of Suicidal Thinking and Behavior for Topiramate and Lamotrigine vs. Other Nine AEDs



5/14/2010

# Gabapentin vs. Topiramate and Lamotrigine Risk Differences Relative to Placebo



Case 3:05-cv-00444 Source: Document 25/31 2008 FDA Statistical Review Page 9 of 29 in Antiepileptic Drugs and Suicidality, Pg. 26

# Gabapentin vs. Topiramate and Lamotrigine



Case 3:05-cv-00444    Document 257-3, 279-2    Filed 05/17/10    Page 10 of 29    PageID #: 5087    Source: Based on May 23, 2008 FDA Statistical Review of Antiepileptic Drugs and Suicidality, Pg. 26

# FDA Meta-Analysis:
# Risk Differences for All AEDs



| Drug | OR (95% CI) | [Sample Sizes] |
|------|-------------|----------------|
| Carbamazepine | -4.16 (-21.34, 13.03) | [2/252 3/250] |
| Divalproex | -2.75 (-10.68, 5.17) | [11/1,327 9/992] |
| Felbamate | ND. (ND., ND.) | [0/170 0/170] |
| **Gabapentin** | **0.28 (-1.37, 1.92)** | **[2/2,903 1/2,029]** |
| Lamotrigine | 5.40 (0.24, 10.57) | [27/2,865 11/2,070] |
| Levetiracetam | 2.13 (-0.54, 4.80) | [8/2,554 2/1,549] |
| Oxcarbazepine | 0.97 (-2.47, 4.41) | [2/1,342 1/827] |
| Pregabalin | 0.52 (-0.77, 1.81) | [7/7,201 2/3,125] |
| Tiagabine | 2.43 (-0.99, 5.85) | [2/835 0/608] |
| Topiramate | 3.05 (0.98, 5.11) | [40/7,742 8/3,971] |
| Zonisamide | 3.09 (-3.80, 9.98) | [3/672 1/438] |
| Overall | 1.79 (0.70, 2.87) | [104/27,863 38/16,029] |

Less Benefit With Drug Than Placebo — No Difference Between Drug and Placebo — Greater Benefit With Drug Than Placebo

Risk Difference per 1,000 Subjects

Case 3:05-cv-00444 Source: Based on May 23, 2008 FDA Statistical Review and Evaluation: Antiepileptic Drugs and Suicidality, Figure 4, Pg. 26

# FDA Excluded Studies With Zero Events

- Biases FDA findings toward increased risk

- Ignores significant information about safety

- Creates uncertainty as to drug effect

- Including all gabapentin data gives a more precise picture and confirms no risk

Case 3:05-cv-00444   Document 257-1   Filed 05/17/10   Page 12 of 29 PageID #: 5639

# FDA Conclusions Cannot Be Applied to Gabapentin



**Actual Events Far Fewer Than Expected**

FDA Alert Pooled Analysis Events | Gabapentin Expected Events | Gabapentin Actual Events

Number of Events of Suicidal Thinking and Behavior

104

22

2

Case 3:05-cv-00444    Source: Based on May 23, 2008 FDA Statistical Review of Antiepileptic Drugs and Suicidality, Pg. 26

# Patient Groups With No Evidence Of Increased Risk

| Patient Group |
|---|

Gabapentin Patients ➡️ **NO**

North Americans ➡️ **NO**

Psychiatric Patients ➡️ **NO**

Women ➡️ **NO**

In-Patients ➡️ **NO**

Case 3:05-cv-00444   Document 257-1   Filed 05/17/10   Page 14 of 29 PageID #: 5641

# Topiramate Drove
# FDA Finding on GABA Drug Group



Case 3:05-cv-00444    Document 287-1    Filed 05/14/10    Page 15 of 29    PageID #: 5642

# Topiramate Drove
# FDA Finding on GABA Drug Group



# Topiramate Drove
# FDA Finding on GABA Drug Group



# FDA Acknowledges
# Limitations of Meta-Analysis

DR. TWYMAN:    I have a question for the statisticians. Let's assume that the effect is generalizable to the class of AEDs. But, if you look at the compounds individually, could one draw the conclusion individually that compounds have a risk, or do you need the entire data set of all the AEDs put together in order to draw the conclusion that AEDs have a signal?

DR. LEVENSON:   I would say that we need the entire data set in this case.

Case 3:05-cv-00444   Document 257-1   Filed 05/17/10   Page 18 of 29 PageID #: 5645

# Gibbons, et. al 2009 Bipolar Study



## ARCHIVES
### GENERAL PSYCHIATRY

Word Count: 4343
Tables: 3
Figures: 2

**The Relationship Between Antiepileptics and Suicide Attempts in Patients with Bipolar Disorder**

Robert D. Gibbons[1]
Kwan Hur[1,2]
C. Hendricks Brown[1,3]
J. John Mann[4]

[1]Center for Health Statistics, University of Illinois at Chicago
Rooms 455-457 (MC 912), 1601 W. Taylor, Chicago, IL 60612, USA

[2]Cooporate Studies Program Coordinating Center,
Hines VA Hospital, Hines, IL 60141

[3]Prevention Science and Methodology Group,
Center for Family Studies, Department of Epidemiology and Public Health, University of
Miami, 1425 N.W. 10th Avenue, Miami, Florida 33136

[4]Department of Neuroscience, New York State Psychiatric Institute
Department of Psychiatry, Columbia University College of Physicians & Surgeons
1051 Riverside Drive, New York, NY 10032, USA

March 2009

**Corresponding Author:**
Robert D. Gibbons, Ph.D.
Director, Center for Health Statistics
University of Illinois at Chicago
1601 W. Taylor
Chicago, IL 60614
Phone: (312) 413-7755
Fax: (312) 996-2113
Email: rdgib@uic.edu

**Acknowledgements:** This work was supported by NIMH grants MH062185 (JJM) and R56 MH078580 (RDG and CHB), and MH40859 (CHB) and AHRQ grant 1U18HS016973 (RDG). Dr. Gibbons has served or is currently serving as an expert witness for the U.S. Department of Justice, Wyeth and Pfizer Pharmaceuticals, the latter involving gabapentin, one of the drugs considered in this paper. Dr. Mann has received research support from GlaxoSmithKline and has served as an adviser to Eli Lilly and Lundbeck Pharmaceuticals. Dr. Brown directed a suicide prevention program at the University of South Florida that received funding from JDS Pharmaceuticals. Dr. Hur

*The Relationship Between Antiepileptics and Suicide Attempts in Patients with Bipolar Disorder*

# Gibbons, et. al 2009 Bipolar Study



**Suicide Attempt Rate Almost Six Times Lower After AED Treatment Begins**

Pre-AED Treatment: 72

Treatment With AED: 13

Rate of Suicide Attempts (per 1,000 Patient Years)

Case 3:05-cv-00444    Document 257-1    Filed 05/17/10    Page 20 of 29 PageID #: 5647

# Gibbons, et. al 2009 Bipolar Study



Case 3:05-cv-00444   Document 257-1   Filed 05/17/10   Page 21 of 29 PageID #: 5648

# Gibbons, et. al 2009 Bipolar Study



OR = 0.59 (0.47-0.75), p < 0.0001

No AED

AED

Rate of Suicide Attempts (per 1,000 Persons Months)

Month

Adjusted for age, sex, concomitant medication, previous suicide attempt and year

Case 3:05-cv-00444   Document 257-1   Filed 05/17/10   Page 22 of 29 PageID #: 5649

- Restricting analysis to only those patients (n = 662) who made a suicide attempt in the year prior to the index diagnosis had odds ratio of 0.35 (0.17-0.74, p < 0.005)

# Gibbons Gabapentin Study: Analysis by Group



Case 3:05-cv-00444   Document 257-1   Filed 05/17/10   Page 24 of 29 PageID #: 5651

# Gibbons Gabapentin Study:
# Person-Time Analysis



**Adjusted for age, sex, concomitant medication, diagnoses, previous suicide attempt, year and month**

Case 3:05-cv-00444   Document 257-1   Filed 05/17/10   Page 25 of 29 PageID #: 5652

# Gibbons Gabapentin Study:
# Risk of Suicide Attempt by Group

| Patient Group | Result |
|---|---|
| Bipolar | ⬇ Decreased Risk |
| Major Depression | ⬇ Decreased Risk |
| Epileptic | No Increased Risk |
| Pain | No Increased Risk |
| All Patients | No Increased Risk |

Case 3:05-cv-00444   Document 257-1   Filed 05/17/10   Page 26 of 29 PageID #: 5653

# Patorno: Raw and Adjusted Numbers

| **Table 4.** Hazard Ratios of Study Outcomes Within 180 Days | | **HR (95% CI)** | | |
|---|---|---|---|---|
| | | **Suicide Attempt** | **Attempted or Completed Suicide** | **Attempted or Completed Suicide or Violent Death** |
| Unadjusted Analysis | Gabapentin | 0.94 (0.75-1.18) | 0.95 (0.76-1.19) | 0.98 (0.79-1.22) |
| Age-, Sex-, and Calendar Year-Adjusted Analysis | Gabapentin | 1.52 (1.20-1.92) | 1.48 (1.17-1.87) | 1.49 (1.18-1.87) |
| Adjusted Analysis | Gabapentin | 1.44 (1.13-1.83) | 1.42 (1.11-1.80) | 1.42 (1.12-1.80) |

Source: Based on Table 4 of Patorno E, et al. Anticonvulsant Medications and the Risk of Suicide, Attempted Suicide, or Violent Death. *Journal of the American Medical Association.* 2010;14:1401-10

Case 3:05-cv-00444   Document 2557-1   Filed 05/17/16   Page 27 of 29 PageID 36564

# Olesen Figure 2:
# Comparison With Carbamazepine



### Antiepileptic Drugs and Risk of Suicide

| Drug | HR (CI) |
|------|---------|
| Carbamazepine (13) | HR 1.00 (CI 1.00-1.00) |
| Gabapentin (13) | HR 1.27 (CI 0.66-2.44) |
| Clonazepam (54) | HR 2.72 (CI 1.77-4.17) |
| Valproate (23) | HR 2.40 (CI 1.42-4.05) |
| Lamotrigine (25) | HR 2.09 (CI 1.25-3.50) |
| Oxcarbazepine (12) | HR 1.69 (CI 0.81-3.56) |
| Phenobarbital (35) | HR 3.71 (CI 2.30-5.99) |
| Topiramate (3) | HR 2.11 (CI 0.67-6.67) |
| Primidone (1) | HR 3.12 (CI 0.43-22.70) |
| Phenytoin (1) | HR 2.16 (CI 0.30-15.46) |
| Levetiracetam (3) | HR 5.91 (CI 1.46-23.91) |

**Hazard Ratio for Suicide**

Source: Based on Figure 2 of Olesen JB, et al. Antiepileptic drugs and risk of suicide in a nationwide study of 29,9 patients. *Pharmacoepidemiology and Drug Safety.* 2010

Case 3:05-cv-00444   Document 257-1   Filed 05/17/10   Page 28 of 29   PageID #: 5055

| Study | Design | Population | Compared to | Endpoint | Statistically significant difference relative to active comparator? | Statistically significant difference relative to placebo/no treatment? |
|---|---|---|---|---|---|---|
| FDA | Meta-analysis | Patients in RCTs | Placebo | Suicidal ideation and behavior | Not evaluated | No |
| Gibbons 1 | Cohort | Insured patients nationwide (bipolar) | Patients not treated and no treatment periods | Suicide attempt | Not evaluated | Significant decrease following treatment |
| Gibbons 2 | Cohort | Insured patients nationwide (gabapentin) | No treatment periods | Suicide attempt | Not evaluated | Significant decrease relative to no treatment periods |
| Olesen 1 | Case crossover | Danish citizens age 10 and older | Times prior to event within each patient | Completed suicide | Not evaluated | No |
| Olesen 2 | Cohort | Danish population | Carbamazepine | Completed suicide | No | Not evaluated |
| Patorno | Cohort | Insured patients from 14 states | Topiramate, carbamazepine | Attempted or completed suicide or violent death | Yes | Not evaluated |
| VanCott | Case control | Veterans age 66 and older | Phenobarbital, phenytoin, carbamazepine, valproate, lamotrigine, levetiracetam | Suicidal ideation or behavior | 1. No statistically significant increase vs. any AED  2. Significant decrease vs. lamotrigine and levetiracetam | Not evaluated |

Case 3:05-cv-00444   Document 257-1   Filed 05/17/10   Page 29 of 29 PageID #: 5656