IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next Kin of Richard Smith, Deceased,<br><br>        Plaintiff,<br><br>v.<br><br>PFIZER, INC., *et al.*,<br><br>        Defendants. | Civil No. 3:05-0444<br>Judge Aleta A. Trauger<br>(Dist. Of MA No.<br>1:05-cv-11515PBS) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by Plaintiff, RUTH SMITH, Individually and as Widow for the Use and Benefit of Herself and the Next Kin of Richard Smith, Deceased, and Defendants Pfizer Inc, Parke-Davis, a division of Warner-Lambert Company and Warner-Lambert Company, LLC, Warner-Lambert Company, Warner Lambert Company, LLC, through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the above captioned action, is hereby dismissed by Plaintiff above with prejudice and with each party to bear its own costs and attorneys' fees.

Dated: Nashville, Tennessee
May 17, 2010

| | |
|---|---|
| PLAINTIFF<br>By authorized counsel: | DEFENDANTS<br>By authorized counsel: |
| BARRETT & ASSOCIATES, P.A. | NEAL & HARWELL, PLC |
| /s/ *Charles F. Barrett*<br>Charles F. Barrett, Esq., No. 020627 | By: /s/ *Gerald D. Neenan*<br>Gerald D. Neenan, No. 006710 |
| 6718 Highway 100, Suite 210<br>Nashville, TN 37205 | 2000 One Nashville Place<br>150 Fourth Avenue, North<br>Nashville, TN 37219<br>(615) 244-1713<br>*Attorneys for Defendants Pfizer Inc and Warner-Lambert Company LLC* |
| *Counsel for Plaintiff* | |